# EXHIBIT B



Thursday, Nov. 18, 2021

### TONIGHT ON THE FIFTH ESTATE
**Watch at 9 p.m. on CBC-TV and Gem**

Mark Kelley and I are sitting in the back of a taxi in Nairobi, Kenya, when we suddenly receive urgent texts, followed quickly by phone calls, from the CBC office in Toronto.

The Fifth Estate's Executive producer Diana Swain tells us she has just received an official document from the Ministry of the Interior of Kenya, dated Sept. 13, 2021, and stamped "Assistant County Commissioner."

The letter contained unfounded allegations that Mark, our camera crew and I had committed crimes while filming our documentary about the Canadian-based WE Charity's projects in Narok County, Kenya.

For some reason, the letter was cc'd to the WE organization.

The letter claims we trespassed on government property, a "criminal offence" in Kenya.

Fearing for our safety, Diana tells us to immediately head to the airport. CBC's security team has instructed us to check in every 20 minutes until we are out of the country.

How did it come to this?

Along with other news organizations, The Fifth Estate began looking into WE Charity in the summer of 2020 after the Trudeau government awarded the organization a controversial contract to manage a $500-million volunteer grant program for students.

This spring, our research turned to the charity's overseas projects. For years, WE Charity had been asking kids across North America to raise money for its schoolhouse projects overseas.

We had what we thought was a simple question.

Did the number of donations that WE Charity collected in North America from children and wealthy philanthropists to build badly needed schoolhouses in rural Kenya match up with the actual number of schoolhouses that were constructed?

Getting the answer proved to be far more difficult than we might have imagined. WE Charity would not provide us that information, citing privacy concerns. So we built our own spreadsheets and combed through publicly available information to find out how many donors were told they had fully

funded classrooms.

We spoke to donors who believed they had fully funded classrooms, only to learn other donors were told the same thing about the same school.

Other donors said they were not concerned if their money went to a specific project because their intent was to help WE Charity in general.

For its part, WE Charity said donors knew their money may be "pooled" with other donations.

At the same time, we noticed WE Charity sent photos of the exact same schoolhouses to different donors multiple times — and that each was told this was the school their funds had built. We also heard from insiders who said overfunding classrooms was part of a strategic decision at WE Charity.

After weeks of research we had our answer. According to our records, donors had raised money to fully fund more than 900 one-room schoolhouses in Kenya. That was far more than the number WE Charity had provided to Parliament of 360 schoolhouses.

What accounted for the discrepancy?

We decided to go to Kenya to see for ourselves. Our documentary, airing tonight at 9 p.m. on CBC-TV, details what happened next, and the challenges we faced discovering the truth.

-Harvey Cashore
Producer, *The Fifth Estate*

Fifth on Facebook

## IN CASE YOU MISSED IT: SCHOOL OF SECRETS



It was a boarding school that promised a Christian education and tough love. But nearly 1,400 students who attended the now-closed Grenville Christian College in Ontario say it was not only tough but brutal, relying on emotional and physical abuse to keep students in line.

The Fifth Estate examined what happened, how it could have been allowed and what role was played by another religious organization in the U.S. that some have referred to as a cult. Watch School of Secrets on CBC Gem.

**Read More**

 **Fifth on Gem**. Watch the latest episodes or catch up on past seasons of *The Fifth Estate* any time you want.  **Start streaming now**

## GET IN TOUCH WITH US



You may have wondered how we get our stories.

Truth is, much of our best journalism starts with a tip from you.

If you have a story you think needs to be told, there are several ways you can get in touch with us.

The fastest and easiest way to reach us is to email us your story ideas at: fifthtips@cbc.ca.

For more information on ways to send us tips, including how to use SecureDrop, visit our website.

**Share this newsletter**   or **subscribe** if this was forwarded to you.



Follow us

      

Preferences    Feedback

**CBC**

Canadian Broadcasting Corporation
250 Front St. W, Toronto, Ontario M5V 3G5

cbc.radio-canada.ca | radio-canada.ca | cbc.ca