# EXHIBIT

# C

CLIP 1

THE CURRENT WITH MATT GALLOWAY | CBC RADIO

0:00 - 0:23 AND 2:23 - 9:56


CLIP 2

THE CURRENT WITH MATT GALLOWAY | CBC RADIO

0:00 - 4:38



Page 2

1           (Clip 1 recording commenced mid-sentence.)

2    0:00

3       >> ... behalf, it doesn't seem like an awesome group

4    of people to lie to.

5               MATT GALLOWAY:  Lying to the parents

6               of children who had died is exactly what

7               WE Charity has been accused of by donor

8               Watson Jordan and others.

9               The CBC's Mark Kelley went to Kenya

10              to get to the bottom of those accusations.

11              Mark is here in 90 seconds to tell us what

12              he found.

13              I'm Matt Galloway, and you're

14              listening to The Current on CBC Radio One.

15   0:23

16

17   2:23

18              MATT GALLOWAY:  Hi.  I'm Matt

19              Galloway.  You're listening to The

20              Current.

21              REED COWAN:  I have a request for the

22              rich and the powerful and the

23              well-connected, the celebrity and the

24              corporate set who lent their power to the

25              elevation of Free the Children and WE



1          Charities.  I'm asking that you come out

2          of hiding on this matter and go on the

3          record, as I have had to do today.

4               All of the kids, I would say to them

5          that they have every right to seek answers

6          and transparency and accountability of

7          Free the Children and WE Charities.

8               MATT GALLOWAY:  That's Reed Cowan

9          testifying before a parliamentary ethics

10         committee earlier this year.

11              In honor of his son, Wesley, who

12         died, he raised money to build a school in

13         Kenya through WE Charity's Free the

14         Children.

15              Reed Cowan told MPE he felt defrauded

16         because another donor had also funded the

17         same school he was told he paid for.

18              The CBC's Fifth Estate launched an

19         investigation to see what was behind Reed

20         Cowan's claim and if the number of schools

21         funded matched the number of schools WE

22         Charity actually built.

23              Our Mark Kelley traveled to Kenya to

24         do a count on the ground.  He's back in

25         Toronto.



Page 4

1          Mark, good morning.

2          MARK KELLEY:  Good morning, Matt.

3          MATT GALLOWAY:  Why did you travel to

4     Kenya looking for answers?

5          MARK KELLEY:  Well, Matt, it really

6     wasn't just Reed Cowan who had funded a

7     school and later learned that others had

8     funded it.  There was some reporting that

9     was done by Bloomberg News in the U.S. and

10    it also talked about how -- how some of

11    the staffers, WE Charity staffers in

12    Kenya, joked that they should have put

13    Velcro on donors' plaques because they

14    were being changed so often, put up one

15    day for when one donor came to visit, put

16    up -- another one would be put up another

17    day when another donor came to visit

18    saying that they had fund -- funded that

19    very same schoolhouse.

20         We approached some former WE Charity

21    employees.  We asked them:  Is this true?

22    Was there a pattern of double-matching,

23    triple-matching, quadruple-matching donors

24    to one single structure?  We were told in

25    fact that that was the case.



1          So we spent months scouring social

2          media posts, websites, any public records

3          that we could find of donors saying that

4          they had funded a primary schoolhouse in

5          Kenya.  Months we spent scouring, adding

6          these all up together; and then we took

7          that total with us to Kenya to see how

8          many schoolhouses had actually been built.

9          MATT GALLOWAY:  So what did you find?

10         When you got on the ground and you started

11         doing a count of the schools that were

12         built compared to the schools that were

13         funded, what did you find?

14         MARK KELLEY:  Well, look, I'll give

15         you an example.  So we're in the Maasai

16         Mara region of Kenya.  This is

17         southwestern Kenya, impoverished, very

18         rural, very rugged area and in deep need;

19         and WE Charity had been there for two

20         decades making a difference.

21         But we go to the first village.  Our

22         records show that donors had fully funded

23         70 one-room schoolhouses in this village.

24         The number we counted that were actually

25         built in that village, 28.  And that was



1          the pattern that we started to discover as

2          we went from village to village.

3              MATT GALLOWAY:  You sat down with a

4          senior executive of WE in Kenya, Carol

5          Moraa, and you asked what she thought

6          about what you were doing there.

7              Let's take a listen to what she had

8          to say.

9              CAROL MOURA:  That's the wrong

10         approach, Mark.  That clearly shows that

11         you don't understand our model.  We have

12         always tried our best to be very clear

13         with our donors.

14             When a donor funds a village, we will

15         definitely send a picture from that

16         village to the donor; and it's not just

17         one donor funding this village because

18         it's not just an empty classroom.

19             We have learners in that classroom,

20         learners who are getting school mails, who

21         are getting, you know, health screenings.

22         We have teacher trainings that are

23         happening.  All this programming takes

24         place together with the infrastructure.

25             You have a spreadsheet where you're



Page 7

```
 1          counting the number of buildings, but it's
 2          not about the infrastructure.  It's about
 3          the impacts, the lives that are touched
 4          every single day.
 5              MATT GALLOWAY:  So I want to ask you
 6          about the numbers.  But she says it's not
 7          about the infrastructure.  It's about the
 8          impact.
 9              What impact has WE Charity had in
10          Kenya?
11              MARK KELLEY:  Well, again, we'll be
12          very clear about this.  A significant
13          impact, Matt.  I mean, the charity has
14          built some 360 primary schoolhouses in 30
15          villages.  They've built a girls high
16          school.  They've built a boys high school.
17          I was -- I was able to see that.  They
18          showed me around.  A technical college as
19          well.  They -- they've built a hospital
20          that's a critical lifeline for people in
21          this impoverished region.  The impact is
22          real.
23              There is a big, big difference, Matt,
24          in saying let's get a -- measure the
25          impact and let's actually follow donors'
```



1           money to see what it was spent on.

2                MATT GALLOWAY:  And so when you do

3           that, the numbers don't add up.  How did

4           she explain the discrepancy in the number

5           of schools built compared to the number of

6           schools that were funded?

7                MARK KELLEY:  Here's where things get

8           fuzzy, Matt.  We --  You know, we had

9           asked the charity months ago:  How many

10          schoolhouse -- primary schoolhouses have

11          you built?  Where are they located?  We

12          waited months to get a response from them.

13               They came with us to say two things.

14          First, that we're gonna give you a number

15          of the educational structures that we have

16          built there.

17               And we said:  Okay.  Well, that's

18          curious, an educational structure.  What

19          is "an educational structure"?  And that

20          includes primary schoolhouses, which we

21          were counting, but secondary schools, high

22          schools, it included libraries, it

23          included kitchens that the kids may be

24          using for -- for a lunchroom.  It included

25          latrines that the kids were -- were using



Page 9

```
 1            at school and it was this largely-inflated

 2            number that already got us a little

 3            curious of why this number had suddenly,

 4            once we started counting, that number

 5            grew.

 6                 But --  But what they wanted to say

 7            was how their -- their funding model works

 8            is that money is pooled into projects, so

 9            donors are never told that your -- your

10            money will build a schoolhouse.  It'll go

11            for an educational pillar.  It'll go to

12            help support teachers' salaries.  It'll

13            help su -- go to support teachers'

14            accommodations.

15                 But we had already accounted for

16            those donations, those specific donations.

17            What we were talking about, primary

18            schoolhouses.  And once again, their

19            numbers and our numbers did not add up.

20                 MATT GALLOWAY:  You spoke with a

21            couple of people who worked for WE and CBC

22            is protecting their identity based on

23            their fear of legal reprisal.

24                 What did those people have to say

25            about the charity's fund-raising strategy?
```



1            MARK KELLEY:  Well, first of all,
2        just that, that it was a marketing
3        strategy.
4            The charity's telling us that they
5        have never told donors that they will fund
6        a schoolhouse; and yet we have dozens of
7        videos when they were on the stage at WE
8        days, saying give us $10,000, we will
9        build a schoolhouseWe have these donors
10       who have received a -- a picture of the
11       schoolhouse saying:  This is the
12       schoolhouse you funded.
13           We have videos that they were sent
14       saying this --  I'm standing in front of
15       the schoolhouse that you funded.
16           So what our -- the insiders were
17       saying is:  Yes.  This was a marketing
18       strata -- strategy.  Yes, it was
19       well-known that schools were already
20       built, were being double-matched,
21       triple-matched; and more importantly, that
22       this had been brought to the attention of
23       Marc and Craig Kielburger, the -- the
24       co-founders of the charity; and they were
25       told, quote, "You were playing with fire



Page 11

1           here."  That was the message that we got
2           from both current and former WE employees.
3                MATT GALLOWAY:  If WE Charity is
4           using that donor money to do beneficial
5           work in Kenya, as Carol Moraa points out,
6           why does this matter?  Why do the numbers
7           matter?
8                MARK KELLEY:  Yeah, and that's a
9           great question, Matt.  And this is
10          something that we took to a charity
11          watchdog in the U.S.; and it's their job
12          to look at charities, to rate charities
13          for prospective donors.  And I asked that
14          very question.
15               And the answer is because this is a
16          charity's commitment to donors.  If you
17          are asking for money for unspecified
18          projects in Kenya, just give us mon...
19     9:56
20          (Clip 1 recording ended mid-sentence.)
21          (Clip 2 recording commenced mid-sentence.)
22     0:00
23               MARK KELLEY:  ...if you are asking
24          for money for unspecified projects in
25          Kenya.  Just give us money to help kids in



1        Kenya, you can spend that money to help

2        kids in Kenya.

3            However, if you are raising money to

4        build a schoolhouse, then you have an

5        ethical and sometimes illegal obligation

6        to fulfill that promise.

7            These are targeted donations.  This

8        is what they wanted.  Sometimes they did,

9        like in Reed Cowan's case and in another

10       donor's case, they did this in memory of a

11       son that had passed away.  And that was

12       the commitment that they were making; and

13       they were sent a picture saying, "Here's

14       the schoolhouse that you built."

15       MATT GALLOWAY:  How did people in

16       Kenya react to you asking these kind of

17       questions about WE Charity?

18       MARK KELLEY:  Well, our first stop

19       was in -- in Narok County; and that's

20       where WE Charity's -- the 30 villages that

21       they're involved with are located in Narok

22       County.

23           We went to meet the governor of Narok

24       County, the Honorable Samuel Tunai, a huge

25       fan of WE Charity.  And why not?  For two



1          decades, they've been there digging wells,

2          building schoolhouses, building

3          sustainable income projects, I mean really

4          important things.  He's very, very

5          grateful for their work.  And so grateful

6          that he recorded our interview.  We did an

7          interview with him.  He had three

8          cameramen in the room with us.

9               Shortly after that interview, we got

10         a lawyer's letter from WE Charity here in

11         Toronto directly quoting my questions

12         and -- and the governor's answers.  Soon

13         after we had done that interview, that

14         interview was sent back -- or transcript

15         of that interview was sent to Toronto so

16         that they could use that against us saying

17         that we -- that we had libeled the good

18         reputation, the good name of WE Charity in

19         our interview.

20              So in many cases, Matt, to -- short

21         answer is we weren't very welcome in some

22         of the places where we went.  And we --

23              MATT GALLOWAY:  Once word gets out

24         that you are looking into the school

25         efforts of WE Charity, efforts to stop you



1       have gone all the way up the food chain to

2       the Ministry of the Interior of that

3       country?

4           MARK KELLEY:  Yeah.  At one point we

5       were given a --  It almost looked like a

6       wrap sheet of criminal allegations against

7       us saying that we misrepresented ourselves

8       to gain access to the villages and that we

9       were trespassing on government property.

10          And the CBC took these allegations

11      quite seriously.  We were contacted.  We

12      were told to essentially get on a plane

13      and come home.  Our fact-finding mission

14      in Kenya was over.

15          But that gave you the tone.  Because

16      not only was that -- that wrap sheet as

17      I'm calling it sent to the CBC, a copy of

18      it was also sent to WE Charity.  Another

19      reminder just about how closely connected

20      the institutions and the charity are

21      there, which -- which obviously made

22      our -- our work there sensitive.

23          MATT GALLOWAY:  You mentioned

24      organizations that oversee charities.

25      CharityWatch is an organization out of



1           Chicago.  It rates charities for
2           prospective donors.
3               You showed the executive director of
4           CharityWatch, Laurie Styron, what you
5           found.  Let's take a listen to what she
6           had to say.
7               LAURIE STYRON:  That's highly
8           problematic because it doesn't look like
9           it was a mistake.  It looks like it was a
10          strategy, a fund-raising strategy to
11          compel donors to give more money on the
12          promise that they would be accomplishing
13          something very, very specific with their
14          donation.
15              The donors and the general public
16          really needs to, you know, demand that
17          this is investigated.
18              MATT GALLOWAY:  You've hinted at
19          this, but what's she's talking about
20          there?
21              MARK KELLEY:  We contacted former
22          employees; and not only were they
23          providing us with information, Matt, but
24          they were encouraging us to dig in with
25          our investigation to see what was going on



Page 16

```
 1           with what they thought were some
 2           accounting practices that just didn't add
 3           up.
 4                So one thing that they did is we were
 5           actually leaked internal documents from
 6           WE Charity itself.  So while our own
 7           numbers had shown that -- that projects
 8           like schoolhouses being double-matched,
 9           triple-matched, quadruple-matched to
10           donors, their own internal documents
11           actually proved that as well.  They --  We
12           could see how both large donors and small
13           donors would be assigned to a specific
14           schoolhouse project.  It was there in
15           black and white.
16                But more interesting than that, Matt,
17           there were notes in the margin about
18           for -- what WE staffers were saying about
19           particular donors.
20                So one donor was described as being,
21           quote, "tricky," because she wants to make
22           sure that the money she has donated will
23           build the project it was donated for.  So
24           this was marked in -- in the margin.
25                Another generous donor was not --
```



```
 1          determined not to be a problem because
 2          they don't track line by line on projects
 3          that they funded.  It was a calculus about
 4          what needs to be built now and what could
 5          be kicked down the road for later if ever
 6          built.
 7               And when I showed that to Laurie
 8          Styron, she said:  Well, there goes
 9          plausible deniability.
10               MATT GALLOWAY:  In the course of your
11          investigation, you spoke with a number of
12          people who had fund-raised money to build
13          a school in Kenya.  You talked to them
14          about what you found.
15               We heard from Reed Cowan earlier.  He
16          was not one of those people that you spoke
17          with.  Why wouldn't he speak with you?
18               MARK KELLEY:  Interesting situation.
19          Cowan spoke to parliamentary committee,
20          made headlines in Canada and the U.S.
21          He's a journalist in the U.S. and also a
22          grieving dad.
23               The news that he made, obviously, did
24          damage to the -- to the reputation of the
25          charity.  It attracted our attention.  It
```



1          helped to launch our own investigation.

2               But later, Matt, he would demand

3          $20 million in damages in return for

4          keeping quiet going forward about his

5          story of what he called fraud.  The

6          charity called that extortion.  Then he

7          went silent.  What happened between him

8          and the charity, we don't know; but he has

9          gone silent.

10          MATT GALLOWAY:  You did speak with

11          another father, Watson Jordan, who is in

12          North Carolina, who had a similar story to

13          that of Reed Cowan.  Take a listen.

14               WATSON JORDAN:  At the end, you know,

15          I've been deceived.  Lying to people who

16          have lost children about doing something

17          good on their behalf, it doesn't seem like

18          an awesome group of people to lie to.

19               MATT GALLOWAY:  What did you find out

20          about the school that Watson Jordan had

21          fun-raised for?

22               MARK KELLEY:  Yeah.  We wanted to go

23          see the school with our own eyes.  It was

24          School Number 4 in a village called

25          Irkaat.



Page 19

```
 1              He was sent a picture of the
 2         schoolhouse by the charity.  They said,
 3         "Here is the schoolhouse built in memory
 4         of your son."
 5              We learned at least four other donors
 6         funded that very same schoolhouse, and we
 7         shared that information with him.
 8              MATT GALLOWAY:  And what did
 9         fund-raising for the school mean to
10         Watson?  I mean, as you mentioned, in
11         memory of his son.
12              MARK KELLEY:  Yeah.  It mean it meant
13         the world to him; and that's why you --
14         you can't minimize this.  And I think it's
15         often -- The argument is used:  Listen, if
16         the money is spent on kids, the money's
17         spent on kids.  If it did good, it did
18         good.  What's the big problem?
19              Well, he funded it in memory of his
20         infant son who had died.  He's a former
21         school teacher.  He wanted to build a
22         school and he was told he did.  And that's
23         why he feels betrayed.
24              MATT GALLOWAY:  Not all donors feel
25         the same way that Watson Jordan does.
```



```
 1              During the course of your investigation
 2         there were e-mails that started to pour
 3         in, sent to the CEO of CBC, the head of
 4         the Canadian Broadcasting Corporation,
 5         taking a very different stand.
 6              Who were some of the people who were
 7         writing those e-mails and what were they
 8         saying?
 9              MARK KELLEY:  Well, it was
10         widespread.  I mean, these were the --
11         this was some of corporate leaders in --
12         in Canada, the founder of Lululemon, the
13         former COO of Blackberry, a former vice
14         president of the Royal Bank, even -- even
15         Former Prime Minister Ken Campbell.  There
16         were 60 significant major donors who were
17         involved in an orchestrated letter, an
18         aggressive campaign, saying that we were
19         wrong, that they were never misled as
20         donors, that they always understood that
21         their donations would be pooled.
22              But it was interesting because there
23         was one e-mail that was sent to Catherine
24         Tait, the president of the CBC, and -- and
25         when we looked at the e-mail thread, we
```



1    noticed at one point that the e-mail had

2    been first sent to Craig Kielburger,

3    co-founder of -- of WE Charity to be

4    proofread and -- and approved before it

5    was sent on to the president of the CBC.

6         So it was an orchestrated campaign,

7    an aggressive campaign, and interesting

8    because our reporting isn't even out yet

9    and already we're being told we're wrong.

10        MATT GALLOWAY:  How have the

11   co-founders of WE Charity, Marc and Craig

12   Kielburger, responded to all of this?

13        MARK KELLEY:  We have been in touch

14   with Marc -- Marc Kielburger for months

15   now via e-mail back and forth with him.

16        To be clear, they say our methodology

17   is flawed.  And to prove it, they've now

18   hired a forensic accountant to see if all

19   the money donated to Kenya was spent in

20   Kenya, which is all well and fine, but it

21   doesn't answer our -- our core question:

22   How many primary schoolhouses were fully

23   funded?  How many were actually built?

24   That's the question we tried to answer.

25        MATT GALLOWAY:  Mark, thank you.



Page 22

1                    MARK KELLEY:  Thanks, Matt.

2     8:43

3                    (Clip 2 audio recording ended.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 23

```
 1                TRANSCRIPTIONIST'S CERTIFICATE

 2

 3          I, Mary C. Dopico, CSR, RPR, CRR,

 4   Transcriptionist, certify that the foregoing is a true

 5   and accurate transcription of the audio recording of the

 6   proceedings in the above-entitled matter;

 7          I further certify that I am neither counsel

 8   for, related to, nor employed by any of the parties to

 9   the action in which this proceeding was taken;

10          I further certify that I am not financially or

11   otherwise interested in the outcome of this action.

12          Certified to by me on this the 19th day of

13   November, 2021.

14

15          _____

16          Mary C. Dopico, CSR, RPR,

            Texas CSR No. 463, Exp. 4/30/2023

17

     Independent Contractor To:

18   Magna Legal Services

     Seven Penn Center

19   1635 Market Street, 8th Floor

     Philadelphia, PA  19103

20   215/207-9460  Fax: 215/207-9461

21

22

23

24

25
```



## A

able 7:17
above-entitled 23:6
access 14:8
accommodations 9:14
accomplishing 15:12
accountability 3:6
accountant 21:18
accounted 9:15
accounting 16:2
accurate 23:5
accusations 2:10
accused 2:7
action 23:9,11
add 8:3 9:19 16:2
adding 5:5
aggressive 20:18 21:7
ago 8:9
allegations 14:6,10
answer 11:15 13:21
   21:21,24
answers 3:5 4:4 13:12
approach 6:10
approached 4:20
approved 21:4
area 5:18
argument 19:15
asked 4:21 6:5 8:9 11:13
asking 3:1 11:17,23
   12:16
assigned 16:13
attention 10:22 17:25
attracted 17:25
audio 22:3 23:5
awesome 2:3 18:18

## B

back 3:24 13:14 21:15
Bank 20:14
based 9:22
behalf 2:3 18:17
beneficial 11:4
best 6:12
betrayed 19:23
big 7:23,23 19:18
black 16:15

Blackberry 20:13
Bloomberg 4:9
bottom 2:10
boys 7:16
Broadcasting 20:4
brought 10:22
build 3:12 9:10 10:9 12:4
   16:23 17:12 19:21
building 13:2,2
buildings 7:1
built 3:22 5:8,12,25 7:14
   7:15,16,19 8:5,11,16
   10:20 12:14 17:4,6 19:3
   21:23

## C

C 23:3,16
calculus 17:3
called 18:5,6,24
calling 14:17
cameramen 13:8
campaign 20:18 21:6,7
Campbell 20:15
Canada 17:20 20:12
Canadian 20:4
Carol 6:4,9 11:5
Carolina 18:12
case 4:25 12:9,10
cases 13:20
Catherine 20:23
CBC 1:8,12 2:14 9:21
   14:10,17 20:3,24 21:5
CBC's 2:9 3:18
celebrity 2:23
Center 23:18
CEO 20:3
CERTIFICATE 23:1
Certified 23:12
certify 23:4,7,10
chain 14:1
changed 4:14
charities 3:1,7 11:12,12
   14:24 15:1
charity 2:7 3:22 4:11,20
   5:19 7:9,13 8:9 10:24
   11:3,10 12:17,25 13:10

13:18,25 14:18,20 16:6
   17:25 18:6,8 19:2 21:3
   21:11
CharityWatch 14:25
   15:4
charity's 3:13 9:25 10:4
   11:16 12:20
Chicago 15:1
children 2:6,25 3:7,14
   18:16
claim 3:20
classroom 6:18,19
clear 6:12 7:12 21:16
clearly 6:10
Clip 1:7,11 2:1 11:20,21
   22:3
closely 14:19
college 7:18
come 3:1 14:13
commenced 2:1 11:21
commitment 11:16 12:12
committee 3:10 17:19
compared 5:12 8:5
compel 15:11
connected 14:19
contacted 14:11 15:21
Contractor 23:17
COO 20:13
copy 14:17
core 21:21
corporate 2:24 20:11
Corporation 20:4
counsel 23:7
count 3:24 5:11
counted 5:24
counting 7:1 8:21 9:4
country 14:3
County 12:19,22,24
couple 9:21
course 17:10 20:1
Cowan 2:21 3:8,15 4:6
   17:15,19 18:13
Cowan's 3:20 12:9
co-founder 21:3
co-founders 10:24 21:11
Craig 10:23 21:2,11

criminal 14:6
critical 7:20
CRR 23:3,16
CSR 23:3,16,16
curious 8:18 9:3
current 1:8,12 2:14,20
   11:2

## D

dad 17:22
damage 17:24
damages 18:3
day 4:15,17 7:4 23:12
days 10:8
decades 5:20 13:1
deceived 18:15
deep 5:18
definitely 6:15
defrauded 3:15
demand 15:16 18:2
deniability 17:9
described 16:20
determined 17:1
died 2:6 3:12 19:20
difference 5:20 7:23
different 20:5
dig 15:24
digging 13:1
directly 13:11
director 15:3
discover 6:1
discrepancy 8:4
documents 16:5,10
doing 5:11 6:6 18:16
donated 16:22,23 21:19
donation 15:14
donations 9:16,16 12:7
   20:21
donor 2:7 3:16 4:15,17
   6:14,16,17 11:4 16:20
   16:25
donors 4:13,23 5:3,22
   6:13 7:25 9:9 10:5,9
   11:13,16 15:2,11,15
   16:10,12,13,19 19:5,24
   20:16,20



**donor's** 12:10
**Dopico** 23:3,16
**double-matched** 10:20
  16:8
**double-matching** 4:22
**dozens** 10:6

**E**

**earlier** 3:10 17:15
**educational** 8:15,18,19
  9:11
**efforts** 13:25,25
**elevation** 2:25
**employed** 23:8
**employees** 4:21 11:2
  15:22
**empty** 6:18
**encouraging** 15:24
**ended** 11:20 22:3
**essentially** 14:12
**Estate** 3:18
**ethical** 12:5
**ethics** 3:9
**exactly** 2:6
**example** 5:15
**executive** 6:4 15:3
**Exp** 23:16
**explain** 8:4
**extortion** 18:6
**eyes** 18:23
**e-mail** 20:23,25 21:1,15
**e-mails** 20:2,7

**F**

**fact** 4:25
**fact-finding** 14:13
**fan** 12:25
**father** 18:11
**Fax** 23:20
**fear** 9:23
**feel** 19:24
**feels** 19:23
**felt** 3:15
**Fifth** 3:18
**financially** 23:10
**find** 5:3,9,13 18:19

**fine** 21:20
**fire** 10:25
**first** 5:21 8:14 10:1 12:18
  21:2
**flawed** 21:17
**Floor** 23:19
**follow** 7:25
**food** 14:1
**foregoing** 23:4
**forensic** 21:18
**former** 4:20 11:2 15:21
  19:20 20:13,13,15
**forth** 21:15
**forward** 18:4
**found** 2:12 15:5 17:14
**founder** 20:12
**four** 19:5
**fraud** 18:5
**Free** 2:25 3:7,13
**front** 10:14
**fulfill** 12:6
**fully** 5:22 21:22
**fund** 4:18 10:5
**funded** 3:16,21 4:6,8,18
  5:4,13,22 8:6 10:12,15
  17:3 19:6,19 21:23
**funding** 6:17 9:7
**funds** 6:14
**fund-raised** 17:12
**fund-raising** 9:25 15:10
  19:9
**fun-raised** 18:21
**further** 23:7,10
**fuzzy** 8:8

**G**

**gain** 14:8
**Galloway** 1:8,12 2:5,13
  2:18,19 3:8 4:3 5:9 6:3
  7:5 8:2 9:20 11:3 12:15
  13:23 14:23 15:18
  17:10 18:10,19 19:8,24
  21:10,25
**general** 15:15
**generous** 16:25
**getting** 6:20,21

**girls** 7:15
**give** 5:14 8:14 10:8 11:18
  11:25 15:11
**given** 14:5
**go** 3:2 5:21 9:10,11,13
  18:22
**goes** 17:8
**going** 15:25 18:4
**gonna** 8:14
**good** 4:1,2 13:17,18
  18:17 19:17,18
**government** 14:9
**governor** 12:23
**governor's** 13:12
**grateful** 13:5,5
**great** 11:9
**grew** 9:5
**grieving** 17:22
**ground** 3:24 5:10
**group** 2:3 18:18

**H**

**happened** 18:7
**happening** 6:23
**head** 20:3
**headlines** 17:20
**health** 6:21
**heard** 17:15
**help** 9:12,13 11:25 12:1
**helped** 18:1
**Hi** 2:18
**hiding** 3:2
**high** 7:15,16 8:21
**highly** 15:7
**hinted** 15:18
**hired** 21:18
**home** 14:13
**honor** 3:11
**Honorable** 12:24
**hospital** 7:19
**huge** 12:24

**I**

**identity** 9:22
**illegal** 12:5
**impact** 7:8,9,13,21,25

**impacts** 7:3
**important** 13:4
**importantly** 10:21
**impoverished** 5:17 7:21
**included** 8:22,23,24
**includes** 8:20
**income** 13:3
**Independent** 23:17
**infant** 19:20
**information** 15:23 19:7
**infrastructure** 6:24 7:2,7
**insiders** 10:16
**institutions** 14:20
**interested** 23:11
**interesting** 16:16 17:18
  20:22 21:7
**Interior** 14:2
**internal** 16:5,10
**interview** 13:6,7,9,13,14
  13:15,19
**investigated** 15:17
**investigation** 3:19 15:25
  17:11 18:1 20:1
**involved** 12:21 20:17
**Irkaat** 18:25
**It'll** 9:10,11,12

**J**

**job** 11:11
**joked** 4:12
**Jordan** 2:8 18:11,14,20
  19:25
**journalist** 17:21

**K**

**keeping** 18:4
**Kelley** 2:9 3:23 4:2,5
  5:14 7:11 8:7 10:1 11:8
  11:23 12:18 14:4 15:21
  17:18 18:22 19:12 20:9
  21:13 22:1
**Ken** 20:15
**Kenya** 2:9 3:13,23 4:4,12
  5:5,7,16,17 6:4 7:10
  11:5,18,25 12:1,2,16
  14:14 17:13 21:19,20



**kicked** 17:5
**kids** 3:4 8:23,25 11:25
  12:2 19:16,17
**Kielburger** 10:23 21:2
  21:12,14
**kind** 12:16
**kitchens** 8:23
**know** 6:21 8:8 15:16 18:8
  18:14

## L

**large** 16:12
**largely-inflated** 9:1
**latrines** 8:25
**launch** 18:1
**launched** 3:18
**Laurie** 15:4,7 17:7
**lawyer's** 13:10
**leaders** 20:11
**leaked** 16:5
**learned** 4:7 19:5
**learners** 6:19,20
**legal** 9:23 23:18
**lent** 2:24
**letter** 13:10 20:17
**let's** 6:7 7:24,25 15:5
**libeled** 13:17
**libraries** 8:22
**lie** 2:4 18:18
**lifeline** 7:20
**line** 17:2,2
**listen** 6:7 15:5 18:13
  19:15
**listening** 2:14,19
**little** 9:2
**lives** 7:3
**located** 8:11 12:21
**look** 5:14 11:12 15:8
**looked** 14:5 20:25
**looking** 4:4 13:24
**looks** 15:9
**lost** 18:16
**Lululemon** 20:12
**lunchroom** 8:24
**Lying** 2:5 18:15

## M

**Maasai** 5:15
**Magna** 23:18
**mails** 6:20
**major** 20:16
**making** 5:20 12:12
**Mara** 5:16
**Marc** 10:23 21:11,14,14
**margin** 16:17,24
**Mark** 2:9,11 3:23 4:1,2,5
  5:14 6:10 7:11 8:7 10:1
  11:8,23 12:18 14:4
  15:21 17:18 18:22
  19:12 20:9 21:13,25
  22:1
**marked** 16:24
**Market** 23:19
**marketing** 10:2,17
**Mary** 23:3,16
**matched** 3:21
**Matt** 1:8,12 2:5,13,18,18
  3:8 4:2,3,5 5:9 6:3 7:5
  7:13,23 8:2,8 9:20 11:3
  11:9 12:15 13:20,23
  14:23 15:18,23 16:16
  17:10 18:2,10,19 19:8
  19:24 21:10,25 22:1
**matter** 3:2 11:6,7 23:6
**mean** 7:13 13:3 19:9,10
  19:12 20:10
**meant** 19:12
**measure** 7:24
**media** 5:2
**meet** 12:23
**memory** 12:10 19:3,11
  19:19
**mentioned** 14:23 19:10
**message** 11:1
**methodology** 21:16
**mid-sentence** 2:1 11:20
  11:21
**million** 18:3
**minimize** 19:14
**Minister** 20:15
**Ministry** 14:2

**misled** 20:19
**misrepresented** 14:7
**mission** 14:13
**mistake** 15:9
**model** 6:11 9:7
**mon** 11:18
**money** 3:12 8:1 9:8,10
  11:4,17,24,25 12:1,3
  15:11 16:22 17:12
  19:16 21:19
**money's** 19:16
**months** 5:1,5 8:9,12
  21:14
**Moraa** 6:5 11:5
**morning** 4:1,2
**MOURA** 6:9
**MPE** 3:15

## N

**name** 13:18
**Narok** 12:19,21,23
**need** 5:18
**needs** 15:16 17:4
**neither** 23:7
**never** 9:9 10:5 20:19
**news** 4:9 17:23
**North** 18:12
**notes** 16:17
**noticed** 21:1
**November** 23:13
**number** 3:20,21 5:24 7:1
  8:4,5,14 9:2,3,4 17:11
  18:24
**numbers** 7:6 8:3 9:19,19
  11:6 16:7

## O

**obligation** 12:5
**obviously** 14:21 17:23
**Okay** 8:17
**once** 9:4,18 13:23
**one-room** 5:23
**orchestrated** 20:17 21:6
**organization** 14:25
**organizations** 14:24
**outcome** 23:11

**oversee** 14:24

## P

**PA** 23:19
**paid** 3:17
**parents** 2:5
**parliamentary** 3:9 17:19
**particular** 16:19
**parties** 23:8
**passed** 12:11
**pattern** 4:22 6:1
**Penn** 23:18
**people** 2:4 7:20 9:21,24
  12:15 17:12,16 18:15
  18:18 20:6
**Philadelphia** 23:19
**picture** 6:15 10:10 12:13
  19:1
**pillar** 9:11
**place** 6:24
**places** 13:22
**plane** 14:12
**plaques** 4:13
**plausible** 17:9
**playing** 10:25
**point** 14:4 21:1
**points** 11:5
**pooled** 9:8 20:21
**posts** 5:2
**pour** 20:2
**power** 2:24
**powerful** 2:22
**practices** 16:2
**president** 20:14,24 21:5
**primary** 5:4 7:14 8:10,20
  9:17 21:22
**Prime** 20:15
**problem** 17:1 19:18
**problematic** 15:8
**proceeding** 23:9
**proceedings** 23:6
**programming** 6:23
**project** 16:14,23
**projects** 9:8 11:18,24
  13:3 16:7 17:2
**promise** 12:6 15:12



**proofread** 21:4
**property** 14:9
**prospective** 11:13 15:2
**protecting** 9:22
**prove** 21:17
**proved** 16:11
**providing** 15:23
**public** 5:2 15:15
**put** 4:12,14,15,16

**Q**

**quadruple-matched** 16:9
**quadruple-matching** 4:23
**question** 11:9,14 21:21 21:24
**questions** 12:17 13:11
**quiet** 18:4
**quite** 14:11
**quote** 10:25 16:21
**quoting** 13:11

**R**

**Radio** 1:8,12 2:14
**raised** 3:12
**raising** 12:3
**rate** 11:12
**rates** 15:1
**react** 12:16
**real** 7:22
**really** 4:5 13:3 15:16
**received** 10:10
**record** 3:3
**recorded** 13:6
**recording** 2:1 11:20,21 22:3 23:5
**records** 5:2,22
**Reed** 2:21 3:8,15,19 4:6 12:9 17:15 18:13
**region** 5:16 7:21
**related** 23:8
**reminder** 14:19
**reporting** 4:8 21:8
**reprisal** 9:23
**reputation** 13:18 17:24

**request** 2:21
**responded** 21:12
**response** 8:12
**return** 18:3
**rich** 2:22
**right** 3:5
**road** 17:5
**room** 13:8
**Royal** 20:14
**RPR** 23:3,16
**rugged** 5:18
**rural** 5:18

**S**

**salaries** 9:12
**Samuel** 12:24
**sat** 6:3
**saying** 4:18 5:3 7:24 10:8 10:11,14,17 12:13 13:16 14:7 16:18 20:8 20:18
**says** 7:6
**school** 3:12,17 4:7 6:20 7:16,16 9:1 13:24 17:13 18:20,23,24 19:9,21,22
**schoolhouse** 4:19 5:4 8:10 9:10 10:6,11,12,15 12:4,14 16:14 19:2,3,6
**schoolhouses** 5:8,23 7:14 8:10,20 9:18 13:2 16:8 21:22
**schoolhouseWe** 10:9
**schools** 3:20,21 5:11,12 8:5,6,21,22 10:19
**scouring** 5:1,5
**screenings** 6:21
**secondary** 8:21
**seconds** 2:11
**see** 3:19 5:7 7:17 8:1 15:25 16:12 18:23 21:18
**seek** 3:5
**send** 6:15
**senior** 6:4
**sensitive** 14:22
**sent** 10:13 12:13 13:14

13:15 14:17,18 19:1 20:3,23 21:2,5
**seriously** 14:11
**Services** 23:18
**set** 2:24
**Seven** 23:18
**shared** 19:7
**sheet** 14:6,16
**short** 13:20
**Shortly** 13:9
**show** 5:22
**showed** 7:18 15:3 17:7
**shown** 16:7
**shows** 6:10
**significant** 7:12 20:16
**silent** 18:7,9
**similar** 18:12
**single** 4:24 7:4
**situation** 17:18
**small** 16:12
**social** 5:1
**son** 3:11 12:11 19:4,11 19:20
**Soon** 13:12
**southwestern** 5:17
**speak** 17:17 18:10
**specific** 9:16 15:13 16:13
**spend** 12:1
**spent** 5:1,5 8:1 19:16,17 21:19
**spoke** 9:20 17:11,16,19
**spreadsheet** 6:25
**staffers** 4:11,11 16:18
**stage** 10:7
**stand** 20:5
**standing** 10:14
**started** 5:10 6:1 9:4 20:2
**stop** 12:18 13:25
**story** 18:5,12
**strata** 10:18
**strategy** 9:25 10:3,18 15:10,10
**Street** 23:19
**structure** 4:24 8:18,19
**structures** 8:15
**Styron** 15:4,7 17:8

**su** 9:13
**suddenly** 9:3
**support** 9:12,13
**sure** 16:22
**sustainable** 13:3

**T**

**Tait** 20:24
**take** 6:7 15:5 18:13
**taken** 23:9
**takes** 6:23
**talked** 4:10 17:13
**talking** 9:17 15:19
**targeted** 12:7
**teacher** 6:22 19:21
**teachers** 9:12,13
**technical** 7:18
**tell** 2:11
**telling** 10:4
**testifying** 3:9
**Texas** 23:16
**thank** 21:25
**Thanks** 22:1
**thing** 16:4
**things** 8:7,13 13:4
**think** 19:14
**thought** 6:5 16:1
**thread** 20:25
**three** 13:7
**today** 3:3
**told** 3:15,17 4:24 9:9 10:5,25 14:12 19:22 21:9
**tone** 14:15
**Toronto** 3:25 13:11,15
**total** 5:7
**touch** 21:13
**touched** 7:3
**track** 17:2
**trainings** 6:22
**transcript** 13:14
**transcription** 23:5
**Transcriptionist** 23:4
**TRANSCRIPTIONIS...** 23:1
**transparency** 3:6



**travel** 4:3
**traveled** 3:23
**trespassing** 14:9
**tricky** 16:21
**tried** 6:12 21:24
**triple-matched** 10:21
  16:9
**triple-matching** 4:23
**true** 4:21 23:4
**Tunai** 12:24
**two** 5:19 8:13 12:25

**U**

**understand** 6:11
**understood** 20:20
**unspecified** 11:17,24
**use** 13:16
**U.S** 4:9 11:11 17:20,21

**V**

**Velcro** 4:13
**vice** 20:13
**videos** 10:7,13
**village** 5:21,23,25 6:2,2
  6:14,16,17 18:24
**villages** 7:15 12:20 14:8
**visit** 4:15,17

**W**

**waited** 8:12
**want** 7:5
**wanted** 9:6 12:8 18:22
  19:21
**wants** 16:21
**wasn't** 4:6
**watchdog** 11:11
**Watson** 2:8 18:11,14,20
  19:10,25
**way** 14:1 19:25
**websites** 5:2
**welcome** 13:21
**wells** 13:1
**well-connected** 2:23
**well-known** 10:19
**went** 2:9 6:2 12:23 13:22
  18:7

**weren't** 13:21
**Wesley** 3:11
**we'll** 7:11
**we're** 5:15 8:14 21:9,9
**white** 16:15
**widespread** 20:10
**word** 13:23
**work** 11:5 13:5 14:22
**worked** 9:21
**works** 9:7
**world** 19:13
**wouldn't** 17:17
**wrap** 14:6,16
**writing** 20:7
**wrong** 6:9 20:19 21:9

**Y**

**Yeah** 11:8 14:4 18:22
  19:12
**year** 3:10

**$**

**$10,000** 10:8
**$20** 18:3

**0**

**0:00** 1:9,13 2:2 11:22
**0:23** 1:9 2:15

**1**

**1** 1:7 2:1 11:20
**1635** 23:19
**19th** 23:12
**19103** 23:19

**2**

**2** 1:11 11:21 22:3
**2:23** 1:9 2:17
**2021** 23:13
**215/207-9460** 23:20
**215/207-9461** 23:20
**28** 5:25

**3**

**30** 7:14 12:20
**360** 7:14

**4**

**4** 18:24
**4/30/2023** 23:16
**4:38** 1:13
**463** 23:16

**6**

**60** 20:16

**7**

**70** 5:23

**8**

**8th** 23:19
**8:43** 22:2

**9**

**9:56** 1:9 11:19
**90** 2:11

