# EXHIBIT

# D

THE FIFTH ESTATE - NOVEMBER 18, 2021

CLIP 1 - 0:00 - 9:53

CLIP 2 - 0:00 - 4:38

CLIP 3 - 0:00 - 9:39

CLIP 4 - 0:00 - 7:16

CLIP 5 - 0:00 - 7:47

CLIP 6 - 0:00 - 5:34



[BEGINNING OF CLIP 1]
FEMALE: This original CBC program is available in Described Video.
MARK KELLEY: On this edition of The Fifth Estate...
VIDEO CLIP: Today we are starting action.
MARK KELLEY: From a feel-good charity...
VIDEO CLIP: We are WE Day!
MARK KELLEY: ...to a full-blown controversy.
VIDEO CLIP: I feel like my son was the victim of fraud.
MARK KELLEY: WE Charity raised millions to build schoolhouses in Africa.
VIDEO CLIP: I went to three WE Days; and at the first one I heard, "Yeah, and you could build a school in Kenya."
MARK KELLEY: So, we went to Kenya to see how many were actually built.
VIDEO CLIP: [Male] All the money that was collected for this village doesn't add up.
[Female] The logical question is: Where's the money? Where did the money go?
VIDEO CLIP: [Mark Kelley] Why are you concerned about protecting your identity? What are you afraid of?



MARK KELLEY: I'm here in Kenya, a country of natural beauty, but plagued by crushing poverty.

Canada's WE Charity raised millions in donations to help people in this country. But where did all that money go?

I'm Mark Kelley. This is The Fifth Estate.

This is what draws people from around the world to the Maasai Mara region of Kenya. The splendor of unspoiled nature, where time seems to stand still.

But a Canadian charity was drawn here by a different force, an overwhelming need to help in this rural and rugged region.

In their promotional videos WE Charity, or Free The Children as it was originally known, said they were empowering villages here to lift themselves out of poverty by building freshwater wells, sustainable income projects and badly needed schoolhouses for the local children.

VIDEO CLIP: [Cheering]

MARK KELLEY: At center stage of fundraising events,



the charismatic brothers who founded Free The Children, Marc and Craig Kielburger.

VIDEO CLIP: [Male] Are you ready to change the world? [Cheering] WE Day is generosity. WE Day is the movement of our time. Stand up and make some noise. [Cheering]

MARK KELLEY: They staged events called WE Days all across North America, packed with celebrities, pop stars, and powerful messages. It was all about kids helping kids around the world.

VIDEO CLIP: [Male] Like Danielle, who raised money to help support a health clinic in India. [Cheering]

And AJ, who raised money to build a school with his classroom, in Sierra Leone in West Africa, and that hard work is called Adopt a Village.

MARK KELLEY: Adopt a Village meant targeting your donation to specific projects like building schoolhouses for kids. That message resonated with Watson Jordan, a former teacher from North Carolina.

VIDEO CLIP: [Watson Jordan] I don't know if you've been to them, these WE Days, which are



really --

[Mark Kelley] I have.

[Watson Jordan] -- hugely exciting.

[Female] WE Day, do you feel the power? [Cheering]

[Watson Jordan] And literally I went to three WE Days. And at the first one I heard, "Yeah, and you could build a school in Kenya."

And I was like: Man, how impactful would that be for those kids to go from having no school to a school?

MARK KELLEY: So Watson raised money to build a schoolhouse in memory of his infant son William.

VIDEO CLIP: [Watson Jordan] It was really exciting. I mean, I was reading the e-mail. We've decided, your village is going to be Irkaat. I was like: Great!

[Avery Skog] Hi, everybody. My name is Avery Skog. Some of you may know I...

MARK KELLEY: There were also plenty of kids raising money for kids and posting videos on YouTube, like 9-year-old Avery Skog of Manitoba.



VIDEO CLIP: [Avery Skog] Every time one of you makes a donation, I'll put your name on a brick.

MARK KELLEY: The charity told kids when they raised enough money, a schoolhouse would be built in rural Kenya.

VIDEO CLIP: [Avery Skog] Once I've reached my goal of raising $10,000, I will send all the money to Free the Children.

[Marc Kielburger] Hujambo or hello to all my friends at Davidson High School. My name is Marc Kielburger, we just wanted to say thank you...

MARK KELLEY: And when you raised enough money to build a schoolhouse, you might even get a video thanking you for your generosity.

VIDEO CLIP: [Marc Kielburger] We say a big asante sana, thank you all...

MARK KELLEY: It was a feel-good message that resonated across North America. The checks poured in from Toronto to Fort Lauderdale, Florida, and Surrey, BC, from schools, churches, community groups, hard-working volunteers out to change the world.



VIDEO CLIP: [Rukshan de Silva] It was a really special project. It was something that every student and teacher and, you know, their families knew about. Something that was very special to me and close to my heart.

MARK KELLEY: Rukshan de Silva answered that call for help.

VIDEO CLIP: [Rukshan de Silva] Okay. This is day 30, it's 1.49 centimeters long, and I've got $308.13...

MARK KELLEY: When he was a student at Iroquois Ridge High School outside Toronto, he grew out his beard to raise money for his grad class' fundraising project, building a schoolhouse in Kenya.

VIDEO CLIP: [Female] We want to say a big thank you to the team over at Iroquois Ridge. Your generosity, and your friendship...

MARK KELLEY: The students and the community now felt they had a sister school in rural Kenya.

VIDEO CLIP: [Female] And thank you for all of your support. Thank you, Iroquois Ridge.

MARK KELLEY: And a few years later Rukshan got a



chance to visit.

VIDEO CLIP: [Rukshan de Silva] I met with the teacher, and he kind of gave me a tour of the old school, and then they showed me the new school as well that was constructed with the funds that we'd donated; and I was really proud to see everything that we had spent four years fundraising for, just to see the -- the fruits of our labor. It was really incredible.

MARK KELLEY: But in 2020, a political scandal that went all the way to the Prime Minister's office would tarnish the charity's shiny reputation.

VIDEO CLIP: [Female] The WE Charity has gotten a government contract to run the new...
[Male] The Prime Minister is defending a new contract handed out his governing...

MARK KELLEY: That led to questions and concerns being raised by some of the charity's donors.

VIDEO CLIP: [Reed Cowan] I'm here today to speak for and on behalf of this little guy right here. This is Wesley Cowan. And so when I



got...

MARK KELLEY: A parliamentary committee heard angry testimony from this man, Reed Cowan.

VIDEO CLIP: [Reed Cowan] Wesley's name, Wesley's face, Wesley's life of four years, and his legacy, were used to make money for Free The Children and WE Charities.

MARK KELLEY: This is video of Cowan visiting the schoolhouse in Kenya he fully funded in memory of his son Wesley, who died in a tragic accident.

VIDEO CLIP: [Reed Cowan] Today I want to tell you that in giving you this school, I am giving you my son.

MARK KELLEY: Cowan says he raised more than $160,000 with other donors, cheered on by Craig Kielburger.

VIDEO CLIP: [Reed Cowan] He told all of our donors, during a well-televised fundraising, that they would be building schools; and that between 10 and -- for every $10,000 and $12,000 raised, a school would be built.

MARK KELLEY: Cowan says he later learned his son's plaque was taken down and replaced by the plaque of another donor who funded the



very same schoolhouse.

VIDEO CLIP: [Reed Cowan] I feel like my son was the victim of fraud.

VIDEO CLIP: [Male] Today we have as witnesses Craig and Marc Kielburger...

MARK KELLEY: The Kielburgers, now in full damage control, brought their lawyer with them when they testified before MPs.

VIDEO CLIP: [Craig Kielburger] Mr. Cowan is right to be upset, and no words are sufficient to erase the grief that this error has compounded.

MARK KELLEY: The Kielburgers said the plaque fiasco was all a terrible mix-up, and quickly shifted the blame to others.

VIDEO CLIP: How would this have happened, in the sense that who is responsible for moving these plaques?

VIDEO CLIP: [Marc Kielburger] It would have been in Kenya. It would have been a member of the Kenyan team, theoretically.

We want to research it, we want to get to the bottom of it. It shouldn't have happened.

MARK KELLEY: But MPs weren't buying it.



VIDEO CLIP: [Male] The fact that you took that plaque down twice shows this wasn't an accident. This was wilful.

You sold, and you got Mr. Cowan to take his son's death and legacy and build a story across America; and then, when he was gone, you gave that school to someone else.

How do you justify that?

VIDEO CLIP: [Marc Kielburger] Sir, firstly, what you describe was not accurate; but here's where I agree with you.

That was accurate. He has footage of it. We've seen the pictures of the plaque.

[Marc Kielburger] We are looking into it...

MARK KELLEY: The Kielburgers fought back. They said they were proud of their track record of building schools and thanked the kids who helped them.

VIDEO CLIP: [Craig Kielburger] We have been disappointed in the conduct of all political parties in this matter. Because what was accomplished by educators and



students in 7,000 schools is remarkable and deserves to be protected.

It's been 25 years of helping to build over 1,500 schools and schoolhouses around the world, educating 200,000 children.

MARK KELLEY: But MPs wanted to know, where were those 1,500 schools located? Four weeks later parliament got a response. At the top of the list, Kenya, where WE Charity said it had built 360 primary schoolhouses. The Fifth Estate decided to put that number, 360, to the test. Like with Cowan, were different donors told they had funded the very same schoolhouse?

[End of Clip 1 - Beginning of Clip 2]

MARK KELLEY: ...they had funded the very same schoolhouse. WE Charity wouldn't tell us who donated to their schools citing privacy concerns.

So we scoured the internet for anybody who had publicly said they had fully funded a primary schoolhouse in Kenya. We searched social media posts, we found old websites, and created



spreadsheets for 30 villages they were involved with in Kenya.

It became clear donors believed they had fully funded more than 900 primary schoolhouses in Kenya, far higher than the 360 schoolhouses the charity said it has built. And that doesn't account for donations that weren't made public.

Our research was revealing even more. WE Charity sent this picture of a school to a donor who had fully funded it. But take a look. They sent that same picture to another donor who was told the same thing. And then we noticed the same thing happened again.

The Fifth Estate also found photos of the same schools but from different angles, also sent to multiple donors.

And it wasn't only kids or grieving parents making donations. The charity also had corporate partners, like RBC, whose campaigns funded schoolhouses and other projects in Kenya.

There were non-profit groups like Unstoppable. The American foundation said



they raised enough money to build 158 primary schoolhouses in Kenya for WE Charity.

VIDEO CLIP: [Michael Clemons] I know that we can all use a little bit of inspiration, so here today with me is a couple of my heroes. You know them as the Kielburger brothers. And our foundation...

MARK KELLEY: Canadian football legend Michael "Pinball" Clemons' charitable foundation eventually funded the construction of 108 primary schoolhouses in Kenya.

VIDEO CLIP: [Michael Clemons] We've officially funded the 100th school.

VIDEO CLIP: [Male] He's raised enough money to build 100 schools in developing countries. Please welcome Taylor Conroy!

MARK KELLEY: Our research shows a group called Change Heroes raised money to build dozens of schoolhouses in Kenya.

VIDEO CLIP: [Taylor Conroy] WE Day...

MARK KELLEY: Taylor Conroy was the founder and a WE Day ambassador.

VIDEO CLIP: [Taylor Conroy] We've come up with a way for you, from your phone, to raise



enough money to build an entire schoolhouse in one day.

MARK KELLEY: Conroy traveled to Kenya standing in front of those WE Charity schools to thank the donors directly.

VIDEO CLIP: [Taylor Conroy] Mrs. Whytfield and the Vaughan Road Academy, this is Taylor Conroy and Philip the Maasai warrior here to say thank you for your massive contribution. Behind us is a schoolhouse...

MARK KELLEY: But our research turned up another curious find.

VIDEO CLIP: [Female] And we're rolling.

[Taylor Conroy] Hi. It's Taylor from Change Heroes. Today...

MARK KELLEY: Footage posted on YouTube of Conroy thanking multiple donors in front of the same schoolhouse.

VIDEO CLIP: [Taylor Conroy] Thank you to Miss Pelletier and all of Margaret Jenkins Elementary School...

MARK KELLEY: And again.

VIDEO CLIP: [Taylor Conroy] ...Elton, it's Taylor, and this is one of the happiest days of my



life.

MARK KELLEY: And again.

VIDEO CLIP: [Taylor Conroy] ...Corrie. This is as huge day for me, because I'm finally getting to show you what you and your friends got together to build. ...projects... As they say here in Kenya, asante sana!

[Male] Asante sana!

MARK KELLEY: And for many donors, it was that connection to the bricks and mortar schoolhouse that they had funded that mattered most.

Rukshan de Silva remembers the day he and his classmates reached their target.

VIDEO CLIP: [Rukshan de Silva] We went to actually donate the money in person at their office in Toronto. We wanted it to be an ongoing partnership. We didn't want it to be a one-time donation. So it was very clear on that and we were guaranteed that as well by the founders of Free The Children.

MARK KELLEY: Watson Jordan felt the same way when he was sent a picture of the schoolhouse, he believed his money built.



VIDEO CLIP: [Watson Jordan] I'd hoped to meet one or two of the kids so I could read them some books I never got to read to William. I think that would have been powerful for me.

[Mark Kelley] And that's something you're still hoping to do one day?

[Watson Jordan] I am quite determined, at least go to the village.

MARK KELLEY: And if he went there, what would he find? He was sent a photo of Schoolhouse Number 4 in Irkaat, in memory of his son. Like Reed Cowan, would he discover a schoolhouse that was funded by other donors or would a schoolhouse be there at all?

So we decided to go to Kenya and look for Watson Jordan's schoolhouse and Rukshan de Silva's and others. When we come back...

VIDEO CLIP: [Male] This is a village that we've been following closely. We want to find out how many schools actually exist in this community.

[End of Clip 2 - Beginning of Clip 3]



MARK KELLEY: Rural Kenya has long been the focus of Canada's WE Charity. It says it's built 360 primary school houses here with donors' money, but our research shows donors had given enough money to build more than 900 schoolhouses here. Unable to square the charity's numbers with our own, we came to Kenya to see for ourselves.

WE Charity schools are located in the Maasai Mara region in southwest Kenya.

VIDEO CLIP: [Male] So we left Nairobi shortly after 4:00 o'clock this morning. We've been driving for several hours, and now we're in Narok County. This is where the WE Charity, it's efforts in Kenya began.

MARK KELLEY: And around here there's no bigger supporter of the charity than the governor of Narok County, the Honorable Samuel Tunai.

VIDEO CLIP: [Governor Tunai] Hi, good morning, everyone. Hi, good morning.

MARK KELLEY: That's his camera crew filming us as we filmed him.

VIDEO CLIP: [Governor Tunai] I'm here as a great



promoter and supporter of WE, because I've seen the impact and the transformation which they have done in the villages. You must -- As a government you must always have to look for money elsewhere to meet some deficit in terms of your budgets.

MARK KELLEY: And he made it clear if I doubted the good work done by the charity, I was wrong.

VIDEO CLIP: [Governor Tunai] Why are you going to tell me to say WE are doing a wrong job? The people who are employed there, the secondary schools which are built, why are you going to tell me to say they are not doing a good job?

[Mark Kelley] Your excellency, what would you say if more money was raised for Kenya and Narok County than was actually spent in Narok county?

[Governor Tunai] No. Let me not comment about that.

[Mark Kelley] What we've seen is -- with the WE Charity is that when donors will donate to build a classroom in Kenya, they'll be sent a picture and they'll be



told, for example, "In Ansenatoi, you have built a school," and they were sent that picture saying, "You have fully funded a classroom in Ansenatoi."

[Governor Tunai] Hmm.

[Mark Kelley] But we've also noticed is another group will have funded that classroom; but when we look, we see it's the same classroom. And they've both been told that they fully funded it, and that doesn't seem to add up.

[Governor Tunai] Okay. I don't -- No comment on that.

Well, okay, enjoy Kenya.

MARK KELLEY: With that we were told our interview was over.

VIDEO CLIP: [Governor Tunai] Thank you.

MARK KELLEY: But it wouldn't be the last time we would hear from the governor.

Now we began our quest to visit villages, following the donors' money.

VIDEO CLIP: [Male] Yeah, Motony, let's go to Motony.

MARK KELLEY: Before arriving in Kenya, we had arranged for a visit to the village of



Motony with the school's headmaster. But moments after we arrived, an unidentified man showed up and spoke to the headmaster.

VIDEO CLIP: [Mark Kelley] What did he say?

MARK KELLEY: Our colleague, journalist John Njiru, who has reported on WE Charity in Kenya tells us we're no longer welcome.

VIDEO CLIP: [Mark Kelley] We've been told that we should come back another time, so we'll come back another time.

[Male] He's saying that he had received some phone calls.

[Mark Kelley] So -- so we are not welcome.

[Male] Your presence is not welcome.

MARK KELLEY: As we wrapped up for the evening, we learn a lawyer for WE Charity in Toronto had sent an e-mail to the Fifth Estate. It contained direct quotes from our conversation with Governor Tunai just hours after our interview.

WE's lawyer said, "It is clear that CBC has been presenting as 'fact' inaccurate information. CBC slandered WE Charity today."



We didn't know then this would be just one part of an escalating campaign by the charity and its supporters to stop our investigation.

VIDEO CLIP: [Male] We're approaching Irkaat. You can see it on the horizon.

[Male] We are just near it, the village of Irkaat. It's a village that we've been following closely, looking at the number of schools that we have found in our database, and now we want to find out how many schools actually exist in this community.

MARK KELLEY: We arrive on a Saturday when school is out. We're hoping to find School Number 4. It's the schoolhouse Watson Jordan was sent a picture of in memory of his son.

Our spreadsheets show every schoolhouse here has a story, but donors may not know the full story.

VIDEO CLIP: [Male] Here it is. School Number 4, School Number 4. This was the one that was funded by Watson Jordan; but as we now know it was also funded by several other donors.



MARK KELLEY: Our research shows School Number 4 was fully funded at least four times over. And it wasn't just School Number 4. We have a picture of another schoolhouse that turned up in our online searches over and over again.

VIDEO CLIP: [Male] This school was also being funded by multiple other groups.

[Male] Absolutely.

[Male] Pledge to Humanity, this was funded by them, as it was Unstoppable, Mattamy Homes, Gilgan Family.

MARK KELLEY: In all, our research showed WE Charity told donors they had fully funded 70 primary schoolhouses here. The total number on the ground, 28.

MARK KELLEY: But, again, our visit is cut short. John tells us we must leave.

VIDEO CLIP: [John] Right now, you need to go because calls have been made and things are really bad.

MARK KELLEY: It turns out the calls are coming from the governor's office.

VIDEO CLIP: [Male] It was Governor Tunai who just called.



[Male] Oh, really? Why would the governor be calling us?

MARK KELLEY: John believed the governor was sending a message for us to stop visiting villages in his county.

We travel from Irkaat to the village of Rongena. We're looking for the school that 9-year-old Avery Skog funded from his home in Morris, Manitoba.

VIDEO CLIP: [Male] How you do, sir.

[Male 2] One, two, three. One, two, three. Look at the stones.

[Male 3] I think you found it. That's the one.

[Male 2] This is the school funded by Roots Canada, RBC, and this is a school that was funded by Avery Skog.

MARK KELLEY: And the schoolhouses are pretty basic, desks, chairs, and a blackboard. An aerial view puts this village into perspective. Our research revealed donors were told they had fully funded 55 schoolhouses here. In fact, there were only 12 schoolhouses and a library.

VIDEO CLIP: [Mark Kelley] It just doesn't add up,



all the money that was collected for this village, it doesn't add up.

MARK KELLEY: Our next stop was an interview with WE Charity to compare numbers. We arrive at the charity's compound in Narok County, their crown jewel. This is where the charity wanted us to talk to Carol Moraa. She's a senior executive with WE.

Carol took me on a tour of the WE campus here.

VIDEO CLIP: [Carol Moraa] Per day, we can see an average of 100 patients here.

MARK KELLEY: It includes the Baraka Hospital complete with a maternity ward, surgical theatre and COVID vaccine clinic.

[Carol Moraa] Patients prefer here.

[Mark Kelley] Because?

[Carol Moraa] A patient will say, "I want to be taken care of at Barak."

[Mark Kelley] And why do they prefer here?

[Carol Moraa] Because of our care. Yeah.

MARK KELLEY: Then there's the Kisaruni girls' high school, and the boys' high school.



VIDEO CLIP: [Mark Kelley] How many students? How many girls here?

[Female] 280.

MARK KELLEY: All of this paid for by generous donations, acknowledged by donor plaque after donor plaque.

I sat down for our interview with Carol at the WE college, just across the road; and she tells me our quest to count schools is misguided.

VIDEO CLIP: [Carol Moraa] You have a spreadsheet where you're counting the number of buildings, but it's not about the infrastructure. It's about the impact, the lives that are touched every single day.

[Mark Kelley] Do you think it's wrong for us to be coming to -- to count the buildings, to see what has been done on the ground?

[Carol Moraa] That's the wrong approach, Mark. That clearly shows that you don't understand our model.

MARK KELLEY: Carol says the WE Charity model has donors fund what they call pillars, such



as access to clean water, healthcare, or in this case, education. Money for education would build schoolhouses, and libraries and kitchens and teachers' accommodations; but our research accounted for those donations, too.

[End of Clip 3 - beginning of Clip 4]

MARK KELLEY: Carol says the WE Charity model has donors fund what they call pillars, such as access to clean water, healthcare, or in this case, education. Money for education would build schoolhouses and libraries and kitchens and teachers' accommodations. But our research accounted for those donations, too.

VIDEO CLIP: [Carol Moraa] We have always tried our best to be very clear with our donors.

MARK KELLEY: Carol insists donors knew their money was pooled for various projects and photos sent to donors did not mean they fully funded that school.

VIDEO CLIP: [Carol Moraa] When a donor funds a village, we will definitely send a picture from that village to the donor, and it's not just one donor funding this village



because it's not just an empty classroom. We have learners in that classroom, learners who are getting school meals, who are getting, you know, health screenings. We have teacher trainings that are happening. All this programming takes place together with the infrastructure.

MARK KELLEY: But after telling us we shouldn't be counting schools, it turned out that's exactly what WE Charity had been doing all spring and summer, ever since The Fifth Estate began our investigation; and it was no longer 360, the number provided to Parliament, far from it.

VIDEO CLIP: [Carol Moraa] The correct number is 852. We had not included the renovations, we had not included the high -- our high schools, we had not included our regional high schools, we had also not included the new constructions, and also the constructions that had been delayed because of COVID.

[MARK KELLEY] So, can I just ask, why was the number 360 provided at all? That's nowhere near the number that you



came up with. Why provide that number?

[Carol Moraa] Because Parliament wanted us to give them, you know, the number of -- of structures that we had, and we had not factored in all these before giving that number. So we included all that for us to count -- to now have the final number of 852.

[Male] I think we have to end it at that point.

[Mark Kelley] What does renovations have to do with --

[Male] Mark, why don't you just stick to the formal interview and then...

MARK KELLEY: A closer look at that new number includes high schools, kitchens, even latrines which inflated the total count. But the charity's own count confirms the number of primary schoolhouses built in Kenya, 360.

Still the charity insists all the money donated to Kenya was spent in Kenya. And for those villages that have benefited, loyalty to WE is unconditional.

In the village of Pimbiniet, they



proudly hoist the WE Charity flag for visiting journalists from Canada.

VIDEO CLIP: [Male] They have drilled the water.

[Mark Kelley] Uh-huh.

[Male] All these kind of things that they have built here --

[Mark Kelley] Uh-huh.

[Male] -- was just done by the WE Charity.

[Mark Kelley] Uh-huh.

MARK KELLEY: Here we wanted to find one particular schoolhouse.

VIDEO CLIP: [Mark Kelley] This is it! This is the -- the classroom that was funded by Rukshan de Silva.

MARK KELLEY: Did Rukshan know the schoolhouse his classmates called their own was paid for by others? In Pimbiniet, we counted 20 schoolhouses. Our spreadsheet shows WE Charity had received donations to fully fund 48.

And on it went, using our spreadsheet count to compare with WE Charity's count in village after village after village.

So were all donors told their money



would be pooled with others to build other projects as Carol Moraa had told us? Back in Nairobi we called Rukshan de Silva to ask.

VIDEO CLIP: [Mark Kelley] Were you told that there were other donors who had funded that very same school?

[Rukshan de Silva] No.

[Mark Kelley] That you were part of something bigger, that your money was going into a big pot?

[Rukshan de Silva] No. We were told that that would be Iroquois Ridge's school that we had funded.

MARK KELLEY: In fact, what Rukshan didn't know is the picture he took of that schoolhouse when he visited Pimbiniet contained a clue that it was credited to another group.

VIDEO CLIP: [Mark Kelley] I saw a picture that you took over there that you would post of your school. On the top right from the door there are letters over that door, MPCF and a number. Did you know what the -- what that stood for?

[Rukshan de Silva] No.



[Mark Kelley] That's Michael "Pinball" Clemons' foundation. He'd already fully funded that school. Were you aware of that?

[Rukshan de Silva] No. I wasn't aware of that. If what you're saying is true, that's really disappointing. It's a shame.

MARK KELLEY: Later that evening we were contacted by a former WE employee who wanted to talk.

VIDEO CLIP: [Mark Kelley] Why are you concerned about protecting your identity? Like what are you afraid of?

MARK KELLEY: They said they feared legal reprisals from the charity. The source said it was common practice to overfund projects in Kenya, not just the schoolhouses.

VIDEO CLIP: [Speaker's voice distorted.]

[Mark Kelley] Over and over again.

[Speaker's voice distorted.]

[Mark Kelley] But why was it the norm?

[Speaker's voice distorted.]

[Mark Kelley] It was making money.



[Speaker's voice distorted.]

[Mark Kelley] Who was calling the shots? Who was making this happen? Was the -- Was this the people on the ground in Kenya who decided that this was a good idea?

[Speaker's voice distorted.]

MARK KELLEY: The source said the practice had gone on for years.

VIDEO CLIP: [Mark Kelley] You witnessed it. He said this was part of the business model. As he said, basically it was free money to the charity to sell the same school room over and over again.

MARK KELLEY: Less than an hour after that call, we had a text from our team in Toronto. The CBC had received a letter from Kenya's Ministry of the Interior. It contained unfounded allegations we had committed criminal acts in Kenya, including trespassing on government property. For some reason, the letter was cc'd to the WE organization.

Concerned for our safety, CBC instructed us to head to the airport



immediately. Our fact-finding mission in Kenya was over. When we come back...
VIDEO CLIP: [Female] What happened? Why were these donors being misled about how their money was being spent? It's just wrong.
VIDEO CLIP: [Male] Mom, what are you doing here?
[Female] Why is your back to me? What are you wearing?
[End of Clip 4 - Beginning of Clip 5]
VIDEO CLIP: [Craig Kielburger] Welcome to cribs East Africa style. My name is Craig Kielburger. I'm the founder of Free the Children and also...
MARK KELLEY: A decade ago, Craig Kielburger made this video for MTV fans across North America.
VIDEO CLIP: [Craig Kielburger] Sankai. How are you doing?
[Male] I'm good.
[Craig Kielburger] Maasai warrior, great friend of mine. He lives here.
MARK KELLEY: This villa is where high net worth donors stayed in Kenya, part of the for-profit side of the we organization...
VIDEO CLIP: [Craig Kielburger] So let me show you



the actual crib. This is home.

MARK KELLEY: As the Kielburgers made doing good, feel good.

VIDEO CLIP: [Craig Kielburger] Welcome to my bathroom. Hang out, chill out, soak out, and enjoy the view over the Maasai Mara in Kenya.

MARK KELLEY: And their overtures to kids were on the scale of lavish rock concerts.

VIDEO CLIP: [Male] We can be anything and do everything as long as we set our minds to it. [Cheering]

MARK KELLEY: But what was happening behind the scenes, as donor money came pouring in? The Fifth Estate spoke with dozens of people formerly and currently connected to the organization.

One former staffer agreed to chat by WhatsApp. I asked: Why are you concerned about keeping your identity hidden?

Legal but also knowing how powerful the Kielbrothers are.

The source told me: Overfunding of schoolhouses was a strategic decision by senior leaders. The brothers were aware



of all of this and would be the ones to accept the risk of doing project funding this way. It was always about the ends, the overall goal, if that was ambitious and inherently good, the means didn't seem to matter.

But I wondered: How is that inherently good?

The response? What they wanted to achieve was more important than how they went about it.

Others we spoke to said they raised concerns money was being donated for projects that were already paid for.

You know, the Kielburgers were warned: You're playing with fire here.

I don't know how they thought they could get away with it for so long. They were very, very good at having people have an experience that they will never question.

Rumblings of troubles at WE Charity made their way to the United States, where the charity has raised nearly $200 million in donations in the last decade.



In Chicago the group CharityWatch rates charities for prospective donors. In 2020, the watchdog suspended its rating of WE Charity citing concerns about governance. Executive director Laurie Styron is an accountant with 15 years experience in the charitable sector.

VIDEO CLIP: [Mark Kelley] Here's one group called H.O.P.E.

MARK KELLEY: I showed her the duplicate photos WE Charity sent to multiple donors.

VIDEO CLIP: [Mark Kelley] Well, here's another organization and said, "You have funded that school room."

[Laurie Styron] Right. So it looks like the same school; doesn't it?

[Mark Kelley] It certainly does.

[Laurie Styron] Yeah.

[Mark Kelley] I mean, when you put them side by side.

[Laurie Styron] Okay. Right. Okay. Yeah. Same clouds and everything.

[Mark Kelley] Um-hum.

[Laurie Styron] Okay. Yeah. I mean, that's -- that's highly problematic



because it doesn't look like it was a mistake. It looks like it was a strategy, a fundraising strategy, to compel donors to give more money on the promise that they would be accomplishing something very, very specific with their donation.

The donors and the general public really need to, you know, demand that this is investigated.

MARK KELLEY: But that's not what all donors wanted. Prompted by our investigation, a group of donors, many of whom said they'd been to Kenya to see WE Charity's projects, launched an aggressive campaign to stop our investigation.

"We do not agree with their thesis that we as donors were misled."

E-mails sent to the editor-in-chief of CBC News saying the charity used their money for good works in Kenya and our reporting would undermine that.

"We are asking you to prevent further damage to the communities in Kenya."

E-mails signed by the former COO of Blackberry; the founder of Lululemon;



Michael "Pinball" Clemons; Change Heroes' Taylor Conroy; a former executive of the Royal Bank of Canada; and even the former prime minister, Kim Campbell.

"We do not see any public interest in this kind of journalism."

The e-mails arrived for days, then a clue as to who was involved in the campaign at the bottom of an e-mail thread with the heading "draft for consideration" a high-profile donor got approval from Craig Kielburger before sending it to the president of the CBC.

By then a source aware of the charity's denials of wrongdoing wanted us to know what was happening inside the charity and provided us with some of the charity's own internal spreadsheets, records of donations from WE Charity's wealthiest and most prized donors.

In the village of Rongena, the records show eight high net worth donors paid for the exact same schoolhouse.

In Irkaat, seven major donors and foundations paid for the same three



schoolhouses.

The leaked documents also show the same $10,000 schoolhouse in Irkaat was also sold to other donors for 12,000, even 15,000 dollars.

In Esinoni, it states another donor was charged 22,500 U.S. for a single schoolhouse.

And then there are the comments in the margins, about how to handle those wealthy philanthropists who might be asking questions.

Richard Branson's Virgin Atlantic wasn't a problem as "they have not asked us the status of the project."

A California philanthropist, Gaby Ghorbani, was "tricky." So our project not yet built "will likely be something we have to commit to.

Another wealthy family seemed easier to deal with as they "don't seem to be tracking items line for line."

We showed those documents to Laurie Styron.

VIDEO CLIP: [Mark Kelley] How does it strike you



when you see the comments in the margins talking about the donors? This one's going to be asking questions. That one doesn't ask questions, so we don't have to worry about that.

[Laurie Styron] There's a few choice words I have to -- It's incredibly condescending to say we're going to rely on the, you know, ignorance. I don't mean that in a negative connotation.

The average donor doesn't have a background to be able to root all of this out.

[Mark Kelley] Yeah. And I guess part of me is just surprised that they would put it in writing.

[Laurie Styron] Right. They don't really have plausible deniability here. It's in writing. I mean, it's in black and white. It really isn't just a -- just an error. Right? It's not just that they got in over their heads on one school.

[Mark Kelley] Uh-huh.

[Laurie Styron] It looks to be an active strategy to raise a lot of money.

And then they're relying on donors not asking questions in order to continue to operate this way. And it's just -- it's just wrong.

MARK KELLEY: When we come back...

VIDEO CLIP: [Male] I have a request for the rich and the powerful and the well-connected. Come out of hiding on this matter and go on the record as I have had to do today.

[Female] When my dad lost his job during the pandemic...

[End of Clip 5 - Beginning of Clip 6]

MARK KELLEY: The Kielburgers first came to this rugged region of Kenya in the early 2000s. They convinced kids back home to fundraise for badly needed schools here, water systems, and other sustainable projects.

Over the years hundreds of schools were built. Our investigation has revealed far more schools were funded than were actually built, leading to an inevitable question from the executive director of CharityWatch.

VIDEO CLIP: [Laurie Styron] The logical question is: Where's the money? Where did the



money go?

[Mark Kelley] It went for the good. It went for charitable works. It went to help people in Kenya.

[Laurie Styron] They do need to be able to quantify that; and not to mention, even if it did go to good programmatic activities, charities still have an ethical obligation, in some cases a legal obligation, to carry out the specific programs that they promised the donor they would carry out with that donation.

MARK KELLEY: Days before this broadcast, another lawyer's letter from WE Charity.

The charity has hired a forensic accountant to "review the flow of funds involved in it Kenyan projects." The charity insists our research into donor funding is "flawed" saying donor claims social media are "inaccurate" and "imprecise" while offering no proof of that claim.

The charity continues to claim donors are not told they are funding a schoolhouse. "Donors are told that their



donations will be pooled with others to do the most good in a given region or village."

So how then to explain this?

VIDEO CLIP: [Male] We are happy to announce, da-da-daaa! We have Classroom Number 2.

[Males] This shirt built a school in Africa.

MARK KELLEY: So was this a promise to kids or nothing more than a marketing strategy?

If donors did not fully fund schools, why are there so many videos telling them their money would do just that?

VIDEO CLIP: [Male] That $10,000 will fully construct a schoolhouse in Kenya to empower hundreds and hundreds of children.

[Female] 57 million children around the world dream of going to school.

MARK KELLEY: Videos produced by WE Charity itself and its major partners.

VIDEO CLIP: [Female] $20 provides one brick. 500 bricks build a school. Go to freethechildren.com/wecreatechange.

[Laurie Styron] Charities are really good at telling stories. Any non-profit



organization can point to a handful of good deeds that they've done, and donors need to be very careful to not be overly impressed by that.

MARK KELLEY: The public too, deserves answers, says Laurie Styron.

VIDEO CLIP: [Laurie Styron] These are public resources. Charities are subsidized by the rest of us. They don't pay tax on their income. They're here by our collective grace that they exist.

Things get investigated when the public demands it. If you want to know what happened to those schools, you want to know what happened to that money? Demand it.

MARK KELLEY: And that's precisely what Reed Cowan urged donors to do.

VIDEO CLIP: [Reed Cowan] I have a request for the rich, and the powerful and the well-connected, the celebrity and the corporate set who lent their power to the elevation of Free the Children and WE Charities. I'm asking that you come out of hiding on this matter and go on the



record, as I have had to do today.

[Male] We Day! [Cheering]

[Reed Cowan] To all of the kids, I would say to them that they have every right to seek answers and transparency and accountability of Free the Children and WE Charities.

MARK KELLEY: Cowan demanded $20 million in damages from the charity in exchange for his silence on the issue of donor financing. The charity called his demands extortion.

In 2020, WE Charity announced it was winding down its Canadian operations. The consequences of COVID, political scandal, and dwindling donations.

The charity recently sold its head office in Toronto. It says it wants to concentrate its efforts on projects in Kenya, like building schoolhouses.

So where does this leave Watson Jordan? He was told he paid for a schoolhouse in Irkaat and was sent this photo of School Number 4 in memory of his son.

VIDEO CLIP: [Watson Jordan] At the end, you know,



I've been deceived. Lying to people who've lost children about doing something good on their behalf, that doesn't seem like an awesome group of people to lie to.

MARK KELLEY: School Number 4 sits atop a hill in the village of Irkaat, fully funded by at least 4 other donors. The question is: How many more people were sold a promise but whose schoolhouses were never built? It's a question we tried to answer.

VIDEO CLIP: If you have a story you think needs to be told, send us your tips to fifthtips@CBC.ca. For a more confidential way to contact us, visit our website at CBC.ca/fifth and click on SecureDrop.

[Male] Hello. Hello.

[End of Clip 6]



TRANSCRIPTIONIST'S CERTIFICATE

I, Mary C. Dopico, CSR, RPR, CRR, Transcriptionist, certify that the foregoing is a true and accurate transcription of the audio recording of the proceedings in the above-entitled matter;

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken;

I further certify that I am not financially or otherwise interested in the outcome of this action.

Certified to by me on this the 19th day of November, 2021.

Mary C. Dopico

Mary C. Dopico, CSR, RPR, CRR
Texas CSR No. 463, Exp. 4/30/2023

Independent Contractor To:
Magna Legal Services
Seven Penn Center
1635 Market Street, 8th Floor
Philadelphia, PA 19103
215/207-9460 Fax: 215/207-9461



A

**able** 41:12 43:6
**above-entitled** 48:6
**Absolutely** 23:9
**Academy** 15:7
**accept** 36:2
**access** 27:1,10
**accident** 9:11 11:3
**accommodations** 27:5,14
**accomplished** 11:25
**accomplishing** 38:5
**account** 13:7
**accountability** 46:6
**accountant** 37:6 43:16
**accounted** 27:5,15
**accurate** 11:11,13 48:5
**achieve** 36:10
**acknowledged** 26:5
**action** 2:5 48:9,11
**active** 41:25
**activities** 43:8
**acts** 33:20
**actual** 35:1
**add** 2:19 20:11 24:25 25:2
**Adopt** 4:18,19
**aerial** 24:20
**afraid** 2:25 32:14
**Africa** 2:12 4:17 34:11 44:8
**aggressive** 38:14
**ago** 34:14
**agree** 11:12 38:16
**agreed** 35:18
**airport** 33:25
**AJ** 4:15
**allegations** 33:19
**ambassador** 14:23
**ambitious** 36:4
**America** 4:8 6:20 11:6 34:16
**American** 13:25
**angles** 13:18
**angry** 9:2
**announce** 44:5
**announced** 46:12
**Ansenatoi** 20:1,4
**answer** 47:10
**answered** 7:7
**answers** 45:5 46:5
**anybody** 12:22
**approach** 26:22
**approaching** 22:5
**approval** 39:11
**arranged** 20:25
**arrive** 22:14 25:4
**arrived** 21:2 39:7
**arriving** 20:24
**asante** 6:17 16:8,9
**asked** 35:19 40:14
**asking** 38:22 40:12 41:3 42:2 45:24
**Atlantic** 40:13
**atop** 47:5
**audio** 48:5
**available** 2:2
**average** 25:12 41:11
**Avery** 5:20,21,24 6:1,7 24:8,17
**aware** 32:4,6 35:25 39:14
**awesome** 47:4

B

**back** 11:18 17:20 21:9,10 31:2 34:2 34:7 42:5,15
**background** 41:12
**bad** 23:21
**badly** 3:22 42:16
**Bank** 39:3
**Barak** 25:19
**Baraka** 25:13
**basic** 24:18
**basically** 33:12
**bathroom** 35:5
**BC** 6:22
**beard** 7:14
**beauty** 3:2
**began** 18:16 20:20 28:12
**beginning** 2:1 12:16 17:25 27:7 34:9 42:12
**behalf** 8:24 47:3
**believed** 13:3 16:25 24:3
**benefited** 29:24
**best** 27:17
**big** 6:17 7:17 31:11
**bigger** 18:17 31:10
**bit** 14:5
**black** 41:19
**Blackberry** 38:25
**blackboard** 24:19
**blame** 10:15
**books** 17:3
**bottom** 10:23 39:9
**boys'** 25:25
**Branson's** 40:13
**brick** 6:3 44:21
**bricks** 16:11 44:22
**broadcast** 43:13
**brothers** 4:1 14:8 35:25
**brought** 10:7
**budgets** 19:6
**build** 2:11,15 4:15 5:8,13 6:15 11:5 12:4 14:1,16,19 15:1 16:6 18:5 19:24 27:3,12 31:1 44:22
**building** 3:20 4:21 7:15 9:20 11:20 46:19
**buildings** 26:13,19
**built** 2:17 6:5 9:22 12:11 13:7 16:25 18:2 19:13 20:2 29:19 30:6 40:18 42:19,21 44:7
47:9
**business** 33:11
**buying** 10:25

C

**C** 48:3,16
**California** 40:16
**call** 7:7 26:25 27:9 33:15
**called** 4:7,18 14:18 23:25 30:17 31:3 37:8 46:11
**calling** 24:2 33:2
**calls** 21:12 23:20,22
**camera** 18:23
**campaign** 22:2 38:14 39:9
**campaigns** 13:22
**Campbell** 39:4
**campus** 25:10
**Canada** 24:16 30:2 39:3
**Canada's** 3:4 18:2
**Canadian** 3:13 14:9 46:13
**care** 25:19,22
**careful** 45:3
**Carol** 25:7,9,11,16 25:18,22 26:8,11 26:21,24 27:8,16 27:18,22 28:15 29:2 31:2
**Carolina** 4:23
**carry** 43:10,12
**case** 27:2,11
**cases** 43:9
**CBC** 2:2 21:23,24 33:17,24 38:19 39:13
**CBC.ca/fifth** 47:15
**cc'd** 33:22
**celebrities** 4:9
**celebrity** 45:21
**center** 3:25 48:18
**centimeters** 7:10
**certainly** 37:17
**CERTIFICATE** 48:1
**Certified** 48:12
**certify** 48:4,7,10
**chairs** 24:19
**chance** 8:1
**change** 4:3 6:24 14:19 15:16 39:1
**charged** 40:7
**charismatic** 4:1
**charitable** 14:10 37:7 43:3
**charities** 9:7 37:2 43:8 44:24 45:8 45:24 46:7
**charity** 2:6,11 3:4 3:13,17 6:4 8:16 12:10,18 13:6,10 13:20 14:3 15:4 18:2,10,16,18 19:8,23 21:6,17 21:25 22:3 23:13 25:4,7 26:24 27:8 28:10 29:21 30:1 30:9,20 32:16 33:13 36:22,24 37:4,11 38:19 39:17 43:14,15,18 43:23 44:19 46:9 46:11,12,16
**charity's** 8:14,21 18:7 25:5 29:18 30:23 38:13 39:15 39:18,19
**CharityWatch** 37:1 42:23
**chat** 35:18
**checks** 6:21
**cheered** 9:16
**Cheering** 3:24 4:4 4:6,14 5:5 35:12 46:2
**Chicago** 37:1
**children** 3:17,23 4:2 6:9 9:7 12:6 16:22 34:13 44:16



44:17 45:23 46:6 47:2
**chill** 35:5
**choice** 41:6
**churches** 6:23
**citing** 12:19 37:4
**claim** 43:22,23
**claims** 43:19
**class'** 7:15
**classmates** 16:15 30:17
**classroom** 4:16 19:24 20:4,8,9 28:1,2 30:14 44:6
**clean** 27:1,10
**clear** 13:3 16:20 19:7 21:22 27:17
**clearly** 26:22
**Clemons** 14:4,13 39:1
**Clemons'** 14:10 32:2
**click** 47:15
**clinic** 4:13 25:15
**Clip** 1:11,12,13,14 1:15,16 2:1,5,7,9 2:13,18,23 3:24 4:3,12,24 5:16 6:1 6:7,17 7:1,9,17,23 8:2,16,23 9:4,12 9:18 10:2,4,9,16 10:19 11:1,10,22 12:16,16 14:4,13 14:15,21,24 15:6 15:14,20,24 16:3 16:16 17:1,21,25 17:25 18:12,21,25 19:10 20:17,22 21:4,8 22:5,21 23:7,19,24 24:10 24:25 25:11 26:1 26:11 27:7,7,16 27:22 28:15 30:3 30:13 31:5,19 32:12,19 33:10 34:3,6,9,9,10,17 34:25 35:4,10 37:8,12 40:25 42:6,12,12,24 44:5,14,21 45:7 45:19 46:25 47:11 47:17
**close** 7:5
**closely** 17:22 22:9
**closer** 29:15
**clouds** 37:22
**clue** 31:17 39:8
**colleague** 21:5
**collected** 2:18 25:1
**collective** 45:11
**college** 26:8
**come** 14:24 17:20 21:9,10 34:2 42:5 42:8 45:24
**coming** 23:22 26:18
**comment** 19:21 20:13
**comments** 40:9 41:1
**commit** 40:19
**committed** 33:19
**committee** 9:2
**common** 32:17
**communities** 38:23
**community** 6:23 7:20 17:24 22:13
**compare** 25:4 30:23
**compel** 38:3
**complete** 25:14
**compound** 25:5
**compounded** 10:12
**concentrate** 46:18
**concerned** 2:23 32:12 33:24 35:19
**concerns** 8:20 12:20 36:13 37:4
**concerts** 35:9
**condescending** 41:8
**conduct** 11:23
**confidential** 47:13
**confirms** 29:18
**connected** 35:16
**connection** 16:11
**connotation** 41:10
**Conroy** 14:17,21 14:22,24 15:3,6,8 15:15,17,20,24 16:3 39:2
**consequences** 46:14
**consideration** 39:10
**construct** 44:15
**constructed** 8:6
**construction** 14:11
**constructions** 28:20,21
**contact** 47:14
**contacted** 32:9
**contained** 21:19 31:17 33:18
**continue** 42:2
**continues** 43:23
**contract** 8:17,19
**Contractor** 48:17
**contribution** 15:10
**control** 10:7
**controversy** 2:8
**conversation** 21:20
**convinced** 42:15
**COO** 38:24
**corporate** 13:21 45:22
**correct** 28:15
**Corrie** 16:3
**counsel** 48:7
**count** 26:9,18 29:7 29:17,18 30:23,23
**counted** 30:18
**counting** 26:12 28:9
**countries** 14:16
**country** 3:1,6
**county** 18:15,19 19:18,19 24:5 25:5
**couple** 14:6
**COVID** 25:15 28:22 46:14
**Cowan** 8:23,25 9:3 9:4,8,12,15,18,23 10:2,9 11:4 12:14 17:13 45:17,19 46:3,8
**Craig** 4:2 9:17 10:4 10:9 11:22 34:10 34:11,14,17,20,25 35:4 39:12
**created** 12:25
**credited** 31:18
**crew** 18:23
**crib** 35:1
**cribs** 34:10
**criminal** 33:20
**crown** 25:6
**CRR** 48:3,16
**crushing** 3:2
**CSR** 48:3,16,16
**curious** 15:13
**currently** 35:16
**cut** 23:17

**D**

**da-da-daaa** 44:6
**dad** 42:10
**damage** 10:6 38:23
**damages** 46:8
**Danielle** 4:12
**database** 22:11
**Davidson** 6:11
**day** 2:7 4:4,5 5:4 7:9 14:21,23 15:2 16:4,14 17:7 25:11 26:16 46:2 48:12
**days** 2:13 4:7,25 5:7 15:25 39:7 43:13
**de** 7:1,7,9 8:2 16:14 16:16 17:19 30:15 31:3,8,12,25 32:5
**deal** 40:21
**death** 11:5
**decade** 34:14 36:25
**deceived** 47:1
**decided** 5:18 12:12 17:17 33:5
**decision** 35:24
**deeds** 45:2
**defending** 8:18
**deficit** 19:6
**definitely** 27:23
**delayed** 28:21
**demand** 38:8 45:16
**demanded** 46:8
**demands** 45:13 46:11
**deniability** 41:18
**denials** 39:15
**describe** 11:11
**Described** 2:3
**deserves** 12:2 45:5
**desks** 24:19
**determined** 17:9
**developing** 14:16
**died** 9:10
**different** 3:14 12:14 13:17
**direct** 21:19
**directly** 15:5
**director** 37:5 42:23
**disappointed** 11:23
**disappointing** 32:7
**discover** 17:13
**distorted** 32:19,21 32:24 33:1,7
**documents** 40:2,23
**doing** 19:11,15 28:10 34:6,18 35:2 36:2 47:2
**dollars** 40:5
**donate** 16:17 19:24
**donated** 8:7 12:19 29:22 36:13
**donation** 4:20 6:2 16:20 38:6 43:12
**donations** 3:5 13:8 13:20 26:5 27:6



27:15 30:20 36:25 39:19 44:1 46:15
**donor** 9:25 13:11 13:13 26:5,6 27:22,24,25 35:14 39:11 40:6 41:11 43:11,18,19 46:10
**donors** 8:22 9:16 9:18 12:14 13:3 13:18 15:5,18 16:10 17:15 18:5 19:23 22:19,25 23:14 24:21 26:25 27:9,17,18,20 30:25 31:6 34:4 34:23 37:2,11 38:3,7,10,12,17 39:20,22,24 40:4 41:2 42:1 43:23 43:25 44:11 45:2 45:18 47:7
**donors'** 18:4 20:21
**door** 31:22,22
**Dopico** 48:3,16
**doubted** 19:7
**dozens** 14:19 35:15
**draft** 39:10
**drawn** 3:13
**draws** 3:9
**dream** 44:18
**drilled** 30:3
**driving** 18:14
**duplicate** 37:10
**dwindling** 46:15

**E**

**e-mail** 5:17 21:18 39:9
**e-mails** 38:18,24 39:7
**early** 42:14
**easier** 40:20
**East** 34:11
**edition** 2:4
**editor-in-chief** 38:18
**educating** 12:5
**education** 27:2,3,11 27:12
**educators** 11:25
**efforts** 18:16 46:18
**eight** 39:22
**Elementary** 15:22
**elevation** 45:23
**Elton** 15:24
**employed** 19:12 48:8
**employee** 32:10
**empower** 44:16
**empowering** 3:19
**empty** 28:1
**ends** 36:3
**enjoy** 20:14 35:6
**entire** 15:1
**erase** 10:11
**error** 10:11 41:21
**escalating** 22:2
**Esinoni** 40:6
**Estate** 1:10 2:4 3:8 12:12 13:16 21:18 28:12 35:15
**ethical** 43:9
**evening** 21:16 32:9
**events** 3:25 4:7
**eventually** 14:11
**everybody** 5:20
**exact** 39:23
**exactly** 28:10
**example** 20:1
**excellency** 19:16
**exchange** 46:9
**exciting** 5:3,16
**executive** 25:8 37:5 39:2 42:22
**exist** 17:23 22:12 45:11
**Exp** 48:16
**experience** 36:20 37:7
**explain** 44:4
**extortion** 46:11

**F**

**face** 9:5
**fact** 11:1 24:23 31:15
**fact'** 21:23
**fact-finding** 34:1
**factored** 29:5
**families** 7:4
**family** 23:12 40:20
**fans** 34:15
**far** 13:5 28:14 42:20
**Fax** 48:20
**feared** 32:15
**feel** 2:9 5:4 10:2 35:3
**feel-good** 2:6 6:19
**felt** 7:21 16:23
**Female** 2:2,20 5:4 7:17,23 8:16 15:14 26:3 34:3,7 42:10 44:17,21
**fiasco** 10:13
**Fifth** 1:10 2:4 3:7 12:12 13:16 21:18 28:11 35:15
**fifthtips@CBC.ca** 47:13
**filmed** 18:24
**filming** 18:23
**final** 29:8
**finally** 16:4
**financially** 48:10
**financing** 46:10
**find** 15:13 17:11,22 22:11,15 30:11
**fire** 36:16
**first** 2:14 5:7 42:13
**firstly** 11:10
**flag** 30:1
**flawed** 43:19
**Floor** 48:19
**Florida** 6:22
**flow** 43:16
**focus** 18:1
**following** 17:22 20:21 22:9
**footage** 11:13 15:17
**football** 14:9
**for-profit** 34:24
**force** 3:14
**foregoing** 48:4
**forensic** 43:15
**formal** 29:14
**former** 4:23 32:10 35:18 38:24 39:2 39:3
**formerly** 35:16
**Fort** 6:21
**fought** 11:18
**found** 12:25 13:16 22:10 24:13
**foundation** 13:25 14:8,10 32:2
**foundations** 39:25
**founded** 4:1
**founder** 14:22 34:12 38:25
**founders** 16:22
**four** 8:8 9:5 12:8 23:2
**fraud** 2:10 10:3
**free** 3:17 4:1 6:9 9:6 16:22 33:12 34:12 45:23 46:6
**freethechildren.c...** 44:23
**freshwater** 3:21
**friend** 34:21
**friends** 6:11 16:6
**friendship** 7:19
**front** 15:4,18
**fruits** 8:10
**full** 10:6 22:20
**full-blown** 2:8
**fully** 9:9 12:23 13:4 13:11 20:3,10 23:2,14 24:22 27:20 30:21 32:3 44:11,14 47:6
**fund** 26:25 27:9 30:21 44:11
**funded** 9:9,25 12:15,17,23 13:4 13:11,22 14:11,14 16:12 17:14 20:3 20:7,10 22:23,24 23:2,8,11,14 24:8 24:15,17,22 27:21 30:14 31:6,14 32:3 37:13 42:20 47:6
**funding** 27:25 36:2 43:19,24
**fundraise** 42:15
**fundraising** 3:25 7:15 8:9 9:19 38:3
**funds** 8:6 27:22 43:16
**further** 38:22 48:7 48:10

**G**

**Gaby** 40:16
**general** 38:7
**generosity** 4:4 6:16 7:19
**generous** 26:4
**getting** 16:5 28:3,4
**Ghorbani** 40:17
**Gilgan** 23:12
**girls** 26:2
**girls'** 25:24
**give** 29:3 38:4
**given** 18:5 44:2
**giving** 9:13,14 29:6
**go** 2:22 3:6 5:11 17:9,17 20:22 23:19 42:8 43:1,7 44:22 45:25
**goal** 6:7 36:4
**going** 5:18 19:10,14 31:11 41:3,8 44:18
**good** 18:21,22 19:8 19:15 33:5 34:19 35:2,3 36:5,8,19



38:20 43:2,7 44:2
44:25 45:2 47:3
**gotten** 8:16
**governance** 37:5
**governing** 8:19
**government** 8:17
19:4 33:21
**governor** 18:18,21
18:25 19:10,20
20:5,12,17,19
21:20 23:24 24:2
24:3
**governor's** 23:23
**grace** 45:11
**grad** 7:14
**great** 5:19 18:25
34:21
**grew** 7:13
**grief** 10:11
**grieving** 13:19
**ground** 23:16 26:20
33:4
**group** 14:18 20:7
31:18 37:1,8
38:11 47:4
**groups** 6:23 13:24
23:8
**guaranteed** 16:21
**guess** 41:14
**guy** 8:24

**H**

**H.O.P.E** 37:9
**handed** 8:19
**handful** 45:1
**handle** 40:10
**Hang** 35:5
**happen** 33:3
**happened** 10:16,24
13:15 34:3 45:14
45:15
**happening** 28:6
35:13 39:16
**happiest** 15:25
**happy** 44:5
**hard** 4:17

**hard-working** 6:24
**head** 33:25 46:16
**heading** 39:10
**headmaster** 21:1,3
**heads** 41:22
**health** 4:13 28:4
**healthcare** 27:1,10
**hear** 20:19
**heard** 2:14 5:8 9:2
**heart** 7:6
**hello** 6:10 47:16,16
**help** 3:5,15 4:13 7:8
43:4
**helped** 11:21
**helping** 4:10 12:3
**heroes** 14:7,19
15:16
**Heroes'** 39:1
**Hi** 5:20 15:15 18:21
18:22
**hidden** 35:20
**hiding** 42:8 45:25
**high** 6:11 7:13
25:24,25 28:17,17
28:19 29:16 34:22
39:22
**high-profile** 39:11
**higher** 13:5
**highly** 37:25
**hill** 47:5
**hired** 43:15
**Hmm** 20:5
**hoist** 30:1
**home** 24:9 35:1
42:15
**Homes** 23:12
**Honorable** 18:19
**hoped** 17:1
**hoping** 17:7 22:15
**horizon** 22:6
**Hospital** 25:13
**hour** 33:15
**hours** 18:14 21:21
**houses** 18:3
**huge** 16:4
**hugely** 5:3

**Hujambo** 6:10
**Humanity** 23:10
**hundreds** 42:18
44:16,16

**I**

**idea** 33:6
**identity** 2:24 32:13
35:20
**ignorance** 41:9
**immediately** 34:1
**impact** 19:2 26:14
**impactful** 5:10
**important** 36:10
**imprecise** 43:21
**impressed** 45:4
**inaccurate** 21:24
43:20
**included** 28:16,17
28:18,19 29:6
**includes** 25:13
29:16
**including** 33:20
**income** 3:21 45:10
**incredible** 8:11
**incredibly** 41:7
**Independent** 48:17
**India** 4:13
**inevitable** 42:22
**infant** 5:14
**inflated** 29:17
**information** 21:24
**infrastructure**
26:14 28:7
**inherently** 36:5,8
**inside** 39:16
**insists** 27:18 29:21
43:18
**inspiration** 14:5
**instructed** 33:25
**interest** 39:5
**interested** 48:11
**Interior** 33:18
**internal** 39:18
**internet** 12:21
**interview** 20:15

21:21 25:3 26:7
29:14
**investigated** 38:9
45:12
**investigation** 22:4
28:12 38:11,15
42:19
**involved** 13:2 39:8
43:17
**Irkaat** 5:19 17:12
22:5,8 24:6 39:24
40:3 46:22 47:6
**Iroquois** 7:12,18,24
31:13
**issue** 46:10
**items** 40:22

**J**

**Jenkins** 15:21
**jewel** 25:6
**job** 19:11,15 42:10
**John** 21:5 23:18,19
24:3
**Jordan** 4:22,24 5:3
5:6,16 16:23 17:1
17:8 22:16,23
46:21,25
**Jordan's** 17:18
**journalism** 39:6
**journalist** 21:5
**journalists** 30:2
**justify** 11:9

**K**

**keeping** 35:20
**Kelley** 2:4,6,8,11
2:16,23 3:1,7,25
4:7,19 5:2,13,22
6:4,14,19 7:7,12
7:20,25 8:12,20
9:2,8,15,23 10:6
10:13,25 11:18
12:7,17 14:9,18
14:22 15:3,12,17
15:23 16:2,10,23
17:6,10 18:1,17

18:23 19:7,16,22
20:6,15,18,24
21:4,5,8,13,16
22:14 23:1,13,17
23:22 24:3,18,25
25:3,13,17,20,24
26:1,4,17,24 27:8
27:18 28:8,23
29:11,15 30:4,7
30:10,11,13,16
31:5,9,15,19 32:1
32:9,12,15,20,22
32:25 33:2,8,10
33:15 34:14,22
35:2,8,13 37:8,10
37:12,17,19,23
38:10 40:25 41:14
41:23 42:5,13
43:2,13 44:9,19
45:5,17 46:8 47:5
**Kenya** 2:15,16 3:1
3:11 5:9 6:6 7:16
7:22 9:9 10:20
12:10,24 13:2,5
13:23 14:2,12,20
15:3 16:7 17:17
18:1,8,11,16
19:18,24 20:14,24
21:6 29:20,22,22
32:18 33:5,20
34:2,23 35:7
38:13,20,23 42:14
43:4 44:15 46:19
**Kenya's** 33:17
**Kenyan** 10:21
43:17
**kids** 4:10,11,21
5:11,22,23 6:4
11:20 13:19 17:2
35:8 42:15 44:9
46:3
**Kielbrothers** 35:22
**Kielburger** 4:2
6:10,12,17 9:17
10:5,9,19 11:10
11:16,22 14:7



34:10,12,14,17,20 34:25 35:4 39:12
**Kielburgers** 10:6 10:13 11:18 35:2 36:15 42:13
**Kim** 39:4
**kind** 8:3 30:5 39:6
**Kisaruni** 25:24
**kitchens** 27:4,13 29:16
**knew** 7:4 27:18
**know** 4:24 5:21 7:3 12:7 14:4,7 22:1 22:20,24 28:4 29:3 30:16 31:15 31:23 36:15,17 38:8 39:16 41:9 45:13,15 46:25
**knowing** 35:21
**known** 3:18

**L**

**labor** 8:10
**latrines** 29:17
**Lauderdale** 6:22
**launched** 38:14
**Laurie** 37:5,15,18 37:21,24 40:23 41:6,17,24 42:24 43:5 44:24 45:6,7
**lavish** 35:9
**lawyer** 10:7 21:17 21:22
**lawyer's** 43:14
**leaders** 35:25
**leading** 42:21
**leaked** 40:2
**learn** 21:17
**learned** 9:23
**learners** 28:2,3
**leave** 23:18 46:20
**led** 8:20
**left** 18:12
**legacy** 9:6 11:5
**legal** 32:15 35:21 43:9 48:18
**legend** 14:9
**lent** 45:22
**Leone** 4:16
**let's** 20:22
**letter** 33:17,22 43:14
**letters** 31:22
**libraries** 27:4,13
**library** 24:24
**lie** 47:4
**life** 9:5 16:1
**lift** 3:19
**line** 40:22,22
**list** 12:10
**literally** 5:6
**little** 8:24 14:5
**lives** 26:15 34:21
**local** 3:23
**located** 12:8 18:10
**logical** 2:20 42:24
**long** 7:10 18:1 35:11 36:18
**longer** 21:7 28:13
**look** 13:12 17:17 19:5 20:8 24:12 29:15 38:1
**looking** 11:16 22:9 24:7
**looks** 37:15 38:2 41:24
**lost** 42:10 47:2
**lot** 41:25
**loyalty** 29:24
**Lululemon** 38:25
**Lying** 47:1

**M**

**Maasai** 3:10 15:8 18:11 34:20 35:6
**Magna** 48:18
**major** 39:24 44:20
**making** 13:20 32:25 33:3
**Male** 2:18 4:3,12 8:18 10:4 11:1 14:15 16:9 17:21 18:12 20:22 21:11 21:15 22:5,7,21 23:7,9,10,24 24:1 24:10,11,13,15 29:9,13 30:3,5,8 34:6,19 35:10 42:6 44:5,14 46:2 47:16
**Males** 44:7
**man** 5:10 9:3 21:3
**Manitoba** 5:25 24:9
**Mara** 3:10 18:11 35:6
**Marc** 4:2 6:10,12 6:17 10:5,19 11:10,16
**Margaret** 15:21
**margins** 40:10 41:1
**Mark** 2:4,6,8,11,16 2:23 3:1,7,25 4:7 4:19 5:2,13,22 6:4 6:14,19 7:7,12,20 7:25 8:12,20 9:2,8 9:15,23 10:6,13 10:25 11:18 12:7 12:17 14:9,18,22 15:3,12,17,23 16:2,10,23 17:6 17:10 18:1,17,23 19:7,16,22 20:6 20:15,18,24 21:4 21:5,8,13,16 22:14 23:1,13,17 23:22 24:3,18,25 25:3,13,17,20,24 26:1,4,17,22,24 27:8,18 28:8,23 29:11,13,15 30:4 30:7,10,11,13,16 31:5,9,15,19 32:1 32:9,12,15,20,22 32:25 33:2,8,10 33:15 34:14,22 35:2,8,13 37:8,10 37:12,17,19,23 38:10 40:25 41:14 41:23 42:5,13 43:2,13 44:9,19 45:5,17 46:8 47:5
**Market** 48:19
**marketing** 44:10
**Mary** 48:3,16
**massive** 15:9
**maternity** 25:14
**Mattamy** 23:12
**matter** 11:24 36:6 42:8 45:25 48:6
**mattered** 16:13
**meals** 28:3
**mean** 5:17 27:20 37:19,24 41:9,19
**means** 36:5
**meant** 4:19
**media** 12:24 43:20
**meet** 17:1 19:5
**member** 10:20
**memory** 5:14 9:10 17:12 22:17 46:23
**mention** 43:6
**message** 4:22 6:19 24:4
**messages** 4:10
**met** 8:2
**Michael** 14:4,9,13 32:1 39:1
**million** 36:24 44:17 46:8
**millions** 2:11 3:4
**minds** 35:11
**mine** 34:21
**minister** 8:18 39:4
**Minister's** 8:13
**Ministry** 33:18
**misguided** 26:10
**misled** 34:4 38:17
**mission** 34:1
**mistake** 38:2
**mix-up** 10:14
**model** 26:23,24 27:8 33:11
**Mom** 34:6
**moments** 21:2
**money** 2:18,21,21 3:6 4:12,15 5:13 5:23 6:5,9,14 7:14 9:6 14:1,15,19 15:1 16:17,25 18:4,5 19:5,17 20:21 25:1 27:2 27:11,18 29:22 30:25 31:10 32:25 33:12 34:4 35:14 36:13 38:4,20 41:25 42:25 43:1 44:13 45:15
**Moraa** 25:7,11,16 25:18,22 26:11,21 27:16,22 28:15 29:2 31:2
**morning** 18:13,21 18:22
**Morris** 24:9
**mortar** 16:11
**Motony** 20:22,23 21:1
**movement** 4:5
**moving** 10:17
**MPCF** 31:23
**MPs** 10:8,25 12:7
**MTV** 34:15
**multiple** 13:18 15:18 23:8 37:11

**N**

**Nairobi** 18:12 31:3
**name** 5:20 6:2,12 9:4 34:11
**Narok** 18:15,19 19:18,19 25:5
**natural** 3:2
**nature** 3:11
**near** 22:7 28:25
**nearly** 36:24
**need** 3:14 23:19 38:8 43:5 45:3
**needed** 3:22 42:16
**needs** 47:11



**negative** 41:10
**neither** 48:7
**net** 34:22 39:22
**never** 17:3 36:20 47:9
**new** 8:5,17,19 28:20 29:15
**News** 38:19
**Njiru** 21:5
**noise** 4:6
**non-profit** 13:24 44:25
**norm** 32:23
**North** 4:8,23 6:20 34:15
**noticed** 13:14 20:6
**November** 1:10 48:13
**number** 12:13 17:12 22:10,15,21 22:22 23:1,3,16 26:12 28:13,15,24 28:25 29:1,4,6,8 29:15,19 31:23 44:6 46:23 47:5
**numbers** 18:7 25:4

**O**

**o'clock** 18:13
**obligation** 43:9,10
**offering** 43:21
**office** 8:14 16:17 23:23 46:17
**officially** 14:13
**Oh** 24:1
**okay** 7:9 20:12,14 37:21,21,24
**old** 8:4 12:25
**Once** 6:7
**one's** 41:2
**one-time** 16:20
**ones** 36:1
**ongoing** 16:18
**online** 23:5
**operate** 42:3
**operations** 46:13
**order** 42:2
**organization** 33:23 34:24 35:17 37:13 45:1
**original** 2:2
**originally** 3:18
**outcome** 48:11
**outside** 7:13
**overall** 36:4
**overfund** 32:17
**Overfunding** 35:23
**overly** 45:3
**overtures** 35:8
**overwhelming** 3:14

**P**

**PA** 48:19
**packed** 4:8
**paid** 26:4 30:17 36:14 39:23,25 46:21
**pandemic** 42:11
**parents** 13:20
**parliament** 12:9 28:14 29:2
**parliamentary** 9:2
**part** 22:2 31:9 33:11 34:23 41:14
**particular** 30:11
**parties** 11:24 48:8
**partners** 13:21 44:20
**partnership** 16:19
**patient** 25:18
**patients** 25:12,16
**pay** 45:9
**Pelletier** 15:21
**Penn** 48:18
**people** 3:5,9 19:12 33:4 35:16 36:19 43:4 47:1,4,8
**person** 16:17
**perspective** 24:21
**Philadelphia** 48:19
**philanthropist** 40:16
**philanthropists** 40:11
**Philip** 15:8
**phone** 14:25 21:12
**photo** 17:11 46:23
**photos** 13:16 27:19 37:10
**picture** 13:10,12 16:24 19:25 20:3 22:17 23:4 27:23 31:16,19
**pictures** 11:14
**pillars** 26:25 27:9
**Pimbiniet** 29:25 30:18 31:17
**Pinball** 14:10 32:2 39:1
**place** 28:7
**plagued** 3:2
**plaque** 9:24,25 10:13 11:2,15 26:5,6
**plaques** 10:18
**plausible** 41:18
**playing** 36:16
**Please** 14:17
**Pledge** 23:10
**plenty** 5:22
**point** 29:10 45:1
**political** 8:12 11:24 46:14
**pooled** 27:19 31:1 44:1
**pop** 4:9
**post** 31:20
**posted** 15:17
**posting** 5:23
**posts** 12:24
**pot** 31:11
**poured** 6:21
**pouring** 35:14
**poverty** 3:3,20
**power** 5:5 45:22
**powerful** 4:9 17:4 35:21 42:7 45:20
**practice** 32:17 33:8
**precisely** 45:17
**prefer** 25:16,20
**presence** 21:15
**presenting** 21:23
**president** 39:13
**pretty** 24:18
**prevent** 38:22
**primary** 12:11,23 13:4 14:2,12 18:3 23:15 29:19
**prime** 8:13,18 39:4
**privacy** 12:20
**prized** 39:20
**problem** 40:14
**problematic** 37:25
**proceeding** 48:9
**proceedings** 48:6
**produced** 44:19
**program** 2:2
**programmatic** 43:7
**programming** 28:6
**programs** 43:11
**project** 7:2,15 36:2 40:15,17
**projects** 3:22 4:20 13:23 16:7 27:19 31:2 32:17 36:14 38:13 42:17 43:17 46:18
**promise** 38:4 44:9 47:8
**promised** 43:11
**promoter** 19:1
**promotional** 3:16
**Prompted** 38:11
**proof** 43:21
**property** 33:21
**prospective** 37:2
**protected** 12:2
**protecting** 2:24 32:13
**proud** 8:7 11:19
**proudly** 30:1
**provide** 29:1
**provided** 28:13,24 39:17
**provides** 44:21
**public** 13:8 38:7 39:5 45:5,7,13
**publicly** 12:22
**put** 6:2 12:13 37:19 41:16
**puts** 24:20

**Q**

**quantify** 43:6
**quest** 20:20 26:9
**question** 2:20 36:21 42:22,24 47:7,10
**questions** 8:20 40:12 41:3,4 42:2
**quickly** 10:14
**quite** 17:8
**quotes** 21:19

**R**

**raise** 7:14 14:25 41:25
**raised** 2:11 3:4 4:12 4:15 5:13 6:4,14 8:21 9:15,22 14:1 14:15,19 19:17 36:12,24
**raising** 5:22 6:8
**rates** 37:2
**rating** 37:3
**RBC** 13:21 24:16
**reached** 6:7 16:15
**read** 17:2,3
**reading** 5:17
**ready** 4:3
**really** 5:1,16 7:1 8:7,10 23:21 24:1 32:7 38:8 41:18 41:20 44:24
**reason** 33:22
**received** 21:12 30:20 33:17
**record** 11:19 42:9 46:1
**recording** 48:5
**records** 39:19,22



**Reed** 8:23 9:3,4,12 9:18 10:2 17:13 45:17,19 46:3
**region** 3:10,15 18:11 42:14 44:2
**regional** 28:18
**related** 48:8
**rely** 41:8
**relying** 42:1
**remarkable** 12:1
**remembers** 16:14
**renovations** 28:16 29:11
**replaced** 9:24
**reported** 21:6
**reporting** 38:21
**reprisals** 32:15
**reputation** 8:15
**request** 42:6 45:19
**research** 10:22 13:9 14:18 15:12 18:4 23:1,13 24:21 27:5,14 43:18
**resonated** 4:22 6:20
**resources** 45:8
**response** 12:9 36:9
**responsible** 10:17
**rest** 45:9
**revealed** 24:21 42:20
**revealing** 13:9
**review** 43:16
**rich** 42:6 45:20
**Richard** 40:13
**Ridge** 7:13,18,24
**Ridge's** 31:13
**right** 8:24 10:9 23:19 31:21 37:15 37:21 41:17,21 46:5
**risk** 36:2
**road** 15:7 26:9
**rock** 35:9
**rolling** 15:14
**Rongena** 24:7 39:21
**room** 33:13 37:14
**root** 41:12
**Roots** 24:16
**Royal** 39:3
**RPR** 48:3,16
**rugged** 3:15 42:14
**Rukshan** 7:1,7,9,25 8:2 16:14,16 17:19 30:15,16 31:3,8,12,15,25 32:5
**Rumblings** 36:22
**run** 8:17
**rural** 3:15 6:6 7:21 18:1

**S**

**safety** 33:24
**Samuel** 18:19
**sana** 6:18 16:8,9
**Sankai** 34:17
**sat** 26:7
**Saturday** 22:14
**saw** 31:19
**saying** 20:3 21:11 32:6 38:19 43:19
**says** 9:15,23 18:2 26:24 27:8 45:5 46:17
**scale** 35:9
**scandal** 8:12 46:14
**scenes** 35:14
**school** 2:15 4:16 5:8,12,12 6:11 7:13,21 8:4,5 9:13 9:22 11:7 13:10 14:14 15:22 18:3 20:2 22:14,15,21 22:22 23:1,3,7 24:7,15,16 25:25 25:25 27:21 28:3 31:7,13,21 32:3 33:13 37:14,16 41:22 44:7,18,22 46:23 47:5
**school's** 21:1
**schoolhouse** 5:14 6:5,15 7:16 9:9 10:1 12:15,18,23 15:2,11,19 16:12 16:24 17:11,14,15 17:18 22:16,19 23:4 30:12,16 31:16 39:23 40:3 40:8 43:25 44:15 46:22
**schoolhouses** 2:12 3:22 4:21 12:4,12 13:5,6,22 14:2,12 14:20 18:6 23:15 24:18,23,24 27:3 27:12 29:19 30:19 32:18 35:24 40:1 46:19 47:9
**schools** 6:23 9:20 11:20 12:1,4,8,19 13:17 14:16 15:4 17:23 18:10 19:13 22:10,12 26:10 28:9,18,19 29:16 42:16,18,20 44:11 45:14
**scoured** 12:21
**screenings** 28:4
**searched** 12:24
**searches** 23:5
**secondary** 19:13
**sector** 37:7
**SecureDrop** 47:15
**see** 2:16 8:7,9 18:8 20:8 22:6 25:11 26:19 38:13 39:5 41:1
**seek** 46:5
**seen** 11:14 19:2,22
**sell** 33:13
**send** 6:8 27:23 47:12
**sending** 24:3 39:12
**senior** 25:8 35:25
**sense** 10:17
**sent** 13:10,12,18 16:24 17:11 19:25 20:2 21:18 22:17 27:20 37:11 38:18 46:22
**Services** 48:18
**set** 35:11 45:22
**seven** 39:24 48:18
**shame** 32:8
**shifted** 10:15
**shiny** 8:14
**shirt** 44:7
**short** 23:17
**shortly** 18:12
**shots** 33:3
**show** 16:5 22:18 34:25 39:22 40:2
**showed** 8:4 21:3 23:13 37:10 40:23
**shows** 11:2 14:18 18:4 23:1 26:22 30:19
**side** 34:24 37:20,20
**Sierra** 4:16
**signed** 38:24
**silence** 46:10
**Silva** 7:1,7,9 8:2 16:14,16 30:15 31:3,8,12,25 32:5
**Silva's** 17:19
**single** 26:15 40:7
**sir** 11:10 24:10
**sister** 7:21
**sits** 47:5
**Skog** 5:20,21,24 6:1 6:7 24:8,17
**slandered** 21:24
**soak** 35:5
**social** 12:24 43:20
**sold** 11:4 40:4 46:16 47:8
**son** 2:9 5:14 9:10 9:14 10:2 17:12 22:17 46:24
**son's** 9:23 11:5
**source** 32:16 33:8 35:23 39:14
**southwest** 18:11
**speak** 8:23
**Speaker's** 32:19,21 32:24 33:1,7
**special** 7:2,5
**specific** 4:20 38:6 43:10
**spent** 8:8 19:19 29:22 34:5
**splendor** 3:11
**spoke** 21:3 35:15 36:12
**spreadsheet** 26:11 30:19,22
**spreadsheets** 13:1 22:18 39:18
**spring** 28:11
**square** 18:7
**staffer** 35:18
**stage** 3:25
**staged** 4:7
**stand** 3:12 4:5
**standing** 15:3
**stars** 4:9
**starting** 2:5
**states** 36:23 40:6
**status** 40:15
**stayed** 34:23
**stick** 29:13
**stones** 24:12
**stood** 31:24
**stop** 22:3 24:4 25:3 38:14
**stories** 44:25
**story** 11:6 22:19,20 47:11
**strategic** 35:24
**strategy** 38:2,3 41:25 44:10
**Street** 48:19
**strike** 40:25
**structures** 29:4
**student** 7:3,12
**students** 7:20 12:1



26:1
**style** 34:11
**Styron** 37:6,15,18 37:21,24 40:24 41:6,17,24 42:24 43:5 44:24 45:6,7
**subsidized** 45:8
**sufficient** 10:10
**summer** 28:11
**support** 4:13 7:24
**supporter** 18:18 19:1
**supporters** 22:3
**surgical** 25:14
**surprised** 41:15
**Surrey** 6:22
**suspended** 37:3
**sustainable** 3:21 42:17
**systems** 42:17

**T**

**take** 11:5 13:12
**taken** 9:24 25:19 48:9
**takes** 28:6
**talk** 25:7 32:11
**talking** 41:2
**target** 16:15
**targeting** 4:19
**tarnish** 8:14
**tax** 45:9
**Taylor** 14:17,21,22 14:24 15:6,7,15 15:15,20,24,24 16:3 39:2
**teacher** 4:23 7:3 8:3 28:5
**teachers'** 27:4,13
**team** 7:18 10:21 33:16
**tell** 9:12 12:18 19:11,14
**telling** 28:8 44:12 44:25
**tells** 21:7 23:18
26:9
**terms** 19:6
**terrible** 10:14
**test** 12:13
**testified** 10:8
**testimony** 9:3
**Texas** 48:16
**text** 33:16
**thank** 6:13,18 7:17 7:23,24 15:4,9,20 20:17
**thanked** 11:20
**thanking** 6:16 15:18
**theatre** 25:15
**theoretically** 10:21
**thesis** 38:16
**they'd** 38:12
**thing** 13:14,14
**things** 23:20 30:5 45:12
**think** 17:4 24:13 26:17 29:9 47:11
**thought** 36:17
**thread** 39:9
**three** 2:13 5:7 24:11,12 39:25
**time** 3:12 4:5 6:1 20:18 21:9,10
**times** 23:2
**tips** 47:12
**today** 2:5 8:23 9:12 10:4 14:6 15:16 21:25 42:9 46:1
**told** 6:4 9:18 12:14 13:13 20:1,10,15 21:8 23:14 24:22 30:25 31:2,5,12 35:23 43:24,25 46:21 47:12
**top** 12:10 31:21
**Toronto** 6:21 7:13 16:18 21:17 33:16 46:17
**total** 23:15 29:17
**touched** 26:15
**tour** 8:3 25:9
**track** 11:19
**tracking** 40:22
**tragic** 9:11
**trainings** 28:5
**transcription** 48:5
**Transcriptionist** 48:4
**TRANSCRIPTI...** 48:1
**transformation** 19:2
**transparency** 46:5
**travel** 24:6
**traveled** 15:3
**trespassing** 33:21
**tricky** 40:17
**tried** 27:16 47:10
**troubles** 36:22
**true** 32:7 48:4
**Tunai** 18:20,21,25 19:10,20 20:5,12 20:17 21:20 23:24
**turned** 15:12 23:5 28:9
**turns** 23:22
**twice** 11:2
**two** 17:2 24:11,11

**U**

**U.S** 40:7
**Uh-huh** 30:4,7,10 41:23
**Um-hum** 37:23
**Unable** 18:6
**unconditional** 29:24
**undermine** 38:21
**understand** 26:23
**unfounded** 33:19
**unidentified** 21:2
**United** 36:23
**unspoiled** 3:11
**Unstoppable** 13:25 23:11
**upset** 10:10
**urged** 45:18
**use** 14:5

**V**

**vaccine** 25:15
**various** 27:19
**Vaughan** 15:7
**victim** 2:9 10:3
**video** 2:3,5,7,9,13 2:18,23 3:24 4:3 4:12,24 5:16 6:1,7 6:16,17 7:1,9,17 7:23 8:2,16,23 9:4 9:8,12,18 10:2,4,9 10:16,19 11:1,10 11:22 14:4,13,15 14:21,24 15:6,14 15:20,24 16:3,16 17:1,21 18:12,21 18:25 19:10 20:17 20:22 21:4,8 22:5 22:21 23:7,19,24 24:10,25 25:11 26:1,11 27:16,22 28:15 30:3,13 31:5,19 32:12,19 33:10 34:3,6,10 34:15,17,25 35:4 35:10 37:8,12 40:25 42:6,24 44:5,14,21 45:7 45:19 46:25 47:11
**videos** 3:16 5:23 44:12,19
**view** 24:20 35:6
**villa** 34:22
**village** 2:19 4:18,19 5:18 17:9,21 20:25 22:8,8 24:6 24:20 25:2 27:23 27:24,25 29:25 30:24,24,24 39:21 44:3 47:6
**villages** 3:19 13:1 19:3 20:21 24:4 29:23
**Virgin** 40:13
**visit** 8:1 20:20,25 23:17 47:14
**visited** 31:17
**visiting** 9:8 24:4 30:2
**voice** 32:19,21,24 33:1,7
**volunteers** 6:24

**W**

**want** 7:17 9:12 10:22,22 16:19 17:22 22:11 25:19 45:13,14
**wanted** 6:12 12:7 16:18 25:7 29:3 30:11 32:10 36:9 38:10 39:15
**wants** 46:17
**ward** 25:14
**warned** 36:16
**warrior** 15:8 34:20
**wasn't** 11:2 13:19 23:3 32:5 40:14
**watchdog** 37:3
**water** 27:1,10 30:3 42:16
**Watson** 4:22,24 5:3 5:6,13,16 16:23 17:1,8,18 22:16 22:23 46:20,25
**way** 8:13 14:25 16:23 36:3,23 42:3 47:14
**we'll** 21:9
**we're** 15:14 18:14 21:7 22:5,15 24:7 41:8
**WE's** 21:22
**we've** 5:17 11:14 14:13,24 17:21 18:13 19:22 20:6 21:8 22:9
**wealthiest** 39:20
**wealthy** 40:11,20



**wearing** 34:8
**website** 47:14
**websites** 12:25
**weeks** 12:8
**welcome** 14:17
  21:7,14,15 34:10
  35:4
**well-connected**
  42:7 45:21
**well-televised** 9:19
**wells** 3:21
**went** 2:13,16 5:6
  8:13 16:16 17:10
  30:22 36:11 43:2
  43:3,3
**weren't** 10:25 13:8
**Wesley** 8:25 9:10
**Wesley's** 9:4,4,5
**West** 4:17
**WhatsApp** 35:19
**white** 41:20
**who've** 47:2
**Whytfield** 15:6
**wilful** 11:3
**William** 5:15 17:3
**winding** 46:13
**witnessed** 33:10
**witnesses** 10:4
**wondered** 36:7
**words** 10:10 41:7
**work** 4:17 19:8
**works** 38:20 43:3
**world** 3:10 4:4,11
  6:25 12:5 44:18
**worry** 41:5
**worth** 34:22 39:22
**wouldn't** 12:18
  20:18
**wrapped** 21:16
**writing** 41:16,19
**wrong** 19:9,11
  26:17,21 34:5
  42:4
**wrongdoing** 39:15

**X**

**Y**

**Yeah** 2:14 5:8
  20:22 25:23 37:18
  37:22,24 41:14
**years** 7:25 8:8 9:5
  12:3 33:9 37:6
  42:18
**YouTube** 5:24
  15:17

**Z**

**0**

**0:00** 1:11,12,13,14
  1:15,16

**1**

**1** 1:11 2:1 12:16
**1,500** 12:4,8
**1.49** 7:10
**10** 9:21
**10,000** 6:8 9:21
  40:3 44:14
**100** 14:16 25:12
**100th** 14:14
**108** 14:11
**12** 24:24
**12,000** 9:22 40:4
**15** 37:6
**15,000** 40:5
**158** 14:1
**160,000** 9:16
**1635** 48:19
**18** 1:10
**19103** 48:19
**19th** 48:12

**2**

**2** 1:12 12:16 17:25
  24:11,15 44:6
**20** 30:18 44:21 46:8
**200** 36:24
**200,000** 12:5
**2000s** 42:14
**2020** 8:12 37:3
  46:12

**2021** 1:10 48:13
**215/207-9460** 48:20
**215/207-9461** 48:20
**22,500** 40:7
**25** 12:3
**28** 23:16
**280** 26:3

**3**

**3** 1:13 17:25 24:13
  27:7
**30** 7:10 13:1
**308.13** 7:11
**360** 12:11,13 13:6
  18:3 28:13,24
  29:20

**4**

**4** 1:14 17:12 22:16
  22:21,22 23:1,3
  27:7 34:9 46:23
  47:5,7
**4/30/2023** 48:16
**4:00** 18:13
**4:38** 1:12
**463** 48:16
**48** 30:21

**5**

**5** 1:15 34:9 42:12
**5:34** 1:16
**500** 44:21
**55** 24:22
**57** 44:17

**6**

**6** 1:16 42:12 47:17

**7**

**7,000** 12:1
**7:16** 1:14
**7:47** 1:15
**70** 23:14

**8**

**852** 28:16 29:8
**8th** 48:19

**9**

**9-year-old** 5:24
  24:8
**9:39** 1:13
**9:53** 1:11
**900** 13:4 18:6

