# EXHIBIT

# E

In Re:

CBC Podcast

Audio Transcription of

RECORDED PODCAST

Transcribed By: Maureen Cunningham Brzycki

MAGNA LEGAL SERVICES



1             FEMALE SPEAKER:  I distinctly

2   remember hearing somebody yell, stop that

3   van.

4             FEMALE SPEAKER:  From CBC Podcast,

5   an investigation into how young men are being

6   recruited and radicalized on the internet.

7             MALE SPEAKER:  And she asked me if

8   I was friends with the guy named Alek

9   Minassian.

10             FEMALE SPEAKER:  By a new

11   supercharged form of hate.

12             MALE SPEAKER:  On Facebook, police

13   say he wrote the new Incel Rebellion has

14   already begun.

15             FEMALE SPEAKER:  A dark online

16   subculture that's spilling over into the real

17   world.  Boys Like Me, available now on CBC

18   Listen And everywhere you get your podcasts.

19             MALE SPEAKER:  This is a CBC

20   podcast.

21             ANGELA STERRITT:  Hello.  I'm

22   Angela Sterritt.

23                  After We Charity announced it

24   was winding down operations in Canada last



Page 3

1   year, saying it wanted to focus its efforts

2   on projects in places like Kenya, you may

3   remember a former donor who testified before

4   a Parliamentary committee about money he'd

5   helped raise for WE in the name of his dead

6   son.

7           MALE SPEAKER:  I'm here today to

8   speak for and on behalf of this little guy

9   right here.  This is Wesley Cowan.

10          ANGELA STERRITT:  He was upset.

11          MALE SPEAKER:  Wesley's name,

12  Wesley's face, Wesley's life of four years

13  and his legacy were used to make money for

14  Free the Children and WE Charities.

15          ANGELA STERRITT:  He said he'd

16  helped raise $160,000 to build a schoolhouse

17  in Kenya, a school that would be adorned with

18  a plaque honoring Wesley.  But Cowan says he

19  later learned that plaque, it was swapped

20  out, replaced by another plaque for another

21  donor who'd funded that very same school.  WE

22  Charities founders, Craig and Mark

23  Kielburger, testified before the same

24  committee that this was all a terrible mixup,



1  that it shouldn't have happened.

2          MALE SPEAKER:  Mr. Cowan is right

3  to be upset, and no words are sufficient to

4  erase the grief that this error has

5  compounded.

6          ANGELA STERRITT:  And despite

7  persistent questioning from MPs, the

8  Kielburgers stressed they were proud of their

9  track record of building schools.

10          MALE SPEAKER:  Because what was

11  accomplished by educators and students in

12  7000 schools is remarkable and deserves to be

13  protected.  It's been 25 years of helping to

14  build over 1500 schools and schoolhouses

15  around the world, educating 200,000 children.

16          ANGELA STERRITT:  MPs wanted to

17  know more about those 1500 schools worldwide.

18  They asked where they were located.  Nearly a

19  month later, WE Charity responded saying it

20  had built 360 primary schoolhouses in Kenya

21  alone.  But the team at the Fifth Estate,

22  they decided they wanted to dig into that a

23  bit further and found the numbers just don't

24  add up.  Today Mark Kelley joins me to talk



Page 5

1    about what he found over the course of his

2    months-long investigation.

3                    Hi, Mark.

4           MARK KELLEY:  Hi, Angela.

5           ANGELA STERRITT:  So when you

6    started digging into that 360 number, what

7    were you trying to figure out?

8           MARK KELLEY:  Well, in short we

9    were trying to find out whether it was real.

10   You know, we heard Reed Cowan, we had read an

11   article that was published in Bloomberg about

12   a year ago about another donor who said they

13   had fully funded a schoolhouse, and then they

14   learned that someone else had funded that

15   very same schoolhouse.  So, you know, at a

16   certain point you start to wonder, is this

17   part of a pattern?  There were donors like

18   going back to school aged kids who were

19   involved in these Adopt A Village program

20   where you look -- it was called Brick By

21   Brick.

22           CHILD:  Every time one of you makes

23   a donation, I'll put your name on a brick.

24   Once I reach my goal of raising ten thousand



Page 6

1    dollars, I will send all the money to Free

2    the Children.

3              ANGELA STERRITT:  Hmm.

4              MARK KELLEY:  And kids would get a

5    20-dollar donation or a 50-dollar donation,

6    which would buy a brick, and then you put all

7    these bricks on a piece of paper, and a

8    certain amount of bricks would amount to a

9    school.  So, you know, even these kids at a

10   young age, who are going out and doing bake

11   sales and carwashes, and whatever it was,

12   they were giving their money believing they

13   were paying for a schoolhouse in Kenya.  And

14   it went from schools, churches, community

15   groups, and -- but also huge corporate

16   partners, like The Royal Bank of Canada would

17   get involved in these.  Virgin Atlantic that

18   would get involved in these, so we wanted to

19   know what was out there.  We wanted to put

20   that number, 360 to the test.  And we spent

21   months doing this.  Scouring the internet for

22   anyone who publicly said they fully funded a

23   primary schoolhouse in Kenya.  So this could

24   be social media posts, these could be



Page 7

1   websites that church groups had put up.  So

2   we got all the publicly available information

3   and we gathered it.  We created a spreadsheet

4   for the 30 villages that WE Charities

5   involved with in Kenya, and we started

6   plotting in these schoolhouses that people

7   said they had funded for village after

8   village after village.

9        ANGELA STERRITT:  As you compiled

10   all this publicly available information, what

11   did you find?

12        MARK KELLEY:  Well, when we looked

13   at that number -- we started that number,

14   360.  That's the number that WE Charity had

15   given Parliament when they were asked how

16   many schoolhouses had you built around the

17   world.  They said 360 in Kenya.  It became

18   clear to us that donors believed they had

19   fully funded more than 900 primary

20   schoolhouses in Kenya.  And remember, that

21   doesn't account for donations that weren't

22   made public.  We were just going with

23   publicly available information.  We had asked

24   WE Charity to provide us with more



Page 8

1    information.  They said that was priveledged

2    information from donors.  So we were just

3    working with what we could.  So that's one

4    caveat.

5              Another thing that we found

6    was interesting along the way, that you see

7    pictures on websites, donor's websites, that

8    would say here's the -- here's the

9    schoolhouse in the village of, say,

10   Pimbiniet, that our group has funded.  Then

11   we look on a different donor's website and

12   say, here's the schoolhouse we funded in

13   Pimbiniet.  And then you compare the two

14   pictures and lo  and behold they're the same

15   picture.  So clearly we were wondering, was

16   there a pattern here at play?  And with the

17   more evidence we found, the more it appeared

18   that, yes, indeed, that was the case.

19             ANGELA STERRITT:  And I want to get

20   into the nitty-gritty of your investigation,

21   but before we do that, I wonder if you can

22   tell me a little bit more about this idea of

23   fully funding a school.  You spoke to some

24   donors and fundraisers, and what did they



1  tell you about why they did it, and what it

2  meant to them?

3          MARK KELLEY:  Angela, and I think

4  this is a really important point, okay?

5  Because this isn't a bunch of people who are

6  throwing money in a pot and saying, here you

7  go.  You know, go do some good with ten

8  thousand dollars, okay?  Because this is an

9  important distinction.  When we get down to

10  what WE Charity has to say, this is why this

11  matters.

12          There's a guy we met, Rukshan

13  de Silva.  So he was a high school kid in

14  Oakville, Ontario just outside of Toronto,

15  and he was part of a fundraising project in

16  his class -- grad class that started three

17  years earlier.  So they had spent years at

18  Iroquois Ridge High School raising money to

19  build a schoolhouse.

20          MALE SPEAKER:  It was a really

21  special project.  It was something that every

22  student and teacher, and you know, their

23  families knew about, something that was very

24  special --



Page 10

```
 1              MARK KELLEY:  This is what they
 2    wanted to do.  The school community got
 3    together, the community in Oakville got
 4    together, to help fund this project.  And
 5    they exceeded their goal.  And they were
 6    thrilled when they did that, so that they
 7    could fully fund and build a schoolhouse,
 8    which they wanted to be their sister school,
 9    build that schoolhouse, and they had even
10    more money to use to invest in books, in
11    pencils, to help pay for teacher's
12    accommodations, teacher's salaries.  So this
13    was an important targeted donation.
14                    You know, Rukshan, for him, he
15    was the head of the -- his student union.  He
16    was growing his beard out.  He was doing
17    whatever he could to raise money to get them
18    over the top.
19              MALE SPEAKER:  This is day 30.
20    It's 1.49 centimeters long, and I've got
21    $308.13.
22              MARK KELLEY:  This was a passion
23    project for these kids in this school, and we
24    heard from another donor, Watson Jordan,
```



1  former educator in North Carolina.  His son

2  had died as an infant.  He'd gone to a WE

3  Day --

4           MALE SPEAKER:  And at the first one

5  I heard, yeah, and you can build a school in

6  Kenya.  And I was like, man, how impactful

7  would that be for those kids to go from

8  having no school to a school?

9           MARK KELLEY:  So as a former

10 educator, he thought, wow, what a way to

11 build a legacy, a tribute to his infant son

12 who had passed away, to give kids who didn't

13 have a school a chance to go to school.  So

14 Watson did the very same thing, went out in

15 his community, raised money, exceeded his

16 goal once again, to build that schoolhouse,

17 and he was able to fund even more on top of

18 that schoolhouse.  And he was sent a picture.

19 This is your schoolhouse, schoolhouse number

20 four in the Village of Irkaat.  And that was

21 a point of pride for him because he saw his

22 son.  The memory of his son, was alive in

23 that house.

24           ANGELA STERRITT:  It sounds like



Page 12

1   these schools were really meaningful to these

2   people, and -- and I understand you actually

3   went to Kenya to try to square the numbers,

4   the 360 primary schools, that WE Charity told

5   Parliament about, and the more than 900

6   primary schools that you found people

7   believed they had fully funded.

8               What did you find there in

9   Kenya?

10              MARK KELLEY:  Well, it was

11  interesting as it unfolded before our eyes.

12  We had a number of schoolhouses that had been

13  provided to Parliament, and we went to these

14  villages with our own spreadsheet of how many

15  that we had found that had been donors who

16  had claimed they publicly funded a

17  schoolhouse in this these villages.

18              So in Irkaat, the one I

19  mentioned before where Watson Jordan had

20  fully funded a school for his kid, our

21  research showed there were 70 primary schools

22  funded in Irkaat.  We only found 28 of them

23  on the ground there.  School number four, we

24  wanted to find school number four, the one



1    that Watson Jordan fully funded, though he's

2    never seen with his own eyes.  We found that

3    school, and our spreadsheets indicate that

4    schoolhouse, that very same schoolhouse, was

5    fully funded four times over.

6                    We went to the village of

7    Rongena, fully funded 55 schools there that

8    we found on our spreadsheets, we only found

9    12 schoolhouses and a library on the ground

10   there.  We wanted to find that school that

11   Rukshan de Silva and Iroquois Ridge High

12   School had fully funded, and we found that

13   one in -- and there were 20 schoolhouses

14   there, though fundraisers raised money for 48

15   there.

16                    And here was the thing that

17   was really interesting because when Rukshan

18   de Silva, he really wanted to go to Kenya to

19   see that school that his school had fully

20   funded.  And when he did, he took a picture

21   of that schoolhouse, and in that picture

22   contained a clue of what was happening here,

23   one that he was wasn't even aware of.

24   That -- the picture of the schoolhouse, over



Page 14

1    the door you saw the letters MPCF and then a

2    number beside that.  And I said, do you know

3    what those numbers and letters stand for?

4    And he said, I don't have a clue.  Well,

5    that's the Michael Pinball Clemens

6    Foundation.  That's a football CFL legend,

7    Michael Pinball Clemens.  He has a charitable

8    foundation.  That logo over the door was the

9    indication that school was already paid for.

10   Rukshan had no idea of that until we pointed

11   that out to him, and frankly when we did, he

12   was heartbroken.

13            ANGELA STERRITT:  Wow.

14            And I'm wondering if you'd

15   spoken to any WE officials while you were

16   there and what their explanation was.

17            MARK KELLEY:  Yeah.

18            We -- of course we wanted to

19   speak with WE officials, and we talked with a

20   senior executive there, Carol Moraa.  She's a

21   Kenyan.  She's been involved with the

22   charity, working with them on the ground for

23   years.  And we went to the WE compound.  And

24   it's very impressive.  I mean, I want to be



Page 15

1  clear about this.  The impact that the

2  charity has made in Kenya is impressive.

3  They've got a boys high school, they got a

4  girls high school.  They have got a clinic.

5  It's more like a small hospital.  That's an

6  important lifeline to people in the Masai

7  Mara region of Southwestern Kenya.  So I was

8  given a tour of what they've done there, and

9  I saw it with my own eyes.  So it was

10 interesting when we could see this.  But what

11 we were told from the outset from when we

12 arrived is our approach was wrong.  Counting

13 schoolhouses was wrongheaded, and it was a

14 wrong approach.  Carol would tell us that we

15 needed to be measuring impact.  It was all

16 about the impact.

17      CAROL MORAA:  But it's not about

18 the infrastructure.  It's about the impact,

19 the lives that are touched every single day.

20      MARK KELLEY:  Do you think it's

21 wrong for us to be coming to count the

22 buildings to -- to see what has been done on

23 the ground?

24      CAROL MORAA:  That's the wrong



Page 16

1  approach, Mark.  That clearly shows that you

2  don't understand our model.

3       MARK KELLEY:  You know, she said to

4  us, you don't understand the funding model.

5  Here's how the funding model works.  We ask

6  people to make a donation to a village.  It's

7  a -- what they call a holistic donation.  So

8  that goes to pay for all kinds of projects in

9  a village.  We never tell people that their

10  donation is going to build a particular

11  schoolhouse in a particular village.  That's

12  not the way it works.

13       CAROL MORAA:  When a donor funds a

14  village, we will definitely send a picture

15  from that village to the donor, and it's not

16  just one donor funding this village.  Because

17  it's not just an empty classroom.  We have

18  learners in that classroom, learners who are

19  getting school meals, who are getting, you

20  know, health screenings.  We have teacher

21  trainings that are happening, all this

22  programming --

23       MARK KELLEY:  However, we have

24  speech after speech, video after video,



1  website testimonial after website testimonial

2  of people saying exactly the opposite, that

3  they were told they had funded a schoolhouse.

4  They were provided a picture of that

5  schoolhouse.  They were told the location of

6  that schoolhouse.  But then Carol said

7  something interesting to us.  She said that

8  instead of the number 360, which was the

9  number that was given to Parliament, they now

10 had a new number, the number 852.

11            This was a number of what they

12 called quote, educational structures, that WE

13 Charity has funded in Kenya.  So what's an

14 educational structure?  Well, that could

15 include high schools and individual

16 classrooms in a high school.  That could

17 include libraries.  That could include

18 teacher's accommodations.  That could include

19 kitchens in villages that kids would

20 access -- school kids would be accessing.

21 And we were told, as I mentioned at the

22 outset, Carol said don't count schoolhouses.

23 Well, that's exactly what they had me doing

24 while we were doing our investigation, is



Page 18

1   going out and counting structures,

2   educational structures, that they brought to

3   a number that was closer to ours.  But not

4   really.  Because we go back.  We were

5   counting primary schoolhouses in Kenya.  The

6   number they provided had many, many other

7   buildings thrown in, but when it came down to

8   the number of primary schoolhouses in Kenya,

9   it was 360.

10                    -   -   -

11                    (Whereupon, there was an

12   advertisement played and the interview was

13   paused.)

14                    -   -   -

15                    ANGELA STERRITT:  And so that's

16   what you heard from WE officials in Kenya.

17   You also managed to communicate with dozens

18   of sources, people who were formerly and

19   currently connected to the WE Organization,

20   and what were you able to glean from them?

21                    MARK KELLEY:  In our investigation

22   we were in contact with -- with many people

23   who used to work at the WE organization.

24   First of all, they were providing us with



Page 19

1  inside information, including leaked

2  documents.

3           Secondly, we would share our

4  spreadsheets with them, and say, does this

5  make sense to you?  And they would confirm

6  the information that we were seeing.

7           Thirdly, many of them were

8  saying to us, carry on with your

9  investigation.  It's important that this

10 information gets out.

11          We spoke with one source, a

12 former WE employee, and we protected their

13 identity because so many of these people,

14 virtually everyone we talked to was afraid to

15 go public because they were -- they were

16 afraid of legal reprisals from the charity,

17 but they said it was a common practice to

18 overfund projects in Kenya.  It made money,

19 and that Mark and Craig knew that.  Another

20 former staffer, also fearing legal reprisal,

21 knowing how powerful the brothers are, said

22 overfunding was, quote, a strategic decision

23 by senior leaders, end quote.  And the

24 brothers were made aware of this by staffers,



Page 20

1  who were uneasy about it.  But they were told

2  it was about the ends, the overall goal, and

3  if that was inherently good, the means didn't

4  matter, and others say concerns were raised,

5  and they warned the Kielburgers about, quote,

6  playing with fire.

7          ANGELA STERRITT:  And you mentioned

8  these leaked internal documents.

9              Tell me more about those.

10      MARK KELLEY:  Yeah.

11             There was a source who

12  provided us -- who had heard the consistent

13  denials coming from the Kielburger brothers

14  that anything like that ever happened.  And

15  so this source provided us with internal

16  spreadsheets from WE Charity that, you know,

17  in essence had confirmed our spreadsheets.

18  They leaked documents that would show the

19  donations from some of their high net worth

20  donors,the  biggest prize donors, that would

21  confirm  donations from eight high net worth

22  donors were applied to the exact same

23  schoolhouse in one village.

24              In another Village, seven



Page 21

1    major donors and foundations paid for the

2    same three schoolhouses.  And then you'd look

3    at this sort of accordion of how much does a

4    schoolhouse cost?  Well, according to leaked

5    documents, one donor was told it's $10,000

6    for a schoolhouse, another one was told it

7    was $12,000, another one was told it was

8    $15,000.  And then there was another striking

9    thing, Angela.  And this was the notes in the

10   margins about how to handle the questions and

11   concerns from donors who want to follow up on

12   their projects.

13              Richard Branson, you know,

14   from Virgin Atlantic.  We looked at him, he

15   said he wasn't a problem.  Says, they have

16   not asked us the status of the project.  And

17   another family, a generous donation family,

18   said they, quote, don't seem to be tracking

19   items line for line.  So you know, we took

20   this to Charity Watch, which is an

21   organization in the United States that

22   oversees charities for prospective donors if

23   you want to know, are they on the up-and-up,

24   and they have actually suspended their



Page 22

1  ratings of WE Charity while they continue an

2  investigation into them.  And what Lori

3  Stineman, who is the head of the executive

4  director of Charity Watch said that this

5  didn't look like an error.  It looked like an

6  active strategy to raise a lot of money, and

7  then rely on donors not asking questions in

8  order to continue to operate this way.

9            She says, this is wrong, and

10 she says those comments we were talking about

11 removes any hope of plausible deniability.

12           ANGELA STERRITT:  I just want to

13 pause here to note that reporting all of this

14 out wasn't easy.  You faced some roadblocks

15 over the course of this month-long

16 investigation.

17           Tell me about that.

18           MARK KELLEY:  Yeah.

19           It was really interesting to

20 see what we were up against.  I mean, the

21 Fifth Estate did a documentary on WE Charity

22 last year, so I had already had a taste of

23 that when we'd get lawyers letters.

24 Interesting, a children's charity hired an --



Page 23

1   you know -- the WE Charity had hired a New

2   York City law firm, the same law firm called

3   Boies Schiller, that had represented Harvey

4   Weinstein, and they were sending us letters.

5   This was the last documentary.  This

6   documentary we were getting letters -- legal

7   letters as well before we went to air, but we

8   also got an open letter that was signed by

9   major donors from WE Charity, and you know,

10  these sort of like the who is who of Canadian

11  business, there was former prime minister,

12  Kim Campbell had signed onto this, Chip

13  Wilson from Lulu Lemon, people from The Royal

14  Bank.  I mean, on and on it went.  And they

15  sent this letter to the editor in chief of

16  CBC News saying, we weren't mislead.  We

17  don't see this investigation by the CBC being

18  in the public interest.  You're only going to

19  do damage to communities in Kenya.

20  Essentially, they were trying to get us not

21  to go ahead with the story.

22               And this letter, if anyone's

23  curious, was then reprinted in Saturday's

24  major newspapers across Canada, full page ad,



Page 24

1  was in the Global Mail, for example, and I've

2  heard in other papers across the country.

3           ANGELA STERRITT:  Wow.

4           MARK KELLEY:  But when they

5  published it on the weekend, it gives you the

6  impression that after our story aired, these

7  people came out and said we stand with WE

8  Charity.  That's the title of it.  But it

9  should be noted that they signed this letter

10 even before we went to air.

11           So these people had signed

12 onto a letter saying we were wrong or saying

13 our journalism wasn't in the public interest

14 even before we went to air.  They'd signed

15 this letter even before they seen a shred of

16 our evidence that came from former staffers

17 of WE Charity, their own documents

18 themselves.  They signed this letter -- I

19 think it was interesting, and I commend CBC

20 and Brody Fenlon, who is the editor in chief

21 of standing by us in the face of this

22 campaign and urging us to continue in our

23 journalism, and that's exactly what we did.

24           ANGELA STERRITT:  Hmm.



Page 25

```
 1                      And I understand you also had
 2    to leave Kenya quite abruptly.  Why was that?
 3                      MARK KELLEY:  You know, we -- when
 4    we were over there, we had interviewed the
 5    Governor of Narok County.  And that's where
 6    the WE Charity's works were based in that
 7    county, and he's a big booster of the WE
 8    Charity.  He didn't think that what we were
 9    doing was a good idea because he really
10    relies on WE Charity, and the kindness of
11    donations that come from Canadians and
12    Americans who have been very generous with
13    this charity.
14                      And as we found as we went
15    from village to village that we would be
16    there for a while, and some villages, we were
17    told we couldn't come in, which we found to
18    be kind of odd.  Then we got this letter
19    saying that because we had gone to some of
20    these villages that we had been, quote,
21    trespassing on -- on government property, and
22    that we'd been using false pretenses to gain
23    access to these villages.  So this was --
24    these were criminal allegations that were
```



Page 26

1   coming to us, what they called criminal

2   allegations, what we believed to be baseless

3   that were provided in a letter sent to the

4   CBC here in Toronto while we were over there.

5   From the ministry of the interior suggesting

6   that we had broken the law.  And there was

7   real concern that we could be arrested and

8   could be detained.  So we were given the

9   advice to get back on the plane and come home

10  and our fact finding mission to Kenya had

11  ended abruptly.

12          ANGELA STERRITT:  Wow.

13              And so back in North America

14  as you prepared to publish this

15  investigation, how did the WE organization

16  respond to what you've laid out for us here

17  today?

18          MARK KELLEY:  Well, there was

19  another -- and sort of one last cease and

20  desist legal letter for us.  But also

21  interesting because they had hired a forensic

22  accountant to review the flow of funds

23  involved in its Kenyan projects, and they're

24  considering this a, quote, rebuttal to our



1    journalism, was to show that all the money

2    that was raised for Kenya was spent in Kenya.

3    And they released a preliminary report of

4    that.  And that's all well and fine that

5    we're doing that.  And it doesn't really

6    answer the core focus of our journalism, what

7    we were trying to find out, is how much money

8    did you raise to build primary schoolhouses

9    in Kenya?  How many did you actually build?

10   That's the core question of our quest, and

11   the forensic accountant's mandate isn't set

12   up to answer that question.

13            ANGELA STERRITT:  Right.

14                 And I understand that there

15   are some who think this all needs to be

16   investigated further.

17            MARK KELLEY:  Yeah.

18                 I mean, Reed Cowan, who sort

19   of got us rolling on all this -- the grieving

20   father of a deceased son, he wanted to --

21   because he's American, he wanted the IRS to

22   get involved.  He asked the charity -- he

23   said that they needed to give him twenty

24   million dollars.  He was going to sue them --



Page 28

```
1    twenty million dollars in damages to his good
2    name because he felt he'd been defrauded.
3    The charity felt that that was extortion.
4    Suddenly he went quiet.  I'm not sure what
5    happened there, but he was calling at the
6    time that really donors themselves, the
7    wealthy and the famous, who had stood on
8    these WE Day stages should be asking for more
9    accountability, should be asking for more
10   transparency.
11           MALE SPEAKER:  I have a request for
12   the rich and the powerful, and the
13   well-connected, the celebrity and the
14   corporate set, who lent their power to the
15   elevation of Free the Children and WE
16   Charities.  I'm asking that you come out of
17   hiding on this matter and go on the record as
18   I have had to do today.
19           MARK KELLEY:  Charity Watch, which
20   was the group -- the watch dog group we spoke
21   to in Chicago.  They said the same thing,
22   Lori Stineman was saying, you know, donors
23   should be demanding an investigation.  If it
24   all went to charitable works, that needs to
```



Page 29

1   be quantified, and if it did go to charitable

2   activities, there's still an ethical

3   obligation to carry out the specific programs

4   they promised the donor they carried out with

5   that donation.

6                So in short, if I'm giving you

7   money to build a schoolhouse, you have the

8   ethical obligation to build a schoolhouse

9   with that money.  You can't come back to me

10  later, and say, don't worry, I spent it on

11  something good.  If that was the

12  understanding between the two, then that's

13  what charities should do.

14               ANGELA STERRITT:  Hmm.

15               This whole story is just so

16  fascinating.  But you know, it also feels

17  like there's a lot more questions here.

18               Do you feel the same way?

19               MARK KELLEY:  I do.

20               You know, it's been a long

21  road.  We spent many months investigating

22  this.  WE Charity has now gone onto its

23  Twitter site saying that they're preparing

24  legal action against the CBC and the Fifth



1   Estate.  It's been a long few months, as

2   we've been working on this, and in the face

3   of a lot of adversity.  And I think there is

4   more to be done.  And it's interesting what

5   the tips that have been coming into us since

6   our broadcast, from donors, from former

7   staffers, who want to hear more about this.

8           ANGELA STERRITT:  In the meantime,

9   I'm left thinking of donors like Watson, and

10  how much fundraising for these schools meant

11  to him.

12          MALE SPEAKER:  At the end, you

13  know, I've been deceived.  Lying to people

14  who've lost children about doing something

15  good on their behalf, that doesn't seem like

16  an awesome group of people to lie to.

17          MARK KELLEY:  And we've heard from

18  Watson, we've heard from Rukshan de Silva,

19  these are people who felt deceived.  The

20  charity has come back to us to say, they

21  weren't deceived.  Well, you can't undo how

22  they feel right now.  That's what we're sort

23  of left with, that cloud of uncertainty is

24  what we're left with.  We did our best by


MAGNA
LEGAL SERVICES

Page 31

1    getting as much information as we could to

2    answer that simple question, how many

3    school -- primary schoolhouses did you build?

4    And where are they?  We did our best to

5    answer that question.

6              ANGELA STERRITT:  Mark, thank you

7    so much to you and the team at Fifth Estate

8    for all your reporting on this.  Really

9    appreciate this.

10              MARK KELLEY:  Thanks, Angela.

11                   -   -   -

12              (Whereupon, file ended.)

13                   -   -   -

14

15

16

17

18

19

20

21

22

23

24



Page 2021

CERTIFICATE

I HEREBY CERTIFY that this transcript is a true record of the content on the file provided to me to the best of my ability.

*Maureen Cunningham Brzycki*

Maureen Cunningham Brzycki,

Dated: December 8,

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)



**A**

**ability** 2021:4
**able** 11:17 18:20
**abruptly** 25:2 26:11
**access** 17:20 25:23
**accessing** 17:20
**accommodations** 10:12 17:18
**accomplished** 4:11
**accordion** 21:3
**account** 7:21
**accountability** 28:9
**accountant** 26:22
**accountant's** 27:11
**action** 29:24
**active** 22:6
**activities** 29:2
**ad** 23:24
**add** 4:24
**Adopt** 5:19
**adorned** 3:17
**adversity** 30:3
**advertisement** 18:12
**advice** 26:9
**afraid** 19:14,16
**age** 6:10
**aged** 5:18
**ago** 5:12
**ahead** 23:21
**air** 23:7 24:10,14
**aired** 24:6
**Alek** 2:8
**alive** 11:22
**allegations** 25:24 26:2
**America** 26:13
**American** 27:21
**Americans** 25:12
**amount** 6:8,8
**and/or** 2021:20
**Angela** 2:21,22 3:10,15
4:6,16 5:4,5 6:3 7:9
8:19 9:3 11:24 14:13
18:15 20:7 21:9 22:12
24:3,24 26:12 27:13
29:14 30:8 31:6,10

**announced** 2:23
**answer** 27:6,12 31:2,5
**anyone's** 23:22
**appeared** 8:17
**applied** 20:22
**apply** 2021:19
**appreciate** 31:9
**approach** 15:12,14 16:1
**arrested** 26:7
**arrived** 15:12
**article** 5:11
**asked** 2:7 4:18 7:15,23
21:16 27:22
**asking** 22:7 28:8,9,16
**Atlantic** 6:17 21:14
**Audio** 1:13
**available** 2:17 7:2,10,23
**aware** 13:23 19:24
**awesome** 30:16

**B**

**back** 5:18 18:4 26:9,13
29:9 30:20
**bake** 6:10
**Bank** 6:16 23:14
**based** 25:6
**baseless** 26:2
**beard** 10:16
**begun** 2:14
**behalf** 3:8 30:15
**behold** 8:14
**believed** 7:18 12:7 26:2
**believing** 6:12
**best** 30:24 31:4 2021:4
**big** 25:7
**biggest** 20:20
**bit** 4:23 8:22
**Bloomberg** 5:11
**Boies** 23:3
**books** 10:10
**booster** 25:7
**boys** 2:17 15:3
**Branson** 21:13
**brick** 5:20,21,23 6:6
**bricks** 6:7,8
**broadcast** 30:6

**Brody** 24:20
**broken** 26:6
**brothers** 19:21,24 20:13
**brought** 18:2
**Brzycki** 1:15 2021:14
**build** 3:16 4:14 9:19 10:7
10:9 11:5,11,16 16:10
27:8,9 29:7,8 31:3
**building** 4:9
**buildings** 15:22 18:7
**built** 4:20 7:16
**bunch** 9:5
**business** 23:11
**buy** 6:6

**C**

**call** 16:7
**called** 5:20 17:12 23:2
26:1
**calling** 28:5
**campaign** 24:22
**Campbell** 23:12
**Canada** 2:24 6:16 23:24
**Canadian** 23:10
**Canadians** 25:11
**Carol** 14:20 15:14,17,24
16:13 17:6,22
**Carolina** 11:1
**carried** 29:4
**carry** 19:8 29:3
**carwashes** 6:11
**case** 8:18
**caveat** 8:4
**CBC** 1:2 2:4,17,19 23:16
23:17 24:19 26:4 29:24
**cease** 26:19
**celebrity** 28:13
**centimeters** 10:20
**certain** 5:16 6:8
**CERTIFICATE** 2021:1
**certification** 2021:18
**CERTIFY** 2021:2
**certifying** 2021:21
**CFL** 14:6
**chance** 11:13
**charitable** 14:7 28:24

29:1
**charities** 3:14,22 7:4
21:22 28:16 29:13
**charity** 2:23 4:19 7:14,24
9:10 12:4 14:22 15:2
17:13 19:16 20:16
21:20 22:1,4,21,24 23:1
23:9 24:8,17 25:8,10,13
27:22 28:3,19 29:22
30:20
**Charity's** 25:6
**Chicago** 28:21
**chief** 23:15 24:20
**CHILD** 5:22
**children** 3:14 4:15 6:2
28:15 30:14
**children's** 22:24
**Chip** 23:12
**church** 7:1
**churches** 6:14
**City** 23:2
**claimed** 12:16
**class** 9:16,16
**classroom** 16:17,18
**classrooms** 17:16
**clear** 7:18 15:1
**clearly** 8:15 16:1
**Clemens** 14:5,7
**clinic** 15:4
**closer** 18:3
**cloud** 30:23
**clue** 13:22 14:4
**come** 25:11,17 26:9
28:16 29:9 30:20
**coming** 15:21 20:13 26:1
30:5
**commend** 24:19
**comments** 22:10
**committee** 3:4,24
**common** 19:17
**communicate** 18:17
**communities** 23:19
**community** 6:14 10:2,3
11:15
**compare** 8:13
**compiled** 7:9



**compound** 14:23
**compounded** 4:5
**concern** 26:7
**concerns** 20:4 21:11
**confirm** 19:5 20:21
**confirmed** 20:17
**connected** 18:19
**considering** 26:24
**consistent** 20:12
**contact** 18:22
**contained** 13:22
**content** 2021:3
**continue** 22:1,8 24:22
**control** 2021:20
**core** 27:6,10
**corporate** 6:15 28:14
**cost** 21:4
**count** 15:21 17:22
**counting** 15:12 18:1,5
**country** 24:2
**county** 25:5,7
**course** 5:1 14:18 22:15
**Cowan** 3:9,18 4:2 5:10
    27:18
**Craig** 3:22 19:19
**created** 7:3
**criminal** 25:24 26:1
**Cunningham** 1:15
    2021:14
**curious** 23:23
**currently** 18:19

————————————
                    **D**
**damage** 23:19
**damages** 28:1
**dark** 2:15
**Dated** 2021:15
**day** 10:19 11:3 15:19
    28:8
**de** 9:13 13:11,18 30:18
**dead** 3:5
**deceased** 27:20
**deceived** 30:13,19,21
**December** 2021:15
**decided** 4:22
**decision** 19:22

**definitely** 16:14
**defrauded** 28:2
**demanding** 28:23
**deniability** 22:11
**denials** 20:13
**deserves** 4:12
**desist** 26:20
**despite** 4:6
**detained** 26:8
**died** 11:2
**different** 8:11
**dig** 4:22
**digging** 5:6
**direct** 2021:20
**director** 22:4
**distinction** 9:9
**distinctly** 2:1
**documentary** 22:21 23:5
    23:6
**documents** 19:2 20:8,18
    21:5 24:17
**dog** 28:20
**doing** 6:10,21 10:16
    17:23,24 25:9 27:5
    30:14
**dollars** 6:1 9:8 27:24
    28:1
**donation** 5:23 6:5,5
    10:13 16:6,7,10 21:17
    29:5
**donations** 7:21 20:19,21
    25:11
**donor** 3:3,21 5:12 10:24
    16:13,15,16 21:5 29:4
**donors** 5:17 7:18 8:2,24
    12:15 20:20,20,22 21:1
    21:11,22 22:7 23:9 28:6
    28:22 30:6,9
**donor's** 8:7,11
**door** 14:1,8
**dozens** 18:17

————————————
                    **E**
**earlier** 9:17
**easy** 22:14
**editor** 23:15 24:20

**educating** 4:15
**educational** 17:12,14
    18:2
**educator** 11:1,10
**educators** 4:11
**efforts** 3:1
**eight** 20:21
**elevation** 28:15
**employee** 19:12
**empty** 16:17
**ended** 26:11 31:12
**ends** 20:2
**erase** 4:4
**error** 4:4 22:5
**essence** 20:17
**Essentially** 23:20
**Estate** 4:21 22:21 30:1
    31:7
**ethical** 29:2,8
**evidence** 8:17 24:16
**exact** 20:22
**exactly** 17:2,23 24:23
**example** 24:1
**exceeded** 10:5 11:15
**executive** 14:20 22:3
**explanation** 14:16
**extortion** 28:3
**eyes** 12:11 13:2 15:9

————————————
                    **F**
**face** 3:12 24:21 30:2
**Facebook** 2:12
**faced** 22:14
**fact** 26:10
**false** 25:22
**families** 9:23
**family** 21:17,17
**famous** 28:7
**fascinating** 29:16
**father** 27:20
**fearing** 19:20
**feel** 29:18 30:22
**feels** 29:16
**felt** 28:2,3 30:19
**FEMALE** 2:1,4,10,15
**Fenlon** 24:20

**Fifth** 4:21 22:21 29:24
    31:7
**figure** 5:7
**file** 31:12 2021:3
**find** 5:9 7:11 12:8,24
    13:10 27:7
**finding** 26:10
**fine** 27:4
**fire** 20:6
**firm** 23:2,2
**first** 11:4 18:24
**flow** 26:22
**focus** 3:1 27:6
**follow** 21:11
**football** 14:6
**foregoing** 2021:18
**forensic** 26:21 27:11
**form** 2:11
**former** 3:3 11:1,9 19:12
    19:20 23:11 24:16 30:6
**formerly** 18:18
**found** 4:23 5:1 8:5,17
    12:6,15,22 13:2,8,8,12
    25:14,17
**foundation** 14:6,8
**foundations** 21:1
**founders** 3:22
**four** 3:12 11:20 12:23,24
    13:5
**frankly** 14:11
**Free** 3:14 6:1 28:15
**friends** 2:8
**full** 23:24
**fully** 5:13 6:22 7:19 8:23
    10:7 12:7,20 13:1,5,7
    13:12,19
**fund** 10:4,7 11:17
**funded** 3:21 5:13,14 6:22
    7:7,19 8:10,12 12:7,16
    12:20,22 13:1,5,7,12,20
    17:3,13
**funding** 8:23 16:4,5,16
**fundraisers** 8:24 13:14
**fundraising** 9:15 30:10
**funds** 16:13 26:22
**further** 4:23 27:16



**G**

**gain** 25:22
**gathered** 7:3
**generous** 21:17 25:12
**getting** 16:19,19 23:6
 31:1
**girls** 15:4
**give** 11:12 27:23
**given** 7:15 15:8 17:9 26:8
**gives** 24:5
**giving** 6:12 29:6
**glean** 18:20
**Global** 24:1
**go** 9:7,7 11:7,13 13:18
 18:4 19:15 23:21 28:17
 29:1
**goal** 5:24 10:5 11:16 20:2
**goes** 16:8
**going** 5:18 6:10 7:22
 16:10 18:1 23:18 27:24
**good** 9:7 20:3 25:9 28:1
 29:11 30:15
**government** 25:21
**Governor** 25:5
**grad** 9:16
**grief** 4:4
**grieving** 27:19
**ground** 12:23 13:9 14:22
 15:23
**group** 8:10 28:20,20
 30:16
**groups** 6:15 7:1
**growing** 10:16
**guy** 2:8 3:8 9:12

**H**

**handle** 21:10
**happened** 4:1 20:14 28:5
**happening** 13:22 16:21
**Harvey** 23:3
**hate** 2:11
**head** 10:15 22:3
**health** 16:20
**hear** 30:7
**heard** 5:10 10:24 11:5
 18:16 20:12 24:2 30:17

30:18
**hearing** 2:2
**heartbroken** 14:12
**Hello** 2:21
**help** 10:4,11
**helped** 3:5,16
**helping** 4:13
**Hi** 5:3,4
**hiding** 28:17
**high** 9:13,18 13:11 15:3
 15:4 17:15,16 20:19,21
**hired** 22:24 23:1 26:21
**Hmm** 6:3 24:24 29:14
**holistic** 16:7
**home** 26:9
**honoring** 3:18
**hope** 22:11
**hospital** 15:5
**house** 11:23
**huge** 6:15

**I**

**idea** 8:22 14:10 25:9
**identity** 19:13
**impact** 15:1,15,16,18
**impactful** 11:6
**important** 9:4,9 10:13
 15:6 19:9
**impression** 24:6
**impressive** 14:24 15:2
**Incel** 2:13
**include** 17:15,17,17,18
**including** 19:1
**indicate** 13:3
**indication** 14:9
**individual** 17:15
**infant** 11:2,11
**information** 7:2,10,23
 8:1,2 19:1,6,10 31:1
**infrastructure** 15:18
**inherently** 20:3
**inside** 19:1
**interest** 23:18 24:13
**interesting** 8:6 12:11
 13:17 15:10 17:7 22:19
 22:24 24:19 26:21 30:4

**interior** 26:5
**internal** 20:8,15
**internet** 2:6 6:21
**interview** 18:12
**interviewed** 25:4
**invest** 10:10
**investigated** 27:16
**investigating** 29:21
**investigation** 2:5 5:2
 8:20 17:24 18:21 19:9
 22:2,16 23:17 26:15
 28:23
**involved** 5:19 6:17,18 7:5
 14:21 26:23 27:22
**Irkaat** 11:20 12:18,22
**Iroquois** 9:18 13:11
**IRS** 27:21
**items** 21:19

**J**

**joins** 4:24
**Jordan** 10:24 12:19 13:1
**journalism** 24:13,23
 27:1,6

**K**

**Kelley** 4:24 5:4,8 6:4
 7:12 9:3 10:1,22 11:9
 12:10 14:17 15:20 16:3
 16:23 18:21 20:10
 22:18 24:4 25:3 26:18
 27:17 28:19 29:19
 30:17 31:10
**Kenya** 3:2,17 4:20 6:13
 6:23 7:5,17,20 11:6
 12:3,9 13:18 15:2,7
 17:13 18:5,8,16 19:18
 23:19 25:2 26:10 27:2,2
 27:9
**Kenyan** 14:21 26:23
**kid** 9:13 12:20
**kids** 5:18 6:4,9 10:23
 11:7,12 17:19,20
**Kielburger** 3:23 20:13
**Kielburgers** 4:8 20:5
**Kim** 23:12

**kind** 25:18
**kindness** 25:10
**kinds** 16:8
**kitchens** 17:19
**knew** 9:23 19:19
**know** 4:17 5:10,15 6:9,19
 9:7,22 10:14 14:2 16:3
 16:20 20:16 21:13,19
 21:23 23:1,9 25:3 28:22
 29:16,20 30:13
**knowing** 19:21

**L**

**laid** 26:16
**law** 23:2,2 26:6
**lawyers** 22:23
**leaders** 19:23
**leaked** 19:1 20:8,18 21:4
**learned** 3:19 5:14
**learners** 16:18,18
**leave** 25:2
**left** 30:9,23,24
**legacy** 3:13 11:11
**legal** 1:24 19:16,20 23:6
 26:20 29:24
**legend** 14:6
**Lemon** 23:13
**lent** 28:14
**letter** 23:8,15,22 24:9,12
 24:15,18 25:18 26:3,20
**letters** 14:1,3 22:23 23:4
 23:6,7
**libraries** 17:17
**library** 13:9
**lie** 30:16
**life** 3:12
**lifeline** 15:6
**line** 21:19,19
**Listen** 2:18
**little** 3:8 8:22
**lives** 15:19
**located** 4:18
**location** 17:5
**logo** 14:8
**long** 10:20 29:20 30:1
**look** 5:20 8:11 21:2 22:5



**looked** 7:12 21:14 22:5
**Lori** 22:2 28:22
**lost** 30:14
**lot** 22:6 29:17 30:3
**low** 8:14
**Lulu** 23:13
**Lying** 30:13

**M**

**MAGNA** 1:24
**Mail** 24:1
**major** 21:1 23:9,24
**MALE** 2:7,12,19 3:7,11
  4:2,10 9:20 10:19 11:4
  28:11 30:12
**man** 11:6
**managed** 18:17
**mandate** 27:11
**Mara** 15:7
**margins** 21:10
**Mark** 3:22 4:24 5:3,4,8
  6:4 7:12 9:3 10:1,22
  11:9 12:10 14:17 15:20
  16:1,3,23 18:21 19:19
  20:10 22:18 24:4 25:3
  26:18 27:17 28:19
  29:19 30:17 31:6,10
**Masai** 15:6
**matter** 20:4 28:17
**matters** 9:11
**Maureen** 1:15 2021:14
**meals** 16:19
**mean** 14:24 22:20 23:14
  27:18
**meaningful** 12:1
**means** 20:3 2021:20
**meant** 9:2 30:10
**measuring** 15:15
**media** 6:24
**memory** 11:22
**men** 2:5
**mentioned** 12:19 17:21
  20:7
**met** 9:12
**Michael** 14:5,7
**million** 27:24 28:1

**Minassian** 2:9
**minister** 23:11
**ministry** 26:5
**mislead** 23:16
**mission** 26:10
**mixup** 3:24
**model** 16:2,4,5
**money** 3:4,13 6:1,12 9:6
  9:18 10:10,17 11:15
  13:14 19:18 22:6 27:1,7
  29:7,9
**month** 4:19
**months** 6:21 29:21 30:1
**months-long** 5:2
**month-long** 22:15
**Moraa** 14:20 15:17,24
  16:13
**MPCF** 14:1
**MPs** 4:7,16

**N**

**name** 3:5,11 5:23 28:2
**named** 2:8
**Narok** 25:5
**Nearly** 4:18
**needed** 15:15 27:23
**needs** 27:15 28:24
**net** 20:19,21
**never** 13:2 16:9
**new** 2:10,13 17:10 23:1
**News** 23:16
**newspapers** 23:24
**nitty-gritty** 8:20
**North** 11:1 26:13
**note** 22:13
**noted** 24:9
**notes** 21:9
**number** 5:6 6:20 7:13,13
  7:14 11:19 12:12,23,24
  14:2 17:8,9,10,10,11
  18:3,6,8
**numbers** 4:23 12:3 14:3

**O**

**Oakville** 9:14 10:3
**obligation** 29:3,8

**odd** 25:18
**officials** 14:15,19 18:16
**okay** 9:4,8
**once** 5:24 11:16
**online** 2:15
**Ontario** 9:14
**open** 23:8
**operate** 22:8
**operations** 2:24
**opposite** 17:2
**order** 22:8
**organization** 18:19,23
  21:21 26:15
**outset** 15:11 17:22
**outside** 9:14
**overall** 20:2
**overfund** 19:18
**overfunding** 19:22
**oversees** 21:22

**P**

**page** 23:24
**paid** 14:9 21:1
**paper** 6:7
**papers** 24:2
**Parliament** 7:15 12:5,13
  17:9
**Parliamentary** 3:4
**part** 5:17 9:15
**particular** 16:10,11
**partners** 6:16
**passed** 11:12
**passion** 10:22
**pattern** 5:17 8:16
**pause** 22:13
**paused** 18:13
**pay** 10:11 16:8
**paying** 6:13
**pencils** 10:11
**people** 7:6 9:5 12:2,6
  15:6 16:6,9 17:2 18:18
  18:22 19:13 23:13 24:7
  24:11 30:13,16,19
**persistent** 4:7
**picture** 8:15 11:18 13:20
  13:21,24 16:14 17:4

**pictures** 8:7,14
**piece** 6:7
**Pimbiniet** 8:10,13
**Pinball** 14:5,7
**places** 3:2
**plane** 26:9
**plaque** 3:18,19,20
**plausible** 22:11
**play** 8:16
**played** 18:12
**playing** 20:6
**plotting** 7:6
**podcast** 1:2,14 2:4,20
**podcasts** 2:18
**point** 5:16 9:4 11:21
**pointed** 14:10
**police** 2:12
**posts** 6:24
**pot** 9:6
**power** 28:14
**powerful** 19:21 28:12
**practice** 19:17
**preliminary** 27:3
**prepared** 26:14
**preparing** 29:23
**pretenses** 25:22
**pride** 11:21
**primary** 4:20 6:23 7:19
  12:4,6,21 18:5,8 27:8
  31:3
**prime** 23:11
**priveledged** 8:1
**prize** 20:20
**problem** 21:15
**program** 5:19
**programming** 16:22
**programs** 29:3
**project** 9:15,21 10:4,23
  21:16
**projects** 3:2 16:8 19:18
  21:12 26:23
**promised** 29:4
**property** 25:21
**prospective** 21:22
**protected** 4:13 19:12
**proud** 4:8



**provide** 7:24
**provided** 12:13 17:4 18:6
  20:12,15 26:3 2021:3
**providing** 18:24
**public** 7:22 19:15 23:18
  24:13
**publicly** 6:22 7:2,10,23
  12:16
**publish** 26:14
**published** 5:11 24:5
**put** 5:23 6:6,19 7:1

**Q**

**quantified** 29:1
**quest** 27:10
**question** 27:10,12 31:2,5
**questioning** 4:7
**questions** 21:10 22:7
  29:17
**quiet** 28:4
**quite** 25:2
**quote** 17:12 19:22,23
  20:5 21:18 25:20 26:24

**R**

**radicalized** 2:6
**raise** 3:5,16 10:17 22:6
  27:8
**raised** 11:15 13:14 20:4
  27:2
**raising** 5:24 9:18
**ratings** 22:1
**reach** 5:24
**read** 5:10
**real** 2:16 5:9 26:7
**really** 9:4,20 12:1 13:17
  13:18 18:4 22:19 25:9
  27:5 28:6 31:8
**Rebellion** 2:13
**rebuttal** 26:24
**record** 4:9 28:17 2021:3
**RECORDED** 1:14
**recruited** 2:6
**Reed** 5:10 27:18
**region** 15:7
**released** 27:3

**relies** 25:10
**rely** 22:7
**remarkable** 4:12
**remember** 2:2 3:3 7:20
**removes** 22:11
**replaced** 3:20
**report** 27:3
**reporter** 2021:21
**reporting** 22:13 31:8
**represented** 23:3
**reprinted** 23:23
**reprisal** 19:20
**reprisals** 19:16
**reproduction** 2021:19
**request** 28:11
**research** 12:21
**respond** 26:16
**responded** 4:19
**review** 26:22
**rich** 28:12
**Richard** 21:13
**Ridge** 9:18 13:11
**right** 3:9 4:2 27:13 30:22
**road** 29:21
**roadblocks** 22:14
**rolling** 27:19
**Rongena** 13:7
**Royal** 6:16 23:13
**Rukshan** 9:12 10:14
  13:11,17 14:10 30:18

**S**

**salaries** 10:12
**sales** 6:11
**Saturday's** 23:23
**saw** 11:21 14:1 15:9
**saying** 3:1 4:19 9:6 17:2
  19:8 23:16 24:12,12
  25:19 28:22 29:23
**says** 3:18 21:15 22:9,10
**Schiller** 23:3
**school** 3:17,21 5:18 6:9
  8:23 9:13,18 10:2,8,23
  11:5,8,8,13,13 12:20,23
  12:24 13:3,10,12,19,19
  14:9 15:3,4 16:19 17:16

  17:20 31:3
**schoolhouse** 3:16 5:13,15
  6:13,23 8:9,12 9:19
  10:7,9 11:16,18,19,19
  12:17 13:4,4,21,24
  16:11 17:3,5,6 20:23
  21:4,6 29:7,8
**schoolhouses** 4:14,20 7:6
  7:16,20 12:12 13:9,13
  15:13 17:22 18:5,8 21:2
  27:8 31:3
**schools** 4:9,12,14,17 6:14
  12:1,4,6,21 13:7 17:15
  30:10
**Scouring** 6:21
**screenings** 16:20
**Secondly** 19:3
**see** 8:6 13:19 15:10,22
  22:20 23:17
**seeing** 19:6
**seen** 13:2 24:15
**send** 6:1 16:14
**sending** 23:4
**senior** 14:20 19:23
**sense** 19:5
**sent** 11:18 23:15 26:3
**SERVICES** 1:24
**set** 27:11 28:14
**seven** 20:24
**share** 19:3
**short** 5:8 29:6
**show** 20:18 27:1
**showed** 12:21
**shows** 16:1
**shred** 24:15
**signed** 23:8,12 24:9,11
  24:14,18
**Silva** 9:13 13:11,18 30:18
**simple** 31:2
**single** 15:19
**sister** 10:8
**site** 29:23
**small** 15:5
**social** 6:24
**somebody** 2:2
**son** 3:6 11:1,11,22,22

  27:20
**sort** 21:3 23:10 26:19
  27:18 30:22
**sounds** 11:24
**source** 19:11 20:11,15
**sources** 18:18
**Southwestern** 15:7
**speak** 3:8 14:19
**SPEAKER** 2:1,4,7,10,12
  2:15,19 3:7,11 4:2,10
  9:20 10:19 11:4 28:11
  30:12
**special** 9:21,24
**specific** 29:3
**speech** 16:24,24
**spent** 6:20 9:17 27:2
  29:10,21
**spilling** 2:16
**spoke** 8:23 19:11 28:20
**spoken** 14:15
**spreadsheet** 7:3 12:14
**spreadsheets** 13:3,8 19:4
  20:16,17
**square** 12:3
**staffer** 19:20
**staffers** 19:24 24:16 30:7
**stages** 28:8
**stand** 14:3 24:7
**standing** 24:21
**start** 5:16
**started** 5:6 7:5,13 9:16
**States** 21:21
**status** 21:16
**Sterritt** 2:21,22 3:10,15
  4:6,16 5:5 6:3 7:9 8:19
  11:24 14:13 18:15 20:7
  22:12 24:3,24 26:12
  27:13 29:14 30:8 31:6
**Stineman** 22:3 28:22
**stood** 28:7
**stop** 2:2
**story** 23:21 24:6 29:15
**strategic** 19:22
**strategy** 22:6
**stressed** 4:8
**striking** 21:8



structure 17:14
structures 17:12 18:1,2
student 9:22 10:15
students 4:11
subculture 2:16
Suddenly 28:4
sue 27:24
sufficient 4:3
suggesting 26:5
supercharged 2:11
supervision 2021:21
sure 28:4
suspended 21:24
swapped 3:19

**T**

talk 4:24
talked 14:19 19:14
talking 22:10
targeted 10:13
taste 22:22
teacher 9:22 16:20
teacher's 10:11,12 17:18
team 4:21 31:7
tell 8:22 9:1 15:14 16:9
    20:9 22:17
ten 5:24 9:7
terrible 3:24
test 6:20
testified 3:3,23
testimonial 17:1,1
thank 31:6
Thanks 31:10
They'd 24:14
thing 8:5 11:14 13:16
    21:9 28:21
think 9:3 15:20 24:19
    25:8 27:15 30:3
thinking 30:9
Thirdly 19:7
thought 11:10
thousand 5:24 9:8
three 9:16 21:2
thrilled 10:6
throwing 9:6
thrown 18:7

time 5:22 28:6
times 13:5
tips 30:5
title 24:8
today 3:7 4:24 26:17
    28:18
told 12:4 15:11 17:3,5,21
    20:1 21:5,6,7 25:17
top 10:18 11:17
Toronto 9:14 26:4
touched 15:19
tour 15:8
track 4:9
tracking 21:18
trainings 16:21
Transcribed 1:15
transcript 2021:2,18
Transcription 1:13
transparency 28:10
trespassing 25:21
tribute 11:11
true 2021:3
try 12:3
trying 5:7,9 23:20 27:7
twenty 27:23 28:1
Twitter 29:23
two 8:13 29:12

**U**

uncertainty 30:23
understand 12:2 16:2,4
    25:1 27:14
understanding 29:12
undo 30:21
uneasy 20:1
unfolded 12:11
union 10:15
United 21:21
upset 3:10 4:3
up-and-up 21:23
urging 24:22
use 10:10

**V**

van 2:3
video 16:24,24

village 5:19 7:7,8,8 8:9
    11:20 13:6 16:6,9,11,14
    16:15,16 20:23,24
    25:15,15
villages 7:4 12:14,17
    17:19 25:16,20,23
Virgin 6:17 21:14
virtually 19:14

**W**

want 8:19 14:24 21:11,23
    22:12 30:7
wanted 3:1 4:16,22 6:18
    6:19 10:2,8 12:24 13:10
    13:18 14:18 27:20,21
warned 20:5
wasn't 13:23 21:15 22:14
    24:13
watch 21:20 22:4 28:19
    28:20
Watson 10:24 11:14
    12:19 13:1 30:9,18
way 8:6 11:10 16:12 22:8
    29:18
wealthy 28:7
website 8:11 17:1,1
websites 7:1 8:7,7
weekend 24:5
Weinstein 23:4
well-connected 28:13
went 6:14 11:14 12:3,13
    13:6 14:23 23:7,14
    24:10,14 25:14 28:4,24
weren't 7:21 23:16 30:21
Wesley 3:9,18
Wesley's 3:11,12,12
we're 27:5 30:22,24
we've 30:2,17,18
who've 30:14
Wilson 23:13
winding 2:24
wonder 5:16 8:21
wondering 8:15 14:14
words 4:3
work 18:23
working 8:3 14:22 30:2

works 16:5,12 25:6 28:24
world 2:17 4:15 7:17
worldwide 4:17
worry 29:10
worth 20:19,21
wow 11:10 14:13 24:3
    26:12
wrong 15:12,14,21,24
    22:9 24:12
wrongheaded 15:13
wrote 2:13

**Y**

yeah 11:5 14:17 20:10
    22:18 27:17
year 3:1 5:12 22:22
years 3:12 4:13 9:17,17
    14:23
yell 2:2
York 23:2
young 2:5 6:10

**$**

$10,000 21:5
$12,000 21:7
$15,000 21:8
$160,000 3:16
$308.13 10:21

**1**

1.49 10:20
12 13:9
1500 4:14,17

**2**

20 13:13
20-dollar 6:5
200,000 4:15
25 4:13
28 12:22

**3**

30 7:4 10:19
360 4:20 5:6 6:20 7:14,17
    12:4 17:8 18:9

**4**



**48** 13:14

**5**

**50-dollar** 6:5
**55** 13:7

**7**

**70** 12:21
**7000** 4:12

**8**

**8** 2021:15
**852** 17:10

**9**

**900** 7:19 12:5

