# EXHIBIT F

Transcription: "Enquête | 'WE Charity' au Kenya"
https://www.youtube.com/watch?v=SKroSfw4QiQ

Intro from https://ici.tou.tv/enquete/S15E15?lectureauto=1

Narrator Marie-Maude Denis: [00:04] Pendant des mois, vous vous en souvenez, Justin Trudeau a été empêtré dans ce qu'on a appelé le scandale WE Charity, un organisme fondé par les frères Kielburger.

Marc Kielburger: [00:14] Nous restons mesurés dans nos propos alors que les bienfaits de notre organisme sont anéantis par une guerre politique.

Narrator: [00:22] Jusqu'en 2020, WE Charity réussissait à galvaniser des foules, surtout des jeunes, dans le but qu'ils amassent des fonds destinés notamment à construire des écoles en Afrique.

Female celebrity: [00:32] [In English] WE Day, do you feel the power?

Narrator: [00:36] Mais combien d'écoles ont été financées, et par qui exactement?

Rukshan de Silva: [00:41] Il m'a montré la nouvelle école qui avait été construite avec nos dons. J'étais vraiment fier de voir ce qu'avaient donné nos quatre années de collecte de fonds. C'était génial. [In English] It was incredible.

Narrator: [00:52] Nos collègues de CBC ont enquêté sur le terrain au Kenya.

Mark Kelley: [00:57] [In English] School Number 4.

Narrator: [00:59] Et ce qu'ils ont découvert n'a pas fait plaisir à WE Charity, qui a multiplié les tentatives de freiner leur enquête.

John N. Giroux [SP]: [01:06] Vous devez partir maintenant parce qu'il y a eu des appels. Ça ne va pas du tout.

Narrator: [01:12] Ici Marie-Maude Denis. Bienvenue à Enquête.

Main report from https://www.youtube.com/watch?v=SKroSfw4QiQ (Note: VO = voice-over; [SP] = uncertain spelling)

Narrator: [00:03] Voici ce qui attire des gens des quatre coins du globe dans la région de Maasaï Mara au Kenya: la nature dans toute sa splendeur.

Narrator: [00:14] Ici, le temps semble arrêter.

Narrator: [00:20] Mais un organisme caritatif canadien s'est senti interpellé par une autre force: un besoin urgent d'aider des communautés dans cette région rurale.

Narrator: [00:32] Dans ces vidéos promotionnelles, WE Charity, autrefois Enfants Entraide, dit vouloir donner aux villages les moyens de se sortir de la pauvreté, notamment en construisant des puits d'eau potable et en bâtissant des écoles qui font cruellement défaut.

Narrator: [00:52] Au cœur des activités bénéfices se trouvent les fondateurs d'Enfants Entraide: les charismatiques frères Marc et Craig Kielburger.

Marc Kielburger: [01:02] Etes-vous prêts à changer le monde?

Craig Kielburger: [01:05] WE Day, c'est la générosité – le mouvement de notre époque. Levez-vous et faites du bruit !

Narrator: [01:13] Les événements WE Day sont organisées partout en Amérique du Nord.

Narrator: [01:19] Des vedettes populaires galvanisent la foule pour inciter les jeunes à aider d'autres.

Marc Kielburger: [01:27] Comme Danielle qui a recueilli des fonds pour une clinique en Inde…

Marc Kielburger: [01:33] Et A.J., qui a amassé de l'argent avec sa classe pour bâtir une école en Sierra Leone en Afrique… Ce qu'ils ont fait, c'est adopter un village.

Narrator: [01:41] Dans le modèle "adopter un village", les dons sont destinés à des projets en particulier, comme bâtir des écoles.

Narrator: [01:54] Ce message a touché Watson Jordan, ex-enseignant en Caroline du Nord.

Watson Jordan: [02:00] Les événements WE sont tellement passionnants.

Female celebrity: [02:05] [In English] WE Day, do you feel the power?

Watson Jordan: [02:09] J'ai participé à trois de ces événements. À la première ils nous ont dit qu'on pouvait construire une école au Kenya. Ça m'a frappé. Imaginez l'impact sur des enfants qui n'ont pas d'école.

Narrator: [02:25] Watson Jordan a donc amassé des fonds pour bâtir une école en souvenir de son fils William.

Watson Jordan: [02:31] C'était emballant. J'ai reçu un courriel dans lequel on disait que mon village serait Irkaat. J'étais ravi !

Avery Skog: [02:40] Bonjour, je m'appelle Avery Skog.

Narrator: [02:44] Une foule de jeunes ont aussi amassé des fonds pour d'autres jeunes et publié des vidéos sur YouTube, comme Avery Skog, neuf ans, au Manitoba.

Avery Skog: [02:52] Chaque fois que vous faites un don je vais écrire votre nom sur une brique.

Narrator: [02:58] L'organisme leur disait que lorsqu'ils amassaient assez d'argent, une école serait construite au Kenya.

Avery Skog: [03:04] Quand j'aurai amassé dix mille dollars, je vais envoyer tout l'argent à Enfants Entraide.

Marc Kielburger: [03:12] *Jambo*! Allô à tous mes amis de l'école secondaire Davidson. Je m'appelle Marc Kielburger, en venant à vous remercier…

Narrator: [03:18] Et ceux qui recueillait assez d'argent pour faire construire une école pouvait même se voir remercier de leur générosité dans une vidéo.

Marc Kielburger: [03:26] On vous dit un gros *Asante sana*!

Narrator: [03:29] Le message a résonné partout en Amérique du Nord. Les chèques arrivaient de Toronto, de la Floride, de la Colombie Britannique, signés par des écoles, des églises et des groupes communautaires. Partout, des bénévoles à pied d'œuvre pour changer le monde.

Rukshan de Silva: [03:45] C'était un projet vraiment spécial dont tous les élèves, leurs familles et les enseignants avaient entendu parler. Ça me tenait à cœur.

Narrator: [03:53] Rukshan de Silva a répondu à l'appel.

Rukshan de Silva: [03:56] C'est le trentième jour, elle fait 1,49 cm de long, et j'ai amassé 308,13$.

Narrator: [04:03] Étudiant à l'école secondaire Iroquois Ridge, près de Toronto, il s'est laissé pousser la barbe pour une collecte de fonds organisée par sa classe pour la construction d'une école au Kenya.

WE Charity spokeswoman: [04:15] [In English] We want to say a big thank you to the team over at Iroquois Ridge! Your generosity…

Narrator: [04:18] Les élèves et la communauté avaient le sentiment d'avoir une école jumelle au Kenya.

Kenyan student: [04:26] [In English] And thank you for all of your support. Thank you, Iroquois Ridge.

Narrator: [04:31] Quelques années plus tard, Rukshan s'est rendu sur place.

Rukshan de Silva: [04:36] J'ai rencontré l'enseignant, il m'a fait visiter l'ancienne école, et il m'a montré la nouvelle école qui avait été construite avec nos dons. J'étais vraiment fier de voir ce qui avait donné nos quatre années de collecte de fonds. C'était génial.

Narrator: [04:58] Mais en 2020, un scandale politique éclabousse le cabinet de Justin Trudeau et ternit la réputation de l'organisme.

News reporter #1: [05:07] Justin Trudeau va devoir s'expliquer sur l'octroi de contrats sans appel d'offres à l'organisme UNIS…

News reporter #2: [05:12] Le premier ministre persiste et [unintelligible] UNIS n'a reçu aucun traitement préférentiel de traitement de faveur de la part du gouvernement pour l'attribution d'un contrat de 500 millions de dollars pour le bénévolat étudiant.

Narrator: [05:26] Ce qui a soulevé des préoccupations parmi certains donateurs.

Reed Cowan: [05:30] Aujourd'hui je vais parler au nom de ce petit bonhomme. Wesley Cowan.

Narrator: [05:36] Un comité parlementaire a entendu le témoignage de Reed Cowan, en colère.

Reed Cowan: [05:42] Son nom, son visage, sa courte vie de quatre ans, et son héritage ont été utilisés pour faire de l'argent pour Enfants Entraide et WE Charities.

Narrator: [05:52] Dans cette vidéo au Kenya, on voit Reed Cowan à l'école qu'il a entièrement financée à la mémoire de son petit garçon mort dans un accident.

Reed Cowan: [06:03] En vous donnant cette école je vous donne mon fils.

Narrator: [06:09] Cowan dit avoir amassé plus de 160 000$ avec d'autres donateurs encouragés par Craig Kielburger.

Reed Cowan: [06:19] Durant une activité de financement télévisée il a dit à tous nos donateurs qu'à chaque tranche de 10 000$ ou 12 000$ une école allait être construite.

Narrator: [06:29] Monsieur Cowan dit avoir appris plus tard que la plaque de son fils avait été enlevée et remplacée par celle d'un autre donateur qui avait financé la même école.

Reed Cowan: [06:41] Je crois que mon fils a été victime d'une fraude.

VO: [06:49] [In English] Today we have as witnesses Craig and Marc Kielburger.

Narrator: [06:54] Les frères Kielburger, en pleine gestion de crise, se présentent avec leur avocat devant un comité parlementaire.

Marc Kielburger: [06:59] Monsieur Cowan a raison d'être fâché. Aucune parole ne pourra effacer la peine que cette erreur a occasionné.

Narrator: [07:06] Les frères Kielburger affirment que le fiasco de la plaque est une erreur. Ils font rapidement porter le blâme à d'autres.

Nathaniel Erskine-Smith: [07:14] [In English] How would this have happened? In the sense that, who is responsible for removing these plaques?

Craig Kielburger: [07:20] Théoriquement ce serait un membre de l'équipe du Kenya. Nous allons investiguer. Nous voulons comprendre. Ça n'aurait pas dû se produire.

Narrator: [07:26] Mais les députés ne sont pas convaincus.

Canadian MP: [07:30] [In English] The fact that you took that plaque down twice shows this wasn't an accident. This was willful. You sold, and you got Mr. Cowan to take, his son's death and legacy, and build a story across America, and then when he was gone, you gave that school to someone else. How do you justify that?

Craig Kielburger: [07:48] Votre description n'est pas tout à fait juste. Mais voici où je suis d'accord avec vous…

Canadian MP: [07:53] [In English] That was accurate, it's…he has footage of it. We've seen the pictures of the plaque.

Craig Kielburger: [07:58] [In English] We are looking into it…

Narrator: [07:59] Les frères Kielburger ripostent. Ils sont fiers du bilan des écoles construites et remercient les jeunes qui les ont aidés.

Marc Kielburger: [08:06] Nous sommes déçus des députés de tous les partis parce que ce qui a été accompli par les éducateurs et les élèves dans 7000 écoles est remarquable et mérite d'être préservé. Au cours des 25 dernières années, nous avons contribué à construire 1500 écoles dans le monde ce qui a permis d'instruire 200 000 enfants.

Narrator: [08:29] Mais les députés veulent savoir où se trouvent ses 1500 écoles. La réponse vient quatre semaines plus tard. Dans le haut de la liste figure le Kenya. WE Charity affirme avoir construit 360 écoles primaires. L'équipe du CBC a entrepris de mettre ce chiffre à l'épreuve. Est-ce que d'autres donateurs comme Monsieur Cowan ont financé la même école ?

Narrator: [08:57] WE Charity n'a pas voulu révéler les noms des donateurs, invoquant la protection des renseignements personnels. L'équipe a donc parcouru internet pour trouver quiconque avait publiquement annoncé avoir entièrement financé une école primaire au Kenya.

Narrator: [09:14] Dans les médias sociaux, sur d'anciens sites web, des données sur trente villages WE Charity présents sont compilés.

Narrator: [09:25] Il est apparu évident que les donateurs croyaient avoir entièrement financé plus de 900 écoles primaires au Kenya, ce qui est bien au-delà des 360 écoles que l'organisme déclare avoir construit, sans tenir compte des dons qui n'ont pas été rendus publics.

Narrator: [09:43] WE Charity a envoyé cette photo d'une école à un donateur qui l'avait entièrement financée. Étrangement, c'est la même photo qui a été envoyé à un autre donateur à qui l'on a dit la même chose. Toutes ces photos des mêmes écoles prises sous différents angles ont-elles aussi été envoyé à de nombreux donateurs. Il n'y a pas que des jeunes et des parents deuillis qui faisait des dons. L'organisme pouvait aussi compter sur des entreprises partenaires comme la RBC, dont les campagnes ont financé des écoles et d'autres projets au Kenya.

Narrator: [10:21] Des organismes sans but lucratif comme Unstoppable disent aussi avoir amassé des fonds pour faire construire 158 écoles primaires au Kenya.

Michael "Pinball" Clemons: [10:32] [In English] I know that we can all use a little bit of inspiration. So here today with me is a couple of my heroes. You know them as the Kielburger brothers.

Narrator: [10:38] La fondation du footballeur canadien Michael "Pinball" Clemons aurait financé la construction de 108 écoles primaires au Kenya.

Michael "Pinball" Clemons: [10:47] [In English] We've officially funded the 100th school!

VO: [10:51] [In English] He's raised enough money to build 100 schools in developing countries. Please welcome Taylor Conroy!

Narrator: [10:57] Le groupe Change Heroes a recueilli des fonds pour faire construire des dizaines d'écoles au Kenya. Son fondateur, Taylor Conroy, a été ambassadeur de WE Charity.

Taylor Conroy: [11:08] [In English] Now we've come up with a way for you, from your phone, to raise enough money to build an entire schoolhouse in one day.

Narrator: [11:14] Taylor Conroy s'est rendu au Kenya pour tourner cette vidéo de remerciements.

Taylor Conroy: [11:19] [In English] Ms. Whytfield and the Vaughan Road Academy, this is Taylor Conroy and Philip, a Maasai warrior, here to say thank you for your massive contribution. Behind me…

Narrator: [11:27] Mais l'équipe de CBC a fait une autre découverte.

VO: [11:31] [In English]…and we're rolling!

Taylor Conroy: [11:32] [In English] Hi, it's Taylor from Change Heroes.

Narrator: [11:33] Dans des vidéos sur YouTube, Taylor Conroy remercie différents donateurs devant la même école.

Taylor Conroy: [11:40] [In English] Thank you to Ms. Pelletier and all of Margaret Jenkins Elementary School.

Narrator: [11:44] Et encore.

Taylor Conroy: [11:45] [In English] Elton, it's Taylor and this is one of the happiest days of my life.

Narrator: [11:48] Et encore.

Taylor Conroy: [11:49] [In English] Corrie, this is a huge day for me because I'm finally getting to show you what you and your friends got together to build.

Taylor Conroy: [11:54] [In English] So as they say here in Kenya, *Asante Sana*!

Narrator: [11:57] Pour de nombreux donateurs, ce lien tangible avec les écoles qu'ils avaient financées est ce qui comptait le plus. Rukshan de Silva se souvient du jour où il a atteint son objectif avec ses camarades de classe.

Rukshan de Silva: [12:12] Je suis allé remettre l'argent en mains propres au bureau de Toronto. On voulait que ce soit un partenariat à long terme, et non un don unique. J'y ai été très clair, et les fondateurs d'Enfants Entraide me l'ont garanti.

Narrator: [12:27] Watson Jordan a ressenti la même chose quand il a reçu la photo de l'école qu'il croyait avoir financée.

Watson Jordan: [12:34] J'espère rencontrer un ou deux enfants à qui je pourrais lire des livres que je n'ai pas pu lire à William. Ce serait significatif pour moi. Je suis déterminé à aller au village.

Narrator: [12:47] S'il y allait, que trouverait-il ? On lui envoie une photo de l'École Numéro 4, construite à Irkaat à la mémoire de son fils. Tout comme Reed Cowan, pourrait-il découvrir au Kenya que son école a aussi été financée par d'autres ?

Narrator: [13:06] Est-ce qu'il existe vraiment? L'équipe de CBC a décidé de se rendre au Kenya pour trouver les écoles de Watson Jordan, de Rukshan de Silva, et d'autres.

Narrator: [13:24] WE Charity a longtemps été active dans les régions rurales du Kenya. L'organisme canadien dit y avoir construit 360 écoles primaires avec l'argent des donateurs. Pourtant, les chiffres compilés indiquent que les dons auraient pu permettre de bâtir plus de 900 écoles. Devant cette différence inexplicable, l'équipe de CBC s'est rendu au Kenya pour voir ce qu'il en est.

1  Narrator: [13:51] Les écoles de WE Charity sont situées dans la région de Maasaï Mara au sud-
2  ouest du Kenya. Il n'y a pas ici de plus grand allié de WE Charity que le gouverneur du Comté
3  de Narok, l'Honorable Samuel Tunai.

5  Samuel Tunai: [14:07] Bonjour.

7  Narrator: [14:09] Le journaliste de Fifth Estate, Mark Kelley, l'a rencontré.

9  Samuel Tunai: [14:17] Je suis un grand défenseur de WE Charity parce que j'ai vu l'incidence
10 des interventions et la transformation qu'ont connu nos villages. Comme gouvernement, nous
11 devons toujours chercher du financement extérieur pour combler le manque de budget.

13 Narrator: [14:35] Il a été on ne peut plus clair sur la qualité du travail de WE Charity. On ne peut
14 pas en douter.

16 Samuel Tunai: [14:42] Pourquoi je critiquerais le travail de WE Charity alors que ça donne de
17 l'emploi et que des écoles secondaires ont été construites? Vous voudriez que je dise qu'ils ne
18 font pas un bon travail ?

20 Mark Kelley: [14:51] [In English] Your Excellency, what would you say…

22 Narrator: [14:52] Quand on lui a demandé si c'était possible que plus de fonds étaient été
23 amassés pour son comté que ce qui a réellement été dépensé, le gouverneur n'a pas voulu se
24 prononcer.

26 Samuel Tunai: [15:03] Je n'ai pas de commentaire à faire.

28 Narrator: [15:06] L'équipe a montré au gouverneur les photos de ces mêmes bâtiments envoyées
29 à certains donateurs à qui l'on disait qu'ils les avaient entièrement financés.

31 Samuel Tunai: [15:15] Je n'ai pas de commentaire à faire. Bon séjour au Kenya, merci.

33 Narrator: [15:20] C'est ainsi que le gouverneur a mis fin à l'entrevue, déclinant de répondre à
34 d'autres questions.

36 Narrator: [15:28] Avant d'arriver au Kenya, l'équipe avait organisé une visite avec le directeur
37 de l'école de Motony, mais sur place un inconnu vient de parler au directeur. John N. Giroux
38 [SP], qui a couvert WE Charity au Kenya et qui accompagne nos collègues, leur dit que le
39 directeur a reçu des pressions.

41 John N. Giroux: [15:46] Il a dit avoir reçu des appels. Votre présence n'est pas bienvenue.

43 Narrator: [15:57] Le soir même, l'équipe apprend que leurs patrons à Toronto ont reçu un
44 courriel de l'avocat de WE Charity quelques heures après la rencontre avec le gouverneur Tunai.
45 On y cite des extraits de l'entrevue. L'avocat de WE Charity affirme qu' "il apparaît clairement

1  que CBC a présenté de l'information erronée comme étant des 'faits'". "CBC a diffamé WE
2  Charity aujourd'hui."
3
4  Narrator: [16:28] Ce n'était qu'une partie de la campagne entreprise par l'organisme pour mettre
5  fin à l'enquête.
6
7  John N. Giroux: [16:38] On approche d'Irkaat. On le voit à l'horizon.
8
9  Narrator: [16:44] Personne n'est à l'école en ce samedi où l'équipe arrive à Irkaat dans l'espoir
10 d'y trouver l'École Numéro 4, celle sur la photo qu'a reçu Watson Jordan. L'équipe a compilé
11 des données sur l'historique de chacune des écoles ici – de l'information peut-être inconnue des
12 donateurs.
13
14 Reporter: [17:04] [In English] There it is. School Number 4. School Number 4.
15
16 Narrator: [17:11] L'École Numéro 4, financée par Watson Jordan à la mémoire de son fils. Mais
17 aussi par d'autres. Les données indiquent que l'École Numéro 4 a entièrement été financée au
18 moins quatre fois. Et ce n'est pas la seule.
19
20 Narrator: [17:29] Une photo d'une autre école apparaît à maintes reprises en ligne. L'École
21 Numéro 1 a été financée par Pledge to Humanity, la fondation Unstoppable, Mattamy Homes, et
22 la famille Gurgen [SP]. Les recherches montrent que WE Charity a dit aux donateurs qu'ils
23 avaient entièrement financé 70 écoles primaires. Le total sur place : 28.
24
25 Narrator: [17:59] La visite est encore écourtée. John dit qu'il faut partir.
26
27 John N. Giroux: [18:03] Vous devez partir maintenant parce qu'il y a eu des appels. Ça ne va pas
28 du tout.
29
30 Narrator: [18:09] Les appels en question proviennent du bureau du gouverneur.
31
32 John N. Giroux: [18:16] Le gouverneur Tunai, il vient d'appeler.
33
34 Narrator: [18:18] John pense que le gouverneur envoie des messages pour que les journalistes
35 cessent les visites dans son comté.
36
37 Narrator: [18:29] Après Irkaat, l'équipe se rend à Rongena dans le but de voir l'école que le
38 jeune Manitobain Avery Skog, 9 ans, a fondé de chez lui.
39
40 Narrator: [18:43] L'équipe y trouve l'école financée par Roots Canada, RBC et aussi Avery
41 Skog.
42
43 Narrator: [18:53] Les écoles sont minimalistes, meublées de bureaux, de bancs et d'un tableau.
44

Narrator: [18:59] Une vue aérienne met ce village en perspective. D'après les données compilées, on aurait dit aux donateurs qu'ils ont entièrement financé 55 écoles. Sur place, il n'y a que 12 écoles et une bibliothèque.

Narrator: [19:15] L'équipe s'arrête ensuite dans un complexe de WE Charity dans le comté de Narok. A la demande de l'organisme, l'équipe visite les installations avec Carol Moraa, une dirigeante de l'organisation sur place.

Carol Moraa: [19:29] On accueille en moyenne 100 patients par jour.

Narrator: [19:33] Avec son hôpital qui abrite une maternité, une salle d'opération et une clinique Covid, ce complexe est le fleuron de WE Charity au Kenya.

Narrator: [19:44] On y trouve également l'école secondaire qui accueille 280 élèves. Tout ça financé par de généreux donateurs reconnus par des plaques.

Narrator: [19:56] En entrevue, Carol Moraa soutient qu'il est mal avisé de compter les écoles.

Carol Moraa: [20:01] Ce n'est pas la bonne approche. Ça démontre que vous ne comprenez pas notre modèle. Vous comptez les bâtiments à partir de feuilles de données. Ce ne sont pas les infrastructures qui comptent, mais leur incidence. Les vies que ça touche tous les jours.

Narrator: [20:18] Carol Moraa explique que WE Charity finance aussi l'accès à l'eau potable et aux soins de santé en plus de l'éducation, qui comprend la construction d'écoles, de bibliothèques, de cuisines et de logements pour le personnel enseignant.

Narrator: [20:34] Mais les recherches de nos collègues tiennent déjà compte de cette réalité.

Carol Moraa: [20:39] On met tout en œuvre pour être le plus transparent possible.

Narrator: [20:42] Elle insiste. Les donateurs savent que leur argent sert à plusieurs projets. Les photos qu'on leur envoie ne signifient pas qu'ils ont entièrement financé l'école en question.

Carol Moraa: [20:52] Quand un donateur finance un village, on lui envoie évidemment une photo du village. Mais il n'est pas le seul à le financer. Les villages ne contiennent pas seulement une classe vide. Il y a aussi des élèves dans la classe qui ont accès à des repas et à des dépistages, le personnel enseignant reçoit des formations…tout cela est mis en place avec l'infrastructure.

Narrator: [21:17] Après s'être fait reprochée de compter les écoles, l'équipe découvre que c'est précisément ce que WE Charity a fait durant le printemps et l'été qui ont suivi le début de l'enquête. Le nombre avancé devant les membres du parlement, 360, a considérablement changé.

Carol Moraa: [21:37] Le bon nombre et 852. On n'avait pas inclus les rénovations, les écoles secondaires, ni les écoles secondaires régionales. Ça ne tenait pas compte non plus des nouvelles constructions et des constructions retardées en raison de la Covid. Le parlement nous avait

demandé combien d'infrastructures nous détenions. Mais on n'avait pas pris tout ça en compte avant d'avancer un chiffre. On a donc refait nos calculs pour arriver au chiffre final de 852.

Narrator: [22:15] Un examen plus attentif du nouveau chiffre avancé révèle qu'il comprend les écoles secondaires, les cuisines et même les latrines, ce qui vient gonfler le total. Mais le décompte de l'organisme confirme le nombre d'écoles primaires construites au Kenya : 360. WE Charity réitère tout de même que tous les dons versés pour le Kenya ont été dépensés au pays. Et les villages qui en ont bénéficiés manifestent une loyauté inconditionnelle.

Narrator: [22:48] À Pimbiniet, on a fièrement hissé le drapeau de WE Charity pour accueillir les journalistes canadiens.

Kenyan man: [22:56] Ils ont creusé des puits. Tout ce qui a été construit ici est l'œuvre de WE Charity.

Narrator: [23:04] Ici, l'équipe cherche l'école financée par Rukshan de Silva.

Narrator: [23:10] Savait-il que l'école qu'il considérait être la sienne avec ses camarades de classe avaient été financée par d'autres? À Pimbiniet, l'équipe a relevé 20 écoles. D'après les données compilées, WE Charity avait reçu des dons pour en financer entièrement 48.

Narrator: [23:33] Nos collègues constatent l'écart entre leurs chiffres et ceux avancés par l'organisme dans tous les villages un après l'autre.

Narrator: [23:42] Est-ce que tous les donateurs savaient que leur argent serait mis en commun avec les dons d'autres personnes pour financer différents projets?

Rukshan de Silva: [23:52] Non, on nous avait dit que c'était Iroquois Ridge qui finançait le projet.

Narrator: [23:58] Sur la photo qu'il a prise lors de sa visite à Pimbiniet, Rukshan de Silva n'avait pas remarqué qu'un indice sur le bâtiment soulignait la générosité de quelqu'un d'autre. Il s'agit des lettres MPCF, associées à la Fondation Michael "Pinball" Clemons qui avait aussi entièrement financé cette même école.

Rukshan de Silva: [24:20] Je ne savais pas. Si c'est vrai, c'est très décevant.

Narrator: [24:31] Plus tard, le soir même, l'équipe reçoit un appel d'un ancien employé de WE Charity qui veut garder l'anonymat par peur de poursuites judiciaires. Cette source affirme que c'était pratique courante de surfinancer des projets au Kenya, et pas seulement des écoles.

Caller: [24:49] Ça a été fait à maintes et maintes reprises. C'était la norme. Ça permettait de faire de l'argent.

Narrator: [24:56] À la question, "Qui est derrière ce stratagème?", la source n'a pas hésité.

Caller: [25:00] C'était Marc et Craig. Ce sont les deux frères qui voulaient ça.

Narrator: [25:04] Cela a duré des années, selon elle.

Narrator: [25:10] Moins d'une heure après cet appel, l'équipe a reçu un texto de Toronto. CBC a reçu une lettre du Ministère de l'Intérieur du Kenya. Elle contient des allégations non fondées selon lesquelles l'équipe journalistique a commis des actes criminels au Kenya, dont une intrusion sur la propriété du gouvernement. Pour une raison inconnue, WE Charity se trouvait en copie de la lettre. Inquiète pour leur sécurité, CBC ordonne aux journalistes de se rendre immédiatement à l'aéroport. C'est la fin de la mission Kenya.

Craig Kielburger: [25:56] Bienvenue à la maison de star à l'africaine. Je m'appelle Craig Kielburger. J'ai fondé Enfants Entraide.

Narrator: [26:02] Il y a une dizaine d'années, Craig Kielburger a tourné cette vidéo pour MTV en Amérique du Nord.

Craig Kielburger: Senkai! [SP] Comment vas-tu ? Guerrier maasaï, il est mon ami, il vit ici.

Narrator: [26:12] C'est la villa où logeaient les donateurs fortunés de WE Charity au Kenya, le volet à but lucratif de l'organisme.

Craig Kielburger: [26:21] Laissez-moi vous montrer mon chez moi. [In English] This is home.

Narrator: [26:23] Les frères Kielburger pratiquaient la charité bien ordonnée.

Craig Kielburger: [26:29] La salle de bains… Relaxer, se détendre et avoir un point de vue sur la nature du Maasaï Mara.

Narrator: [26:40] Et leurs événements étaient dignes des plus grands concerts rock.

Craig Kielburger: [26:44] On peut devenir qui on veut si on s'y met.

Narrator: [26:53] Mais que se passait-il en coulisse alors que les dons affluaient? L'équipe de CBC a parlé à des dizaines de personnes qui ont eu des liens avec l'organisme. Un employé a accepté de discuter par WhatsApp. La source a demandé d'être confidentielle parce qu'elle craint les poursuites et aussi le pouvoir des frères Kielburger.

Narrator: [27:18] La source a affirmé que le surfinancement des écoles était une stratégie qui venait des hauts dirigeants. Les frères étaient au courant de tout ça et acceptaient de prendre le risque lié à ce mode de financement. Tout ce qui importait, c'était l'objectif global. Si l'opération était ambitieuse et foncièrement bonne, les moyens semblaient avoir peu d'importance.

Narrator: [27:39] Quand notre collègue lui a demandé en quoi cela était foncièrement bon, la source a répondu que l'objectif était plus important que la façon de l'atteindre.

Narrator: [27:49] D'autres sources s'inquiètent que WE Charity ait accepté des dons pour des projets déjà financés.

Narrator: [27:56] "Vous savez que les frères Kielburger ont été prévenus. Vous jouez avec le feu." "Je ne sais pas comment ils ont pu penser pouvoir s'en tirer si longtemps." "Ils étaient vraiment bons pour offrir une expérience que les gens n'allaient pas remettre en question."

Narrator: [28:14] Les ennuis de WE Charity ont eu des échos jusqu'aux États-Unis, où l'organisme a recueilli près de 200 millions de dollars en 10 ans.

Narrator: [28:26] À Chicago, le groupe Charity Watch évalue les organismes pour guider les donateurs. Il a suspendu son évaluation de WE Charity en 2020 en invoquant des problèmes de gouvernance.

Narrator: [28:38] Sa directrice générale, Laurie Styron, compte 15 ans d'expérience dans le secteur de la philanthropie. Nos collègues lui présentent les photos identiques que WE Charity a envoyé à divers donateurs.

Laurie Styron: [28:56] Ça semble être la même école, n'est-ce pas? Oui, vraiment. Les nuages et tout le reste sont pareils. Je vois. C'est vraiment problématique parce que ça ne semble pas être une erreur. Ça semble plutôt une stratégie de financement qui vise à inciter les donateurs à donner plus d'argent. Alors qu'on leur promet que les fonds serviront à une fin bien précise.

Laurie Styron: [29:21] Les donateurs et le grand public doivent exiger qu'une enquête soit menée.

Narrator: [29:32] Ce n'est visiblement pas le souhait de tous. Un groupe de donateurs dont bon nombre disent avoir visité les projets de WE Charity au Kenya ont lancé une virulente campagne pour faire cesser l'enquête journalistique.

Narrator: [29:46] "Nous ne sommes pas d'accord avec la thèse selon laquelle nous, les donateurs, avons été lésés." Ils ont envoyé des courriels au rédacteur en chef de CBC News, clamant que l'organisme a utilisé leur argent pour de bonnes actions au Kenya et que le reportage allait saboter ce travail.

Narrator: [30:01] "Nous vous demandons d'éviter que les communautés kényanes en paient le prix." Au nombre des signataires : l'ancien PDG de Blackberry, le fondateur de Lululemon, Michael "Pinball" Clemons, Taylor Conroy de Change Heroes, une ancienne dirigeante de la Banque Royale du Canada, et même l'ancienne première ministre Kim Campbell. "Ce genre de journalisme ne sert aucun intérêt public."

Narrator: [30:30] Les courriels ont afflué pendant des jours, puis dans le bas d'un échange de courriel intitulé "Ébauche à examiner", on découvre qu'un donateur influent a obtenu l'approbation de Craig Kielburger avant d'envoyer son message à la présidente de CBC.

Narrator: [30:49] Entre-temps, une source au fait de la campagne de démenti de WE Charity avait transmis à l'équipe des documents internes de l'organisme détaillant les dons recueillis auprès des donateurs fortunés les plus prisés.

Narrator: [31:02] Dans le village de Rongena, les documents indiquent que huit donateurs ont payé pour la même école. À Irkaat, sept donateurs et fondations ont financé les mêmes trois écoles. De plus, les documents internes indiquent qu'une école de 10 000$ à Irkaat a aussi été vendu à d'autres donateurs pour 12 000$ et même 15 000$. À Esinoni, on voit qu'un donateur a versé 22 500$ américains pour une seule école.

Narrator: [31:33] Il y a aussi des commentaires dans la marge sur la façon de gérer ces généreux philanthropes qui pourraient poser des questions. On y apprend que Virgin Atlantic, propriété de Richard Branson, n'a pas posé problème puisque "personne n'a demandé de nouvelles du projet". Gaby Ghorbani, une philanthrope californienne, est un "cas délicat". Un projet qui n'avait pas encore été construit "devra probablement être réalisé". Une autre famille fortunée paraissait plus facile à gérer puisqu'elle "ne semblait pas faire un suivi rigoureux".

Laurie Styron: [32:08] Le donateur moyen n'a pas le bagage nécessaire pour décortiquer tout ça. Ce sera difficile à nier puisque c'est écrit noir sur blanc. Il ne s'agit pas juste d'une simple erreur, d'un cas qui leur a échappé. Ça semble être une stratégie proactive pour amasser beaucoup d'argent. Ils misent sur le fait que les donateurs ne posent pas de question pour pouvoir continuer à fonctionner de la sorte, et ça c'est mal.

Narrator: [32:49] Les frères Kielburger sont arrivées dans cette région sauvage du Kenya au début des années 2000. Ils ont convaincu les jeunes Nord-Américains de recueillir des fonds pour qu'on y construise des écoles, des systèmes d'eau et d'autres projets durables. Au fil des ans, des centaines d'écoles ont été construites.

Narrator: [33:08] Toutefois, l'enquête de l'équipe de CBC a révélé que le nombre d'écoles financées dépasse largement le nombre de bâtiments construits. Une question s'impose donc.

Laurie Styron: [33:23] C'est logique de se demander, "Où est allé l'argent?" Même si l'argent a servi à financer les programmes louables, les organismes de bienfaisance ont l'obligation éthique et parfois légale de réaliser précisément les programmes qu'ils se sont engagés à faire avec l'argent des donateurs.

Narrator: [33:43] Juste avant la diffusion du reportage de CBC, WE Charity a envoyé une autre lettre d'avocat. L'organisme embauche un juricomptable pour "passer en revue les fonds utilisés dans ses projets au Kenya." L'organisme insiste : l'enquête journalistique sur les fonds versés par les donateurs est "incorrecte" et les affirmations des donateurs sur les médias sociaux sont "inexactes" et "imprécises" sans toutefois fournir de preuves.

Narrator: [34:09] L'organisme continue de prétendre qu'on ne dit pas aux donateurs qu'ils financent *une* école. "Les donateurs sont informés que leurs dons seront mis en commun pour servir le mieux possible une région ou un village donné." Alors comment expliquer ceci ?

1   Marc Kielburger: [34:27] Nous sommes heureux d'annoncer la salle de classe numéro deux!

3   VO: [34:32] [In English] This shirt built a school in Africa!

5   Narrator: [34:33] Était-ce une promesse aux jeunes ou une simple stratégie de marketing? Si les
6   donateurs ne finançaient pas entièrement les écoles, pourquoi autant de vidéos expliquent que
7   leur argent servira à ça?

9   Male VO: [34:49] [In English] That $10,000 will fully construct a schoolhouse in Kenya to
10  empower hundreds and hundreds of children.

12  Female VO: [34:57] [In English] Fifty-seven million children around the world dream of going
13  to school.

15  Narrator: [35:00] Des vidéos produites par WE Charity et par ses partenaires.

17  Female VO: [35:04] [In English] Twenty dollars provides one brick. Five hundred bricks builds
18  a school. Go to FreeTheChildren.com/WeCreateChange.

20  Laurie Styron: [35:13] Les organismes sont habiles pour raconter des histoires. Ils peuvent tous
21  mettre en valeur leurs bonnes actions. Les donateurs ne doivent pas se laisser impressionner par
22  ça. Il s'agit de ressources publiques. Ces organismes sont subventionnés par nous tous. Ils ne
23  paient pas d'impôts. Ils existent grâce à nous.

25  Laurie Styron: [35:33] Les enquêtes sont menées quand le public l'exige. Si vous voulez savoir
26  ce qui est arrivé à ces écoles et à cet argent, exigez-le.

28  Narrator: [35:45] Précisément ce que Reed Cowan exhorte les donateurs à faire.

30  Reed Cowan: [35:52] Je m'adresse aux personnes riches, influentes et bien branchées, aux
31  célébrités, aux entreprises qui ont contribué à l'ascension d'Enfants Entraide et de WE Charity.
32  Sortez de votre mutisme et exprimez-vous comme je le fais aujourd'hui.

34  Kielburger brother: [36:07] WE Day!

36  Reed Cowan: [36:10] Tous les jeunes doivent savoir qu'ils ont droit d'exiger des réponses, de la
37  transparence, et des comptes rendus de la part d'Enfants Entraide et de WE Charity.

39  Narrator: [36:21] Reed Cowan a demandé 20 millions de dollars en dommages-intérêts à WE
40  Charity en échange de son silence sur l'utilisation des dons. L'organisme a qualifié sa demande
41  d'extorsion.

43  Narrator: [36:35] Invoquant la Covid, le scandale politique et la diminution des dons, WE
44  Charity a annoncé en 2020 qu'elle se retirera progressivement du Canada. Ses bureaux de
45  Toronto ont été vendus. WE Charity entend poursuivre ses projets de construction d'écoles au
46  Kenya.

Narrator: [36:52] Et Watson Jordan dans tout ça? On lui a dit qu'il avait financé une école à Irkaat. Cette photo de l'École Numéro 4 lui a été envoyé en souvenir de son fils.

Watson Jordan: [37:04] Finalement, j'ai été leurré. Mentir aux gens qui ont perdu un enfant à propos de quelque chose qui est fait en leur nom…ça ne m'apparaît pas être le groupe idéal à qui mentir.

Narrator: [37:18] L'École Numéro 4 se trouve dans le haut d'une colline à Irkaat. Elle a été entièrement financée par au moins quatre autres donateurs. La question demeure : combien d'autres personnes se sont fait promettre la construction d'une école qui n'a jamais vu le jour?

# CERTIFICATION OF TRANSCRIPTION FROM VIDEO

I, Leonardo Duran, General Manager of Language Services for and on behalf of Magna Legal Services, hereby certify that:

- We have transcribed in French the dialogue shown in the videos located on the following internet pages:
    - Introduction only from 00:04 to 01:12: https://ici.tou.tv/enquete/S15E15?lectureauto=1
    - Full video: https://www.youtube.com/watch?v=SKroSfw4QiQ
- The transcription was performed by a professional linguist competent to render such a translation in the French language.
- To the best of our knowledge, ability, and belief this transcription is a true, accurate, and complete transcription of the original French dialogue.

_Leonardo Duran_

Leonardo Duran

February 4, 2022

Date