# EXHIBIT G

Page 1

1  Transcription: "Investigation | 'WE Charity' in Kenya"
2  https://www.youtube.com/watch?v=SKroSfw4QiQ
3
4  (Note: VO = voice-over; SP = uncertain spelling)
5
6  Intro from https://ici.tou.tv/enquete/S15E15?lectureauto=1
7
8  Narrator Marie-Maude Denis: [00:04] For months, you may remember, Justin Trudeau was
9  caught up in the so-called WE Charity scandal, around an organization founded by the
10 Kielburger brothers.
11
12 Marc Kielburger: [00:14] We remain steady in our aims while the benefits of our organization
13 are destroyed by a political war.
14
15 Narrator: [00:22] Until 2020, WE Charity succeeded in galvanizing masses of people, especially
16 the young, to raise funds intended in particular for building schools in Africa.
17
18 Female celebrity: [00:32] [In English] WE Day, do you feel the power?
19
20 Narrator: [00:36] But how many schools were funded, and by whom, exactly?
21
22 Rukshan de Silva: [00:41] He showed me the new school that had been constructed with our
23 donations. I was really proud to see what our four years of fundraising had produced. It was
24 fantastic. [In English] It was incredible.
25
26 Narrator: [00:52] Our CBC colleagues investigated on the ground in Kenya.
27
28 Reporter Mark Kelley: [00:57] [In English] School Number 4.
29
30 Narrator: [00:59] And what they discovered did not please WE Charity, which multiplied its
31 attempts to put the brakes on their investigation.
32
33 John N. Giroux [SP]: [01:06] You must leave now because calls have been made. This isn't good
34 at all.
35
36 Narrator: [01:12] I'm Marie-Maude Denis. Welcome to *Enquête*.
37
38 Main report from https://www.youtube.com/watch?v=SKroSfw4QiQ
39
40 Narrator: [00:03] This is what draws people from across the globe to the Kenyan region of
41 Maasai Mara: nature in all its splendor.
42
43 Narrator: [00:14] Here, time seems to stand still.
44
45 Narrator: [00:20] But a Canadian charitable organization felt drawn by another force: an urgent
46 need to help communities in this rural region.

Narrator: [00:32] In these promotional videos, WE Charity, formerly Free the Children, states its wish to give villages the means to lift themselves out of poverty, particularly by building fresh water wells and schools, which are desperately lacking.

Narrator: [00:52] At the heart of the fundraising activities are the founders of Free the Children: the charismatic brothers Marc and Craig Kielburger.

Marc Kielburger: [01:02] Are you ready to change the world?

Craig Kielburger: [01:05] WE Day means generosity – the movement of our time. Stand up and make some noise!

Narrator: [01:13] WE Day events are organized across North America.

Narrator: [01:19] Popular celebrities galvanize the crowd to encourage young people to help others.

Marc Kielburger: [01:27] Like Danielle, who collected funds for a clinic in India…

Marc Kielburger: [01:33] And A.J., who raised money with his class to build a school in Sierra Leone in Africa… What they did was adopt a village.

Narrator: [01:41] In the "adopt a village" model, donations are intended for specific projects, such as building schools.

Narrator: [01:54] That message moved Watson Jordan, a former teacher in North Carolina.

Watson Jordan: [02:00] The WE events are so exciting.

Female celebrity: [02:05] [In English] WE Day, do you feel the power?

Watson Jordan: [02:09] I participated in three of these events. At the first one, they told us that we could build a school in Kenya. That amazed me. Imagine the impact on children who don't have a school.

Narrator: [02:25] So Watson Jordan raised funds to build a school in memory of his son William.

Watson Jordan: [02:31] It was thrilling. I received an e-mail saying that my village would be Irkaat. I was overjoyed!

Avery Skog: [02:40] Hello, my name is Avery Skog.

Narrator: [02:44] Masses of young people have also raised funds for other young people and posted videos on YouTube, like Avery Skog, age nine, from Manitoba.

Avery Skog: [02:52] Every time you make a donation, I'll write your name on a brick.

Narrator: [02:58] The organization told them that once they raised enough money, a school would be built in Kenya.

Avery Skog: [03:04] When I've raised $10,000, I'll send all of the money to Free the Children.

Marc Kielburger: [03:12] *Jambo!* Hello to all of my friends at Davidson High School. My name is Marc Kielburger, coming to thank you…

Narrator: [03:18] And those who collected enough money to have a school built could even find themselves thanked for their generosity in a video.

Marc Kielburger: [03:26] We're sending you a big *Asante sana*!

Narrator: [03:29] The message resonated all over North America. Checks arrived from Toronto, Florida and British Colombia, signed by schools, churches and community groups. Everywhere, volunteers ready to get down to the job of changing the world.

Rukshan de Silva: [03:45] It was a really special project that all of the students, their families and the teachers had heard of. It was close to my heart.

Narrator: [03:53] Rukshan de Silva answered the call.

Rukshan de Silva: [03:56] It's Day 30, it's 1.49 cm long, and I've raised $308.13.

Narrator: [04:03] A student at Iroquois Ridge High School, near Toronto, he let his beard grow out for a fundraising event organized by his class for the construction of a school in Kenya.

WE Charity spokeswoman: [04:15] [In English] We want to say a big thank you to the team over at Iroquois Ridge! Your generosity…

Narrator: [04:18] The students and community felt that they had a sister school in Kenya.

Kenyan student: [04:26] [In English] And thank you for all of your support. Thank you, Iroquois Ridge.

Narrator: [04:31] A few years later, Rukshan went to the school.

Rukshan de Silva: [04:36] I met the teacher, he showed me around the old school, and he showed me the new school that had been constructed with our donations. I was really proud to see what our four years of fundraising had produced. It was fantastic.

Narrator: [04:58] But in 2020, a political scandal sullied the cabinet of Justin Trudeau and tarnished the reputation of the organization.

News reporter #1: [05:07] Justin Trudeau will have to explain the awarding of contracts to the UNIS organization without a call for tender…

News reporter #2: [05:12] The Prime Minister persists and [unintelligible]... UNIS received no preferential treatment on the part of the government in the awarding of a contract of $500 million for student volunteer work.

Narrator: [05:26] Which raised concerns among some of the donors.

Reed Cowan: [05:30] Today I'm going to speak on behalf of this little guy. Wesley Cowan.

Narrator: [05:36] A parliamentary committee heard the testimony of an angry Reed Cowan.

Reed Cowan: [05:42] His name, his face, his short life of four years, and his legacy were used to make money for Free the Children and WE Charities.

Narrator: [05:52] In this video shot in Kenya, Reed Cowan is seen at the school that he fully funded in memory of his little boy, who died in an accident.

Reed Cowan: [06:03] In giving you this school, I'm giving you my son.

Narrator: [06:09] Cowan says he raised over $160,000 with other donors, encouraged by Craig Kielburger.

Reed Cowan: [06:19] He told all of our donors during a televised fundraising activity that for every block of $10,000 or $12,000, a school would be built.

Narrator: [06:29] Mr. Cowan said that he learned later that his son's plaque had been removed and replaced with that of another donor who had funded the same school.

Reed Cowan: [06:41] I feel like my son was the victim of fraud.

VO: [06:49] [In English] Today we have as witnesses Craig and Marc Kielburger.

Narrator: [06:54] The Kielburger brothers, in full crisis management mode, appeared with their lawyer before a parliamentary committee.

Marc Kielburger: [06:59] Mr. Cowan is right to be angry. No words can erase the pain that this error has caused.

Narrator: [07:06] The Kielburger brothers claimed that the plaque fiasco was an error. They quickly shifted the blame to others.

Nathaniel Erskine-Smith: [07:14] [In English] How would this have happened? In the sense that, who is responsible for removing these plaques?

Craig Kielburger: [07:20] Theoretically, it would have been a member of the Kenya team. We're going to investigate. We want to understand. It shouldn't have happened.

Narrator: [07:26] But the MPs were not convinced.

Canadian MP: [07:30] [In English] The fact that you took that plaque down twice shows this wasn't an accident. This was willful. You sold, and you got Mr. Cowan to take, his son's death and legacy, and build a story across America, and then when he was gone, you gave that school to someone else. How do you justify that?

Craig Kielburger: [07:48] Your description is not completely accurate. But here's where I agree with you…

Canadian MP: [07:53] [In English] That was accurate, it's…he has footage of it. We've seen the pictures of the plaque.

Craig Kielburger: [07:58] [In English] We are looking into it…

Narrator: [07:59] The Kielburger brothers answered back. They were proud of the record of schools built and thanked the young people who helped them.

Marc Kielburger: [08:06] We are disappointed with the MPs of all political parties because what was accomplished by the educators and students in 7000 schools is remarkable and deserves to be protected. In the last 25 years, we have contributed to building 1500 schools around the world, which has enabled the education of 200,000 children.

Narrator: [08:29] But the MPs wanted to know where these 1500 schools were located. The answer came four weeks later. At the top of the list was Kenya. WE Charity claimed to have built 360 elementary schools. The CBC team undertook to put that number to the test. Did other donors, like Mr. Cowan, fund the same school?

Narrator: [08:57] WE Charity did not want to reveal donor names, citing the protection of personal information. The team therefore scoured the internet for anyone who had publicly announced that they had fully funded an elementary school in Kenya.

Narrator: [09:14] Data on thirty current WE Charity villages were compiled from social media and old websites.

Narrator: [09:25] It became evident that the donors believed that they had fully funded over 900 elementary schools in Kenya, which is well above the 360 schools that the organization said it had built, without taking into account the donations that were not made public.

Narrator: [09:43] WE Charity sent this photo of a school to a donor who had fully funded it. Strangely, it's the same photo that was sent to another donor who was told the same thing. All of these photos of the same schools, taken from different angles, were also sent to numerous donors. It wasn't just young people and grieving parents who made donations. The organization

could also count on corporate partners such as RBC, whose campaigns funded schools and other projects in Kenya.

Narrator: [10:21] Nonprofit organizations like Unstoppable also said they had raised enough funds to have 158 elementary schools built in Kenya.

Michael "Pinball" Clemons: [10:32] [In English] I know that we can all use a little bit of inspiration. So here today with me is a couple of my heroes. You know them as the Kielburger brothers.

Narrator: [10:38] The foundation of the Canadian football player Michael "Pinball" Clemons allegedly funded the construction of 108 elementary schools in Kenya.

Michael "Pinball" Clemons: [10:47] [In English] We've officially funded the 100th school!

VO: [10:51] [In English] He's raised enough money to build 100 schools in developing countries. Please welcome Taylor Conroy!

Narrator: [10:57] The group Change Heroes has collected funds to have dozens of schools built in Kenya. Its founder, Taylor Conroy, was a WE Charity ambassador.

Taylor Conroy: [11:08] [In English] Now we've come up with a way for you, from your phone, to raise enough money to build an entire schoolhouse in one day.

Narrator: [11:14] Taylor Conroy traveled to Kenya to shoot this thank-you video.

Taylor Conroy: [11:19] [In English] Ms. Whytfield and the Vaughan Road Academy, this is Taylor Conroy and Philip, a Maasai warrior, here to say thank you for your massive contribution. Behind me…

Narrator: [11:27] But the CBC team made another discovery.

VO: [11:31] [In English]…and we're rolling!

Taylor Conroy: [11:32] [In English] Hi, it's Taylor from Change Heroes.

Narrator: [11:33] In some YouTube videos, Taylor Conroy thanks different donors in front of the same school.

Taylor Conroy: [11:40] [In English] Thank you to Ms. Pelletier and all of Margaret Jenkins Elementary School.

Narrator: [11:44] And again.

Taylor Conroy: [11:45] [In English] Elton, it's Taylor and this is one of the happiest days of my life.

2   Narrator: [11:48] And again.

4   Taylor Conroy: [11:49] [In English] Corrie, this is a huge day for me because I'm finally getting
5   to show you what you and your friends got together to build.

7   Taylor Conroy: [11:54] [In English, in multiple videos at once] So as they say here in Kenya,
8   *Asante Sana*!

10  Narrator: [11:57] For many donors, this tangible link to the schools that they had funded was
11  what mattered most. Rukshan de Silva remembers the day when he reached his goal with his
12  classmates.

14  Rukshan de Silva: [12:12] I went to hand over the money personally at the Toronto office. We
15  wanted it to be a long-term partnership, not a one-time donation. I was very clear about it, and
16  the founders of Free the Children guaranteed it.

18  Narrator: [12:27] Watson Jordan felt the same thing when he received the photo of the school
19  that he believed he had funded.

21  Watson Jordan: [12:34] I hope to meet one or two children to whom I could read books that I
22  couldn't read to William. That would be meaningful to me. I'm determined to go to the village.

24  Narrator: [12:47] If he went there, what would he find? A photo of School Number 4, built in
25  Irkaat in memory of his son, was sent to him. In Kenya, would he discover, like Reed Cowan,
26  that his school was also funded by others?

28  Narrator: [13:06] Does it really exist? The CBC team decided to travel to Kenya to find the
29  schools of Watson Jordan, Rukshan de Silva and others.

31  Narrator: [13:24] WE Charity has been active in the rural regions of Kenya for a long time. The
32  Canadian organization says that it has built 360 elementary schools here with money from its
33  donors. However, the figures we compiled indicate that the donations could have allowed for the
34  construction of over 900 schools. In view of this inexplicable difference, the CBC team traveled
35  to Kenya to see what was going on.

37  Narrator: [13:51] The WE Charity schools are located in the Maasai Mara region in southwest
38  Kenya. Here, WE Charity has no greater ally than the Governor of Narok County, the Honorable
39  Samuel Tunai.

41  Samuel Tunai: [14:07] Hello.

43  Narrator: [14:09] Fifth Estate journalist Mark Kelley met with him.

Samuel Tunai: [14:17] I'm a great defender of WE Charity because I've seen the impact of the interventions and the transformation our villages have experienced. In government, we are always having to seek external funding to make up for the lack of budget.

Narrator: [14:35] He couldn't have been clearer on the quality of WE Charity's work. There could be no doubt about it.

Samuel Tunai: [14:42] Why would I criticize the work of WE Charity when it provides jobs and has built secondary schools? Would you like me to say that they don't do good work?

Mark Kelley: [14:51] [In English] Your Excellency, what would you say…

Narrator: [14:52] When we asked him if it was possible that more funds had been raised for his county than what had actually been spent, the governor did not want to express an opinion.

Samuel Tunai: [15:03] I have no comment to make.

Narrator: [15:06] The team showed the governor the photos of the same buildings sent to certain donors who had been told that they had fully funded them.

Samuel Tunai: [15:15] I have no comment to make. Enjoy your stay in Kenya, thank you.

Narrator: [15:20] That is how the governor ended the interview, declining to answer other questions.

Narrator: [15:28] Before arriving in Kenya, the team had organized a visit with the principal of Motony School, but on site, a stranger had just spoken to the principal. John N. Giroux [SP], who has reported on WE Charity in Kenya and who accompanied our colleagues, told them that the principal had been under pressure.

John N'Girou [sp?]: [15:46] He says that he has received some phone calls. Your presence is not welcome.

Narrator: [15:57] That same evening, the team learned that their bosses in Toronto had received an e-mail from WE Charity's lawyer a few hours after the meeting with Governor Tunai. In it, excerpts from the interview were quoted. WE Charity's attorney said that "it is clear that CBC has been presenting inaccurate information as 'facts'". "CBC slandered WE Charity today." [Quotes taken from lawyer's e-mail seen onscreen.]

Narrator: [16:28] It was only part of the campaign waged by the organization to put an end to the investigation.

John N'Girou: [16:38] We're approaching Irkaat. You can see it on the horizon.

Narrator: [16:44] No one was at school on the Saturday when the team arrived in Irkaat in the hope of finding School Number 4, the school in the photo that Watson Jordan received. The team

had compiled data on the history of each of the schools here – information perhaps unknown to the donors.

Reporter: [17:04] [In English] There it is. School Number 4. School Number 4.

Narrator: [17:11] School Number 4, funded by Watson Jordan in memory of his son. But also by others. The data indicates that School Number 4 was fully funded at least four times. And it wasn't the only one.

Narrator: [17:29] A photo of another school had appeared online many times over. School Number 1 was funded by Pledge to Humanity, the foundation Unstoppable, Mattamy Homes, and the Gurgen [SP] family. The research shows that WE Charity told the donors that they had fully funded 70 elementary schools. The total number on site: 28.

Narrator: [17:59] The visit is again cut short. John says they must leave.

John N'Girou: [18:03] You must leave now because calls have been made. This isn't good at all.

Narrator: [18:09] The calls in question come from the office of the governor.

John N'Girou: [18:16] Governor Tunai just called.

Narrator: [18:18] John thought the governor was sending a message so that the journalists would stop their visits in his county.

Narrator: [18:29] After Irkaat, the team traveled to Rongena with the intention of seeing the school that the young Manitoban, nine-year-old Avery Skog, funded from his home.

Narrator: [18:43] There, the team found the school, funded by Roots Canada, RBC and also Avery Skog.

Narrator: [18:53] The schools are minimalist, furnished with desks, benches and a blackboard.

Narrator: [18:59] An aerial view puts this village into perspective. According to the data compiled, the donors were allegedly told that they fully funded 55 schools. On site, there are only 12 schools and a library.

Narrator: [19:15] The team then stopped at a WE Charity compound in Narok County. At the organization's request, the team visited the facilities with Carol Moraa, one of the organization's on-site directors.

Carol Moraa: [19:29] We receive an average of 100 patients a day.

Narrator: [19:33] With its hospital that houses a maternity ward, an operating room and a Covid clinic, this compound is WE Charity's flagship in Kenya.

Narrator: [19:44] It also includes the secondary school, which accommodates 280 students. All of this funded by generous donors recognized by plaques.

Narrator: [19:56] In an interview, Carol Moraa maintains that counting the schools is ill-advised.

Carol Moraa: [20:01] It's not the right approach. It shows that you don't understand our model. You have a spreadsheet where you're counting the number of buildings. It's not about the infrastructure, but its impact. The lives that it touches every day.

Narrator: [20:18] Carol Moraa explains that WE Charity also funds access to drinking water and health care in addition to education, which includes the construction of schools, libraries, kitchens and lodging for the teaching staff.

Narrator: [20:34] But our colleagues' research already took this reality into account.

Carol Moraa: [20:39] We do everything possible to be as transparent as possible.

Narrator: [20:42] She insists. The donors know that their money is used for several projects. The photos they are sent do not mean that they have fully funded the school in question.

Carol Moraa: [20:52] When a donor funds a village, obviously a photo of the village is sent to the donor. But he is not the only one to fund it. The villages do not consist solely of an empty classroom. There are also students in the classroom who have access to meals and screenings, the teaching staff receives training…all of that is set up with the infrastructure.

Narrator: [21:17] After being criticized for counting the schools, the team discovered that that is precisely what WE Charity did during the spring and summer that followed the start of the investigation. The number presented to the Members of Parliament, 360, had changed considerably.

Carol Moraa: [21:37] The correct number is 852. We had not included the renovations, the secondary schools, or the regional secondary schools. It had also not accounted for the new constructions and constructions delayed because of Covid. The Parliament had asked us how many structures we had. But all of that had not been taken into account before a number was presented. We therefore redid our calculations to arrive at the final number of 852.

Narrator: [22:15] A closer examination of the new number put forward reveals that it includes the secondary schools, kitchens and even latrines, which had the effect of inflating the total. But the organization's breakdown confirms the number of elementary schools constructed in Kenya: 360. All the same, WE Charity reiterates that all donations made for Kenya were spent in the country. And the villages that benefited from them show an unconditional loyalty.

Narrator: [22:48] In Pimbiniet, the WE Charity flag has proudly been hoisted to greet the Canadian journalists.

Kenyan man: [22:56] They dug wells. Everything that was built here is the work of WE Charity.

Narrator: [23:04] Here, the team looked for the school funded by Rukshan de Silva.

Narrator: [23:10] Did he know that the school he and his classmates considered their own had been funded by others? In Pimbiniet, the team found 20 schools. According to the compiled data, WE Charity had received donations to fully fund 48.

Narrator: [23:33] Our colleagues saw a difference between their numbers and those put forward by the organization in all of the villages, one after the other.

Narrator: [23:42] Did all of the donors know that their money would be pooled with the donations of other people to fund different projects?

Rukshan de Silva: [23:52] No, we had been told that it was Iroquois Ridge who funded the project.

Narrator: [23:58] In the photo that he took during his visit to Pimbiniet, Rukshan de Silva had not noticed that a sign on the building commemorated the generosity of someone else. It shows the letters MPCF, associated with the Michael "Pinball" Clemons Foundation, which had also fully funded this same school.

Rukshan de Silva: [24:20] I didn't know. If it's true, it's very disappointing.

Narrator: [24:31] Later, that same evening, the team received a call from a former WE Charity employee who wished to remain anonymous for fear of legal proceedings. This source claimed that it was a common practice to overfund projects in Kenya, and not just schools.

Caller: [24:49] It was done time and time again. It was the norm. It allowed money to be made.

Narrator: [24:56] In response to the question, "Who is behind this stratagem?", the source didn't hesitate.

Caller: [25:00] It was Marc and Craig. It was the two brothers who wanted that.

Narrator: [25:04] It lasted for years, according to the source.

Narrator: [25:10] Less than an hour after that call, the team received a text from Toronto. CBC had received a letter from the Kenyan Ministry of Interior. It contained unfounded allegations that the team of journalists had committed criminal acts in Kenya, including an intrusion on government property. For an unkown reason, WE Charity had been copied on this letter. Concerned for their safety, CBC ordered the journalists to go to the airport immediately. It was the end of the Kenya assignment.

Craig Kielburger: [25:56] Welcome to celebrity homes, Africa-style. My name is Craig Kielburger. I founded Free the Children.

Narrator: [26:02] Some ten years ago, Craig Kielburger shot this video for MTV in North America.

Craig Kielburger: Sincai! [sp?] How are you doing? Maasai warrior, he's my friend, he lives here.

Narrator: [26:12] This villa is where wealthy WE Charity donors stayed in Kenya, the for-profit side of the organization.

Craig Kielburger: [26:21] Let me show you my home. [In English] This is home.

Narrator: [26:23] The Kielburger brothers' charity began at home.

Craig Kielburger: [26:29] The bathroom… Relaxing, chilling out and having a view of the nature of the Maasai Mara.

Narrator: [26:40] And their events were worthy of the biggest rock concerts.

Craig Kielburger: [26:44] We can become whoever we want if we put our minds to it.

Narrator: [26:53] But what was happening behind the scenes as donations came flooding in? The CBC team spoke with dozens of people who had connections with the organization. One employee agreed to chat by WhatsApp. The source asked to remain anonymous because they feared legal action as well as the power of the Kielburger brothers.

Narrator: [27:18] The source said that overfunding of schools was a strategy that came from senior leaders. The brothers were aware of all of this and accepted the risk associated with this funding method. All that mattered was the overall goal. If the operation was ambitious and inherently good, the means seemed to have little importance.

Narrator: [27:39] When our colleague asked the source how that was inherently good, they responded that the goal was more important than the way it was reached.

Narrator: [27:49] Other sources were concerned that WE Charity may have accepted donations for projects that were already funded.

Narrator: [27:56] "You know the Kielburger brothers were warned. You're playing with fire." "I don't know how they thought they could get away with it for so long." "They were really good at offering an experience that people would not question."

Narrator: [28:14] The troubles of WE Charity echoed all the way to the United States, where the organization has raised nearly $200 million in 10 years.

Narrator: [28:26] In Chicago, the group Charity Watch rates organizations to guide donors. In 2020, it suspended its rating of WE Charity, citing problems of governance.

Narrator: [28:38] Its executive director, Laurie Styron, has 15 years of experience in the charitable sector. Our colleagues showed her the identical photos that WE Charity had sent to multiple donors.

Laurie Styron: [28:56] It seems to be the same school, doesn't it? Yes, really. The clouds and all the rest are the same. I see. It's really problematic because it doesn't seem like a mistake. Instead, it seems like a fundraising strategy that aims to compel the donors to give more money. While they're being promised that the funds will be used for a very specific purpose.

Laurie Styron: [29:21] The donors and the general public should demand that an investigation take place.

Narrator: [29:32] It's clearly not the wish of everyone. A group of donors, many of whom say that they have visited the WE Charity projects in Kenya, launched a virulent campaign to stop the journalistic investigation.

Narrator: [29:46] "We do not agree with the thesis that we, the donors, were wronged." They sent e-mails to the Editor-in-Chief of CBC News, proclaiming that the organization used their money for good works in Kenya and that the report would sabotage this work.

Narrator: [30:01] "We are asking you to prevent the Kenyan communities from paying the price." Among the signatories: the former CEO of Blackberry, the founder of Lululemon, Michael "Pinball" Clemons, Taylor Conroy of Change Heroes, a former executive of the Royal Bank of Canada, and even former Prime Minister Kim Campbell. "This kind of journalism does not serve any public interest."

Narrator: [30:30] The e-mails flooded in for days, then at the bottom of an e-mail thread entitled "Draft for consideration", we discovered that an influential donor got approval from Craig Kielburger before sending their message to the President of CBC.

Narrator: [30:49] In the meantime, a source acquainted with WE Charity's campaign of denial had sent the team some of the organization's internal documents detailing the donations collected from the most prized wealthy donors.

Narrator: [31:02] In the village of Rongena, the documents indicate that eight donors paid for the same school. In Irkaat, seven donors and foundations funded the same three schools. In addition, the internal documents indicate that one $10,000 school in Irkaat was also sold to other donors for $12,000 and even $15,000. In Esinoni, it shows that one donor paid US$22,500 for a single school.

Narrator: [31:33] There are also comments in the margin on how to handle those generous philanthropists who might ask questions. We learned that Virgin Atlantic, owned by Richard Branson, wasn't a problem, as "no one has asked for news of the project". Gaby Ghorbani, a California philanthropist, was a "tricky case". One project that had not yet been built "will probably have to be carried out". Another wealthy family seemed easier to handle because they "didn't seem to be doing rigorous monitoring".

Laurie Styron: [32:08] The average donor doesn't have the qualifications necessary for dissecting all of this. It'll be difficult to deny because it's written in black and white. It isn't just a simple error, one case that they missed. It seems to be a proactive strategy to raise a lot of money. They're relying on the fact that the donors are not asking questions so they can continue to operate in this way, and that's wrong.

Narrator: [32:49] The Kielburger brothers arrived in this wild region of Kenya in the early 2000s. They convinced young North Americans to collect funds to build schools, water systems and other sustainable projects there. Over the years, hundreds of schools were built.

Narrator: [33:08] However, the CBC team's investigation has revealed that the number of schools funded far surpasses the number of buildings constructed. So a question arises.

Laurie Styron: [33:23] It's logical to wonder, "Where did the money go?" Even if the money was used to fund commendable programs, charitable organizations have an ethical and sometimes legal obligation to carry out the specific programs that they committed to carry out with the money from the donors.

Narrator: [33:43] Just before the broadcast of the CBC report, WE Charity sent another lawyer's letter. The organization is hiring a forensic accountant to "review the funds used in its Kenyan projects." The organization insists that the journalistic investigation into the funds paid by the donors is "faulty" and the claims of the donors on social media are "inaccurate" and "imprecise" – without, however, furnishing proof.

Narrator: [34:09] The organization continues to claim that donors are not told they are funding a *single* school. "The donors are informed that their donations will be pooled to best serve a given region or village." How, then, to explain this?

Marc Kielburger: [34:27] We're happy to announce Classroom Number 2!

VO: [34:32] [In English] This shirt built a school in Africa!

Narrator: [34:33] Was this a promise to young people or just a marketing strategy? If donors were not fully funding schools, why do so many videos explain that their money would be used for just that?

Male VO: [34:49] [In English] That $10,000 will fully construct a schoolhouse in Kenya to empower hundreds and hundreds of children.

Female VO: [34:57] [In English] Fifty-seven million children around the world dream of going to school.

Narrator: [35:00] These are videos produced by WE Charity and its partners.

Female VO: [35:04] [In English] Twenty dollars provides one brick. Five hundred bricks builds a school. Go to FreeTheChildren.com/WeCreateChange.

Laurie Styron: [35:13] Organizations are good at telling stories. They can all show off their good deeds. Donors shouldn't let themselves be impressed by that. These are public resources. These organizations are subsidized by all of us. They don't pay taxes. They exist thanks to us.

Laurie Styron: [35:33] Investigations are carried out when the public demands it. If you want to know what happened to those schools and that money, demand it.

Narrator: [35:45] Precisely what Reed Cowan urges donors to do.

Reed Cowan: [35:52] I'd like to address the rich, the influential and the well-connected, the celebrities, the companies who contributed to the elevation of Free the Children and WE Charity. Emerge from your silence and express yourselves as I am doing today.

Kielburger brother: [36:07] WE Day!

Reed Cowan: [36:10] All of the young people should know that they have a right to demand answers, transparency and accountability from Free the Children and WE Charity.

Narrator: [36:21] Reed Cowan demanded $20 million in damages from WE Charity in exchange for his silence on the use of donations. The organization called his demand extortion.

Narrator: [36:35] In 2020, citing Covid, the political scandal and dwindling donations, WE Charity announced that it was gradually withdrawing from Canada. Its offices in Toronto were sold. WE Charity intends to pursue its school construction projects in Kenya.

Narrator: [36:52] And where does this leave Watson Jordan? He was told he had funded a school in Irkaat. This photo of School Number 4 was sent to him in memory of his son.

Watson Jordan: [37:04] In the end, I've been deceived. Lying to people who've lost a child about something that's done in their name…it doesn't seem like the ideal group to lie to.

Narrator: [37:18] School Number 4 sits at the top of a hill in Irkaat. It was fully funded by at least four other donors. The question remains: how many other people were promised the construction of a school that was never built?

# TRANSLATION CERTIFICATION

I, Leonardo Duran, General Manager of Language Services for and on behalf of Magna Legal Services, hereby certify that:

- We have translated from French to English the dialogue shown in the videos located on the following internet pages:
    - Introduction only from 00:04 to 01:12: https://ici.tou.tv/enquete/S15E15?lectureauto=1
    - Full video: https://www.youtube.com/watch?v=SKroSfw4QiQ
- The translation was performed by a professional translator competent to render such a translation from French into English.
- To the best of our knowledge, ability, and belief this translation is a true, accurate, and complete translation of the original French dialogue.

_Leonardo Duran_

Leonardo Duran

February 4, 2022

Date

**Magna Legal Services**
Language Services Division
1635 Market Street | 7 Penn Center, 8th Floor | Philadelphia, PA 19103
**Phone:** 866-624-6221 x 303 | **Fax:** 866-579-0819
**Email:** LanguageServices@magnals.com | **Web:** www.magnals.com