# EXHIBIT H

We are donors in the March 8th CBC article, ***Multiple WE Charity donors raised money for same borehole well in Kenyan village.***

CBC did not fairly represent our responses to their questions.

We write this letter to express our frustration and disappointment in the CBC's reporting. We are concerned that this misinformation will continue to circulate.

We want to ensure that Canadians understand the facts:

1. WE Charity is transparent with us about the use of our donations. Each of us has travelled overseas to visit WE Charity's development programs. We have seen the impact and know that our donations are being used to help those who need it most.

2. The article does not properly describe how and why we supported WE Charity. It is not simply about building a schoolhouse or drilling a borehole. It is about so much more; it's about working with the communities to help end poverty.

Many people fundraise for the same program in a village *because their funds all go to helping provide water or education in that village.*

It is not only about building a schoolhouse. It is about providing high-quality education. It is about training teachers, providing school lunches, helping families prioritize education, and supplying student inoculations.

A borehole is more than what you might think.  For it to truly benefit a community, it needs years of funding fuel to keep it running, costly repairs, and educating the community on long-term sustainability.

A schoolhouse or borehole does not succeed without these other program elements.

We are proud to support WE Charity's holistic model with "5 pillars" of education, healthcare, food security, clean water and sanitation, and alternative income programs.

We support WE Charity because this model best helps people.

Sincerely,

**Della McLaughlin**
**Stuart McLaughlin**
Higher Ground Holdings

**Barb Cowan**
**Tom Cowan**
Volunteer Group
Mount Forest, Ontario

**Donna McFarlane**
**Bob McFarlane**
Volunteer Group
Mount Forest, Ontario

**Koren Kassirer**
**Dr. Aubrey Kassirer**
WE Charity
Supporters