# EXHIBIT I

**From:** Dave Richardson
**Sent:** September 16, 2021 3:26 PM
**To:**
**Cc:**
**Subject:** An important letter to CBC and Brodie Fenlon from WE Charity's Top Donors

Attention: Brodie Fenlon,
Editor in Chief, CBC News

Greetings Mr. Fenlon

My name is Dave Richardson – I am the President and CEO of Octaform Systems Inc., and Co-Founder of the Stigma-Free Society and the Rural Mental Wellness initiative.
In addition, I have served on numerous national, and international, private and public boards, and national charities. Philanthropy and support of organizations like WE Charity is a major part of my life.

I am writing to you because I am extremely concerned about continued inaccurate and unsubstantiated reporting by the Fifth Estate that is misrepresenting how WE Charity works. In addition, the CBC is mispresenting the support of donors like myself, with a false story about WE Charity's development work. I have attached a letter signed by over 75 WE Charity donors, who together, comprise the majority of the financial support for the WE Villages programs in Kenya.
We respectively and collectively request you to take this letter very seriously.

CBC is wrong to say that donors gave to WE Charity with the expectation that their monies went only to physical infrastructure and, that they did so with the belief that they were each the sole funder, who "fully funded" the construction costs.

The vast majority of the signatories of this letter have visited the projects in Kenya and affirm that they understood the charity's holistic development model before, and after their travels to verify the projects. They confirm that they were clearly informed about how their funding was deployed. All are aware that multiple funders support village programs, pooling funds together for both infrastructure, programming, and capacity building.

The individual and collective contributions of these individuals demonstrates that the CBC's planned reporting on this issue, as we understand it, is incorrect.
As the donors who are the subject of this reporting, we would like to state, on the record, that the Fifth Estate's narrative is false and grossly misleading.

You will note that this letter contains the names of some of the country's leading philanthropists, experts in development, and business leaders.

Among those speaking up:

Mike "Pinball" Clemons is the Toronto Argos General Manager and the Founder of the Pinball Clemons Foundation.

Don Morrison is the former COO of Blackberry and served on the Board of Directors of the Mastercard Foundation, which is the largest Canadian foundation supporting development in Africa.

Nicole Rustad is the Chief Impact Officer at Carbon Counts, and spent a decade as the Corporate Citizenship Program Director at Disney, which is famed for its rigorous charitable vetting policies.

Heather Skoll, and her family, are among the country's most generous and engaged philanthropists, donating over a billion dollars to causes around the world.

In addition to experts in development, the letter is also signed by dozens of donors who flatly reject the Fifth Estate thesis that donors were misled, as well as many who established corporate and charitable partnerships, supporting WE Village programs in Kenya.

This includes individuals and groups such as John Peller, CEO of Peller Estates, Jennifer Tory, former Chief Administrative Officer of RBC, Craig Kreeger, former CEO of Virgin Atlantic, Thomas Lundgred, owner of The ONE, Jon and Karen Levy, founders of Mastermind Toys, Mathew Corrin, CEO of Freshii, Chip Wilson, founder of Lululemon, Lane Merrifield, philanthropist and former "Dragon" on CBC's Dragon's Den, Gail Asper, founder of the Canadian Museum for Human Rights, Greg Yuel, Lead Governor to the CFL, Andrea Farris, former VP of Walgreens, Gerry Connelly, former Director of the Toronto District School Board, Brett Tollman, founder of TreadRight Foundation, the Right Honourable Kim Campbell (whose family has donated for WE Villages Kenya), and many others.

The signatories also represent the leadership of grass-roots community organizations that fundraises for WE Village programs in Kenya, engaging thousands of Canadians donors, such as Lori Adams, founder of Sudbury Minga for Massai, Rosanne Leddy, Chair of MAD for Maddie, Taylor Conroy, founder of ChangeHeroes, Richard Abboud, member of team blue fundraising, and dozens of philanthropists or educators across the country. It also includes several American donors who donated significantly to WE Villages programs in Kenya, such Susan Hughes, founder of the Baby Girl Project, Andy Stillman, founder of the Stillman Family Foundation, Daneia Sandeiki, member of SoCal fundraising, and Gabby Ghorbani, founder of Pledge to Humanity.

The individuals and groups signing the letter represent the majority of the funding for WE Villages in Kenya, and they are formally stating that the Fifth Estate's thesis is wrong.

We have stayed out of the fray until now, but we will no longer allow false reporting by the CBC, harm our reputations, or more importantly, harm the projects and the children in Kenya.
The Fifth Estate is not simply publishing false information about WE Charity, it is impacting the legacy of many prominent Canadians who engaged their networks, to fund this significant work.

If false and defamatory information continues to be circulated by the Fifth Estate, we will organize ourselves to correct such assertions. There will be a significant public relations response. You should also be aware that a number of the signatories of this letter, including Chip Wilson, John Peller and myself, have committed to financing a legal defense fund for WE Charity, and its supporters, for a libel and defamation action, against CBC, if you continue to publish false information.

**The basis of our concerns:**

The Fifth Estate has a concerning track-record regarding WE Charity.

In its original February 2021 broadcast, the Fifth Estate reported that a number of donors believed that they were the sole funders of the same water project, and therefore the donors were misled by WE Charity. CBC subsequently acknowledged that one donor, student James Cohen, was in fact aware that he was only a partial funder of the water project. Another donor is John Nicola, a Vancouver business leader and long-time friend of mine, who steadfastly states that contrary to the broadcast, he was always aware that his donation provided only partial funding for the water project. John Nicola is a signatory to this joint letter. Another donor referenced in the February 2021 broadcast was Whistler Water, whom the CBC claimed was misled to believe it was the sole funder of a borehole in Kenya. Whistler Water's president at the relevant time, Stuart McLaughlin, affirms that he was always clear about his donation, and he has signed this letter. In short, all three donors were mispresented by the Fifth Estate.

In its second March 2021 broadcast, the Fifth Estate again misrepresented the development model of the charity and multiple supporters. Stuart McLaughlin, inaccurately referenced again in the second broadcast, informed Mr. Cashore that he was not confused about his donations. Mr. McLaughlin and seven other donors featured in the CBC broadcast signed an open letter (here) noting the errors of the Fifth Estate. One of the donors, Donna McFarlane, also wrote in a published article that CBC manipulated her words to suit its thesis (here).

Mr. Cashore seems steadfast in dismissing the statements of donors who do not support his thesis, advancing his story on "bricks and mortar" projects, while ignoring the critical community development work taking place.
This does not strike me as sound, balanced journalism.

**The basis of <u>my</u> concerns:**

As a long-time donor to WE Charity, I would like to go on the record to say that CBC's 'thesis' is false. CBC is seeking to calculate WE Charity's investment in Kenya by counting school rooms and water wells. That is flawed.
That is not WE Charity's model, and that is not why donors support the projects.

The Fifth Estate's thesis is based on a fundamental misunderstanding of how successful international development work is carried out. I stress the word 'successful' because the old-fashioned model of building a project, taking some pictures, and walking away from it does nothing to support people in the developing world. As a long-time donor to WE Charity's work in Kenya, I believe in the importance of building human capacity.

During my trip to Kenya, I saw that WE Charity employed hundreds of Kenyan staff helping with community mobilization, including helping local women form economic collectives, where they pooled their resources to start small businesses and village saving and loan circles. These important initiatives helped local woman walk around with their heads held high. During my time there I discovered that many of the men felt increasingly purposeless, and addiction issues and depression had crept into their lives. So, over a lunch with my family, and Craig Kielburger, in Kenya, I challenged WE Charity to expand its work to support men's groups with meaningful employment, and mental health programs, including awareness, understanding and acceptance. These are the three foundational messages of the Stigma Free Society.

I am proud to have championed, for many years, projects to establish men's support groups. WE Charity hires staff who support the men in the community with skills training, such as financial literacy, economic

empowerment, and mental well-being programs. We are also working with men in rural Kenya to become beekeepers and honey producers. Additional information about this program was published in the Globe and Mail **HERE**.

It is essential to understand – if you want to change communities for the better, you need to look all around you at every facet of the community. Then, it is essential, to deploy a holistic approach to community development.

In my experience, with Kenya, when fathers feel a sense of purpose, they are far more inclined to let their daughters attend school and create better lives for themselves and their community.
To imagine, or portray, that WE Charity is only about buildings, is to miss the essential ingredient for sustainable and substantive change.

I and others would not support a charity – and there are thousands of them – that go to Africa, build a school room, and then move on without ever addressing the systemic issues that keep children from attending school.

I understand that Mr. Cashore has been contacting donors for the past year trying to find anyone to support his thesis. It seems that he repeatedly ignores those voices who do not suit his point of view. I do not doubt that he can find a few examples of people, who he either convinced to support his thesis, or who legitimately may have misunderstood the model, or who may feel that they did not have received clear enough information from WE Charity. However, such individuals are in the minority and do not represent anywhere close to the majority of us, who represent the major percentage of the funding, for the work of WE Villages, over the past 20 years

I trust that the attached letter, with its 75 plus signatures, clearly demonstrates that any notion, that I, or other donors, have been purposely misled about how our donations have been spent by WE Charity. That would be patently false!
Next week, you will also receive a similar letter signed by dozens of educators who have funded WE Villages programs in Kenya directly, or through fundraising in their schools. These efforts engaged many thousands of Canadian children, who learned and participated, in philanthropic giving, and about helping people in less advantaged parts of the world.  They will be better Canadian citizens because of these important lessons. Why would the CBC seek to destroy these wonderful memories and vital life and social skills.

As a consequence of the CBC's actions and false reporting, over 100 donors will soon have formally gone on the record, to the CBC, to say that the Fifth Estate's past, and planned reporting on this issue, is utterly inappropriate.

**WE Charity has also been cleared and exonerated at every level, by nationally recognized, independent, and reputable investigators and auditors!**
**CBC's failure to acknowledge and accept these independent reports, and listen to the voices of its donors, is harming CBC's reputation and, can only lead to national condemnation for dissemination of false, misleading and damaging information.**
**How does this serve the CBC's best interests?**
**Not at all.**

We respectfully ask you to take time, to consider our letter, and our collective perspectives. We hope that CBC will cease its misrepresentations regarding WE Charity and its donors.

5

On behalf of the attached signatories, I am requesting that you provide a formal response to this message, well before any future planned publication.

Sincerely,

**Dave Richardson**
President & CEO

**OCTAFORM®**

**E:** ███████████████
**C:** ██████████
**W:** www.Octaform.com

Aquaculture Tanks | Biogas | Water & Wastewater | Agriculture | Restoration & Repair

For more project photos please visit:
https://www.flickr.com/photos/octaform/albums

Dear Mr. Fenlon,

Together we represent the donors who have made the most substantive financial contributions to the WE Villages program in Kenya.

We are proud to have helped support a development model that has created meaningful and sustainable change and has saved and empowered tens of thousands of lives.

WE Charity's development model is holistic. It takes funding from multiple donors to ensure schools and school rooms are built and can deliver education to children over the long term, or for a borehole to be drilled and succeed as part of a full community water system.

This multi-faceted approach often requires multiple supporters to contribute to a community development initiative. For example:

- WE Charity's "education pillar" builds, repairs and renovates primary and secondary school rooms including classrooms, libraries, teacher accommodations and teacher administration spaces. The education pillar also delivers multi-year programming that includes student lunches, teacher training and community education initiatives.

- WE Charity's "water pillar" drills boreholes, pumping systems, underground piping, kiosks for distribution, individual household water points, hand-washing stations, farm drip irrigation systems, and provides long term funding for fuel costs and repairs. In addition, this pillar also delivers multi-year programming that includes hygiene and sanitation practices in schools and training for the water management committee in each community.

As you know, WE Charity has been the subject of media scrutiny over the past year, including two features by the Fifth Estate. Following those stories, several featured donors published a public letter expressing serious concerns about how they were represented, pointing to inaccuracies in the reporting (available here). Since then, many other significant donors have expressed their concerns and pointed to their on-going and continued support of WE Charity and its model.

Nonetheless, the CBC has continued down an ill-informed path. The Fifth Estate has repeatedly reached out to many of us and/or to members of our organizations over the last few months. We do not agree with their thesis that we, as donors, were misled about the projects in Kenya. We supported WE Charity precisely because of its holistic model that welcomes many supporters. The vast majority of us have been to Kenya and have witnessed first-hand the impact our donations have made in the country.

We do not see any public interest in this kind of journalism. We are requesting your personal assurance that our voices, as major donors of the projects, will be appropriately reflected and considered.

We are asking you, as Editor in Chief, to prevent further damage to the work and to the communities in Kenya that we have tried so hard to help.

Sincerely,

| Dave Richardson | Jennifer Tory, O.C. | Rht. Hon Kim Campbell | Gail Asper, O.C. |
|---|---|---|---|
| | Jennifer Tory | | Gail Asper |
| Michael 'Pinball' Clemmons | John Peller, O.C. | Mario Romano | Chip Wilson |
| | | | Chip Wilson |

| | | | |
|---|---|---|---|
| Adrian Horwood | Don Morrison | Heather Skoll | Karyn Levy |
| Susan Hughes | Berry Meyerowitz | Greg & Olivia Yuel | Richard Abboud |
| Lynn Ross | Donna Cansfield | Andrea Farris | Louis Treppel |
| Barb Cowan | Della McLaughlin | Matt Corrin | Lane Merrifield |
| Brian Evoy | Gerry Connelly | V. Tony Hauser, O.C. | Dr. David Baum |
| Kathy Karn | Dr. Michael Pearce | David Asmus | Dr. Barbara Hoskins |
| Gabby Ghorbani | Daneia Sandeiki | Mark Quattrocchi | Ken Alexander |
| John Knapp | Andy Stillman | Nicholas Lasky | John J. Oliver |
| Miranda Tollman | Theresa Alford | Dr. Tom Ross | Stuart McLaughlin |
| Greg Rogers | Kannan Arasaratnam | Kirk T. Schroder | Kevin Reed |

| Bob McFarlane | John Nicola | Lauri Reed | Shayna Haddon |
|---|---|---|---|
| *[signature]* | *John Nicola* | *[signature]* | *[signature]* |

| Rosanne Leddy | Rebecca A. Wesfield | Brett Tollman | Dr. Josh Wesfield |
|---|---|---|---|
| *[signature]* | *[signature]* | *[signature]* | *[signature]* |

| Leah Farris | Duncan Stiles | Donna McFarlane | Heather Hare |
|---|---|---|---|
| *[signature]* | *[signature]* | *[signature]* | *[signature]* |

| Mary Lynn Asmus | Taylor Conroy | Dave Grace | Mary Faris |
|---|---|---|---|
| *[signature]* | *Taylor Conroy* | *[signature]* | *[signature]* |

| Dr. Yvonne Stiles | Heather Briant | Cassandra Stillman | Franco Lomboardo |
|---|---|---|---|
| *Yvonne Stiles* | *[signature]* | *[signature]* | *[signature]* |

| Fred Losani | Dolores Franco | Nicole Rustad | Lori Adams |
|---|---|---|---|
| *Fred Losani* | *[signature]* | *Nicole Rustad* | *[signature]* |

| Randall Mang | Craig Kreeger | Thomas Lundgren | Jon Levy |
|---|---|---|---|
| *Randall Mang* | *Craig Kreeger* | *Thomas Lundgren* | *[signature]* |

| Tom Cowan |
|---|
| *[signature]* |