# EXHIBIT J

**From:** Mark Burke
**Subject: CBC's reporting on WE Charity; Educators taking a stand.**
**Date:** September 21, 2021 at 12:44:42 PM EDT
**To:**
**Cc:**
**Reply-To:** Mark Burke

Dear Brodie Fenlon,

My name is Mark Burke. I am writing to you on behalf of 50 educators who have been donors or fundraisers for WE Charity through their schools.

We are current or former Directors of Education of some of Canada's largest school boards, current or former elected school trustees, or current or retired educators.

Some of us have traveled to Kenya to see the projects firsthand. Many of us have attended WE Day or run the WE Schools programs for students. Collectively, we have engaged hundreds of thousands of students in WE Charity's programs over the last 25 years.

We seek to raise our voices, and ensure we are on the record for you and the CBC Newsroom. Please see the attached letter.

The reason we are writing is we have serious concerns about the planned upcoming reporting of the 5th Estate on WE Charity. We also have serious concerns about the conduct of the 5th Estate team in its past reporting on this issue.

We understand that you are a former educator and a newsroom leader focused on smart, responsible journalism. As such, we appeal to your sense of ethics and fairness, traits we all seek to impart among our students. It is notable that throughout the "WE Charity scandal" no educators were included in the reporting of the CBC or elsewhere. This is telling and troubling, considering WE Charity was active in over 7,000 schools across Canada.

Many educators tried to raise their voices, including several who asked the CBC to be interviewed for the first episode of the 5th Estate on WE Charity. However, when such individuals spoke highly of the organization in the CBC pre-interviews, their voices were not included.

As educators, coming through an incredibly challenging year for students and all Canadians, we are focused on doing what is right, and saying enough is enough.

We have all fundraised for WE Charity or been donors to its programs. Many of us have traveled to Kenya itself. As evidenced in this letter, we all understand how the organization's

1

fundraising model works. We understand that multiple donors support physical structures such as schools, because we all know what it takes to educate children. I am confident you know the importance of ensuring children are well fed so they can pay attention to their lessons, or that they need to be healthy to thrive in the classroom. WE Charity knows this as well, and this is why their model works, as they support both the building of structures and the building of people.

If you plan on proceeding with your reporting on WE Charity, we expect our voices and this letter to be prominently included in your coverage. This is especially the case if the CBC is planning to include a profile from a "confused" or "angry" school from Canada which has fundraised for a school in Kenya, (which I am certain you have worked hard to find). We are confident you will include clips of how hard the school community worked to raise its money, through bake sales or carwashes. And finally, this Canadian school, is now questioning why other donors were also assigned to the same school? They would feel upset and betrayed and you, at CBC, are out to "save the day" and get answers!

We anticipate the story you are trying to tell, how you will tell it, and we all know the narrative runs the considerable risk of being misleading and false. We know how the fundraising and community projects work. We are not confused. I would anticipate the school community or educators you might be profiling in your upcoming coverage would also not be confused if they had been afforded a complete and accurate set of facts by your team.

Over the past months, many of us, our colleagues, and our schools, churches or community representatives, have been contacted by Mr. Cashore. We are now familiar with his standard tactics, trying to get people on the phone, to go through his "research". Presenting his "research" as "meticulous" and as "fact based" and then asking our reactions, eagerly awaiting our shock and surprise to be used in his story. Of course, he will also use highly selective evidence to "prove" his points and hope to get us on side, to support the story he wants to tell to drive viewers and clicks for you.

Many of us are equally familiar with Donna McFarlane, a retired educator who is a signatory to this note. She feels as though her comments and her experience with WE Charity was highly manipulated by Mr. Cashore in an episode on WE Charity which appeared on the National many months ago.

I also want to share how personally disappointed I am about the conduct of the CBC in this matter. I have been an educator for more than 30 years. I have seen first-hand the work of WE Charity in our schools in Canada.

Over the years, I have taught thousands of students about law and world issues. I have always sought to instill values in my students. To ensure they are critical thinkers, and they understand their responsibility to help others. Most importantly the importance of being open minded. I feel all of this has been lacking in CBC's coverage thus far. I have never been so upset or dismayed by the conduct of our public broadcaster.

The CBC will certainly be hearing more from the education community on this issue. We are asking you to carefully consider the implications of the actions of the CBC Newsroom team on this story.

Most importantly, we want this letter and our voices to be on the record when you choose to profile your "confused" school from Canada who fundraised for a school in Kenya, in your upcoming reporting. We wish to be clear that there are 50 schools, school districts and educators, representing hundreds of thousands of students engaged, who are not "confused". And they are many more of us coming together on this issue every day.

Please send me a meaningful official response as soon as possible, so I can share this with the group, who are eagerly awaiting your confirmation of our requests outlined above.

Thank you for your time on this important matter,

Mark Burke

Mark Burke

We are current or retired educators who have helped to fundraise, individually or through our respective schools, for WE Charity's development program, called "WE Villages".

As WE Charity winds down its Canadian operations, we are struck by the impact that politics and media coverage has had on an organization that has created so much good. We want to speak up in the hopes of preventing any further misleading reporting on WE Charity's development projects.

Over the past many years, we are among the donors who have supported the WE Villages program by helping to fund a "pillar" of development including education, water, health care, economic opportunity, or food security.

As educators, we understand what it takes for a school to succeed. What always appealed to us was that our support was not just about building empty school rooms; it was about ensuring the schools and educators had the resources to ensure children can thrive.

We understand that multiple donors may support the same school or school room because such an undertaking is not only about construction but also providing furniture, school supplies, teacher materials, professional development for educators, school lunches, vaccines for students, and much more.

Individually and collectively, we have raised funds to build, repair, and support the operations of primary and secondary school rooms consisting of classes, kitchens, libraries, school offices, teacher accommodation, and other structures which meet the needs of teachers. Whether it be building a new school room or renovating an existing one, what we have always known is that our collective contributions have made an important and lasting impact on the children in these communities.

Sincerely,

| | | | |
|---|---|---|---|
| *Brian Beal* | *Loretta Notten* | *Gerry Connelly* | *Ted Fransen* |
| *Brian Evoy* | *John Knapp* | *Mark Burke* | *Tom Sullivan* |
| *Leilani Beaudin* | *Ruben Borba* | *John Grace* | *Bridget Iuorio* |

| | | | |
|---|---|---|---|
| *Caitlin Rogers* | *Michael Aquino* | *Michael Consul* | *Jill Forester* |
| *John Rogers* | *Patrycja Pawlowski* | *Massimo Mercuri* | *Catarina Melo* |
| *Carolyn Khalil* | *Marina Dipasquale* | *Jennifer Pereira* | *Steph Sinclair* |
| *Megan Domingues* | *Mary Ann Janisse* | *Kenneth Tse* | *Sho Gabrielian* |
| *Anna Savoiardo* | *Greg Rogers* | *Ashley Tedesco* | *Nikki Dyakov* |
| *Cassandra Duarte* | *Stephen Macdonell* | *Laura DaCosta* | *Matt McFarlane* |
| *Margaret E. Reid* | *Carly Laura McFarlane* | *Lucille Mandin* | *Diane Coulman* |
| *Margaret Perchaluk* | *Billie Gitter* | *Stephanie Severn* | *Donna McFarlane* |
| *Larissa Lamont* | *Patrick McGarry* | *Donald Mackey* | *Julia Tarsitano* |
| *Barb McGowan* | *Bridget Kosempel* | *Darlene Wilken* | *Edgar Ferreira* |
| *Juan Sullivan* | *Esther Fransen* | *Maggie McFarlane* | *Paul Raso* |