# EXHIBIT K

**From:** Barb Cowen
**Sent:** September 29, 2021 3:51 PM
**To:** ███████████████████
**Subject:** Note to Barbara Williams Re: CBC Conduct/WE Charity

Dear Barbara Williams:

My name is Barb Cowen. I am a retired educator from Mount Forest, Ontario. I am writing to you personally to let you know why I signed my name to the donor letter sent to you last week by Dave Richardson. I have given this letter a lot of thought and ask you to please read it in full and consider its contents.

My perspective is unique since I have been able to witness the conduct of the CBC firsthand on this issue. I understand and respect that you are not involved in editorial decisions; however, in you senior position, I believe you would want to know how your journalists from the 5th Estate are conducting themselves.

I am a retired teacher from Wellington Secondary School with 30 years of experience teaching law and business ethics. I have taught thousands of young people that when something does not seem right, it is important to speak up which is what I am doing now.

In my experience, I have come to understand the power of a determined group of educators. Many of us are now very upset about the CBC's misrepresentation of WE Charity. There is a movement growing as myself and others are actively reaching out to other educators to join us as we seek to ensure our voices will be heard.

I am also a school WE club leader, fundraiser and donor to WE Charity. My community of Mount Forest was very involved with WE Charity and we have contributed to important educational and health projects in the rural communities of Kenya which have especially benefited women and children. In 2011 and 2016, I travelled to Kenya with WE Charity to see the projects firsthand and witness the phenomenal, life-changing, sustainable development achieved.

I was present when Harvey Cashore and Mark Kelley came to the house of Donna McFarlane, a fellow educator and WE Charity donor, to interview her. The interview was for a follow-up show from the first *5th Estate* report for a segment which was to be aired on *The National* in March 2020.

Both Mark Kelley and Harvey Cashore were aware prior to the interview that Donna (as well as her husband, Bob, and I**) only had positive interactions and experiences with WE Charity**. According to the pre-interview phone call and in-person conversation prior to the start of the interview, Donna's good experiences with WE Charity was the supposed focus of the impending interview. However, once the camera was rolling, it quickly became apparent that they misrepresented their intentions and that the real purpose of their interview was to paint WE Charity in a negative light and to try to show that Donna was tricked or mislead by WE Charity as to where our donations went.

It also quickly became evident that Mark Kelley and Harvey Cashore wanted to make Donna (and I) look naïve, unintelligent and/or unethical for leading and encouraging our school groups and community members to be involved with fundraising in support of WE Charity and the community of Osenetoi, Kenya.

One especially troubling aspect of the interview was when both Mark Kelley and Harvey Cashore were trying to coerce Donna to watch a video of a disgruntled, former donor to WE Charity, Reed Cowan. Donna refused to watch the video and specifically told them that although she empathized with his pain of losing a son, she did not feel comfortable commenting on Reed Cowan's situation because she knew nothing about it and it had nothing to do with our Mount Forest group's involvement with WE Charity.

When Donna refused, Harvey Cashore pushed her repeatedly to watch the video. He then took great liberties to "*fill her in*" on the details and make his case. He clearly wanted to prove Reed Cowan's claim that WE Charity essentially tricks donors into believing they are raising funds for one thing and then use the money elsewhere.

I remember being shocked at the time that the CBC journalists were conducting the interview in an extremely biased manner and acting more like lawyers cross-examining an uncooperative accused.

Once this approach failed to work, they switched tactics. They sought to zero in on one of the many projects which we had supported, namely a water project in a specific community. They discarded all our other charitable work in Kenya in support of women's empowerment, education and Baraka hospital. In my opinion, they chose to use this line of questioning on one specific project to get better results that fit their pre-determined narrative. They sought to make the case that the Mount Forest group was raising funds for Osentoi's bore hole well, but were deceived by WE Charity because many other donors also thought they were raising money for the same well.

**This allegation was ludicrous!**

Their repeated attempts to persuade Donna were unsuccessful. She told both Harvey Cashore and Mark Kelley all about WE Charity's 5 pillar model, that the focus is on sustainability, and that the water pillar includes much more than the digging of the well. It involves water catchment systems, household connections and filtering, sanitation and latrines, drip irrigation and school farms, training people to tend kiosks and repair the wells, etc. Donna made it very clear that we were never under the impression, and certainly were never told or lead to believe, that our Mount Forest group built the well at Osenetoi. **We understood and made it clear to our students and community members that many individuals, groups and businesses work together to support various WE initiatives**. WE Charity was always transparent about this fact.

Mark Kelley, and especially Harvey Cashore, seemed dissatisfied with her responses. Donna was speaking truthfully about her experience; however, this seemed immaterial to them as it did not support their desired, yet false, storyline of WE Charity deceiving donors.

I highly encourage you to watch the raw footage from the CBC camera person who taped the entire interview. Mark Kelley was the one asking Donna questions; however, Harvey Cashore appeared to be the one really in charge of the interview, sitting on the sidelines often interrupting Donna when she said positive things about the organization.

When we watched the highly edited video of this interview televised on *The National*, we were shocked at how **Donna's message was misrepresented and her comments were manipulated through selective editing**. What was aired in the CBC broadcast was taken out of context, was unfair and was not representative of Donna's comments and view of WE Charity. We were very upset with how our efforts to support WE projects in Kenya would be negatively perceived by our small community.

I personally witnessed the conduct of the CBC firsthand in its reporting on WE Charity and was present throughout the entire interview with Donna McFarlane. I observed how Mark Kelley and Harvey Cashore from the *5th Estate* initially presented themselves and explained that the basis of their interview which was to learn about Donna's positive experience with WE Charity. I very quickly realized that they had misrepresented their real focus and desired story. Harvey Cashore, the CBC producer, continuously applied pressure to Donna to say negative things about WE Charity so he could prove "his story", rather than listen to the interviewee's experience and perspective. Overall, their conduct was disingenuous, dishonest and deceptive. I am appalled that the CBC, our public broadcaster supported by tax-payer dollars, would behave in this way.

I feel you need to be aware of this behaviour as I am fearful it is happening again with CBC's latest, upcoming reporting of WE Charity. As a result of this experience, I was compelled to sign the donor letter and to organize other educators to speak out about having been lied to, actively misrepresented, or fully silenced by the CBC by this shameful reporting.

After being brushed aside by the CBC reporters when she raised concerns, Donna sent a formal complaint to the CBC Ombudsman. Now, after 6 months , this complaint has not even been reviewed. Based on his latest response, it will be many more months until it is considered.

This is a very serious issue regarding the conduct of your employees. I fail to understand why CBC needs to wait for the Ombudsman to respond, especially when this response can easily take a year's time. At a minimum, I feel this past conduct of Harvey Cashore and Mark Kelley needs to be fully considered and addressed before any additional reporting. The manner in which the CBC is policing itself in the middle of on-going reporting, by the same reporters, on the same issue, is not fair or reasonable. Hiding behind the Ombudsman is simply unacceptable.

I urge you to investigate this situation carefully before any additional reporting is conducted. I assume you have the authority and power to review the footage yourself, since the senior team at the CBC has the evidence in their possession. **Please, simply watch the raw footage of the entire interview with Donna McFarlane, for yourself**. I implore you to take this issue seriously, especially considering the upcoming future reporting by the same individuals.

In closing, Donna and I continue to take great pride in our work with WE Charity and are appreciative of the amazing opportunities the WE organization has provided our students and community. Every question I have ever had about WE Charity operations, both in Kenya and India, was always answered clearly and honestly by every WE employee. I am confident that WE Charity has always acted with honesty, trustworthiness and care.

I would like a reply to my letter addressing the specific issue outlined.

Sincerely,

Barb Cowen