# EXHIBIT L



# OFFICE OF THE PRESIDENT
## MINISTRY OF INTERIOR
## AND
## CO-ORDINATION OF NATIONAL GOVERNMENT

**ASSISTANT COUNTY COMMISSIONER**
MULOT DIVISION
P.O BOX 92-20503
OLOLULUNGA
13/09/2021

Dear Sirs,

**RE: VISIT BY JOURNALISTS FROM CANADA TO SCHOOLS IN NAROK WEST**

We wish to expresses our condemnation of the misconduct and illegal actions of representatives of the Canadian Broadcasting Corporation.

We wish to bring to your attention that the following actions are criminal offenses in Kenya:

- Misrepresenting government officials is a criminal offense.
- Trespassing on government land is a criminal offense.
- Flying a drone in Kenya without a license is a criminal offense.

There is no record of the Ministry of Education issuing permission to the Canadian Broadcasting Corporation to film in schools in September 2021. Please be politely advised that permission is always required to visit or film at Ministry of Education schools.

We have received multiple reports from school officials that representatives of the Canadian Broadcast Corporation trespassed and filmed at multiple schools on September 11, 2021. Trespassing on government land is a criminal offense.

We have received multiple reports from school officials that representatives of the Canadian Broadcast Corporation actively misrepresented themselves as "being representatives from the Ministry of Education", to visit and film at schools. Misrepresenting a government official is a serious criminal offense.

School officials informed us that representatives of the Canadian Broadcast Corporation have used a drone multiple times. Use of a drone in Kenya without a license is a criminal offense.

We object in the strongest terms the actions of the Canadian Broadcasting Corporation. We reserve the right to take additional action.

Cease your activities as described above immediately.

JAMES NDERITU NDUNGU

13 SEP 2021

J.N.N

ASSISTANT COUNTY COMMISSIONER
MULOT DIVISION

CC

1. GOVERNOR -NAROK COUNTY
2. DEPUTY COUNTY COMMISSIONER- NAROK WEST
3. WE CHARITY COLLEGE COORDINATORS