# EXHIBIT M

Case 1:22-cv-00340-RDM   Document 1-13   Filed 02/08/22   Page 2 of 4



# NAROK COUNTY GOVERNMENT
## OFFICE OF THE GOVERNOR

County Headquarters
Mau-Narok Road, Narok Town
P.O. Box 898 - 20500
Narok, Kenya

Tel: 020 - 268 8929 /03
Email: governor@narok.go.ke
info@narok.go.ke
Website: www.narok.go.ke

*When Replying Quote:*

**NCG/GVN/CBC INTV/VOL. 1(1)**                                                September 24th, 2021

**Brodie Fenlon**
Editor in Chief, CBC News
Brodie.fenlon@cbc.ca

Dear Mr. Fenlon,

### RE: CBC's Agent in Kenya, Mr. John Njiru

I am the Governor of Narok County, Kenya. I represent approximately 1.2 million constituents.

I write to raise concerns I have with the actions of the CBC's agent in Kenya, Mr. John Njiru. I understand that the Office of the President, through the Ministry of the Interior, has raised complaints with the CBC concerning its reporters' conduct in Kenya so I will not address those points here.

Mr. Njiru sent me the email that I enclose here to persuade me to agree to provide an interview to the CBC. The email described the interview as an opportunity to showcase Narok County as "an investment haven for the wealthy". That was certainly not the focus of the CBC questions when I was interviewed by your other representative.

Mr. Njiru offered in his email to talk to me about "how we can swing this interview in your favor." This offer obviously concerned me and I did not call him back. In view of the activities that ensued after the interview and in particular the unethical conduct of the said CBC reporters, I am of the reasonable view that Mr Njiru's request to me was in bad faith and entailed an ulterior motive and purpose. I find this totally unacceptable.

I trust that you will take this matter seriously and I would appreciate your confirmation of action taken to redfress the transgression.

I am taking the liberty to copy this complaint to WE Charity because the CBC's interview concerned their organization.

Yours Sincerely,

*[signature]*

**HON. SAMUEL K. TUNAI**
**GOVERNOR**

cc. WE Charity--

**From:** John R Njiru
**Date:** 6 September 2021 at 10:27:06 PM EAT
**To:**
**Subject: Re: Media request from Canada**

Gov. Tonui,

Dear Governor, my name is John Njiru, and I am the local handler for the Canadian Broadcasting Corporation team. Kindly accord them an interview with them on Friday at your county headquarters and make it an opportunity and platform to market the County of Narok.

Showcase Narok County as an Investment Haven for the wealthy, and the go-to investment destination for those that want to be in the Tourism Sector. I can recommend we even tag along one or two top tier investors in the country to display their success courtesy of Narok County government regime.

This piece of documentary has a global viewership of over 12 million, which is a very rich platform for the County to market itself.

If you further need on how we can swing this interview in your favour, get in touch with me through +254

Best Regards,

John