# EXHIBIT N





# SUSTAINABLE DEVELOPMENT IN IRKAAT
# IN LOVING MEMORY OF WILLIAM PETER JORDAN

On behalf of the entire Free The Children family, we would like to extend a sincere thank you to friends and family of the Jordan family. Together, we are empowering a new generation in Irkaat with the tools and resources they need to lift themselves and their communities out of poverty.

We are excited to share the updates below with you and hope you share in the community's success.

## Teacher Highlight:

Lawrence has been at Irkaat Primary School for four years and has been a teacher for 27 years. He recently shared his experience in Irkaat:

> "Since partnering with Free The Children, we have seen so many positive changes in our community. Our students and teachers now have a positive attitude towards school.
>
> Parents are sending children of all ages to begin studying. Kids who had dropped out are starting to return. Children are returning home with knowledge that they are sharing with their parents. These benefits are seen across our community.
>
> The interactions here at school have created a kinship, a brotherhood or sisterhood among the students. They are cheering on each other's success."

 1,000 classrooms built

 1 million people now have access to a clean water source.

 30,000 women, economically empowered to support their families

 200,000 youth now have access to quality education

 Two million meals provided ensuring students have the fuel to learn

▶ WE.ORG

# HEALTH



Mamas with their children at a mobile clinic

A number of activities have been taking place under the health pillar in Irkaat. As community members are healthier, they are better able to engage in economic activities and earn more income. As well, when students are healthy they are able to attend school and focus.

We have been carrying out mobile clinics in Irkaat to provide health care services to the community members. These clinics have been conducted frequently and provide immunizations, prenatal care for pregnant mothers as well as treatment of any minor issues that the community members face including skin infections and general ailments. More serious conditions are assessed and referred for in-depth treatment.

In addition to the mobile clinics, a dermatology camp was also held recently. At this camp, community members were taught about minor skin conditions and key indicators of when they need to see a doctor. Existing skin conditions were treated and advice was provided on how to treat minor issues at home.

The school health program focuses on promoting a healthy environment for students that supports robust learning. School health activities include health education, mentoring of teachers and health club members on health issues, and promotion of a good learning environment. Proper handwashing lessons are a particular focus within the school to decrease germ transfer.

At Irkaat Primary School deworming is a key activity and takes place on a quarterly basis. Each deworming session benefits approximately 500 students. Students at the school have also been taught about changes in adolescence as well as lessons on personal and environmental hygiene. Students can share this knowledge and put it into practice in their homes as well as teach their own families in the future.

The new borehole will also have tremendous health benefits in reducing the incidence of waterborne health issues as well as issues caused by poor hygiene practices. The new water source will also promote health as it will lead to better crop yields for farmers, meaning that families will have access to more nutritious food, leading to better health.



▶ WE.ORG