# EXHIBIT P



# Creating Sustainable Change

Jordan Family Impact Report
December, 2018



## Dear **Jordan Family,**

WE exists to make doing good, doable and we're grateful for your decision to be a part of the WE movement.

From our humble beginnings as a group of twelve 12-year-olds wanting nothing more than to make a difference in the world, we're truly grateful for and inspired by each of our supporters who share that passion. Today, we proudly support millions of people, including youth, families, individuals, corporations and other groups on their unique journeys to make a lasting impact through service – we're thrilled to work with you on yours.

Your generous support towards the community of Irkaat in Kenya has empowered positive change that will continue to transform lives for years to come. For that, we can't thank you enough, and we hope you'll enjoy reading about the impact your contribution is making.

Together we can do more than we could ever do alone. With your help, we are changing the world.

Thank you,

**Craig Kielburger**
Co-Founder, WE

**Marc Kielburger**
Co-Founder, WE



# Overview of *Impact*



### Education

We have constructed **eight new classrooms** in Irkaat. The school now has a new classroom for each grade of primary education. We are also excited to share that we have begun construction on two additional classrooms in Irkaat.

Thanks to your support, children in the community now have a safe and conducive environment to learn, play and succeed.

### Sharing Her Story of Change

Faith Chepngetich is a 15-year-old learner currently in Grade 8 at the Irkaat Primary School. She is very grateful to be attending school as she knows how important education is to breaking the cycle of poverty.

Faith's inspiration to obtain an education is based on the success of her older brother. "My older brother is in university and is my role model." She proudly states. "He always tells me to work hard so I can also get into university."

When Faith graduates, she is planning on attending secondary school and then university to work towards her dream of becoming a pilot.

Thanks to your support, Faith is devoted to making this dream a reality so she can pass the gift of education on to her family. As she explains, "After I am done with school, I will be able to get a job and help my parents pay school fees for my younger siblings."



# Overview of **Impact**

### Food

We have constructed a **school garden** at the primary school in Irkaat. The garden provides an important space for children to learn about agriculture and nutrition.

With improved knowledge on farming and nutrition, children are able to share their skills with their families to carry throughout their lives.





### Health

We have conducted **more than 25 mobile clinics and health outreach programs**, providing **more than 4,000 de-worming treatments** to community members in Irkaat.

By providing community members with access to quality healthcare, we reduce the instances of preventable diseases, improving health and productivity in the community.



# Overview of **Impact**



## Opportunity

We have facilitated the formation of **six women's groups, two men's groups and four youth groups.** Together, these groups have purchased **chickens, goats and a cow** as well as leased **over 15 acres of farm land** for income generating purposes.

By ensuring community members can earn a stable income, they are able to support their families, save and invest in their future.

## Water

We have completed a **borehole, water tank, community water kiosk, school handwashing station and six student latrine blocks,** ensuring that community members have access to clean water and proper sanitation facilities.

With these projects, girls are able to attend school instead of walking long distances to collect water, agricultural pursuits have improved and the prevalence of waterborne illnesses has decreased.







## Life of the **Party**

Meet the champion who celebrates every community milestone, like access to clean water, as a personal triumph.

Jane Kikwai moved to Irkaat, a community located in the Maasai Mara, Kenya at 16. She was a new bride and was headed to her matrimonial home, a grass thatched house on a small piece of land owned by her husband. "I was married young, at the time it was normal for girls to be married off at that age," she explains in Swahili. She dropped out of Grade 7 because her parents, who were small-land farmers, couldn't afford it. Soon after, she was married to a young man her family knew, also a farmer.

Jane fell in love with Irkaat. It was the rainy season when she moved there; the grass and trees were green and lush, and the water-laden leaves were constantly dripping. This was the opposite of where she grew up, a dusty town located close to the main road, where walkways turned to mud when the rain hit. Her parents farmed a small plot of land close to the town. Traveling to her new home, a couple hours away by public transit, she passed tall corn fields framing the road on either side. This, Jane remembers thinking, will be a good place to farm.

Upon meeting her neighbors—whose kindness put her young self immediately at ease—she was determined to make Irkaat into her home.

## Life of the **Party Continued**

Idyllic though it first seemed, Jane later found out that during the dry season Irkaat was a place of extremes. "Sometimes it floods when it rains and when it ceases, it gives way to the dry season, which is just as brutal. The ground turns so hard, nothing grows."

Despite the environmental challenges, Jane's instant connection to her new community continued to grow. Over the past 24 years she's been just as committed to developing her own home as she's been to seeing Irkaat develop as a community; she knows the two are interconnected. And, nothing is as deeply intertwined to this passion as the need for clean water.



When Jane moved to Irkaat she would spend up to three hours, one way, going to the river to fetch water for her family, several times a week. The water wasn't clean. Every time she and her family drank it, they were risking their health. But there was no other option. As she started raising her family (she's now a mother of seven), she constantly worried about the health of her children.

Then it happened; her eldest son Bernard became ill with typhoid. He spent three days in the hospital and was pulled from school until he fully recovered. So, when WE launched a solar-powered, clean water project at Irkaat Primary School in 2016, Jane was front and center. She knew how important this water would be for the students, as well as for herself. The location of the kiosk would reduce the distance walked by community members to fetch water from the river and bring clean, running water to the school year-round.

The Irkaat community has come to expect Jane's effervescence at the launch of any new project. This opening was no exception. Jane was all song and dance, celebrating the significance of having clean water close to both her home and that of more than 250 neighbors. She gathered the other mamas together and walked them the short distance from a classroom to the water tap, hitting empty water containers together as drums and leading the melodious chorus of community voices.

## Life of the **Party Continued**

Now 40, this mother has seen Irkaat grow with her children—evolving from a tiny village to a thriving community. She's seen more people buy land and settle. She's witnessed the primary school expand in partnership with WE. And she's observed as businesses continue to sprout up. In every instance Jane celebrated development. "I love this place," she gushes. "When progress happens, I am excited."

On a personal level, progress for Jane is linked to her children's education. With the time she saves no longer walking to the river, Jane has opened a business selling fresh kale, mangoes, avocados, and oranges. She and her husband still farm maize, but they've been able to buy more land, increasing production and savings.

With the extra income, she's been able to send all her kids to school. Three of her children have already graduated from high school (one's in university), while the rest attend Irkaat Primary School. As for her eldest Bernard, where she once feared for his wellbeing, Jane now basks in his vigor and the successful career he's found as a mechanic.

The fear that once clung to every sip of water her children took is now gone. Every morning, as Jane makes her way to the water kiosk just 15-minutes from her home, she hums quietly to herself. She is as grateful today for the water project as she was the first time it was launched. And, she is as a committed as ever to continuing to see Irkaat develop.








## Thank **You**

We are deeply grateful to the Jordan family for your support in improving the lives of families in the community of Irkaat in Kenya. Together, we are providing community members with the resources and skills they need to break the cycle of poverty.

Thanks to your continued friendship and support, we have been able to achieve tremendous impacts, ensuring that families have access to education, clean water, nutritious food, quality health care and a sustainable income.

It is only through your generous support that we continue to push the boundaries of international development, and create innovative and sustainable solutions to some of the world's most difficult problems.

We look forward to continuing our partnership and working alongside community members as they lift themselves from poverty through holistic and sustainable development. Thank you.

