**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| WE CHARITY,<br><br>　　6500 Main Street, Suite Five<br>　　Williamsville, NY 14221<br><br>　　　　　　　　　　*Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>　　205 Wellington Street West<br>　　Toronto, Ontario M5W 1E6<br>　　Canada<br><br>　　　　　　　　　　*Defendant.* | Civil Action No. _____ |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

　　I, the undersigned counsel of record for Plaintiff WE Charity, certify that to the best of my knowledge and belief, WE Charity is a non-profit organization which issues no stock and has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of WE Charity which have any outstanding securities in the hands of the public.

Dated: February 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jonathan Sherman*

　　　　　　　　　　　　　　　　　　　　　　　Jonathan Sherman (Bar No. 468539)
　　　　　　　　　　　　　　　　　　　　　　　Amy L. Neuhardt (Bar No. 996791)
　　　　　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　　　　1401 New York Ave NW

Washington, DC 20005
Tel:   (202) 237-2727
jsherman@bsfllp.com
aneuhardt@bsfllp.com

Joseph F. Kroetsch (*pro hac vice* pending)
Brooke A. Alexander (*pro hac vice* pending)
BOIES SCHILLER FLEXNER LLP
 333 Main Street
Armonk, NY 10504
Tel:   (914) 749-8200
jkroetsch@bsfllp.com
balexander@bsfllp.com