AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WE CHARITY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-CV-00340 |
| CANADIAN BROADCASTING CORPORATION ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WE Charity.

Date: 02/08/2022

/s/ *Amy L. Neuhardt*
*Attorney's signature*

Amy L. Neuhardt (D.C. Bar No. 996791)
*Printed name and bar number*
BOIES SCHILLER FLEXNER
1401 New York Avenue, N.W.
Washington, DC 20005

*Address*

aneuhardt@bsfllp.com
*E-mail address*

(917) 913-5164
*Telephone number*

(202) 237-6131
*FAX number*