UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>    *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>    *Defendant.* | Civil Action No. |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Civil Local Rule 83.2(d), Plaintiff WE Charity moves for the admission and appearance of attorney Joseph F. Kroetsch in the above-entitled action. This motion is supported by the Declaration of Joseph F. Kroetsch, filed herewith. As set forth in Mr. Kroetsch's declaration, he is admitted and is an active member in good standing with the Bars of the State of New York, the United States District Court for the Southern District of New York, and the United States Court for the Eastern District of New York. This motion is supported by the undersigned, who is an active and sponsoring member of the Bar of this Court.

February 8, 2022

                By: /s/ *Amy L. Neuhardt*

                **BOIES SCHILLER FLEXNER LLP**
                Amy L. Neuhardt (Bar No. 996791)
                1401 New York Avenue, N.W.
                Washington, DC 20005
                Tel: (202) 237-2727
                Fax: (202) 237-6131
                aneuhardt@bsfllp.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 8, 2022, the foregoing document was filed through the CM/ECF system.

Dated: February 8, 2022

By: /s/ *Amy L. Neuhardt*

**BOIES SCHILLER FLEXNER LLP**
Amy L. Neuhardt (Bar No. 996791)
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
aneuhardt@bsfllp.com