UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                        *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>                        *Defendant.* | Civil Action No. |

**DECLARATION OF JOSEPH F. KROETSCH IN SUPPORT OF**
**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Joseph F. Kroetsch, hereby declare:

1. My full name is Joseph F. Kroetsch.

2. My current office address and telephone number are:

    Boies Schiller Flexner LLP
    333 Main Street
    Armonk, NY 10504
    Tel: (914) 749-8200

3. I am admitted to the Bar of the State of New York (admitted November 6, 20006, Bar No. 4424842), the United States District Court for the Southern District of New York (admitted January 15, 2008, Bar No. JK8084), and the United States District Court for the Eastern District of New York (admitted July 31, 2012, Bar No. JK8084).

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

1

6. I have not engaged in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2022.

Joseph F. Kroetsch (New York 4424842)

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
jkroetsch@bsfllp.com