**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WE CHARITY,

                   *Plaintiff,*

vs.

                   Civil Action No.

CANADIAN BROADCASTING
CORPORATION,

                   *Defendant.*

<u>**MOTION FOR ADMISSION *PRO HAC VICE***</u>

Pursuant to Civil Local Rule 83.2(d), Plaintiff WE Charity moves for the admission and

appearance of attorney Brooke A. Alexander in the above-entitled action. This motion is

supported by the Declaration of Brooke A. Alexander, filed herewith. As set forth in Ms.

Alexander's declaration, she is admitted and is an active member in good standing with the Bars

of the State of New York, the United States District Court for the Southern District of New York,

and the United States Court of Appeals for the Second Circuit. This motion is supported by the

undersigned, who is an active and sponsoring member of the Bar of this Court.

February 8, 2022

                   By: */s/ Amy L. Neuhardt*          

                   **BOIES SCHILLER FLEXNER LLP**
                   Amy L. Neuhardt (Bar No. 996791)
                   1401 New York Avenue, N.W.
                   Washington, DC 20005
                   Tel: (202) 237-2727
                   Fax: (202) 237-6131
                   aneuhardt@bsfllp.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on February 8, 2022, the foregoing document was filed through the CM/ECF system.

Dated: February 8, 2022

By: <u>/s/ *Amy L. Neuhardt*          </u>

**BOIES SCHILLER FLEXNER LLP**
Amy L. Neuhardt (Bar No. 996791)
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
aneuhardt@bsfllp.com