UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>       *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>       *Defendant.* | Civil Action No. |

**DECLARATION OF BROOKE A. ALEXANDER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Brooke A. Alexander, hereby declare:

1. My full name is Brooke Anne Alexander.

2. My current office address and telephone number are:

   Boies Schiller Flexner LLP
   333 Main Street
   Armonk, NY 10504
   Tel:  (914) 749-8200

3. I am admitted to the Bar of the State of New York (admitted May 27, 2009, Bar No. 4678900), the United States District Court for the Southern District of New York (admitted June 15, 2010, Bar No. BA0319), and the United States Court of Appeals for the Second Circuit (admitted June 11, 2010).

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I have not engaged in the practice of law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2022.

                                                Brooke A. Alexander (New York No. 4678900)
                                                **BOIES SCHILLER FLEXNER LLP**
                                                333 Main Street
                                                Armonk, NY 10504
                                                Tel:  (914) 749-8200
                                                balexander@bsfllp.com