AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| WE CHARITY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:22-cv-00340 |
| CANADIAN BROADCASTING CORPORATION | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WE Charity.

Date: 02/10/2022

/s/ *Brooke A. Alexander*
*Attorney's signature*

Brooke A. Alexander
*Printed name and bar number*
BOIES SCHILLER FLEXNER
333 Main Street
Armonk, NY 10504

*Address*

balexander@bsfllp.com
*E-mail address*

(914) 749-8200
*Telephone number*

(914) 749-8300
*FAX number*