28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 22-cv-00340-RDM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Canadian Broadcasting Corporation was received by me on *(date)* 02/11/2022 .

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to a special arrangement under 28 U.S.C. 1608(b)(1), the summons and complaint were served on the Canadian Broadcasting Corporation by electronic transmission to its legal counsel, Nathan Siegel of Davis Wright Tremaine LLP, on February 17, 2022.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2022

*/s/ Joseph Kroetsch*
*Server's signature*

Joseph Kroetsch, Partner
*Printed name and title*

BOIES SCHILLER FLEXNER LLP
333 Main St. Armonk, NY 10504
*Server's address*

Additional information regarding attempted service, etc: