AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WE Charity ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00340-RDM |
| Canadian Broadcasting Corporation ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Canadian Broadcasting Corporation                        .

Date:     04/13/2022

/s/ Nathan Siegel
*Attorney's signature*

Nathan Siegel, 446253
*Printed name and bar number*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC  20005

*Address*

nathansiegel@dwt.com
*E-mail address*

(202) 973-4237
*Telephone number*

(202) 973-4499
*FAX number*