IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>　　　　　　　　**Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>　　　　　　　　**Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Canadian Broadcasting Corporation ("Defendant"), certify that to the best of my knowledge and belief, Defendant is a Canadian Crown Corporation that issues no stock nor has any parent, subsidiary, or affiliated companies.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  April 13, 2022

        Respectfully submitted,

        /s/ Nathan Siegel

        Nathan Siegel (Bar No. 446253)
        Rachel Strom (*pro hac vice* to be filed)
        Courtney DeThomas (Bar No. 888304075)
        Samantha Lachman (*pro hac vice* to be filed)
        DAVIS WRIGHT TREMAINE LLP
        1301 K Street NW, Suite 500
        Washington, DC  20005
        Tel: (202) 973-4237
        nathansiegel@dwt.com
        courtneydethomas@dwt.com

        *Attorneys for Defendant*
        *Canadian Broadcasting Corporation*