IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>                    **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>                    **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

**JOINT MOTION FOR EXTENSIONS OF TIME TO SET BRIEFING SCHEDULE**

Defendant Canadian Broadcasting Corporation ("Defendant") and Plaintiff WE Charity ("Plaintiff"), by and through undersigned counsel, respectfully submit this joint motion regarding a proposed briefing schedule regarding Plaintiff's Complaint and Defendant's anticipated response thereto. In support of this joint motion, the parties state as follows:

1. On February 8, 2022, Plaintiff filed its Complaint. (ECF No. 1).

2. Defendant's deadline to answer or otherwise respond to the Complaint is currently April 18, 2022. (ECF No. 10).

3. Defendant is working diligently to draft a motion in response to the Complaint. To permit adequate time to do so, and for Plaintiff to respond thereto, the parties have conferred and respectfully request that the following deadlines be set with respect to briefing Defendant's response to the Complaint.

    a. Defendant will file its motion on or before May 4, 2022.

    b.    Plaintiff will file its opposition to Defendant's motion on or before June 10, 2022.

    c.    Defendant will file any reply in support of its motion on or before June 24, 2022.

4. Pursuant to Local Rule 7(m), the parties have conferred regarding the proposed briefing schedule. Each party reserves all rights, including but not limited to any objections to jurisdiction and/or venue.

5. Neither party has previously requested any extensions of time. The relief requested herein is for good cause and will not result in undue delay in the administration of this case.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter an order to establish the deadlines set forth herein.

Dated: April 13, 2022

    Respectfully submitted,

    /s/ Nathan Siegel

    Nathan Siegel (Bar No. 446253)
    Rachel Strom (*pro hac vice* to be filed)
    Courtney DeThomas (Bar No. 888304075)
    Samantha Lachman (*pro hac vice* to be filed)
    DAVIS WRIGHT TREMAINE LLP
    1301 K Street NW, Suite 500
    Washington, DC  20005
    Tel: (202) 973-4237
    nathansiegel@dwt.com
    courtneydethomas@dwt.com

    *Attorneys for Defendant*
    *Canadian Broadcasting Corporation*

By: /s/ Jonathan Sherman
BOIES SCHILLER FLEXNER LLP

Jonathan Sherman (Bar No. 468539)
Amy L. Neuhardt (Bar No. 996791)
1401 New York Ave NW
Washington, DC 20005 Tel:
(202) 237-2727
jsherman@bsfllp.com
aneuhardt@bsfllp.com

Joseph F. Kroetsch (*pro hac vice*)
Brooke A. Alexander (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
jkroetsch@bsfllp.com
balexander@bsfllp.com