IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>　　　　　　**Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>　　　　　　**Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## [PROPOSED] ORDER

Upon consideration of the parties' joint motion, it is hereby ORDERED that the deadline for Defendant Canadian Broadcasting Corporation ("Defendant") to file a motion responding to Plaintiff WE Charity's ("Plaintiff") Complaint shall be May 4, 2022, the deadline for Plaintiff to file an opposition to Defendant's motion shall be June 10, 2022, and the deadline for Defendant to file any reply in support of its motion shall be June 24, 2022.

Dated this _____ day of April 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Randolph D. Moss (U.S.D.J.)