AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WE CHARITY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00340-RDM |
| CANADIAN BROADCASTING CORPORATION ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Canadian Broadcasting Corporation                                                                                                                        .

Date:   04/13/2022

/s/ Courtney DeThomas
*Attorney's signature*

Courtney DeThomas, 888304075
*Printed name and bar number*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC  20005

*Address*

courtneydethomas@dwt.com
*E-mail address*

(202) 973-4288
*Telephone number*

(202) 973-4499
*FAX number*