# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,** | Civil Action No. 1:22-cv-00340-RDM |
| **Plaintiff**, | |
| v. | HEARING REQUESTED |
| **CANADIAN BROADCASTING CORPORATION,** | |
| **Defendant**. | |

## DEEFENDANT CANADIAN BROADCASTING CORPORATION'S MOTION TO DISMISS FOR *FORUM NON CONVENIENS* AND TO DISMISS COUNTS II-IV OF THE COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION

Defendant Canadian Broadcasting Corporation ("Defendant"), by and through its undersigned counsel and pursuant to the doctrine of *forum non conveniens* and Fed. R. Civ. P. 12(b)(1), hereby moves to dismiss with prejudice the Complaint of Plaintiff WE Charity ("Plaintiff").  The grounds for this motion are:

1. The entire Complaint should be dismissed on the grounds of *forum non conveniens*.  Canada provides an available and adequate alternative forum for WE Charity's claims against the CBC.  And the private and public factors that must be considered in the *forum non conveniens* analysis weigh strongly in favor of dismissal

2. Additionally, this Court lacks subject-matter jurisdiction over Plaintiff's claims for breach of contract, promissory estoppel and negligent misrepresentation (Counts II-IV) pursuant to the Foreign Sovereign Immunities Act ("FSIA").  CBC has immunity with respect to those claims because the alleged commercial activity exception to sovereign immunity does not apply to them.

In further support of this motion, Defendant relies on the accompanying Memorandum of Points and Authorities, and the Declarations of Nathan Siegel, Harvey Cashore, Brian Rogers, and Catherine Perry and accompanying exhibits.

### REQUEST FOR HEARING

Defendant respectfully requests a hearing on its motion to dismiss.

DATED: May 4, 2022                                             Respectfully submitted,


/s/ Nathan Siegel

Nathan Siegel (Bar No. 446253)
Rachel Strom (*pro hac vice* to be filed)
Courtney DeThomas (Bar No. 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC  20005
Tel: (202) 973-4237
nathansiegel@dwt.com
courtneydethomas@dwt.com


*Attorneys for Defendant*
*Canadian Broadcasting Corporation*