IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>                  **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>                  **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## [PROPOSED] ORDER

Upon consideration of motion filed by Defendant Canadian Broadcasting Corporation ("Defendant"), to dismiss Plaintiff WE Charity's ("Plaintiff") Complaint, Plaintiff's corresponding opposition, and any reply briefing and oral argument, and for good cause shown, it is hereby ordered that the motion is **GRANTED**. Counts II-IV of the Complaint are hereby dismissed, with prejudice, because this Court lacks subject-matter jurisdiction over those claims pursuant to the Foreign Sovereign Immunities Act. In addition, the Complaint is dismissed in its entirety, with prejudice, on the ground of *forum non conveniens*.

Dated this _____ day of _____ 2022

_____

The Hon. Randolph D. Moss (U.S.D.J.)