IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>                    **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>                    **Defendant**. | Civil Action No. 1:22-cv-00340<br><br>**DECLARATION OF NATHAN SIEGEL** |

1.      My name is Nathan Siegel.  I am a partner with the law firm of Davis Wright Tremaine LLP, and I make this declaration in support of the CBC's Motion to Dismiss for *Forum Non Conveniens* and to Dismiss Counts II-IV of the Complaint for Lack of Subject Matter Jurisdiction.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of WE Charity's most recent publicly-available Canadian charitable registration, which was downloaded from https://apps.cra-arc.gc.ca/ebci/hacc/srch/pub/chrtydtls?selectedCharityBn=886578095RR0001&isSingleResult=false&dsrdPg=1&q.stts=0007 (accessed April 28, 2022).

3.      Attached as **Exhibit 2** is a true and correct copy of a publicly-available webpage from the Charity Commission of England and Wales stating the current up-to-date status of Free the Children (UK), using the "working name" "WE Charity", which was downloaded from https://register-of-charities.charitycommission.gov.uk/charity-search/-/charity-details/5011555/governance (accessed April 28, 2022).

4.      Attached as **Exhibit 3** is a true and correct copy of WE Charity's most recent publicly available filing with the New York Attorney General's Office, which also includes a copy of its publicly available Form 990 filed with the Internal Review Service, which was downloaded from https://www.charitiesnys.com/RegistrySearch/show_details.jsp?id={B77E0839-1BFD-44B9-9D80-CDB8AC3EC90C} (accessed April 28, 2022).

5.     Prior to April 2022, Plaintiff's website listed five people as members of its executive team:  Dalal Al-Waheidi (Executive Director), Victor Li (CFO), Scott Baker (COO), and Craig and Mark Kielburger (Founders/Ambassadors).  Attached as **Exhibit 4** is as copy of a webpage that is still available on Plaintiff's website, which still lists that team, at https://www.we.org/en-US/about-we/we-charity/our-board-advisory-board-and-executive-team (accessed May 2, 2022).

6.     Attached as **Exhibit 5** is a copy of a webpage from Plaintiff's website, at , https://www.we.org/en-US/about-we/we-charity/our-team (accessed May 2, 2022), which currently lists Executive Director Scott Baker, Chief Financial Officer Victor Li, and Co-Founders Craig Kielburger and Marc Kielburger as the members of its executive team.  This webpage includes biographies of Mr. Baker and Mr. Li.

7.     Attached as **Exhibit 6** is a copy of Ms. Al-Waheidi's biography as it appears on an archived page of Plaintiff's website, https://web.archive.org/web/20220220234220/https://www.we.org/en-US/about-we/we-charity/governance/profiles/dalal-al-waheidi (accessed May 2, 2022).  Attached as **Exhibit 7** is Ms. Al-Waheidi's Linkedin profile, https://www.linkedin.com/in/dalal-al-waheidi/ (accessed May 2, 2022), which identifies her place of work as Toronto.

8.     Attached as **Exhibit 8** is a copy of Roxanne Joyal's biography as it appears on Plaintiff's website, at https://www.we.org/en-US/about-we/our-founders/roxanne-joyal (accessed May 2, 2022).

9.     Attached as **Exhibit 9** is a copy of the biography of Russ McLeod as it appears on Plaintiff's website, at https://www.we.org/en-US/about-we/me-to-we/about-me-to-we/profiles/russ-mcleod (accessed May 2, 2022).  Attached as **Exhibit 10** is a biography of Dave Berney as it appears on Plaintiff's website, at https://www.we.org/en-US/about-we/me-to-we/about-me-to-we/profiles/dave-berney (accessed May 2, 2022).

10.     Attached as **Exhibit 11** is a true and correct copy of a publicly-available document included in WE Charity's most recent publicly-available filing in North Carolina, which was downloaded from https://www.sosnc.gov/online_services/search/by_title/_charities (accessed May 2, 2022).

11. Attached as **Exhibit 12** is a true and correct copy of WE Charity's most recent regulatory filing in Alaska, downloaded from https://law.alaska.gov/department/civil/consumer/charities_list.html (accessed May 2, 2022).

12. Attached as **Exhibit 13** is a true and correct copy of a document filed by Kids Can Free the Children for the year 2010, downloaded from https://www.charitiesnys.com/RegistrySearch/search_charities.jsp (accessed May 2, 2022). Attached as **Exhibit 14** is a true and correct copy of a document filed by Free the Children for the year 2015, downloaded from https://www.charitiesnys.com/RegistrySearch/search_charities.jsp (accessed May 2, 2022).

13. Attached as **Exhibits 15, 16, 17**, **18,** and **19** are true and correct copies of Plaintiff's Audited Financial Statements from 2015 through 2019, downloaded from https://www.we.org/en-US/about-we/we-charity/governance/financial-reports (accessed April 28, 2022).

14. Attached as **Exhibit 20** is a true and correct copy of Plaintiff's 2021 Financial Statement in the United Kingdom, downloaded from https://register-of-charities.charitycommission.gov.uk/charity-search/-/charity-details/5011555/accounts-and-annual-returns (accessed April 28, 2022).

15. Attached as **Exhibit 21** is a true and correct copy of a report prepared by a Toronto accounting firm, Rosen & Associates Limited as it appears on a WE Charity website, downloaded from https://staticsb.we.org/f/52095/x/b41d247499/dr-al-rosen-we-charity.pdf?_ga=2.106080641.344153283.1649083613-1769598710.1649083613 (accessed April 28, 2022).

16. Attached as **Exhibits 22** and **23** are true and correct copies of reports addressed to WE Charity's Toronto headquarters by the Honourable Stephen Goudge as they are posted on Plaintiff's website, downloaded from Plaintiff's website at https://www.we.org/en-US/transparency-reporting/transparency-report-reviews-by-justice-goudge (accessed April 28, 2022).

17. Attached as **Exhibit 24** is a true correct copy of a report by former Wisconsin Governor Scott McCallum, downloaded from https://staticsb.we.org/f/52095/x/4c3d9669a5/independent-reivew-govenor-mccallum.pdf (accessed May 2, 2022).

3

18. Attached as **Exhibit 25** is a true and correct copy of a transcript of a hearing before the Standing Committee on Access to Information, Privacy and Ethics of the House of Commons, as it appears at https://www.ourcommons.ca/Content/Committee/432/ETHI/Evidence/EV11143501/ETHIEV22-E.PDF (accessed May 2, 2022).

19. Attached as **Exhibit 26** are true and correct copies of pages downloaded from the website of the WE Charity Foundation, https://www.wecharity.org (accessed April 28, 2022).

20. Attached as **Exhibit 27** are true and correct copies of pages downloaded from the WE Charity Foundation website, at https://www.wecharity.org/financials-and-governance (accessed April 28, 2022).

21. Attached as **Exhibit 28** is a true and correct copy of a letter dated January 27, 2021 letter by Joseph Kroetsch addressed to the General Counsel of the CBC.

22. Attached as **Exhibit 29** is a true and correct copy of a letter dated February 8, 2021 letter by Joseph Kroetsch addressed to Katarina Germani, Legal Counsel at the CBC.

23. Attached as **Exhibit 30** is a true and correct copy of a letter dated June 2, 2021 letter sent by William McDowell of Lenczner Slaght, a Toronto law firm, addressed to Katarina Germani, with an attached Notice of Libel.

24. Attached as **Exhibit 31** is a true and correct copy of a letter dated July 22, 2021 letter by Mr. McDowell to Ms. Germani, with an attached Notice of Libel.

25. Attached as **Exhibit 32** is a true and correct copy of a letter dated December 22, 2021 by Mr. McDowell to Ms. Germani, with an attached Notice of Libel.

26. Attached as **Exhibit 33** is a true and correct copy of a news report entitled "How a Charity Superstar Innovated Its Way to Political Scandal," Bloomberg (Dec. 28, 2020), as it was downloaded from https://www.bloomberg.com/news/features/2020-12-29/oprah-trudeau-and-covid-we-charity-innovated-its-way-to-political-scandal (accessed May 2, 2022).

27. Attached as **Exhibit 34** is a true and correct copy of a news report entitled "WE Charity's Actions Leave a Trail of Enraged, Grieving Donors," Bloomberg (March 5, 2021), as it was downloaded

from https://www.bloomberg.com/news/features/2021-03-05/we-charity-s-actions-leave-a-trail-of-enraged-grieving-donors (accessed May 2, 2022).

28. Attached as **Exhibit 35** is a true and correct copy of the cover, title page and chapter entitled "Kenya" from the book *Mine, Ours, and Yours:  A Father's Journey Through the Life and Death of a Child* by Watson Jordan.

29. Attached as **Exhibits 36** and **37** are true and correct copies of Plaintiff's Canadian Audited Financial Statements for 2018 and 2019, downloaded from https://www.we.org/en-CA/about-we/we-charity/governance/financial-reports (accessed May 3, 2022).

30. Attached as **Exhibit 38** is a chart listing the names of individuals referenced in the Complaint.  Attached as **Exhibits A-TT** to the chart are true and correct copies of various webpages downloaded from the websites identified in the chart with respect to each person.

31. **Exhibit 39** is a flash drive that is being conventionally filed.  It contains a true and correct copy of a news report by CBC's *The Fifth Estate* first broadcast on November 18, 2021 entitled "WE Charity's Donor Deception in Kenya:  Finding School No. 4", that was downloaded from https://www.youtube.com/watch?v=wjRjIEXh-mY.   The report may also be viewed directly from that site.

32. **Exhibit 40** is a flash drive that is being conventionally filed.  It contains a true and correct copy of a news report by CBC's *Enquete* entitled "We Charity au Kenya" first broadcast on January 27, 2022, that was downloaded from https://www.youtube.com/watch?v=SKroSfw4QiQ.  The report may also be viewed directly from that site.

33. **Exhibit 41** is a flash drive that is being conventionally filed.  It contains a true and correct copy of a news report by CBC's *The Fifth Estate* first broadcast on February 4, 2021 entitled "The Price We Paid", that was downloaded from https://www.youtube.com/watch?v=FC_wos7MwHo. The report may also be viewed directly from that site.

34. On behalf of the Defendant Canadian Broadcasting Corporation (CBC) I am authorized to state that the CBC agrees to waive any statute of limitations and/or notice defense recognized by Ontario law that it would otherwise have in any civil action brought by Plaintiff and/or its affiliated entities

against the CBC alleging the claims asserted in the Complaint, provided that the action is commenced within 60 days of a final order dismissing this action on the grounds of *forum non conveniens*. For the avoidance of any doubt, with respect to any claim for libel, slander and/or defamation this waiver is limited to the allegedly Defamatory Publications listed in paragraph 302(a-k) of the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed on this 4th day of May, 2022.

_____
NATHAN SIEGEL