# EXHIBIT 1



Government of Canada / Gouvernement du Canada

[Home](#) > [Canada Revenue Agency](#) > [Charities and Giving](#) > [Search](#)
> [T3010 Registered Charity Information Return](#)

# Detail page

> ℹ Use this page to confirm a charity's status and Business/Registration number. The Charities Directorate has not necessarily verified the other information provided by the charity.

## WE Charity

Business/Registration number:

**886578095 RR 0001**

Charity status:

**Registered**

Effective date of status:

**1997-03-19**

Sanction:

**N/A**

Language of correspondence:

**ENGLISH**

Designation:

**Charitable organization**

Charity type:

**Other purposes beneficial to the community**

Category:

**Upholding Human Rights**

Address:

339 QUEEN ST E

City:

**TORONTO**

Province, territory, outside of Canada:

**ON**

Country:

**CA**

Postal code/Zip code:

**M5A1S9**

Charity Email address:

**victor.li@we.org**

Charity website address:

**www.we.org** [↗]

View this charity's quick view information

**Quick view**

Links to Websites not under the control of the Government of Canada (GoC) are provided solely for the convenience of users. The GoC is not responsible for the accuracy, currency or the reliability of the content. The GoC does not offer any guarantee in that regard and is not responsible for the information found through these links, nor does it endorse the sites and their content. Users should be aware that information offered by non-GoC sites that are not subject to the Official Languages Act and to which the CRA links, may be available only in the languages used by the sites in question.

Back to search results    New search

**Screen ID:** CRA-HACC-DP

**Version:** 2020-07-10