# EXHIBIT 2

Log in to digital service (https://portal.update-charity-details.service.gov.uk/)

About the register of charities | Search 🔍

# FREE THE CHILDREN UK

Charity number: 1138645

✓ Charity reporting is up to date (on time)

Charity overview

What, who, how, where

Governance

Trustees

Financial history

Accounts and annual returns

Governing document

Contact information

| | |
|---|---|
| **Registration history:** | 28 October 2010: Standard registration |
| **Organisation type:** | Charitable company |
| **Other names:** | WE CHARITY (Working name) |
| **Company number:** | 07306686 |
| **Gift aid:** | Recognised by HMRC for gift aid |
| **Other regulators:** | No information available |
| **Policies:** | Complaints handling<br>Conflicting interests<br>Paying staff<br>Risk management<br>Safeguarding vulnerable beneficiaries<br>Volunteer management |
| **Land and property:** | This charity does not own and/or lease land or property |

🖨 Print charity details