EXHIBIT 3

DocuSign Envelope ID: A643DCD8-7FA8-4281-8DE7-1460BD540BDC

 @ $775

# CHAR500

NYS Annual Filing for Charitable Organizations
www.CharitiesNYS.com

Send with fee and attachments to:
NYS Office of the Attorney General
Charities Bureau Registration Section
28 Liberty Street
New York, NY 10005

**2019**
Open to Public
Inspection

## 1. General Information

For Fiscal Year Beginning (mm/dd/yyyy) __9__ / __1__ / __2019__ and Ending (mm/dd/yyyy) __8__ / __31__ / __2020__

Check if Applicable:
- ☐ Address Change
- ☐ Name Change
- ☐ Initial Filing
- ☐ Final Filing
- ☐ Amended Filing
- ☐ Reg ID Pending

Name of Organization:
WE Charity

Mailing Address:
339 Queen Street East

City / State / Zip:
Toronto, Ontario M5A 1S9

Website:
www.WE.org

Employer Identification Number (EIN):
16-1533544

NY Registration Number:
06-46-09

Telephone:
416-925-5894

Email:
andrew@labyrinthinc.com

Check your organization's
registration category: ☐ 7A only  ☐ EPTL only  ☒ DUAL (7A & EPTL)  ☐ EXEMPT*

Confirm your Registration Category in the Charities Registry at www.CharitiesNYS.com.

## 2. Certification

See instructions for certification requirements. Improper certification is a violation of law that may be subject to penalties. The certification requires two signatories.

*We certify under penalties of perjury that we reviewed this report, including all attachments, and to the best of our knowledge and belief, they are true, correct and complete in accordance with the laws of the State of New York applicable to this report.*

President or Authorized Officer: Signature _Dalal Al-Waheidi_  Dalal Al-Waheidi, Executive Director   07 / 21 /21
                                                              Print Name and Title                  Date

Chief Financial Officer or Treasurer: Signature _____   Victor Li, CFO   07 / 21 /21
                                                           Print Name and Title   Date

## 3. Annual Reporting Exemption

Check the exemption(s) that apply to your filing. If your organization is claiming an exemption under one category (7A or EPTL only filers) or both categories (DUAL filers) that apply to your registration, complete only parts 1, 2, and 3, and submit the certified Char500. No fee, schedules, or additional attachments are required. If you cannot claim an exemption or are a DUAL filer that claims only one exemption, you must file applicable schedules and attachments and pay applicable fees.

☐ **3a. 7A filing exemption:** Total contributions from NY State including residents, foundations, government agencies, etc. did not exceed $25,000 and the organization did not engage a professional fund raiser (PFR) or fund raising counsel (FRC) to solicit contributions during the fiscal year.

☐ **3b. EPTL filing exemption:** Gross receipts did not exceed $25,000 and the market value of assets did not exceed $25,000 at any time during the fiscal year.

## 4. Schedules and Attachments

See the following page for a checklist of schedules and attachments to complete your filing.

☐ Yes ☒ No   4a. Did your organization use a professional fund raiser, fund raising counsel or commercial co-venturer for fund raising activity in NY State? If yes, complete Schedule 4a.

☐ Yes ☒ No   4b. Did the organization receive government grants? If yes, complete Schedule 4b.

## 5. Fee

See the checklist on the next page to calculate your fee(s). Indicate fee(s) you are submitting here:

7A filing fee:
$ 25

EPTL filing fee:
$ 750

Total fee:
$ 775

Make a single check or money order payable to:
**"Department of Law"**

CHAR500 Annual Filing for Charitable Organizations (Updated January 2020)
*The "Exempt" category refers to an organization's NYS registration status. It does not refer to its IRS tax designation.

| **CHAR500**<br>Annual Filing Checklist | Simply submit the certified CHAR500 with no fee, schedule, or additional attachments IF:<br>- Your organization is registered as 7A only and you marked the 7A filing exemption in Part 3.<br>- Your organization is registered as EPTL only and you marked the EPTL filing exemption in Part 3.<br>- Your organization is registered as DUAL and you marked both the 7A and EPTL filing exemption in Part 3. |
|---|---|

## Checklist of Schedules and Attachments

Check the schedules you must submit with your CHAR500 as described in Part 4:

- [ ] If you answered "yes" in Part 4a, submit Schedule 4a: Professional Fund Raisers (PFR), Fund Raising Counsel (FRC), Commercial Co-Venturers (CCV)

- [ ] If you answered "yes" in Part 4b, submit Schedule 4b: Government Grants

Check the financial attachments you must submit with your CHAR500:

- [X] IRS Form 990, 990-EZ, or 990-PF, and 990-T if applicable

- [X] All additional IRS Form 990 Schedules, including Schedule B (Schedule of Contributors). Schedule B of public charities is exempt from disclosure and will not be available for public review.

- [ ] Our organization was eligible for and filed an IRS 990-N e-postcard. Our revenue exceeded $25,000 and/or our assets exceeded $25,000 in the filing year. We have included an IRS Form 990-EZ for state purposes only.

If you are a 7A only or DUAL filer, submit the applicable independent Certified Public Accountant's Review or Audit Report:

- [ ] Review Report if you received total revenue and support greater than $250,000 and up to $750,000.

- [X] Audit Report if you received total revenue and support greater than $750,000

- [ ] No Review Report or Audit Report is required because total revenue and support is less than $250,000

- [ ] We are a DUAL filer and checked box 3a, no Review Report or Audit Report is required

## Calculate Your Fee

For 7A and DUAL filers, calculate the 7A fee:

- [ ] $0, if you checked the 7A exemption in Part 3a

- [X] $25, if you did not check the 7A exemption in Part 3a

For EPTL and DUAL filers, calculate the EPTL fee:

- [ ] $0, if you checked the EPTL exemption in Part 3b

- [ ] $25, if the NET WORTH is less than $50,000

- [ ] $50, if the NET WORTH is $50,000 or more but less than $250,000

- [ ] $100, if the NET WORTH is $250,000 or more but less than $1,000,000

- [ ] $250, if the NET WORTH is $1,000,000 or more but less than $10,000,000

- [X] $750, if the NET WORTH is $10,000,000 or more but less than $50,000,000

- [ ] $1500, if the NET WORTH is $50,000,000 or more

### Is my Registration Category 7A, EPTL, DUAL or EXEMPT?

Organizations are assigned a Registration Category upon registration with the NY Charities Bureau:

**7A** filers are registered to solicit contributions in New York under Article 7-A of the Executive Law ("7A")

**EPTL** filers are registered under the Estates, Powers & Trusts Law ("EPTL") because they hold assets and/or conduct activites for charitable purposes in NY.

**DUAL** filers are registered under both 7A and EPTL.

**EXEMPT** filers have registered with the NY Charities Bureau and meet conditions in **Schedule E - Registration Exemption for Charitable Organizations**. These organizations are not required to file annual financial reports but may do so voluntarily.

Confirm your Registration Category and learn more about NY law at www.CharitiesNYS.com.

## Send Your Filing

Send your CHAR500, all schedules and attachments, and total fee to:

NYS Office of the Attorney General
Charities Bureau Registration Section
28 Liberty Street
New York, NY 10005

### Need Assistance?
Visit:   www.CharitiesNYS.com
Call:    (212) 416-8401
Email:  Charities.Bureau@ag.ny.gov

### Where do I find my organization's NET WORTH?
NET WORTH for fee purposes is calculated on:
- IRS From 990 Part I, line 22
- IRS Form 990 EZ Part I line 21
- IRS Form 990 PF, calculate the difference between
  Total Assets at Fair Market Value (Part II, line 16(c)) and
  Total Liabilities (Part II, line 23(b)).

CHAR500 Annual Filing for Charitable Organizations (Updated January 2020)                                                   Page 2

# WE Charity
6500 Main Street, Suite 5
Williamsville, NY 14221
416-925-5894
FAX 416-925-8242

ORGANIZATION

Free The Children International was incorporated under the Not-for-Profit Corporation Law of New York on December 20, 1996.  The name was changed to Kids Can Free The Children on December 6, 2001, then to Free The Children on October 3, 2012 and WE Charity on July 22, 2016.

WE Charity was granted an exemption from income tax under §501(c)(3) of the Internal Revenue Code in a letter dated September 23, 1997.

PURPOSE OF THE ORGANIZATION

WE Charity was organized to empower youth around the world to make a positive change in their communities.

GENERAL PURPOSE FOR WHICH CONTRIBUTIONS WILL BE USED

Contributions will be used to create sustainable development models to end the cycle of poverty in impoverished countries and to provide youth with the inspiration, tools and opportunities to become active local, national and global citizens.

## WE Charity

6500 Main Street, Suite 5
Williamsville, NY 14221
416-925-5894
FAX 416-925-8242

## Officers, Directors, Trustees, and Key Employees

| | |
|---|---|
| Dalal Al-Waheidi | Executive Director |
| Kannan Arasaratnam | Director |
| Scott Baker | COO |
| Victor Li | CFO |
| Tawfiq Rangwala | Director |
| Dr. Jacqueline Sanderlin | Board Chair |
| David Stillman | Director |

**All officers can be contacted at the address listed above**

# WE Charity

6500 Main Street, Suite 5
Williamsville, NY 14221
416-925-5894
FAX 416-925-8242

## Other States Registered:

| State | Registration Number |
|---|---|
| Alabama | AL17-614 |
| Alaska | |
| Arkansas | |
| California | CT0160874 |
| Colorado | 20173035377 |
| Connecticut | CHR.0061027 |
| District of Columbia | 400218000784 |
| Florida | CH53124 |
| Georgia | CH013026 |
| Hawaii | |
| Illinois | 01-068,097 |
| Kansas | 514-210-4 |
| Kentucky | 12313 |
| Maine | CO12521 |
| Maryland | 38143 |
| Massachusetts | 061608 |
| Michigan | MICS 58033 |
| Minnesota | |
| Mississippi | 100026547 |
| Nevada | E0463172017-1 |
| New Hampshire | 31412 |
| New Jersey | CH-40182-00 |
| New Mexico | |
| New York | 06-46-09 |
| North Carolina | SL011186 |
| North Dakota | 0004016497 |
| Ohio | |
| Oklahoma | 4312695198 |
| Oregon | 52908 |
| Pennsylvania | 111579 |
| Rhode Island | CO.9901725 |
| South Carolina | P40304 |
| Tennessee | CO29954 |
| Utah | 10552597-CHAR |
| Virginia | |
| Washington | 1134202 |
| West Virginia | 21633 |
| Wisconsin | 17600-800 |

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| (Rev. January 2020) | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2019** |
| Department of the Treasury Internal Revenue Service | | ▶ Do not enter social security numbers on this form as it may be made public. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | | **Open to Public Inspection** |

**A** For the 2019 calendar year, or tax year beginning  09/01/19  , and ending  08/31/20

| **B** Check if applicable: | **C** Name of organization  WE CHARITY | | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | WILLIAM C. MORAN & ASSOC, P.C. | | 16-1533544 |
| ☐ Name change | Doing business as | | |
| ☐ Initial return | Number and street (or P.O. box if mail is not delivered to street address)  6500 MAIN ST STE 5 | Room/suite | **E** Telephone number  416-925-5894 |
| ☐ Final return/ terminated | City or town, state or province, country, and ZIP or foreign postal code  WILLIAMSVILLE     NY  14221 | | **G** Gross receipts $  41,647,913 |
| ☐ Amended return | **F** Name and address of principal officer: | | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
| ☐ Application pending | VICTOR LI | | **H(b)** Are all subordinates included? ☐ Yes ☐ No |
| | | | If "No," attach a list. (see instructions) |

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) (     ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ we.org

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶        **L** Year of formation: 1996  **M** State of legal domicile: NY

## Part I  Summary

**1** Briefly describe the organization's mission or most significant activities:

WE CHARITY IS AN INTERNATIONAL CHARITY AND EDUCATIONAL PARTNER WHICH EMPOWERS YOUTH AROUND THE WORLD TO MAKE A POSITIVE CHANGE IN THEIR COMMUNITIES

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | | **3** | 6 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | | **4** | 6 |
| **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) | | **5** | 50 |
| **6** Total number of volunteers (estimate if necessary) | | **6** | 2000 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, line 39 | | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | **8** Contributions and grants (Part VIII, line 1h) | 30,930,699 | 31,393,730 |
| | **9** Program service revenue (Part VIII, line 2g) | | 0 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 199,847 | -314,988 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 10,780 | 0 |
| | **12** Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 31,141,326 | 31,078,742 |
| **Expenses** | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 18,832,188 | 18,832,806 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 2,641,618 | 1,430,986 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶ 201,927 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 11,124,884 | 5,882,721 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 32,598,690 | 26,146,513 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 | -1,457,364 | 4,932,229 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | **20** Total assets (Part X, line 16) | 11,761,094 | 19,639,434 |
| | **21** Total liabilities (Part X, line 26) | 1,134,588 | 3,664,993 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 | 10,626,506 | 15,974,441 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ *(signature)* Signature of officer | Date 11/21/2020 |
|---|---|---|
| | ▶ VICTOR LI                                            CFO Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name  Roy A Pasieka, CPA | Preparer's signature  *Roy A. Pasieka, CPA* | Date 11/21/2020 | Check ☐ if self-employed | PTIN P00366425 |
|---|---|---|---|---|---|
| | Firm's name ▶ Swiantek, Kling & Pasieka, LLP | | | Firm's EIN ▶ 26-3370856 | |
| | Firm's address ▶ 1026 Englewood Ave  Kenmore, NY 14223 | | | Phone no. 716-875-4220 | |

May the IRS discuss this return with the preparer shown above? (see instructions)  ☒ Yes  ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.                 Form **990** (2019)

DAA

Form 990 (2019) WE CHARITY 16-1533544 Page **2**

## Part III Statement of Program Service Accomplishments

Check if Schedule O contains a response or note to any line in this Part III ............................................ ☐

1 Briefly describe the organization's mission:

WE CHARITY IS AN INTERNATIONAL CHARITY AND EDUCATIONAL PARTNER WHICH
EMPOWERS YOUTH AROUND THE WORLD TO MAKE A POSITIVE CHANGE IN THEIR
COMMUNITIES.

2 Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? .......................................................................................................... ☐ Yes ☒ No
If "Yes," describe these new services on Schedule O.

3 Did the organization cease conducting, or make significant changes in how it conducts, any program
services? ................................................................................................................................... ☐ Yes ☒ No
If "Yes," describe these changes on Schedule O.

4 Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported.

4a (Code: ............ ) (Expenses $ 10,015,454 including grants of $ 9,429,806 ) (Revenue $ 13,171,654 )
INTERNATIONALLY, THE ORGANIZATION WORKS IN PARTNERSHIP WITH COMMUNITIES IN
KENYA, TANZANIA, SIERRA LEONE, ECUADOR, HAITI, NICARAGUA, INDIA AND RURAL
CHINA THROUGH ITS HOLISTIC AND SUSTAINABLE DEVELOPMENT MODEL, WE VILLAGES.
THIS MODEL CREATES LONG-TERM SOLUTIONS TO END THE CYCLE OF POVERTY THROUGH
EDUCATION, HEALTH, WATER, FOOD SECURITY AND ALTERNATIVE INCOME PROGRAMS.

4b (Code: ............ ) (Expenses $ 14,894,732 including grants of $ 9,403,000 ) (Revenue $ 18,222,076 )
DOMESTICALLY, THE ORGANIZATION PROVIDES COMPREHENSIVE PROGRAMS FOR SERVICE
LEARNING AND ACTIVE CITIZENZHIP, INSPIRING A GENERATION TO ACT. ITS CORE
DOMESTIC PROGRAMMING, WE DAY AND WE SCHOOLS, PROVIDE YOUTH WITH THE
INSPIRATION, TOOLS AND OPPORTUNITIES TO BECOME ACTIVE LOCAL, NATIONAL AND
GLOBAL CITIZENS. BY INSTILLING ACTIVE CITIZENSHIP, INCREASING ACADEMIC
ENGAGEMENT AND IMPROVING THE UNIVERSITY AND WORKPLACE READINESS OF
PARTICIPANTS, WE DAY AND WE SCHOOLS WORK TOGETHER TO EQUIP TODAY'S YOUNG
LEADERS FOR A BETTER TOMORROW.

4c (Code: ............ ) (Expenses $ ............ including grants of $ ............ ) (Revenue $ ............ )
N/A

4d Other program services (Describe on Schedule O.)
(Expenses $ ............ including grants of $ ............ ) (Revenue $ ............ )

4e Total program service expenses ▶ 24,910,186

DAA Form **990** (2019)

Form 990 (2019)  WE CHARITY                                    16-1533544                                    Page **3**

| Part IV | Checklist of Required Schedules |
|---------|-------------------------------|

|   |   |   | Yes | No |
|---|---|---|-----|----|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes,"* complete Schedule A | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| c | Did the organization report an amount for investments—program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | X | |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | X | |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | X | |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | X | |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | | X |

DAA                                                                                    Form **990** (2019)

| Part IV | Checklist of Required Schedules *(continued)* | | | |
|---|---|---|---|---|
| | | | Yes | No |
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 | | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | 24a | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | 25a | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | 25b | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | 26 | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | 27 | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | 28a | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | 28b | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | 28c | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | 29 | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | 33 | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 | | X |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O. | 38 | X | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part V | | | ☐ |
| | | | Yes | No |
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | 1a | 143 | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | 1b | 0 | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | 1c | X | |

Form 990 (2019)  WE CHARITY                                                          16-1533544                                    Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | | |
|---|---|---|---|---|---|
| | | | | Yes | No |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | 2a | 50 | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | | 2b | X |
| | Note: If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? | | | 3a | X |
| b | If "Yes," has it filed a Form 990-T for this year? If "No" to line 3b, provide an explanation on Schedule O | | | 3b | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | | 4a | X |
| b | If "Yes," enter the name of the foreign country ▶    Canada | | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | | | 5a | X |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | 5b | X |
| c | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | | | 5c | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | | | 6a | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | | | 6b | |
| 7 | Organizations that may receive deductible contributions under section 170(c). | | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | | 7a | |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? | | | 7b | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | | | 7c | |
| d | If "Yes," indicate the number of Forms 8282 filed during the year | 7d | | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | 7e | |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | | 7f | |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | | 7g | |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | | 7h | |
| 8 | Sponsoring organizations maintaining donor advised funds. Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | | | 8 | |
| 9 | Sponsoring organizations maintaining donor advised funds. | | | | |
| a | Did the sponsoring organization make any taxable distributions under section 4966? | | | 9a | |
| b | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | | | 9b | |
| 10 | Section 501(c)(7) organizations. Enter: | | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 | 10a | | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | 10b | | | |
| 11 | Section 501(c)(12) organizations. Enter: | | | | |
| a | Gross income from members or shareholders | 11a | | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) | 11b | | | |
| 12a | Section 4947(a)(1) non-exempt charitable trusts. Is the organization filing Form 990 in lieu of Form 1041? | | | 12a | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | 12b | | | |
| 13 | Section 501(c)(29) qualified nonprofit health insurance issuers. | | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? | | | 13a | |
| | Note: See the instructions for additional information the organization must report on Schedule O. | | | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | 13b | | | |
| c | Enter the amount of reserves on hand | 13c | | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? | | | 14a | X |
| b | If "Yes," has it filed a Form 720 to report these payments? If "No," provide an explanation on Schedule O | | | 14b | |
| 15 | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | | | 15 | X |
| | If "Yes," see instructions and file Form 4720, Schedule N. | | | | |
| 16 | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | | | 16 | X |
| | If "Yes," complete Form 4720, Schedule O. | | | | |

Form **990** (2019)

DAA

Form 990 (2019)   WE CHARITY                                16-1533544                          Page **6**

**Part VI**   **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No"*
*response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.*
Check if Schedule O contains a response or note to any line in this Part VI ............................................. ☒

**Section A. Governing Body and Management**

|   |   | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ............... | 1a | 6 | | | |
|   | If there are material differences in voting rights among members of the governing body, or | | | | | |
|   | if the governing body delegated broad authority to an executive committee or similar | | | | | |
|   | committee, explain on Schedule O. | | | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent .............. | 1b | 6 | | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with | | | | | |
|   | any other officer, director, trustee, or key employee? ............................................... | | | 2 | X | |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct | | | | | |
|   | supervision of officers, directors, trustees, or key employees to a management company or other person? ........ | | | 3 | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ...... | | | 4 | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? ......... | | | 5 | | X |
| 6 | Did the organization have members or stockholders? ............................................... | | | 6 | X | |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint | | | | | |
|   | one or more members of the governing body? ...................................................... | | | 7a | X | |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, | | | | | |
|   | stockholders, or persons other than the governing body? ............................................ | | | 7b | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| a | The governing body? ................................................................................. | | | 8a | X | |
| b | Each committee with authority to act on behalf of the governing body? ................................ | | | 8b | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at | | | | | |
|   | the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* .............. | | | 9 | | X |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|   |   | | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? ....................................... | 10a | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, | | | |
|   | affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? .......... | 10b | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? .......... | 11a | X | |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* ................... | 12a | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? ...... | 12b | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes,"* | | | |
|   | *describe in Schedule O how this was done* ............................................................ | 12c | X | |
| 13 | Did the organization have a written whistleblower policy? ............................................ | 13 | X | |
| 14 | Did the organization have a written document retention and destruction policy? .......................... | 14 | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by | | | |
|   | independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official ................................ | 15a | X | |
| b | Other officers or key employees of the organization ................................................. | 15b | X | |
|   | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement | | | |
|   | with a taxable entity during the year? ............................................................... | 16a | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its | | | |
|   | participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the | | | |
|   | organization's exempt status with respect to such arrangements? ..................................... | 16b | | |

**Section C. Disclosure**

17   List the states with which a copy of this Form 990 is required to be filed ▶    NY, CA, MN, AZ, IL
18   Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)
(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
☐ Own website     ☐ Another's website     ☒ Upon request     ☐ Other *(explain on Schedule O)*
19   Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and
financial statements available to the public during the tax year.
20   State the name, address, and telephone number of the person who possesses the organization's books and records ▶
VICTOR LI, CFO                         6500 MAIN STREET
WILLIAMSVILLE                                                  NY 14221        416-925-5894

DAA                                                                                 Form **990** (2019)

Form 990 (2019)  WE CHARITY                                16-1533544                        Page **7**

## Part VII  Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII .................................................... ☐

**Section A.**   **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

- List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.
- List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."
- List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.
- List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.
- List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1)** KANNAN ARASARATNAM | 2.00 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(2)** TAWFIQ RANGWALA | 2.00 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(3)** DR. JACQUELINE SANDERLIN | 2.00 | | | | | | | | | |
| CHAIR | 0.00 | X | | X | | | | 0 | 0 | 0 |
| **(4)** DAVID STILLMAN | 2.00 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(5)** DR. JONATHAN WHITE | 2.00 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(6)** DR. SHELLEY WHITE | 2.00 | | | | | | | | | |
| BOARD MEMBER | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(7)** SCOTT BAKER | 2.00 | | | | | | | | | |
| COO | 0.00 | | | X | | | | 0 | 0 | 0 |
| **(8)** VICTOR LI | 2.00 | | | | | | | | | |
| CFO | 0.00 | | | X | | | | 0 | 0 | 0 |
| **(9)** DALAL AL WAHEIDI | 2.00 | | | | | | | | | |
| EXEC DIRECTOR | 0.00 | | | X | | | | 0 | 0 | 0 |
| **(10)** | | | | | | | | | | |
| | | | | | | | | | | |
| **(11)** | | | | | | | | | | |
| | | | | | | | | | | |

Form **990** (2019)

DAA

Case 1:22-cv-00340-RDM Document 46-6 Filed 08/04/23 Page 14 of 74

**Part VII**   Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |
| ................................ | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **1b** Subtotal ................................ ▶ | | | | |
| **c** Total from continuation sheets to Part VII, Section A ........... ▶ | | | | |
| **d** Total (add lines 1b and 1c) ................................ ▶ | | | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶    0

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any former officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* ................................ | **3** | | X |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ................................ | **4** | | X |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ................................ | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| MILLBANK LLP        55 HUDSON YARDS<br>NEW YORK      NY 10001-2163 | LEGAL | 157,286 |
| DAVID BAUM AND ASSOCIATES LLC    53 OLD JAFFREY ROAD<br>PETERBOROUGH     NH 03458 | CONSULTING | 139,958 |
| 202 STAGEGIES LLC      3717 EDENHORN AVENUE<br>METAIRIE        LA 70002 | CONSULTING | 104,450 |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶    3

Form 990 (2019)  WE CHARITY                            16-1533544                        Page **9**

## Part VIII    Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII .............................. ☐

| | | | | (A)<br>Total revenue | (B)<br>Related or exempt<br>function revenue | (C)<br>Unrelated<br>business revenue | (D)<br>Revenue excluded<br>from tax under<br>sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a | Federated campaigns | 1a | | | | |
| | b | Membership dues | 1b | | | | |
| | c | Fundraising events | 1c | | | | |
| | d | Related organizations | 1d | | | | |
| | e | Government grants (contributions) | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 31,393,730 | | | |
| | g | Noncash contributions included in lines 1a-1f | 1g | $ 4,147,951 | | | |
| | h | **Total.** Add lines 1a–1f | ▶ | 31,393,730 | | | |
| **Program Service Revenue** | 2a | | Business Code | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |
| | e | | | | | | |
| | f | All other program service revenue | | | | | |
| | g | **Total.** Add lines 2a–2f | ▶ | | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) | ▶ | 638,540 | | | 638,540 |
| | 4 | Income from investment of tax-exempt bond proceeds | ▶ | | | | |
| | 5 | Royalties | ▶ | | | | |
| | 6a | Gross rents | (i) Real 6a | (ii) Personal | | | |
| | b | Less: rental expenses | 6b | | | | |
| | c | Rental inc. or (loss) | 6c | | | | |
| | d | Net rental income or (loss) | ▶ | | | | |
| | 7a | Gross amount from sales of assets other than inventory | (i) Securities 7a 9,109,643 | (ii) Other 506,000 | | | |
| | b | Less: cost or other basis and sales exps. | 7b 9,759,487 | 809,684 | | | |
| | c | Gain or (loss) | 7c -649,844 | -303,684 | | | |
| | d | Net gain or (loss) | ▶ | -953,528 | -953,528 | | |
| | 8a | Gross income from fundraising events (not including $ ................. of contributions reported on line 1c). See Part IV, line 18 | 8a | | | | |
| | b | Less: direct expenses | 8b | | | | |
| | c | Net income or (loss) from fundraising events | ▶ | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 | 9a | | | | |
| | b | Less: direct expenses | 9b | | | | |
| | c | Net income or (loss) from gaming activities | ▶ | | | | |
| | 10a | Gross sales of inventory, less returns and allowances | 10a | | | | |
| | b | Less: cost of goods sold | 10b | | | | |
| | c | Net income or (loss) from sales of inventory | ▶ | | | | |
| **Miscellaneous Revenue** | 11a | | Business Code | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue | | | | | |
| | e | **Total.** Add lines 11a–11d | ▶ | | | | |
| | 12 | **Total revenue.** See instructions | ▶ | 31,078,742 | -953,528 | 0 | 638,540 |

Form **990** (2019)

DAA

Form 990 (2019)  WE CHARITY  16-1533544  Page **10**

## Part IX  Statement of Functional Expenses

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | 18,832,806 | 18,832,806 | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | | | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 1,208,897 | 967,117 | 120,890 | 120,890 |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits | 125,554 | 98,613 | 14,615 | 12,326 |
| **10** Payroll taxes | 96,535 | 77,228 | 9,653 | 9,654 |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 204,048 | | 196,226 | 7,822 |
| **c** Accounting | 73,545 | | 73,545 | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) | 615,713 | 563,621 | 857 | 51,235 |
| **12** Advertising and promotion | 118,550 | 118,550 | | |
| **13** Office expenses | 77,766 | 16,566 | 61,200 | |
| **14** Information technology | | | | |
| **15** Royalties | | | | |
| **16** Occupancy | 301,983 | 61,983 | 240,000 | |
| **17** Travel | 517,871 | 517,871 | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | | | | |
| **20** Interest | | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 378,354 | 187,225 | 191,129 | |
| **23** Insurance | 8,190 | 7,832 | 358 | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** DOMESTIC PROJECTS | 3,257,766 | 3,257,766 | | |
| **b** HANDLING FEES | 185,800 | 185,800 | | |
| **c** BANK CHARGES | 52,893 | | 52,893 | |
| **d** DUES & SUBSCRIPTIONS | 41,230 | 1,559 | 39,671 | |
| **e** All other expenses | 49,012 | 15,649 | 33,363 | |
| **25** Total functional expenses. Add lines 1 through 24e | 26,146,513 | 24,910,186 | 1,034,400 | 201,927 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

DAA

Form **990** (2019)

Form 990 (2019)    WE CHARITY                                                        16-1533544                           Page **11**

## Part X    Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X .................................................. ☐

|       |                                                                                                                                       | (A) Beginning of year |       | (B) End of year |
|-------|---------------------------------------------------------------------------------------------------------------------------------------|-----------------------|-------|-----------------|
| **Assets** 1 | Cash—non-interest-bearing                                                                                                     | 2,323,070 | 1 | 2,007,200 |
| 2 | Savings and temporary cash investments                                                                                                 | 132,915 | 2 | 132,946 |
| 3 | Pledges and grants receivable, net                                                                                                     | 291,463 | 3 | 187,686 |
| 4 | Accounts receivable, net                                                                                                               | 1,719,204 | 4 | 1,979,684 |
| 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | 6 | |
| 7 | Notes and loans receivable, net                                                                                                        | | 7 | |
| 8 | Inventories for sale or use                                                                                                            | | 8 | |
| 9 | Prepaid expenses and deferred charges                                                                                                  | 300,386 | 9 | 23,657 |
| 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ... **10a** 1,084,576 | | | |
| b | Less: accumulated depreciation ........ **10b** 949,639                                                                               | 1,068,546 | 10c | 134,937 |
| 11 | Investments—publicly traded securities                                                                                                 | 5,114,651 | 11 | 9,984,249 |
| 12 | Investments—other securities. See Part IV, line 11                                                                                     | | 12 | |
| 13 | Investments—program-related. See Part IV, line 11                                                                                      | | 13 | |
| 14 | Intangible assets                                                                                                                      | 720,859 | 14 | 542,292 |
| 15 | Other assets. See Part IV, line 11                                                                                                     | 90,000 | 15 | 4,646,783 |
| 16 | **Total assets. Add lines 1 through 15 (must equal line 33)** .......................                                                   | 11,761,094 | 16 | 19,639,434 |
| **Liabilities** 17 | Accounts payable and accrued expenses                                                                                 | 1,134,588 | 17 | 156,993 |
| 18 | Grants payable                                                                                                                         | | 18 | |
| 19 | Deferred revenue                                                                                                                       | | 19 | |
| 20 | Tax-exempt bond liabilities                                                                                                            | | 20 | |
| 21 | Escrow or custodial account liability. Complete Part IV of Schedule D ..................                                               | | 21 | |
| 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| 23 | Secured mortgages and notes payable to unrelated third parties                                                                         | | 23 | |
| 24 | Unsecured notes and loans payable to unrelated third parties                                                                           | | 24 | |
| 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | | 25 | 3,508,000 |
| 26 | **Total liabilities. Add lines 17 through 25** ..................................                                                       | 1,134,588 | 26 | 3,664,993 |
| **Net Assets or Fund Balances** | Organizations that follow FASB ASC 958, check here ▶ ☒ and complete lines 27, 28, 32, and 33. | | | |
| 27 | Net assets without donor restrictions                                                                                                  | 7,530,798 | 27 | 14,252,515 |
| 28 | Net assets with donor restrictions                                                                                                     | 3,095,708 | 28 | 1,721,926 |
| | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | |
| 29 | Capital stock or trust principal, or current funds                                                                                     | | 29 | |
| 30 | Paid-in or capital surplus, or land, building, or equipment fund                                                                       | | 30 | |
| 31 | Retained earnings, endowment, accumulated income, or other funds                                                                       | | 31 | |
| 32 | Total net assets or fund balances                                                                                                      | 10,626,506 | 32 | 15,974,441 |
| 33 | Total liabilities and net assets/fund balances ..............................                                                          | 11,761,094 | 33 | 19,639,434 |

Form **990** (2019)

DAA

Form 990 (2019)   WE CHARITY                               16-1533544                          Page **12**

## Part XI   Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ............................................. [X]

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) ........................................ | **1** | 31,078,742 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) ........................................ | **2** | 26,146,513 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ............................................. | **3** | 4,932,229 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) ......... | **4** | 10,626,506 |
| 5 | Net unrealized gains (losses) on investments ................................................. | **5** | 415,706 |
| 6 | Donated services and use of facilities ....................................................... | **6** | |
| 7 | Investment expenses ...................................................................... | **7** | |
| 8 | Prior period adjustments .................................................................. | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) .......................... | **9** | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) .................................................................... | **10** | 15,974,441 |

## Part XII   Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII .......................... [ ]

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: [ ] Cash  [X] Accrual  [ ] Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? ............... **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | [ ] Separate basis  [ ] Consolidated basis  [ ] Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? ............................. **2b** | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | [X] Separate basis  [ ] Consolidated basis  [ ] Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ........ **2c** | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? ................................................................... **3a** | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits ........... **3b** | | |

Form **990** (2019)

DAA

## Taxable Dividends from Securities

| Description | Amount | Unrelated Business | Exclusion Code | Postal Code | Acquired after 6/30/75 | US Obs ($ or %) |
|---|---|---|---|---|---|---|
| EQUITY SECURITIES | $ 638,540 | | 14 | | X | |
| Total | $ 638,540 | | | | | |

FTC3544 WE CHARITY
**_***3544
FYE: 8/31/2020

# Federal Statements

## Form 990, Part IX, Line 11g - Other Fees for Service (Non-employee)

| Description | Total Expenses | Program Service | Management & General | Fund Raising |
|---|---|---|---|---|
| CONSULTANTS | $ 113,501 | $ 113,501 | $ | $ |
| CONSULTANTS | 450,977 | 450,120 | 857 | |
| FUNDRAISING AND PROMOTION | 51,235 | | | 51,235 |
| Total | $ 615,713 | $ 563,621 | $ 857 | $ 51,235 |

## Form 990, Part IX, Line 24e - All Other Expenses

| Description | Total Expenses | Program Service | Management & General | Fund Raising |
|---|---|---|---|---|
| UTILITIES | $ 34,006 | $ 819 | $ 33,187 | $ |
| REPAIRS AND MAINTENANCE | 15,006 | 14,830 | 176 | |
| Total | $ 49,012 | $ 15,649 | $ 33,363 | $ 0 |

WE CHARITY
WILLIAM C. MORAN & ASSOC, P.C.
6500 MAIN ST STE 5
WILLIAMSVILLE, NY  14221

### Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | OMB No. 1545-0172 **2019** Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

| Name(s) shown on return | Identifying number |
|---|---|
| WE CHARITY | 16-1533544 |

Business or activity to which this form relates

All Business Activities

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,020,000.00 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,550,000.00 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 342,568.08 |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)
#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | 17 | 277.33 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

#### Section B—Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| I   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 342,845.41 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **4562** (2019)

Form 4562 (2019)

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a  Do you have evidence to support the business/investment use claimed? | Yes | No | 24b  If "Yes," is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | 25 | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who aren't more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | 43 | 35,509.19 |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | 35,509.19 |

DAA

Form **4562** (2019)

FTC3544  WE CHARITY
16-1533544
FYE: 8/31/2020

Case 1:22-cv-00340-RDM   Document 16-6   Filed 05/04/22   Page 24 of 74

11/10/2020  11:59 AM

Form 4562 Worksheet
All Business Activities

Page 1

### Part II - Special Depreciation Allowance and Other Depreciation

| Asset | (a) Property Description | (b) Date In Service | (c) Tax Basis | (d) Prior Depreciation | (e) Tax Method | (f) Tax Period | (g) Tax Depr Deduction |
|---|---|---|---|---|---|---|---|
| | ACRS and/or Other Depreciation | | | | | | |
| 16 | Building-Main House (6,235 Sq Ft) | 1/01/10 | 593,402.28 | 147,082.59 | S/L | 39.00 | 2,535.91 |
| 31 | Roof-bunkhouse,gatehouse,apartme | 4/28/11 | 25,283.75 | 5,402.50 | S/L | 39.00 | 108.05 |
| 36 | Ghostwriter Max writer | 7/29/13 | 9,124.00 | 7,929.20 | S/L | 7.00 | 1,194.80 |
| 41 | Air flow system (5 ton Seer heat pur | 10/31/14 | 10,449.00 | 3,366.90 | S/L | 15.00 | 116.10 |
| 42 | (2) Water Heaters | 12/18/15 | 7,325.00 | 1,790.55 | S/L | 15.00 | 81.39 |
| 47 | HP Color LAserjet M577dn | 2/25/16 | 2,565.53 | 1,795.88 | S/L | 5.00 | 513.11 |
| 48 | 5 New HP PCs | 5/18/16 | 6,627.00 | 4,307.55 | S/L | 5.00 | 1,325.40 |
| 51 | Solar Water Heater Project | 12/21/16 | 11,480.00 | 2,040.88 | S/L | 15.00 | 127.56 |
| 52 | Main Gate | 7/19/16 | 8,450.00 | 1,736.94 | S/L | 15.00 | 93.89 |
| 53 | Pantry Cooler | 7/28/16 | 5,103.50 | 1,049.04 | S/L | 15.00 | 56.71 |
| 54 | People's Garden Gate | 11/02/16 | 3,710.00 | 700.77 | S/L | 15.00 | 41.22 |
| 55 | Greenhouse | 12/20/16 | 7,400.00 | 1,315.55 | S/L | 15.00 | 82.22 |
| 56 | Outhouse | 12/13/16 | 2,894.00 | 530.56 | S/L | 15.00 | 32.16 |
| 57 | Photography Equipment | 1/25/17 | 5,701.59 | 2,945.82 | S/L | 5.00 | 1,140.32 |
| 58 | Docusign System | 2/15/17 | 15,000.00 | 12,916.66 | S/L | 3.00 | 2,083.34 |
| 59 | Salesforce.org Licenses | 5/17/17 | 121,202.40 | 90,901.80 | S/L | 3.00 | 30,300.60 |
| 60 | Transitional Bunk Bed - AZ | 8/03/17 | 2,594.41 | 772.15 | S/L | 7.00 | 61.77 |
| 61 | Office Furniture - P Medairy | 8/22/17 | 2,282.29 | 652.08 | S/L | 7.00 | 54.34 |
| 62 | Salesforce.org licenses | 10/10/17 | 1,306.80 | 834.90 | S/L | 3.00 | 435.60 |
| 63 | Office Eq - Francie Richards | 10/23/17 | 1,029.00 | 269.50 | S/L | 7.00 | 147.00 |
| 64 | Sliding Glass Door - AZ | 3/27/17 | 6,000.00 | 966.67 | S/L | 15.00 | 66.67 |
| 65 | Entrance Door - AZ | 4/25/17 | 3,600.00 | 560.00 | S/L | 15.00 | 40.00 |
| 66 | Greywater System - AZ | 4/14/17 | 2,509.00 | 404.23 | S/L | 15.00 | 27.88 |
| 67 | Painting-AZ | 6/28/17 | 5,023.50 | 725.62 | S/L | 15.00 | 55.82 |
| 68 | Kitchen Floor - AZ | 6/08/17 | 4,090.00 | 613.51 | S/L | 15.00 | 45.44 |
| 69 | Porch - AZ | 10/19/17 | 3,500.00 | 427.78 | S/L | 15.00 | 38.89 |
| 70 | Road and Pond - AZ | 8/31/17 | 6,500.00 | 866.66 | S/L | 15.00 | 72.22 |
| 72 | Salesforce User Licenses | 1/03/18 | 940.00 | 522.22 | S/L | 3.00 | 313.33 |
| 73 | Salesforce User Licenses | 4/24/18 | 137,360.00 | 61,048.89 | S/L | 3.00 | 45,786.67 |
| 74 | Salesforce User Licenses | 5/1/18 | 56,322.69 | 25,032.31 | S/L | 3.00 | 18,774.23 |
| 75 | Educational Video | 8/31/18 | 499,214.00 | 166,404.67 | S/L | 3.00 | 166,404.67 |
| 76 | Roof in Arizona | 9/24/18 | 9,131.00 | 558.01 | S/L | 15.00 | 101.46 |
| 77 | Leach Lines in Arizona | 6/11/19 | 4,500.00 | 75.00 | S/L | 15.00 | 50.00 |
| 78 | Salesforce user licenses | 11/01/18 | 1,512.76 | 420.21 | S/L | 3.00 | 504.25 |
| 79 | Computer switches and security | 2/28/19 | 7,239.38 | 1,206.56 | S/L | 3.00 | 2,413.13 |
| 80 | Computer firewall | 3/01/19 | 8,477.00 | 1,412.83 | S/L | 3.00 | 2,825.67 |
| 81 | Salesforce user licenses | 4/20/19 | 141,463.80 | 15,718.20 | S/L | 3.00 | 47,154.60 |
| 82 | MS Surface Laptops | 6/01/19 | 2,125.00 | 177.08 | S/L | 3.00 | 708.33 |
| 83 | Educational Video | 2/12/19 | 1,700.00 | 330.56 | S/L | 3.00 | 566.67 |
| 84 | Educational Video | 9/30/18 | 8,260.00 | 2,523.89 | S/L | 3.00 | 2,753.33 |
| 85 | We Teacher Program | 9/01/19 | 40,000.00 | 0.00 | S/L | 3.00 | 13,333.33 |
| | | | 1,792,398.68 | | | | 342,568.08 |

### Part III - MACRS Depreciation

| Asset | (a) Property Description | (b) Date In Service | (c) Tax Depr Basis | (d) Tax Period | (e) Tax Convention | (f) Tax Method | (g) Tax Depr Deduction |
|---|---|---|---|---|---|---|---|
| | Depreciation of MACRS Property Placed in Service In Prior Years | | | | | | |
| 17 | House (1,253 Sq Ft) | 1/01/04 | 86,525.40 | 39.0 | Mid-mth | S/L | 277.33 |
| | | | 86,525.40 | | | | 277.33 |

### Part VI: Amortization

| Asset | (a) Property Description | (b) Date In Service | (c) Tax Basis | (d) Amort Sec | (e) Tax Period | (f) Tax Current Amortization |
|---|---|---|---|---|---|---|
| 44 | Website Domains | 5/19/15 | 500,000.00 | 197 | 15.00 | 33,333.33 |

FTC3544  WE CHARITY
16-1533544
FYE: 8/31/2020

Case 1:22-cv-00340-RDM   Document 16-6   Filed 05/04/22   Page 25 of 74

Form 4562 Worksheet
All Business Activities

11/10/2020  11:59 AM
Page 2

(Continued...)

| Asset | (a)<br>Property Description | (b)<br>Date In<br>Service | (c)<br>Tax<br>Basis | (d)<br>Amort<br>Sec | (e)<br>Tax<br>Period | (f)<br>Tax Current<br>Amortization |
|---|---|---|---|---|---|---|
| 45 | Website Domains | 6/02/15 | 5,150.00 | 197 | 15.00 | 343.33 |
| 50 | iamwe.com Website Domain | 3/30/16 | 20,000.00 | 197 | 15.00 | 1,333.33 |
| 71 | TYI Domain NMame | 6/15/17 | 7,488.00 | 197 | 15.00 | 499.20 |
| | | | 532,638.00 | | | 35,509.19 |

FTC3544 WE CHARITY
16-1533544
FYE: 8/31/2020

11/10/2020 11:59 AM
Page 1

# Form 4562 Part III Worksheet
## All Business Activities

| Asset | Property Description | Tax Cost | Bus Pct | Bus Portion of Cost | Tax CY Sec 179 Expense | Tax CY Bonus Ded | Tax Depr Basis | Tax Current Depreciation | Tax CY Sec 179 Expense | Tax CY Bonus Ded | Tax Depr Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Depreciation of MACRS Property Placed in Service In Prior Years | | | | | | | | | | | |
| 17 | House (1,253 Sq Ft) | 86,525.40 | 100.00 | 86,525.40 | 0.00 | 0.00 | 86,525.40 | 277.33 | 0.00 | 0.00 | 277.33 |
| | | 86,525.40 | | 86,525.40 | 0.00 | 0.00 | 86,525.40 | 277.33 | 0.00 | 0.00 | 277.33 |

FTC3544  WE CHARITY
16-1533544
FYE: 8/31/2020

11/10/2020 12:06 PM
Page 1

## Tax Asset Detail  9/01/19 - 8/31/20

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Current = c | Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 d | Building-Main House (6,235 Sq Ft) | 1/01/10 | 593,402.28 | 0.00 | 0.00 | 0.00 | 147,082.59 | 2,535.91 | 149,618.50 | 443,783.78 | S/L | 39.0 |
| 17 d | House (1,253 Sq Ft) | 1/01/04 | 86,525.40 | 0.00 | 0.00 | 0.00 | 34,665.63 | 277.33 | 34,942.96 | 51,582.44 | S/L | 39.0 |
| 18 d | Land | 12/31/03 | 172,539.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172,539.32 | Land | 0.00 |
| 23 | Ghostwriter MAX-automated signal | 3/19/08 | 9,307.50 | 0.00 | 0.00 | 4,653.75 | 9,307.50 | 0.00 | 9,307.50 | 0.00 | S/L | 7.0 |
| 24 | Mac Pro laptop | 5/08/09 | 2,967.13 | 0.00 | 0.00 | 1,483.57 | 2,967.13 | 0.00 | 2,967.13 | 0.00 | S/L | 5.0 |
| 25 d | 2002 Toyota Prius | 6/12/09 | 12,350.00 | 0.00 | 0.00 | 6,175.00 | 12,350.00 | 0.00 | 12,350.00 | 0.00 | S/L | 5.0 |
| 26 d | 2008 Ford Econoline Van 3489 | 6/16/09 | 18,654.74 | 0.00 | 0.00 | 9,327.37 | 18,654.74 | 0.00 | 18,654.74 | 0.00 | S/L | 5.0 |
| 28 d | Windsong Center addtns & eqpt | 5/13/10 | 21,700.00 | 0.00 | 0.00 | 0.00 | 21,700.00 | 0.00 | 21,700.00 | 0.00 | S/L | 7.00 |
| 29 | Horse-Smokey | 12/31/10 | 2,300.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | 0.00 | 2,300.00 | 0.00 | S/L | 7.00 |
| 30 | Horse-Lakita's Moon | 12/31/10 | 2,500.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | 0.00 | 2,300.00 | 200.00 | S/L | 7.00 |
| 31 | Roof-bunkhouse,gatehouse,apartme | 12/31/10 | 25,283.75 | 0.00 | 0.00 | 0.00 | 5,402.50 | 108.05 | 5,510.55 | 19,773.20 | S/L | 39.00 |
| 32 | Client mgt system user licens (48 m | 4/28/11 | 54,250.00 | 0.00 | 0.00 | 0.00 | 54,250.00 | 0.00 | 54,250.00 | 0.00 | S/L | 4.00 |
| 33 | Salesforce.org software license | 4/20/11 | 57,562.51 | 0.00 | 0.00 | 0.00 | 57,562.51 | 0.00 | 57,562.51 | 0.00 | S/L | 3.00 |
| 34 | Sony CA-VPCSA490S laptop | 5/08/12 | 1,955.69 | 0.00 | 0.00 | 0.00 | 1,955.69 | 0.00 | 1,955.69 | 0.00 | S/L | 5.00 |
| 35 | Salesforce.org software licenses | 5/31/12 | 111,650.58 | 0.00 | 0.00 | 0.00 | 111,650.58 | 0.00 | 111,650.58 | 0.00 | S/L | 3.00 |
| 36 | Ghostwriter Max writer | 6/24/13 | 9,124.00 | 0.00 | 0.00 | 0.00 | 7,929.20 | 1,194.80 | 9,124.00 | 0.00 | S/L | 2.00 |
| 39 | 2004 Toyota Camry #2697 | 7/29/13 | 11,496.68 | 0.00 | 0.00 | 0.00 | 11,496.68 | 0.00 | 11,496.68 | 0.00 | S/L | 5.00 |
| 40 | Salesforce.org software licenses | 1/11/13 | 112,494.36 | 0.00 | 0.00 | 0.00 | 112,494.36 | 0.00 | 112,494.36 | 0.00 | S/L | 5.00 |
| 41 d | Air flow system (5 ton Seer heat pu | 6/05/14 | 10,449.00 | 0.00 | 0.00 | 0.00 | 3,366.90 | 116.10 | 3,483.00 | 6,966.00 | S/L | 15.00 |
| 42 d | (2) Water Heaters | 10/31/14 | 7,325.00 | 0.00 | 0.00 | 0.00 | 1,790.55 | 81.39 | 1,871.94 | 5,453.06 | S/L | 15.00 |
| 43 | Salesforce.org software licenses | 12/18/15 | 93,446.55 | 0.00 | 0.00 | 0.00 | 93,446.55 | 0.00 | 93,446.55 | 0.00 | S/L | 3.00 |
| 47 | HP Color LaserJet M577dn | 7/06/15 | 2,565.53 | 0.00 | 0.00 | 0.00 | 1,795.88 | 513.11 | 2,308.99 | 256.54 | S/L | 5.00 |
| 48 | 5 New HP PCs | 2/25/16 | 6,627.00 | 0.00 | 0.00 | 0.00 | 4,307.55 | 1,325.40 | 5,632.95 | 994.05 | S/L | 5.00 |
| 51 | Salesforce.org Software Licenses | 5/18/16 | 122,945.08 | 0.00 | 0.00 | 0.00 | 122,945.08 | 0.00 | 122,945.08 | 0.00 | S/L | 3.00 |
| 52 | Solar Water Heater Project | 5/18/16 | 11,480.00 | 0.00 | 0.00 | 0.00 | 2,040.88 | 127.56 | 2,168.44 | 9,311.56 | S/L | 15.00 |
| 53 | Main Gate | 12/21/16 | 8,450.00 | 0.00 | 0.00 | 0.00 | 1,736.94 | 93.89 | 1,830.83 | 6,619.17 | S/L | 15.00 |
| 54 | Pantry Cooler | 7/19/16 | 5,103.50 | 0.00 | 0.00 | 0.00 | 1,049.04 | 56.71 | 1,105.75 | 3,997.75 | S/L | 15.00 |
| 55 | People's Garden Gate | 7/28/16 | 3,710.00 | 0.00 | 0.00 | 0.00 | 700.77 | 41.22 | 741.99 | 2,968.01 | S/L | 15.00 |
| 56 | Greenhouse | 11/02/16 | 7,400.00 | 0.00 | 0.00 | 0.00 | 1,315.55 | 82.22 | 1,397.77 | 6,002.23 | S/L | 15.00 |
| 57 | Outhouse | 12/20/16 | 2,894.00 | 0.00 | 0.00 | 0.00 | 530.56 | 32.16 | 562.72 | 2,331.28 | S/L | 5.00 |
| 58 | Photography Equipment | 12/13/16 | 5,701.59 | 0.00 | 0.00 | 0.00 | 2,945.82 | 1,140.32 | 4,086.14 | 1,615.45 | S/L | 5.00 |
| 59 | Docusign System | 1/25/17 | 15,000.00 | 0.00 | 0.00 | 0.00 | 12,916.66 | 2,083.34 | 15,000.00 | 0.00 | S/L | 3.00 |
| 60 | Salesforce.org Licenses | 2/15/17 | 121,202.40 | 0.00 | 0.00 | 0.00 | 90,901.80 | 30,300.60 | 121,202.40 | 0.00 | S/L | 3.00 |
| 61 | Transitional Bunk Bed - AZ | 5/17/17 | 2,594.41 | 0.00 | 0.00 | 0.00 | 772.15 | 61.77 | 833.92 | 1,760.49 | S/L | 7.00 |
| 62 | Office Furniture - P Medairy | 8/03/17 | 2,282.29 | 0.00 | 0.00 | 0.00 | 652.08 | 54.34 | 706.42 | 1,575.87 | S/L | 7.00 |
| 63 | Salesforce.org licenses | 8/22/17 | 1,306.80 | 0.00 | 0.00 | 0.00 | 834.90 | 435.60 | 1,270.50 | 36.30 | S/L | 3.00 |
| 64 | Office Eq - Francie Richards | 10/10/17 | 1,029.00 | 0.00 | 0.00 | 0.00 | 269.50 | 147.00 | 416.50 | 612.50 | S/L | 7.00 |
| 65 | Sliding Glass Door - AZ | 10/23/17 | 6,000.00 | 0.00 | 0.00 | 0.00 | 966.67 | 66.67 | 1,033.34 | 4,966.66 | S/L | 15.00 |
| 66 | Entrance Door - AZ | 3/27/17 | 3,600.00 | 0.00 | 0.00 | 0.00 | 560.00 | 40.00 | 600.00 | 3,000.00 | S/L | 15.00 |
| 67 | Greywater System - AZ | 4/25/17 | 2,509.00 | 0.00 | 0.00 | 0.00 | 404.23 | 27.88 | 432.11 | 2,076.89 | S/L | 15.00 |
| 68 | Painting-AZ | 4/14/17 | 5,023.50 | 0.00 | 0.00 | 0.00 | 725.62 | 55.82 | 781.44 | 4,242.06 | S/L | 15.00 |
| 69 | Kitchen Floor - AZ | 6/28/17 | 4,090.00 | 0.00 | 0.00 | 0.00 | 613.51 | 45.44 | 658.95 | 3,431.05 | S/L | 15.00 |
| 70 | Porch - AZ | 6/08/17 | 3,500.00 | 0.00 | 0.00 | 0.00 | 427.78 | 38.89 | 466.67 | 3,033.33 | S/L | 15.00 |
| 73 | Road and Pond - AZ | 10/19/17 | 6,500.00 | 0.00 | 0.00 | 0.00 | 866.66 | 72.22 | 938.88 | 5,561.12 | S/L | 15.00 |
| 74 | Salesforce Uisr Licenses | 8/31/17 | 940.00 | 0.00 | 0.00 | 0.00 | 522.22 | 313.33 | 835.55 | 104.45 | S/L | 3.00 |
| 75 | Salesforce User Licenses | 1/03/18 | 137,360.00 | 0.00 | 0.00 | 0.00 | 61,048.89 | 45,786.67 | 106,835.56 | 30,524.44 | S/L | 3.00 |
| 76 | Salesforce User Licenses | 4/24/18 | 56,322.69 | 0.00 | 0.00 | 0.00 | 25,032.31 | 18,774.23 | 43,806.54 | 12,516.15 | S/L | 3.00 |
| 77 | Educational Video | 5/11/18 | 499,214.00 | 0.00 | 0.00 | 0.00 | 166,404.67 | 166,404.67 | 332,809.34 | 166,404.66 | S/L | 3.00 |
| 78 | Roof in Arizona | 8/31/18 | 9,131.00 | 0.00 | 0.00 | 0.00 | 558.01 | 101.46 | 659.47 | 8,471.53 | S/L | 15.00 |
| | Leach Lines in Arizona | 6/11/19 | 4,500.00 | 0.00 | 0.00 | 0.00 | 75.00 | 50.00 | 125.00 | 4,375.00 | S/L | 15.00 |
| | Salesforce.org user licenses | 11/01/18 | 1,512.76 | 0.00 | 0.00 | 0.00 | 420.21 | 504.25 | 924.46 | 588.30 | S/L | 3.00 |

FTC3544 WE CHARITY
16-1533544
FYE: 8/31/2020

# Tax Asset Detail   9/01/19 - 8/31/20

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | | Computer switches and security | 2/28/19 | 7,239.38 | 0.00 | 0.00 | 1,206.56 | 2,413.13 | 3,619.69 | 3,619.69 | S/L | 3.00 |
| 80 | | Computer firewall | 3/01/19 | 8,477.00 | 0.00 | 0.00 | 1,412.83 | 2,825.67 | 4,238.50 | 4,238.50 | S/L | 3.00 |
| 81 | | Salesforce user licenses | 4/20/19 | 141,463.80 | 0.00 | 0.00 | 15,718.20 | 47,154.60 | 62,872.80 | 78,591.00 | S/L | 3.00 |
| 82 | | MS Surface Laptops | 6/01/19 | 2,125.00 | 0.00 | 0.00 | 177.08 | 708.33 | 885.41 | 1,239.59 | S/L | 3.00 |
| 83 | | Educational Video | 2/12/19 | 1,700.00 | 0.00 | 0.00 | 330.56 | 566.67 | 897.23 | 802.77 | S/L | 3.00 |
| 84 | | Educational Video | 9/30/18 | 8,260.00 | 0.00 | 0.00 | 2,523.89 | 2,753.33 | 5,277.22 | 2,982.78 | S/L | 3.00 |
| 85 | | We Teacher Program | 9/01/19 | 40,000.00 | 0.00c | 0.00 | 0.00 | 13,333.33 | 13,333.33 | 26,666.67 | S/L | 3.00 |
| | | **Grand Total** | | 2,687,044.22 | 0.00c | 21,639.69 | 1,238,583.17 | 342,845.41 | 1,581,428.58 | 1,105,615.64 | | |
| | | **Less: Dispositions and Transfers** | | 1,053,293.87 | 0.00 | 0.00 | 275,305.04 | 0.00 | 279,472.07 | 773,821.80 | | |
| | | **Net Grand Total** | | 1,633,750.35 | 0.00c | 21,639.69 | 963,278.13 | 342,845.41 | 1,301,956.51 | 331,793.84 | | |

FTC3544  WE CHARITY
16-1533544
FYE: 8/31/2020

# Tax Asset Detail   9/01/19 - 8/31/20

11/10/2020 12:07 PM
Page 1

| Asset | dt | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | | Website Domains | 5/19/15 | 500,000.00 | 0.00 | 0.00 | 144,444.43 | 33,333.33 | 177,777.76 | 322,222.24 | Amort | 15.00 |
| 45 | | Website Domains | 6/02/15 | 5,150.00 | 0.00 | 0.00 | 1,459.16 | 343.33 | 1,802.49 | 3,347.51 | Amort | 15.00 |
| 46 | | Website Setup Costs | 7/06/15 | 5,315.00 | 0.00 | 0.00 | 5,315.00 | 0.00 | 5,315.00 | 0.00 | Amort | 15.00 |
| 50 | | iamwe.com Website Domain | 3/30/16 | 20,000.00 | 0.00 | 0.00 | 4,666.66 | 1,333.33 | 5,999.99 | 14,000.01 | Amort | 3.00 |
| 71 | | TYI Domain NMame | 6/15/17 | 7,488.00 | 0.00 | 0.00 | 1,123.20 | 499.20 | 1,622.40 | 5,865.60 | Amort | 15.00 |
| | | **Grand Total** | | 537,953.00 | 0.00c | 0.00 | 157,008.45 | 35,509.19 | 192,517.64 | 345,435.36 | | |

| SCHEDULE A<br>(Form 990 or 990-EZ) | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2019** |
| Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to Form 990 or Form 990-EZ.**<br>▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public<br>Inspection |

| Name of the organization | Employer identification number |
|---|---|
| WE CHARITY<br>WILLIAM C. MORAN & ASSOC, P.C. | 16-1533544 |

**Part I**   **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv). (Complete Part II.)**

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi). (Complete Part II.)**

8 ☐ A community trust described in **section 170(b)(1)(A)(vi). (Complete Part II.)**

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: ...................

10 ☐ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2). (Complete Part III.)**

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f    Enter the number of supported organizations .................................................. [        ]

g    Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.                    Schedule A (Form 990 or 990-EZ) 2019

DAA

**Part II**   Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 31,161,303 | 32,849,945 | 17,736,855 | 30,930,699 | 31,393,730 | 144,072,532 |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 Total. Add lines 1 through 3 | 31,161,303 | 32,849,945 | 17,736,855 | 30,930,699 | 31,393,730 | 144,072,532 |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | 63,301,630 |
| 6 Public support. Subtract line 5 from line 4 | | | | | | 80,770,902 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | 31,161,303 | 32,849,945 | 17,736,855 | 30,930,699 | 31,393,730 | 144,072,532 |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 78,954 | 29,824 | 55,455 | 161,974 | 638,540 | 964,747 |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | 29,049 | 168,134 | 470 | 10,780 | | 208,433 |
| 11 Total support. Add lines 7 through 10 | | | | | | 145,245,712 |
| 12 Gross receipts from related activities, etc. (see instructions) | | | | | 12 | |

13 First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here ▶ ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| 14 Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) | 14 | 55.61 % |
| 15 Public support percentage from 2018 Schedule A, Part II, line 14 | 15 | 58.35 % |

16a 33 1/3% support test—2019. If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and stop here. The organization qualifies as a publicly supported organization ▶ ☒

b 33 1/3% support test—2018. If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and stop here. The organization qualifies as a publicly supported organization ▶ ☐

17a 10%-facts-and-circumstances test—2019. If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and stop here. Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization ▶ ☐

b 10%-facts-and-circumstances test—2018. If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and stop here. Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization ▶ ☐

18 Private foundation. If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

DAA

Schedule A (Form 990 or 990-EZ) 2019   WE CHARITY   16-1533544   Page 3

## Part III   Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II.
If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 Total. Add lines 1 through 5 | | | | | | |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c Add lines 7a and 7b | | | | | | |
| 8 Public support. (Subtract line 7c from line 6.) | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | | | | | | |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | | | | | | |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 13 Total support. (Add lines 9, 10c, 11, and 12.) | | | | | | |

14 First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here ............................................................ ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2019 (line 8, column (f), divided by line 13, column (f)) | 15 | % |
| 16 Public support percentage from 2018 Schedule A, Part III, line 15 | 16 | % |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for 2019 (line 10c, column (f), divided by line 13, column (f)) | 17 | % |
| 18 Investment income percentage from 2018 Schedule A, Part III, line 17 | 18 | % |

19a 33 1/3% support tests—2019. If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and stop here. The organization qualifies as a publicly supported organization ...................... ▶ ☐

b 33 1/3% support tests—2018. If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and stop here. The organization qualifies as a publicly supported organization ...................... ▶ ☐

20 Private foundation. If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ...................... ▶ ☐

Schedule A (Form 990 or 990-EZ) 2019

DAA

Schedule A (Form 990 or 990-EZ) 2019     WE CHARITY                                    16-1533544                        Page 4

## Part IV    Supporting Organizations
(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A
and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete
Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? If "No," describe in Part VI how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain. | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? If "Yes," explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2). | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? If "Yes," answer (b) and (c) below. | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? If "Yes," describe in Part VI when and how the organization made the determination. | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? If "Yes," explain in Part VI what controls the organization put in place to ensure such use. | | |
| 4a | Was any supported organization not organized in the United States ("foreign supported organization")? If "Yes," and if you checked 12a or 12b in Part I, answer (b) and (c) below. | | |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations. | | |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes. | | |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? If "Yes," answer (b) and (c) below (if applicable). Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document). | | |
| b | Type I or Type II only. Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | | |
| c | Substitutions only. Was the substitution the result of an event beyond the organization's control? | | |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? If "Yes," provide detail in Part VI. | | |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ). | | |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ). | | |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? If "Yes," provide detail in Part VI. | | |
| b | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? If "Yes," provide detail in Part VI. | | |
| c | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? If "Yes," provide detail in Part VI. | | |
| 10a | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? If "Yes," answer 10b below. | | |
| b | Did the organization have any excess business holdings in the tax year? (Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.) | | |

Schedule A (Form 990 or 990-EZ) 2019

DAA

Schedule A (Form 990 or 990-EZ) 2019     WE CHARITY                                16-1533544                Page 5

## Part IV  Supporting Organizations *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | |
| a | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** | | |
| b | A family member of a person described in (a) above? **11b** | | |
| c | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI.* **11c** | | |

### Section B. Type I Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* **1** | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* **2** | | |

### Section C. Type II Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* **1** | | |

### Section D. All Type III Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* **2** | | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

| 1 | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year *(see instructions).* |
|---|---|
| a | ☐ The organization satisfied the Activities Test. *Complete line 2 below.* |
| b | ☐ The organization is the parent of each of its supported organizations. *Complete line 3 below.* |
| c | ☐ The organization supported a governmental entity. *Describe in Part VI how you supported a government entity (see instructions).* |

|  |  | Yes | No |
|---|---|---|---|
| 2 | Activities Test. *Answer (a) and (b) below.* | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* **2a** | | |
| b | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* **2b** | | |
| 3 | Parent of Supported Organizations. *Answer (a) and (b) below.* | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* **3a** | | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in Part VI the role played by the organization in this regard.* **3b** | | |

DAA                                                                           Schedule A (Form 990 or 990-EZ) 2019

Schedule A (Form 990 or 990-EZ) 2019     WE CHARITY        16-1533544        Page 6

## Part V    Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI). See instructions. All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1   Net short-term capital gain | 1 | | |
| 2   Recoveries of prior-year distributions | 2 | | |
| 3   Other gross income (see instructions) | 3 | | |
| 4   Add lines 1 through 3. | 4 | | |
| 5   Depreciation and depletion | 5 | | |
| 6   Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7   Other expenses (see instructions) | 7 | | |
| 8   **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1   Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
|    a   Average monthly value of securities | 1a | | |
|    b   Average monthly cash balances | 1b | | |
|    c   Fair market value of other non-exempt-use assets | 1c | | |
|    d   Total (add lines 1a, 1b, and 1c) | 1d | | |
|    e   Discount claimed for blockage or other factors (explain in detail in **Part VI**): | | | |
| 2   Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| 3   Subtract line 2 from line 1d. | 3 | | |
| 4   Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions). | 4 | | |
| 5   Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6   Multiply line 5 by .035. | 6 | | |
| 7   Recoveries of prior-year distributions | 7 | | |
| 8   **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1   Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2   Enter 85% of line 1. | 2 | | |
| 3   Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4   Enter greater of line 2 or line 3. | 4 | | |
| 5   Income tax imposed in prior year | 5 | | |
| 6   **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

Schedule A (Form 990 or 990-EZ) 2019

Schedule A (Form 990 or 990-EZ) 2019     WE CHARITY     16-1533544     Page 7

**Part V**    **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)*

| Section D - Distributions | Current Year |
|---|---|
| 1   Amounts paid to supported organizations to accomplish exempt purposes | |
| 2   Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| 3   Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| 4   Amounts paid to acquire exempt-use assets | |
| 5   Qualified set-aside amounts (prior IRS approval required) | |
| 6   Other distributions (describe in **Part VI**). See instructions. | |
| 7   **Total annual distributions.** Add lines 1 through 6. | |
| 8   Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions. | |
| 9   Distributable amount for 2019 from Section C, line 6 | |
| 10   Line 8 amount divided by line 9 amount | |

| Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2019 | (iii) Distributable Amount for 2019 |
|---|---|---|---|
| 1   Distributable amount for 2019 from Section C, line 6 | | | |
| 2   Underdistributions, if any, for years prior to 2019 (reasonable cause required-explain in **Part VI**). See instructions. | | | |
| 3   Excess distributions carryover, if any, to 2019 | | | |
|    a   From 2014 .............................. | | | |
|    b   From 2015 .............................. | | | |
|    c   From 2016 .............................. | | | |
|    d   From 2017 .............................. | | | |
|    e   From 2018 .............................. | | | |
|    f   Total of lines 3a through e | | | |
|    g   Applied to underdistributions of prior years | | | |
|    h   Applied to 2019 distributable amount | | | |
|    i   Carryover from 2014 not applied (see instructions) | | | |
|    j   Remainder. Subtract lines 3g, 3h, and 3i from 3f. | | | |
| 4   Distributions for 2019 from Section D, line 7:     $ | | | |
|    a   Applied to underdistributions of prior years | | | |
|    b   Applied to 2019 distributable amount | | | |
|    c   Remainder. Subtract lines 4a and 4b from 4. | | | |
| 5   Remaining underdistributions for years prior to 2019, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, explain in **Part VI**. See instructions. | | | |
| 6   Remaining underdistributions for 2019. Subtract lines 3h and 4b from line 1. For result greater than zero, explain in **Part VI**. See instructions. | | | |
| 7   **Excess distributions carryover to 2020.** Add lines 3j and 4c. | | | |
| 8   Breakdown of line 7: | | | |
|    a   Excess from 2015 ......................... | | | |
|    b   Excess from 2016 ......................... | | | |
|    c   Excess from 2017 ......................... | | | |
|    d   Excess from 2018 ......................... | | | |
|    e   Excess from 2019 ......................... | | | |

**Schedule A (Form 990 or 990-EZ) 2019**

DAA

| Part VI | Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |
|---|---|

Part II, Line 10 - Other Income Detail

MISCELLANEOUS INCOME                    $       17,169

TRAVEL & MEALS REIMBURSEMENT            $      191,264

                                        $      208,433

DAA

# Federal Statements

FTC3544  WE CHARITY
16-1533544
FYE: 8/31/2020

## Schedule A, Part II, Line 8(e)

| Description | | Amount |
|---|---|---|
| EQUITY SECURITIES | $ | 638,540 |
| Total | $ | 638,540 |

## Schedule A, Part II, Line 9(e)

| Description | | Amount |
|---|---|---|
| MERCHANDISE SALES | $ | |
| Total | $ | 0 |

## Schedule A, Part II, Line 10(e)

| Description | | Amount |
|---|---|---|
| MISCELLANEOUS INCOME | $ | |
| Total | $ | 0 |

| SCHEDULE D<br>(Form 990)<br><br>Department of the Treasury<br>Internal Revenue Service | **Supplemental Financial Statements**<br>► Complete if the organization answered "Yes" on Form 990,<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.<br>► Attach to Form 990.<br>► Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047<br><br>**2019**<br><br>Open to Public<br>Inspection |

| Name of the organization | Employer Identification number |
|---|---|
| WE CHARITY<br>WILLIAM C. MORAN & ASSOC, P.C. | 16-1533544 |

**Part I**  Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

|  |  | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? .......................... ☐ Yes ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? ........................................... ☐ Yes ☐ No

**Part II**  Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (for example, recreation or education)   ☐ Preservation of a historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

|  |  | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a<br>historic structure listed in the National Register | 2d | |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ► ...............

4  Number of states where property subject to conservation easement is located ► ...........

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? ........................................... ☐ Yes ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► ...............

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► $ ...............

8  Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? ........................................... ☐ Yes ☐ No

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

**Part III**  Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a  If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b  If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items:

(i)  Revenue included on Form 990, Part VIII, line 1 ................................................... ► $ ...............

(ii)  Assets included in Form 990, Part X ................................................... ► $ ...............

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

a  Revenue included on Form 990, Part VIII, line 1 ................................................... ► $ ...............

b  Assets included in Form 990, Part X ................................................... ► $ ...............

For Paperwork Reduction Act Notice, see the Instructions for Form 990.                          Schedule D (Form 990) 2019
DAA

Schedule D (Form 990) 2019   WE CHARITY                    16-1533544                              Page **2**

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |

3  Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

a ☐ Public exhibition                    d ☐ Loan or exchange program
b ☐ Scholarly research                   e ☐ Other ...........................................................
c ☐ Preservation for future generations

4  Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

5  During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? .................... ☐ Yes ☐ No

| Part IV | Escrow and Custodial Arrangements. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

1a Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? ................................................................................. ☐ Yes ☐ No

b If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| c Beginning balance | 1c | |
| d Additions during the year | 1d | |
| e Distributions during the year | 1e | |
| f Ending balance | 1f | |

2a Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? .................... ☐ Yes ☐ No

b If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ...................

| Part V | Endowment Funds. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| 1a Beginning of year balance | | | | | |
| b Contributions | | | | | |
| c Net investment earnings, gains, and losses | | | | | |
| d Grants or scholarships | | | | | |
| e Other expenditures for facilities and programs | | | | | |
| f Administrative expenses | | | | | |
| g End of year balance | | | | | |

2  Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

a Board designated or quasi-endowment ▶ ................ %
b Permanent endowment ▶ ............ %
c Term endowment ▶ ............ %
The percentages on lines 2a, 2b, and 2c should equal 100%.

3a Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| (i) Unrelated organizations | 3a(i) | | |
| (ii) Related organizations | 3a(ii) | | |
| b If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | 3b | | |

4  Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | Land, Buildings, and Equipment. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| 1a Land | | | | |
| b Buildings | | | | |
| c Leasehold improvements | | | | |
| d Equipment | | 1,084,576 | 949,639 | 134,937 |
| e Other | | | | |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ▶ | | | | 134,937 |

Schedule D (Form 990) 2019

DAA

Schedule D (Form 990) 2019   WE CHARITY                    16-1533544                      Page **3**

**Part VII**   **Investments – Other Securities.**
　　　　Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

**Part VIII**   **Investments – Program Related.**
　　　　Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

**Part IX**   **Other Assets.**
　　　　Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) ACCOUNTS RECEIVABLE - REL PARTIES | 4,000,005 |
| (2) PROMISES TO GIVE | 625,000 |
| (3) ACCRUED INTEREST RECEIVABLE | 21,778 |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 15.) ▶ | 4,646,783 |

**Part X**   **Other Liabilities.**
　　　　Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) DUE TO RELATED PARTIES | 3,508,000 |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 25.) ▶ | 3,508,000 |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ............... [X]

DAA                                                                              Schedule D (Form 990) 2019

Schedule D (Form 990) 2019   WE CHARITY                                         16-1533544                              Page **4**

### Part XI   Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.
Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | | | **1** | 31,798,133 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains (losses) on investments | **2a** | 415,706 | | |
| b | Donated services and use of facilities | **2b** | | | |
| c | Recoveries of prior year grants | **2c** | | | |
| d | Other (Describe in Part XIII.) | **2d** | | | |
| e | Add lines 2a through 2d | | | **2e** | 415,706 |
| 3 | Subtract line 2e from line 1 | | | **3** | 31,382,427 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| b | Other (Describe in Part XIII.) | **4b** | -303,685 | | |
| c | Add lines 4a and 4b | | | **4c** | -303,685 |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)* | | | **5** | 31,078,742 |

### Part XII   Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.
Complete if the organization answered "Yes" on Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | | | **1** | 26,450,198 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | **2a** | | | |
| b | Prior year adjustments | **2b** | | | |
| c | Other losses | **2c** | | | |
| d | Other (Describe in Part XIII.) | **2d** | | | |
| e | Add lines 2a through 2d | | | **2e** | |
| 3 | Subtract line 2e from line 1 | | | **3** | 26,450,198 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| b | Other (Describe in Part XIII.) | **4b** | -303,685 | | |
| c | Add lines 4a and 4b | | | **4c** | -303,685 |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)* | | | **5** | 26,146,513 |

### Part XIII   Supplemental Information.

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Part X - FIN 48 Footnote

THE ORGANIZATION HAS NO UNCERTAIN TAX POSITIONS REQUIRING DISCLOSURE.


Part XI, Line 4b - Revenue Amounts Included on Return - Other

LOSS ON SALE OF ASSETS                                      $    -303,685


Part XII, Line 4b - Expense Amounts Included on Return - Other

LOSS ON SALE OF ASSETS                                      $    -303,685

DAA

**SCHEDULE F**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Statement of Activities Outside the United States

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 14b, 15, or 16.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2019**

Open to Public
Inspection

Name of the organization

WE CHARITY
WILLIAM C. MORAN & ASSOC, P.C.

Employer Identification number

16-1533544

**Part I**  General Information on Activities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 14b.

1  For grantmakers. Does the organization maintain records to substantiate the amount of its grants and
 other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to
 award the grants or assistance? ............................................................................... ☒ Yes ☐ No

2  For grantmakers. Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance
 outside the United States.

3  Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| (a) Region | (b) Number of offices in the region | (c) Number of employees, agents, and independent contractors in the region | (d) Activities conducted in the region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | (e) If activity listed in (d) is a program service, describe specific type of service(s) in the region | (f) Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| NORTH AMERICA (1) | 4 | 232 | GRANTMAKING | | 9,403,000 |
| HAITI (2) | 1 | 1 | PROGRAM SERVICE | MEDICAL RELIEF | 3,317,600 |
| KENYA (3) | 1 | 1 | PROGRAM SERVICE | HUMANITARIAN RELIEF | 3,185,216 |
| ECUADOR (4) | 1 | 1 | PROGRAM SERVICE | HUMANITARIAN RELIEF | 2,487,590 |
| CHINA (5) | 1 | 1 | PROGRAM SERVICE | HUMANITARIAN RELIEF | 80,000 |
| INDIA (6) | 1 | 1 | PROGRAM SERVICE | HUMANITARIAN RELIEF | 280,000 |
| TANZANIA (7) | 1 | 1 | PROGRAM SERVICE | HUMANITARIAN RELIEF | 79,400 |
| (8) | | | | | |
| (9) | | | | | |
| (10) | | | | | |
| (11) | | | | | |
| (12) | | | | | |
| (13) | | | | | |
| (14) | | | | | |
| (15) | | | | | |
| (16) | | | | | |
| (17) | | | | | |
| 3a Subtotal ...... | 10 | 238 | | | 18,832,806 |
| b Total from continuation sheets to Part I ... | | | | | |
| c Totals (add lines 3a and 3b) | 10 | 238 | | | 18,832,806 |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule F (Form 990) 2019

DAA

Schedule F (Form 990) 2019   WE CHARITY   16-1533544   Page **2**

## Part II — Grants and Other Assistance to Organizations or Entities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of noncash assistance | (h) Description of noncash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| **(1)** | | | NORTH AMERICA | HUMANITARIAN RELIEF | 9,403,000 | CHECK | | | |
| **(2)** | | | KENYA | HUMANITARIAN RELIEF | 2,974,500 | CHECK | | | |
| **(3)** | | | ECUADOR | HUMANITARIAN RELIEF | 2,487,590 | CHECK | | | |
| **(4)** | | | CHINA | HUMANITARIAN RELIEF | 80,000 | CHECK | | | |
| **(5)** | | | HAITI | HUMANITARIAN RELIEF | 440,000 | CHECK | | | |
| **(6)** | | | INDIA | HUMANITARIAN RELIEF | 280,000 | CHECK | | | |
| **(7)** | | | TANZANIA | HUMANITARIAN RELIEF | 79,400 | CHECK | | | |
| **(8)** | | | | | | | | | |
| **(9)** | | | | | | | | | |
| **(10)** | | | | | | | | | |
| **(11)** | | | | | | | | | |
| **(12)** | | | | | | | | | |
| **(13)** | | | | | | | | | |
| **(14)** | | | | | | | | | |
| **(15)** | | | | | | | | | |
| **(16)** | | | | | | | | | |

**2** Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter ........................................ ▲ **1**

**3** Enter total number of other organizations or entities ........................................................................................................................ ▲ **0**

Schedule F (Form 990) 2019

DAA

Schedule F (Form 990) 2019   WE CHARITY                        16-1533544                                    Page 3

**Part III**   Grants and Other Assistance to Individuals Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 16.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Region | (c) Number of recipients | (d) Amount of cash grant | (e) Manner of cash disbursement | (f) Amount of noncash assistance | (g) Description of noncash assistance | (h) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| (1) CASH | KENYA | | 210,716 | CHECK | | | CASH |
| (2) NONCASH | HAITI | | | MEDICAL SUPPLIE | 2,877,600 | MEDICAL SUPPLIE | FMV |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |
| (13) | | | | | | | |
| (14) | | | | | | | |
| (15) | | | | | | | |
| (16) | | | | | | | |
| (17) | | | | | | | |
| (18) | | | | | | | |

Schedule F (Form 990) 2019

DAA

| Part IV | Foreign Forms |
|---|---|

**1**   Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If "Yes,"*
*the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign*
*Corporation (see Instructions for Form 926)* ................................................................................................   ☐ Yes   ☒ No

**2**   Did the organization have an interest in a foreign trust during the tax year? *If "Yes," the organization may*
*be required to separately file Form 3520, Annual Return To Report Transactions With Foreign Trusts and*
*Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a*
*U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)* ...................................   ☐ Yes   ☒ No

**3**   Did the organization have an ownership interest in a foreign corporation during the tax year? *If "Yes,"*
*the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect to*
*Certain Foreign Corporations (see Instructions for Form 5471)* ....................................................................   ☐ Yes   ☒ No

**4**   Was the organization a direct or indirect shareholder of a passive foreign investment company or a
qualified electing fund during the tax year? *If "Yes," the organization may be required to file Form 8621,*
*Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing*
*Fund (see Instructions for Form 8621)* .........................................................................................................   ☐ Yes   ☒ No

**5**   Did the organization have an ownership interest in a foreign partnership during the tax year? *If "Yes,"*
*the organization may be required to file Form 8865, Return of U.S. Persons With Respect to Certain*
*Foreign Partnerships (see Instructions for Form 8865)* .................................................................................   ☐ Yes   ☒ No

**6** .   Did the organization have any operations in or related to any boycotting countries during the tax year? *If*
*"Yes," the organization may be required to separately file Form 5713, International Boycott Report (see*
*Instructions for Form 5713; don't file with Form 990)* ...................................................................................   ☐ Yes   ☒ No

Schedule F (Form 990) 2019

Case 1:22-cv-00340-RDM   Document 16-6   Filed 05/04/22   Page 47 of 74

**Part V**    **Supplemental Information**

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information. See instructions.

Part I, Line 3 - Activities per Region

| Region | Expenditures | Investments |
|---|---|---|
| NORTH AMERICA | $ 9,403,000 | $ 0 |
| HAITI | $ 3,317,600 | $ 0 |
| KENYA | $ 3,185,216 | $ 0 |
| ECUADOR | $ 2,487,590 | $ 0 |
| CHINA | $ 80,000 | $ 0 |
| INDIA | $ 280,000 | $ 0 |
| TANZANIA | $ 79,400 | $ 0 |
| | $ 18,832,806 | $ 0 |

**SCHEDULE M**
**(Form 990)**

OMB No. 1545-0047

# Noncash Contributions

▶ Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for Instructions and the latest information.

**2019**

Open To Public Inspection

Department of the Treasury
Internal Revenue Service

Name of the organization   WE CHARITY
WILLIAM C. MORAN & ASSOC, P.C.

Employer identification number
16-1533544

## Part I   Types of Property

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art — Works of art | | | | |
| 2 | Art — Historical treasures | | | | |
| 3 | Art — Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | | | | |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities — Publicly traded | X | 3 | 1,166,551 | FAIR MARKET VALUE |
| 10 | Securities — Closely held stock | | | | |
| 11 | Securities — Partnership, LLC, or trust interests | | | | |
| 12 | Securities — Miscellaneous | | | | |
| 13 | Qualified conservation contribution — Historic structures | | | | |
| 14 | Qualified conservation contribution — Other | | | | |
| 15 | Real estate — Residential | | | | |
| 16 | Real estate — Commercial | | | | |
| 17 | Real estate — Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | X | 4 | 2,981,400 | COST |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ▶ ( ) | | | | |
| 26 | Other ▶ ( ) | | | | |
| 27 | Other ▶ ( ) | | | | |
| 28 | Other ▶ ( ) | | | | |

29   Number of Forms 8283 received by the organization during the tax year for contributions for
which the organization completed Form 8283, Part IV, Donee Acknowledgement ............ **29** | 0

| | | Yes | No |
|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least three years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? ......................... **30a** | | X |
| b | If "Yes," describe the arrangement in Part II. | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? ........................................................................ **31** | X | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? ........................................................... **32a** | | X |
| b | If "Yes," describe in Part II. | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule M (Form 990) 2019

DAA

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990 or 990-EZ. ▶ Go to *www.irs.gov/Form990* for the latest information. | Open to Public Inspection |

| Name of the organization WE CHARITY WILLIAM C. MORAN & ASSOC, P.C. | Employer identification number 16-1533544 |
|---|---|

Form 990, Part V, Line 4b - Financial Accounts in Foreign Countries

Canada

Form 990, Part VI, Line 2 - Related Party Information Among Officers

JONATHAN WHITE                    SHELLEY WHITE

CHAIR                            BOARD MEMBER

MARRIED

Form 990, Part VI, Line 6 - Classes of Members or Stockholders

THERE ARE TWO CLASSES OF MEMBERSHIP, FOUNDING MEMBERS AND VOTING MEMBERS.

VOTING MEMBERS ARE AUTHORIZED TO ELECT THE BOARD OF DIRECTORS AND ALSO TO

ELECT ADDITIONAL MEMBERS. FOUNDING MEMBERS APPROVAL IS REQUIRED TO ADMIT

NEW MEMBERS BUT HAVE NO OTHER VOTING RIGHTS.

Form 990, Part VI, Line 7a - Election of Members and Their Rights

VOTING MEMBERS ARE AUTHORIZED TO ELECT THE BOARD OF DIRECTORS.

Form 990, Part VI, Line 11b - Organization's Process to Review Form 990

THE CHIEF FINANCIAL OFFICER DISTRIBUTES FORM 990 TO THE BOARD OF DIRECTORS

AND OBTAINS THEIR APPROVAL PRIOR TO FILING.

Form 990, Part VI, Line 12c - Enforcement of Conflicts Policy

NEW BOARD MEMBERS AND OFFICERS ARE PROVIDED THE WRITTEN CONFLICT OF

INTERESTS POLICY AND MUST SIGN A DOCUMENT REPRESENTING THEY ARE IN

COMPLIANCE. ALL BOARD MEMBERS ARE REQUIRED TO UPDATE THE DOCUMENT ANNUALLY.

Schedule O (Form 990 or 990-EZ) (2019)

Page **2**

| Name of the organization | Employer identification number |
|---|---|
| WE CHARITY | 16-1533544 |

Form 990, Part VI, Line 15a - Compensation Process for Top Official

CURRENTLY THERE IS NO COMPENSATION PROVIDED TO TOP OFFICIALS.


Form 990, Part VI, Line 15b - Compensation Process for Officers

CURRENTLY THERE IS NO COMPENSATION PROVIDED TO OFFICERS.


Form 990, Part VI, Line 19 - Governing Documents Disclosure Explanation

ALL GOVERNING DOCUMENTS REQUIRED TO BE MADE AVAILABLE TO THE PUBLIC ARE

AVAILABLE UPON REQUEST.


Form 990, Part XI, Line 9 - Other Changes in Net Assets Explanation

LOSS ON SALE OF ASSETS                                  $       303,685

LOSS ON SALE OF ASSETS                                  $      -303,685

Page 1 of 1

DAA

WE CHARITY

FINANCIAL STATEMENTS
AND
SUPPLEMENTAL FINANCIAL INFORMATION

YEARS ENDED AUGUST 31, 2020 AND 2019

**S K P**

**SWIANTEK, KLING & PASIEKA, LLP**
Certified Public Accountants

## INDEPENDENT AUDITOR'S REPORT

The Board of Directors
We Charity
Toronto, Ontario Canada

### Opinion

We have audited the accompanying financial statements of We Charity (a nonprofit organization), which comprise the statement of financial position as of August 31, 2020 and 2019, and the related statements of activities, functional expenses, and cash flows for the years then ended, and the related notes to the financial statements.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of We Charity as of August 31, 2020 and 2019, and the changes in its net assets and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of We Charity and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about We Charity's ability to continue as a going concern within one year after the date that the financial statements are available to be issued.

### Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that

includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements, including omissions, are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements. In performing an audit in accordance with generally accepted auditing standards, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of We Charity's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about We Charity's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control related matters that we identified during the audit.

*Swiantek, Kling & Pasieka LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
November 13, 2020

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

## STATEMENTS OF FINANCIAL POSITION

## AUGUST 31, 2020 AND 2019

### ASSETS

|  | 2020 | 2019 |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash | $ 2,140,146 | $ 2,455,985 |
| Accounts receivable | 1,979,684 | 1,719,204 |
| Unconditional promises to give | 187,686 | 291,463 |
| Accounts receivable – related entities | 4,000,005 | - |
| Accrued interest receivable | 21,778 | - |
| Prepaid expenses | 23,657 | 300,386 |
| Marketable securities – available for sale | 9,984,249 | 5,114,651 |
| TOTAL CURRENT ASSETS | 18,337,205 | 9,881,689 |
| LAND, BUILDINGS AND EQUIPMENT, net of accumulated depreciation | 134,937 | 1,068,546 |
| OTHER ASSETS: | | |
| Intangible assets, net of accumulated amortization | 542,292 | 720,859 |
| Promises to give-long term | 625,000 | 90,000 |
|  | 1,167,292 | 810,859 |
|  | $19,639,434 | $11,761,094 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## LIABILITIES AND NET ASSETS

|                                        | 2020        | 2019        |
|----------------------------------------|-------------|-------------|
| CURRENT LIABILITIES:                   |             |             |
| Accounts payable                       | $    121,119 | $ 1,091,298 |
| Accounts payable - related parties     | 3,508,000   | -           |
| Accrued expenses                       | 35,874      | 43,290      |
| TOTAL CURRENT LIABILITIES              | 3,664,993   | 1,134,588   |
|                                        |             |             |
| NET ASSETS:                            |             |             |
| Without donor restrictions             | 14,252,515  | 7,530,798   |
| With donor restrictions                | 1,721,926   | 3,095,708   |
| TOTAL NET ASSETS                       | 15,974,441  | 10,626,506  |
|                                        | $19,639,434 | $11,761,094 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

STATEMENTS OF ACTIVITIES

YEARS ENDED AUGUST 31, 2020 AND 2019

| | WITHOUT DONOR RESTRICTIONS | WITH DONOR RESTRICTIONS |
|---|---|---|
| **PUBLIC SUPPORT AND REVENUE:** | | |
| PUBLIC SUPPORT: | | |
| Contributions and bequests | $ 11,637,592 | $ 847,409 |
| Grants | 18,201,904 | 706,825 |
| TOTAL PUBLIC SUPPORT | 29,839,496 | 1,554,234 |
| REVENUE: | | |
| Interest and dividends | 638,541 | – |
| Gain on sale of vehicle | – | – |
| Miscellaneous | – | – |
| Realized gain (loss) on sale of securities | ( 649,844) | – |
| Unrealized gain (loss) on securities | 415,706 | – |
| Net sales – WE DAY | – | – |
| Cost of sales – WE DAY | – | – |
| Net-WE DAY | – | – |
| TOTAL REVENUE | 404,403 | – |
| Net assets released from restrictions: | | |
| Satisfaction of program restrictions | 205,969 | ( 205,969) |
| Expiration of time restrictions | 2,722,047 | (2,722,047) |
| TOTAL NET ASSETS RELEASED FROM RESTRICTIONS | 2,928,016 | (2,928,016) |
| TOTAL PUBLIC SUPPORT AND REVENUE | 33,171,915 | (1,373,782) |
| **EXPENSES:** | | |
| PROGRAM SERVICES: | | |
| International Projects | 10,015,454 | – |
| Domestic Projects | 15,198,417 | – |
| TOTAL PROGRAM SERVICES | 25,213,871 | – |
| SUPPORTING SERVICES: | | |
| General and administrative | 1,034,400 | – |
| Fundraising | 201,927 | – |
| TOTAL SUPPORTING SERVICES | 1,236,327 | – |
| TOTAL EXPENSES | 26,450,198 | – |
| INCREASE (DECREASE) IN NET ASSETS | 6,721,717 | (1,373,782) |
| NET ASSETS, BEGINNING | 7,530,798 | 3,095,708 |
| NET ASSETS, ENDING | $ 14,252,515 | $ 1,721,926 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

| TOTAL YEAR ENDED AUGUST 31, 2020 | WITHOUT DONOR RESTRICTIONS | WITH DONOR RESTRICTIONS | TOTAL YEAR ENDED AUGUST 31, 2019 |
|---|---|---|---|
| $12,485,001 | $10,581,397 | $    575,898 | $11,157,215 |
| 18,908,729 | 17,373,594 | 2,399,810 | 19,773,404 |
| 31,393,730 | 27,954,991 | 2,975,708 | 30,930,699 |
| 638,541 | 161,974 | - | 161,974 |
| - | 2,740 | - | 2,740 |
| - | 10,780 | - | 10,780 |
| (    649,844) | 35,133 | - | 35,133 |
| 415,706 | (    647,428) | - | (    647,428) |
| - | 62,785 | - | 62,785 |
| - | (    62,785) | - | (    62,785) |
| - | - | - | |
| 404,403 | (    436,801) | - | (    436,801) |
| - | 573,250 | (    573,250) | - |
| - | 4,856,471 | (4,856,471) | - |
| - | 5,429,721 | (5,429,721) | - |
| 31,798,133 | 32,947,911 | (2,454,013) | 30,493,898 |
| 10,015,454 | 8,665,094 | - | 8,665,094 |
| 15,198,417 | 22,265,654 | - | 22,265,654 |
| 25,213,871 | 30,930,748 | - | 30,930,748 |
| 1,034,400 | 1,292,912 | - | 1,292,912 |
| 201,927 | 375,030 | - | 375,030 |
| 1,236,327 | 1,667,942 | - | 1,667,942 |
| 26,450,198 | 32,598,690 | - | 32,598,690 |
| 5,347,935 | 349,221 | (2,454,013) | (2,104,792) |
| 10,626,506 | 7,181,577 | 5,549,721 | 12,731,298 |
| $15,974,441 | $  7,530,798 | $  3,095,708 | $10,626,506 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

STATEMENT OF FUNCTIONAL EXPENSES

YEAR ENDED AUGUST 31, 2020
WITH SUMMARIZED COMPARATIVE TOTALS FOR 2019

| | PROGRAM SERVICES | | |
| --- | --- | --- | --- |
| | INTERNATIONAL PROJECTS | DOMESTIC PROJECTS | TOTAL PROGRAM SERVICES |
| Salaries | $ 241,779 | $ 725,338 | $ 967,117 |
| Payroll taxes | 19,308 | 57,920 | 77,228 |
| Employee benefits | 24,653 | 73,960 | 98,613 |
| Advertising and promotion | - | 118,550 | 118,550 |
| Amortization | - | 183,058 | 183,058 |
| Auto | - | - | - |
| Bank charges and fees | - | - | - |
| Consultants | 113,501 | 450,120 | 563,621 |
| Domestic projects | - | 3,257,766 | 3,257,766 |
| International projects | 3,088,316 | - | 3,088,316 |
| Payments to affiliated organizations | 6,341,490 | 9,403,000 | 15,744,490 |
| Depreciation | - | 4,167 | 4,167 |
| Dues and subscriptions | - | 1,559 | 1,559 |
| Fundraising and promotion | - | - | - |
| Insurance | - | 7,832 | 7,832 |
| Legal and accounting | - | - | - |
| Office | - | 8,880 | 8,880 |
| Postage and delivery | - | 7,686 | 7,686 |
| Rent | - | 61,983 | 61,983 |
| Repairs and maintenance | - | 14,830 | 14,830 |
| Shipping and handling | 185,800 | - | 185,800 |
| Travel and meals | 607 | 517,264 | 517,871 |
| Utilities | - | 819 | 819 |
| Loss on sale of assets | - | 303,685 | 303,685 |
| TOTAL FUNCTIONAL EXPENSES - 2020 | $10,015,454 | $15,198,417 | $25,213,871 |
| - 2019 | $ 8,665,094 | $22,265,654 | $30,930,748 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

| SUPPORTING SERVICES | | | TOTAL YEARS ENDED AUGUST 31, | |
| GENERAL AND ADMINISTRATIVE | FUNDRAISING | TOTAL SUPPORTING SERVICES | 2020 | 2019 |
|---|---|---|---|---|
| $ 120,890 | $ 120,890 | $ 241,780 | $ 1,208,897 | $ 2,202,737 |
| 9,653 | 9,654 | 19,307 | 96,535 | 181,644 |
| 14,615 | 12,326 | 26,941 | 125,554 | 257,237 |
| - | - | - | 118,550 | 24,642 |
| 35,509 | - | 35,509 | 218,567 | 204,769 |
| - | - | - | - | 5,079 |
| 52,893 | - | 52,893 | 52,893 | 2,219 |
| 857 | - | 857 | 564,478 | 860,374 |
| - | - | - | 3,257,766 | 7,639,906 |
| - | - | - | 3,088,316 | 42,276 |
| - | - | - | 15,744,490 | 18,789,912 |
| 155,620 | - | 155,620 | 159,787 | 190,433 |
| 39,671 | - | 39,671 | 41,230 | 65,098 |
| - | 51,235 | 51,235 | 51,235 | 102,742 |
| 358 | - | 358 | 8,190 | 12,797 |
| 269,771 | 7,822 | 277,593 | 277,593 | 457,762 |
| 61,200 | - | 61,200 | 70,080 | 78,541 |
| - | - | - | 7,686 | 10,102 |
| 240,000 | - | 240,000 | 301,983 | 416,656 |
| 176 | - | 176 | 15,006 | 28,482 |
| - | - | - | 185,800 | - |
| - | - | - | 517,871 | 989,296 |
| 33,187 | - | 33,187 | 34,006 | 35,986 |
| - | - | - | 303,685 | - |
| $ 1,034,400 | $ 201,927 | $ 1,236,327 | $26,450,198 | |
| $ 1,292,912 | $ 375,030 | $ 1,667,942 | | $32,598,690 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

4

## WE CHARITY

### STATEMENTS OF CASH FLOWS

#### YEARS ENDED AUGUST 31, 2020 AND 2019

|  | 2020 | 2019 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Increase (decrease) in net assets | $ 5,347,935 | $(2,104,792) |
| Adjustments to reconcile change in net assets to net cash provided by (used in) operating activities: | | |
| Amortization | 218,567 | 204,769 |
| Depreciation | 159,787 | 190,433 |
| Donated educational videos cost (non-cash) | – | ( 8,260) |
| Donated securities (non-cash) | ( 1,166,551) | ( 486,528) |
| (Gain) loss on sale of assets | 303,685 | ( 2,740) |
| Realized (gain) loss on sale of securities | 649,844 | ( 35,133) |
| Unrealized (gain) loss on securities | ( 415,706) | 647,428 |
| Changes in assets and liabilities | | |
| (Increase) decrease in accounts receivable | ( 260,480) | (1,679,637) |
| Increase in accounts receivable – related parties | ( 4,000,005) | – |
| Increase in accrued interest receivable | ( 21,778) | – |
| (Increase) decrease in unconditional promises to give | ( 431,223) | 681,969 |
| (Increase) decrease in prepaid expenses | 276,729 | ( 33,482) |
| Increase (decrease) in accounts payable | ( 970,179) | 909,520 |
| Increase (decrease) in accrued expenses | ( 7,416) | ( 16,208) |
| Increase on accounts payable – related parties | 3,508,000 | – |
| TOTAL ADJUSTMENTS | ( 2,156,726) | 372,131 |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | 3,191,209 | (1,732,661) |
| **CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES:** | | |
| Proceeds from sale of assets | 470,137 | 2,740 |
| Capital expenditures | – | ( 174,449) |
| Intangible asset expenditures | ( 40,000) | ( 1,700) |
| Proceeds from sale of marketable securities | 9,109,643 | 8,180,265 |
| Purchase of marketable securities available for sale | (13,046,828) | (8,082,809) |
| NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES | ( 3,507,048) | ( 75,953) |
| NET INCREASE (DECREASE) IN CASH | ( 315,839) | (1,808,614) |
| CASH - beginning | 2,455,985 | $ 4,264,599 |
| CASH - ending | $ 2,140,146 | $ 2,455,985 |
| **Non cash donations received during the year were for:** | | |
| Medical supplies | $ 2,981,400 | $ – |
| Contributed securities | $ 1,166,551 | $ 486,528 |
| Merchandise and other | $ – | $ 8,260 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS

AUGUST 31, 2020 AND 2019

Note 1 - Summary of Significant Accounting Policies:

   (A)  Nature of Activities:

       The Organization was incorporated December 20, 1996 in New York State and its mission is to empower people to change the world, locally and globally, achieving transformative outcomes for themselves and others. We Charity works internationally through its holistic and sustainable international development model – WE Villages – and domestically through its full year service learning program and resources – WE Schools and WE Day provided to students, educators and youth.

   (B)  Accounting Principles:

       The financial statements have been prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America. Salaries, payroll taxes and benefits are allocated to cost centers based upon percentages as determined by management. Other expenses are allocated on an actual basis.

       The net assets of the Organization and the changes therein are classified and reported as follows:

           Net assets without donor restrictions - Net assets that are not subject to donor-imposed stipulations.

           Net assets with donor restrictions - Net assets subject to donor-imposed stipulations that may or will be met either by the actions of the Organization and/or the passage of time.

       Revenues are reported as increases in net assets without donor restrictions unless use of the related assets is limited by donor-imposed restrictions. Expenses are reported as decreases in net assets without donor restrictions. Expirations of donor restrictions on net assets (i.e., the donor-stipulated purpose has been fulfilled and/or the stipulated time period has elapsed) are reported as reclassification between the applicable classes of net assets.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2020 AND 2019

Note 1 - Summary of Significant Accounting Policies: (continued)

    (C)   Tax Status:

The Organization is exempt from income tax as a not-for-profit corporation under IRC section 501(c)(3) and classified by the Internal Revenue Service as other than a private foundation. The Organization's Forms 990, Return of Organization Exempt from income tax, are subject to examination by the IRS, for the years ending August 31, 2019 and 2018 and December 31, 2017 (open years). The Organization is registered and files returns in six states and in those states, is also subject to examination for open years. Management does not believe they have met nexus criteria requiring other state registrations at this time and the Organization has no uncertain tax positions requiring disclosure.

    (D)   Promises to Give:

Contributions are recognized when the donor makes a promise to give to the Organization that is in substance, unconditional. Contributions that are restricted by the donor are reported as increases in net assets without donor restrictions if the restrictions expire in the year in which the contributions are recognized. All other donor-restricted contributions are reported as increases in net assets with donor restrictions. When a time or purpose restriction expires, net assets with donor restrictions are reclassified to net assets without donor restrictions.

The Organization uses the allowance method to determine uncollectible unconditional promises to give receivables. The allowance is based on historical experience and management's analysis of specific promises made.

Promises to give that will not be contributed to the Organization within one year are reported in the accompanying financial statements at their net present values as of the financial statement reporting date.

    (E)   Marketable Securities - Available for Sale:

Investments in marketable securities with readily determinable fair values are reported at their fair values in the statement of financial position. Unrealized gains restricted by a donor are reported as increases in net assets without donor restrictions if the restrictions are met (either by passage of time or by use) in the reporting period in which the income and gains are recognized.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

## NOTES TO FINANCIAL STATEMENTS, CONTINUED

## AUGUST 31, 2020 AND 2019

Note 1 - Summary of Significant Accounting Policies: (continued)

(F)    Land, Buildings, Equipment and Depreciation:

Land, buildings and equipment are recorded at cost. Equipment is depreciated over periods of five to seven years using the straight-line method. Buildings and improvements are depreciated using the straight-line method over periods between fifteen and thirty-nine years. Repair and maintenance costs are expensed as incurred, while renewals and betterments which extend the asset's useful lives are capitalized.

(G)    Intangible Assets:

Intangible assets, other than goodwill, are measured at cost less accumulated amortization. They are amortized over periods of three to fifteen years using the straight-line method.

(H)    Educational Videos Cost:

Educational videos cost are measured at cost less accumulated amortization pursuant to the guidance contained in ASC 926. These costs represent the accumulated costs of educational videos on service for schools and families. These videos are being amortized over a period of three years.

(I)    Contributions and Grants:

All contributions and grants are considered to be available for unrestricted use unless specifically restricted by the donor. The Organization received contributions from two major donors representing 13% and 30% each of public support for the year ended August 31, 2020 one major donor representing 28% of public support for the year ended August 31, 2019.

(J)    In-Kind Contributions:

Donated supplies, equipment, marketable securities and other items are recorded at fair market value when received and recorded as contribution revenue

(K)    Contributed Services:

No amounts have been reflected in these statements for donated services, inasmuch as these amounts are indeterminable. The Organization generally pays for services requiring specific expertise.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

### NOTES TO FINANCIAL STATEMENTS, CONTINUED

### AUGUST 31, 2020 AND 2019

Note 1 - Summary of Significant Accounting Policies: (continued)

(L)   Use of Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

(M)   Events Occurring After Reporting Date:

The Organization has evaluated events and transactions that occurred between September 1, 2020 and November 13, 2020, which is the date the financial statements were available to be issued, for possible disclosure and recognition in the financial statements and there were none noted.

(N)   Advertising Expense:

Generally, advertising costs are expensed at the time they are incurred. Advertising expense for the years ended August 31, 2020 and 2019 totaled $118,550 and $24,642, respectively.

(O)   Allocation of expenses:

The financial statements report certain categories of expense that are attributable to more than one program or supporting function.  These expenses require allocation on a reasonable basis that is consistently applied.  These costs and the basis upon which they are allocated are as follows:

- Salaries, payroll taxes and benefits are allocated on the basis of estimates of time and effort.
- Consultants, travel and meals are allocated based upon the underlying invoices.
- Depreciation and utilities are allocated based upon the locations and nature of use of the property and equipment to which they relate.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

### NOTES TO FINANCIAL STATEMENTS, CONTINUED

### AUGUST 31, 2020 AND 2019

Note 2 - Cash:

Cash consists of the following at August 31.

| | | 2020 | 2019 |
|---|---|---|---|
| Bank of America | - checking | $1,810,903 | $1,929,959 |
| | - savings, interest at .01% each year. | 12,827 | 12,825 |
| | - checking | 1,501 | 225 |
| | - checking | - | 6,509 |
| | - savings, interest at .01% each year | 120,119 | 120,090 |
| Bremer Bank | - checking | 46,721 | 46,952 |
| | - checking | 16,778 | 16,778 |
| TD Canada Trust | - checking | 131,297 | 322,647 |
| | | $2,140,146 | $2,455,985 |

As of August 31, the Organization had concentrations of cash in one source totaling $1,945,350 (2020) and $1,819,609 (2019), of which $1,695,350 (2020) and $1,569,609 (2019) were above FDIC insured limits.

Note 3 - Promises to Give:

Unconditional promises to give consist of the following at August 31.

| | 2020 | 2019 |
|---|---|---|
| Receivable in less than one year | $ 265,000 | $ 299,000 |
| Receivable in one to five years | 625,000 | 90,000 |
| Total | 890,000 | 389,000 |
| Less unamortized discount | ( 77,314) | ( 7,537) |
| Less allowance for uncollectible promises | - | - |
| Net unconditional promises to give | 812,686 | 381,463 |
| Less current portion | 187,686 | 291,463 |
| Long term promises to give | $ 625,000 | $ 90,000 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2020 AND 2019

Note 3 - <u>Promises to Give (continued)</u>:

Unconditional promises to give due in more than one year are recognized at fair value, using present value techniques and a discount rate of 6%, when the donor makes an unconditional promise to give to the Organization. Unconditional promises at August 31, 2020 represent funding for future We Day, We School, We Act and We Village events.

The Organization has a concentration of credit risk with outstanding unconditional promises to give from one major donor representing 90% (2020) and from two major donors representing 21% and 41% (2019)

Note 4 - <u>Prepaid Expenses</u>:

Prepaid expenses consist of the following at August 31.

|  | 2020 | 2019 |
|---|---|---|
| Insurance | $    1,381 | $    6,434 |
| Event fees | - | 210,310 |
| Other | 22,276 | 83,642 |
|  | $   23,657 | $  300,386 |

Note 5 - <u>Land, Buildings and Equipment</u>:

Land, buildings and equipment consist of the following at August 31.

|  | 2020 | 2019 |
|---|---|---|
| Land | $        - | $  172,539 |
| Buildings | - | 828,576 |
| Equipment | 1,084,576 | 1,089,454 |
| Horses | - | 4,800 |
| Vehicles | - | 42,501 |
| Total | 1,084,576 | 2,137,870 |
| Less accumulated depreciation | ( 949,639) | (1,069,324) |
| Land, buildings and equipment – net | $   134,937 | $ 1,068,546 |

Depreciation expense for the years ended August 31, 2020 and 2019 $159,787 and $190,433, respectively.

During 2020, the Organization sold its facilities in Arizona, recognizing a loss of $303,685 on the sale.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2020 AND 2019

Note 6 – Intangible Assets:

Intangible assets consist of the following at August 31.

|  | 2020 | 2019 |
|---|---|---|
| Website domains | $    532,638 | $    532,638 |
| Website setup costs | 5,315 | 5,315 |
| We Teacher Program | 40,000 | - |
| Educational videos | 509,174 | 509,174 |
|  | 1,087,127 | 1,047,127 |
| Less accumulated amortization | (  544,835) | (  326,268) |
| Total intangible assets net of accumulated amortization | $    542,292 | $    720,859 |

Amortization expense for the year ended August 31, 2020 and 2019 was $218,567 and $204,769, respectively.

The Organization expects future amortization expense to be as follows at August 31, 2020.

| August 31, 2021 | $    218,567 |
|---|---|
| 2022 | 49,308 |
| 2023 | 35,509 |
| 2024 | 35,509 |
| 2025 | 35,509 |
| Thereafter | 167,890 |
|  | $    542,292 |

Note 7 – Educational Videos Cost:

During 2018, the Organization began production of educational videos on service for schools and families. The educational videos were completed and placed in service during 2019. It is the intention of the Organization to use the educational videos in furtherance of its mission.

## WE CHARITY

### NOTES TO FINANCIAL STATEMENTS, CONTINUED

### AUGUST 31, 2020 AND 2019

Note 8 – Fair Value Measurements:

The Organization's investments are reported at fair value in the accompanying statements of financial position. The methods used to measure fair value may produce an amount that may not be indicative of net realizable value or reflective of future fair value. Furthermore, although the Organization believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to measure the fair value of certain financial instruments could result in a different fair value at the reporting date.

The fair value measurement accounting literature establishes a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. This hierarchy consists of three broad levels: level 1 inputs consist of unadjusted quoted prices in active markets for identical assets and have the highest priority. Level 2 inputs consist of observable inputs other than quoted prices for identical assets. Level 3 inputs are unobservable and have the lowest priority. The Organization uses appropriate valuation techniques based on the available inputs to measure the fair value of its investments. When available, the Organization measures fair value using Level 1 inputs because they generally provide the most reliable evidence of fair value. Level 2 inputs are used for investments for which level 1 inputs are not available. Level 3 inputs are used when Level 1 or Level 2 inputs are not available. There are no assets requiring the use of Level 2 or 3 inputs for the years presented.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2020 AND 2019

Note 8 – Fair Value Measurements (continued):

The fair values of common stocks and U.S. and Canadian Government securities and the publicly-traded partnership are based on the closing price reported on the active market where the individual securities are traded.

The Organization does not hold any Level 2 or Level 3 investments.

Fair value for all investments is determined by reference to quoted market prices. Fair value of assets measured on a recurring basis at August 31, 2020 and 2019 is as follows:

|  | Quoted Prices In Active Markets (Level 1) |
|---|---|
| August 31, 2020 | |
| Equity Securities | $ 5,953,507 |
| Publicly-traded partnership | 3,961,800 |
| Money Market | 68,942 |
| | $ 9,984,249 |
| August 31, 2019 | |
| Equity Securities | $ 5,037,677 |
| Money Market | 76,974 |
| | $ 5,114,651 |

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2020 AND 2019

Note 9 -   Program Services:

Program services consist of two comprehensive cost centers, international and domestic projects. (1) Internationally, We Charity works in partnership with communities in Kenya, Tanzania, Sierra Leone, Ecuador, Haiti, Nicaragua, Ethiopia, India and rural China through its holistic and sustainable development model, WE Villages. This model works to create long-term solutions for education, health, water, food security and alternative income opportunities. (2) Domestically, the Organization provides comprehensive programs for service, learning and active citizenship, inspiring a generation to act. Its core domestic programming, WE Day and WE Schools, provide youth with the inspiration, tools and opportunities to become active local, national and global citizens. By instilling active citizenship, increasing academic engagement and improving the university and workplace readiness of participants, WE Day and WE Schools work together to equip today's young leaders for a better tomorrow.

The COVID-19 pandemic has significantly impacted the programs provided by the Organization, both internationally and domestically. Much of the domestic programming has been adapted to continue in a virtual setting.

Note 10 -  Grants for Projects:

Grants for projects include the following at August 31.

|  | 2020 | 2019 |
|---|---|---|
| Medical Relief | $ 2,877,600 | $ - |
| Kenya project | 210,716 | 19,084 |
| Other | - | 23,192 |
|  | $ 3,088,316 | $ 42,276 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

### NOTES TO FINANCIAL STATEMENTS, CONTINUED

### AUGUST 31, 2020 AND 2019

Note 11 - <u>Related Party Transactions</u>:

At August 31, 2020 and 2019, Accounts receivable-related parties consists of the following, all of which is due from Me to We Foundation.

|  | 2020 | 2019 |
|---|---|---|
| Contributions | $ 4,000,000 | $ - |
| Reimbursement for expenditures | 5 | - |
|  | $ 4,000,005 | $ - |

Included in Accounts payable-related parties at August 31, 2020 and 2019 are $3,508,000 and $0 due to We Charity-Canada for programming related activities provided on behalf of the Organization. This is included in the payments to affiliated organizations disclosed below.

Payments to affiliated organizations for program-related costs include the following at August 31.

|  | 2020 | 2019 |
|---|---|---|
| We Charity - Canada | $15,744,490 | $18,789,912 |
| Total payments to affiliated organizations | $15,744,490 | $18,789,912 |

As discussed in Note 7, an affiliated entity expended $8,260 on behalf of the Organization in connection with the development of an educational video during the year ended August 31, 2019. This was recognized as an in-kind donation and an increase in intangible assets for the year ended August 31, 2019.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2020 AND 2019

Note 12 - Administrative Fees:

Included in functional expenses and allocated to program and supporting services are administrative fees paid to We Charity (its related Canadian not-for-profit organization). A summary of administrative fees and other costs for the years ended August 31, 2020 and 2019 are as follows:

|  | 2020 | 2019 |
|---|---|---|
| General (payroll and other administrative) | $   35,000 | $   35,000 |
| Internal accounting cost allocation | 60,000 | 44,000 |
| Rent | 240,000 | 240,000 |
| Total fees and rent | $  335,000 | $  319,000 |

Note 13 - Rent:

The Organization leases office space in Illinois, New York and Washington State in addition to rent paid to We Charity Canada. These leases are all on a month-to-month basis. Rent expense at August 31, was $301,983 (2020) and $416,656 (2019); including related party rent of $240,000 as further discussed in Note 12.

Note 14 - Liquidity:

We Charity's financial assets available within one year of the balance sheet date for general expenditures are as follows:

| | |
|---|---|
| Cash | $ 2,140,146 |
| Accounts receivable | 1,979,684 |
| Unconditional promises to give -current | 187,686 |
| Accounts receivable - related parties | 4,000,005 |
| Accrued interest receivable | 21,778 |
| Marketable securities | 9,984,249 |
| | $18,313,548 |

As a part of its liquidity management, We Charity has a policy to structure its financial assets to be available as its general expenditures, liabilities and other obligations come due. Generally, We Charity does not liquidate its marketable securities to meet its cash flow needs, but could and would, should it be necessary.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

SWIANTEK, KLING & PASIEKA, LLP
Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT ON SUPPLEMENTAL INFORMATION

The Board of Directors
We Charity
Toronto, Ontario     Canada

We have audited the financial statements of We Charity as of and for the years ended August 31, 2020 and 2019, and have issued our report thereon dated November 13, 2020, which contained an unmodified opinion on those financial statements. Our audit was performed for the purpose of forming an opinion on the financial statements as a whole. The schedule of changes in land, building and equipment is presented for the purpose of additional analysis and is not a required part of the basic financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements. The information has been subjected to the auditing procedures applied in the audits of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the basic financial statements as a whole.

*Swiantek, Kling & Pasieka LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
November 13, 2020

# WE CHARITY

### SCHEDULE OF CHANGES IN LAND, BUILDINGS AND EQUIPMENT

### YEAR ENDED AUGUST 31, 2020

SEE ACCOUNTANT'S REPORT ON SUPPLEMENTAL FINANCIAL INFORMATION

|  | Beginning | Additions | Deletions | Ending |
|---|---|---|---|---|
| **LAND, BUILDINGS AND EQUIPMENT (AT COST)** | | | | |
| Land | $ 172,539 | $ – | $ 172,539 | $ – |
| Buildings | 828,576 | – | 828,576 | – |
| Equipment | 1,089,454 | – | 4,878 | 1,084,576 |
| Horses | 4,800 | – | 4,800 | – |
| Vehicles | 42,501 | – | 42,501 | – |
| TOTAL | 2,137,870 | $ – | $1,053,294 | 1,084,576 |
| | | | | |
| **ACCUMULATED DEPRECIATION** | | | | |
| Buildings | 226,579 | $ 4,051 | $ 230,630 | – |
| Equipment | 795,444 | 155,736 | 1,541 | 949,639 |
| Horses | 4,800 | – | 4,800 | – |
| Vehicles | 42,501 | – | 42,501 | – |
| TOTAL | 1,069,324 | $ 159,787 | $ 279,472 | 949,639 |
| | | | | |
| **LAND, BUILDINGS AND EQUIPMENT - NET** | $1,068,546 | | | $ 134,937 |

COPY OF WITHIN PAPER
RECEIVED

AUG 0 2 2021

NYS Attorney General's Office
Charities Bureau

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants