# EXHIBIT 5





# The WE Charity Team

From our tireless staff and volunteers to our incredible donors, Board of Directors and celebrity ambassadors, our team lives by a shared set of values that keep us connected. Fueled by shameless idealism, we empower youth to change the world through "WE" thinking and "WE" acting.

BOARD OF
DIRECTORS

EXECUTIVE
TEAM



 

EXECUTIVE DIRECTOR

# Scott Baker

Scott Baker has played an integral role in the growth and success of WE as one of the world's leading charitable organizations. Scott joined the team in 2004 as Director of Leadership Programming, helping to inspire and motivate thousands of youth across Canada to take action in their local communities. As one of the organization's first speakers, Scott provided invaluable leadership to various programs and campaigns and has played an important role in turning strategy into action.

In 2007 Scott moved to Ecuador to set up WE's operations in country, building a team and program from the ground up. Working to empower indigenous peoples in rural communities, Scott helped implement the WE Villages model, which included building schools, water systems, and hand-washing stations.

Scott returned to Canada in 2010 to assume his role of Executive Director at WE Charity. As Executive Director, he played a key role in leading the organization's expansion globally. During his tenure, Scott was responsible for the leadership and management of staff across North America, the United Kingdom, and our international offices.

In 2019 Scott moved into the role of Chief Operations Director in 2019, where he was dedicated to the oversight of WE Charity's international work.  In 2019 and early 2020, Scott focused on increasing the impact and effectiveness of WE's international programming. With the arrival of COVID-19, Scott worked with the country teams to develop local responses and to ensure the proper protocol was in place to ensure the safety of both our local staff and the communities we serve.





 

# Victor Li

Victor Li, our CFO, is a long-standing team member and professionally certified in accounting in Canada. Prior to joining WE, he worked for a range of companies and businesses, including one of the largest steel companies in China. Under Victor's leadership, WE Charity established the financial resources and processes that enabled the charity to expand and grow.



FOUNDERS / AMBASSADORS

# Craig Kielburger & Marc Kielburger

Brothers Craig and Marc Kielburger are social entrepreneurs and co-founders of a family of organizations dedicated to the power of WE, a movement of people coming together to change the world. Together, they co-founded WE Charity, which provides a holistic development model called WE Villages, helping to lift over one million people out of poverty around the world.

In the United States, Canada and the United Kingdom, WE Schools and WE Day provide comprehensive service-learning programs to over 18,000 schools, engaging 4.3 million young changemakers. Lastly, they co-founded ME to WE, a pioneering social enterprise, the profits from which help sustain the work of their charitable organization.

Craig is the youngest-ever graduate of the Kellogg-Schulich Executive MBA program. He has also received 15 honorary doctorates and degrees for his work in the fields of education and human rights. Craig is a New York Times bestselling author, who has published 12 books, as well as a nationally syndicated columnist. He has received The Order of Canada, the Nelson Mandela Freedom Medal and





influencers in a Readers Digest poll and, along with his brother Marc, he was named Canada's Most Admired CEO in the public sector in 2015.

Marc graduated from Harvard University with a degree in International Relations. He won a Rhodes Scholarship and completed a law degree from Oxford University. He has also received 10 honorary doctorates and degrees for his work in the fields of education and human rights. Marc is a New York Times bestselling author, who has published eight books, as well as a nationally syndicated columnist. He is the recipient of many honors, including the Order of Canada, and was selected by the World Economic Forum as one of the world's Young Global Leaders. Marc was also recently inducted into Canada's Walk of Fame for his humanitarian efforts and his work to empower youth to change the world. In 2015, along with his brother Craig, he was named Canada's Most Admired CEO in the public sector.

LEARN MORE

ABOUT WE

WE CHARITY

ME TO WE

GET IN TOUCH

© WE Charity, 2021. All Rights Reserved.

US (EN)

  

Legal & Privacy Policy  |  Notice to children under 13