# EXHIBIT 7

    

Home   My Network   Jobs



### Dalal Al-Waheidi (She/Her) · 3rd

Executive leader with a passion for growth, driving results and social impact I Canada's Top 100 Women Award: Future Leader Category I Growth & Learning Mindset I

Canada · **Contact info**

**500+** connections

Message   More

## About

Dalal Al-Waheidi is an executive leader with a passion for growth, driving results, and social impact. She has over 20 years of strong track record of performance in entrepreneurial and high-paced organizations. She is highly focused on adhering to strategic paths, organizational missions and philosophies while positively   ...see more

## Activity
**2,322** followers

+ Follow

**Dalal Al-Waheidi** commented on a post • 2h

The office space looks amazing, Nina Abdelmessih. What a wonderful environment for your team to experience!

 62                                                                14 comments

**Dalal Al-Waheidi** posted this • 3h

 

#share  #purposedrivenlife

 6                                                                                             1 comment

Show all activity →

## Experience

**Founder, WithPurpose Consulting Inc.**
Self-employed
Jan 2022 - Present · 5 mos

Providing purpose-driven business consulting services to support founders, CEOs, senior management, startups, and government entities to transform

 **Executive Director**
WE.org · Full-time
Jan 2019 - Mar 2022 · 3 yrs 3 mos
Toronto, Canada Area

Focus is on moving the strategy of WE forward, overseeing organizational governance, fiscal responsibility and delivering on the promise of making

 **Landing**
WE is a movement that brings people together and gives them the tools to change the world. Making doing goo…

**Subject Matter Expert - Strategic Direction & Competitiveness**
United Arab Emirates Government · Freelance
May 2021 - Oct 2021 · 6 mos

Subject matter expert and entities' assessor for the Assessment Services of the 6th Cycle of the

 **WE.org**
7 yrs 4 mos

**Executive Director, WE Day**
Jan 2013 - Apr 2018 · 5 yrs 4 mos
Toronto, Canada Area

Lead the WE Day business vertical which brings world-renowned speakers and celebrities together with tens of thousands of young people to

**Managing Director, Middle East and North Africa Region, WE Charity**

                                          Home        My Network        Jobs

Designed and implemented WE Charity's first girls' education and
empowerment program in the Middle East and North Africa (MENA) region.

 **WE.org**
8 yrs 6 mos

### Executive Director, WE Charity

Oct 2008 - Nov 2010 · 2 yrs 2 mos

Executive Director of $26 million organization impacting more than one
million young people in 45 countries. Accountable for staff of more than 250

### Chief Operations Director, WE Charity

Jan 2005 - Sep 2008 · 3 yrs 9 mos

Managed 20 million dollar budget and over 135 WE Charity full-time staff
members through 9 direct senior reports. Managed global operations at the

### International Projects Director, WE Charity

Jun 2002 - Dec 2004 · 2 yrs 7 mos

Responsible for managing WE Charity's holistic development programming
Adopt a Village in Asia, Africa and Latin America. The model supports

## Education

 **Trent University**

B.A. Hons., Bachelor of Arts in Political Science and International Developmet
1998 - 2002

• Awarded full scholarship from Trent International Program based on
academic excellence and community service.

 **UWC Red Cross Nordic**

International Baccalaureate, International Baccalaureate
Sep 1996 - May 1998

• First Palestinian to be accepted to Red Cross Nordic United World College
• Awarded Full scholarship to attend 2 years I.B. program

## Licenses & certifications

 **CCDI Foundations Certificate Program**

                                                                                            Home     My Network     Jobs

## Volunteering

 **Vice Chair Board Of Directors**
Canadian Arab Institute
Feb 2019 - Present · 3 yrs 4 mos

Founded in 2011, the Canadian Arab Institute (CAI) is a charitable policy and community development think-and-do-tank.

## Skills

### Fundraising

 Endorsed by Erin Barton and 7 others who are highly skilled at this

 Endorsed by 23 colleagues at WE.org

 80 endorsements

### Leadership

 Endorsed by Gerry Connelly who is highly skilled at this

 Endorsed by 15 colleagues at WE.org

 48 endorsements

### International Development

 Endorsed by 10 colleagues at WE.org

 30 endorsements

Show all 33 skills →

## Recommendations

**Received**       Given

 **Stanley Hainsworth**  · 3rd
Tether, Founder and CEO

                                              Home      My Network      Jobs

watched her with wonder as she ran global WE Day stadium events - from
creating the vision to attention to every detail to ensure that the thousands
of attendees and the many A-list speakers and performers left with a smile

 **Gerry Connelly** · 3rd
Special Advisor Education: The Learning Partnership
April 26, 2022, Gerry worked with Dalal on the same team

Dalal is an exemplary courageous and impactful leader. Her leadership
exemplifies her commitment to results in the context of social justice,equity
and collegiality.

 **Marianne Woods** · 3rd
Talk About Speakers Inc.
April 18, 2017, Dalal was senior to Marianne but didn't manage Marianne
 directly

Dalal is an engaging speaker who has the incredible ability to captivate
audience members with her expressive and powerful speaking style. A
master at customizing her presentations, her facts and authenticity
fascinates audiences of all genres.

Show all 4 received →

## Publications

**One Women's Journey to A New World of Opportunity**
Canadian Living

Show publication ↗

**The Experience of Motherhood Differs - But Motherhood Itself is Universal**
Canadian Living

Show publication ↗

**Why Multiculturalism Makes Me Proud to Be Canadian**
Canadian Living

Show publication ↗

Canada's multiculturalism sets us apart as a nation, and it's a value we need to
protect.

 

Home    My Network    Jobs

## Projects

**O Ambassadors**
Mar 2006 - Jun 2010

 Associated with WE.org

Show project ↗

O Ambassadors was a joint project of Oprah's Angel Network and Free The Children, which inspired young people to become active, compassionate and knowledgeable

**Other creators**

 

## Honors & awards

**Jack Matthews Fellowship**
Issued by Trent University · Jan 2016

The Jack Matthews Fellowship honours the founding leadership contributions of the late Mr. Jack Matthews to Trent University, Lakefield College School, and The

**Top 25 Canadian Immigrant Award - 2014**
Issued by Canadian Immigrant & RBC · Jan 2014

This coveted national award recognizes the achievements and accomplishments of Canadian Immigrants. It seeks to uncover and celebrate their stories and success. If

**Trent Distinguished Alumni Award: Young Leader Category**
Issued by Trent University · May 2007

• Awarded by Trent University Alumni Association and Trent University Distinguished Alumni Awards for demonstrating top leadership and accomplishment early in career.

Show all 5 honors & awards →

## Languages

**Arabic**
Native or bilingual proficiency

 

Home    My Network    Jobs

Native or bilingual proficiency

**Spanish**
Elementary proficiency

## Interests

**Influencers**    Companies    Groups    Schools



**Arianna Huffington** · 2nd
Founder and CEO at Thrive
10,120,250 followers



**HH Sheikh Mohammed Bin Rashid Al Maktoum**
We are building a new reality for our people, a new future for our children, and a new model of development
2,532,566 followers

Show all 19 influencers →

## Causes

Children • Civil Rights and Social Action • Economic Empowerment • Education • Human Rights • Politics • Poverty Alleviation • Social Services

Ad  ···

Samantha, upstage any stage in the all-new Lexus LX 600.

 

The 2022 Lexus LX 600. No moment too big.

Learn More

**People also viewed**



     Home    My Network    Jobs

Vice President, Operations | Dedicated people leader and collaborator | Results driven operations professional | Intuitive, compassionate and continually learning

Message



**Russell McLeod** • 3rd

A fractional COO with a passion for growth, innovation and social impact.

Message



**Erin Barton** • 2nd

Top 100 Most Powerful Woman in Canada- 2019 WXN Trailblazer & Trendsetter • Non-Profit Exec, Fundraising & Partnership Development Professional • JA-Canada CDO • Haiti...

Connect



**Michael Penkov, CPA, CMA** • 3rd

Manager, FP&A at Duo Bank

Message



**Craig Kielburger** • 3rd

Co-Founder of WE (ME to WE, WE Charity, WE Day)

Connect

Show more ∨

### People you may know



**Anastasia Alen**
Entertainment Attorney at Davis Wright Tremaine LLP

Connect



**Scott Commerson**
Partner at Davis Wright Tremaine LLP / Trademark, Trade Secret, and Class Action Litigation

Connect

**Megan Smallen**
Media and Entertainment Associate at Davis Wright Tremaine LLP

Connect



**Thomas R. Burke**
Partner, Media Law Practice; Chair of DWT's Pro Bono & Social Impact Committee

 

Home    My Network    Jobs

Media Associate at Davis Wright Tremaine LLP

Connect

Show more



 

Home　　My Network　　Jobs