# EXHIBIT 9

Case 1:22-cv-00340-RDM Document 16-12 Filed 05/04/22 Page 2 of 4





# Meet Russ McLeod, Executive Director for ME to WE



A business graduate from the University of Ottawa, Russ McLeod joined WE in early 2004 and has been a driving force behind the ME to WE philosophy and business model. Under his guidance, ME to WE has donated over $20 million in cash and in-kind donations to its charitable partner, WE Charity. Russ has held many roles, including the first Director of WE Day. He oversaw its growth from a single event in

  

2007 with 6,000 young people in attendance to a five-city Canadian phenomenon by 2010, attended by 44,000 youth representing 1,200 schools.

# Question and answer

**What is your role at WE?**

**After getting a business degree, why did you want to work at a social enterprise?**

**It has been a remarkable journey to start and grow ME to WE. Why was it started?**

**Why create a social enterprise?**

**How does ME to WE support WE Charity?**

**How are ME to WE and WE Charity different?**

**What are you most excited about in the years ahead? What is your vision of the future?**

**What is the best part of your job?**





ABOUT WE

WE CHARITY

ME TO WE

GET IN TOUCH

© WE Charity, 2021. All Rights Reserved.

US (EN)

Legal & Privacy Policy | Notice to children under 13