EXHIBIT 10

Case 1:22-cv-00340-RDM  Document 16-13  Filed 05/04/22  Page 2 of 4



 

# Meet Dave Berney, Finance Business Partner, ME to WE



Career path at WE:

Finance Business Partner at ME to WE

GL Accountant

Pfizer Finance Analyst

PfizerGL Accountant

Elavon Financial Services



 

# Question and answer

**What experience do you bring to ME to WE?**

**What role do you and your team play at ME to WE?**

**Why does your work matter for our travelers, consumers and partners?**



ABOUT WE

WE CHARITY

ME TO WE

GET IN TOUCH

© WE Charity, 2021. All Rights Reserved.



 

Legal & Privacy Policy  |  Notice to children under 13