# EXHIBIT 12

# State of Alaska, Department of Law
## 2022 Charitable Organization Registration and Renewal

**General Information**

| | |
|---|---|
| **Legal Name** | WE CHARITY |
| **Other Names** | Name |
| **Mailing Address** | 339 QUEEN STREET EAST<br>TORONTO ON M5A 1S9<br>CANADA |
| **Location Address** | 6500 MAIN STREET<br>WILLIAMSVILLE NY 14221 |
| **Telephone Number** | 416.925.5894 |
| **Email Address** | VICTOR.LI@WE.ORG |
| **Website** | WE.ORG |
| **Id Type** | FEIN |
| **Id** | 16-1533544 |

**Is your organization incorporated?**

X Yes    Year of Incorporation: 1996
  No     State of Incorporation: NEW BRUNSWICK

**Has the organization:**

    A. Registered to solicit charitable contributions in any other state?

        **X**  Yes

           No

| | | | | | |
|---|---|---|---|---|---|
| X | Armed Forces America | X | Indiana | X | New York |
| X | AF Africa/Can/Eur/ME | X | Kansas | X | Ohio |
| X | Alaska | X | Kentucky | X | Oklahoma |
| X | Alabama | X | Louisiana | X | Oregon |
| X | Armed Forces Pacific | X | Massachusetts | X | Pennsylvania |
| X | Arkansas | X | Maryland | X | Puerto Rico |
| X | American Somoa | X | Maine | X | Palau |
| X | Arizona | X | Marshall Islands | X | Rhode Island |
| X | California | X | Michigan | X | South Carolina |
| X | Colorado | X | Minnesota | X | South Dakota |
| X | Connecticut | X | Missouri | X | Tennessee |
| X | District of Columbia | X | North Mariana Islands | X | Texas |
| X | Delaware | X | Mississippi | X | Utah |
| X | Florida | X | Montana | X | Virginia |
| X | Fed State Micronesia | X | North Carolina | X | Virgin Islands |
| X | Georgia | X | North Dakota | X | Vermont |
| X | Guam | X | Nebraska | X | Washington |
| X | Hawaii | X | New Hampshire | X | Wisconsin |
| X | Idaho | X | New Jersey | X | West Virginia |
| X | Iowa | X | New Mexico | X | Wyoming |
| X | Illinois | X | Nevada | X | All States |

    B. Been enjoined or otherwise prohibited by a government agency or court from soliciting charitable contributions in any state or jurisdiction?

           Yes

    **X**  No

**Has the organization applied for or been granted IRS tax exempt status?**

   **X** Yes   Date of determination letter:   September 23, 1997

       No   If no letter, date of application:

               501(c) Type:   501(c)(3)

**Has the organization's tax exempt status ever been denied, revoked, or modified?**

       Yes

   **X** No

**How does the organization solicit donations? (select all that apply)**

| | | |
|---|---|---|
| **X** Mail | **X** Email | **X** Personal Contact |
| Telephone Calls | Mobile/Text Messaging | **X** Internet |
| Special Events | Other (describe) | |

**Primary purpose of the organization (select all that apply)**

| | | |
|---|---|---|
| Arts, culture, humanities | Employment, job related | Community improvement, capacity building |
| Educational institutions & related activities | Food, nutrition, agriculture | Philanthropy, voluntarism and Grantmaking |
| Environmental quality, protection & beautification | **X** Housing, shelter | Science and technology research |
| Animal related | Public safety, disaster preparedness & relief | Social science research |
| Health-general & rehabilitative | Recreation, sports, leisure, athletics | Public affairs, society benefit |
| Mental health, crisis intervention | **X** Youth development | Religion, spiritual development |
| Disease, disorders, medical disciplines | **X** Civil rights, social action, advocacy | Mutual/membership benefit |
| Medical research | **X** International, foreign affairs, national security | Unknown, unclassifiable |
| Crime, legal related | Human services | |

**Describe the purposes and programs of the organization for which funds are solicited.**

Programs include the creation of sustainable development models to end the cycle of poverty in impoverished countries and providing youth with the inspiration, tools and opportunities to become active local, national and global citizens.

**Paid Solicitors**

**Did the organization use one or more paid solicitors to solicit contributions in Alaska during the past year?**

      Yes

**X**  No

*"Paid solicitor" means a person who is required to be registered under AS 45.68.010(b) or as defined by AS 45.68.900(4).*

**Financial Information**

**Fiscal or Accounting Year:**

    Start Date:    September 01, 2019

    End Date:    August 31, 2020

**Based on the organization's last fiscal or accounting year, please state:**

    A. Total Revenue from all sources:    $31,798,133.00

    B. Total Expenses:    $26,450,198.00

**Did the organization file a Form 990 with the IRS for the last fiscal year?**

**X**  Yes    Form Type:    990    990-T:

    No

*For the purpose of completing this section, "Form 990" means Forms 990, 990-EZ, 990-PF, 990-N or 990-T.*

**Did the organization complete an audited financial statement for the last fiscal year?**

**X**  Yes

    No

*For the purpose of completing this section, "audited financial statement" means an independent audit, prepared in accordance with generally accepted accounting principles, and accompanied by the opinion of a certified public accountant.*

**Additional Tables**

**List the names, titles, and addresses of the current officers, trustees, directors and executive director (or equivalent) of the organization.**

| Name | Title | Mailing Address |
|---|---|---|
| DALAL AL-WAHEIDI | Exec Dir | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |
| VICTOR IL | Treasurer | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |
| SCOTT BAKER | Other | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |
| TAWFIQ RANGWALA | Brd Mem | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |
| KANNAN ARASARATNAM | Brd Mem | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |
| MIRANDA TOLLMAN | Brd Mem | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |
| STANLEY HAINSWORTH | Brd Mem | 339 QUEEN STREET EAST TORONTO ON M5A 1S9 CANADA |

**Signature**

**The contact person for this registration is a paid preparer that is filing this registration form on behalf of the organization. The individual signing this registration has authorized the paid preparer to enter their signature information below.**

| | |
|---|---|
| **Date:** | July 02, 2021 |
| **Title:** | CFO |
| **First Name:** | VICTOR |
| **Last Name:** | LI |