# EXHIBIT 15



233 Carlton Street, Toronto, Ontario, Canada M5A 2L2
T:  1.416.925.5894
E:  info@we.org
W:  www.we.org

**July, 2016**

Dear Friends,

On behalf of myself, U.S. Board of Directors and Finance Committee, I thank you for your interest in better understanding the operational and financial structure of the organization. This letter is meant to provide additional information with respect to the Audited Financial Statement of the 2015 Fiscal Year.

**Transition to WE Charity**

Free The Children (now WE Charity) has a long history of delivering empowerment programs around the world.  As we approached and passed our 20th anniversary, the board looked to the future and felt to realize a global impact it was time to evolve to the WE movement.

This evolution has been 20 years in the making.  What started as a group of twelve 12-year olds coming together against child labor in 1995 has grown into a powerful movement of dedicate change makers at home and  abroad.  We have been able to achieve more than we ever imaged possible.  In 2004, we launched Adopt A Village (now called WE Villages), a sustainable development model partnering with communities in eight countries.  In 2007, we launched WE Days to celebrate the amazing achievements of the tens of thousands of students tackling important local and global issues.  In 2011, we launched WE Schools, an experiential service-learning program now present in over 12,000 schools around the world.

Our evolution to WE has been years in the making.  Moving forward Free The Children will be known as WE Charity.

**Our Unique Model**

Free The Children/WE Charity is unique among American charities in that it operates programs both domestically and internationally, in a manner that is intended to be interrelated and mutually reinforcing. Our overarching mandate is to help children and youth fulfill their potential to be agents of change. Typically, most organizations in America would serve primarily a domestic or international mandate. We serve both.

In fulfilling its dual mission, we receive distinct funding for both our domestic youth empowerment programming and our international development programming, and invest those funds in the respective programs as designated by our supporters.





233 Carlton Street, Toronto, Ontario, Canada M5A 2L2
T: 1.416.925.5894
E: info@we.org
W: www.we.org

**Our Board:**

Free The Children/WE Charity has a strong Board of Directors which governs and oversees the organization. The role of the Board is, in part, to provide legal and financial oversight of the organization. This role includes, but is not limited to, the approval and review of the annual budget, overseeing and approving independent audits, the ongoing review of our financial wellbeing, and providing independent review and guidance of our domestic and international projects.

The board has worked very hard this year and has been very engaged in both the evolution of the name of the charity. It works to ensure the highest caliber of governance and integrity and that all the necessary systems are in place to ensure sustainable and impactful growth.

**Audited Financial Statement:**

In the following document you will find the Audited Financial Statements for Free The Children/WE Charity USA's most current fiscal year. We are committed to posting full financial information to reflect our organization's commitment to transparency and accountability. We are proud that we again have received an unqualified audit report, which means following a comprehensive audit of our financial and accounting systems and operations, our auditors have given their full approval of what is represented in the Audited Financial Statements.

I am pleased to say that we maintained our global administration rate under 10% while increasing our overall budget, investing over 20.4 million dollars directly into projects and programming impacting the lives of youth locally and globally.

2015 was a good year for Free The Children/WE Charity with the expansion of our programming across America. Our Audited Financial Statements reflect the impact and support needed for the expansion of our programming across the country.

I would like to thank our Board of Directors and the Finance Committee for their continued guidance and leadership in ensuring we remain a trusted and accountable organization.

Sincerely

Scott Baker
Executive Director
Free The Children/WE Charity

FREE THE CHILDREN

FINANCIAL STATEMENTS
AND
SUPPLEMENTAL FINANCIAL INFORMATION

YEARS ENDED DECEMBER 31, 2015 AND 2014

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants



# SWIANTEK, KLING & PASIEKA, LLP
## Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT

The Board of Directors
Free The Children
Toronto, Ontario       Canada

We have audited the accompanying financial statements of Free The Children (a nonprofit organization), which comprise the statements of financial position as of December 31, 2015 and 2014, and the related statements of activities, functional expenses and cash flows for the years then ended, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgement, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Free The Children as of December 31, 2015 and 2014 and the changes in its net assets and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

*Swiantek, Kling & Pasieka LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
March 12, 2016

FREE THE CHILDREN

STATEMENTS OF FINANCIAL POSITION

DECEMBER 31, 2015 AND 2014

ASSETS

|  | 2015 | 2014 |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash | $ 6,352,888 | $ 3,906,246 |
| Accounts receivable | 55,197 | 32,035 |
| Annuities receivable – current | 11,797 | 11,390 |
| Unconditional promises to give | 5,163,915 | 3,414,422 |
| Prepaid expense | 380,463 | 248,602 |
| Marketable securities – available for sale | 2,542,210 | 1,290,631 |
| TOTAL CURRENT ASSETS | 14,506,470 | 8,903,326 |
| LAND, BUILDINGS AND EQUIPMENT, net of accumulated depreciation | 937,952 | 962,001 |
| OTHER ASSETS: | | |
| Annuities receivable – long term | 6,770 | 13,307 |
| Intangible assets, net | 487,157 | – |
| Promises to give-long term – for We Days | 445,000 | 1,335,000 |
|  | 938,927 | 1,348,307 |
|  | $16,383,349 | $11,213,634 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## LIABILITIES AND NET ASSETS

|  | 2015 | 2014 |
|---|---|---|
| CURRENT LIABILITIES: | | |
| Accounts payable | $ 120,193 | $ 59,720 |
| TOTAL CURRENT LIABILITIES | 120,193 | 59,720 |
| NET ASSETS: | | |
| Unrestricted | 10,638,374 | 3,922,856 |
| Temporarily restricted | 5,624,782 | 7,231,058 |
| TOTAL NET ASSETS | 16,263,156 | 11,153,914 |
|  | $16,383,349 | $11,213,634 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## FREE THE CHILDREN

### STATEMENTS OF ACTIVITIES

#### YEARS ENDED DECEMBER 31, 2015 AND 2014

| | UNRESTRICTED | TEMPORARILY RESTRICTED |
|---|---|---|
| **PUBLIC SUPPORT AND REVENUE:** | | |
| PUBLIC SUPPORT: | | |
| Contributions and bequests | $14,158,965 | $ 2,255,740 |
| Grants | 9,053,630 | 1,550,474 |
| TOTAL PUBLIC SUPPORT | 23,212,595 | 3,806,214 |
| **REVENUE:** | | |
| Interest and dividends | 18,520 | – |
| Expense reimbursements | 161,219 | – |
| Miscellaneous | 590 | – |
| Realized gain on securities | 2,032 | – |
| Unrealized gain (loss) on securities | ( 162,406) | – |
| Net sales – WE DAY | 94,081 | – |
| Cost of sales – WE DAY | ( 94,081) | – |
| Net | – | – |
| TOTAL REVENUE | 19,955 | – |
| NET ASSETS RELEASED FROM RESTRICTIONS | 5,412,490 | (5,412,490) |
| TOTAL PUBLIC SUPPORT AND REVENUE | 28,645,040 | (1,606,276) |
| **EXPENSES:** | | |
| PROGRAM SERVICES: | | |
| International Projects | 10,033,829 | – |
| Leadership | – | – |
| Domestic Projects | 10,420,544 | – |
| TOTAL PROGRAM SERVICES | 20,454,373 | – |
| SUPPORTING SERVICES: | | |
| Management and general | 818,806 | – |
| Fundraising | 656,343 | – |
| TOTAL SUPPORTING SERVICES | 1,475,149 | – |
| TOTAL EXPENSES | 21,929,522 | – |
| INCREASE (DECREASE) IN NET ASSETS | 6,715,518 | (1,606,276) |
| NET ASSETS, BEGINNING | 3,922,856 | 7,231,058 |
| NET ASSETS, ENDING | $10,638,374 | $ 5,624,782 |

| | TOTAL YEAR ENDED DECEMBER 31, 2015 | UNRESTRICTED | TEMPORARILY RESTRICTED | TOTAL YEAR ENDED DECEMBER 31, 2014 |
|---|---|---|---|---|
| | $16,414,705 | $ 8,081,825 | $ 1,201,860 | $ 9,283,685 |
| | 10,604,104 | 4,397,960 | 3,255,000 | 7,652,960 |
| | 27,018,809 | 12,479,785 | 4,456,860 | 16,936,645 |
| | 18,520 | 10,473 | – | 10,473 |
| | 161,219 | 9,376 | – | 9,376 |
| | 590 | – | – | – |
| | 2,032 | 718 | – | 718 |
| | ( 162,406) | 6,507 | – | 6,507 |
| | 94,081 | 73,400 | – | 73,400 |
| | ( 94,081) | ( 73,400) | – | ( 73,400) |
| | – | – | – | – |
| | 19,955 | 27,074 | – | 27,074 |
| | – | 4,844,185 | (4,844,185) | – |
| | 27,038,764 | 17,351,044 | ( 387,325) | 16,963,719 |
| | 10,033,829 | 10,725,119 | – | 10,725,119 |
| | | 212,998 | – | 212,998 |
| | 10,420,544 | 5,325,071 | – | 5,325,071 |
| | 20,454,373 | 16,263,188 | – | 16,263,188 |
| | 818,806 | 838,694 | – | 838,694 |
| | 656,343 | – | – | – |
| | 1,475,149 | 838,694 | – | 838,694 |
| | 21,929,522 | 17,101,882 | – | 17,101,882 |
| | 5,109,242 | 249,162 | ( 387,325) | ( 138,163) |
| | 11,153,914 | 3,673,694 | 7,618,383 | 11,292,077 |
| | $16,263,156 | $ 3,922,856 | $ 7,231,058 | $11,153,914 |

The accompanying notes are an integral part
of these financial statements.

**SWIANTEK, KLING & PASIEKA, LLP** Certified Public Accountants

FREE THE CHILDREN

STATEMENT OF FUNCTIONAL EXPENSES

YEARS ENDED DECEMBER 31, 2015
WITH SUMMARIZED COMPARATIVE TOTALS FOR 2014

| | PROGRAM SERVICES | | | |
| | INTERNATIONAL PROJECTS | LEADER-SHIP | DOMESTIC PROJECTS | TOTAL PROGRAM SERVICES |
|---|---|---|---|---|
| Salaries | $ 313,045 | $ – | $ 250,436 | $ 563,481 |
| Payroll taxes | 29,476 | – | 23,580 | 53,056 |
| Employee benefits | 73,984 | – | 59,187 | 133,171 |
| Administrative fee | – | – | – | – |
| Advertising/promotion | – | – | 164 | 164 |
| Amortization | – | – | – | – |
| Auto | – | – | 10,241 | 10,241 |
| Bank charges and fees | – | – | – | – |
| Bad debts | – | – | – | – |
| Consultants | 96,279 | – | 167,675 | 263,954 |
| Domestic projects | – | – | 9,567,331 | 9,567,331 |
| International projects | 3,089,053 | – | – | 3,089,053 |
| Payments to affiliated organizations | 6,352,700 | – | – | 6,352,700 |
| Depreciation | – | – | 30,560 | 30,560 |
| Dues and subscriptions | – | – | 165 | 165 |
| Fundraising and promotion | – | – | – | – |
| Insurance | – | – | 11,959 | 11,959 |
| Legal and accounting | – | – | – | – |
| Office | – | – | 37,398 | 37,398 |
| Postage and delivery | – | – | 18,892 | 18,892 |
| Rent | – | – | 116,031 | 116,031 |
| Repairs and maintenance | – | – | 38,098 | 38,098 |
| Shipping and handling | 79,292 | – | – | 79,292 |
| Travel and meals | – | – | 65,160 | 65,160 |
| Utilities | – | – | 23,667 | 23,667 |
| TOTAL FUNCTIONAL EXPENSES – 2015 | $10,033,829 | $ – | $10,420,544 | $20,454,373 |
| – 2014 | $10,725,119 | $ 212,998 | $ 5,325,071 | $16,263,188 |

| | SUPPORTING SERVICES | | | TOTAL YEARS | |
| GENERAL AND ADMINISTRATIVE | FUNDRAISING | TOTAL SUPPORTING SERVICES | | ENDED DECEMBER 31 | |
| | | | 2015 | 2014 | |

| GENERAL AND ADMINISTRATIVE | FUNDRAISING | TOTAL SUPPORTING SERVICES | ENDED 2015 | DECEMBER 31 2014 |
|---|---|---|---|---|
| $ 62,609 | $473,235 | $ 535,844 | $ 1,099,325 | $ 1,141,028 |
| 5,895 | 44,559 | 50,454 | 103,510 | 86,340 |
| 14,797 | – | 14,797 | 147,968 | 93,579 |
| 24,000 | – | 24,000 | 24,000 | 24,000 |
| 3,750 | – | 3,750 | 3,914 | 296,250 |
| 23,308 | – | 23,308 | 23,308 | – |
| – | – | – | 10,241 | 15,907 |
| 26,588 | – | 26,588 | 26,588 | 18,413 |
| – | – | – | – | – |
| 357,425 | – | 357,425 | 621,379 | 766,540 |
| – | – | – | 9,567,331 | 3,969,795 |
| – | – | – | 3,089,053 | 3,598,409 |
| | | | | |
| – | – | | 6,352,700 | 6,315,500 |
| 94,261 | – | 94,261 | 124,821 | 146,185 |
| 2,879 | – | 2,879 | 3,044 | 27,018 |
| – | 138,549 | 138,549 | 138,549 | – |
| 7,226 | – | 7,226 | 19,185 | 33,694 |
| 73,357 | – | 73,357 | 73,357 | 95,562 |
| 5,241 | – | 5,241 | 42,639 | 18,856 |
| – | – | – | 18,892 | 14,845 |
| 96,000 | – | 96,000 | 212,031 | 228,574 |
| – | – | – | 38,098 | 28,347 |
| – | – | – | 79,292 | 90,747 |
| 801 | – | 801 | 65,961 | 51,372 |
| 20,669 | – | 20,669 | 44,336 | 40,921 |
| | | | | |
| $818,806 | $656,343 | $1,475,149 | $21,929,522 | |
| | | | | |
| $838,694 | $     – | $  838,694 | | $17,101,882 |

The accompanying notes are an integral part
of these financial statements.

FREE THE CHILDREN

STATEMENT OF CASH FLOWS

YEARS ENDED DECEMBER 31, 2015 AND 2014

|  | 2015 | 2014 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Increase (decrease) in net assets | $ 5,109,242 | $( 138,163) |
| Adjustments to reconcile change in net assets to net cash provided by operating activities: | | |
| Amortization | 23,308 | - |
| Depreciation | 124,821 | 146,185 |
| Donated securities | (1,394,649) | ( 627,735) |
| Realized gain on sale of marketable securities | ( 2,032) | ( 718) |
| Unrealized gain (loss) on securities | 162,406 | ( 6,507) |
| Changes in assets and liabilities: | | |
| (Increase) decrease in accounts receivable | ( 23,162) | ( 10,627) |
| (Increase) decrease in annuities receivable | 6,130 | 1,016 |
| (Increase) decrease in unconditional promises to give | ( 859,493) | ( 739,067) |
| (Increase) decrease in prepaid expense | ( 131,861) | 152,215 |
| Increase (decrease) in accounts payable | 60,473 | ( 56,724) |
| Increase (decrease) in accrued payroll | - | ( 23,388) |
| TOTAL ADJUSTMENTS | (2,034,059) | (1,165,350) |
| NET CASH PROVIDED (USED) BY OPERATING ACTIVITIES | 3,075,183 | (1,303,513) |
| **CASH FLOWS FROM (USED IN) INVESTING ACTIVITIES:** | | |
| Capital expenditures | ( 100,772) | ( 122,943) |
| Intangible asset expenditures | ( 510,465) | - |
| Proceeds from sale of marketable securities | 9,680 | 8,067 |
| Purchase of marketable securities – available for sale | ( 26,984) | ( 18,003) |
| NET CASH FROM (USED IN) INVESTING ACTIVITIES | ( 628,541) | ( 132,879) |
| NET INCREASE (DECREASE) IN CASH | 2,446,642 | (1,436,392) |
| CASH – beginning | 3,906,246 | 5,342,638 |
| CASH – ending | $ 6,352,888 | $ 3,906,246 |

Non cash in-kind donations received during the year were for:

|  | | |
|---|---|---|
| Medical supplies | $ 2,433,246 | $ 2,969,680 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2015 AND 2014

Note 1 - Summary of Significant Accounting Policies:

(A)   Nature of Activities:

The Organization was incorporated December 20, 1996 in New York State and it's mission is to empower people to change the world, locally and globally, achieving transformative outcomes for themselves and others. Free The Children works internationally through it's holistic and sustainable international development model – WE Villages – and domestically through it's full year service learning program and resources – WE Schools and WE Day – provided to students, educators and youth.

(B)   Accounting Principles:

The financial statements have been prepared on the accrual basis of accounting in accordance with U.S. generally accepted accounting principles. Salaries, payroll taxes and benefits are allocated to cost centers based upon percentages as determined by management. Certain expenses are spread on an actual basis.

Under these provisions, net assets and revenues, expenses, gains and losses are classified based on the existence or absence of donor-imposed restrictions. Accordingly, the net assets of the Organization and changes therein are classified and reported as follows:

Unrestricted net assets - Net assets that are not subject to donor-imposed stipulations.

Temporarily restricted net assets - Net assets subject to donor-imposed stipulations that may or will be met either by the actions of the Organization and/or the passage of time.

Permanently restricted assets - Net assets whose use is limited by donor-imposed stipulations that neither expire by passage of time nor can be fulfilled or otherwise removed by actions of the organization.

Revenues are reported as increases in unrestricted net assets unless use of the related assets is limited by donor-imposed restrictions. Expenses are reported as decreases in unrestricted net assets. Expirations of temporary restrictions on net assets (i.e., the donor-stipulated purpose has been fulfilled and/or the stipulated time period has elapsed) are reported as reclassification between the applicable classes of net assets.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 1 – Summary of Significant Accounting Policies (continued):

(C)   Tax Status:

The Organization is exempt from income tax as a not-for-profit corporation under IRC section 501(c)(3) and classified by the Internal Revenue Service as other than a private foundation. The Organization's Forms 990, Return of Organization Exempt from income tax, are subject to examination by the IRS, for the years ending December 31, 2014, 2013 and 2012 (open years). The Organization is registered and files returns in six states and in those states, is also subject to examination for open years. Management does not believe they have met nexus criteria requiring other state registrations at this time and the Organization has no uncertain tax positions requiring disclosure.

(D)   Promises to Give:

Contributions are recognized when the donor makes a promise to give the Organization that is in substance, unconditional. Contributions that are restricted by the donor are reported as increases in unrestricted net assets if the restrictions expire in the year in which the contributions are recognized. All other donor-restricted contributions are reported as increases in temporarily or permanently restricted net assets depending on the nature of the restrictions. When a restriction expires, temporarily restricted net assets are reclassified to unrestricted net assets.

The Organization uses the allowance method to determine uncollectible unconditional promises receivable. The allowance is based on prior year's experience and management's analysis of specific promises made.

(E)   Marketable Securities – Available for Sale:

Investments in marketable securities with readily determinable fair values are reported at their fair values in the statement of financial position. Unrealized gains restricted by a donor are reported as increases in unrestricted net assets if the restrictions are met (either by passage of time or by use) in the reporting period in which the income and gains are recognized.

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 1 – Summary of Significant Accounting Policies (continued):

(F)   Land, Buildings, Equipment and Depreciation:

Land, buildings and equipment are recorded at cost. Equipment is depreciated over periods of five to seven years using the straight-line method. Buildings and improvements are depreciated using the straight-line method over periods between fifteen and thirty-nine years. Repair and maintenance costs are expensed as incurred, while renewals and betterments which extend the asset's useful lives are capitalized.

(G)   Intangible Assets:

Intangible assets, other than goodwill, are measured at cost less accumulated amortization. They are amortized over periods of three to fifteen years using the straight-line method.

(H)   Contributions and Grants:

All contributions and grants are considered to be available for unrestricted use unless specifically restricted by the donor. The Organization received contributions from one major donor representing 10% in 2015 and two major donors representing 15% and 18% in 2014 of public support.

(I)   In-Kind Contributions:

Donated supplies, equipment, marketable securities and other are recorded at their fair market value when received and recorded as contribution revenue.

(J)   Contributed Services:

No amounts have been reflected in these statements for donated services, inasmuch as these amounts are indeterminable. The Organization generally pays for services requiring specific expertise.

(K)   Use of Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 1 – Summary of Significant Accounting Policies (continued):

(L)  Events Occurring After Reporting Date:

The Organization has evaluated events and transactions that occurred between January 1, 2016 and March 12, 2016, which is the date the financial statements were available to be issued, for possible disclosure and recognition in the financial statements and there were none noted.

Note 2 – Cash:

Cash consists of the following at December 31.

|  |  | 2015 | 2014 |
|---|---|---|---|
| Bank of America | – checking | $5,858,767 | $3,550,278 |
|  | – savings, interest at .06% and .10%. | 212,581 | 212,398 |
|  | – checking | 3,579 | 3,579 |
|  | – checking | 9,993 | 1,472 |
|  | – checking | 4,101 | 3,490 |
|  | – checking | 8,084 | 7,364 |
| Bremer Bank | – checking | 145,370 | 88,116 |
|  | – checking | 8,542 | 17,775 |
| TD Canada Trust | – checking | 101,871 | 21,774 |
|  |  | $6,352,888 | $3,906,246 |

As of December 31, the Organization had concentrations of cash in one source totaling $5,847,105 (2015) and $3,528,581 (2014) above FDIC insured limits.

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 3 - Annuities Receivable:

Annuities receivable consist of the following at December 31.

|  | 2015 | 2014 |
|---|---|---|
| Donated annuity contracts | $ 18,567 | $ 24,697 |
| Less current portion | 11,797 | 11,390 |
| Long term annuities receivable | $ 6,770 | $ 13,307 |

Annuity contracts are recognized as a donation at the time the policy is issued at an amount equal to the policy premium. Subsequent receipts are allocated between principal and interest when received.

Scheduled annuity receipts for each of the next five years is as follows:

| December 31, 2016 | $ 11,797 |
|---|---|
| 2017 | 6,770 |
| 2018 | - |
| Thereafter | - |
|  | $ 18,567 |

Note 4 - Promises to Give:

Unconditional promises to give consist of the following at December 31.

|  | 2015 | 2014 |
|---|---|---|
| Receivable in less than one year | $5,195,515 | $3,336,860 |
| Receivable in one to five years | 500,000 | 1,500,000 |
| Total | 5,695,515 | 4,836,860 |
| Less unamortized discount | ( 86,600) | ( 87,438) |
| Less allowance for uncollectible promises | - | - |
| Net unconditional promises to give | 5,608,915 | 4,749,422 |
| Less current portion | 5,163,915 | 3,414,422 |
| Long term promises to give | $ 445,000 | $1,335,000 |

Unconditional promises to give due in more than one year are recognized at fair value, using present value techniques and a discount rate of 6%, when the donor makes an unconditional promise to give to the Organization. Unconditional promises at December 31, 2015 primarily represent funding for future We Day and We Act events.

The Organization has a concentration of credit risk with outstanding unconditional promises to give from four major donors representing 15%, 17%, 18% and 26% (2015) and from three major donors representing 12%, 12% and 62% (2014).

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 5 – Prepaid Expense:

Prepaid expense consists of the following at December 31.

|  | 2015 | 2014 |
|---|---|---|
| Insurance | $ 2,855 | $ 3,518 |
| Rent and security | 14,754 | 14,290 |
| Event fees | 341,155 | 209,857 |
| Other | 21,699 | 20,937 |
|  | $ 380,463 | $ 248,602 |

Note 6 – Land, Buildings and Equipment:

Land, buildings and equipment consist of the following at December 31.

|  | 2015 | 2014 |
|---|---|---|
| Land | $ 172,539 | $ 172,539 |
| Buildings | 744,686 | 737,361 |
| Equipment | 452,759 | 359,312 |
| Horses | 4,800 | 4,800 |
| Vehicles | 70,981 | 70,981 |
| Total | 1,445,765 | 1,344,993 |
| Less accumulated depreciation | ( 507,813) | ( 382,992) |
| Land, buildings and equipment - net | $ 937,952 | $ 962,001 |

Depreciation expense for the year ended December 31, was $124,821 (2015) and $146,185 (2014).

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 7 – Intangible Assets:

Intangible assets consist of the following at December 31.

|  | 2015 |
|---|---|
| Website domain | $ 505,150 |
| Website setup costs | 5,315 |
|  | 510,465 |
| Less accumulated amortization | ( 23,308) |
| Total intangible assets net of accumulated amortization | $ 487,157 |

Amortization expense for the year ended December 31, 2015 was $23,308.

The Organization expects future amortization expense to be as follows at December 31.

| December 31, 2016 | $ 35,448 |
|---|---|
| 2017 | 35,448 |
| 2018 | 34,562 |
| 2019 | 33,677 |
| 2020 | 33,677 |

Note 8 – Fair Value Measurements:

Fair value for all investments are determined by reference to quoted market prices. Fair value of assets measured on a recurring basis at December 31, 2015 and 2014 are as follows:

| | Fair Value Measurements at Reporting Date Using | |
|---|---|---|
| | Fair Value | Quoted Prices in Active Markets for Identical Assets (Level 1 ) |
| December 31, 2015 | | |
| Equity Securities | $2,510,633 | $2,510,633 |
| Money Market | 31,577 | 31,577 |
| | $2,542,210 | $2,542,210 |
| December 31, 2014 | | |
| Equity Securities | $1,273,997 | $1,273,997 |
| Money Market | 16,634 | 16,634 |
| | $1,290,631 | $1,290,631 |

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 9 - Program Services:

Program services consist of two comprehensive cost centers of international and domestic projects. (1) Internationally. Free The Children works in partnership with communities in Kenya, Tanzania, Sierra Leone, Ecuador, Haiti, Nicaragua, India and rural China through its holistic and sustainable development model, WE Villages. This model works to create long-term solutions for education, health, water, food security and alternative income opportunities. (2) Domestically, the Organization provides comprehensive programs for service learning and active citizenship, inspiring a generation to act. It's core domestic programming, WE Day and WE Schools, provide youth with the inspiration, tools and opportunities to become active local, national and global citizens. By instilling active citizenship, increasing academic engagement and improving the university and workplace readiness of participants, WE Day and WE Schools work together to equip today's young leaders for a better tomorrow.

Note 10 - Grants for Projects:

Grants for projects include the following at December 31.

|  | 2015 | 2014 |
|---|---|---|
| Satellite Communication | $ 2,476 | $ 2,035 |
| Medical Relief | 2,433,246 | 2,969,680 |
| China project | 640,000 | 600,000 |
| India project | - | 25,200 |
| Other | 13,331 | 1,494 |
|  | $3,089,053 | $3,598,409 |

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 11 – Related Party Transactions:

Payments to affiliated organizations include the following at December 31.

|  | 2015 | 2014 |
|---|---|---|
| Free The Children - Canada | $6,352,700 | $6,315,500 |
| Total payments to affiliated Organizations | $6,352,700 | $6,315,500 |

Note 12 – Administrative Fees:

Included in functional expenses and allocated to program and supporting services are administrative fees paid to Free The Children (its related Canadian not-for-profit organization). A summary of administrative fees and other costs for the years ended December 31, are as follows.

|  | 2015 | 2014 |
|---|---|---|
| General (payroll and other administrative) | $   24,000 | $   24,000 |
| Other costs: |  |  |
| Internal accounting cost allocation | 35,000 | 35,000 |
| Rent | 96,000 | 96,000 |
| Total fees and rent | $  155,000 | $  155,000 |

FREE THE CHILDREN

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2015 AND 2014

Note 13 – Rent:

The Organization leases office space in California, Minnesota and Washington State in addition to rent paid to Free The Children Canada. These leases consist of both noncancelable operating leases and leases on a month to month basis. Rent expenses at December 31, 2015 was $212,031 (2015) and $228,574 (2014) including rent of $96,000 as further discussed in Note 11. The following is a schedule of future minimum lease payments as of December 31.

| | | |
|---|---|---:|
| December 31, 2016 | $ | 99,511 |
| 2017 | | 37,591 |
| 2018 | | 23,427 |
| 2019 | | – |
| Thereafter | | – |
| | $ | 160,529 |



**SWIANTEK, KLING & PASIEKA, LLP**
Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT ON ADDITIONAL INFORMATION

The Board of Directors
Free The Children
Toronto, Ontario      Canada

We have audited the financial statements of Free The Children as of and for the year ended December 31, 2015 and 2014, and have issued our report thereon dated March 12, 2016, which contained an unmodified opinion on those financial statements. Our audit was performed for the purpose of forming an opinion on the financial statements as a whole. The schedule of changes in land, building and equipment is presented for the purpose of additional analysis and is not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

*Swiantek, Kling & Pasieka LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
March 12, 2016

FREE THE CHILDREN

SCHEDULE OF CHANGES IN LAND,
BUILDINGS AND EQUIPMENT

YEAR ENDED DECEMBER 31, 2015

SEE ACCOUNTANT'S REPORT ON SUPPLEMENTAL FINANCIAL INFORMATION

| | Beginning | Additions | Deletions | Ending |
|---|---|---|---|---|
| LAND, BUILDINGS AND EQUIPMENT (AT COST) | | | | |
| Land | $ 172,539 | $ – | $ – | $ 172,539 |
| Buildings | 737,361 | 7,325 | – | 744,686 |
| Equipment | 359,312 | 93,447 | – | 452,759 |
| Horses | 4,800 | – | – | 4,800 |
| Vehicles | 70,981 | – | – | 70,981 |
| TOTAL | 1,344,993 | $100,772 | $ – | 1,445,765 |
| | | | | |
| ACCUMULATED DEPRECIATION | | | | |
| Buildings | 117,349 | $ 21,879 | $ – | 139,228 |
| Equipment | 220,310 | 94,261 | – | 314,571 |
| Horses | 2,743 | 686 | – | 3,429 |
| Vehicles | 42,590 | 7,995 | – | 50,585 |
| TOTAL | 382,992 | $124,821 | $ – | 507,813 |
| LAND, BUILDINGS AND EQUIPMENT - NET | $ 962,001 | | | $ 937,952 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants