EXHIBIT 16



**233 Carlton Street, Toronto, Ontario, Canada M5A 2L2**
**T:**  1.416.925.5894
**E:**  info@we.org
**W:**  www.we.org

**June 2017**

Dear WE Friends and Supporters,

Thank you for your continued interest in WE Charity and the organizations financial health. I am writing this letter on behalf of the US Board of Directors and the Finance Committee to help in better understanding of the operational and financial structure of the organization. In addition to the 2016 Annual Report where we provide a summary of our finances, the commentary in this letter will further clarify the fiscal position of WE Charity.

**Audited Financial Statement**

The following document is the Audited Financial Statement for WE Charity where we are once again proud to have received an unqualified audit report, indicating that after a comprehensive audit of our financial and accounting systems and operations, our auditors have been satisfied that our financial statement is presented fairly, and in accordance with the prevailing accounting standards for non-profits.

In addition, we continue to maintain our global organizational administration rate at an efficient 10% which implies that the cost of administering and implementing programs is a tenth of the project cost, one of the lowest among charities. In 2016, our investment in international and domestic programming that directly benefited and impacted youth increased to just over $25 million, as compared to the previous year's $20.4 million.

**Unique Model: At Home and Abroad**

WE Charity is unique among other charities in the US, in that it operates programs both domestically and internationally. The international work focuses on breaking the cycle of poverty in developing communities through holistic, sustainable solutions. While the domestic work focusses on engaging millions of students in service-learning through programming built to engage youth as future change agents. We provide youth with the opportunities and tools to positively impact the lives of others less privileged in their communities, near home or abroad.

In 2016, the organization changed its name from Free the Children to WE Charity. This was done not due to a change in mission; instead was designed to more clearly reflect the brand alignment with its ongoing mission to empower change that creates sustainable impact.





233 Carlton Street, Toronto, Ontario, Canada M5A 2L2
T:  1.416.925.5894
E:  info@we.org
W:  www.we.org

**Board of Directors**

Our board of directors comprise of some of the best minds in finance, technology, social justice, philanthropy, governance, and educational programming. They are a volunteer board deeply committed to the issues of empowerment, justice, equity and in the belief that youth can 'change the world' to make it a better place; values of the WE movement. They not only provide legal and financial oversight of the organization but also play a critical role in reviewing and approving our audited financial statements, analyzing impact of our international development work, and guiding the organization in its growth and sustainability.

The hard work of the board is evident in the evolution of the organization from its humble beginnings to its current state.

My sincere appreciation and thanks to our Board of Directors and the Finance Committee for their support, guidance and leadership in ensuring WE Charity remains a trusted and accountable organization.

Sincerely

Scott Baker
Executive Director
WE Charity

WE CHARITY

FINANCIAL STATEMENTS
AND
SUPPLEMENTAL FINANCIAL INFORMATION

YEARS ENDED DECEMBER 31, 2016 AND 2015

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants



**SWIANTEK, KLING & PASIEKA, LLP**
Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT

The Board of Directors
We Charity
Toronto, Ontario        Canada

We have audited the accompanying financial statements of We Charity (a nonprofit organization), which comprise the statements of financial position as of December 31, 2016 and 2015, and the related statements of activities, functional expenses and cash flows for the years then ended, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgement, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above  present
fairly, in all material respects, the financial position of We Charity
as of December 31, 2016 and 2015 and the changes in its net assets and
its cash flows for the years then ended in accordance with accounting
principles generally accepted in the United States of America.


*Swiantek, Kling & Pasieka LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
March 14, 2017

# WE CHARITY

## STATEMENTS OF FINANCIAL POSITION

### DECEMBER 31, 2016 AND 2015

#### ASSETS

|  | 2016 | 2015 |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash | $ 9,949,164 | $ 6,352,888 |
| Accounts receivable | 102,126 | 55,197 |
| Annuities receivable – current | 12,218 | 11,797 |
| Unconditional promises to give | 4,999,468 | 5,163,915 |
| Prepaid expense | 2,045,220 | 380,463 |
| Marketable securities – | | |
| available for sale | 2,051,399 | 2,542,210 |
| TOTAL CURRENT ASSETS | 19,159,595 | 14,506,470 |
| | | |
| LAND, BUILDINGS AND EQUIPMENT, | | |
| net of accumulated depreciation | 979,260 | 937,952 |
| | | |
| OTHER ASSETS: | | |
| Annuities receivable – long term | – | 6,770 |
| Intangible assets, net of | | |
| Accumulated amortization | 470,597 | 487,157 |
| Promises to give-long term | 35,000 | 445,000 |
| | 505,597 | 938,927 |
| | | |
| | $20,644,452 | $16,383,349 |

## LIABILITIES AND NET ASSETS

|                                | 2016 | 2015 |
|--------------------------------|------|------|
| **CURRENT LIABILITIES:**       |      |      |
| Accounts payable               | $ 168,604 | $ 120,193 |
| **TOTAL CURRENT LIABILITIES**  | 168,604 | 120,193 |
| **NET ASSETS:**                |      |      |
| Unrestricted                   | 10,268,486 | 10,638,374 |
| Temporarily restricted         | 10,207,362 | 5,624,782 |
| **TOTAL NET ASSETS**           | 20,475,848 | 16,263,156 |
|                                | $20,644,452 | $16,383,349 |

The accompanying notes are an integral part
of these financial statements.

WE CHARITY

STATEMENTS OF ACTIVITIES

YEARS ENDED DECEMBER 31, 2016 AND 2015

|  | UNRESTRICTED | TEMPORARILY RESTRICTED |
|---|---|---|
| PUBLIC SUPPORT AND REVENUE: | | |
| PUBLIC SUPPORT: | | |
| Contributions and bequests | $13,925,508 | $ 7,546,219 |
| Grants | 7,520,605 | 2,168,971 |
| TOTAL PUBLIC SUPPORT | 21,446,113 | 9,715,190 |
| REVENUE: | | |
| Interest and dividends | 78,954 | - |
| Expense reimbursements | 28,200 | - |
| Miscellaneous | 849 | - |
| Realized gain on sale of securities | 45,870 | - |
| Unrealized gain (loss) on securities | 138,916 | - |
| Net sales – WE DAY | 89,610 | - |
| Cost of sales – WE DAY | ( 89,610) | - |
| Net | - | - |
| TOTAL REVENUE | 292,789 | - |
| NET ASSETS RELEASED FROM RESTRICTIONS | 5,132,610 | (5,132,610) |
| TOTAL PUBLIC SUPPORT AND REVENUE | 26,871,512 | 4,582,580 |
| EXPENSES: | | |
| PROGRAM SERVICES: | | |
| International Projects | 10,952,746 | - |
| Domestic Projects | 14,214,555 | - |
| TOTAL PROGRAM SERVICES | 25,167,301 | - |
| SUPPORTING SERVICES: | | |
| Management and general | 1,515,832 | - |
| Fundraising | 558,267 | - |
| TOTAL SUPPORTING SERVICES | 2,074,099 | - |
| TOTAL EXPENSES | 27,241,400 | - |
| INCREASE (DECREASE) IN NET ASSETS | ( 369,888) | 4,582,580 |
| NET ASSETS, BEGINNING | 10,638,374 | 5,624,782 |
| NET ASSETS, ENDING | $10,268,486 | $10,207,362 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

| TOTAL YEAR ENDED DECEMBER 31, 2016 | UNRESTRICTED | TEMPORARILY RESTRICTED | TOTAL YEAR ENDED DECEMBER 31, 2015 |
|---|---|---|---|
| $21,471,727 | $14,158,965 | $ 2,255,740 | $16,414,705 |
| 9,689,576 | 9,053,630 | 1,550,474 | 10,604,104 |
| 31,161,303 | 23,212,595 | 3,806,214 | 27,018,809 |
| 78,954 | 18,520 | – | 18,520 |
| 28,200 | 161,219 | – | 161,219 |
| 849 | 590 | – | 590 |
| 45,870 | 2,032 | – | 2,032 |
| 138,916 | ( 162,406) | – | ( 162,406) |
| 89,610 | 94,081 | – | 94,081 |
| ( 89,610) | ( 94,081) | – | ( 94,081) |
| – | – | – | – |
| 292,789 | 19,955 | – | 19,955 |
| – | 5,412,490 | (5,412,490) | – |
| 31,454,092 | 28,645,040 | (1,606,276) | 27,038,764 |
| 10,952,746 | 10,033,829 | – | 10,033,829 |
| 14,214,555 | 10,420,544 | – | 10,420,544 |
| 25,167,301 | 20,454,373 | – | 20,454,373 |
| 1,515,832 | 818,806 | – | 818,806 |
| 558,267 | 656,343 | – | 656,343 |
| 2,074,099 | 1,475,149 | – | 1,475,149 |
| 27,241,400 | 21,929,522 | – | 21,929,522 |
| 4,212,692 | 6,715,518 | (1,606,276) | 5,109,242 |
| 16,263,156 | 3,922,856 | 7,231,058 | 11,153,914 |
| $20,475,848 | $10,638,374 | $ 5,624,782 | $16,263,156 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

### STATEMENT OF FUNCTIONAL EXPENSES

#### YEAR ENDED DECEMBER 31, 2016
#### WITH SUMMARIZED COMPARATIVE TOTALS FOR 2015

| | PROGRAM SERVICES | | |
| --- | --- | --- | --- |
| | INTERNATIONAL PROJECTS | DOMESTIC PROJECTS | TOTAL PROGRAM SERVICES |
| Salaries | $ 549,072 | $ 439,257 | $ 988,329 |
| Payroll taxes | 49,059 | 39,247 | 88,306 |
| Employee benefits | 66,721 | 53,377 | 120,098 |
| Administrative fee | – | – | – |
| Advertising/promotion | – | 25,536 | 25,536 |
| Amortization | – | – | – |
| Auto | – | 7,701 | 7,701 |
| Bank charges and fees | – | 180 | 180 |
| Bad debts | – | – | – |
| Consultants | 71,993 | 72,821 | 144,814 |
| Domestic projects | – | 6,086,193 | 6,086,193 |
| International projects | 1,967,702 | – | 1,967,702 |
| Payments to affiliated organizations | 8,027,000 | 7,030,000 | 15,057,000 |
| Depreciation | – | 30,147 | 30,147 |
| Dues and subscriptions | – | 1,940 | 1,940 |
| Fundraising and promotion | – | – | – |
| Insurance | – | 6,444 | 6,444 |
| Legal and accounting | – | – | – |
| Loss on sale of assets | – | – | – |
| Office | 80,399 | 14,038 | 94,437 |
| Postage and delivery | – | 21,041 | 21,041 |
| Rent | – | 107,329 | 107,329 |
| Repairs and maintenance | – | 92,294 | 92,294 |
| Shipping and handling | 140,800 | – | 140,800 |
| Travel and meals | – | 168,926 | 168,926 |
| Utilities | – | 18,084 | 18,084 |
| TOTAL FUNCTIONAL EXPENSES – 2016 | $10,952,746 | $14,214,555 | $25,167,301 |
| – 2015 | $10,033,829 | $10,420,544 | $20,454,373 |

| SUPPORTING SERVICES | | | TOTAL YEARS | |
| GENERAL AND ADMINISTRATIVE | FUNDRAISING | TOTAL SUPPORTING SERVICES | ENDED DECEMBER 31 2016 | 2015 |
|---|---|---|---|---|
| $  109,814 | $  253,418 | $  363,232 | $ 1,351,561 | $ 1,099,325 |
| 9,812 | 22,643 | 32,455 | 120,761 | 103,510 |
| 13,324 | 30,814 | 44,138 | 164,236 | 147,968 |
| 24,000 | – | 24,000 | 24,000 | 24,000 |
| 7,750 | – | 7,750 | 33,286 | 3,914 |
| 36,559 | – | 36,559 | 36,559 | 23,308 |
| 800 | – | 800 | 8,501 | 10,241 |
| 23,934 | – | 23,934 | 24,114 | 26,588 |
| 13,670 | – | 13,670 | 13,670 | – |
| 828,455 | – | 828,455 | 973,269 | 621,379 |
| – | – | – | 6,086,193 | 9,567,331 |
| – | – | – | 1,967,702 | 3,089,053 |
| – | – | – | 15,057,000 | 6,352,700 |
| 95,448 | – | 95,448 | 125,595 | 124,821 |
| 3,095 | – | 3,095 | 5,035 | 3,044 |
| – | 251,392 | 251,392 | 251,392 | 138,549 |
| 8,374 | – | 8,374 | 14,818 | 19,185 |
| 94,359 | – | 94,359 | 94,359 | 73,357 |
| 3,771 | – | 3,771 | 3,771 | – |
| 19,582 | – | 19,582 | 114,019 | 42,639 |
| – | – | – | 21,041 | 18,892 |
| 96,000 | – | 96,000 | 203,329 | 212,031 |
| – | – | – | 92,294 | 38,098 |
| – | – | – | 140,800 | 79,292 |
| 100,520 | – | 100,520 | 269,446 | 65,961 |
| 26,565 | – | 26,565 | 44,649 | 44,336 |
| $1,515,832 | $  558,267 | $2,074,099 | $27,241,400 | |
| $  818,806 | $  656,343 | $1,475,149 | | $21,929,522 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

### STATEMENTS OF CASH FLOWS

#### YEARS ENDED DECEMBER 31, 2016 AND 2015

| | 2016 | 2015 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Increase in net assets | $ 4,212,692 | $ 5,109,242 |
| Adjustments to reconcile change in net assets to net cash provided by operating activities: | | |
| Amortization | 36,559 | 23,308 |
| Depreciation | 125,595 | 124,821 |
| Loss on sale of vehicle | 3,771 | - |
| Donated securities (non-cash) | (1,246,248) | (1,394,649) |
| Realized gain on sale of marketable securities | ( 45,870) | ( 2,032) |
| Unrealized gain (loss) on securities | ( 138,916) | 162,406 |
| Changes in assets and liabilities: | | |
| (Increase) decrease in accounts receivable | ( 46,929) | ( 23,162) |
| (Increase) decrease in annuities receivable | 6,349 | 6,130 |
| (Increase) decrease in unconditional promises to give | 574,447 | ( 859,493) |
| (Increase) decrease in prepaid expense | (1,664,757) | ( 131,861) |
| Increase (decrease) in accounts payable | 48,411 | 60,473 |
| Increase (decrease) in accrued payroll | - | - |
| TOTAL ADJUSTMENTS | (2,347,588) | (2,034,059) |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | 1,865,104 | 3,075,183 |
| CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES: | | |
| Capital expenditures | ( 171,174) | ( 100,772) |
| Intangible asset expenditures | ( 19,999) | ( 510,465) |
| Proceeds from sale of vehicle | 500 | - |
| Proceeds from sale of marketable securities | 2,888,347 | 9,680 |
| Purchase of marketable securities - available for sale | ( 966,502) | ( 26,984) |
| NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES | 1,731,172 | ( 628,541) |
| NET INCREASE IN CASH | 3,596,276 | 2,446,642 |
| CASH - beginning | 6,352,888 | 3,906,246 |
| CASH - ending | $ 9,949,164 | $ 6,352,888 |
| Non cash donations received during the year were for: | | |
| Medical supplies | $ 1,079,980 | $ 2,433,246 |
| Contributed securities | $ 1,246,248 | $ 1,394,649 |

The accompanying notes are an integral part
of these financial statements.

**SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants**

WE CHARITY

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2016 AND 2015

Note 1 - Summary of Significant Accounting Policies:

(A)   Nature of Activities:

The Organization was incorporated December 20, 1996 in New York State and it's mission is to empower people to change the world, locally and globally, achieving transformative outcomes for themselves and others. We Charity works internationally through its holistic and sustainable international development model - WE Villages - and domestically through its full year service learning program and resources - WE Schools and WE Day - provided to students, educators and youth.

During 2016, the Organization changed its name from Free The Children to We Charity. The change did not involve a change in mission, but rather was intended to more clearly align the brand of the Organization with its ongoing mission.

(B)   Accounting Principles:

The financial statements have been prepared on the accrual basis of accounting in accordance with U.S. generally accepted accounting principles. Salaries, payroll taxes and benefits are allocated to cost centers based upon percentages as determined by management. Other expenses are spread on an actual basis.

Under these provisions, net assets and revenues, expenses, gains and losses are classified based on the existence or absence of donor-imposed restrictions. Accordingly, the net assets of the Organization and changes therein are classified and reported as follows:

Unrestricted net assets - Net assets that are not subject to donor-imposed stipulations.

Temporarily restricted net assets - Net assets subject to donor-imposed stipulations that may or will be met either by the actions of the Organization and/or the passage of time.

Permanently restricted assets - Net assets whose use is limited by donor-imposed stipulations that neither expire by passage of time nor can be fulfilled or otherwise removed by actions of the organization. The Organization does not currently have any permanently restricted net assets.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 1 - Summary of Significant Accounting Policies (continued):

    (B)   Accounting Principles Continued:

Revenues are reported as increases in unrestricted net assets unless use of the related assets is limited by donor-imposed restrictions. Expenses are reported as decreases in unrestricted net assets. Expirations of temporary restrictions on net assets (i.e., the donor-stipulated purpose has been fulfilled and/or the stipulated time period has elapsed) are reported as reclassification between the applicable classes of net assets.

    (C)   Tax Status:

The Organization is exempt from income tax as a not-for-profit corporation under IRC section 501(c)(3) and classified by the Internal Revenue Service as other than a private foundation. The Organization's Forms 990, Return of Organization Exempt from income tax, are subject to examination by the IRS, for the years ending December 31, 2015, 2014 and 2013 (open years). The Organization is registered and files returns in six states and in those states, is also subject to examination for open years. Management does not believe they have met nexus criteria requiring other state registrations at this time and the Organization has no uncertain tax positions requiring disclosure.

    (D)   Promises to Give:

Contributions are recognized when the donor makes a promise to give to the Organization that is in substance, unconditional. Contributions that are restricted by the donor are reported as increases in unrestricted net assets if the restrictions expire in the year in which the contributions are recognized. All other donor-restricted contributions are reported as increases in temporarily or permanently restricted net assets depending on the nature of the restriction. When a time or purpose restriction expires, temporarily restricted net assets are reclassified to unrestricted net assets.

The Organization uses the allowance method to determine uncollectible unconditional promises to give receivables. The allowance is based on prior year's experience and management's analysis of specific promises made.

Promises to give that will not be contributed to the Organization within one year are reported in the accompanying financial statements at their net present values as of the financial statement reporting date.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

## WE CHARITY

### NOTES TO FINANCIAL STATEMENTS, CONTINUED

### DECEMBER 31, 2016 AND 2015

Note 1 - <u>Summary of Significant Accounting Policies (continued)</u>:

(E)   Marketable Securities – Available for Sale:

Investments in marketable securities with readily determinable fair values are reported at their fair values in the statement of financial position. Unrealized gains restricted by a donor are reported as increases in unrestricted net assets if the restrictions are met (either by passage of time or by use) in the reporting period in which the income and gains are recognized.

(F)   Land, Buildings, Equipment and Depreciation:

Land, buildings and equipment are recorded at cost. Equipment is depreciated over periods of five to seven years using the straight-line method. Buildings and improvements are depreciated using the straight-line method over periods between fifteen and thirty-nine years. Repair and maintenance costs are expensed as incurred, while renewals and betterments which extend the asset's useful lives are capitalized.

(G)   Intangible Assets:

Intangible assets, other than goodwill, are measured at cost less accumulated amortization. They are amortized over periods of three to fifteen years using the straight-line method.

(H)   Contributions and Grants:

All contributions and grants are considered to be available for unrestricted use unless specifically restricted by the donor. The Organization received contributions from four major donors representing 10%, 11%, 13% and 14% of public support in 2016 and one major donor representing of public support 10% in 2015.

(I)   In-Kind Contributions:

Donated supplies, equipment, marketable securities and other are recorded at their fair market value when received and recorded as contribution revenue.

(J)   Contributed Services:

No amounts have been reflected in these statements for donated services, inasmuch as these amounts are indeterminable. The Organization generally pays for services requiring specific expertise.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 1 - Summary of Significant Accounting Policies (continued):

   (K)   Use of Estimates:

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

   (L)   Events Occurring After Reporting Date:

The Organization has evaluated events and transactions that occurred between January 1, 2017 and March 14, 2017, which is the date the financial statements were available to be issued, for possible disclosure and recognition in the financial statements and there were none noted.

   (M)   Cash and Cash Equivalents:

For purposes of the statements of cash flows, the Organization considers all highly liquid investments available for current use with an initial maturity of three months or less to be cash equivalents.

   (N)   Advertising Expense:

Generally, advertising costs are expensed at the time they are incurred. Advertising expense for the years ended December 31, 2016 and 2015 totaled $33,286 and $3,914, respectively.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 2 - Cash:

Cash consists of the following at December 31.

|  |  | 2016 | 2015 |
|---|---|---|---|
| Bank of America | - checking | $9,389,708 | $5,858,767 |
|  | - savings, interest at .06% and .06%. | 212,709 | 212,581 |
|  | - checking | 10,456 | 3,579 |
|  | - checking | 5,106 | 9,993 |
|  | - checking | 3,027 | 4,101 |
|  | - checking | 7,795 | 8,084 |
|  | - savings, interest at .03% | 50,008 | - |
| Bremer Bank | - checking | 127,575 | 145,370 |
|  | - checking | 17,430 | 8,542 |
| TD Canada Trust | - checking | 125,350 | 101,871 |
|  |  | $9,949,164 | $6,352,888 |

As of December 31, the Organization had concentrations of cash in one source totaling $9,428,809 (2016) and $5,847,105 (2015) above FDIC insured limits.

Note 3 - Annuities Receivable:

Annuities receivable consist of the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| Donated annuity contracts | $  12,218 | $  18,567 |
| Less current portion | 12,218 | 11,797 |
| Long term annuities receivable | $     - | $  6,770 |

Annuity contracts are recognized as a donation at the time the policy is issued at an amount equal to the policy premium. Subsequent receipts are allocated between principal and interest when received.

Scheduled annuity receipts for the next year will be $12,857, including interest of $639.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 4 – Promises to Give:

Unconditional promises to give consist of the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| Receivable in less than one year | $5,024,605 | $5,195,515 |
| Receivable in one to five years | 35,000 | 500,000 |
| Total | 5,059,605 | 5,695,515 |
| Less unamortized discount | ( 25,137) | ( 86,600) |
| Less allowance for uncollectible promises | – | – |
| Net unconditional promises to give | 5,034,468 | 5,608,915 |
| Less current portion | 4,999,468 | 5,163,915 |
| Long term promises to give | $ 35,000 | $ 445,000 |

Unconditional promises to give due in more than one year are recognized at fair value, using present value techniques and a discount rate of 6%, when the donor makes an unconditional promise to give to the Organization. Unconditional promises at December 31, 2016 primarily represent funding for future We Day, We School and We Act events.

The Organization has a concentration of credit risk with outstanding unconditional promises to give from two major donors representing 38% and 49% (2016) and from four major donors representing 15%, 17%, 18% and 26% (2015).

Note 5 – Prepaid Expense:

Prepaid expense consists of the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| Insurance | $ 8,171 | $ 2,855 |
| Rent and security | 13,708 | 14,754 |
| Event fees | 1,953,131 | 341,155 |
| Other | 70,210 | 21,699 |
|  | $2,045,220 | $ 380,463 |

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 6 - Land, Buildings and Equipment:

Land, buildings and equipment consist of the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| Land | $ 172,539 | $ 172,539 |
| Buildings | 783,723 | 744,686 |
| Equipment | 584,896 | 452,759 |
| Horses | 4,800 | 4,800 |
| Vehicles | 62,973 | 70,981 |
| Total | 1,608,931 | 1,445,765 |
| Less accumulated depreciation | ( 629,671) | ( 507,813) |
| Land, buildings and equipment - net | $ 979,260 | $ 937,952 |

Depreciation expense for the years ended December 31, 2016 and 2015 were $125,595 and $124,821, respectively.

Note 7 - Intangible Assets:

Intangible assets consist of the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| Website domains | $ 525,149 | $ 505,150 |
| Website setup costs | 5,315 | 5,315 |
|  | 530,464 | 510,465 |
| Less accumulated amortization | ( 59,867) | ( 23,308) |
| Total intangible assets net of accumulated amortization | $ 470,597 | $ 487,157 |

Amortization expense for the years ended December 31, 2016 an 2015 were $36,559 and $23,308, respectively.

The Organization expects future amortization expense to be a follows at December 31.

| December 31, 2017 | $ 36,782 |
|---|---|
| 2018 | 36,782 |
| 2019 | 36,782 |
| 2020 | 36,782 |
| 2021 | 36,782 |
| Thereafter | 286,687 |
|  | $ 470,597 |

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 8 – Fair Value Measurements:

> The Organization's investments are reported at fair value in the accompanying statements of financial position. The methods used to measure fair value may produce an amount that may not be indicative of net realizable value or reflective of future fair value. Furthermore, although the Organization believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to measure the fair value of certain financial instruments could result in a different fair value at the reporting date.

> The fair value measurement accounting literature establishes a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. This hierarchy consists of three broad levels: level 1 inputs consist of unadjusted quoted prices in active markets for identical assets and have the highest priority. Level 2 inputs consist of observable inputs other than quoted prices for identical assets. Level 3 inputs are unobservable and have the lowest priority. The Organization uses appropriate valuation techniques based on the available inputs to measure the fair value of its investments. When available, the Organization measures fair value using Level 1 inputs because they generally provide the most reliable evidence of fair value. Level 2 inputs are used for investments for which level 1 inputs are not available. Level 3 inputs are used when Level 1 or Level 2 inputs are not available. There are no assets requiring the use of Level 2 or 3 inputs for the periods presented

> Level 1 Fair Value Measurements

> The fair value of mutual funds is based on quoted net asset values of the shares as reported by the fund. The mutual fund held by the Organization is an open-end mutual fund registered with the U.S. Securities and Exchange Commission. The fund must publish its daily net asset value and transact at that price. The mutual fund held by the Organization is considered to be actively traded. The fair values of common stocks and U.S. Government securities are based on the closing price reported on the active market where the individual securities are traded.

> The Organization does not hold any Level 2 or Level 3 investments.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 8 – Fair Value Measurements (Continued):

Fair value for all investments are determined by reference to quoted market prices. Fair value of assets measured on a recurring basis at December 31, 2016 and 2015 are as follows:

| | | Fair Value Measurements at Reporting Date Using Quoted Prices in Active Markets for Identical Assets |
| --- | --- | --- |
| December 31, 2016 | Fair Value | (Level 1 ) |
| Equity Securities | $1,042,145 | $1,042,145 |
| Mutual fund | 11,176 | 11,176 |
| Money Market | 998,078 | 998,078 |
| | $2,051,399 | $2,051,399 |
| December 31, 2015 | | |
| Equity Securities | $2,510,633 | $2,510,633 |
| Money Market | 31,577 | 31,577 |
| | $2,542,210 | $2,542,210 |

Note 9 – Program Services:

Program services consist of two comprehensive cost centers, international and domestic projects. (1) Internationally, We Charity works in partnership with communities in Kenya, Tanzania, Sierra Leone, Ecuador, Haiti, Nicaragua, India and rural China through its holistic and sustainable development model, WE Villages. This model works to create long-term solutions for education, health, water, food security and alternative income opportunities. (2) Domestically, the Organization provides comprehensive programs for service learning and active citizenship, inspiring a generation to act. Its core domestic programming, WE Day and WE Schools, provide youth with the inspiration, tools and opportunities to become active local, national and global citizens. By instilling active citizenship, increasing academic engagement and improving the university and workplace readiness of participants, WE Day and WE Schools work together to equip today's young leaders for a better tomorrow.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 10 - Grants for Projects:

Grants for projects include the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| Medical Relief | $ 1,079,980 | $2,433,246 |
| China project | 881,000 | 640,000 |
| Other | 6,722 | 15,807 |
|  | $ 1,967,702 | $3,089,053 |

Note 11 - Related Party Transactions:

Payments to affiliated organizations include the following at December 31.

|  | 2016 | 2015 |
|---|---|---|
| We Charity - Canada | $15,057,000 | $6,352,700 |
| Total payments to affiliated Organizations | $15,057,000 | $6,352,700 |

Note 12 - Administrative Fees:

Included in functional expenses and allocated to program and supporting services are administrative fees paid to We Charity (its related Canadian not-for-profit organization). A summary of administrative fees and other costs for the years ended December 31, are as follows.

|  | 2016 | 2015 |
|---|---|---|
| General (payroll and other administrative) | $ 24,000 | $ 24,000 |
| Other costs: | | |
| Internal accounting cost allocation | 35,000 | 35,000 |
| Rent | 96,000 | 96,000 |
| Total fees and rent | $ 155,000 | $ 155,000 |

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

DECEMBER 31, 2016 AND 2015

Note 13 — Rent:

The Organization leases office space in California, Minnesota and Washington State in addition to rent paid to We Charity Canada. These leases consist of both noncancelable operating leases and leases on a month to month basis. Rent expenses at December 31, was $203,329 (2016) and $212,031 (2015) including rent of $96,000 as further discussed in Note 12. The following is a schedule of future minimum lease payments as of December 31.

| December 31, 2017 | $ | 26,136 |
|---|---|---|
| 2018 | | 26,920 |
| 2019 | | 25,354 |
| 2020 | | - |
| Thereafter | | - |
| | $ | 78,410 |



**SWIANTEK, KLING & PASIEKA, LLP**
Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT ON ADDITIONAL INFORMATION

The Board of Directors
We Charity
Toronto, Ontario      Canada

We have audited the financial statements of We Charity as of and for the years ended December 31, 2016 and 2015, and have issued our report thereon dated March 14, 2017, which contained an unmodified opinion on those financial statements. Our audit was performed for the purpose of forming an opinion on the financial statements as a whole. The schedule of changes in land, building and equipment is presented for the purpose of additional analysis and is not a required part of the basic financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements. The information has been subjected to the auditing procedures applied in the audits of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the basic financial statements as a whole.

*Swiantek, Kling & Pasieka, LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
March 14, 2017

800 Main Street, Suite 3A  |  Niagara Falls, New York 14301  |  Phone: 716.285.5276  |  Fax: 716.285.6958
1026 Engelwood Avenue  |  Kenmore, New York 14223  |  Phone: 716.875.4220  |  Fax: 716.875.7376
www.skpcpany.com

## WE CHARITY

### SCHEDULE OF CHANGES IN LAND, BUILDINGS AND EQUIPMENT

### YEAR ENDED DECEMBER 31, 2016

SEE ACCOUNTANT'S REPORT ON SUPPLEMENTAL FINANCIAL INFORMATION

|  | Beginning | Additions | Deletions | Ending |
|---|---|---|---|---|
| **LAND, BUILDINGS AND EQUIPMENT (AT COST)** | | | | |
| Land | $ 172,539 | $ – | $ – | $ 172,539 |
| Buildings | 744,686 | 39,037 | – | 783,723 |
| Equipment | 452,759 | 132,137 | – | 584,896 |
| Horses | 4,800 | – | – | 4,800 |
| Vehicles | 70,981 | – | 8,008 | 62,973 |
| TOTAL | 1,445,765 | $171,174 | $ 8,008 | 1,608,931 |
| | | | | |
| **ACCUMULATED DEPRECIATION** | | | | |
| Buildings | 139,228 | $ 22,801 | $ – | 162,029 |
| Equipment | 314,571 | 95,448 | – | 410,019 |
| Horses | 3,429 | 685 | – | 4,114 |
| Vehicles | 50,585 | 6,661 | 3,737 | 53,509 |
| TOTAL | 507,813 | $125,595 | $ 3,737 | 629,671 |
| | | | | |
| **LAND, BUILDINGS AND EQUIPMENT – NET** | $ 937,952 | | | $ 979,260 |