EXHIBIT 18

WE CHARITY

FINANCIAL STATEMENTS
AND
SUPPLEMENTAL FINANCIAL INFORMATION

YEARS ENDED AUGUST 31, 2018
AND DECEMBER 31, 2017

# SKP

## SWIANTEK, KLING & PASIEKA, LLP
### Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT

The Board of Directors
We Charity
Toronto, Ontario      Canada

We have audited the accompanying financial statements of We Charity (a
nonprofit organization), which comprise the statements of financial
position as of August 31, 2018 and December 31, 2017, and the related
statements of activities, functional expenses and cash flows for the
eight-month and twelve-month periods then ended, and the related notes
to the financial statements.

## Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of
these financial statements in accordance with accounting principles
generally accepted in the United States of America; this includes the
design, implementation, and maintenance of internal control relevant to
the preparation and fair presentation of financial statements that are
free from material misstatement, whether due to fraud or error.

## Auditor's Responsibility

Our responsibility is to express an opinion on these financial
statements based on our audits. We conducted our audits in accordance
with auditing standards generally accepted in the United States of
America. Those standards require that we plan and perform the audit to
obtain reasonable assurance about whether the financial statements are
free from material misstatement.

An audit involves performing procedures to obtain audit evidence about
the amounts and disclosures in the financial statements. The procedures
selected depend on the auditor's judgement, including the assessment of
the risks of material misstatement of the financial statements, whether
due to fraud or error. In making those risk assessments, the auditor
considers internal control relevant to the entity's preparation and
fair presentation of the financial statements in order to design audit
procedures that are appropriate in the circumstances, but not for the
purpose of expressing an opinion on the effectiveness of the entity's
internal control. Accordingly, we express no such opinion.  An audit
also includes evaluating the appropriateness of accounting policies
used and the reasonableness of significant accounting estimates made by
management, as well as evaluating the overall presentation of the
financial statements.

We believe that the audit evidence we have obtained is sufficient and
appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of We Charity as of August 31, 2018 and December 31, 2017 and the changes in its net assets and its cash flows for the eight-month and twelve-month periods then ended in accordance with accounting principles generally accepted in the United States of America.

**Change in Accounting Principle**

As discussed in Note 1b to the financial statements, the Organization adopted the provisions of ASU 2016-14 Not-for-Profit Entities (Topic 958) during 2018.  Our opinion is not modified with respect to that matter.

**Change of Year End**

The Organization changed its year end from December 31 to August 31, therefore these financial statements present eight months of activity in the current year end (August 31) compared to twelve months activity for the  prior year end (December 31).

*Swiantek, Kling & Pasieka, LLP*

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
November 19, 2018

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

STATEMENTS OF FINANCIAL POSITION

AUGUST 31, 2018 AND DECEMBER 31, 2017

ASSETS

| | August 31, 2018 | December 31, 2017 |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash | $ 4,264,599 | $12,677,018 |
| Accounts receivable | 39,567 | 6,851 |
| Unconditional promises to give | 1,053,432 | 744,772 |
| Prepaid expenses | 266,904 | 899,390 |
| Marketable securities – available for sale | 5,337,874 | 3,501,597 |
| TOTAL CURRENT ASSETS | 10,962,376 | 17,829,628 |
| | | |
| LAND, BUILDINGS AND EQUIPMENT, net of accumulated depreciation | 1,084,530 | 1,007,869 |
| | | |
| OTHER ASSETS: | | |
| Intangible assets, net of accumulated amortization | 915,668 | 441,012 |
| Promises to give-long term | 10,000 | 10,000 |
| | 925,668 | 451,012 |
| | $12,972,574 | $19,288,509 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

LIABILITIES AND NET ASSETS

|  | August 31,<br>2018 | December 31,<br>2017 |
|---|---|---|
| CURRENT LIABILITIES: | | |
| Accounts payable | $    181,778 | $    568,231 |
| Accrued expenses | 59,498 | - |
| TOTAL CURRENT LIABILITIES | 241,276 | 568,231 |
| NET ASSETS: | | |
| Without donor restrictions | 7,181,577 | 8,632,843 |
| With donor restrictions | 5,549,721 | 10,087,435 |
| TOTAL NET ASSETS | 12,731,298 | 18,720,278 |
| | $12,972,574 | $19,288,509 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

STATEMENTS OF ACTIVITIES

YEARS ENDED AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

|  | WITHOUT DONOR RESTRICTIONS | WITH DONOR RESTRICTIONS |
|---|---|---|
| PUBLIC SUPPORT AND REVENUE: | | |
| PUBLIC SUPPORT: | | |
| Contributions and bequests | $ 7,546,076 | $ 4,277,451 |
| Grants | 4,784,272 | 1,129,055 |
| TOTAL PUBLIC SUPPORT | 12,330,348 | 5,406,506 |
| REVENUE: | | |
| Interest and dividends | 55,455 | - |
| Expense reimbursements | - | - |
| Miscellaneous | 471 | - |
| Realized gain on sale of securities | 479,969 | - |
| Unrealized gain (loss) on securities | 181,221 | - |
| Net sales – WE DAY | 70,818 | - |
| Cost of sales – WE DAY | ( 70,818) | - |
| Net-WE DAY | - | - |
| TOTAL REVENUE | 717,116 | - |
| Net assets released from restrictions: | | |
| Satisfaction of program restrictions | 1,824,684 | (1,824,684) |
| Expiration of time restrictions | 8,119,536 | (8,119,536) |
| TOTAL NET ASSETS RELEASED FROM RESTRICTIONS | 9,944,220 | (9,944,220) |
| TOTAL PUBLIC SUPPORT AND REVENUE | 22,991,684 | (4,537,714) |
| EXPENSES: | | |
| PROGRAM SERVICES: | | |
| International Projects | 9,198,936 | - |
| Domestic Projects | 13,317,860 | - |
| TOTAL PROGRAM SERVICES | 22,516,796 | - |
| SUPPORTING SERVICES: | | |
| General and administrative | 1,120,682 | - |
| Fundraising | 805,472 | - |
| TOTAL SUPPORTING SERVICES | 1,926,154 | - |
| TOTAL EXPENSES | 24,442,950 | - |
| INCREASE (DECREASE) IN NET ASSETS | (1,451,266) | (4,537,714) |
| NET ASSETS, BEGINNING | 8,632,843 | 10,087,435 |
| NET ASSETS, ENDING | $ 7,181,577 | $ 5,549,721 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

| TOTAL YEAR ENDED AUGUST 31, 2018 | WITHOUT DONOR RESTRICTIONS | WITH DONOR RESTRICTIONS | TOTAL YEAR ENDED DECEMBER 31, 2017 |
|---|---|---|---|
| $11,823,527 | $11,206,644 | $ 3,782,800 | $14,989,444 |
| 5,913,327 | 11,650,135 | 6,210,366 | 17,860,501 |
| 17,736,854 | 22,856,779 | 9,993,166 | 32,849,945 |
| 55,455 | 29,824 | – | 29,824 |
| – | 163,064 | – | 163,064 |
| 471 | 5,070 | – | 5,070 |
| 479,969 | – | – | – |
| 181,221 | 340,030 | – | 340,030 |
| 70,818 | 95,866 | – | 95,866 |
| ( 70,818) | ( 95,866) | – | ( 95,866) |
| – | – | – | |
| 717,116 | 537,988 | – | 537,988 |
| – | 3,883,065 | (3,883,065) | – |
| – | 6,230,028 | (6,230,028) | – |
| – | 10,113,093 | (10,113,093) | – |
| 18,453,970 | 33,507,860 | ( 119,927) | 33,387,933 |
| 9,198,936 | 12,922,803 | – | 12,922,803 |
| 13,317,860 | 19,920,693 | – | 19,920,693 |
| 22,516,796 | 32,843,496 | – | 32,843,496 |
| 1,120,682 | 1,703,154 | – | 1,703,154 |
| 805,472 | 596,853 | – | 596,853 |
| 1,926,154 | 2,300,007 | – | 2,300,007 |
| 24,442,950 | 35,143,503 | – | 35,143,503 |
| (5,988,980) | (1,635,643) | ( 119,927) | (1,755,570) |
| 18,720,278 | 10,268,486 | 10,207,362 | 20,475,848 |
| $12,731,298 | $ 8,632,843 | $10,087,435 | $18,720,278 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

STATEMENT OF FUNCTIONAL EXPENSES

EIGHT MONTHS ENDED AUGUST 31, 2018
WITH SUMMARIZED COMPARATIVE TOTALS FOR DECEMBER 31, 2017 (12 MONTHS)

| | PROGRAM | SERVICES | |
| --- | --- | --- | --- |
| | INTERNATIONAL PROJECTS | DOMESTIC PROJECTS | TOTAL PROGRAM SERVICES |
| Salaries | $    456,971 | $    456,971 | $    913,942 |
| Payroll taxes | 42,904 | 42,904 | 85,808 |
| Employee benefits | 60,797 | 60,797 | 121,594 |
| Administrative fee | - | - | - |
| Advertising and promotion | - | - | - |
| Amortization | - | - | - |
| Auto | - | 7,693 | 7,693 |
| Bank charges and fees | - | - | - |
| Consultants | 40,656 | 155,365 | 196,021 |
| Domestic projects | - | 5,830,941 | 5,830,941 |
| International projects | 1,598,401 | - | 1,598,401 |
| Payments to affiliated organizations | 6,942,553 | 6,000,000 | 12,942,553 |
| Depreciation | - | 18,947 | 18,947 |
| Dues and subscriptions | - | - | - |
| Fundraising and promotion | - | - | - |
| Insurance | - | 2,031 | 2,031 |
| Legal and accounting | - | 4,402 | 4,402 |
| Office | - | 30,535 | 30,535 |
| Postage and delivery | - | 10,126 | 10,126 |
| Rent | - | 149,179 | 149,179 |
| Repairs and maintenance | - | 40,809 | 40,809 |
| Shipping and handling | 54,200 | - | 54,200 |
| Travel and meals | 2,454 | 487,089 | 489,543 |
| Utilities | - | 20,071 | 20,071 |
| TOTAL FUNCTIONAL EXPENSES - 2018 | $ 9,198,936 | $13,317,860 | $22,516,796 |
| - 2017 | $12,922,803 | $19,920,693 | $32,843,496 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

3

| SUPPORTING SERVICES | | | TOTAL YEARS ENDED | |
| GENERAL AND ADMINISTRATIVE | FUNDRAISING | TOTAL SUPPORTING SERVICES | AUGUST 31, 2018 | DECEMBER 31 2017 |
|---|---|---|---|---|
| $  384,871 | $   367,209 | $   752,080 | $ 1,666,022 | $ 2,469,207 |
| 36,747 | 34,476 | 71,223 | 157,031 | 210,710 |
| 72,132 | 57,888 | 130,020 | 251,614 | 271,446 |
| 16,000 | – | 16,000 | 16,000 | 24,000 |
| 33,724 | – | 33,724 | 33,724 | 22,468 |
| 24,558 | – | 24,558 | 24,558 | 37,073 |
| – | – | – | 7,693 | 8,817 |
| 16,750 | – | 16,750 | 16,750 | 27,691 |
| 123,785 | – | 123,785 | 319,806 | 632,223 |
| – | – | – | 5,830,941 | 9,989,727 |
| – | – | – | 1,598,401 | 2,925,918 |
| – | – | – | 12,942,553 | 16,547,500 |
| 99,015 | – | 99,015 | 117,962 | 151,730 |
| 46,537 | – | 46,537 | 46,537 | 8,820 |
| – | 333,159 | 333,159 | 333,159 | 289,412 |
| 5,425 | – | 5,425 | 7,456 | 15,978 |
| 103,303 | 12,740 | 116,043 | 120,445 | 118,936 |
| 36,027 | – | 36,027 | 66,562 | 218,070 |
| – | – | – | 10,126 | 20,677 |
| 64,000 | – | 64,000 | 213,179 | 295,298 |
| 6 | – | 6 | 40,815 | 75,174 |
| – | – | – | 54,200 | 108,400 |
| 48,198 | – | 48,198 | 537,741 | 623,966 |
| 9,604 | – | 9,604 | 29,675 | 50,262 |
| $1,120,682 | $   805,472 | $1,926,154 | $24,442,950 | |
| $1,703,154 | $   596,853 | $2,300,007 | | $35,143,503 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

STATEMENTS OF CASH FLOWS

EIGHT MONTHS ENDED AUGUST 31, 2018 AND YEAR ENDED DECEMBER 31, 2017 (12 MONTHS)

|  | AUGUST 31, 2018 | DECEMBER 31, 2017 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: |  |  |
| Increase (decrease) in net assets | $(5,988,980) | $(1,755,570) |
| Adjustments to reconcile change in net assets to net cash provided by (used in) operating activities: |  |  |
| Amortization | 24,558 | 37,073 |
| Depreciation | 117,962 | 151,730 |
| Donated educational videos cost (non-cash) | ( 175,967) | - |
| Donated securities (non-cash) | (1,119,782) | (1,081,248) |
| Realized gain on sale of marketable securities | ( 479,969) | - |
| Unrealized gain on securities | ( 181,221) | ( 340,030) |
| Changes in assets and liabilities: |  |  |
| (Increase) decrease in accounts receivable | ( 32,716) | 95,275 |
| (Increase) decrease in annuities receivable | - | 12,218 |
| (Increase) decrease in unconditional promises to give | ( 308,660) | 4,279,696 |
| (Increase) decrease in prepaid expenses | 632,486 | 1,145,830 |
| Increase in educational videos cost | 323,247 | - |
| Increase (decrease) in accounts payable | ( 386,453) | 399,627 |
| Increase (decrease) in accrued expenses | 59,498 | - |
| TOTAL ADJUSTMENTS | (2,173,511) | 4,700,171 |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | (8,162,491) | 2,944,601 |
| CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES: |  |  |
| Capital expenditures | ( 194,623) | ( 180,339) |
| Intangible asset expenditures | - | ( 7,488) |
| Proceeds from sale of marketable securities | 1,635,480 | - |
| Purchase of marketable securities - available for sale | (1,690,785) | ( 28,920) |
| NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES | ( 249,928) | ( 216,747) |
| NET INCREASE (DECREASE) IN CASH | (8,412,419) | 2,727,854 |
| CASH - beginning | $12,677,018 | 9,949,164 |
| CASH - ending | $ 4,264,599 | $12,677,018 |
| Non cash donations received during the year were for: |  |  |
| Medical supplies | $ 1,416,450 | $ 2,593,640 |
| Contributed securities | $ 1,119,782 | $ 1,081,248 |
| Merchandise and other | $ 176,323 | $ 22,400 |

The accompanying notes are an integral part
of these financial statements.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 1 - Summary of Significant Accounting Policies:

(A)  Nature of Activities:

The Organization was incorporated December 20, 1996 in New York State and its mission is to empower people to change the world, locally and globally, achieving transformative outcomes for themselves and others. We Charity works internationally through its holistic and sustainable international development model - WE Villages - and domestically through its full year service learning program and resources - WE Schools and WE Day provided to students, educators and youth.

During 2018, the Organization changed its year end from December 31 to August 31, to more closely align its reporting period with its natural business cycle, therefore these financial statements present 8 months of activity compared to 12 months.

(B)  Accounting Principles:

The financial statements have been prepared on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America. Salaries, payroll taxes and benefits are allocated to cost centers based upon percentages as determined by management. Other expenses are allocated on an actual basis.

During the year, the Organization adopted ASU 2016-14, Not-for-Profit Entities (Topic 958). This pronouncement added some additional required disclosures and changed the manner in which net assets are presented, reducing the categories of net assets to be presented from three to two. Under the new pronouncement, permanently restricted and temporarily restricted net assets are combined and reported as net assets with donor restrictions. Net assets that were previously reported as unrestricted net assets are now net assets without donor restrictions. The adoption of this new pronouncement did not result in a restatement of net assets.

Subsequent to the adoption of ASU 2016-14, the net assets of the Organization and the changes therein are classified and reported as follows:

Net assets without donor restrictions - Net assets that are not subject to donor-imposed stipulations.

Net assets with donor restrictions - Net assets subject to donor-imposed stipulations that may or will be met either by the actions of the Organization and/or the passage of time.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 1 - Summary of Significant Accounting Policies (continued):

(B)   Accounting Principles, Continued:

Revenues are reported as increases in net assets without donor restrictions unless use of the related assets is limited by donor-imposed restrictions. Expenses are reported as decreases in net assets without donor restrictions. Expirations of donor restrictions on net assets (i.e., the donor-stipulated purpose has been fulfilled and/or the stipulated time period has elapsed) are reported as reclassification between the applicable classes of net assets.

(C)   Tax Status:

The Organization is exempt from income tax as a not-for-profit corporation under IRC section 501(c)(3) and classified by the Internal Revenue Service as other than a private foundation. The Organization's Forms 990, Return of Organization Exempt from income tax, are subject to examination by the IRS, for the years ending December 31, 2017, 2016 and 2015 (open years). The Organization is registered and files returns in six states and in those states, is also subject to examination for open years. Management does not believe they have met nexus criteria requiring other state registrations at this time and the Organization has no uncertain tax positions requiring disclosure.

(D)   Promises to Give:

Contributions are recognized when the donor makes a promise to give to the Organization that is in substance, unconditional. Contributions that are restricted by the donor are reported as increases in net assets without donor restrictions if the restrictions expire in the year in which the contributions are recognized. All other donor-restricted contributions are reported as increases in net assets with donor restrictions. When a time or purpose restriction expires, net assets with donor restrictions are reclassified to net assets without donor restrictions.

The Organization uses the allowance method to determine uncollectible unconditional promises to give receivables. The allowance is based on historical experience and management's analysis of specific promises made.

Promises to give that will not be contributed to the Organization within one year are reported in the accompanying financial statements at their net present values as of the financial statement reporting date.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 1 - Summary of Significant Accounting Policies (continued):

(E)   Marketable Securities – Available for Sale:

Investments in marketable securities with readily determinable fair values are reported at their fair values in the statement of financial position. Unrealized gains restricted by a donor are reported as increases in net assets without donor restrictions if the restrictions are met (either by passage of time or by use) in the reporting period in which the income and gains are recognized.

(F)   Land, Buildings, Equipment and Depreciation:

Land, buildings and equipment are recorded at cost. Equipment is depreciated over periods of five to seven years using the straight-line method. Buildings and improvements are depreciated using the straight-line method over periods between fifteen and thirty-nine years. Repair and maintenance costs are expensed as incurred, while renewals and betterments which extend the asset's useful lives are capitalized.

(G)   Intangible Assets:

Intangible assets, other than goodwill, are measured at cost less accumulated amortization. They are amortized over periods of three to fifteen years using the straight-line method.

(H)   Educational Videos Cost:

Educational videos cost are measured at cost less accumulated amortization pursuant to the guidance contained in ASC 926. At August 31, 2018, these costs represent the accumulated costs of educational videos on service for schools and families.

The videos will be amortized over a period of three years once it has been placed in service. Management anticipates that the video will be placed in service in fiscal year August 31, 2019.

(I)   Contributions and Grants:

All contributions and grants are considered to be available for unrestricted use unless specifically restricted by the donor. The Organization received contributions from two major donors representing 10% each of public support in 2018 and two major donors representing 10% and 26% of public support in 2017.

**SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants**

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 1 - Summary of Significant Accounting Policies (continued):

    (J)   In-Kind Contributions:

        Donated supplies, equipment, marketable securities and other items are recorded at fair market value when received and recorded as contribution revenue.

    (K)   Contributed Services:

        No amounts have been reflected in these statements for donated services, inasmuch as these amounts are indeterminable. The Organization generally pays for services requiring specific expertise.

    (L)   Use of Estimates:

        The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

    (M)   Events Occurring After Reporting Date:

        The Organization has evaluated events and transactions that occurred between September 1, 2018 and November 19, 2018, which is the date the financial statements were available to be issued, for possible disclosure and recognition in the financial statements and there were none noted.

    (N)   Advertising Expense:

        Generally, advertising costs are expensed at the time they are incurred. Advertising expense for the years ended August 31, 2018 and December 31, 2017 totaled $33,724 and $22,468, respectively.

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 1 - Summary of Significant Accounting Policies (continued):

(O)   Allocation of expenses:

The financial statements report certain categories of expense that are attributable to more than one program or supporting function.   These expenses require allocation on a reasonable basis that is consistently applied.   These costs and the basis upon which they are allocated are as follows:

- Salaries, payroll taxes and benefits are allocated on the basis of estimates of time and effort.
- Consultants, travel and meals are allocated based upon the underlying invoices.
- Depreciation and utilities are allocated based upon the locations and nature of use of the property and equipment to which they relate.

Note 2 - Cash:

Cash consists of the following:

|  |  | August 31, 2018 | December 31, 2017 |
|---|---|---|---|
| Bank of America | - checking | $ 3,953,344 | $12,419,881 |
|  | - savings, interest at .03% each year. | 12,821 | 12,818 |
|  | - checking | 4,830 | 3,698 |
|  | - checking | 9,118 | 8,940 |
|  | - checking | 5,585 | 10,118 |
|  | - checking | 7,455 | 3,956 |
|  | - savings, interest at .03% each year | 120,055 | 32 |
| Bremer Bank | - checking | 47,204 | 77,372 |
|  | - checking | 17,178 | 11,495 |
| TD Canada Trust | - checking | 87,009 | 128,708 |
|  |  | $ 4,264,599 | $12,677,018 |

As of August 31, 2018 and December 31, 2017, the Organization had concentrations of cash in one source totaling $3,863,208 (2018) and $12,209,443 (2017) above FDIC insured limits.

## WE CHARITY

### NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

**Note 3 – Promises to Give:**

Unconditional promises to give consist of the following.

| | August 31, 2018 | December 31, 2017 |
|---|---|---|
| Receivable in less than one year | $ 1,058,408 | $ 747,076 |
| Receivable in one to five years | 10,000 | 10,000 |
| Total | 1,068,408 | 757,076 |
| Less unamortized discount | ( 4,976) | ( 2,304) |
| Less allowance for uncollectible promises | - | - |
| Net unconditional promises to give | 1,063,432 | 754,772 |
| Less current portion | 1,053,432 | 744,772 |
| Long term promises to give | $ 10,000 | $ 10,000 |

Unconditional promises to give due in more than one year are recognized at fair value, using present value techniques and a discount rate of 6%, when the donor makes an unconditional promise to give to the Organization. Unconditional promises at August 31, 2018 primarily represent funding for future We Day, We School and We Act events.

The Organization has a concentration of credit risk with outstanding unconditional promises to give from three major donors representing 14%, 23% and 33% of outstanding promises to give at August 31, 2018 and from one major donor representing 50% at December 31, 2017.

**Note 4 – Prepaid Expenses:**

Prepaid expenses consist of the following.

| | August 31, 2018 | December 31, 2017 |
|---|---|---|
| Insurance | $ 2,287 | $ 7,422 |
| Rent and security | 6,800 | 15,674 |
| Event fees | 196,119 | 791,687 |
| Other | 61,698 | 84,607 |
| | $ 266,904 | $ 899,390 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 5 - Land, Buildings and Equipment:

Land, buildings and equipment consist of the following:

| | August 31, 2018 | December 31, 2017 |
|---|---|---|
| Land | $   172,539 | $   172,539 |
| Buildings | 814,946 | 814,946 |
| Equipment | 928,635 | 734,012 |
| Horses | 4,800 | 4,800 |
| Vehicles | 62,973 | 62,973 |
| Total | 1,983,893 | 1,789,270 |
| Less accumulated depreciation | ( 899,363) | ( 781,401) |
| Land, buildings and equipment - net | $1,084,530 | $1,007,869 |

Depreciation expense for the years ended August 31, 2018 and December 31, 2017 was $117,962 and $151,730, respectively.

Note 6 - Intangible Assets:

Intangible assets consist of the following:

| | August 31, 2018 | December 31, 2017 |
|---|---|---|
| Website domains | $   532,638 | $   532,638 |
| Website setup costs | 5,315 | 5,315 |
| Educational videos | 499,214 | - |
| | 1,037,167 | 537,953 |
| Less accumulated amortization | ( 121,499) | ( 96,941) |
| Total intangible assets net of accumulated amortization | $   915,668 | $   441,012 |

Amortization expense for the years ended August 31, 2018 and December 31, 2017 were $24,558 and $37,073, respectively.

The Organization expects future amortization expense to be as follows at August 31.

| August 31, 2019 | $   203,243 |
|---|---|
| 2020 | 203,243 |
| 2021 | 203,242 |
| 2022 | 36,838 |
| 2023 | 36,838 |
| Thereafter | 232,264 |
| | $   915,668 |

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2018 (12 MONTHS)

Note 7 – Educational Videos Cost:

During 2018, the Organization began production of educational videos on service for schools and families. Once completed, it is the intention of the Organization to use the educational videos in furtherance of its mission.

The videos are substantially complete at August 31, 2018 after total expenditures of $499,214, $175,967 of which was expended on behalf of the Organization by an affiliated entity.

The Organization anticipates that the videos will be placed in service during the fiscal year ending August 31, 2019. Once placed in service, the video will be amortized over a period of three years.

Note 8 – Fair Value Measurements:

The Organization's investments are reported at fair value in the accompanying statements of financial position. The methods used to measure fair value may produce an amount that may not be indicative of net realizable value or reflective of future fair value. Furthermore, although the Organization believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to measure the fair value of certain financial instruments could result in a different fair value at the reporting date.

The fair value measurement accounting literature establishes a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. This hierarchy consists of three broad levels: level 1 inputs consist of unadjusted quoted prices in active markets for identical assets and have the highest priority. Level 2 inputs consist of observable inputs other than quoted prices for identical assets. Level 3 inputs are unobservable and have the lowest priority. The Organization uses appropriate valuation techniques based on the available inputs to measure the fair value of its investments. When available, the Organization measures fair value using Level 1 inputs because they generally provide the most reliable evidence of fair value. Level 2 inputs are used for investments for which level 1 inputs are not available. Level 3 inputs are used when Level 1 or Level 2 inputs are not available. There are no assets requiring the use of Level 2 or 3 inputs for the periods presented.

## WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 8 – Fair Value Measurements (Continued):

### Level 1 Fair Value Measurements

The fair value of mutual funds is based on quoted net asset values of the shares as reported by the fund. The mutual fund held by the Organization is an open-end mutual fund registered with the U.S. Securities and Exchange Commission. The fund must publish its daily net asset value and transact at that price. The mutual fund held by the Organization is considered to be actively traded. The fair values of common stocks and U.S. Government securities are based on the closing price reported on the active market where the individual securities are traded.

The Organization does not hold any Level 2 or Level 3 investments.

Fair value for all investments is determined by reference to quoted market prices. Fair value of assets measured on a recurring basis at August 31, 2018 and December 31, 2017 is as follows:

| | Quoted Prices In Active Markets (Level 1) | Measured at Net Asset Value | Total |
|---|---|---|---|
| **August 31, 2018** | | | |
| Equity Securities | $5,297,903 | $          – | $5,297,903 |
| Mutual fund | – | 14,515 | 14,515 |
| Money Market | 25,456 | – | 25,456 |
| | $5,323,359 | $    14,515 | $5,337,874 |
| **December 31, 2017** | | | |
| Equity Securities | $3,461,257 | $          – | $3,461,257 |
| Mutual fund | – | 13,343 | 13,343 |
| Money Market | 26,997 | – | 26,997 |
| | $3,488,254 | $    13,343 | $3,501,597 |

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 9 - Program Services:

Program services consist of two comprehensive cost centers, international and domestic projects. (1) Internationally, We Charity works in partnership with communities in Kenya, Tanzania, Sierra Leone, Ecuador, Haiti, Nicaragua, India and rural China through its holistic and sustainable development model, WE Villages. This model works to create long-term solutions for education, health, water, food security and alternative income opportunities. (2) Domestically, the Organization provides comprehensive programs for service, learning and active citizenship, inspiring a generation to act. Its core domestic programming, WE Day and WE Schools, provide youth with the inspiration, tools and opportunities to become active local, national and global citizens. By instilling active citizenship, increasing academic engagement and improving the university and workplace readiness of participants, WE Day and WE Schools work together to equip today's young leaders for a better tomorrow.

Note 10 - Grants for Projects:

Grants for projects include the following.

|  | August 31, 2018 | December 31, 2017 |
|---|---|---|
| Medical Relief | $ 1,416,450 | $ 2,593,640 |
| Kenya project | 177,951 | - |
| China project | - | 320,000 |
| Other | 4 000 | 12,278 |
|  | $ 1,598,401 | $ 2,925,918 |

Note 11 - Related Party Transactions:

Payments to affiliated organizations include the following.

|  | August 31, 2018 | December 31, 2017 |
|---|---|---|
| We Charity - Canada | $12,942,553 | $16,547,500 |
| Total payments to affiliated Organizations | $12,942,553 | $16,547,500 |

As discussed in Note 7, an affiliated entity expended $175,967 on behalf of the Organization in connection with the development of an educational video. This was recognized as an in-kind donation and an increase in intangible assets.

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 12 - Administrative Fees:

Included in functional expenses and allocated to program and supporting services are administrative fees paid to We Charity (its related Canadian not-for-profit organization). A summary of administrative fees and other costs for the years ended August 31, 2018 and December 31, 2017, are as follows.

|  | August 31, 2018 | December 31, 2017 |
|---|---|---|
| General (payroll and other administrative) | $ 16,000 | $ 24,000 |
| Other costs: | | |
| Internal accounting cost allocation | 23,333 | 35,000 |
| Rent | 64,000 | 96,000 |
| Total fees and rent | $ 103,333 | $ 155,000 |

Note 13 - Rent:

The Organization leases office space in Arizona, California, Illinois, Minnesota, New York and Washington State in addition to rent paid to We Charity Canada. These leases consist of both noncancelable operating leases and leases on a month to month basis. Rent expense at August 31, 2018 was $213,179 and at December 31, 2017 was $295,298; including related party rent of $64,000 as further discussed in Note 12. The following is a schedule of future minimum lease payments as of August 31.

| August 31, 2019 | $ 29,964 |
|---|---|
| 2020 | 4,610 |
| 2021 | – |
| 2022 | – |
| 2023 | – |
| Thereafter | – |
| | $ 34,574 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants

WE CHARITY

NOTES TO FINANCIAL STATEMENTS, CONTINUED

AUGUST 31, 2018 (8 MONTHS) AND DECEMBER 31, 2017 (12 MONTHS)

Note 14 – Liquidity:

We Charity's financial assets available within one year of the balance sheet date for general expenditures are as follows:

| | |
|---|---|
| Cash | $ 4,264,599 |
| Accounts receivable | 39,567 |
| Unconditional promises to give –current | 1,053,432 |
| Marketable securities | 5,337,874 |
| | $10,695,472 |

As a part of its liquidity management, We Charity has a policy to structure its financial assets to be available as its general expenditures, liabilities and other obligations come due. Generally, We Charity does not liquidate its marketable securities to meet its cash flow needs, but could and would, should it be necessary.

**SKP**

**SWIANTEK, KLING & PASIEKA, LLP**
Certified Public Accountants

INDEPENDENT AUDITOR'S REPORT ON SUPPLEMENTAL INFORMATION

The Board of Directors
We Charity
Toronto, Ontario    Canada

We have audited the financial statements of We Charity as of and for the years ended August 31, 2018 and December 31, 2017, and have issued our report thereon dated November 19, 2018, which contained an unmodified opinion on those financial statements. Our audit was performed for the purpose of forming an opinion on the financial statements as a whole. The schedule of changes in land, building and equipment is presented for the purpose of additional analysis and is not a required part of the basic financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements. The information has been subjected to the auditing procedures applied in the audits of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the basic financial statements as a whole.

*Swiantek, Kling & Pasieka* LLP

CERTIFIED PUBLIC ACCOUNTANTS

Kenmore, New York
November 19, 2018

800 Main Street, Suite 3A  |  Niagara Falls, New York 14301  |  Phone: 716.285.5276  |  Fax: 716.285.6958
1026 Engelwood Avenue  |  Kenmore, New York 14223  |  Phone: 716.875.4220  |  Fax: 716.875.7376
www.skpcpany.com

WE CHARITY

SCHEDULE OF CHANGES IN LAND,
BUILDINGS AND EQUIPMENT

YEAR ENDED AUGUST 31, 2018 (8 MONTHS)

SEE ACCOUNTANT'S REPORT ON SUPPLEMENTAL FINANCIAL INFORMATION

|  | Beginning | Additions | Deletions | Ending |
|---|---|---|---|---|
| LAND, BUILDINGS AND EQUIPMENT (AT COST) |  |  |  |  |
| Land | $ 172,539 | $ - | $ - | $ 172,539 |
| Buildings | 814,946 | - | - | 814,946 |
| Equipment | 734,012 | 194,623 | - | 928,635 |
| Horses | 4,800 | - | - | 4,800 |
| Vehicles | 62,973 | - | - | 62,973 |
| TOTAL | 1,789,270 | $194,623 | $ - | 1,983,893 |
|  |  |  |  |  |
| ACCUMULATED DEPRECIATION |  |  |  |  |
| Buildings | 186,028 | $ 15,967 | $ - | 201,995 |
| Equipment | 530,671 | 99,265 | - | 629,936 |
| Horses | 4,800 | - | - | 4,800 |
| Vehicles | 59,902 | 2,730 | - | 62,632 |
| TOTAL | 781,401 | $117,962 | $ - | 899,363 |
|  |  |  |  |  |
| LAND, BUILDINGS AND EQUIPMENT - NET | $1,007,869 |  |  | $1,084,530 |

SWIANTEK, KLING & PASIEKA, LLP Certified Public Accountants