# EXHIBIT 26



Home   About Us   Kenya   Contact Us

# GOVERNANCE

## A COMMITMENT TO IMPACT, TRANSPARENCY & ACCOUNTABILITY

The WCF team brings a deep commitment to ensuring the highest level of impact, transparency, accountability and efficiency. WE Charity Canada has a long-standing history of engaging independent third-party experts, including highly regarded legal experts such as a former Supreme Court Judge and respected law and accounting firms, to conduct rigorous evaluations and reviews of operations, finances, governance and impact. These reports have been critical to ensuring the success and efficacy of the organization's programs. We will be continuing this critical and invaluable practice of ongoing measurement and reporting of work. Our finances will be subject to audit and published yearly, and we will make all of this information accessible online for our many supporters.




## INTRODUCING OUR BOARD OF DIRECTORS



**DR. STEVE OMENGE JOHNSON MAINDA, EBS**

*Co-Chair, Kenya*
*Chairman of Mediheal Hospital & Fraternity Centre*



**GERRY CONNELLY**

*Co-Chair, Canada*
*Former Director of the Toronto District School Board*

Dr. Steve O. Mainda, EBS has a wealth of knowledge in finance, insurance, strategic management, and education. He holds a Doctorate (Honoris Causa) from the University of Eastern Africa and has a Masters Degree from Princeton University and a Diploma in Management from Cambridge University, as well as a Diploma in Education from the University of East Africa, Makerere College.

He also has a wealth of experience in various areas. Dr. Mainda served for many years as the Chairman of Insurance Regulatory Authority of Kenya (IRA) 1992-2013. He was also a long-serving Chairman of the Largest Housing Bank in Eastern Africa (Housing Finance Group of Companies). Dr Mainda is an Associate of the Chartered Insurance Institute, London, and a Fellow of the Institute of Directors, London. He is the Chairman of various companies in Africa, including: Continental Reinsurance Company, headquartered in Nairobi; Shelter Afrique (African Housing Bank), serving 44 Countries in Africa; Resolution Insurance Group; Asante Grain and Mining Company; and Blue Nile Steel Group. He also sits on the Board of the following companies in Africa: Sasini Plc, Ryce East Africa, Tausi Assurance Company Limited, Dubai Islamic Bank Kenya, Mahathi Infra Uganda Ltd, and Tilisi Development Company.

As Chairman and Director of various companies, he brings to the Board international business experience and executive leadership in operations, talent management and governance. WE Charity Foundation will benefit greatly from his 25+ years of experience in management and finance.

In recognition of his distinguished service to Kenya and Eastern Africa, he was awarded Elder of the Order of Burning Spear (EBS) by former President of Kenya, H.E.Mwai Kibaki CGH.

*"Having been a long-time supporter of WE Charity Canada and being in Kenya, I have had the privilege of observing the impact of the WE Villages five-pillar development model. Over the years being involved in the organization, I have also seen the work, governance and high degree of accountability that goes into implementing this development model. I am pleased to be co-chairing the WE Charity Foundation, an independent foundation that will continue to drive the financial and governance diligence required to ensure that we make the most effective use of the endowment funds. Together with the other board members and Foundation leadership, I am committed to overseeing the Foundation with transparency and governance that will drive sustainable impact to the communities in Kenya for years to come."*

Gerry Connelly is former Director of Education of the Toronto District School Board, Director of the Curriculum and Assessment Policy Branch in the Ontario Ministry of Education, and adjunct professor, York University. She is currently an Education Advisor for The Learning Partnership.

Gerry's career includes teaching and administration in both rural and urban environments in Alberta, the Northwest Territories, the United States and Ontario, at both the secondary and post-secondary levels. Her accomplishments reach beyond the borders of North America, having worked in South Africa, China and Estonia to provide advice on inclusive schools, teaching and learning, curriculum development and second language learning.

Gerry is the recipient of many awards including the Distinguished Educator Award from OISE/University of Toronto, the Government of Ontario Teacher Dedication Award by the Royal Conservatory of Music, Learning Through the Arts, and the Ontario Supervisory Officers provincial award for Leadership in Public Education. Several other awards have acknowledged her commitment to equity, and community engagement. These include the City of Toronto Bob Marley Award, the Fraser Mustard Award and the University of Toronto Arbor Award. She is the recipient of the Science Teacher of the Year Award and a Lifetime Achievement Award as a Leader in Science.

*"It is an honour to serve on the WE Charity Foundation Board with such an impressive group and continuing the amazing work that WE Charity Canada established over the past 25 years. I am looking forward to supporting the Foundation that will continue to serve students, families and communities and make a substantial contribution to their lives. It is important that we focus on the sustainability of the programs established internationally and continuing the work toward empowering the communities we support to break the cycle of poverty through a holistic development model. Having witnessed the impact of WE Charity Canada's international programs firsthand, I understand the impact of the sustainable development model and am deeply committed to continuing and completing this work in Kenya through the WE Charity Foundation to drive transformative change for generations to come."*

**JOSH KAHIGA MWANGI, HSC**
Board Member

**SHELMIS WANGUI WAMWEYA, MBA, CPA-K**
Board Member

Home    About Us    Kenya    Contact Us

**MARION STEWART**
**Board Member**
Former Founding Chair of Free the Children

**EXPERTISE:** *Communications, commercial real estate, real-estate analysis and development, philanthropy, community engagement and mobilization*

**TONY HAUSER, C.M.,**
**MEMBER OF THE ORDER OF CANADA**
**Board Member**
V. Tony Hauser Photographer, Inc.

**EXPERTISE:** *Communications, public speaking, marketing, strategic planning, cross-cultural engagement, storytelling*

**PAUL HUGHES, LLP**
**Board Member**
General Counsel and Chief Business Development Officer at Freshii

**EXPERTISE:** *Law, governance, contract negotiation, corporate governance, ideation, strategy development and execution*





**LEADERSHIP**



**ROBIN WISZOWATY**

*WE Charity Foundation Director – Staff*

**EXPERTISE:** *International and community development, communications, cross cultural engagement, stakehoders' management, budgeting, public speaking, and operations.*



**JUSTUS MWENDWA**

*WE Charity Foundation Director – Staff*

**EXPERTISE:** *NGO Project management and operations, international development, community mobilization, operations efficiency, monitoring and evaluation.*

Robin Wiszowaty, a motivational speaker, community

Justus Mwendwa's greatest passion is helping people realize



Home    About Us    Kenya    Contact Us

memoir, My Maasai Life, documents her experiences living with a Maasai family for a year in Kenya and learning firsthand about community development. Alongside women in Kenya, known as mamas, Robin learned new depths of generosity, community, resilience and what it means to truly take care of one another.

Over the years, Robin's curiosity about the disjoint between international development theory and fieldwork brought her to various villages, tribes and non-governmental organizations throughout Kenya and neighbouring countries. In Kenya, Robin co-created Kisaruni Group of Schools, which take a cutting-edge approach to education in Kenya, combining cultural core values and education with core academic subjects. As a motivational speaker and leadership facilitator, Robin has addressed audiences in cities across Canada and the U.S. and led hundreds of people on international volunteer experiences.

Alongside her husband, Robin is the proud parent of two sons and currently splits her time between Michigan, U.S. and her adoptive home of Kenya.

solutions that support the communities for generations. With a passion for mentorship, Justus also plays
a key role in creating and mentoring large teams focused on development work in Kenya and expanding community programs.

Justus also worked in Rwanda for three years as a Program Manager, implementing a trauma-healing, peace and reconciliation project in partnership with CORDAID Netherlands. He holds a diploma in Community Development and a degree in Leadership and Management.

Justus lives in Kenya and holds his family dear. He treasures time with his wife and four children.



CONTACT

If you have any questions about WE Charity Foundation, please contact us at info@WECharity.org.

2021 WE Charity Foundation

Home   About Us   Kenya   Contact Us



OUR MISSION

To ensure sustainable impact
*for generations to come.*

CARRYING ON A LEGACY

WE Charity Foundation (WCF) has been established to carry on the work started by WE Charity Canada. Our mandate is to ensure the continued support of impactful regional projects in Kenya, those that will ensure transformational change for generations.

**25 YEARS OF
TRANSFORMATIVE IMPACTS**

Over the last 25 years, WE Charity Canada has generated incredible impact both at home and around the world. Internationally, the organization has transformed the quality, accessibility and impact of

**COMPLETING EXISTING
PROJECTS AND ENSURING
LONG-TERM SUSTAINABILITY**

When the winding-down of WE Charity Canada was announced, it was also announced that all outstanding development projects underway or planned would be completed. In the majority of communities, these

**FUNDING FOR
WE CHARITY FOUNDATION**

Funding for WCF will be made possible through the sale of the WE Global Learning Center, as well as related Canadian charitable real estate assets. This process is currently underway. The Toronto real estate

Home   About Us   Kenya   Contact Us

children being able to go to school alongside significant improvements in health care, access to clean water, financial literacy training, economic opportunity and food security, all of which have empowered communities to thrive.

projects will be fully run by these communities, which now have the local capacity to plan for future needs and to lead continued change.

READ OUR FAQS ▸

**LEARN MORE ABOUT WCF. WATCH THE VIDEO.**

02:28

OUR PROJECTS

WCF will be supporting specific flagship charitable projects. These include a hospital, college, high schools and a women's empowerment center. Future announcements will detail additional projects supported by the foundation. All projects are important to the communities in which they operate for large-scale change.

Learn more about the communities in Kenya.

Home    About Us    Kenya    Contact Us



KISARUNI GROUP OF SCHOOLS

Situated in Narok County, this group of girls' and boys' high schools provides access to quality secondary school education including full scholarships to students in local communities, empowering them to grow as leaders who will contribute to the future development of their communities.

INTRODUCING OUR BOARD OF DIRECTORS

WE Charity Foundation will be managed by its own leadership team, with oversight by an independent Board of Directors who will oversee the governance of the foundation and the distribution of funds to our programs. At this time, we're pleased to announce the appointment of our new Co-Chairs of our board.

MEET THE FULL BOARD ›

**DR. STEVE OMENGE JOHNSON MAINDA, EBS**
*Co-Chair, Kenya*

**GERRY CONNELLY**
*Co-Chair, Canada*



Home   About Us   Kenya   Contact Us

*transparency and governance that will drive sustainable impact to the communities in Kenya for years to come."*

*WE Charity Canada established over the past 25 years."*

**THANK YOU TO OUR SUPPORTERS**

We want to extend our deepest heartfelt thanks to the communities, staff, youth, teachers, donors and partners that have made WE Charity's impacts possible over the past 25 years. Their commitment, passion, courage and trust are a testament to the value of every small action and the power of community to change the world.



CONTACT

If you have any questions about WE Charity Foundation, please contact us at info@WECharity.org.

2021 WE Charity Foundation