# EXHIBIT 27

## WE Charity Foundation (WCF) – FAQs

1. **What is WE Charity Foundation?**
   The WE Charity Foundation is a registered charitable organization with an independent Board of Directors. The purpose of the foundation is to carry on the work started by [WE Charity Canada](). Our mandate is to ensure the continued sustainability of critical regional projects in Kenya that will ensure transformational change for generations.

2. **What projects will the WE Charity Foundation sustainability fund support?**
   WE Village's five pillar model is designed to be self-sustaining in countries around the world through a mix of government support and local economic empowerment. Specifically in Kenya, a series of community serving programs were created beyond the core five pillar model. The WE Charity Foundation endowment will provide financial support for these regional projects in Kenya. These are key infrastructure investments that provide critical services and programs designed to empower communities to thrive through access to health care, education, economic opportunity and food security, including:

   - Baraka Hospital
   - Kisaruni Group of Boarding Secondary Schools
   - Women's Empowerment Center
   - WE College

3. **How is WE Charity Foundation governed?**
   An accomplished volunteer Board of Directors will oversee the governance and work of the Foundation. Reflecting its multinational roots as a Canadian-based foundation supporting development work in Kenya, the Board is comprised of a mix of approximately half Kenyans and Canadians. The Board consists of respected and experienced professionals drawn from the business, finance, philanthropy, community engagement, marketing, education, legal sectors who bring a wealth of diverse skills and experience to the governance of the organization.

   [Learn more here]().

4. **How will the oversight over the financial health of WE Charity Foundation work?**
   The WE Charity Foundation will manage a sustainability fund invested through experienced third parties. Every year, the finances of the foundation will be subjected to an independent audit, and the annual report and audited financials will always be made accessible to the public. In addition, the board finance committee will play an important function in overseeing major financial activities and decisions, compliance with CRA regulations, audits, and the overall financial health of the Foundation.

5. **Is WE Charity Foundation a registered charitable entity?**
   WE Charity Foundation is a public charitable organization registered in Canada. Registration number: 773125687 RR 0001.

6. **Where can I make donations to WE Charity Foundation?**

Thank you for your support. You can make a donation by mailing a cheque or sending a wire transfer. To obtain details on how to do so, please contact us at info@WECharity.org.

7. **Am I eligible for a tax receipt?**
   WE Charity Foundation is able to provide a tax receipt for any donation over $10 in Canada. For more information, please contact us at info@WECharity.org.

8. **What is WE Charity vs. WE Charity Foundation and what is the relationship between them?**
   Over the last 25 years, WE Charity Canada has generated incredible impact both at home and around the world. Internationally, the organization has transformed the quality, accessibility, and impact of education in every community where it works by partnering with community leaders, families and local government. These community partnerships have resulted in significant improvements in health care, access to clean water, financial training, economic opportunity, and food security, all of which have empowered communities to thrive.

   As a result of the COVID-19 pandemic and the fallout from the Canada Student Service Grant, WE Charity Canada made the difficult decision to wind-down its operations in Canada.

   When the winding-down of WE Charity Canada was announced, it was also announced that all WE Village communities would be supported to complete outstanding development projects. In many communities, these projects represent the final stages of the WE Villages five-Pillar development model, which is designed to ensure long-term sustainability. Since then, the organization has worked closely with community partners to fulfil this commitment. These projects will be fully run and managed by these communities, which now have the local capacity to plan for future needs, such as population growth, and to lead continued change.

   In addition to the core WE Village programs, there are a number of enhanced projects in Kenya that require ongoing financial support. The WE Charity Foundation will continue this important work.. The Foundation is an independent organization with the mandate is to ensure the continued support of impactful regional flagship projects in Kenya, those that will ensure transformational change for generations.

9. **How can I see the impact of my contributions?**
    When you donate to the Foundation, you will receive bi-annual updates on the impact of your support in sustaining these essential projects in Kenya.

10. **Does WE Charity Foundation accept donations of supplies like clothing or school materials for its international projects?**
    WE Charity Foundation does not ask for or accept donations of supplies.

11. **What is the leadership structure of WE Charity Foundation?**
    WE Charity Foundation's leadership is made up of experienced employees in the areas of international development, community engagement, sustainability planning and finances, as well as

dedicated volunteer Board of Directors, who work together to govern and oversee the work of the Foundation.

To manage the foundation and oversee the implementation of these projects the organization is supported by experienced staff in Canada and Kenya. You can read more here.

12. **What is the role of the founders of WE Charity Canada, Marc and Craig Kielburger, in the WE Charity Foundation?**
The WE Charity Foundation Board of Directors is grateful for the inspirational leadership of Marc and Craig Kielburger in founding WE Charity. Today, the WE Charity Foundation has grown to be an independent organization. The Kielburgers remain supporters, but they are not members, employees or working volunteers of the WE Charity Foundation. WE Charity Foundation is an organization led by an independent board of directors and leadership team.

13. **What is the source of funding for WE Charity Foundation?**

The funding for WE Charity Foundation will be made possible through the sale of the WE Global Learning Center, as well as other WE Charitable entities Canadian real estate assets. This process is currently underway. The Toronto real estate spaces were made possible through WE Charity's 20th and 25th anniversary capital campaigns.

We are grateful to those funders who agreed to pivot the sales proceeds to ensure continued impact overseas based on the financial and sustainability needs presented by these specific projects. To manage the foundation and oversee the implementation of these project the organization is supported by staff in Canada and Kenya.

Learn more about the projects, please visit: www.WECharity.org

14. **How will the international programs/projects be managed and run in Kenya?**

WE Charity Foundation projects will be run and managed by an experienced team in Kenya. The team in Kenya will work closely with the Foundation's leadership and its board of directors to ensure meeting sustainability plans, adherence to governance and compliance both in Kenya and Canada as well as fiscal responsibility.

15. **What happened to my WE Villages donation which I made to WE Charity Canada? Will I still receive progress reports?**

When the winding-down of WE Charity Canada was announced, it was also announced that outstanding WE Villages development projects currently planned or in place would be completed. WE Charity Canada has been working in partnership with communities to complete projects. These WE Village projects that are part of the core five pillars of development will be fully

run and managed by these communities, which now have the local capacity to plan for future needs, such as population growth, and to lead continued change.

For more information about your past donation, please contact: [info@WECharity.org.](mailto:info@WECharity.org)