EXHIBIT 29



February 8, 2021

**BY EMAIL**

Katarina Germani, Esq.
Legal Counsel / Conseillère Juridique
Canadian Broadcasting Corporation / Radio-Canada
 P.O. Box 500, Stn. "A"
Toronto, Ontario M5W 1E6
Canada
(Email: katarina.germani@cbc.ca )

Re: <u>False and Defamatory Statements Concerning WE Charity</u>

Dear Ms. Germani:

  I write in connection with our ongoing discussion concerning the CBC's coverage of WE Charity and, in particular, with regard to the February 4, 2021 episode of The Fifth Estate, titled, "The Price WE Paid" (the "Broadcast"). Reference is made to my letters of January 27 and 31, 2021.[1]

  First, WE wishes to extend its appreciation that its ongoing communication with the CBC resulted in many misconceived allegations not being included in the Broadcast. We are disappointed, however, that the Broadcast nonetheless included several allegations that WE had proven were false. The purpose of this letter is not to catalogue all such instances, although WE reserves all rights and remedies in this regard. At this time, we wish to address one particular allegation in the Broadcast, namely the CBC's allegation that WE promised multiple donors that they each funded the "entire" costs (00:26:34) of the "same borehole" (00:26:20) in Kipsongol, Kenya.

  WE did not mislead donors about the Kipsongol borehole. The CBC's segment misinformed its audience and defamed WE. The reason why multiple donors believed they each helped fund the same water project in Kipsongol, Kenya is because *they did*—their contributions were pooled together with their knowledge and consent.

  As WE repeatedly told the CBC prior to the Broadcast, an allegation of fraud is among the most serious that can be made against a charity. The "borehole" allegation has quickly become the key takeaway from the Broadcast, with reporters from other news organizations such as Bloomberg and the Globe and Mail amplifying the CBC's false claims. This, moreover, was likely what the CBC expected and intended, with the borehole allegation placed at the climactic mid-way point of the Broadcast's story arc.

---

[1] All abbreviations in this letter are as defined in my previous letters.



We ask the CBC to undertake prompt measures, **and in any event by no later than February 11, 2021**, to mitigate the harm caused by its false reporting, including issuing corrections in a manner at least as prominent as its coverage of WE.

    A. **The CBC Falsely Reported That WE Deceived Multiple Donors by Promising Each That It Was the Sole Funder of a Borehole in Kipsongol, Kenya.**

        1. **The CBC Falsely Reported That in Online Postings, Multiple Donors Claimed They Were Each the Sole Funder of the Borehole in Kipsongol.**

In the Broadcast, Mark Kelley states, "One former employee directed us to look at several online posts *where different donor organizations appear to take credit for funding the same borehole* in that same Kenyan village" (00:26:11).  The CBC misrepresented to its viewers the contents of the online postings it purported to describe.  The documents concerning Whistler Water, Unilever, and University of British Columbia ("UBC") were flashed across the screen too quickly (and incompletely) for viewers to see for themselves that they did not say what the CBC claimed (00:26:23 to 00:26:40).[2]

By way of example, the third-party report on Whistler Water's fundraising cited by the CBC says that Whistler Water engaged in "*an effort to raise funds for* a clean drinking water project."  Yet this language was misreported in the Broadcast, with the CBC claiming, "This group from Whistler said *they paid for* a clean drinking water project in Kipsongol."  This construction is not reasonable and is inconsistent with the CBC's prior reporting where it did not construe "an effort to raise funds" as an *exclusive* effort to do so.  *E.g.*, https://www.cbc.ca/news/canada/newfoundland-labrador/holy-heart-choir-sing-feed-nl-downtown-1.3905301 ("Live Christmas carols graced the hustle and bustle of downtown St. John's Tuesday, in a musical *effort to raise funds for* CBC's Feed N.L. campaign.").[3]

The CBC's description of the online postings is false for two reasons, either of which is a sufficient basis for rendering the Broadcast untrue:

1. None of the online posts claim the donor was the sole funder of a borehole.

2. Only one of the online posts even refers to a borehole.

A water project consists of far more than building a borehole.  It can also include a pump station, power source (often solar panels), underground piping over a large distance, water distribution kiosk(s), water distribution point(s) at key locations such as schools, hand-washing stations, latrines, establishment of a water management committee, and more.  *See, e.g.*, 1/27/21 Letter, Exhibit 1 at 2.1; January 18, 2021 Email from Scott Baker to Harvey Cashore and Mark

---

[2] Two of the three documents relied on by the CBC were written by third parties, not the donors themselves.  Thus, the CBC claimed that donor organizations "[took] credit for funding the same borehole" based on statements that were not authored by (or purporting to quote) those donor organizations.

[3] There are <u>many</u> other similar examples on the CBC's website.  To our knowledge, only in its reporting on WE did the CBC construe such language as taking sole credit for funding a charitable project.



Ms. Katarina Germani, Esq.
February 8, 2021
Page 3 of 10

Kelley.[4]  WE explains to all of its donors that WE allocates funding to "pillars" such as its water or educational pillars, rather than individual projects like a borehole.[5]  This is not unique to WE.[6]

WE explained these points to the CBC on multiple occasions prior to the Broadcast including in an on-camera interview with Marc and Craig Kielburger and multiple on-background discussions with Messrs. Kielburger, WE COO Scott Baker and WE Executive Director Dalal Al-Waheidi.  WE followed up those discussions with multiple on-background written communications, including a letter from Mr. Baker on January 18, 2021 that rebutted the allegations in detail.  I too summarized the facts disproving the borehole allegation in my January 29, 2021 letter (page 3 and Exhibit 1 at 2).  Yet the CBC still broadcast allegations misstating the contents of documents to support a false allegation that WE deceived its donors.

### 2. WE's Emails with James Cohen Prove That WE Did Not Tell Him That His Group's Donation Funded the "Entire Borehole" at Kipsongol.

The CBC reported in the Broadcast that it spoke with former UBC student, James Cohen, and "***the WE organization told him his group paid for the entire borehole in Kipsongol***."  With the words flashing across the screen, the Broadcast quoted Mr. Cohen, "I'm a hundred percent sure that's what they said."  (Broadcast at 00:28:04.).  As the attached emails demonstrate, that is *not* what WE said.

In a September 10, 2015 email with the subject, "Call Follow-Up: Water Projects," a WE employee told Mr. Cohen, "***you can tell your donors that the money went to supporting water projects***."  Not a borehole.  Then, on September 15, 2015, Mr. Cohen asked how his group's $5,000 donation fit into the context of WE's water projects,

> ***My understanding is that the borehole costed a lot more than $5,000 but the distribution kiosk was about $5000, is that right?***
>
> *Also, approximately how many people have been serviced by this particular distribution well?*

---

[4] https://www.we.org/en-CA/our-work/we-villages/WE-villages-faqs (What do clean water projects look like?).

[5] https://www.we.org/en-CA/about-we/we-charity/governance/financial-faq ("All the Gift of Impact items are symbolic of projects or programming in the countries where WE Villages is implemented, and are associated with specific Pillars of Impact.…Funds from Gift of Impact items will be used to purchase the selected item where locally appropriate, or will be put toward an associated project or program within the pillar, ensuring a sustainable and holistic impact that takes into consideration the specific needs of the communities we work with.")

[6] *See, e.g.*, https://www.worldvision.ca/sponsor-a-child ("Your monthly sponsorship donation joins forces with other sponsors' donations," we pool your monthly sponsorship donation with those from other Canadians who support kids in the same area"); https://donate.worldvision.org/give/child-protection ("The gift options shown reflect World Vision projects and the suggested donation amounts are based on periodic surveys of the countries we serve. Each item is representative of the gift category in which it appears, and donations will be used to provide assistance within that gift category where it is needed most. When you give any animal gift, a portion of the gift may also help provide watering sources, farming assistance, hunger relief, and other related essentials as needed.").



WE replied on September 23, 2015:

> ***You are correct, a borehole does cost a lot more than $5,000. On average the general cost of a borehole is $250, 000.***
>
> *The borehole project is still in the process of being completed, so we cannot yet speak to how many people it has serviced. That being said, the population of Kipsongol is over 2,000 people, so it has the potential to service all the people in the community, and likely those in other communities as well through access to the water kiosks.*

These emails say the *opposite* of what the CBC reported.

WE, moreover, had raised exactly the same issues addressed in the emails in its pre-broadcast correspondence with the CBC. In a letter from WE COO Scott Baker—which the CBC quoted during the Broadcast—he explained,

> *Regarding the third funder you note,* ***UBC clearly did not raise sufficient funds for a borehole.*** *They reference raising $16,500 in two years – and they supported multiple countries with WE Charity. The only point of misunderstanding may be the one-line in a student Facebook post: "Built an entire well in Kipsongol."…* ***Based on the dollar amounts and our records, we believe that they funded a water distribution kiosk (i.e. not the borehole, but a stand-alone distribution point for the water).***

Likewise, in Exhibit 1 to my letter to the CBC on January 27, 2021, WE told the CBC, "***UBC's funds were in fact applied towards a stand-alone water distribution point, which may be what is referenced in the posting as a 'well'***" (January 27, 2021 Letter, Ex. 1 at 2.2(c)).

It is therefore not possible that the CBC did not appreciate the importance of the distinction between a borehole and a distribution point (or "well").  If the CBC's reporters did not address this distinction with Mr. Cohen such conduct would be reckless at best.[7]   *See St. Amant v. Thompson*, 390 U.S. 727, 731 (1968).

---

[7] The CBC quoted Mr. Cohen as saying, "I'm a hundred percent sure that's what they said."  As for what "they said," we have only the CBC's characterization to go on: "the WE organization told him his group paid for the entire borehole in Kipsongol."  Given the multiple instances in which the CBC mischaracterized statements neither referring to a borehole nor claiming sole credit for funding, ***consider whether Mr. Cohen in fact said his "group paid for the entire borehole in Kipsongole."***  As we told the CBC before they spoke with Mr. Cohen, he founded a fundraising event group called "Party Well" and consistent with the name of his organization, he tends to refer to a kiosk as a "well," as he does in his emails.  If Mr. Cohen said "well," the CBC *knew* he did not mean a borehole.  *E.g.*, 1/27/21 Email at Exhibit 1 2.2(c).  Even if he did say "borehole," the CBC still was required to push back and confirm he didn't mean a distribution kiosk given the information WE had provided to the CBC.



### 3. The CBC Falsely Claimed That WE Told an Unnamed Donor That Her Organization Was the Sole Funder of the Kipsongol Borehole.

Finally, the CBC stated: "Another donor told us she was sent an email that said her group's donation is actually enough money to implement a clean water system for a community" (00:28:05). In context, it was clear that the CBC asserted that this confirmed the CBC's allegation that WE promised multiple donors that they were the sole funder of the Kipsongol borehole.

However, the email that the CBC flashed across the screen (too fast for viewers to read) does not support the CBC's allegation. Rather, the email, sent by WE to the donor on July 24, 2015 says, "$5,000 is actually enough money to implement a clean water system for a community, so perhaps we can allocate the funds towards that?" Not a word about a borehole. Nor does the email state that the donor's group would be the exclusive funder of any project.[8]

After quoting WE's July 24, 2015 email in the Broadcast, the CBC next said in a voiceover, "The charity sent them a photo of what the donor sponsored. It was labeled 'Kipsangol borehole.'" A photograph that WE purportedly sent to the donor flashed across the screen with a prominent label, "Kipsongol Borehole." However, ***WE did not send the donor the photograph that the CBC showed in the Broadcast***. WE did not send the donor any photograph of the Kipsongol borehole.

In fact, WE made plain to the donor that it was not the only organization providing funding and that it was helping to fund a clean water system rather than only a borehole. On September 9, 2015, WE emailed the donor as follows (in relevant part):

> I wanted to reach out and share an update on the generous donation you made to us last month. ***We wanted to put the funds toward an impactful clean water project in Kenya and so it was allocated to the community of Kipsongol,*** <u>where we have been raising funds for a borehole over the last couple of years</u>.
>
> ***I'm happy to share that we <u>finally</u> reached our fundraising goal thanks to your support***, and we have began drilling for clean water![9]

The donor understood that it was not the sole funder of the borehole or any other part of the water project. On its website, the donor describes its donation to WE:

> ***Our donation was <u>put towards</u> an impactful clean water project*** in a Kenyan community called Kipsongol. The Adopt A Village

---

[8] Given that the CBC quoted the email on air, we assume you have access to the full email chain between April 15, 2015 and August 12, 2015. If not, please let us know.

[9] Enclosed with this email, WE sent the donor photos of members of a community collecting clean water from a pipe after the Kipsongol borehole struck water, but not a picture of the borehole.


> program has been working with Kipsongol to raise money for a
> borehole which creates a clean, sustainable source of water this,
> and other, communities. **With the <u>help</u> of our donation**, the
> program successfully raised enough money to move forward with
> the borehole project.

The CBC had sufficient information to know that its reporting on the unnamed donor was incorrect. The email it cited as proof does not mention a borehole nor does it say that the donor was the exclusive funder of the project. The photo WE supposedly sent the donor of the borehole was not sent by WE, nor was any photo sent in a context that could be taken to convey that the borehole was solely funded by the donor. And even the most cursory online investigation would have confirmed that the donor knew it was not singlehandedly financing a borehole in Kenya.

### 4. The CBC Did Not Give WE an Opportunity to Respond to Cohen or the Unnamed Donors' Statements

Prior to airing the Broadcast, the CBC asked WE to respond to allegations of donor fraud based solely on online postings. The CBC's allegations that it raised with WE were based on its parsing of these postings rather than a direct allegation from a donor. WE's response was in large part directed at this failing in the allegation put to it.

After WE provided its response, the CBC belatedly spoke to a donor, Mr. Cohen, who purportedly alleged, for the first time, that "the WE organization told him his group paid <u>for the entire borehole in Kipsongol</u> … I'm a hundred percent sure that's what they said." (Broadcast at 00:28:04.). This allegation was never put to WE. Likewise, WE was not given an opportunity to respond to new allegations based on an email from WE to an unnamed donor—an email that was excerpted on air and therefore clearly within WE's power to identify and rebut.

Once the CBC obtained a direct allegation from Mr. Cohen and the unnamed donor whose email it quoted on air, the CBC was required to provide WE with an opportunity to respond. This requirement is required by Canadian law and the CBC's core principles of "fairness" and "balance" as stated in its Journalistic Standards and Practices. *Grant v. Torstar Corp.*, 2009 SCC 61, [2009] 3 S.C.R. 640. at ¶116 ("it is inherently unfair to publish defamatory allegations of fact without giving the target an opportunity to respond"). The failure to put these allegations to WE rises to a reckless disregard of the truth.

### B. The CBC's Newsgathering Concerning the Kipsongol Borehole Shows an Effort to Confirm a Preconceived Narrative

It has been brought to our attention that after I wrote you on January 27, Fifth Estate producer Harvey Cashore wrote to a funder of WE's water projects in Kipsongol, the Unstoppable Foundation. Mr. Cashore said he was working on a story regarding WE Charity and noted that Unstoppable had a Facebook posting in which it "announced the drilling for the new borehole in Kipsongol in 2015" and a report containing "references to funding the



Kipsongol borehole project." Mr. Cashore said he sought "to best understand the role that various other groups stated they played in donations to Kipsongol as well."

The Chief Operating Officer for the Unstoppable Foundation, Karly Young, responded to Mr. Cashore on January 28 and told him, "we were one of many donors that supported the Kipsongol community in Kenya. While we primarily focus on education, donations for our 5-pillar Sponsor A Village program go toward supporting all 5 pillars of which clean water is a part." She suggested that "[i]f you have further questions regarding Kipsongol, please reach out to WE Charity in Canada."

The following day—without reaching out to WE—Mr. Cashore responded to Ms. Young.

> *Thank you for getting back to me on this, and for your suggestion we contact WE Charity.*
>
> ***We have reached out to WE Charity. They have indicated that another organization "essentially" paid for the costs of the borehole.*** *This is one of the reasons we are reaching out to you, to best understand your perspective.*
>
> ***Our program "The Fifth Estate" has found several examples of various organizations indicating they believed they were involved in the funding of the same borehole project.***
>
> *In your 2015 report, for example, you list the projects that you funded in Kipsongol under your Sponsor A Village program. You specifically include in that funding the construction of the borehole. As well, on your social media posts in September 2015, you posted a picture of the beginning of the Kipsongol borehole construction and described that it was funded through your organization.*
>
> *How did you come to understand that Unstoppable had funded the borehole project? What was the amount that WE Charity told you that Unstoppable had contributed to the borehole project? Who at WE Charity did you speak with on this project?*
>
> *Could you please get back to us today as we plan to report on this story very shortly.*

Mr. Cashore's statement that WE had confirmed his allegations is of course not true.[10] Nor is his description of what "various organizations" believed. *See supra* § A.1. Even his

---

[10] This appears to be a reference to—and misrepresentation of—the January 18, 2021 Email from Scott Baker to Harvey Cashore and Mark Kelley. The statement that Mr. Cashore is purporting to paraphrase here in fact said, "Unilever organized a fundraising campaign for a borehole. Based on our records, the borehole costs were slightly above the Unilever amount, but it would be accurate to state that it was 'essentially the costs of a borehole.'



Ms. Katarina Germani, Esq.
February 8, 2021
Page 8 of 10

questions to the Unstoppable Foundation embedded a false assertion that Unstoppable had claimed to be the sole funder of WE's Kipsongol projects when the documents he cited said nothing of the sort.[11]

Mr. Cashore's email is not an attempt to learn the truth, it is an attempt to persuade. He *tells* the Unstoppable Foundation that WE lied to other donors by promising them that they were the sole funder of projects towards which the Unstoppable Foundation also contributed. He then *tells*, rather than asks, the foundation what it understood, and says, in effect, "explain to me how WE defrauded you."

Despite the CBC's efforts to persuade the Unstoppable Foundation to confirm the CBC's false allegations against WE, the foundation's representative wrote back to Mr. Cashore,

> ***Our understanding was that multiple donors funded the Kipsongol's water system***, in addition to other pillars that were implemented in that community.
>
> Because ***funds were pooled from multiple sources***, we understood that our donation would help bring these much-needed projects (5 pillars) to fruition and that we were never the sole funder of any pillar – including the water pillar for Kipsongol.
>
> We celebrated the construction of the borehole project in our reports because it was a part of the clean water project.

### C.  The CBC Failed to Tell Viewers That Its Reporting Had Found Facts Inconsistent with Its Allegations

We understand that multiple donors told CBC reporters that they were not confused or deceived as to whether they were the sole funder of the Kipsongol borehole (indeed, it is not clear *any* donors confirmed this allegation). The CBC withheld these important facts from its viewers.

As discussed above, the Unstoppable Foundation told the CBC that they knew "we were one of many donors that supported the Kipsongol community in Kenya." This directly rebutted the CBC's thesis that organizations who claimed to have helped fund water projects in Kipsongol must have believed they were the only funders of such projects.

---

***Unilever does not state anywhere that they were the sole funder of the project***." (January 18, 2021 Email from Scott Baker to Harvey Cashore and Mark Kelley).

[11] In his initial email, Mr. Cashore cited a facebook posting, https://www.facebook.com/UnstoppableFoundation/posts/1004179279621939 and two Unstoppable Foundation reports as the basis for his assertions. None of them could reasonably be read to say that the Unstoppable Foundation was the sole funder of a borehole or other WE project.



Other donors have also reached out to WE regarding the CBC's recent inquiries regarding Kipsongol funding and forwarded WE emails in which they likewise told the CBC's reporters that they were not confused or deceived.

The CBC reported that there was widespread donor confusion regarding the funding of the Kipsongol borehole. The CBC did not cite a single example of a donor who said they knew there were multiple donors for the project. The CBC misled its audience by withholding facts inconsistent with its story.

### D. The CBC's False Reporting Reached a Wide Audience and Any Correction Must Be Similarly Broad

As demonstrated above, the CBC's reporting was false and defamatory. The matter of donor fraud is one of the most serious and damaging allegations that can be made against a charity. Having committed itself to a predetermined narrative, the CBC appears to have gone to great lengths to find inaccurate and/or unverified sources to fit that narrative. Despite WE providing facts that contradicted its story, the CBC failed to take adequate steps to verify the information it obtained and then proceeded to broadcast.

Therefore, in light of the CBC's stated commitment to transparency and accountability to its audience, and given the continuing cross-platform exposure of the program and its reporting, we ask the CBC promptly, **and in any event by no later than February 11, 2021**, to take the following steps in order to mitigate the damage it has caused to WE by its publication of false and defamatory statements:

1. Publish a correction notice on https://www.cbc.ca/news/corrections-clarifications-1.5893564:

   > On February 4, 2021, an episode of The Fifth Estate, titled, "The Price WE Paid", incorrectly alleged that WE Charity promised multiple donors that they each funded the entire costs of the same borehole at a project in Kipsongol, Kenya. This is in fact, incorrect. In fact, WE Charity has confirmed that no donor was told it was the sole funder for the borehole, nor has any donor legitimately claimed as such. The CBC apologizes for this error.

2. Include the correction notice when the episode is view in archived form, including but not limited to online viewing via Gem at the start of the video stream;

3. Publish a correction featured prominently in the Fifth Estate website on the terms set out above;

4. Publish a correction made at the start of the Fifth Estate's next broadcast, scheduled on February 11, 2021 on the terms set out above;

5. Publish a correction on the terms set out above at the start of The National, CBC's news broadcast of record, which gave prominent airtime to the Fifths' promotion of its WE coverage;



6. Publish a correction on all syndicated radio programs and print channels on the terms set out above;

7. Publish a correction on the terms set out above added to the online story published at https://www.cbc.ca/news/canada/we-charity-we-days-1.5899182 where it directs the viewers to watch the Broadcast on CBC Gem; and

8. Publish a correction on the terms set out above on all CBC News social media channels, including but not limited to the social media channels of Mark Kelley, Harvey Cashore and Kate McKenna, CBC News and Fifth Estate.

\* \* \* \* \*

Please let me know if you are available to discuss this matter tomorrow afternoon or Wednesday between 1pm and 3pm EST. I look forward to hearing from you.

Sincerely,

Joseph F. Kroetsch

cc: William C. McDowell, Esq. (wmcdowell@litigate.com)
     Canadian Counsel to WE Charity
Jonathan Sherman, Esq. (jsherman@bsfllp.com)