# EXHIBIT 30

**Lenczner Slaght**

130 Adelaide St W   T 416-865-9500
Suite 2600   F 416-865-9010
Toronto, ON   www.litigate.com
Canada  M5H 3P5

June 2, 2021

William C. McDowell
Direct line:   416-865-2949
Direct fax:   416-865-2850
Email:   wmcdowell@litigate.com

**VIA EMAIL**

Katarina Germani
Canadian Broadcasting Corporation
250 Front Street West
P.O. Box 500, Stn A
Toronto, ON  M5W 1E6

Dear Ms. Germani:

**RE: WE Charity**

We are counsel to WE Charity, and to its co-founders, Craig Kielburger and Marc Kielburger, together with related entities.

You will find attached a Notice of Libel ("Notice") served upon you pursuant to s. 5(1) of the *Libel and Slander Act*, R.S.O. 1990, c.L.12.  The Notice concerns a broadcast aired on April 25, 2021 on The Fifth Estate entitled "The Price WE Paid" ("the Broadcast"). The Broadcast originally aired on February 4, 2021.

**Please confirm that you will accept service of this letter and Notice.**

While our clients recognize that CBC's journalists, including those at The Fifth Estate, have a job to do, we are troubled by CBC's decision to re-air a segment of The Fifth Estate which contains significant errors. Further, CBC in a subsequent publication seems to have accepted that parts of its broadcast were misleading, or at the very least, contained incomplete information.

Both prior to and after the original airing of the Broadcast, our clients informed CBC that the Broadcast included false and defamatory allegations. (See letters from J. Kroetsch dated January 27, 2021, January 31, 2021, and February 8, 2021, as well as related email correspondence with CBC.).  Among other issues raised in the legal correspondence, WE Charity complained of false allegations in the Broadcast that WE told multiple donors they each funded the "entire" costs of the "same borehole" in Kipsongol, Kenya. (February 8, 2021 Letter from J. Kroetsch to K. Germani.)

The Broadcast identified only one source as actually claiming that WE Charity told him his group was funding the entire Kipsongol borehole project: James Cohen.  Before and after the Broadcast was initially aired, WE Charity told CBC that Mr. Cohen's group did not donate nearly enough to fund an entire borehole project and Mr. Cohen knew that his group instead funded a water distribution kiosk.  Following the broadcast, WE Charity's

counsel sent CBC email correspondence between Mr. Cohen and WE Charity from 2015 showing that WE Charity told Mr. Cohen his group did not fund the entire borehole project and Mr. Cohen stated that he understood this fact.[1]  CBC reported in the Broadcast that WE Charity deceived a donor to whom there can be no dispute it told the truth.

While CBC refused to issue a correction, it evidently recognized that its coverage was misleading. When referring to the Broadcast in a February 28, 2021 article, CBC conceded that there were "emails where Cohen later understood he was paying for a water kiosk and not the entire borehole."[2]  CBC therefore acknowledged that Mr. Cohen was not duped; he knew where his donated money was going and continued to donate.  This is a very different message than was conveyed in the Broadcast.  We were surprised and concerned, then, to see CBC recently re-broadcast the same false and defamatory allegations concerning Mr. Cohen that it *knew* to be misleading.

The re-airing of the Broadcast is only the latest example of CBC's misleading reporting on WE Charity.  Over the past several months, CBC has peddled the fiction that WE Charity deceived many of its donors by causing them to believe they singlehandedly funded large charitable projects in Kenya.  CBC has spread this falsehood in at least the following ways:

(1)     CBC continues to report the fallacy that it is fraud for more than one donor to "support" or "help" to fund the same project (or similar wording to that effect). CBC asserts without basis that such statements inherently claim exclusive credit for funding an entire project.  This is simply an unreasonable construction of language, and it is inconsistent with CBC's use of language in reporting on other fundraising efforts.[3]  CBC has continued its flawed approach since the Broadcast,

---

[1] In a September 10, 2015 email, a WE employee told Mr. Cohen, "***you can tell your donors that the money went to supporting water projects***." WE did not refer to a borehole. Then, on September 15, 2015, Mr. Cohen asked how his group's $5,000 donation fit into the context of WE's water projects,
  > ***My understanding is that the borehole costed a lot more than $5,000 but the distribution kiosk was about $5000, is that right?***
  >
  > *Also, approximately how many people have been serviced by this particular distribution well?*
  
  WE replied on September 23, 2015:
  > ***You are correct, a borehole does cost a lot more than $5,000. On average the general cost of a borehole is $250, 000.***
  >
  > *The borehole project is still in the process of being completed, so we cannot yet speak to how many people it has serviced. That being said, the population of Kipsongol is over 2,000 people, so it has the potential to service all the people in the community, and likely those in other communities as well through access to the water kiosks.*

[2] Later than what, CBC does not say, but certainly not later than Mr. Cohen's donation efforts, which continued for *years* after the 2015 communication referenced.

[3] For example, CBC's reading is inconsistent with prior reporting where it did not construe "an effort to raise funds" as an *exclusive* effort to do so.  *E.g.*, https://www.cbc.ca/news/canada/newfoundland-labrador/holy-heart-choir-sing-feed-nl-downtown-1.3905301 ("Live Christmas carols graced the hustle and bustle of downtown St. John's Tuesday, in a musical ***effort to raise funds for*** CBC's Feed N.L. campaign.").  *See also, e.g.,* https://www.cbc.ca/news/canada/thunder-bay/sleeping-giant-brewery-fire-relief-1.4962424 ("A Thunder Bay brewery has joined in ***an effort to raise funds for*** California wildfire relief."); https://www.cbc.ca/news/canada/thunder-bay/hugh-cummins-snowmobile-1.4581876 ("Cummins was among a group of 10 snowmobilers who recently completed a trek from Sault Ste. Marie, Michigan, to North Pole, Alaska, just outside Fairbanks, in an ***effort to raise funds for*** diabetes research.");

including an attempt this March to distort beyond recognition the contents of email correspondence between WE Charity and a donor.[4]  We are confident that when presented with the facts, a Court will conclude that CBC's construction of donors' statements reflects an effort to publish a false, preconceived narrative.

(2)  CBC has reported on alleged donor fraud *without any allegation by donors who claim to have been defrauded*.  In the Broadcast, Mr. Kelley recounts a pre-publication exchange in which WE Charity asked CBC, "Has CBC spoken with a single funder of water in Kipsongol who was confused or felt that WE Charity misrepresented information?" (Broadcast at 27:50.)  Surprisingly, the Broadcast goes on to concede that it had not. This then framed the misleading exchange with Mr. Cohen, purportedly as confirmation of allegations of donor fraud.  As we all now know, Mr. Cohen was not deceived by WE Charity.  And as stated in WE Charity's U.S. counsel's correspondence of February 8, 2021, the "unnamed donor" cited in the Broadcast as deceived did not claim to be deceived and in fact received from WE Charity in 2015 an email expressly stating that WE Charity had been raising funds for the borehole in Kipsongol for *years* before that donor's contribution.

Rather than rely on donors to claim they were deceived, CBC's coverage of WE Charity has primarily relied on online and social media accounts of donors' fundraising efforts to infer such deception. Many such accounts were not even written by the donors; they were written by third parties. CBC then assumes that: (1) if such postings do not reference other donors, the author must have believed they were the sole funders of a project; and (2) WE Charity must have told them they were the sole funders of the project.  Such assumptions have no basis in fact, and are irresponsible.  It is not reasonable for CBC to assume that social media and online postings by donors that speak only of their own role in a charitable project amounts to evidence that the donor was deceived by WE into believing it was the sole funder of that project.

(3)  CBC's coverage of WE Charity has repeatedly misrepresented donors' statements. CBC's misleading description of James Cohen's statement concerning his experience with WE Charity is merely one example.  Subsequently, four groups of WE Charity donors included in a March 8, 2021 CBC article, *Multiple WE Charity donors raised money for same borehole well in Kenyan village*, told CBC that its coverage did not fairly represent their responses to the reporters' questions.  CBC

---

https://www.cbc.ca/news/canada/prince-edward-island/key-named-to-order-of-canada-1.928501  (Derek Key "**helped raise funds for** the construction of 55 wells" in Nigeria); https://www.cbc.ca/news/canada/british-columbia/ski-group-on-the-hook-for-15-000-bill-while-operator-declines-refunds-and-deferrals-1.5858088 ("Fundraising campaigns, including one spearheaded by Prime Minister Justin Trudeau, **helped raise funds for** the new cabin" at Kokanee Glacier); https://www.cbc.ca/news/canada/ottawa/cbc-project-give-fundraiser-money-food-bank-1.4947424 ("Ontario Today host Rita Celli **helped raise funds for** the Ottawa Food Bank").  There are many other examples on CBC's website.
[4] *See* March 10, 2021 Letter from J. Kroetsch to K. Germani.

  should be deeply concerned that its own sources believe they were misrepresented, but CBC did nothing.  And WE Charity has previously identified for CBC instances in which it misrepresented to its viewers the contents of written documents.[5]  The documents say one thing; CBC tells its viewers they say something else.

(4) CBC has repeatedly failed to tell its viewers that its reporting found facts inconsistent with CBC's allegations concerning WE Charity.  We are aware of multiple donors contacted by CBC who have expressly refuted CBC's allegations—indeed, we are aware of none who have confirmed those allegations.  CBC also failed to tell its audience that purportedly misled donors, including James Cohen, remained enthusiastic supporters of WE Charity for years after they supposedly learned they were tricked by WE Charity, a fact that of course shows they were *not* misled.  CBC's false narrative of widespread donor outrage is irreconcilable with the facts that CBC has kept from its audience.

  We note as well that it has emerged that former WE Charity donor Reed Cowan was attempting to extort more than $20 million from WE Charity. CBC reported in February on Mr. Cowan's accusations against WE Charity.[6]  To this day, he is the only former WE Charity donor we know to have accused the organization of "fraud". CBC repeated Mr. Cowan's accusations against WE Charity at least five times, on February 28[7], March 1[8], March 3[9], March 8[10] and March 15[11], 2021.  The *Washington Post* – one of the U.S. papers of record – reported on April 2, 2021 that Mr. Cowan was demanding WE Charity pay him nearly a thousand times more than he donated and had backed his demand with a threat to use his journalistic contacts to make WE Charity "infamous" unless it paid.[12] It is unfortunate, given the prominence of Mr. Cowan in CBC's reporting, that CBC did not report on this aspect of the story.

The above list is not exhaustive.  WE Charity is in a position to prove facts demonstrating that CBC's reporting was false. Further, CBC knew that there were issues with its own reporting. We are concerned that in re-airing the Broadcast, CBC has acted recklessly towards our clients.

---

[5] February 8, 2021 Letter from J. Kroetsch to K. Germani at 2 ("By way of example, the third-party report on Whistler Water's fundraising cited by CBC says that Whistler Water engaged in "an effort to raise funds for a clean drinking water project." Yet this language was misreported in the Broadcast, with CBC claiming, "This group from Whistler said they paid for a clean drinking water project in Kipsongol.").
[6] https://www.cbc.ca/news/canada/rcmp-investigation-we-charity-1.5931253
[7] https://www.cbc.ca/news/canada/rcmp-investigation-we-charity-1.5931253
[8] https://subscriptions.cbc.ca/newsletter_static/messages/morningbrief/2021-03-01/; https://www.cbc.ca/news/morning-brief-march-1-2021-1.5931583
[9] https://www.cbc.ca/news/politics/kielburger-brothers-committee-we-charity-1.5935533
[10] https://www.cbc.ca/news/politics/ethics-committee-keilburger-brothers-1.5940980
[11] https://www.cbc.ca/news/politics/we-charity-ethics-committee-1.5948050
[12] https://www.washingtonpost.com/opinions/2021/04/02/sinclair-broadcast-group-reed-cowan-we-charity/

CBC's coverage of WE Charity has caused great harm to its reputation and, as a result, harmed thousands of children around the world who rely on the charity's ability to leverage its reputation to do good.

The attached Notice of Libel focuses on individual actionable statements, as the legislation requires. It is in their cumulative form, however, that those statements, the imagery and even the ominous music in the Broadcast form a message that charges WE Charity with the most unfair of false accusations: that it misuses donor funds.

On its face, the allegation that multiple funders believed they each entirely funded the same borehole means that WE overstated to donors their own instrumentality in financing charitable works that were in fact built. If a donor like Mr. Cohen believed his $5000 donation was enough to build a quarter-million-dollar project, the deception, allegedly, is that WE Charity understated the project's costs. But that plainly is not what CBC wants its audience to think. By describing WE Charity as raising money for the "same borehole" multiple times CBC is telling the Canadian public that WE Charity has raised too much money—so where has it gone?

Later, when Reed Cowan accused WE Charity of removing one of his two plaques in Kenya, again, this allegation related solely to the credit Mr. Cowan sought to receive for the donations he facilitated. He gave no basis for doubting that the schools he had funded were built—there was no question how donor funds were used, only what Mr. Cowan received in return. But in its February 28, 2021 article about Mr. Cowan's allegations, CBC referred to Mr. Cowan and CBC's own Broadcast as having "raise[d] questions about the way WE Charity used donor funds."[13] The gist of CBC's false coverage of WE Charity was always clear, but it appears that at least for a moment, it stopped the pretense of reporting on "transparency" and said what it meant: WE Charity is misusing donor funds. Except CBC has no basis for such an accusation and never has. The allegation is untrue, and it is actionable as libel.

As you review this notice and this letter, it would be prudent for CBC to consider the number of times and ways that CBC's coverage of WE Charity has been wrong. CBC was wrong about James Cohen, the "unnamed donor" in the Broadcast, the donors in March who told CBC that they were misrepresented in its coverage, the donors who rejected CBC's thesis when interviewed, and the donor Paul Cox whose emails CBC's reporter utterly misread in March. The allegations of Reed Cowan in the wake of his parliamentary testimony, particularly his extortionate demands[14], should raise significant doubt with respect to his account of his dealings with WE Charity. Evidently CBC believed it was onto something in relation to WE Charity and its donors. Respectfully, there is ample cause for CBC to reconsider.

---

[13] https://www.cbc.ca/news/canada/rcmp-investigation-we-charity-1.5931253.

[14] *See* WE Charity's response to Mr. Cowan's demand letter at pp. 4-8, available at
*https://www.washingtonpost.com/context/we-charity-response-to-demand-letter/e4dff380-11f5-45f5-91cc-7f0244a4fc65/?itid=lk_inline_manual_25*.

You should immediately take reasonable steps to preserve all documents relevant to this matter. For this purpose, documents include any form of recorded communication, including but not limited to notes from interviews, electronic communications with sources and all documents provided by unnamed sources in the original form in which they were provided, as well as all material, in electronic or hard copy form, otherwise relating to the production or editing of the Broadcast or other CBC coverage of WE Charity since the Broadcast first aired.

Please treat the attached Notice of Libel and this letter together as notice pursuant to s. 5 of the *Libel and Slander Act*, R.S.O. 1990, c.L.12.

Yours very truly,

William C. McDowell

WCM/esc
Enclosure

c.  Joseph Kroetsch

**IN THE MATTER OF** the *Libel and Slander Act*, R.S.O. 1990, c.L.12

**AND IN THE MATTER OF** an intended action.

B E T W E E N:

WE CHARITY

Plaintiff

- and -

CANADIAN BROADCASTING CORPORATION, MARK KELLEY,
HARVEY CASHORE and KATE McKENNA

Defendants

## LIBEL NOTICE

1. WE Charity, on behalf of itself and its affiliates, subsidiaries, and representatives (collectively referred to hereinafter as "WE Charity") complains of a broadcast which aired on April 25, 2021 on The Fifth Estate entitled "The Price WE Paid" ("the Broadcast"). The Broadcast originally aired on February 4, 2021.

2. WE Charity complains of the following words within the Broadcast ("the Words Complained Of"):

   (a) **VO Mark Kelley** [00:25:58] Clean water projects were critical to WE's mission, including one project that involved digging a borehole well and Kipsangol, Kenya. But was it always clear where the donors' money went? The Fifth Estate has heard from more than a dozen former employees who say they had concerns the organization wasn't always transparent with donors.

- 2 -

(b) **Mark Kelley** [00:26:11] One former employee directed us to look at several online posts where different donor organizations appear to take credit for funding the same borehole in that same Kenyan village.

(c) **VO Mark Kelley** [00:26:26] This group from Whistler said they paid for a clean drinking water project in Kipsongol. This students group from UBC said they made history funding an entire clean water well in Kipsongol. And this post from Unilever said they were raising $200,000, essentially the cost of a borehole in Kipsongol, Kenya. So, were all donors clear on what their donations were funding?

(d) **Carol Moura** [00:26:49] In the years I've worked here there's been no donor confusion. A borehole is just one component. We have several other pillars. We have the masonry tank, the piping, the water kiosks, the programmatic aspects, the technical aspects. Sometimes it's a solar powered, you know borehole, the water management committee. We have team members on the ground who deal with the water pillar.

(e) **VO Mark Kelley** [00:27:10] Carol Moura in Kenya suggests there may have been some confusion by WE staffers, but not the Kielburgers.

(f) **Carol Moura** [00:27:19] Maybe facilitator confusion, not donor confusion.

(g) **Mark Kelley** [00:27:21] But when you said the facilitators might have been confused, do you mean that the facilitators who explain this to the donors may have been confused?

(h) **Carol Moura** [00:27:33] Maybe.

- 3 -

    (i)    **VO Mark Kelley** [00:27:37] After that interview, a WE executive sent us a letter denying any donor confusion. Has CBC spoken with a single funder of water in Kipsongol who was confused or felt that WE Charity misrepresented information? So we spoke with the leader of that UBC donor group. James Cohen said the WE organization told him his group paid for the entire borehole in Kipsongol. I'm 100 percent sure that's what they said. Another donor told us she was sent an email that said her group's donation is actually enough money to implement a clean water system for a community. The charity sent them a photo of what the donor sponsored. It was labeled Kipsongol borehole and we found several more examples online of donors who say they raised funds for that same Kipsongol well water project.

    (j)    **Former employee2** [00:28:30] I saw an organization doing good for communities but as I got more exposed, I think the – it became a balancing game. How much can you get away with in the name of doing good.

3.     The Words Complained Of bore the following meanings:

    (a)    WE Charity misled certain individual donors in relation to the Kipsongol water project and specifically the Kipsongol borehole;

    (b)    WE Charity misled certain individual donors by leading them to believe that each was the sole funder of the Kipsongol water project, including the Kipsongol borehole;

    (c)    WE Charity resorts to unethical conduct in the name of doing good works;

    (d)    WE Charity misuses donor funds.

4.    WE Charity further complains that the image shown on screen at approximately 30:27 was not the image provided to the donor, contrary to what CBC led viewers to believe.

5.    WE Charity complains that prior to the initial airing of the Broadcast on February 4, 2021 it provided the following information to CBC:

    (a)    The WE Charity model is based on the needs of the community. WE Charity has donors allocate funding to "pillars" such as water or health pillars, rather than individual projects;

    (b)    A water project that is part of WE Charity's water pillar may consist of one or more borehole(s), pump station, power source (often solar panels), underground piping over a large distance, rainwater catchment systems, water distribution kiosks, water distribution points at key locations, hand-washing stations, latrines, establishment of a water management committee and more;

    (c)    A water project can cost approximately $250,000 and is a substantial construction project;

    (d)    There is a difference in costs and meaning of "clean water project", "borehole", "water kiosk", "water well"; and the use of the terms interchangeably would create confusion;

    (e)    Having regard to the multiple elements of a water project in addition to a borehole, it is inaccurate to simply refer to a water project as a borehole. Even if any one

donor donated funds sufficient to cover the cost of the Kipsongol borehole, the water project nevertheless required significant additional funding for the remaining elements.

6. Prior to the initial airing of the Broadcast, WE Charity also warned CBC that it was misreading online postings of an identified donor. CBC maintained that these reflected the donor's understanding that it was the sole funder of the Kipsongol borehole. In fact, no reasonable construction of those statements carry that meaning.

7. Prior to the Broadcast, the individual defendants admitted to WE Charity that they had not spoken to a single donor who claimed to have been deceived concerning the funding of the Kipsongol borehole.

8. Prior to the Broadcast, Scott Baker, the Chief Operating Officer of WE Charity, wrote to the CBC concerning the UBC donation. His letter included the following:

> Regarding the third funder you note, UBC clearly did not raise sufficient funds for a borehole. They reference raising $16,500 in two years – and they supported multiple countries with WE Charity. The only point of misunderstanding may be the one-line in a student Facebook post: "Built an entire well in Kipsongol.".... Based on the dollar amounts and our records, we believe that they funded a water distribution kiosk (i.e. not the borehole, but a stand-alone distribution point for the water).

9. WE Charity further complains that in the Broadcast, CBC alleged that WE Charity deceived a number of donors by representing that each was the sole funder of the exact same borehole in Kipsongol. WE Charity complains that, in broadcasting this allegation, CBC acted with recklessness amounting to malice. CBC knew that this allegation was false and CBC knew or ought to have been aware that it was false having regard to the following:

(a) In support of its claim of donor deception, CBC stated in its Broadcast, "One former employee directed us to look at several online posts where different donor organizations appear to take credit for funding the same borehole in that same Kenyan village." CBC misrepresented the contents of the online postings of the donor organizations to which it referred in the Broadcast. Further, while the postings were displayed on screen in the Broadcast, they appeared in brief glimpses which did not permit viewers to read the postings, let alone appreciate that they did not support the assertions in the Broadcast that they were the sole funder or that they were deceived. (see 00:26:23 to 00:26:40).

(b) Whistler Water was one of the donors alleged by the CBC in the Broadcast to have been misled by WE Charity. A third party report on Whistler Water's fundraising posted online and cited by the CBC says that Whistler Water engaged in "an effort to raise funds for a clean drinking water project." In the Broadcast CBC claimed, "This group from Whistler said they paid for a clean drinking water project in Kipsongol."  In context, a reasonable viewer would understand the CBC's statement to mean that Whistler Water claimed to have paid for the *entirety* of a clean drinking water project in Kipsongol. This was not a reasonable interpretation of what the third-party report on Whistler Water in fact claimed;

(c) Further, prior to the Broadcast, the former CEO of Whistler Water advised CBC that the company had been pleased with its donation and contribution to WE Charity's water projects in Kenya. CBC was well aware from that discussion that Whistler Water and its principals were not confused about their donations and the purposes to which they had been put.

- 7 -

(d) Unilever and Walgreens were other donors alleged in the Broadcast to have been misled by WE Charity. CBC in the Broadcast cited a Chicago Tribune article which made reference to Unilever and Walgreens' "clean water campaign," which describes the fundraising goal of $200,000 as being "essentially the cost of a borehole". The cited Tribune article nowhere states that Unilever or Walgreens believed they were the sole funder of any part of the project;

(e) A social media post by a UBC student who hosted parties to help raise money for clean water projects (called "Party Well") does not refer to a borehole, but refers to a "well". WE explained to the CBC that this likely referred to a stand-alone water distribution kiosk, not a borehole.

10. WE Charity further complains that after the initial February 4, 2021 airing of the Broadcast, counsel to WE Charity provided the CBC with additional information demonstrating that the Words Complained Of were false.  For example, WE Charity provided to the CBC:

(a) A September 2015 email chain between a WE Charity employee and CBC source James Cohen.  In the emails, Mr. Cohen confirms his understanding that a borehole cost far more than his group donated but that his group paid the approximate cost of a water kiosk.

(b)  A September 2015 email chain between a WE Charity employee and the donor referenced in the following Words Complained Of: "Another donor told us she was sent an email that said her group's donation is actually enough money to implement a clean water system for a community."  In the email, the WE Charity employee made clear to the donor, Nicola Wealth Management, that it was not the sole donor

to the Kipsongol water project, and in fact advised, "we have been raising funds for a borehole over the last couple of years". WE Charity also provided the CBC with language from the website of Nicola Wealth Management which demonstrated the inaccuracy of CBC's reporting.

11. Despite all of the information which WE Charity transmitted to CBC both before and after the initial airing of the Broadcast on February 4, 2021, CBC made no changes to the Broadcast before it was aired again on April 25, 2021.

12. Please maintain in safekeeping all records, whether maintained in handwriting, digitally or otherwise that relate to reporting, researching, writing, editing or publication of the Article, both pre and post-publication.

**DATED at Toronto**, this 2nd day of June, 2021.

**LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

William C. McDowell (28554G)
Tel:     (416) 865-2949
Fax:    (416) 865-2850
Email:  wmcdowell@litigate.com

Lawyers for WE Charity