# EXHIBIT 31

**Lenczner Slaght**

130 Adelaide St W  T 416-865-9500
Suite 2600  F 416-865-9010
Toronto, ON  www.litigate.com
Canada M5H 3P5

July 22, 2021

William C. McDowell
Direct line:  416-865-2949
Direct fax:  416-865-2850
Email:  wmcdowell@litigate.com

**VIA EMAIL**

Katarina Germani
Canadian Broadcasting Corporation
250 Front Street West
P.O. Box 500, Stn A
Toronto, ON  M5W 1E6

Dear Ms. Germani:

**RE:  WE Charity**

Further to our exchanges over the past week, here is a Notice of Libel with respect to a broadcast that aired on July 10, 2021 and July 11, 2021. Based on our records, this is at least the third and fourth re-broadcast of The Fifth Estate piece, "The price WE paid". Please advise whether you will accept service of the Notice of Libel.

We continue to have strong concerns about inaccuracies in the content of this program, as indicated in my previous correspondence and as discussed with you. I do not wish to belabour the point, but the errors which are of most concern have been acknowledged by the CBC in a subsequent online article concerning WE Charity. Given that, I do not know why CBC will not correct the Broadcast by affixing something on the YouTube and CBC.ca versions of the piece. We are unable to understand why CBC's position on correction of the on-line article differs from that in relation to the broadcast version of the story.

I also wanted to raise with you our concerns about CBC's ongoing newsgathering in relation to our client's work in Kenya. Harvey Cashore is leading this reporting, and we understand that Kate McKenna is also involved.

A number of donors have made WE Charity aware of communications with Mr. Cashore (and with Kate McKenna) in which the donor has been advised that there are far fewer WE Charity educational schoolrooms in certain Kenyan villages than there ought to be. (We have made Mr. Cashore aware that there are considerably more schoolrooms and other structures in these villages than he represents in his conversations.)

The CBC and Mr. Cashore have asked WE Charity for school data because he does not have full information. Given the admitted gap in CBC's knowledge, I am unable to understand why Mr. Cashore is providing potential sources with unverified data – data he knows is not reliable – in order to record the sources' reactions. Put bluntly, statements

from sources which have been prompted by wrong or misleading information should have no place in any future broadcast or in responsible journalism more generally.

WE Charity is creating a package of comprehensive data on a village-by-village basis which it has promised to share with Mr. Cashore. Our clients wrote to Mr. Cashore informing him of this and requesting that in the meantime he refrain from providing inaccurate information to our client's donors. He has not confirmed receipt of the email. Are you able to confirm that Mr. Cashore has received this email and request and is taking it under consideration? As I am sure you can appreciate, the way that he is making continuing inquiries of our client's donor is causing considerable disruption and harm.

We recognize that the editorial decisions which will eventually be made are the province of CBC's producers and journalists. At the same time, there is an important legal concern, described above, which should be raised with The Fifth Estate production team.

I would like to have a phone conversation with you on this topic so we can keep the lines of communication open. Can you please advise when you would be available? Since I have not yet heard back from you, I thought it important to place our concerns on the record.

Yours very truly,

William C. McDowell

WCM/esc
Encl.

**IN THE MATTER OF** the *Libel and Slander Act*, R.S.O. 1990, c.L.12

**AND IN THE MATTER OF** an intended action.

B E T W E E N:

WE CHARITY

Plaintiff

- and -

CANADIAN BROADCASTING CORPORATION, MARK KELLEY,
HARVEY CASHORE and KATE McKENNA

Defendants

## LIBEL NOTICE

1. WE Charity, on behalf of itself and its affiliates, subsidiaries, and representatives (collectively referred to hereinafter as "WE Charity") complains of a broadcast which aired on July 10, 2021 and July 11, 2021 on The Fifth Estate entitled "The Price WE Paid" ("the Broadcast"). The Broadcast originally aired on February 4, 2021.

2. WE Charity complains of the following words within the Broadcast ("the Words Complained Of"):

    (a) **VO Mark Kelley** [00:25:58] Clean water projects were critical to WE's mission, including one project that involved digging a borehole well and Kipsangol, Kenya. But was it always clear where the donors' money went? The Fifth Estate has heard from more than a dozen former employees who say they had concerns the organization wasn't always transparent with donors.

- 2 -

(b) **Mark Kelley** [00:26:11] One former employee directed us to look at several online posts where different donor organizations appear to take credit for funding the same borehole in that same Kenyan village.

(c) **VO Mark Kelley** [00:26:26] This group from Whistler said they paid for a clean drinking water project in Kipsongol. This students group from UBC said they made history funding an entire clean water well in Kipsongol. And this post from Unilever said they were raising $200,000, essentially the cost of a borehole in Kipsongol, Kenya. So, were all donors clear on what their donations were funding?

(d) **Carol Moura** [00:26:49] In the years I've worked here there's been no donor confusion. A borehole is just one component. We have several other pillars. We have the masonry tank, the piping, the water kiosks, the programmatic aspects, the technical aspects. Sometimes it's a solar powered, you know borehole, the water management committee. We have team members on the ground who deal with the water pillar.

(e) **VO Mark Kelley** [00:27:10] Carol Moura in Kenya suggests there may have been some confusion by WE staffers, but not the Kielburgers.

(f) **Carol Moura** [00:27:19] Maybe facilitator confusion, not donor confusion.

(g) **Mark Kelley** [00:27:21] But when you said the facilitators might have been confused, do you mean that the facilitators who explain this to the donors may have been confused?

(h) **Carol Moura** [00:27:33] Maybe.

- 3 -

(i) **VO Mark Kelley** [00:27:37] After that interview, a WE executive sent us a letter denying any donor confusion. Has CBC spoken with a single funder of water in Kipsongol who was confused or felt that WE Charity misrepresented information? So we spoke with the leader of that UBC donor group. James Cohen said the WE organization told him his group paid for the entire borehole in Kipsongol. I'm 100 percent sure that's what they said. Another donor told us she was sent an email that said her group's donation is actually enough money to implement a clean water system for a community. The charity sent them a photo of what the donor sponsored. It was labeled Kipsongol borehole and we found several more examples online of donors who say they raised funds for that same Kipsongol well water project.

(j) **Former employee2** [00:28:30] I saw an organization doing good for communities but as I got more exposed, I think the – it became a balancing game. How much can you get away with in the name of doing good.

3. The Words Complained Of bore the following meanings:

(a) WE Charity misled certain individual donors in relation to the Kipsongol water project and specifically the Kipsongol borehole;

(b) WE Charity misled certain individual donors by leading them to believe that each was the sole funder of the Kipsongol water project, including the Kipsongol borehole;

(c) WE Charity resorts to unethical conduct in the name of doing good works;

- 4 -

    (d)    WE Charity misuses donor funds.

4. WE Charity further complains that the image shown on screen at approximately 30:27 was not the image provided to the donor, contrary to what CBC led viewers to believe.

5. WE Charity complains that prior to the initial airing of the Broadcast on February 4, 2021 it provided the following information to CBC:

    (a)    The WE Charity model is based on the needs of the community. WE Charity has donors allocate funding to "pillars" such as water or health pillars, rather than individual projects;

    (b)    A water project that is part of WE Charity's water pillar may consist of one or more borehole(s), pump station, power source (often solar panels), underground piping over a large distance, rainwater catchment systems, water distribution kiosks, water distribution points at key locations, hand-washing stations, latrines, establishment of a water management committee and more;

    (c)    A water project can cost approximately $250,000 and is a substantial construction project;

    (d)    There is a difference in costs and meaning of "clean water project", "borehole", "water kiosk", "water well"; and the use of the terms interchangeably would create confusion;

    (e)    Having regard to the multiple elements of a water project in addition to a borehole, it is inaccurate to simply refer to a water project as a borehole. Even if any one

donor donated funds sufficient to cover the cost of the Kipsongol borehole, the water project nevertheless required significant additional funding for the remaining elements.

6. Prior to the initial airing of the Broadcast, WE Charity also warned CBC that it was misreading online postings of an identified donor. CBC maintained that these reflected the donor's understanding that it was the sole funder of the Kipsongol borehole. In fact, no reasonable construction of those statements carry that meaning.

7. Prior to the Broadcast, the individual defendants admitted to WE Charity that they had not spoken to a single donor who claimed to have been deceived concerning the funding of the Kipsongol borehole.

8. Prior to the Broadcast, Scott Baker, the Chief Operating Officer of WE Charity, wrote to the CBC concerning the UBC donation. His letter included the following:

> Regarding the third funder you note, UBC clearly did not raise sufficient funds for a borehole. They reference raising $16,500 in two years – and they supported multiple countries with WE Charity. The only point of misunderstanding may be the one-line in a student Facebook post: "Built an entire well in Kipsongol.".... Based on the dollar amounts and our records, we believe that they funded a water distribution kiosk (i.e. not the borehole, but a stand-alone distribution point for the water).

9. WE Charity further complains that in the Broadcast, CBC alleged that WE Charity deceived a number of donors by representing that each was the sole funder of the exact same borehole in Kipsongol. WE Charity complains that, in broadcasting this allegation, CBC acted with recklessness amounting to malice. CBC knew that this allegation was false and CBC knew or ought to have been aware that it was false having regard to the following:

- 6 -

(a)   In support of its claim of donor deception, CBC stated in its Broadcast, "One former employee directed us to look at several online posts where different donor organizations appear to take credit for funding the same borehole in that same Kenyan village." CBC misrepresented the contents of the online postings of the donor organizations to which it referred in the Broadcast. Further, while the postings were displayed on screen in the Broadcast, they appeared in brief glimpses which did not permit viewers to read the postings, let alone appreciate that they did not support the assertions in the Broadcast that they were the sole funder or that they were deceived. (see 00:26:23 to 00:26:40).

(b)   Whistler Water was one of the donors alleged by the CBC in the Broadcast to have been misled by WE Charity. A third party report on Whistler Water's fundraising posted online and cited by the CBC says that Whistler Water engaged in "an effort to raise funds for a clean drinking water project." In the Broadcast CBC claimed, "This group from Whistler said they paid for a clean drinking water project in Kipsongol."  In context, a reasonable viewer would understand the CBC's statement to mean that Whistler Water claimed to have paid for the *entirety* of a clean drinking water project in Kipsongol. This was not a reasonable interpretation of what the third-party report on Whistler Water in fact claimed;

(c)   Further, prior to the Broadcast, the former CEO of Whistler Water advised CBC that the company had been pleased with its donation and contribution to WE Charity's water projects in Kenya. CBC was well aware from that discussion that Whistler Water and its principals were not confused about their donations and the purposes to which they had been put.

- 7 -

(d) Unilever and Walgreens were other donors alleged in the Broadcast to have been misled by WE Charity. CBC in the Broadcast cited a Chicago Tribune article which made reference to Unilever and Walgreens' "clean water campaign," which describes the fundraising goal of $200,000 as being "essentially the cost of a borehole". The cited Tribune article nowhere states that Unilever or Walgreens believed they were the sole funder of any part of the project;

(e) A social media post by a UBC student who hosted parties to help raise money for clean water projects (called "Party Well") does not refer to a borehole, but refers to a "well". WE explained to the CBC that this likely referred to a stand-alone water distribution kiosk, not a borehole.

10. WE Charity further complains that after the initial February 4, 2021 airing of the Broadcast, counsel to WE Charity provided the CBC with additional information demonstrating that the Words Complained Of were false. For example, WE Charity provided to the CBC:

(a) A September 2015 email chain between a WE Charity employee and CBC source James Cohen. In the emails, Mr. Cohen confirms his understanding that a borehole cost far more than his group donated but that his group paid the approximate cost of a water kiosk.

(b) A September 2015 email chain between a WE Charity employee and the donor referenced in the following Words Complained Of: "Another donor told us she was sent an email that said her group's donation is actually enough money to implement a clean water system for a community." In the email, the WE Charity employee made clear to the donor, Nicola Wealth Management, that it was not the sole donor

to the Kipsongol water project, and in fact advised, "we have been raising funds for a borehole over the last couple of years". WE Charity also provided the CBC with language from the website of Nicola Wealth Management which demonstrated the inaccuracy of CBC's reporting.

11.     Despite all of the information which WE Charity transmitted to CBC both before and after the initial airing of the Broadcast on February 4, 2021, CBC made no changes to the Broadcast before it was aired again on July 10, 2021 and July 11, 2021.

12.     Please maintain in safekeeping all records, whether maintained in handwriting, digitally or otherwise that relate to reporting, researching, writing, editing or publication of the Article, both pre and post-publication.

**DATED at Toronto**, this 22nd day of July, 2021.

**LENCZNER SLAGHT ROYCE
SMITH GRIFFIN LLP**
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

William C. McDowell (28554G)
Tel:      (416) 865-2949
Fax:     (416) 865-2850
Email:   wmcdowell@litigate.com

Lawyers for WE Charity