# EXHIBIT 32

**Lenczner Slaght**

130 Adelaide St W  T 416-865-9500
Suite 2600  F 416-865-9010
Toronto, ON  www.litigate.com
Canada M5H 3P5

December 22, 2021

William C. McDowell
Direct line: 416-865-2949
Direct fax: 416-865-2850
Email: wmcdowell@litigate.com

**Via Email**

Katarina Germani
Legal Counsel, Media Law
Canadian Broadcasting Corporation
250 Front Street West
P.O. Box 500, Stn A
Toronto, ON  M5W 1E6

Dear Ms. Germani:

**RE: WE Charity re CBC - Libel Notice**
**Our File No.:  52709**

Please find a Libel Notice served upon you pursuant to section 5 of the *Libel and Slander Act*. Please confirm that you will accept service of this notice.

This notice is being served on a protective basis; you do not need to provide us with a substantive response at this time.

Wishing you happy holidays.

Yours very truly,

William C. McDowell

WCM/ty
Enclosure

**IN THE MATTER OF** the *Libel and Slander Act*, R.S.O. 1990, c.L.12

**AND IN THE MATTER OF** an intended action.

B E T W E E N:

WE CHARITY, MARC KIELBURGER
and CRAIG KIELBURGER

Plaintiffs

- and -

CANADIAN BROADCASTING CORPORATION, HARVEY CASHORE,
MARK KELLEY and KATE McKENNA

Defendants

# LIBEL NOTICE

TAKE NOTICE THAT WE Charity, its affiliated entities and Founders Marc Kielburger and Craig Kielburger (together, "WE Charity"), complain of an episode of The Fifth Estate dated November 18, 2021 entitled "Finding School No. 4: WE Charity's Donor Deception in Kenya" ("the Broadcast").

1. WE Charity complains of the title of the episode and of the following words within the Broadcast ("the Words Complained Of"):

    (a)  MARK KELLY: WE Charity raised millions to build schoolhouses in Africa.

    VIDEO CLIP: I went to three WE Days; and at the first one I heard, "Yeah, and you could build a school in Kenya."

    MARK KELLEY: So, we went to Kenya to see how many were actually built.

    VIDEO CLIP: [Male] All the money that was collected for this village doesn't add up.

- 2 -

[Female] The logical question is: Where's the money? Where did the money go?

VIDEO CLIP: [Mark Kelley] Why are you concerned about protecting your identity? What are you afraid of?

MARK KELLEY: I'm here in Kenya, a country of natural beauty, but plagued by crushing poverty. Canada's WE Charity raised millions in donations to help people in this country. But where did all that money go?

(b) MARK KELLEY: But MPs wanted to know, where were those 1,500 schools located? Four weeks later parliament got a response. At the top of the list, Kenya, where WE Charity said it had built 360 primary schoolhouses. The Fifth Estate decided to put that number, 360, to the test. Like with Cowan, were different donors told they had funded the very same schoolhouse?

(c) MARK KELLEY: ...they had funded the very same schoolhouse. WE Charity wouldn't tell us who donated to their schools citing privacy concerns. So we scoured the internet for anybody who had publicly said they had fully funded a primary schoolhouse in Kenya. We searched social media posts, we found old websites, and created spreadsheets for 30 villages they were involved with in Kenya. It became clear donors believed they had fully funded more than 900 primary schoolhouses in Kenya, far higher than the 360 schoolhouses the charity said it has built. And that doesn't account for donations that weren't made public. Our research was revealing even more. WE Charity sent this picture of a school to a donor who had fully funded it. But take a look. They sent that same picture to another donor who was told the same thing. And then we noticed the same thing happened again. The Fifth Estate also found photos of the same schools but from different angles, also sent to multiple donors.

(d) VIDEO CLIP: [Michael Clemons] I know that we can all use a little bit of inspiration, so here today with me is a couple of my heroes. You know them as the Kielburger brothers. And our foundation...

(e) MARK KELLEY: Canadian football legend Michael "Pinball" Clemons' charitable foundation eventually funded the construction of 108 primary schoolhouses in Kenya.

VIDEO CLIP: [Michael Clemons] We've officially funded the 100th school.

(f) VIDEO CLIP: [Male] He's raised enough money to build 100 schools in developing countries. Please welcome Taylor Conroy!

MARK KELLEY: Our research shows a group called Change Heroes raised money to build dozens of schoolhouses in Kenya.

VIDEO CLIP: [Taylor Conroy] WE Day...

MARK KELLEY: Taylor Conroy was the founder and a WE Day ambassador.

    VIDEO CLIP: [Taylor Conroy] We've come up with a way for you, from your phone, to raise enough money to build an entire schoolhouse in one day.

    MARK KELLEY: Conroy traveled to Kenya standing in front of those WE Charity schools to thank the donors directly.

    VIDEO CLIP: [Taylor Conroy] Mrs. Whytfield and the Vaughan Road Academy, this is Taylor Conroy and Philip the Maasai warrior here to say thank you for your massive contribution. Behind us is a schoolhouse...

(g)    MARK KELLEY: But our research turned up another curious find. VIDEO CLIP: [Female] And we're rolling.

    [Taylor Conroy] Hi. It's Taylor from Change Heroes. Today...

    MARK KELLEY: Footage posted on YouTube of Conroy thanking multiple donors in front of the same schoolhouse.

    VIDEO CLIP: [Taylor Conroy] Thank you to Miss Pelletier and all of Margaret Jenkins Elementary School...

    MARK KELLEY: And again. VIDEO CLIP: [Taylor Conroy] ...Elton, it's Taylor, and this is one of the happiest days of my life.

    MARK KELLEY: And again. VIDEO CLIP: [Taylor Conroy] ...Corrie. This is as huge day for me, because I'm finally getting to show you what you and your friends got together to build. ...projects... As they say here in Kenya, asante sana!

    [Male] Asante sana!

(h)    MARK KELLEY: And for many donors, it was that connection to the bricks and mortar schoolhouse that they had funded that mattered most. Rukshan de Silva remembers the day he and his classmates reached their target.

    VIDEO CLIP: [Rukshan de Silva] We went to actually donate the money in person at their office in Toronto. We wanted it to be an ongoing partnership. We didn't want it to be a one-time donation. So it was very clear on that and we were guaranteed that as well by the founders of Free The Children.

(i)    MARK KELLEY: Watson Jordan felt the same way when he was sent a picture of the schoolhouse, he believed his money built.

    VIDEO CLIP: [Watson Jordan] I'd hoped to meet one or two of the kids so I could read them some books I never got to read to William. I think that would have been powerful for me.

    [Mark Kelley] And that's something you're still hoping to do one day?

[Watson Jordan] I am quite determined, at least go to the village.

MARK KELLEY: And if he went there, what would he find? He was sent a photo of Schoolhouse Number 4 in Irkaat, in memory of his son. Like Reed Cowan, would he discover a schoolhouse that was funded by other donors or would a schoolhouse be there at all? So we decided to go to Kenya and look for Watson Jordan's schoolhouse and Rukshan de Silva's and others. When we come back...

(j)   VIDEO CLIP: [Male] This is a village that we've been following closely. We want to find out how many schools actually exist in this community.

[End of Cl MARK KELLEY: Rural Kenya has long been the focus of Canada's WE Charity. It says it's built 360 primary school houses here with donors' money, but our research shows donors had given enough money to build more than 900 schoolhouses here. Unable to square the charity's numbers with our own, we came to Kenya to see for ourselves. WE Charity schools are located in the Maasai Mara region in southwest Kenya. ip 2 - Beginning of Clip 3]

VIDEO CLIP: [Male] We're approaching Irkaat. You can see it on the horizon.

[Male] We are just near it, the village of Irkaat. It's a village that we've been following closely, looking at the number of schools that we have found in our database, and now we want to find out how many schools actually exist in this community.

MARK KELLEY: We arrive on a Saturday when school is out. We're hoping to find School Number 4. It's the schoolhouse Watson Jordan was sent a picture of in memory of his son. Our spreadsheets show every schoolhouse here has a story, but donors may not know the full story.

(k)   VIDEO CLIP: [Male] Here it is. School Number 4, School Number 4. This was the one that was funded by Watson Jordan; but as we now know it was also funded by several other donors.

MARK KELLEY: Our research shows School Number 4 was fully funded at least four times over. And it wasn't just School Number 4. We have a picture of another schoolhouse that turned up in our online searches over and over again.

VIDEO CLIP: [Male] This school was also being funded by multiple other groups.

[Male] Absolutely.

[Male] Pledge to Humanity, this was funded by them, as it was Unstoppable, Mattamy Homes, Gilgan Family.

(l)   MARK KELLEY: In all, our research showed WE Charity told donors they had fully funded 70 primary schoolhouses here. The total number on the ground, 28.

(m)   MARK KELLEY: But, again, our visit is cut short. John tells us we must leave.

VIDEO CLIP: [John] Right now, you need to go because calls have been made and things are really bad.

MARK KELLEY: It turns out the calls are coming from the governor's office.

VIDEO CLIP: [Male] It was Governor Tunai who just called.

[Male] Oh, really? Why would the governor be calling us?

MARK KELLEY: John believed the governor was sending a message for us to stop visiting villages in his county. We travel from Irkaat to the village of Rongena. We're looking for the school that 9-year-old Avery Skog funded from his home in Morris, Manitoba.

VIDEO CLIP: [Male] How you do, sir.

(n)   [Male 2] One, two, three. One, two, three. Look at the stones.

[Male 3] I think you found it. That's the one. [Male 2] This is the school funded by Roots Canada, RBC, and this is a school that was funded by Avery Skog.

MARK KELLEY: And the schoolhouses are pretty basic, desks, chairs, and a blackboard. An aerial view puts this village into perspective. Our research revealed donors were told they had fully funded 55 schoolhouses here. In fact, there were only 12 schoolhouses and a library.

VIDEO CLIP: [Mark Kelley] It just doesn't add up, all the money that was collected for this village, it doesn't add up.

(o)   MARK KELLEY: Here we wanted to find one particular schoolhouse.

VIDEO CLIP: [Mark Kelley] This is it! This is the -- the classroom that was funded by Rukshan de Silva.

MARK KELLEY: Did Rukshan know the schoolhouse his classmates called their own was paid for by others? In Pimbiniet, we counted 20 schoolhouses. Our spreadsheet shows WE Charity had received donations to fully fund 48. And on it went, using our spreadsheet count to compare with WE Charity's count in village after village after village. So were all donors told their money would be pooled with others to build other projects as Carol Moraa had told us? Back in Nairobi we called Rukshan de Silva to ask.

VIDEO CLIP: [Mark Kelley] Were you told that there were other donors who had funded that very same school?

[Rukshan de Silva] No.

- 6 -

[Mark Kelley] That you were part of something bigger, that your money was going into a big pot?

[Rukshan de Silva] No. We were told that that would be Iroquois Ridge's school that we had funded.

MARK KELLEY: In fact, what Rukshan didn't know is the picture he took of that schoolhouse when he visited Pimbiniet contained a clue that it was credited to another group.

VIDEO CLIP: [Mark Kelley] I saw a picture that you took over there that you would post of your school. On the top right from the door there are letters over that door, MPCF and a number. Did you know what the -- what that stood for?

[Rukshan de Silva] No.

[Mark Kelley] That's Michael "Pinball" Clemons' foundation. He'd already fully funded that school. Were you aware of that?

[Rukshan de Silva] No. I wasn't aware of that. If what you're saying is true, that's really disappointing. It's a shame.

(p) MARK KELLEY: Later that evening we were contacted by a former WE employee who wanted to talk.

VIDEO CLIP: [Mark Kelley] Why are you concerned about protecting your identity? Like what are you afraid of?

MARK KELLEY: They said they feared legal reprisals from the charity. The source said it was common practice to overfund projects in Kenya, not just the schoolhouses.

VIDEO CLIP: [Speaker's voice distorted.]

[Mark Kelley] Over and over again.

[Speaker's voice distorted.]

[Mark Kelley] But why was it the norm?

[Speaker's voice distorted.]

[Mark Kelley] It was making money.

[Speaker's voice distorted.]

[Mark Kelley] Who was calling the shots? Who was making this happen? Was the -- Was this the people on the ground in Kenya who decided that this was a good idea?

[Speaker's voice distorted.]

MARK KELLEY: The source said the practice had gone on for years.

VIDEO CLIP: [Mark Kelley] You witnessed it. He said this was part of the business model. As he said, basically it was free money to the charity to sell the same school room over and over again.

(q)  MARK KELLEY: But what was happening behind the scenes, as donor money came pouring in? The Fifth Estate spoke with dozens of people formerly and currently connected to the organization. One former staffer agreed to chat by WhatsApp. I asked: Why are you concerned about keeping your identity hidden? Legal but also knowing how powerful the Kielbrothers are. The source told me: Overfunding of schoolhouses was a strategic decision by senior leaders. The brothers were aware of all of this and would be the ones to accept the risk of doing project funding this way. It was always about the ends, the overall goal, if that was ambitious and inherently good, the means didn't seem to matter. But I wondered: How is that inherently good? The response? What they wanted to achieve was more important than how they went about it. Others we spoke to said they raised concerns money was being donated for projects that were already paid for. You know, the Kielburgers were warned: You're playing with fire here. I don't know how they thought they could get away with it for so long. They were very, very good at having people have an experience that they will never question. Rumblings of troubles at WE Charity made their way to the United States, where the charity has raised nearly $200 million in donations in the last decade. In Chicago the group CharityWatch rates charities for prospective donors. In 2020, the watchdog suspended its rating of WE Charity citing concerns about governance. Executive director Laurie Styron is an accountant with 15 years experience in the charitable sector.

(r)  VIDEO CLIP: [Mark Kelley] Here's one group called H.O.P.E.

MARK KELLEY: I showed her the duplicate photos WE Charity sent to multiple donors.

VIDEO CLIP: [Mark Kelley] Well, here's another organization and said, "You have funded that school room."

[Laurie Styron] Right. So it looks like the same school; doesn't it?

[Mark Kelley] It certainly does.

[Laurie Styron] Yeah.

[Mark Kelley] I mean, when you put them side by side.

[Laurie Styron] Okay. Right. Okay. Yeah. Same clouds and everything.

[Mark Kelley] Um-hum.

    [Laurie Styron] Okay. Yeah. I mean, that's -- that's highly problematic because it doesn't look like it was a mistake. It looks like it was a strategy, a fundraising strategy, to compel donors to give more money on the promise that they would be accomplishing something very, very specific with their donation. The donors and the general public really need to, you know, demand that this is investigated.

(s)    By then a source aware of the charity's denials of wrongdoing wanted us to know what was happening inside the charity and provided us with some of the charity's own internal spreadsheets, records of donations from WE Charity's wealthiest and most prized donors. In the village of Rongena, the records show eight high net worth donors paid for the exact same schoolhouse. In Irkaat, seven major donors and foundations paid for the same three schoolhouses. The leaked documents also show the same $10,000 schoolhouse in Irkaat was also sold to other donors for 12,000, even 15,000 dollars. In Esinoni, it states another donor was charged 22,500 U.S. for a single schoolhouse. And then there are the comments in the margins, about how to handle those wealthy philanthropists who might be asking questions. Richard Branson's Virgin Atlantic wasn't a problem as "they have not asked us the status of the project." A California philanthropist, Gaby Ghorbani, was "tricky." So our project not yet built "will likely be something we have to commit to. Another wealthy family seemed easier to deal with as they "don't seem to be tracking items line for line." We showed those documents to Laurie Styron.

    VIDEO CLIP: [Mark Kelley] How does it strike you when you see the comments in the margins talking about the donors? This one's going to be asking questions. That one doesn't ask questions, so we don't have to worry about that.

    [Laurie Styron] There's a few choice words I have to -- It's incredibly condescending to say we're going to rely on the, you know, ignorance. I don't mean that in a negative connotation. The average donor doesn't have a background to be able to root all of this out.

    [Mark Kelley] Yeah. And I guess part of me is just surprised that they would put it in writing.

    [Laurie Styron] Right. They don't really have plausible deniability here. It's in writing. I mean, it's in black and white. It really isn't just a -- just an error. Right? It's not just that they got in over their heads on one school.

    [Mark Kelley] Uh-huh.

    [Laurie Styron] It looks to be an active strategy to raise a lot of money. And then they're relying on donors not asking questions in order to continue to operate this way. And it's just -- it's just wrong.

(t)    MARK KELLEY: The Kielburgers first came to this rugged region of Kenya in the early 2000s. They convinced kids back home to fundraise for badly needed schools here, water systems, and other sustainable projects. Over the years hundreds of schools were built. Our investigation has revealed far more schools were funded

    than were actually built, leading to an inevitable question from the executive director of CharityWatch.

    VIDEO CLIP: [Laurie Styron] The logical question is: Where's the money? Where did the money go?

(u)    So where does this leave Watson Jordan? He was told he paid for a schoolhouse in Irkaat and was sent this photo of School Number 4 in memory of his son.

    VIDEO CLIP: [Watson Jordan] At the end, you know, I've been deceived. Lying to people who've lost children about doing something good on their behalf, that doesn't seem like an awesome group of people to lie to.

    MARK KELLEY: School Number 4 sits atop a hill in the village of Irkaat, fully funded by at least 4 other donors. The question is: How many more people were sold a promise but whose schoolhouses were never built? It's a question we tried to answer.

(v)    [Mark Kelley] Your excellency, what would you say if more money was raised for Kenya and Narok County than was actually spent in Narok county?

    [Governor Tunai] No. Let me not comment about that.

    [Mark Kelley] What we've seen is -- with the WE Charity is that when donors will donate to build a classroom in Kenya, they'll be sent a picture and they'll be told, for example, "In Ansenatoi, you have built a school," and they were sent that picture saying, "You have fully funded a classroom in Ansenatoi."

    [Governor Tunai] Hmm.

    [Mark Kelley] But we've also noticed is another group will have funded that classroom; but when we look, we see it's the same classroom. And they've both been told that they fully funded it, and that doesn't seem to add up.

    [Governor Tunai] Okay. I don't -- No comment on that. Well, okay, enjoy Kenya.

    MARK KELLEY: With that we were told our interview was over.

    VIDEO CLIP: [Governor Tunai] Thank you.

    MARK KELLEY: But it wouldn't be the last time we would hear from the governor.

(w)    MARK KELLEY: But after telling us we shouldn't be counting schools, it turned out that's exactly what WE Charity had been doing all spring and summer, ever since The Fifth Estate began our investigation; and it was no longer 360, the number provided to Parliament, far from it.

>VIDEO CLIP: [Carol Moraa] The correct number is 852. We had not included the renovations, we had not included the high -- our high schools, we had not included our regional high schools, we had also not included the new constructions, and also the constructions that had been delayed because of COVID.
>
>[MARK KELLEY] So, can I just ask, why was the number 360 provided at all? That's nowhere near the number that you came up with. Why provide that number?
>
>[Carol Moraa] Because Parliament wanted us to give them, you know, the number of -- of structures that we had, and we had not factored in all these before giving that number. So we included all that for us to count -- to now have the final number of 852.
>
>[Male] I think we have to end it at that point.
>
>[Mark Kelley] What does renovations have to do with --
>
>[Male] Mark, why don't you just stick to the formal interview and then...
>
>MARK KELLEY: A closer look at that new number includes high schools, kitchens, even latrines which inflated the total count. But the charity's own count confirms the number of primary schoolhouses built in Kenya, 360.

2.  The Words Complained Of bore the following meanings:

    (a)   WE Charity misled donors in relation to its fundraising for education in Kenya;

    (b)   WE Charity falsely told individual donors that they alone funded particular schools in Kenyan villages;

    (c)   WE Charity was deceitful in its fundraising practices;

    (d)   WE Charity intentionally misled donors;

    (e)   WE Charity built far fewer schoolrooms in Kenya than its donors publicly stated they believed they had fully funded;

    (f)   WE Charity's own figures show that it only built 360 schoolrooms in Kenya, which is far less than the number of schoolrooms that CBC contends should be there;

(g) WE Charity's facts and figures rebutting the CBC's allegations are not credible because they are inflated by counting latrines as schoolrooms;

(h) WE Charity coordinated a scheme to interfere with the CBC's newsgathering in Kenya;

(i) WE Charity intentionally misled Watson Jordan, a donor;

(j) WE Charity intentionally deceived Rukshan de Silva and Iroquois Ridge High School, an organizing donor and donor, respectively;

(k) WE Charity knowingly "sold" individual Kenyan schools to multiple prospective donors to induce these individuals in groups to make monetary gifts and was deceitful in doing so;

(l) WE Charity intentionally pursued a strategy of overfunding projects in Kenya;

(m) Marc Kielburger and Craig Kielburger were aware of and in charge of the strategy of "overfunding Kenyan projects", that is, inducing multiple donors to fund the same project while allowing each donor to believe that they had been the sole funder;

(n) Marc and Craig Kielburger were aware that the strategy of overfunding Kenyan projects was "playing with fire", because it was misleading and/or dishonest;

(o) Marc Kielburger and Craig Kielburger were knowingly involved in impropriety and were reckless about that;

- 12 -

(p) WE Charity knowingly compelled donors to give more money than was required on the promise that they would be accomplishing something very specific with their donations; this fundraising strategy was improper and warrants investigation.

(q) WE Charity did not deploy in Kenya all the funds it raised to help people in Kenya.

(r) WE Charity has not explained how it deployed funds raised for Kenya.

3. Please maintain in safekeeping all records, whether maintained in handwriting, digitally or otherwise that relate to the newsgathering, writing, editing and airing of the Broadcast.

**DATED at Toronto**, this 22nd day of December, 2021.

**LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**
130 Adelaide Street West
Suite 2600
Toronto, ON  M5H 3P5

William C. McDowell (28554G)
Tel: (416) 865-2949
Fax: (416) 865-2850
Email: wmcdowell@litigate.com

Lawyers for WE Charity, Marc Kielburger and Craig Kielburger