# EXHIBIT 35


Mine, Ours, and Yours:
A Father's Journey Through the Life and Death of a Child
Watson Jordan

*Mine, Ours, and Yours: A Father's Journey through the Life and Death of a Child*

Copyright © 2019 by Henry Watson Jordan
All rights reserved.
ISBN 9781072548072

Without limiting the rights under copyright reserved above, no part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form, or by any means (electronic, mechanical, photocopying, recording, or otherwise), without the prior written permission of the copyright owner.
The scanning, uploading, and distribution of this book via the internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions and do not participate in or encourage electronic piracy of copyrighted materials. Your support of the author's rights is appreciated.
While the author has made every effort to provide accurate internet addresses at the time of publication, neither the publisher nor the author assumes any responsibility for errors or for changes that occur after the publication. Further, the publisher does not have any control over and does not assume any responsibility for third-party web sites or their content.

This book is
grieve and h
recogniz

Greg Vin
My editors

# MINE, OURS, and YOURS

## *A Father's Journey through the Life and Death of a Child*

Watson Jordan

# KENYA

As we built our new life outside of the school environment, the energy I had spent working on the triathlon needed a new place to live. I traveled with my children during this time. We took both children to each continent. This was a tremendous investment in them and in our relationship and was a wonderful experience. Traveling with our children was one of the best decisions of my life.

The idea came to me when we were in Maine on vacation. It came to me out of the blue and clear as a bell. It was as close as I have come to an inspired vision: The picture was taking both Paul and Caroline to each continent. They were each around 14 when we began. Our travels together made wonderful memories and added strong and lasting insights into their perspective on the world. Additionally, these trips wove remarkable threads into the fabric that is our relationships.

Caroline and I had a magical safari in Kenya. The children I saw in Africa made an impression on me, that they needed help. There were many places where water and food are not readily available. But, perhaps more importantly, there was a shortage of schools, and where there were schools, they were short on teachers and supplies. Later, when I was traveling for work, I had the great pleasure to attend several WE Charity days. WE Charity is a non-profit organization that helps children provide aid and

support around the world. I attended three in total: Toronto, Minneapolis, and Vancouver. At each one I was at a behind-the-scenes event prior to the festivities. They have a program in which you can fund a school as part of their five-pillar program in community building. When I first heard about it I thought how remarkable it would be to build a school. At the second one, I had the thought of building a school for William. At the third WE Charity day, I stepped forward and made the commitment. I was going to fund a schoolhouse in Kenya in William's memory.

Fundraising for the schoolhouse was similar to my efforts for the triathlons. Asheville School had been willing to allow us to build a scholarship fund, though the project was neither embraced nor shunned by the institution; it had a sweet awkwardness. WE Charity, on the other hand, was an engaged partner that was prepared with fundraising, web-based tools, and support for our outreach. Working with them was a wonderful experience.

So we began. I sent e-mails to everyone I knew. I posted to Facebook and asked friends to promote as well. We called people, and soon the money began to pour in. It was fantastic that WE Charity provided a landing page and took credit cards. It made it much easier for people to give and for us to track. Our initial goal was $10,000, which would fund a schoolhouse, part of their five-pillars program. The other pillars are medicine, water, agriculture,

and commerce/economy. They believe that these five areas create a sustainable foundation for a village to grow and prosper.

Our friend Dale Neal heard about our efforts working to create meaning from William's life and death. He was a reporter for the local Asheville paper. He came over with a photographer, took pictures, and interviewed our entire family. He wrote a wonderful article.* There is something galvanizing about being in the paper. It made our work seem somehow more real. It was a powerful, legitimizing force, just like the article Travis Price had written for the school magazine.

* http://www.citizen-times.com/story/life/2015/10/30/short-life-inspires-african-school/74597772/

We soon surpassed our original goal of $10,000. We decided to keep going and follow our plan for the project. In retrospect, this is a reminder that there are times when the project or cause becomes substantial and takes on a life of its own. This was the case with the Kenya school. I had waited years and been unable to start, and then BANG! When I gathered myself and hit the go button, away we went. In the end, we raised $18,226 for the schoolhouse.

And then the miracle happened.

WE Charity came to us and said they had a matching grant for our project. This brought the total benefit for the project up to $36,452. They asked us how we wanted to apply the funding. We decided to focus on a single village and fund all five pillars. By

funding the additional pillars, we had the opportunity to name or honor someone for each pillar. This was fun.

We named the Health pillar after Frank Hintz's father. Frank is my best friend, and he was with me every step of the way: He supplied the T-shirts for the triathlons and was critical in my regaining momentum in the weeks following William's death. We named the Food and Agriculture pillar after Will Graham and Rock Amick's fathers. Both are friends from college who have always been there for me in thought, word, and deed, when I have struggled and when things have gone well. The Water pillar we named after my infant sister Margaret. As I have written, she died the day after she was born, and the day after my parents' wedding anniversary—just like William. My hope was that this would be meaningful for my parents. The Economic pillar we named after my friend Amos Kearns.* He was a contemporary of my father's, and we became friends as I struggled to make it on my own in my 30s.

*http://www.sprinklecaldwell.com/news/rich-in-strength/

So, in the end, we financed an entire village in Kenya. The name of the village is Irkaat.* As of this writing, I have not visited, but I look forward to spending time there and reading to and with the children. I never dreamed of things going this well. The entire project went much better than planned. All that was

required was that I kept doing my part. As small as it was … that made all the difference.

* http://www.sprinklecaldwell.com/irkaat-kenya-school/