# EXHIBIT 36

339 Queen Street East, Toronto, Ontario, Canada M5A 1S9
T: 1.416.925.5894
E: info@we.org
W. www.we.org

**March 2019**

Dear friends and supporters of WE,

Thank you for your continued interest in WE Charity. On behalf of myself, and WE Charity's Canadian Board of Directors and Finance Committee, I write this letter in order to provide additional information with respect to the Audited Financial Statement of 2018 Fiscal Year.

WE Charity has a long history of delivering empowerment programs around the world.  What started as a group of twelve 12-year olds coming together against child labour in 1995 has grown into a powerful movement of dedicate change makers at home and abroad, working with over 4.3 million youth and 16,500+ schools around the world, and working in over 60 communities across 9 countries internationally. We have been able to achieve more than we ever imaged possible.

**Change in Fiscal Year – 8 Month Audit Reflected**

In 2018, Management and the Board of Directors decided to change the fiscal year of WE Charity Canada to a September 1st to August 31st structure to better align with the school year in North America.  This change has resulted in this audit being an 8-month audit, from January 1st, 2018 to August 31st, 2018 (where previous audits were for a 12 month time period).  This is particularly relevant when looking at the difference in revenue and expenses compared to previous years, it is clear and to be expected that WE Charity raised fewer funds and spent few dollars in the most recent 8 month period than the 12 months reflected in the 2017 Audit.

**WE Charity Received an Unqualified Audit**

Every year since its beginning of operations, WE Charity has received an unqualified audit, also known as a "clean" audit.  The definition of an unqualified or clean audit, is the auditors conclude that the financial statements fairly represents WE Charity in all material aspects, and that WE Charity complied with all generally accepted accounting and statutory requirements.  It indicates that the financial statements are transparent and thorough.

**Board of Directors & Governance**

WE Charity's Board of Directors is a dynamic group of talented, experienced professionals, who oversee the activities and governance of the organization, and continue to be highly engaged in the overall direction of the organization. Our board ensures that our governance is of the highest priority and the necessary systems are in place for the sustainable growth and impact of our organization. The Board's key





339 Queen Street East, Toronto, Ontario, Canada M5A 1S9
T: 1.416.925.5894
E: info@we.org
W. www.we.org

roles and responsibilities include the review and approval of the annual budget, overseeing and approving independent audits, the ongoing review of our financial wellbeing, and providing independent review and guidance of our domestic and international projects. We are incredibly lucky to have such a diverse range of expertise at the helm, all coming together and donating their time in service of WE Charity and ensuring that we are being financially sound and investing in the right programs to grow our mission.

**Our Unique Partnership with ME to WE**

Our partnership with ME to WE has been a key contributor to WE Charity's financial success, allowing us to grow and scale our operational capacity while remaining focused on our key programs and maintaining a low administration rate. ME to WE, an innovative social enterprise with a social mission, provides consumers with better choices for a better world. Through socially-conscious and environmentally-friendly products and life-changing experiences, ME to WE measures the bottom line not by dollars earned, but by the number of lives changed and the positive social impact made, in part, through its support of WE Charity.

ME to WE operates based on a unique business model and uses its income to support the operating costs incurred by WE Charity. Since its inception, ME to WE has donated over $20 million to WE Charity through cash and in-kind donations. In the last five years, on average, ME to We has donated over 90% of its net profits back to WE Charity, while investing the balance to help grow the enterprise.

In 2018, ME to WE started the ME to WE Foundation, to further the work of ME to WE and to increase its support of WE Charity.  The goals of the foundation are to provide scholarships for its programs and improve the efficiency of other non-profit organizations so they can also benefit from the social enterprise model.

**WE Charity HQ: WE Global Learning Centre**

The WE Global Learning Centre ("WE GLC") is both WE Charity's official headquarters, and much more importantly, a groundbreaking facility to foster service learning among youth and schools in Canada and around the world.  It has truly been a game changer, bringing sustainability and digital transformation to our programming and operations.

The establishment of the WE GLC was made with an initial landmark gift from Canadian entrepreneurs and long-time supporters, including Hartley T. Richardson and David Aisenstat. Their generous actions were the spark that inspired a remarkable community of business leaders and philanthropists to come together as hopeful visionaries and to bring this vision of the Centre to life.





339 Queen Street East, Toronto, Ontario, Canada M5A 1S9
T: 1.416.925.5894
E: info@we.org
W. www.we.org

The WE GLC and its unique capabilities were enabled through significant in-kind donations of services and technology by such partners as Microsoft, TELUS, Cisco, SMART Technologies, and Siemens Canada. The funds raised by our incredible donors, coupled with the invaluably generous in-kind support received from our partners ensured that we never had to take a penny from programs to realize our dream.

As is evident in the Statement of Financial Position in this year's Audited Financials, there has been a natural progression from last year's report where the WE Global Learning Centre has shifted from being listed as a 'property under renovation' to a fully functioning asset, now that the project is complete and operational.  We are currently in process of repayment for a bank loan which was obtained in order to cover immediate building and construction costs.

**New Initiatives and Related Parties**

***Imagine1Day***

Imagine1Day ("I1D") is an organization dedicated to inspiring a global community of people making sustainable impacts on youth and education in Ethiopia. In May 2017, Imagine1Day joined forces with WE Charity, adopting Ethiopia as an official WE Villages country, integrating the work which was being executed by the Imagine1Day International Organization with WE's international development model. Governance of Imagine 1 Day Organization is operated through a common Board of Directors with WE Charity, and program operations are focused on providing children in Ethiopia with access to quality education.

Through 2018 the partnership continued with each organization supporting each other.  In 2018, we were able together to deliver programs impacting tens of thousands of children across Ethiopia.

***WEllBeing Foundation***

WE Charity works with over 16,000 schools around the world.  Teachers, students and funders have approached us to develop a program for schools that will increase the awareness of youth mental health.  We are moving forward in developing a formal program which will be managed by WEllbeing Foundation.

The WEllbeing Foundation's ("WEllbeing") purpose is to advance education and promote health by providing mental health and fitness training programs to enable Canadian to understand the causes of mental health issues, learn about strategies to maintain and regain mental health and reduce stigma associated with mental health issues.

We will embed well-being into the daily learning and actions of young people. The program will equip students and educators with educational curriculum and supporting resources that foster social,





339 Queen Street East, Toronto, Ontario, Canada M5A 1S9
T: 1.416.925.5894
E: info@we.org
W. www.we.org

emotional, physical and mental well-being inside and outside of the classroom. Moreover, the program will empower participants to build safe and caring environments, while reducing stigma and other mental health risk factors.

**WE365**

WE365 is a related organization that manages the WE Day App, a mobile platform and website that focus on engaging youth and educators to take part in a social network designed to create positive social benefits through participating in challenges and educational initiatives. The WE Day application will also allow users to track volunteer hours, promote social activism, connect with others passionate about the same causes and receive recognition for doing social good.

We are in the process of winding down the WE Day App and determining the best focus for the WE365 organization.

**Audited Financial Statement**

Enclosed in this document are WE Charity Canada's Audited Financial Statements for the most current fiscal year. Each year we post complete financial information to reflect our organization's commitment to financial transparency and accountability.  As shared, we are proud to report that once again we have received an unqualified audit report, which means that our auditors have given their full approval of what is represented in our financial statements, following a comprehensive audit of our financial and accounting systems and operations.

As always, we remain grateful to Board of Directors and the Finance Committee for their continued guidance and leadership in ensuring WE Charity remains a trusted and accountable organization.

Sincerely,

Dalal Al-Waheidi

Dalal Al-Waheidi
Executive Director
WE Charity



---

# WE CHARITY

**NON-CONSOLIDATED FINANCIAL STATEMENTS**

**FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018**

# WE CHARITY

**INDEX TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018**

| | Page |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 - 2 |
| NON-CONSOLIDATED FINANCIAL STATEMENTS | |
| Non-Consolidated Statement of Financial Position | 3 - 4 |
| Non-Consolidated Statement of Changes in Net Assets | 5 |
| Non-Consolidated Statement of Operations | 6 |
| Non-Consolidated Statement of Cash Flows | 7 |
| Notes to Non-Consolidated Financial Statements | 8 - 27 |
| Non-Consolidated Schedule of Program Expenditures *(Schedule 1)* | 28 |
| Non-Consolidated Schedule of Support Expenditures *(Schedule 2)* | 29 |

Kestenberg ● Rabinowicz ● Partners LLP

Chartered Professional Accountants

Accountants For Entrepreneurs

**Kestenberg • Rabinowicz • Partners** LLP

Chartered Professional Accountants



## INDEPENDENT AUDITOR'S REPORT

To the Members of WE Charity

We have audited the accompanying non-consolidated financial statements of WE Charity, which comprise the non-consolidated statement of financial position as at August 31, 2018 and the non-consolidated statements of changes in net assets, operations and cash flows for the eight month period then ended, and a summary of significant accounting policies and other explanatory information.

Management's Responsibility for the Non-consolidated Financial Statements

Management is responsible for the preparation and fair presentation of the non-consolidated financial statements in accordance with Canadian accounting standards for not-for-profit organizations, and for such internal control as management determines is necessary to enable the preparation of non-consolidated financial statements that are free from material misstatement, whether due to fraud or error.

Auditor's Responsibility

Our responsibility is to express an opinion on these non-consolidated financial statements based on our audit. We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the non-consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the non-consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the non-consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation of the non-consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the presentation of the non-consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*(continues)*

2797 John Street, Markham, ON L3R 2Y8, Canada
**T** 905.946.1300  |  **F** 905.946.9797
enquiries@krp.ca  |  www.krp.ca



**Member of
Russell Bedford International**
- a global network of independent
professional services firms

Independent Auditor's Report to the Members of WE Charity  *(continued)*

Opinion

In our opinion, the non-consolidated financial statements present fairly, in all material respects, the financial position of WE Charity as at August 31, 2018, and the results of its operations and  its cash flows for the period then ended in accordance with Canadian accounting standards for not-for-profit organizations.

---

**Markham, Ontario**
**February 28, 2019**

*Kestenberg • Rabinowicz • Partners LLP*

**Chartered Professional Accountants**
**Licensed Public Accountants**

2

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF FINANCIAL POSITION
## AS AT AUGUST 31, 2018

| | August 31 2018 $ | December 31 2017 (Restated) $ |
|---|---|---|
| **ASSETS** | | |
| CURRENT | | |
| Cash | **1,798,441** | - |
| Marketable securities | **11,022,023** | 7,963,896 |
| Contributions receivable *(Notes 3 and 4)* | **939,996** | 6,512,923 |
| Sales tax rebate receivable | **1,081,140** | 1,888,250 |
| Due from related entities *(Note 5)* | **3,590,035** | 3,522,211 |
| Prepaid expenditures and other assets *(Note 18)* | **1,139,180** | 561,577 |
| | **19,570,815** | 20,448,857 |
| CAPITAL ASSETS *(Note 6)* | **39,954,941** | 45,439,217 |
| PROPERTIES UNDER RENOVATION *(Note 7)* | **7,605,787** | 3,027,860 |
| INTANGIBLE ASSETS *(Note 8)* | **648,799** | 700,000 |
| INVESTMENTS IN WE365 *(Note 9)* | **2** | 2 |
| ASSETS HELD IN TRUST *(Note 15)* | **1,001,146** | - |
| | **68,781,490** | 69,615,936 |

See accompanying notes.

3

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF FINANCIAL POSITION
## AS AT AUGUST 31, 2018

| | August 31 2018 $ | December 31 2017 (Restated) $ |
|---|---|---|
| **LIABILITIES** | | |
| CURRENT | | |
| Bank indebtedness *(Note 10)* | **4,460,000** | 4,052,328 |
| Accounts payable and accrued liabilities *(Notes 9, 16 and 17)* | **3,118,134** | 3,915,381 |
| Deferred contributions *(Notes 11 and 17)* | **13,539,387** | 13,522,932 |
| Bank loans - current portion *(Note 13)* | **4,597,316** | 4,742,472 |
| Obligations under capital lease - current portion *(Note 14)* | **605,039** | 589,881 |
| | **26,319,876** | 26,822,994 |
| DEFERRED CAPITAL CONTRIBUTIONS *(Notes 3 and 12)* | **17,330,973** | 17,861,005 |
| BANK LOANS *(Note 13)* | **2,077,373** | 2,127,018 |
| OBLIGATIONS UNDER CAPITAL LEASE *(Note 14)* | **1,455,873** | 1,861,862 |
| AMOUNTS HELD IN TRUST *(Note 15)* | **1,001,146** | - |
| OBLIGATION FOR INVESTMENTS IN WE365 *(Note 9)* | **402,400** | 340,005 |
| | **48,587,641** | 49,012,884 |
| **NET ASSETS** | | |
| UNRESTRICTED | **(1,110,323)** | (179,721) |
| INVESTED IN CAPITAL ASSETS | **21,304,172** | 20,782,773 |
| | **20,193,849** | 20,603,052 |
| | **68,781,490** | 69,615,936 |

COMMITMENTS *(Note 20)*

ON BEHALF OF THE BOARD

_____ Director — *Michelle Douglas, Chair*
*WE Charity*
_____ Director

See accompanying notes.

4

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF CHANGES IN NET ASSETS
## FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018

| | Unrestricted $ | Invested in capital assets $ | August 31 2018 $ | December 31 2017 $ |
|---|---|---|---|---|
| **NET ASSETS (DEFICIT) - BEGINNING OF PERIOD** | | | | |
| As previously reported | (5,207,901) | 25,810,953 | **20,603,052** | 16,819,996 |
| Correction of contribution receivable *(Note 3)* | 5,028,180 | (5,028,180) | **-** | - |
| As restated | (179,721) | 20,782,773 | **20,603,052** | 16,819,996 |
| EXCESS (DEFICIENCY) OF REVENUE OVER EXPENDITURES | 1,012,193 | (1,421,396) | **(409,203)** | 3,783,056 |
| INVESTMENT IN CAPITAL ASSETS, NET | (1,942,795) | 1,942,795 | **-** | - |
| **NET ASSETS (DEFICIT) - END OF PERIOD** | (1,110,323) | 21,304,172 | **20,193,849** | 20,603,052 |

See accompanying notes.

5

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF OPERATIONS
## FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018

|  | **2018**<br>*(8 months)*<br>$ | 2017<br>*(12 months)*<br>$ |
|---|---:|---:|
| **REVENUE** | | |
| Donations | | |
| General *(Notes 16 and 18)* | **26,583,202** | 45,899,991 |
| In kind | **7,376,904** | 5,537,515 |
| Grants | | |
| Government | **1,593,852** | 2,987,500 |
| Private | **6,631,781** | 10,704,742 |
| Other | | |
| Other income | **10,970** | 158,379 |
| | **42,196,709** | 65,288,127 |
| **EXPENDITURES** | | |
| Programs *(Schedule 1)* | **38,074,432** | 55,751,130 |
| Support *(Schedule 2)* | **4,878,644** | 5,443,981 |
| | **42,953,076** | 61,195,111 |
| **EXCESS (DEFICIENCY) OF REVENUE OVER EXPENDITURES FROM OPERATIONS** | **(756,367)** | 4,093,016 |
| **OTHER INCOME AND EXPENDITURES** | | |
| Dividend and interest income | **214,679** | 179,765 |
| Gain (loss) on foreign exchange | **155,621** | (308,601) |
| Interest expenditure | **(337,034)** | (412,736) |
| Share of losses from We365 *(Note 9)* | **(62,396)** | (312,083) |
| Gain on marketable securities | **376,294** | 543,695 |
| | **347,164** | (309,960) |
| **EXCESS (DEFICIENCY) OF REVENUE OVER EXPENDITURES FOR THE PERIOD** | **(409,203)** | 3,783,056 |

See accompanying notes.

6

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF CASH FLOWS
## FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018

|  | 2018 *(8 months)* $ | 2017 *(12 months)* $ |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| Excess (deficiency) of revenue over expenditures for the period | **(409,203)** | 3,783,056 |
| Items not affecting cash: | | |
| Amortization | **1,751,218** | 1,772,991 |
| Gain on disposal of capital assets | **(572,306)** | (1,286,455) |
| Marketable securities received in kind | **(6,254,227)** | (6,161,206) |
| Gain on marketable securities | **(376,294)** | (543,695) |
| Share of losses from We365 | **62,396** | 312,083 |
| Contributed intangible asset in kind | **(48,614)** | (700,000) |
|  | **(5,847,030)** | (2,823,226) |
| Changes in non-cash working capital *(Note 21)* | **4,491,610** | 12,073,851 |
| Cash flows from (used by) operating activities | **(1,355,420)** | 9,250,625 |
| **INVESTING ACTIVITIES** | | |
| Term deposits | **-** | 250,000 |
| Proceeds from sale of marketable securities | **3,572,394** | - |
| Due from related entities | **(67,824)** | (3,295,443) |
| Purchase of capital assets | **(2,658,940)** | (14,799,049) |
| Proceeds on disposal of capital assets | **3,030,708** | 4,531,481 |
| Properties under renovation | **(544,516)** | (29,323) |
| Acquisition of We365 Holdings Inc. | **(1)** | |
| Cash flows from (used by) investing activities | **3,331,821** | (13,342,334) |
| **FINANCING ACTIVITIES** | | |
| Bank indebtedness | **407,672** | 1,832,328 |
| Proceeds from bank loans | **-** | 2,200,000 |
| Repayment of bank loans | **(194,801)** | (177,142) |
| Repayment of mortgage payable | **-** | (2,500,000) |
| Repayment of obligations under capital lease | **(390,831)** | (48,257) |
| Cash flows from (used by) financing activities | **(177,960)** | 1,306,929 |
| **INCREASE (DECREASE) IN CASH** | **1,798,441** | (2,784,780) |
| CASH - BEGINNING OF PERIOD | **-** | 2,784,780 |
| **CASH - END OF PERIOD** | **1,798,441** | - |
| **ADDITIONAL INFORMATION** | | |
| Furniture and fixtures acquired under capital lease | **-** | 2,500,000 |

See accompanying notes.

7

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## AUGUST 31, 2018

1. **NATURE OF OPERATIONS**

WE Charity (the "organization") is committed to creating a network of children helping children through representation, leadership and action and is dedicated to reducing poverty and exploitation of children around the world.

The organization is incorporated under the provision of Part II of the Canada Corporations Act as a non-profit corporation without share capital. It is a registered charity under the Income Tax Act, and as a result, the organization is exempt from income taxation under Section 149 of the Income Tax Act.

During the period, the organization changed its fiscal year end from December 31 to August 31. Accordingly, current year figures represent the result of the organization's operations for the eight month period ended August 31, 2018.

2. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The non-consolidated financial statements are prepared in accordance with Canadian accounting standards for not-for-profit organizations (ASNFPO).

**Revenue recognition**

The organization follows the deferral method of accounting for contributions, which are comprised of general donations, in-kind donations, government grants and private grants.

Restricted contributions for specific programs are deferred and recognized as revenue in the year in which the related expenditures are incurred. Restricted contributions for capital expenditures are deferred and recognized as revenue on the same basis as the amortization of the acquired capital asset.

Unrestricted contributions are recognized as revenue when received or receivable, if the amount to be received can be reasonably determined and collection is reasonably assured.

Investment and other income are recognized as revenue when earned.

**Contributed assets and services**

Contributed supplies are recognized when fair value can be reasonably determined and the goods are used in the normal course of operations. Contributed supplies are expensed when received. Contributed assets are capitalized at fair value on the date of contribution.

While the organization also benefits from contributed services, due to the difficulty in determining their fair value, the value of contributed services has not been reflected in these non-consolidated financial statements.

**Program expenditures**

Program expenditures are incurred on international and domestic programs, leadership education and public awareness initiatives. International program expenditures are recognized as expenditures when the funds are disbursed by the organization. All other program expenditures are recognized as expenditures when incurred.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2018

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Net assets**

a) Net assets invested in capital assets are comprised of the unamortized amount thereof net of liabilities and deferred capital contribution incurred to acquire the capital assets.

b) Unrestricted net assets are comprised of the excess of revenue over expenditures accumulated by the organization, net of transfers, available for use in general operations.

**Capital assets**

Capital assets are stated at cost less accumulated amortization and are amortized over their estimated useful lives at the following rates and methods:

| | | |
|---|---|---|
| Buildings | 4% | declining balance method |
| Computer equipment | 2 years | straight-line method |
| Furniture and fixtures | 20% | declining balance method |
| Vehicles | 30% | declining balance method |
| Leasehold improvements | 5 years | straight-line method |

**Intangible assets**

Intangible assets represent the cost of software development and customization contributed by a corporate sponsor and are amortized on a straight-line basis over an estimated useful life of five years.

**Properties under renovation**

Properties under renovation are stated at cost, which includes the cost of acquisition, renovation and carrying charges during the renovation period.

**Controlled entities**

The organization does not consolidate controlled not-for-profit entities. Instead, summaries of the entities' financial information are included in the financial statements.

The organization accounts for its investments in profit-oriented entities using the equity method. Accordingly, the investments are recorded at acquisition cost and are increased for the organization's proportionate share of post-acquisition earnings and decreased by post-acquisition losses and distributions received.

**Impairment of long-lived assets**

The organization tests for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets may not be recoverable. Recoverability is assessed by comparing the carrying amount to the projected future net cash flows the long-lived assets are expected to generate through their direct use and eventual disposition. When a test for impairment indicates that the carrying amount of an asset is not recoverable, an impairment loss is recognized to the extent the carrying value exceeds its fair value.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2018**

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Leases**

Leases are classified as either capital or operating leases. At the time the organization enters into a capital lease, an asset is recorded along with its related obligation to reflect the acquisition and financing.  Rental payments under operating leases are expensed as incurred.

**Allocation of expenditures**

The organization engages in international and domestic programs, fundraising and administrative activities. The cost of each function includes the cost of personnel and other expenditures directly related to the function. The organization incurs administrative and fundraising costs common to the administration of the organization and its programs. Accordingly, certain payroll and operating costs are allocated to administration, fundraising and program expenditures based on resources dedicated to each function.

**Foreign currency translation**

Monetary assets and liabilities are translated at the rate in effect at the balance sheet date. Non-monetary assets and liabilities are translated using historical rates. Revenue and expenditures are translated at the monthly average rates during the year. Translational gains and losses are included in operations for the year in which they occur.

**Measurement uncertainty**

The preparation of financial statements in conformity with Canadian accounting standards for not-for-profit organizations requires management to make estimates and assumptions that affect the reported amount of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenditures during the period. Such estimates include the useful lives of capital and intangible assets, allowance for doubtful accounts, accrued liabilities and allocation of expenditures. Any adjustments necessary are reported in operations in the year in which they become known. Actual results could differ from these estimates.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2018**

**2.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Financial instruments**

*Measurement*

The organization initially measures its financial assets and liabilities at fair value and subsequently measures all its financial assets and financial liabilities at amortized cost, except for marketable securities that are quoted in an active market, which are measured at fair value.  Changes in fair value are recognized in operations.

Financial assets measured at amortized cost include cash, contributions receivable and amounts due from related entities.

Financial liabilities measured at amortized cost include bank indebtedness, accounts payable, bank loans and obligations under capital lease.

*Impairment*

Financial assets measured at cost are tested for impairment when there are indicators of such.  The amount of write-down is recognized in operations.  A previously recognized impairment loss may be reversed to the extent of a recovery in value, directly or by adjusting the allowance account.  The amount of reversal is recognized in operations.

**3.   CORRECTION OF CONTRIBUTION RECEIVABLE**

During the year, management identified that deferred capital contributions and contributions receivable as presented in the 2017 non-consolidated financial statements should have included a pledge receivable of $5,028,180 towards the construction of the WE Global Learning Centre from a donor who had fulfilled the pledge after the previous year end but before the non-consolidated financial statements had been issued. Accordingly, the comparative figures have been restated to include the contribution.

**4.   CONTRIBUTIONS RECEIVABLE**

Contributions receivable represent amounts receivable from public and corporate donors. All amounts are considered collectible and no allowance has been provided.

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2018

**5.   DUE FROM RELATED ENTITIES**

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Imagine 1 Day International Organization (Note 17) | **3,093,000** | 3,093,000 |
| We365 LP (Note 9) | **384,035** | 384,035 |
| Me to We (Note 16) | **63,000** | 45,176 |
| ME to WE Foundation (Note 15) | **50,000** | - |
|  | **3,590,035** | 3,522,211 |

Amounts due from related entities are unsecured, non-interest bearing and have no fixed terms of repayment.

**6.   CAPITAL ASSETS**

|  | Cost $ | Accumulated amortization $ | August 31 2018 Net book value $ | December 31 2017 Net book value $ |
|---|---|---|---|---|
| Land | 6,143,542 | - | **6,143,542** | 7,630,721 |
| Buildings | 30,171,711 | 1,729,314 | **28,442,397** | 33,026,609 |
| Computer equipment | 751,331 | 640,226 | **111,105** | 98,121 |
| Furniture and fixtures | 2,702,891 | 672,651 | **2,030,240** | 2,141,251 |
| Vehicles | - | - | **-** | 8,216 |
| Leasehold improvements | 1,429,542 | 151,885 | **1,277,657** | 284,299 |
|  | 41,199,017 | 3,194,076 | **38,004,941** | 43,189,217 |
| Furniture and fixtures under capital lease | 2,500,000 | 550,000 | **1,950,000** | 2,250,000 |
|  | 43,699,017 | 3,744,076 | **39,954,941** | 45,439,217 |

Included in leasehold improvements is cost of $949,978 not subject to amortization as the property is under renovation.

**7.   PROPERTIES UNDER RENOVATION**

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| 335-337 Queen Street East, Toronto, Canada | **3,030,155** | 3,027,860 |
| 336-340 Queen Street East, Toronto, Canada | **4,575,632** | - |
|  | **7,605,787** | 3,027,860 |

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY

**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**AUGUST 31, 2018**

8.   **INTANGIBLE ASSETS**

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Customized software, at cost | **748,614** | 700,000 |
| Accumulated amortization | **(99,815)** | - |
|  | **648,799** | 700,000 |

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2018

9. **WE365**

On August 8, 2014, the organization and We365 Holdings Inc. ("Holdings") each acquired a 49.995% interest in We365 LP ("LP") and a 50% interest in We365 GP Inc. ("GP"), two profit-oriented entities, collectively "We365". Effective January 1, 2016, the organization acquired Holdings' 49.995% interest in LP and 50% interest in GP. Effective January 1, 2018, the organization acquired a 100% interest in Holdings.

**We365 LP**

LP was formed for the purpose of developing, implementing and operating the WE Day mobile application and corresponding website that focus on engaging youth and educators to take part in a social network designed to create positive social benefits through participating in challenges and educational initiatives. The WE Day application will also allow users to track volunteer hours, promote social activism, connect with others passionate about the same causes and receive recognition for doing social good.

The organization's investment in LP is as follows:

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Balance - beginning of year | (340,005) | (27,922) |
| Share of losses | (73) | (312,083) |
| Balance - end of year | (340,078) | (340,005) |

*(continues)*

14

# WE CHARITY

**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**AUGUST 31, 2018**

9. **WE365** *(continued)*

A summary of LP's financial information as at August 31, 2018 and for the year then ended is as follows:

| | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| **Financial position** | | |
| Assets | **43,955** | 44,028 |
| Liabilities (note a) | **384,035** | 384,035 |
| Deficit | **(340,080)** | (340,007) |
| **Results of operations** | | |
| Revenue | **-** | - |
| Expenses | **73** | 312,083 |
| Net loss | **(73)** | (312,083) |
| **Cash flows** | | |
| Operating | **(73)** | (174,934) |
| Investing | **(11,030)** | - |
| Financing | **-** | - |
| Decrease in cash | **(11,103)** | (174,934) |

    a) Liabilities represent an amount payable to the organization for the reimbursement of expenditures (Note 5).

**We365 GP Inc.**

GP is the general partner of LP and is responsible for managing the partnership on a day-to-day basis on behalf of the organization.

The organization's investment in GP is as follows:

| | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Balance - beginning of year | **2** | 2 |
| Share of earnings | **-** | - |
| Balance - end of year | **2** | 2 |

There has been no activity in GP for the year ended August 31, 2018.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
## AUGUST 31, 2018

9.  **WE365** *(continued)*

**We365 Holdings Inc.**

Holdings provides the organization with support for its domestic programming.

The organization's investment in Holdings is as follows:

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Balance - beginning of year | - | - |
| Acquisition | 1 | - |
| Share of losses | (62,323) | - |
| Balance - end of year | (62,322) | - |

A summary of Holdings' financial information as at August 31, 2018 and for the period from the organization's acquisition to August 31, 2018 is as follows:

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| **Financial position** | | |
| Assets (note a) | 191,019 | - |
| Liabilities | 253,342 | - |
| Deficit | (62,323) | - |
| **Results of operations** | | |
| Revenue (note a) | 1,231,333 | - |
| Expenses | 1,293,656 | - |
| Net loss | (62,323) | - |
| **Cash flows** | | |
| Operating | (11,030) | - |
| Investing | - | - |
| Financing | 11,030 | - |
| Increase in cash | - | - |

a) During the year, Holdings charged the organization programming support costs of $1,054,705, of which $166,330 remains outstanding at year end and is included in the organization's accounts payable and accrued liabilities in the non-consolidated statement of financial position.

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**
**AUGUST 31, 2018**

## 10. BANK INDEBTEDNESS

| | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Bank in overdraft position | - | 482,328 |
| Revolving demand facility with available credit of $5,000,000 bearing interest at bank prime plus 0.75% per annum | 4,460,000 | 2,270,000 |
| Revolving demand facility with available credit of $2,000,000 bearing interest at bank prime plus 0.75% per annum | - | 1,300,000 |
| | 4,460,000 | 4,052,328 |

The demand facilities are secured by assets outlined in Note 13.

Interest paid on the demand facilities for the period amounted to $154,309 (2017 - $199,932) and has been included as a component of interest expenditure in the non-consolidated statement of operations.

## 11. DEFERRED CONTRIBUTIONS

| | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Balance - beginning of year | 13,522,932 | 6,102,183 |
| Restricted contributions received | 38,323,090 | 52,366,265 |
| | 51,846,022 | 58,468,448 |
| Less: amount recognized as revenue | (38,306,635) | (44,945,516) |
| | 13,539,387 | 13,522,932 |

## 12. DEFERRED CAPITAL CONTRIBUTIONS

| | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Balance - beginning of year | 17,861,005 | 9,330,000 |
| Contributions received | - | 8,660,629 |
| | 17,861,005 | 17,990,629 |
| Less: amount recognized as revenue | (530,032) | (129,624) |
| | 17,330,973 | 17,861,005 |

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
## AUGUST 31, 2018

### 13.  BANK LOANS

| | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Non-revolving term facility bearing interest at 3.18% per annum, repayable in monthly blended payments of $28,526, maturing October 30, 2018 | **4,522,282** | 4,669,490 |
| Non-revolving term facility bearing interest at 4.15% per annum, repayable in monthly blended payments of $13,506, maturing December 19, 2022 | **2,152,407** | 2,200,000 |
| | **6,674,689** | 6,869,490 |
| Amounts payable within one year | **(4,597,316)** | (4,742,472) |
| | **2,077,373** | 2,127,018 |

Principal repayment terms are approximately:

| | $ |
|---|---|
| 2019 | 4,597,316 |
| 2020 | 77,913 |
| 2021 | 81,411 |
| 2022 | 84,823 |
| 2023 | 1,833,226 |
| | 6,674,689 |

The facilities are secured by the following:

a) General security agreement constituting a first ranking security interest in all personal properties of the organization;

b) Collateral mortgage in the amount of $1,715,000, constituting a first fixed charge on the land and improvements located at 218 Carlton Street, Toronto, Ontario. As at August 31, 2018, the carrying value of the property amounted to $1,768,493; and

c) Collateral mortgage in the amount of $10,150,000, constituting a first fixed charge on the land and improvements located at 339-345 Queen Street East, Toronto, Ontario. As at August 31, 2018, the carrying value of the property amounted to $30,320,955.

Under the terms of the facilities agreement, the organization is required to meet certain financial covenants. As of August 31, 2018, these covenants have not been met.  However, the bank has provided the organization with written confirmation that the covenant requirement has been waived for the current period.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**
**AUGUST 31, 2018**

**13.  BANK LOANS** *(continued)*

Interest incurred on the above facilities for the period amounted to $124,756 (2017 - $133,539) and has been included as a component of interest expenditure in the non-consolidated statement of operations.

**14.  OBLIGATIONS UNDER CAPITAL LEASE**

|  | *August 31*<br>**2018**<br>**$** | *December 31*<br>2017<br>$ |
|---|---|---|
| RBC lease bearing interest at 3.85% per annum, repayable in monthly blended payments of $56,100, maturing November 1, 2021 | **2,060,912** | 2,451,743 |
| Amounts payable within one year | **(605,039)** | (589,881) |
|  | **1,455,873** | 1,861,862 |

The lease is secured by furniture and fixtures under capital lease (Note 6).

Future minimum capital lease payments are approximately:

|  | $ |
|---|---|
| 2019 | 673,200 |
| 2020 | 673,200 |
| 2021 | 673,200 |
| 2022 | 168,300 |
| Total minimum lease payments | 2,187,900 |
| Less: amount representing interest at 3.85% | 126,988 |
| Net value of minimum lease payments | 2,060,912 |
| Less: current portion | 605,039 |
|  | 1,455,873 |

Interest incurred on the obligation for the year amounted to $57,969 (2017 - $7,843) and has been included as a component of interest expenditure in the non-consolidated statement of operations.

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2018

**15.   FOUNDATIONS**

On January 29, 2018, three foundations were incorporated with separate purposes as described below. The majority of the interim board of directors for the three foundations consist of members of the organization's senior management. A financial summary of the three foundations is included below.

**WEllbeing Foundation**

WEllbeing Foundation's ("WEllbeing") purpose is to advance education and promote health by providing mental health and fitness training programs to enable Canadian to understand the causes of mental health issues, learn about strategies to maintain and regain mental health and reduce stigma associated with mental health issues.

|  | 2018 $ |
|---|---|
| **Financial position** | |
| Assets | 730,918 |
| Liabilities (note a) | 742,433 |
| Net deficit | (11,515) |
| | |
| **Results of operations** | |
| Revenue | - |
| Expenditures | 11,515 |
| Deficiency of revenue over expenditures | (11,515) |
| | |
| **Cash flows** | |
| Operating | 730,918 |
| Investing | - |
| Financing | - |
| Increase in cash | 730,918 |

a) As of December 31, 2018, WEllbeing has yet to obtain charitable status.  Therefore in accordance with donor agreements, WEllbeing has set up a liability of $500,000 payable to the organization to be held in trust until WEllbeing obtains charitable status.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

**AUGUST 31, 2018**

**15. FOUNDATIONS** *(continued)*

### ME to WE Foundation

ME to WE Foundation's ("MTW") purpose is to:

a) Advance education by providing financial assistance to individuals for educational programs and by providing training programs designed to enable Canadians to understand different cultures, learn about the causes of local and international poverty;

b) Relieve poverty in developing nations by providing people in need with access to education, health programming, clean water and sanitation, agriculture and food security and basic tools and training required to generate income and develop a livelihood; and

c) Improve efficiency of other non-profit organizations by providing a facility at below market rates and providing expertise on planning, structuring and improving charitable programs to better address the needs of beneficiaries.

|  | 2018<br>$ |
|---|---|
| **Financial position** |  |
| Assets | **1,380,000** |
| Liabilities (note a) | **1,380,000** |
| Net assets | **-** |
|  |  |
| **Results of operations** |  |
| Revenue | **-** |
| Expenditures | **-** |
| Excess of revenue over expenditures | **-** |
|  |  |
| **Cash flows** |  |
| Operating | **21,984** |
| Investing | **(1,151,984)** |
| Financing | **1,130,000** |
| Increase in cash | **-** |

a) As of December 31, 2018, MTW has yet to obtain charitable status, therefore in accordance with donor agreements, MTW has set up a liability in the amount of $200,000 payable to the organization to be held in trust by the organization until MTW obtains charitable status and an additional $50,000 payable to the organization for reimbursement of expenditures.

### WE Charity Foundation

WE Charity Foundation's purpose is to promote the efficiency and effectiveness of other registered charities by providing and maintaining facilities to house their operations. As of August 31, 2018, WE Charity Foundation has not yet begun operations.

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2018

**16.  ME TO WE**

The co-founders of the organization have a controlling interest in Me to We Social Enterprises Inc. and its subsidiaries (collectively, "Me to We") through a holding company. The purpose of Me to We is to help support the operations of the organization. The organization purchases books, educational material, promotional items and travel services from Me to We at, or below, wholesale prices. Me to We donates 50% of annual profits to the organization and retains the remaining 50% for self-sustainability.

The following is a summary of the organization's transactions with Me to We:

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| Donations received | **1,976,814** | 1,505,900 |
| Purchase of promotional goods and travel services | **860,273** | 738,171 |

Included in accounts payable and accrued liabilities is $148,862 payable to Me to We for the purchase of promotional goods.

These transactions are in the normal course of operations and are measured at the exchange amount, which is the amount of consideration established and agreed to by the related entities.

**17.  IMAGINE 1 DAY INTERNATIONAL ORGANIZATION**

Effective May 8, 2017, the organization took control of Imagine 1 Day International Organization ("I1D"), a charitable organization, by virtue of a common board of directors. I1D's programs focus on providing children in Ethiopia with access to quality education. I1D's program activities include the construction of schools, water points and latrines, curriculum enhancement, leadership and teacher training, and parent and community mobilization initiatives.

As part of the arrangement to transfer control, the organization received $10,000,000 in marketable securities from Imagine 1 Day International Foundation, an entity controlled by I1D by virtue of a common board of directors until May 7, 2017. The amount transferred is to be used towards initiatives in Ethiopia. As of August 31, 2018, $6,340,235 (2017 - $9,510,000) of the transfer is included as part of deferred contributions.

Effective January 1, 2018, I1D changed its accounting policy to recognize program expenses as disbursed to be consistent with that of the organization. Previously, I1D recognized assets, liabilities, revenue and expenses relating to operations in Ethiopia as separate components of its financial statements. This change in accounting policy was applied retroactively resulting in a reduction of prior year's assets and liabilities relating to I1D's operations in Ethiopia with the offsetting adjustment against net assets.

*(continues)*

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## AUGUST 31, 2018

**17.   IMAGINE 1 DAY INTERNATIONAL ORGANIZATION** *(continued)*

A summary of I1D's financial information as at August 31, 2018 and for the period then ended is as follows:

| | August 31 2018 | December 31 2017 (Restated) |
|---|---|---|
| | $ | $ |
| **Financial position** | | |
| Assets | **3,769,171** | 3,568,194 |
| Liabilities | **3,228,867** | 3,217,808 |
| Net assets (note a) | **540,304** | 350,386 |
| **Results of operations** | | |
| Revenue | **735,111** | 3,477,955 |
| Expenditures | **545,193** | 3,298,115 |
| Excess (deficiency) of revenue over expenditures | **189,918** | 179,840 |
| **Cash flows** | | |
| Operating | **(81,272)** | 73,246 |
| Investing | **(7,690)** | (3,099,680) |
| Financing | **-** | 3,093,000 |
| Increase (decrease) in cash | **(88,962)** | 66,566 |

a) I1D follows the restricted fund method of accounting for contributions whereby restricted contributions are recognized as revenue of the appropriate restricted fund in the year received or receivable. As of August 31, 2018, net assets include a restricted fund balance of $333,142 (2017, as restated - $459,664).

Included in the organization's accounts payable and accrued liabilities is a payable to I1D in the amount of $232,334 (2017 - receivable of $48,000).

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2018

**18. ECONOMIC INTERESTS**

The organization provides funding to a number of not-for-profit organizations outside of Canada to achieve its international program initiatives, known as "WE Villages". The initiatives operate in eight countries around the world using a holistic economic and humanitarian development model. The organization has a regional director who works closely with each local not-for-profit organization to monitor their use of the organization's funding and provides the organization with regular progress updates for ongoing initiatives.

Funding provided to these not-for-profit organizations for the eight month period amounted to $6,385,000 (2017 - $9,656,000 (twelve months)).

The organization also works closely with charities in the United States and United Kingdom that share the same mission and vision as the organization. During the eight month period, the organization received contributions in the amount of $13,074,000 (2017 - $21,489,000) from the charity in the United States and $573,000 (2017 - $1,217,000) from the charity in the United Kingdom, towards the organization's international and domestic programming.

Included in prepaid expenditures and other assets is $199,000 (2017 - $199,000) receivable from the charity in the United States.

**19. ALLOCATION OF EXPENDITURES**

Fundraising and administrative costs totalling $3,068,511 (2017 - $5,470,716) have been allocated as follows:

|  | Fundraising $ | Administration $ | August 31 2018 $ | December 31 2017 $ |
|---|---|---|---|---|
| Payroll | 1,115,418 | 1,158,259 | 2,273,677 | 2,600,218 |
| Allocated to: |  |  |  |  |
| International | 371,806 | 785,962 | 1,157,768 | 1,693,170 |
| Domestic | 371,806 | 372,297 | 744,103 | 453,524 |
| Administration | 371,806 | - | 371,806 | 453,524 |
|  | 1,115,418 | 1,158,259 | 2,273,677 | 2,600,218 |
| Other operating costs | - | 794,834 | 794,834 | 2,870,498 |
| Allocated to: |  |  |  |  |
| International | - | 397,417 | 397,417 | 2,342,149 |
| Domestic | - | 397,417 | 397,417 | 528,349 |
|  | - | 794,834 | 794,834 | 2,870,498 |

24

# WE CHARITY

**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**AUGUST 31, 2018**

**20. COMMITMENTS**

The organization leases office space in British Columbia and Quebec and benefits from rent-free arrangements from supporters of the organization's mission in Ontario.

Annual minimum aggregate lease payments are as follows:

|  | $ |
|---|---|
| 2019 | 64,769 |
| 2020 | 58,641 |
| 2021 | 40,376 |
|  | 163,786 |

**21. CHANGES IN NON-CASH WORKING CAPITAL**

|  | August 31 2018 $ | December 31 2017 (Restated) $ |
|---|---|---|
| Contributions receivable | 5,572,927 | (3,089,077) |
| Sales tax rebate receivable | 807,110 | (824,996) |
| Prepaid expenditures and other assets | (577,603) | 241,224 |
| Accounts payable and accrued liabilities | (797,247) | 316,426 |
| Renovation holdbacks payable | - | (521,480) |
| Deferred contributions | 16,455 | 7,420,749 |
| Deferred capital contributions | (530,032) | 8,531,005 |
|  | 4,491,610 | 12,073,851 |

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2018**

**22. FINANCIAL INSTRUMENTS**

The organization is exposed to various risks through its financial instruments and has a comprehensive risk management framework to monitor, evaluate and manage these risks.  The following analysis provides information about the organization's risk exposure and concentration as of August 31, 2018.

### Credit risk

Credit risk is the risk that one party to a financial instrument will cause a financial loss for the other party by failing to discharge an obligation. The organization is exposed to credit risk from its cash balances and contributions receivable from donors. In order to reduce its credit risk, the organization recognizes contributions receivable only when there is reasonable expectation of collection. The organization has historically not had any significant issues with collection. An allowance for doubtful accounts is established based upon factors surrounding the credit risk of specific amounts, historical trends and other information.  The organization manages its credit risk from cash balances by maintaining its accounts with creditworthy financial institutions.

### Currency risk

Currency risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in foreign exchange rates.  The organization is exposed to currency risk on cash, marketable securities, contributions receivable and accounts payable denominated in foreign currencies as follows:

|  | August 31 2018 $ | December 31 2017 $ |
|---|---|---|
| U.S. Dollars (USD): |  |  |
| Cash | 49,398 | 374,694 |
| Marketable securities | 1,229,472 | 1,059,760 |
| Contributions receivable | 8,425 | 82,450 |
| Accounts payable | 9,212 | - |
| Pound Sterling (GBP): |  |  |
| Cash | 445,829 | 50,332 |

The organization does not use derivative instruments to reduce its exposure to currency risk.

### Interest rate risk

Interest rate risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market interest rates. In seeking to minimize the risks from interest rate fluctuations, the organization manages exposure through its normal operating and financing activities.  The organization is exposed to interest rate risk primarily through its bank indebtedness, bank loans and obligation under capital lease.

*(continues)*

26

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

**AUGUST 31, 2018**

22. **FINANCIAL INSTRUMENTS** *(continued)*

**Other price risk**

Other price risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices (other than those arising from interest rate risk or currency risk), whether those changes are caused by factors specific to the individual financial instrument or its issuer, or factors affecting all similar financial instruments traded in the market. The organization is exposed to other price risk through its investment in marketable securities.

23. **COMPARATIVE FIGURES**

Some of the comparative figures have been reclassified to conform to the current year's presentation.

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY

**NON-CONSOLIDATED SCHEDULE OF PROGRAM EXPENDITURES**     *(Schedule 1)*
**FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018**

| | **2018**<br>**(8 months)**<br>**$** | 2017<br>*(12 months)*<br>$ |
|---|---|---|
| **International programs** | | |
| Asia | **1,314,227** | 2,073,119 |
| Africa | **12,301,278** | 10,105,135 |
| Latin America | **5,947,234** | 8,693,327 |
| | **19,562,739** | 20,871,581 |
| **Domestic programs** | | |
| Direct costs | **7,994,511** | 27,271,485 |
| Office | **3,987,109** | 1,532,825 |
| Payroll | **4,130,159** | 5,105,494 |
| Travel | **2,399,914** | 969,745 |
| | **18,511,693** | 34,879,549 |
| | **38,074,432** | 55,751,130 |

International program expenditures consist of initiative costs and travel, payroll and office expenditures directly attributed to the specific regions.

Kestenberg ● Rabinowicz ● Partners LLP
Chartered Professional Accountants

# WE CHARITY

## NON-CONSOLIDATED SCHEDULE OF SUPPORT EXPENDITURES
## FOR THE EIGHT MONTH PERIOD ENDED AUGUST 31, 2018

*(Schedule 2)*

|  | 2018<br>*(8 months)*<br>$ | 2017<br>*(12 months)*<br>$ |
|---|---:|---:|
| **Fundraising** | | |
| Events | 35,262 | 129,294 |
| Office | 12,188 | 33,647 |
| Payroll | 1,115,418 | 1,360,572 |
|  | 1,162,868 | 1,523,513 |
| **Administration** | | |
| Office | 642,012 | 1,093,380 |
| Payroll | 1,315,689 | 1,680,981 |
| Professional fees | 511,892 | 501,399 |
| Training | 4,420 | 114,076 |
| Travel | 62,851 | 44,096 |
| Amortization | 1,751,218 | 1,772,991 |
|  | 4,288,082 | 5,206,923 |
| Less: Gain on disposal of capital assets | (572,306) | (1,286,455) |
|  | 3,715,776 | 3,920,468 |
|  | 4,878,644 | 5,443,981 |

See accompanying notes.

29