# EXHIBIT 37



Dear friends and supporters of WE,

Thank you for your continued interest in WE Charity. On behalf of myself, and WE Charity's Canadian Board of Directors and Finance Committee, I write this letter in order to provide additional information with respect to the Audited Financial Statement for the fiscal year ending August 31st, 2019.

Over the last year, we launched and grew programs focused on addressing youth mental health with free digital resources and supporting young community minded business leaders through WE Social Entrepreneurs. We also invested in virtual platform for WE Schools programming and WE Day celebrations, scaling to support broader accessibility, as well as developed an online portal for our Teachers program – a free program providing resources and training to support teachers. We have also focused our efforts on developing school resources around social and emotional learning, which is now enabling us to provide students and teachers with the resources they need to adapt to our shifting world.

On the international front, we continue to work alongside community members around the world.   We doubled down on our programming focusing on the depth and quality of our programs and supporting sustainable growth.  For example, we officially opened our WE College to close the loop on education for young people from across Narok County, Kenya—many who have gone through primary and secondary education at WE Villages schools. In addition, we continued to expand the work of the WE Agricultural Learning by empowering farmers with the skills and tools to engage in successful farming activities to help increase their productivity and create a sustainable income to improve their household food security.

**WE Charity Received an Unqualified Audit**
Every year since its beginning of operations, WE Charity has received an unqualified audit, also known as a "clean" audit. The definition of an unqualified or clean audit, is the auditors conclude that the financial statements fairly represents WE Charity in all material aspects, and that WE Charity complied with all generally accepted accounting and statutory requirements. It indicates that the financial statements are transparent and thorough.

**Board of Directors & Governance**
WE Charity's Board of Directors is a group of talented, experienced professionals, who oversee the activities and governance of the organization, and continue to be highly engaged in the overall direction of the organization. Our board ensures that our governance is of the highest priority and the necessary systems are in place for the sustainable growth and impact of our organization. The Board's key roles and responsibilities include the review and approval of the annual budget, overseeing and approving independent audits, the ongoing review of our financial wellbeing, and providing independent review and guidance of our domestic and international projects. We are incredibly grateful to have such a diverse range of expertise at the helm, all coming together and donating their time in service of WE Charity and ensuring that we are being financially sound and investing in the right programs to grow our mission.



**Our Unique Partnership with ME to WE Social Enterprise**

Our partnership with ME to WE Social Enterprises has been a key contributor to WE Charity's financial success, allowing us to grow and scale our operational capacity while remaining focused on our key programs and maintaining a low administration rate. ME to WE, an innovative social enterprise with a social mission, provides consumers with better choices for a better world. Through socially-conscious and environmentally friendly products and life-changing experiences, ME to WE measures the bottom line not by dollars earned, but by the number of lives changed and the positive social impact made, in part, through its support of WE Charity. ME to WE operates based on a unique business model and uses its income to support the operating costs incurred by WE Charity. Since its inception, ME to WE has donated well over $20 million to WE Charity through cash and in-kind donations. In the last five years, on average, ME to We has donated over 90% of its net profits back to WE Charity, while investing the balance to help grow the enterprise.

**WE Charity HQ: WE Global Learning Centre**

The WE Global Learning Centre ("WE GLC") is both WE Charity's official headquarters, and much more importantly, a ground-breaking facility for service learning and youth engagement, which leverages technological capability for wider program reach. The entire first floor of the WE GLC is an open community space, dedicated to providing access to resources and mentorship opportunities to youth, educators and families. In addition, WE Charity is using the WE GLC for leadership development workshops, large-scale educator events, classroom style presentations, 1-1 mentoring spaces, digital classroom enablement, and spaces to welcome stakeholders. It has truly been a game changer, bringing sustainability and digital transformation to our programming and operations. The WE GLC was made possible by targeted donations from private donors, and in-kind contributions of services and technology from socially-minded companies. As a matter of policy, general donations have not been used for the purchase of real estate.

**Audited Financial Statement**

Enclosed in this document are WE Charity Canada's Audited Financial Statements. As shared, we are proud to report that once again we have received an unqualified audit report, which means that our credible and reputable auditors have given their full approval of what is represented in our financial statements, following a comprehensive audit of our financial and accounting systems and operations. As always, we remain grateful to Board of Directors and the Finance Committee for their continued guidance and leadership in the process.

Regards,

*Dalal Al-Waheidi*

Dalal Al-Waheidi
Executive Director, WE Charity

# WE CHARITY

## NON-CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED AUGUST 31, 2019

# WE CHARITY

## INDEX TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## FOR THE YEAR ENDED AUGUST 31, 2019

|  | Page |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 - 2 |
| NON-CONSOLIDATED FINANCIAL STATEMENTS | |
| Non-Consolidated Statement of Financial Position | 3 - 4 |
| Non-Consolidated Statement of Changes in Net Assets | 5 |
| Non-Consolidated Statement of Operations | 6 |
| Non-Consolidated Statement of Cash Flows | 7 |
| Notes to Non-Consolidated Financial Statements | 8 - 25 |
| Non-Consolidated Schedule of Program Expenditures *(Schedule 1)* | 26 |
| Non-Consolidated Schedule of Support Expenditures *(Schedule 2)* | 27 |



ACCOUNTANTS FOR ENTREPRENEURS

## INDEPENDENT AUDITOR'S REPORT

To the Members of WE Charity

*Opinion*

We have audited the non-consolidated financial statements of WE Charity (the Organization), which comprise the non-consolidated statement of financial position as at August 31, 2019, and the non-consolidated statements of changes in net assets, operations and cash flows for the year then ended, and notes to the non-consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying non-consolidated financial statements present fairly, in all material respects, the non-consolidated financial position of the Organization as at August 31, 2019, and the non-consolidated results of its operations and non-consolidated cash flows for the year then ended in accordance with Canadian accounting standards for not-for-profit organizations (ASNPO).

*Basis for Opinion*

We conducted our audit in accordance with Canadian generally accepted auditing standards. Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Non-consolidated Financial Statements* section of our report. We are independent of the Organization in accordance with ethical requirements that are relevant to our audit of the non-consolidated financial statements in Canada, and we have fulfilled our other ethical responsibilities in accordance with these requirements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Responsibilities of Management and Those Charged with Governance for the Non-consolidated Financial Statements*

Management is responsible for the preparation and fair presentation of the non-consolidated financial statements in accordance with ASNPO, and for such internal control as management determines is necessary to enable the preparation of non-consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the non-consolidated financial statements, management is responsible for assessing the Organization's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the Organization or to cease operations, or has no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Organization's financial reporting process.

*(continues)*



**KRP** LLP
*Chartered Professional Accountants*

2797 John Street, Markham, ON L3R 2Y8, Canada
T 905.946.1300   |   enquiries@krp.ca
F 905.946.9797   |   www.krp.ca



**Member of**
**Russell Bedford International**
a global network of independent
professional services firms

Independent Auditor's Report to the Members of WE Charity  *(continued)*

*Auditor's Responsibilities for the Audit of the Non-consolidated Financial Statements*

Our objectives are to obtain reasonable assurance about whether the non-consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with Canadian generally accepted auditing standards will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these non-consolidated financial statements.

As part of an audit in accordance with Canadian generally accepted auditing standards, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the non-consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Organization's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management.

- Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Organization's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the non-consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Organization to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the non-consolidated financial statements, including the disclosures, and whether the non-consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

---

**Markham, Ontario**
**February 29, 2020**

*KRP LLP*

---

**Chartered Professional Accountants**
**Licensed Public Accountants**

2

DocuSign Envelope ID: 4-DBECAE-B549-41C4-B9E1-5B740ECFE484

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF FINANCIAL POSITION

## AS AT AUGUST 31, 2019

|  | 2019 | 2018 *Revised* |
|---|---|---|
|  | $ | $ |
| **ASSETS** | | |
| CURRENT | | |
| Cash | **1,324,383** | 1,798,441 |
| Marketable securities *(Note 3)* | **6,907,568** | 11,022,023 |
| Contributions receivable *(Notes 4, 16 and 17)* | **1,723,724** | 1,052,996 |
| Sales tax rebate receivable | **870,323** | 1,199,700 |
| Due from related entities *(Note 5)* | **3,123,000** | 3,477,035 |
| Prepaid expenditures and other assets *(Note 17)* | **1,399,396** | 1,139,180 |
|  | **15,348,394** | 19,689,375 |
| MARKETABLE SECURITIES *(Note 3)* | **2,371,155** | - |
| CAPITAL ASSETS *(Note 6)* | **43,962,615** | 39,954,941 |
| PROPERTIES UNDER RENOVATION *(Note 7)* | **-** | 7,605,787 |
| INTANGIBLE ASSETS *(Note 8)* | **847,768** | 648,799 |
| INVESTMENTS IN WE365 *(Note 9)* | **581** | 4 |
| ASSETS HELD IN TRUST | **-** | 1,001,146 |
|  | **62,530,513** | 68,900,052 |

See accompanying notes.

3

DocuSign Envelope ID: 44DBECAE-B549-41C4-B9E1-5B740FCFE484

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF FINANCIAL POSITION

## AS AT AUGUST 31, 2019

| | 2019 | 2018 *Revised* |
|---|---|---|
| | $ | $ |
| **LIABILITIES** | | |
| CURRENT | | |
| Bank indebtedness *(Note 10)* | **2,395,000** | 4,460,000 |
| Accounts payable and accrued liabillities *(Notes 9, 15, 16 and 17)* | **4,072,411** | 3,236,694 |
| Deferred contributions *(Notes 11 and 16)* | **8,528,251** | 13,539,387 |
| Bank loans - current portion *(Note 13)* | **5,162,835** | 4,597,316 |
| Obligations under capital lease - current portion *(Note 14)* | **628,419** | 605,039 |
| | **20,786,916** | 26,438,436 |
| DEFERRED CAPITAL CONTRIBUTIONS *(Notes 2 and 12)* | **16,611,348** | 17,330,973 |
| BANK LOANS *(Note 13)* | **6,127,390** | 2,077,373 |
| OBLIGATIONS UNDER CAPITAL LEASE *(Note 14)* | **827,454** | 1,455,873 |
| AMOUNTS HELD IN TRUST | **-** | 1,001,146 |
| OBLIGATION FOR INVESTMENTS IN WE365 | **88,253** | 402,402 |
| | **44,441,361** | 48,706,203 |
| **NET ASSETS** | | |
| Unrestricted | **2,486,216** | (1,110,323) |
| Invested in capital assets | **15,452,936** | 21,304,172 |
| Endowment | **150,000** | - |
| | **18,089,152** | 20,193,849 |
| | **62,530,513** | 68,900,052 |

COMMITMENTS *(Note 19)*

ON BEHALF OF THE BOARD

_Kannan Arasaratnam_
—3B33BEEACD4B4A0...—

_____ *Director* Kannan Arasaratnam

_____ *Director*

See accompanying notes.

4

DocuSign Envelope ID: 41DBECAE-B549-4164-BDE1-597495CFE384

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF CHANGES IN NET ASSETS

## FOR THE YEAR ENDED AUGUST 31, 2019

|  | Unrestricted $ | Invested in capital assets $ | Endowment $ | 2019 $ | 2018 Revised $ |
|---|---|---|---|---|---|
| **NET ASSETS - BEGINNING OF YEAR** | (1,110,323) | 21,304,172 | - | **20,193,849** | 20,603,052 |
| ENDOWMENTS RECEIVED DURING THE YEAR | - | - | 150,000 | **150,000** | - |
| DEFICIENCY OF REVENUE OVER EXPENDITURES | (295,735) | (1,958,962) | - | **(2,254,697)** | (409,203) |
| INVESTMENT IN CAPITAL ASSETS, NET | 3,892,274 | (3,892,274) | - | **-** | - |
| **NET ASSETS - END OF YEAR** | 2,486,216 | 15,452,936 | 150,000 | **18,089,152** | 20,193,849 |

See accompanying notes.

KRP LLP
Chartered Professional Accountants

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF OPERATIONS

## FOR THE YEAR ENDED AUGUST 31, 2019

|  | 2019 | 2018 (8 months) Revised |
|---|---|---|
|  | $ | $ |
| **REVENUE** | | |
| Donations and sponsorships *(Notes 15 and 17)* | **46,642,406** | 26,583,202 |
| Contributions in kind | **8,474,862** | 8,288,904 |
| Government grants | **1,580,105** | 1,593,852 |
| Private grants | **9,164,763** | 6,631,781 |
| Other income | **41,299** | 10,970 |
|  | **65,903,435** | 43,108,709 |
| **EXPENDITURES** | | |
| Program *(Schedule 1)* | **59,364,477** | 38,588,575 |
| Support *(Schedule 2)* | **5,116,634** | 3,525,283 |
| Amortization | **2,937,426** | 1,751,218 |
|  | **67,418,537** | 43,865,076 |
| **DEFICIENCY OF REVENUE OVER EXPENDITURES FROM OPERATIONS** | **(1,515,102)** | (756,367) |
| **OTHER INCOME AND EXPENDITURES** | | |
| Dividend and interest income | **286,926** | 214,679 |
| Gain (loss) on foreign exchange | **(125,505)** | 155,621 |
| Interest on long-term debts | **(626,817)** | (337,034) |
| Share of earnings (loss) from We365 group *(Note 9)* | **314,726** | (62,396) |
| Realized gain on marketable securities | **476,479** | 38,881 |
| Unrealized gain (loss) on marketable securities | **(1,065,404)** | 337,413 |
|  | **(739,595)** | 347,164 |
| **DEFICIENCY OF REVENUE OVER EXPENDITURES FOR THE YEAR** | **(2,254,697)** | (409,203) |

See accompanying notes.

KRP LLP
Chartered Professional Accountants

DocuSign Envelope ID: 41DBECAE-B549-4164-BDF1-597495CFE484

# WE CHARITY

## NON-CONSOLIDATED STATEMENT OF CASH FLOWS
## FOR THE YEAR ENDED AUGUST 31, 2019

|  | 2019 | 2018 (8 months) Revised |
|---|---|---|
|  | $ | $ |
| **OPERATING ACTIVITIES** |  |  |
| Deficiency of revenue over expenditures for the year | **(2,254,697)** | (409,203) |
| Items not affecting cash: |  |  |
| Amortization | **2,937,426** | 1,751,218 |
| Gain on disposal of capital assets | **(732,626)** | (572,306) |
| Marketable securities received in kind | **(641,430)** | (6,254,227) |
| Realized gain on marketable securities | **(476,479)** | (38,881) |
| Unrealized loss (gain) on marketable securities | **1,065,404** | (337,413) |
| Share of earnings (loss) from We365 group | **(314,726)** | 62,396 |
| Contributed intangible asset in kind | **(68,738)** | (48,614) |
|  | **(485,866)** | (5,847,030) |
| Changes in non-cash working capital *(Note 21)* | **(5,496,611)** | 4,378,610 |
| Cash flows used by operating activities | **(5,982,477)** | (1,468,420) |
| **INVESTING ACTIVITIES** |  |  |
| Proceeds from sale of marketable securities | **1,795,805** | 3,572,394 |
| Due from related entities | **354,035** | 45,176 |
| Purchase of capital assets | **(990,250)** | (2,658,940) |
| Proceeds on disposal of capital assets | **2,620,458** | 3,030,708 |
| Properties under renovation | **-** | (544,516) |
| Purchase of intangible assets | **(367,126)** | - |
| Acquisition of We365 Holdings Inc. | **-** | (1) |
| Endowment contributions | **150,000** | - |
| Cash flows from investing activities | **3,562,922** | 3,444,821 |
| **FINANCING ACTIVITIES** |  |  |
| Proceeds from (repayment of) bank indebtedness | **(2,065,000)** | 407,672 |
| Proceeds from (repayment of) bank loans | **4,615,536** | (194,801) |
| Repayment of obligations under capital lease | **(605,039)** | (390,831) |
| Cash flows from (used by) financing activities | **1,945,497** | (177,960) |
| **INCREASE (DECREASE) IN CASH** | **(474,058)** | 1,798,441 |
| CASH - BEGINNING OF YEAR | **1,798,441** | - |
| **CASH - END OF YEAR** | **1,324,383** | 1,798,441 |

See accompanying notes.

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
## AUGUST 31, 2019

### 1. NATURE OF OPERATIONS

WE Charity (the "organization") is committed to creating a network of children helping children through representation, leadership and action and is dedicated to reducing poverty and exploitation of children around the world.

The organization is incorporated under the provision of Part II of the Canada Corporations Act as a non-profit corporation without share capital. It is a registered charity under the Income Tax Act, and as a result, the organization is exempt from income taxation under Section 149 of the Income Tax Act.

### 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The non-consolidated financial statements are prepared in accordance with Canadian accounting standards for not-for-profit organizations (ASNFPO).

**Financial instruments**

*Measurement*

The organization initially measures its financial assets and liabilities at fair value and subsequently measures all its financial assets and financial liabilities at amortized cost, except for marketable securities that are quoted in an active market, which are measured at fair value. Changes in fair value are recognized in operations.

Financial assets measured at amortized cost include cash, contributions receivable and amounts due from related entities.

Financial liabilities measured at amortized cost include bank indebtedness, accounts payable, bank loans and obligations under capital lease.

*Impairment*

Financial assets measured at cost are tested for impairment when there are indicators of such. The amount of write-down is recognized in operations. A previously recognized impairment loss may be reversed to the extent of a recovery in value, directly or by adjusting the allowance account. The amount of reversal is recognized in operations.

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2019**

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Revenue recognition**

The organization follows the deferral method of accounting for the following sources of revenue:

a) Donations and sponsorships consist of cash resources received from corporate partners and the general public. Certain sponsorship arrangements with corporate partners provide both parties with non-exclusive, non-transferable, royalty-free license to use, reproduce and exhibit certain trademarks in accordance with the specifications of the arrangements. Due to the difficulty in determining the value of benefits from the use of such trademarks, the organization has not allocated or recognized any of the sponsorship funds as proceeds from licensing.

b) Contributions in kind include goods and services that are used by the organization in the normal course of operations. Contributed materials and services are expensed when received and contributed assets providing future benefits are capitalized at fair value on the date of contribution.

c) Grants include funding received from government and other not-for-profit organizations.

d) Investment and other income.

Restricted contributions for specific programs are deferred when received and recognized as revenue in the year in which the related expenditures are incurred. Restricted contributions for capital expenditures are deferred when received and recognized as revenue on the same basis as the amortization of the acquired capital asset.

Unrestricted contributions are recognized as revenue when received or receivable, if the amount to be received can be reasonably determined and collection is reasonably assured.

Endowment contributions are recognized as direct increases in net assets. Endowments are subject to externally imposed stipulations that the resources contributed be maintained permanently by the organization. Investment income or losses that are stipulated to be added to the principal amount of endowment are recognized as direct increases to net assets.

Investment and other income that are not otherwise restricted are recognized as revenue when earned.

**Contributed assets and services**

While the organization also benefits from volunteer services and rent-free use of office space within facilities owned or leased by related entities, due to the difficulty in determining their fair value, the value of such services and arrangements have not been reflected in these non-consolidated financial statements.

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2019**

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Net assets**

a)   Net assets invested in capital assets are comprised of the unamortized amount thereof net of liabilities and deferred capital contribution incurred to acquire the capital assets.

b)   Unrestricted net assets are comprised of the excess of revenue over expenditures accumulated by the organization, net of transfers, available for use in general operations.

c)   Endowments represent the amount of contributed resources that the organization is required to maintain permanently by the donor.

**Program expenditures**

Program expenditures are incurred on international and domestic programs, leadership education and public awareness initiatives. International program expenditures are recognized as expenditures when the funds are disbursed by the organization. All other program expenditures are recognized as expenditures when incurred.

**Allocation of expenditures**

The organization incurs costs for international and domestic programming and fundraising and administrative activities. The cost of each function includes the cost of personnel and other expenditures directly related to the function. The organization incurs administrative and fundraising costs common to the administration of the organization and its programs. Accordingly, certain payroll and operating costs are allocated to administration, fundraising and program expenditures based on resources dedicated to each function.

**Leases**

Leases are classified as either capital or operating leases. At the time the organization enters into a capital lease, an asset is recorded along with its related obligation to reflect the acquisition and financing.  Rental payments under operating leases are expensed as incurred.

**Capital assets**

Capital assets are stated at cost less accumulated amortization and are amortized over their estimated useful lives at the following rates and methods:

| | | |
|---|---|---|
| Buildings | 4% | declining balance method |
| Computer equipment | 2 years | straight-line method |
| Furniture and fixtures | 20% | declining balance method |
| Vehicles | 30% | declining balance method |
| Leasehold improvements | 5 years | straight-line method |

**Intangible assets**

Intangible assets represent the costs of acquiring and customizing computer software. Software are recorded at cost and are amortized on a straight-line basis over their estimated useful lives of five years.

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY

**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**AUGUST 31, 2019**

2.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** *(continued)*

**Properties under renovation**

Properties under renovation are stated at cost, which includes the cost of acquisition, renovation and carrying charges during the renovation period.

**Controlled entities**

The organization does not consolidate controlled not-for-profit entities. Instead, summaries of the entities' financial information are presented in the organization's non-consolidated financial statements.

The organization accounts for its investments in profit-oriented entities using the equity method. Accordingly, the investments are recorded at acquisition cost and are increased for the organization's proportionate share of post-acquisition earnings and decreased by post-acquisition losses and distributions received.

**Impairment of long-lived assets**

The organization tests for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets may not be recoverable. Recoverability is assessed by comparing the carrying amount to the projected future net cash flows the long-lived assets are expected to generate through their direct use and eventual disposition. When a test for impairment indicates that the carrying amount of an asset is not recoverable, an impairment loss is recognized to the extent the carrying value exceeds its fair value.

**Foreign currency translation**

Monetary assets and liabilities are translated at the rate in effect at the balance sheet date. Non-monetary assets and liabilities are translated using historical rates. Revenue and expenditures are translated at the monthly average rates throughout the year. Translational gains and losses are included in operations for the year in which they occur.

**Measurement uncertainty**

The preparation of financial statements in conformity with Canadian accounting standards for not-for-profit organizations requires management to make estimates and assumptions that affect the reported amount of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenditures during the period. Such estimates include the useful lives of capital and intangible assets, allowance for doubtful accounts, accrued liabilities and allocation of expenditures. Any adjustments necessary are reported in operations in the year in which they become known. Actual results could differ from these estimates.

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2019**

### 3.   MARKETABLE SECURITIES

| | 2019 $ | 2018 $ |
|---|---|---|
| Short-term investments (a) | 6,907,568 | 11,022,023 |
| Fixed income investments (b) | 2,371,155 | - |
| | 9,278,723 | 11,022,023 |

    a) Short-term investments represent holdings in an investment portfolio, consisting of a government bond with an interest rate of 1.25% and maturing November 2019, preferred shares, common shares and mutual funds.

    b) Fixed income investments represent holdings in an investment portfolio, consisting of various government and corporate bonds, with interest rates ranging between 1.35% and 2.42% and maturing between November 2020 and October 2024.

### 4.   CONTRIBUTIONS RECEIVABLE

Contributions receivable represent amounts receivable from public and corporate donors. All amounts are considered collectible and no allowance has been provided.

### 5.   DUE FROM RELATED ENTITIES

| | 2019 $ | 2018 $ |
|---|---|---|
| Imagine 1 Day International Organization (Note 16) | 3,093,000 | 3,093,000 |
| We365 LP (Note 9) | - | 384,035 |
| We365 Holdings Inc. (Note 9) | 30,000 | - |
| | 3,123,000 | 3,477,035 |

Amounts due from related entities are unsecured, non-interest bearing and have no fixed terms of repayment.

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
## AUGUST 31, 2019

### 6. CAPITAL ASSETS

| | Cost $ | Accumulated amortization $ | 2019 Net book value $ | 2018 Net book value $ |
|---|---|---|---|---|
| Land | 6,588,542 | - | 6,588,542 | 6,143,542 |
| Buildings | 35,628,567 | 2,788,352 | 32,840,215 | 28,442,397 |
| Computer equipment | 893,952 | 822,642 | 71,310 | 111,105 |
| Furniture and fixtures | 2,894,228 | 1,097,834 | 1,796,394 | 2,030,240 |
| Leasehold improvements | 1,506,973 | 400,819 | 1,106,154 | 1,277,657 |
| | 47,512,262 | 5,109,647 | 42,402,615 | 38,004,941 |
| Furniture and fixtures under capital lease | 2,500,000 | 940,000 | 1,560,000 | 1,950,000 |
| | 50,012,262 | 6,049,647 | 43,962,615 | 39,954,941 |

### 7. PROPERTIES UNDER RENOVATION

| | 2019 $ | 2018 $ |
|---|---|---|
| 335-337 Queen Street East, Toronto, Canada | - | 3,030,155 |
| 336-340 Queen Street East, Toronto, Canada | - | 4,575,632 |
| | - | 7,605,787 |

During the year, the organization completed the renovations. Accordingly, the total carrying cost of the properties in the amount of $7,605,787 has been transferred to capital assets (Note 6).

### 8. INTANGIBLE ASSETS

| | 2019 $ | 2018 $ |
|---|---|---|
| Application software, at cost | 1,184,478 | 748,614 |
| Accumulated amortization | (336,710) | (99,815) |
| | 847,768 | 648,799 |

KRP LLP
Chartered Professional Accountants

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## AUGUST 31, 2019

9.  **WE365**

On August 8, 2014, the organization and We365 Holdings Inc. ("Holdings") each acquired a 49.995% interest in We365 LP ("LP") and a 50% interest in We365 GP Inc. ("GP"), two profit-oriented entities, collectively "We365". Effective January 1, 2016, the organization acquired Holdings' 49.995% interest in LP and 50% interest in GP. Effective January 1, 2018, the organization acquired a 100% interest in Holdings.

**We365 LP**

LP was formed for the purpose of developing, implementing and operating the WE Day mobile application and corresponding website that focus on engaging youth and educators to take part in a social network designed to create positive social benefits through participating in challenges and educational initiatives. The WE Day application will also allow users to track volunteer hours, promote social activism, connect with others passionate about the same causes and receive recognition for doing social good.

The organization's investment in LP is as follows:

|  | 2019<br>$ | 2018<br>$ |
|---|---|---|
| Balance - beginning of year | (340,078) | (340,005) |
| Share of income (loss) | 340,623 | (73) |
| Balance - end of year | 545 | (340,078) |

A summary of LP's financial information as at August 31, 2019 and for the year then ended is as follows:

| **Financial position** |  |  |
|---|---|---|
| Assets | 578 | 43,955 |
| Liabilities | - | 384,035 |
| Equity (deficit) | 578 | (340,080) |

| **Results of operations** |  |  |
|---|---|---|
| Revenue | 367,141 | - |
| Expenses | 26,484 | 73 |
| Net earnings (loss) | 340,657 | (73) |

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
## AUGUST 31, 2019

**9.   WE365** *(continued)*

|  | 2019 $ | 2018 $ |
|---|---|---|
| **Cash flows** | | |
| Operating | **(5,863)** | (73) |
| Investing | **-** | (11,030) |
| Financing | **-** | - |
| Decrease in cash | **(5,863)** | (11,103) |

**We365 GP Inc.**

GP is the general partner of LP and is responsible for managing the partnership on a day-to-day basis on behalf of the organization.

The organization's investment in GP is as follows:

|  | 2019 $ | 2018 $ |
|---|---|---|
| Balance - beginning of year | **2** | 2 |
| Share of earnings | **34** | - |
| Balance - end of year | **36** | 2 |

With the exception of recognizing its share of earnings from LP in the amount of $34 (2018 - $Nil), there has been no activity in GP for the periods ended August 31, 2019 or 2018.

**We365 Holdings Inc.**

Holdings provides the organization with support for its domestic programming.

The organization's investment in Holdings is as follows:

|  | 2019 $ | 2018 $ |
|---|---|---|
| Balance - beginning of year | **(62,322)** | - |
| Acquisition | **-** | 1 |
| Share of losses | **(25,931)** | (62,323) |
| Balance - end of year | **(88,253)** | (62,322) |

*(continues)*

15

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## AUGUST 31, 2019

9.  **WE365** *(continued)*

A summary of Holdings' financial information as at August 31, 2019 and for the period from the organization's acquisition to August 31, 2019 is as follows:

|  | 2019<br>$ | 2018<br>$ |
|---|---|---|
| **Financial position** | | |
| Assets (note a) | **378,853** | 191,019 |
| Liabilities | **467,108** | 253,342 |
| Deficit | **(88,255)** | (62,323) |
| **Results of operations** | | |
| Revenue (note a) | **1,668,079** | 1,231,333 |
| Expenses | **1,694,010** | 1,293,656 |
| Net loss | **(25,931)** | (62,323) |
| **Cash flows** | | |
| Operating | **3,611** | (11,030) |
| Investing | **-** | - |
| Financing | **-** | 11,030 |
| Increase in cash | **3,611** | - |

a)  During the year, Holdings charged the organization programming support costs of $1,413,392 (2018 - $1,054,705), of which $328,705 (2018 - $166,330) remains outstanding at year end and is included in the organization's accounts payable and accrued liabilities in the non-consolidated statement of financial position. In addition, a loan in the amount of $30,000 (Note 5) is due from Holdings at year end.

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
### AUGUST 31, 2019

**10. BANK INDEBTEDNESS**

| | 2019 $ | 2018 $ |
|---|---|---|
| Revolving demand facility with available credit of $5,000,000 bearing interest at bank prime plus 0.75% per annum | - | 4,460,000 |
| Revolving demand facility with available credit of $3,000,000 bearing interest at bank prime plus 0.75% per annum | 2,395,000 | - |
| | **2,395,000** | 4,460,000 |

The demand facilities are secured by assets outlined in Note 13.

Interest paid on the demand facilities for the year amounted to $245,962 (2018 - $154,309) and has been included as a component of interest on long-term debt in the non-consolidated statement of operations.

During the year, the organization repaid the revolving demand facility of $4,460,000 in full.

**11. DEFERRED CONTRIBUTIONS**

| | 2019 $ | 2018 $ |
|---|---|---|
| Balance - beginning of year | **13,539,387** | 13,522,932 |
| Restricted contributions received | **53,367,034** | 38,323,090 |
| | **66,906,421** | 51,846,022 |
| Less: amount recognized as revenue | **(58,378,170)** | (38,306,635) |
| | **8,528,251** | 13,539,387 |

**12. DEFERRED CAPITAL CONTRIBUTIONS**

| | 2019 $ | 2018 $ |
|---|---|---|
| Balance - beginning of year | **17,330,973** | 17,861,005 |
| Capital contributions received | **-** | - |
| | **17,330,973** | 17,861,005 |
| Less: amount recognized as revenue | **(719,625)** | (530,032) |
| | **16,611,348** | 17,330,973 |

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
## AUGUST 31, 2019

### 13. BANK LOANS

| | 2019<br>$ | 2018<br>$ |
|---|---:|---:|
| Non-revolving term facility bearing interest at 3.18% per annum, repayable in monthly blended payments of $28,526, matured October 30, 2018 | - | 4,522,282 |
| Non-revolving term facility bearing interest at 3.83% per annum, repayable in monthly blended payments of $29,996, maturing October 30, 2019 (note a) | 4,330,204 | - |
| Non-revolving term facility bearing interest at 4.15% per annum, repayable in monthly blended payments of $13,506, maturing December 19, 2022 | 2,078,017 | 2,152,407 |
| Non-revolving term facility bearing interest at bank prime plus 0.75% per annum, repayable in monthly blended payments of $39,332, maturing May 28, 2020 | 4,882,004 | - |
| | 11,290,225 | 6,674,689 |
| Amounts payable within one year | (5,162,835) | (4,597,316) |
| | 6,127,390 | 2,077,373 |

a) Subsequent to year end, the organization renewed the term facility for another twelve months maturing October 30, 2020. Accordingly, the outstanding principle has been excluded from amounts payable within one year.

Principal repayment terms are approximately:

| | $ |
|---|---:|
| 2020 | 5,162,835 |
| 2021 | 4,208,697 |
| 2022 | 84,823 |
| 2023 | 1,833,870 |
| | 11,290,225 |

The facilities are secured by the following:

a) General security agreement constituting a first ranking security interest in all personal properties of the organization;

b) Collateral mortgage in the amount of $10,150,000, constituting a first fixed charge on the land and improvements located at 339-345 Queen Street East, Toronto, Ontario. As at August 31, 2019, the carrying value of the property amounted to $29,480,414.

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2019**

**13.   BANK LOANS** *(continued)*

Under the terms of the facilities agreement, the organization is required to meet certain financial covenants. As of August 31, 2019, these covenants have not been met.  However, the bank has provided the organization with written confirmation that the covenant requirement has been waived for the current period.

Interest incurred on the above facilities for the year amounted to $312,694 (2018 - $124,756) and has been included as a component of interest on long-term debt in the non-consolidated statement of operations.

**14.   OBLIGATIONS UNDER CAPITAL LEASE**

|  | 2019 $ | 2018 $ |
|---|---|---|
| RBC lease bearing interest at 3.85% per annum, repayable in monthly blended payments of $56,100, maturing November 1, 2021 | 1,455,873 | 2,060,912 |
| Amounts payable within one year | (628,419) | (605,039) |
|  | 827,454 | 1,455,873 |

The lease is secured by furniture and fixtures under capital lease (Note 5).

Future minimum capital lease payments are approximately:

|  | $ |
|---|---|
| 2020 | 673,200 |
| 2021 | 673,200 |
| 2022 | 175,646 |
| Total minimum lease payments | 1,522,046 |
| Less: amount representing interest at 3.85% | 66,173 |
| Net value of minimum lease payments | 1,455,873 |
| Less: current portion | 628,419 |
|  | 827,454 |

Interest incurred on the obligation for the year amounted to $68,161 (2018 - $57,969) and has been included as a component of interest on long-term debt in the non-consolidated statement of operations.

KRP LLP
Chartered Professional Accountants

# WE CHARITY

**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**AUGUST 31, 2019**

---

**15.  ME TO WE**

The co-founders of the organization have a controlling interest in Me to We Social Enterprises Inc. and its subsidiaries (collectively, "Me to We") through a holding company. The purpose of Me to We is to help support the operations of the organization. The organization purchases books, educational material, promotional items and travel and leadership training services from Me to We at, or below, wholesale prices.

The following is a summary of the organization's transactions with Me to We:

|  | **2019** | 2018<br>*Revised* |
| --- | --- | --- |
|  | **$** | $ |
| Contributions received | **4,944,588** | 2,888,814 |
| Purchase of promotional goods | **916,178** | 860,273 |
| Travel and leadership training services | **2,484,266** | 1,782,464 |
| Rent expenditures | **170,400** | - |

During the year, the organization purchased books from Me to We through intermediaries in the amount of $759,200 (2018 - $542,625) at or below wholesale prices. The amount has not been included in the disclosures above.

Included in contributions receivable is $588,442 (2018 - $63,000) receivable from Me to We.

Included in accounts payable and accrued liabilities is $179,474 (2018 - $267,423) payable to Me to We.

These transactions are in the normal course of operations and are measured at the exchange amount, which is the amount of consideration established and agreed to by the related entities.

**16.  IMAGINE 1 DAY INTERNATIONAL ORGANIZATION**

Effective May 8, 2017, the organization took control of Imagine 1 Day International Organization ("I1D"), a charitable organization, by virtue of a common board of directors. I1D's programs focus on providing children in Ethiopia with access to quality education. I1D's program activities include the construction of schools, water points and latrines, curriculum enhancement, leadership and teacher training, and parent and community mobilization initiatives.

As part of the arrangement to transfer control, the organization received $10,000,000 in marketable securities from Imagine 1 Day International Foundation, an entity controlled by I1D by virtue of a common board of directors until May 7, 2017. The amount transferred is to be used towards initiatives in Ethiopia. As of August 31, 2019, $3,170,118 (2018 - $6,340,235) of the transfer is included as part of deferred contributions.

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## AUGUST 31, 2019

**16. IMAGINE 1 DAY INTERNATIONAL ORGANIZATION *(continued)***

A summary of I1D's financial information as at August 31, 2019 and for the year then ended is as follows:

|  | 2019 $ | 2018 $ |
|---|---:|---:|
| **Financial position** | | |
| Assets | 3,678,942 | 3,769,171 |
| Liabilities | 3,474,724 | 3,228,867 |
| Net assets (note a) | 204,218 | 540,304 |
| **Results of operations** | | |
| Revenue | 875,335 | 735,111 |
| Expenditures | 1,211,421 | 545,193 |
| Excess (deficiency) of revenue over expenditures | (336,086) | 189,918 |
| **Cash flows** | | |
| Operating | 226,274 | (81,272) |
| Investing | - | (7,690) |
| Financing | - | - |
| Increase (decrease) in cash | 226,274 | (88,962) |

a) I1D follows the restricted fund method of accounting for contributions whereby restricted contributions are recognized as revenue of the appropriate restricted fund in the year received or receivable. As of August 31, 2019, net assets include a restricted fund balance of $129,729 (2018 - $333,141).

During the year the organization paid contributions to I1D in the amount of $860,000 (2018 - $300,000) to be used towards its programming in Ethiopia.

Included in the organization's accounts payable and accrued liabilities is a payable to I1D in the amount of $100,000 (2018 - $242,000).

Included in the organization's contributions receivable is a receivable from I1D in the amount of $100,000 (2018 - $Nil).

KRP LLP
Chartered Professional Accountants

DocuSign Envelope ID: 41DBECAE-B549-4164-BDE1-597495CFE184

# WE CHARITY

**NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS**

**AUGUST 31, 2019**

**17.  ECONOMIC INTERESTS**

The organization provides funding to a number of not-for-profit organizations outside of Canada to achieve its international program initiatives, known as "WE Villages". The initiatives operate in nine countries around the world using a holistic economic and humanitarian development model. The organization has a regional director who works closely with each local not-for-profit organization to monitor their use of the organization's funding and provides the organization with regular progress updates for ongoing initiatives.

Funding provided to these not-for-profit organizations for the year amounted to $8,736,000 (2018 - $6,385,000).

The organization also works closely with charities in the United States and United Kingdom that share the same mission and vision as the organization.

During the year, the organization received contributions in the amount of $20,884,000 (2018 - $13,074,000) from the charity in the United States and $1,204,000 (2018 - $573,000) from the charity in the United Kingdom, towards the organization's international and domestic programming.

Included in contributions receivable is $33,000 (2018 - $199,000) and $65,000 (2018 - $Nil) receivable from the charities in the United States and United Kingdom, respectively. Included in accounts payable and accrued liabilities is $1,326,000 (2018 - $Nil) payable to the charity in the United States. Included in deferred contributions is $1,371,000 (2018 - $1,670,000) received from the charity in the United States towards the organization's international programming.

The organization also works closely with not-for-profit organizations in Canada to achieve various domestic program initiatives.

The organization received contributions in the amount of $900,000 (2018 - $Nil) from Canadian not-for-profit organizations. Funding provided to these Canadian organizations for the year amounted to $400,000 (2018 - $Nil).

Included in contributions receivable is a total of $47,000 (2018 - $50,000) receivable from the Canadian organizations. Included in accounts payable and accrued liabilities is a payable to the Canadian organizations in the amount of  $130,000 (2018 - $Nil).

KRP LLP
Chartered Professional Accountants

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

### AUGUST 31, 2019

### 18. ALLOCATION OF EXPENDITURES

Fundraising and administrative costs totalling $3,757,950 (2018 - $3,068,511) have been allocated as follows:

|  | Fundraising $ | Administration $ | **2019** **$** | 2018 $ |
|---|---|---|---|---|
| Payroll | - | 2,881,190 | **2,881,190** | 2,273,677 |
| Allocated to: |  |  |  |  |
| International | - | 1,146,236 | **1,146,236** | 1,157,768 |
| Domestic | - | 1,146,236 | **1,146,236** | 744,103 |
| Fundraising | - | 588,718 | **588,718** | - |
| Administration | - | - | **-** | 371,806 |
|  | - | 2,881,190 | **2,881,190** | 2,273,677 |
| Other operating costs | - | 876,760 | **876,760** | 794,834 |
| Allocated to: |  |  |  |  |
| International | - | 292,457 | **292,457** | 397,417 |
| Domestic | - | 283,830 | **283,830** | 397,417 |
| Fundraising | - | 300,473 | **300,473** | - |
|  | - | 876,760 | **876,760** | 794,834 |

### 19. COMMITMENTS

The organization leases office space in Ontario, British Columbia and Quebec and benefits from rent-free arrangements from supporters of the organization's mission in Ontario.

Annual minimum aggregate lease payments are as follows:

|  | $ |
|---|---|
| 2020 | 318,113 |
| 2021 | 321,532 |
| 2022 | 271,730 |
| 2023 | 194,400 |
| 2024 | 24,000 |
|  | 1,129,775 |

KRP LLP
Chartered Professional Accountants

# WE CHARITY
## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
**AUGUST 31, 2019**

**20. FINANCIAL INSTRUMENTS**

The organization is exposed to various risks through its financial instruments and has a comprehensive risk management framework to monitor, evaluate and manage these risks. The following analysis provides information about the organization's risk exposure and concentration as of August 31, 2019.

**Credit risk**

Credit risk is the risk that one party to a financial instrument will cause a financial loss for the other party by failing to discharge an obligation. The organization is exposed to credit risk from its cash balances and contributions receivable from donors and amounts due from related entities. In order to reduce its credit risk, the organization recognizes contributions receivable only when there is reasonable expectation of collection and regularly reviews the related entities' credit worthiness. The organization has historically not had any significant issues with collection. An allowance for doubtful accounts is established based upon factors surrounding the credit risk of specific amounts, historical trends and other information. The organization manages its credit risk from cash balances by maintaining its accounts with creditworthy financial institutions.

**Currency risk**

Currency risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in foreign exchange rates. The organization is exposed to currency risk on cash, marketable securities, contributions receivable and accounts payable denominated in foreign currencies as follows:

|  | 2019 $ | 2018 $ |
|---|---|---|
| **U.S. Dollars (USD):** |  |  |
| Cash | **412,910** | 49,398 |
| Marketable securities | **645,629** | 1,229,472 |
| Contributions receivable | **-** | 8,425 |
| Accounts payable | **1,005,432** | 9,212 |
| **Pound Sterling (GBP):** |  |  |
| Cash | **8,408** | 445,829 |
| Contributions receivable | **40,000** | - |
| Accounts payable | **80,000** | - |

The organization does not use derivative instruments to reduce its exposure to currency risk.

**Interest rate risk**

Interest rate risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market interest rates. In seeking to minimize the risks from interest rate fluctuations, the organization manages exposure through its normal operating and financing activities. The organization is exposed to interest rate risk primarily through its bank indebtedness, bank loans and obligations under capital lease.

*(continues)*

KRP LLP
Chartered Professional Accountants

# WE CHARITY

## NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS

## AUGUST 31, 2019

**20. FINANCIAL INSTRUMENTS** *(continued)*

### Other price risk

Other price risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices (other than those arising from interest rate risk or currency risk), whether those changes are caused by factors specific to the individual financial instrument or its issuer, or factors affecting all similar financial instruments traded in the market. The organization is exposed to other price risk through its investment in marketable securities.

**21. CHANGES IN NON-CASH WORKING CAPITAL**

|  | **2019** | 2018 *Revised* |
|---|---|---|
|  | **$** | $ |
| Contributions receivable | **(670,728)** | 5,459,927 |
| Sales tax rebate receivable | **329,377** | 688,550 |
| Prepaid expenditures and other assets | **(260,216)** | (577,603) |
| Accounts payable and accrued liabilities | **835,717** | (678,687) |
| Deferred contributions | **(5,011,136)** | 16,455 |
| Deferred capital contributions | **(719,625)** | (530,032) |
|  | **(5,496,611)** | 4,378,610 |

**22. CORRESPONDING FIGURES**

During the prior year, the organization changed its fiscal year end from December 31 to August 31. Accordingly, corresponding figures represent the organization's operations for the eight month period ended August 31, 2018.

Some of the corresponding figures have been reclassified to conform to the current year's presentation.

**23. CORRECTION OF ERROR**

During the year, it was identified that in-kind services received from Me to We during the 2018 fiscal year to satisfy commitments that would otherwise have required monetary settlement had not been appropriately recognized.

The error has been corrected in the current non-consolidated financial statements resulting in a $912,000 increase in contributions in kind and an increase in payroll for international programming, domestic programming and administration in the amounts of $82,987, $431,156 and $397,857, respectively. The correction and recognition of the in-kind services also resulted in a payable to Me to We in the amount of $118,560 relating to government remittances on the in-kind services received.

All corresponding disclosures have been updated to reflect the correction (Note 15).

KRP LLP
Chartered Professional Accountants

DocuSign Envelope ID: 41DBECAE-B549-4164-BDF1-597495CFE384

# WE CHARITY

## NON-CONSOLIDATED SCHEDULE OF PROGRAM EXPENDITURES   *(Schedule 1)*
## FOR THE YEAR ENDED AUGUST 31, 2019

|  | 2019 | 2018 *(8 months)* *Revised* |
|---|---:|---:|
|  | **$** | $ |
| **International programs** |  |  |
| Asia | **1,671,640** | 1,319,802 |
| Africa | **18,494,884** | 12,353,461 |
| Latin America | **6,594,046** | 5,972,463 |
|  | **26,760,570** | 19,645,726 |
| **Domestic programs** |  |  |
| Direct costs | **14,678,109** | 7,994,511 |
| Office | **6,590,819** | 3,987,109 |
| Payroll | **9,798,497** | 4,561,315 |
| Travel | **1,536,482** | 2,399,914 |
|  | **32,603,907** | 18,942,849 |
|  | **59,364,477** | 38,588,575 |

International program expenditures consist of initiative costs, travel, payroll and office expenditures directly attributed to the specific regions.

Domestic program expenditures consist of costs towards various projects under the WE Day, WE Schools, WE Social Entrepreneurs and WE Global Learning Centre virtual education and learning initiatives which are delivered primarily in Canada, United States and United Kingdom.

See accompanying notes.

KRP LLP
Chartered Professional Accountants

# WE CHARITY

## NON-CONSOLIDATED SCHEDULE OF SUPPORT EXPENDITURES          *(Schedule 2)*
## FOR THE YEAR ENDED AUGUST 31, 2019

|  | **2019** | 2018 *(8 months)* *Revised* |
|---|---|---|
|  | **$** | $ |
| **Fundraising** |  |  |
| Events | **310,076** | 35,262 |
| Office | **277,583** | 12,188 |
| Payroll | **1,573,036** | 1,115,418 |
|  | **2,160,695** | 1,162,868 |
| **Administration** |  |  |
| Office | **650,145** | 642,012 |
| Payroll | **2,655,706** | 1,713,546 |
| Professional fees | **376,179** | 511,892 |
| Training | **-** | 4,420 |
| Travel | **6,535** | 62,851 |
|  | **3,688,565** | 2,934,721 |
| Less: Gain on disposal of capital assets | **(732,626)** | (572,306) |
|  | **2,955,939** | 2,362,415 |
|  | **5,116,634** | 3,525,283 |

See accompanying notes.

KRP LLP
Chartered Professional Accountants