**EXHIBIT 38**

**CHART OF PERSONS IDENTIFIED IN THE COMPLAINT**

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhi bit No.** |
| Craig and Marc Kielburger | ¶¶ 28, 29 | Toronto, Ontario<br><br>https://ca.linkedin.com/in/craig-kielburger<br><br>https://www.linkedin.com/in/marckielburger/ | A |
| Mark Kelley (CBC) | ¶ 32 – Co-host of *The Fifth Estate*. | Toronto, Ontario<br><br>Catherine Perry Declaration | |
| Harvey Cashore (CBC) | ¶ 33 – Reporter and producer of *The Fifth Estate*. | Toronto, Ontario<br><br>Catherine Perry Declaration | |
| Kate McKenna (CBC producer) | ¶ 164 – a producer at CBC. | Montreal, Quebec<br><br>Catherine Perry Declaration | |
| Diana Swain (CBC, Executive Producer of The Fifth Estate) | ¶ 195 | Toronto, Ontario<br><br>Catherine Perry Declaration | |
| Bill Morneau and daughter | ¶ 78 – Former Canadian Finance Minister | Toronto, Ontario (Mr. Morneau)<br><br>https://twitter.com/bill_morneau | B |
| Stuart and Della McLaughlin | ¶¶ 107, 161, Ex. H – President of Whistler Water (2015) | North Vancouver, British Columbia<br><br>https://ca.linkedin.com/in/stuart-mclaughlin-3a450522 | C |
| John Nicola | ¶¶ 103, 119 – Founder and Chairman of Nicola Wealth | Vancouver, British Columbia<br><br>https://nicolawealth.com/about-us/<br>https://www.linkedin.com/in/john-nicola-b098a311/?originalSubdomain=ca | D |

1

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| University of BC student group; head of UBC student group James Cohen | ¶ 103 – University of British Columbia<br><br>¶ 121 – head of UBC group | | |
| Dr. Robert and Donna McFarlane | Complaint Exhibit H | Mount Forest, Ontario<br><br>https://ca.linkedin.com/in/robert-mcfarlane-194aba166 | E |
| Spencer West | ¶ 149 | Toronto, Ontario<br><br>https://www.spencer2thewest.com/ | F |
| Ms. Dalal Al-Waheidi (former WE Charity executive director) | ¶ 187 | Toronto, Ontario<br><br>https://ca.linkedin.com/in/dalal-al-waheidi | G |
| Research in Motion (RIM), and Donald Morrison (former COO of RIM/Blackberry) | ¶ 192 | Greater Toronto Area, Ontario<br><br>https://www.linkedin.com/in/donald-morrison/ | H |
| John Peller, CEO of Peller Estates (winery) | ¶ 205 n.10 | Grimsby, Ontario<br><br>https://www.datanyze.com/people/John-Peller/842839790<br><br>https://www.peller.com/pellerfamilyvineyards/our-family/ | I |
| Dave Richardson (President & CEO, Octaform Systems Inc.) | ¶ 205 | Vancouver, British Columbia<br><br>https://ca.linkedin.com/in/dave-richardson-34218513 | J |

4896-0588-9819v.8 0116066-000002

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Jennifer Tory, (formerly RBC, Board of Bell and BCE) | ¶ 205 n.10 | Toronto, Ontario<br><br>https://bce.ca/about-bce/leadership-team/board-members/jennifer-tory<br><br>https://www.gg.ca/en/honours/recipients/146-42095 | K |
| Jon and Karyn Levy, Mastermind Toys | ¶ 205 n.10 | Toronto, Ontario<br><br>https://ca.linkedin.com/in/jonathan-levy-8829991b1<br><br>https://www.mastermindtoys.com/pages/about-us#our_history | L |
| Matthew Corrin, Freshii | ¶ 205 n.10 | https://freshii.inc/corporate-governance/leadership-team/default.aspx<br><br>https://www.nsb.com/speakers/matthew-corrin/ | M |
| Chip Wilson, Lululemon | ¶ 205 n.10 | Vancouver, British Columbia<br><br>https://ca.linkedin.com/in/chipyvr | N |
| Lane Merrifield, philanthropist and former Dragon on CBC's Dragon's Den | ¶ 205 n.10 | https://www.lanemerrifield.com/bio<br><br>"…one of Canada's leading tech entrepreneurs." | O |
| Gail Asper, founder of Canadian Museum for Human Rights, Asper Foundation President | ¶ 205 n.10 | Winnipeg, Manitoba<br><br>https://asperfoundation.com/gail-asper-3/ | P |
| Greg Yuel, Lead Governor to the CFL | ¶ 205 n.10 | Saskatoon, Saskatchewan<br><br>https://ca.linkedin.com/in/greg-yuel-180776184 | Q |

4896-0588-9819v.8 0116066-000002

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| | | https://www.instagram.com/gregyuel/?hl=en | |
| Gerry Connelly, former Director of Toronto District School Board | ¶ 205 n.10 | Toronto, Ontario<br><br>https://ca.linkedin.com/in/gerry-connelly-b0408a35 | R |
| Lori Adams, founder of Sudbury Minga for Massai | ¶ 205 n.10 | Sudbury, Ontario<br><br>http://www3.sympatico.ca/lori.adams2/page06.htm | S |
| Roseanne Leddy, Chair of MAD for Maddie | ¶ 205 n.10 | Ontario<br><br>http://www.crto.on.ca/pdf/Email/HFO_intro_letter.pdf | T |
| Richard Abboud, member of Team Blue fundraising | ¶ 205 n.10 | Toronto, Ontario<br><br>https://www.forumequitypartners.com/team/richard-abboud<br><br>https://ca.linkedin.com/in/richard-abboud-5a2a7885 | U |
| Barb Cowan, retired educator in Mount Forest, Ontario | ¶ 207, Exs. H and K | Mt. Forest, Ontario | |
| Tom Cowan | Complaint Exhibit H | Mt. Forest, Ontario | |
| Koren & Dr. Aubrey Kassirer | Ex. H | Bowmanville, Ontario<br><br>https://ca.linkedin.com/in/koren-kassirer-56223a1b4 | V |
| Barbara Williams, CBC Exec. VP English Services | ¶¶ 207, 250 | Toronto, Ontario<br><br>Catherine Perry Declaration | |

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Mark Burke (wrote letter on behalf of 50 current or former Canadian educators) | ¶ 209 & Exhibit J | | |
| Matthew Pierce, CBC reporter | ¶ 211 | Toronto, Ontario<br><br>Catherine Perry Declaration | |
| Mark Quattrocchi, WE donor | ¶ 212 | Toronto, Ontario<br><br>https://ca.linkedin.com/in/markqspeaking | W |
| Former Ambassador and Diplomat Ross Hynes | ¶ 249 | Ottawa, Ontario<br><br>https://ca.linkedin.com/in/rosshynes | X |
| Catherine Tait, CBC President and CEO | ¶ 250 | Toronto, Ontario<br><br>Catherine Perry Declaration | |
| Roxanne Joyal, CEO ME to WE | ¶ 251 | Toronto, Ontario<br><br>https://ca.linkedin.com/in/roxannejoyal | Y |
| Brodie Fenlon, CBC Editor in Chief, Exec. Dir. Of Daily News, English Services | ¶¶ 396, 536 | Toronto, Ontario<br><br>Catherine Perry Declaration | |
| Ken Froese, Froese Forensic Partners | ¶ 284 | Toronto, Ontario<br><br>https://www.froeseforensic.com/staff/ken-froese/<br><br>https://ca.linkedin.com/in/ken-froese-80050615 | Z |
| Matt Galloway (CBC) | ¶ 354 | Toronto, Ontario<br><br>Catherine Perry Declaration | |

4896-0588-9819v.8 0116066-000002

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Avery Skog | ¶ 389 | Raised in Morris, Manitoba | |
| Michael "Pinball" Clemons and Michael "Pinball" Clemons Foundation | ¶¶ 391-392, 608 | Clemons resides in Ontario https://www.emjmarketing.com/michael-clemons/ The Foundation is located at 157 Lakeshore Road West Mississauga, ON, Canada L5H 1G3 https://www.pinballfoundation.ca/contactus | AA |
| Angela Sterritt (works for CBC) | ¶ 403 | Vancouver, British Columbia Catherine Perry Declaration | |
| Marie-Maude Denis (anchor of CBC's Enquete, French equivalent of The Fifth Estate) | ¶ 412 | Montreal, Quebec Catherine Perry Declaration | |
| Kim Plewes, WE Charity Canada former director of donor relations | ¶ 560 | Toronto, Ontario https://www.linkedin.com/in/kim-plewes-14550769/ | BB |
| Jack Nagler, CBC Ombudsman | ¶ 162 | Toronto, Ontario Catherine Perry Declaration | |
| Andrea Diamond (was Manager, Donor Engagement for Free the Children in Toronto) | ¶¶ 590-604 of the Complaint refer to donor relations and other employees who corresponded with Watson Jordan | *See* H. Cashore Decl., Ex. 4 | |

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Laurel Hansen (Director, Client Experience, WE; previously Manager, School Engagement for ME to WE) | ¶¶ 590-604 of the Complaint refer to donor relations and other employees who corresponded with Watson Jordan | Toronto, Ontario<br><br>https://www.linkedin.com/in/laurelhansen/details/experience/<br><br>*See* H. Cashore Decl., Ex. 2 | CC |
| Alexas Derry (was Manager, Donor Engagement for Free The Children) | ¶¶ 590-604 of the Complaint refer to donor relations and other employees who corresponded with Watson Jordan | Canada<br><br>*See* H. Cashore Decl., Ex. 7<br><br>https://ca.linkedin.com/in/alexas-derry | DD |
| Lisa Buckley (was Manager, Donor Engagement for Free The Children) | ¶¶ 590-604 of the Complaint refer to donor relations and other employees who corresponded with Watson Jordan | *See* H. Cashore Decl., Ex. 6 | |
| Daniel Mulroy (was Youth Programming Coordinator – Campus Activation, Youth and Educational Programming for Free The Children) | ¶¶ 590-604 of the Complaint refer to donor relations and other employees who corresponded with Watson Jordan | Ontario<br><br>https://www.linkedin.com/in/daniel-mulroy-b1540365/?originalSubdomain=ca<br><br>*See* H. Cashore Decl., Ex. 6 | EE |

| Canadian | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Erica Conrad (Donor Engagement for WE Charity) | ¶¶ 590-604 of the Complaint refer to donor relations and other employees who corresponded with Watson Jordan | https://www.linkedin.com/in/erica-conrad-83937930/?originalSubdomain=ca<br><br>*See* H. Cashore Decl., Ex. 12 | FF |

| American | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Robin Wiszowaty | ¶ 30<br><br>("…lives in Michigan…") | | |
| Reed Cowan | ¶¶ 141-142 | San Francisco, CA<br><br>https://www.instagram.com/darrinreedcowan/ | GG |
| Gaby Ghorbani, founder of Pledge to Humanity | ¶ 204 | Alamo, California<br><br>https://www.linkedin.com/in/gaby-ghorbani-431b3131 | HH |
| Andrea Farris, former VP of Walgreens | ¶ 205 n.10 | Illinois<br><br>https://www.linkedin.com/in/andreafarris | II |

8

| American | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Brett Tollman, Founder of TreadRight Foundation | ¶ 205 n.10 | Los Angeles, CA<br><br>https://www.bretttollman.com/about-brett-tollman/<br><br>https://www.linkedin.com/in/brett-tollman-58217725 | JJ |
| Susan Hughes, founder of Baby Girl Project | ¶ 205 n.10 | Possibly Richmond, Virginia<br><br>http://babygirlproject.org/about/ | KK |
| Andy Stillman, founder of Stillman Family Foundation | ¶ 205 n.10<br><br>Fn 10 ("…American donors …such as …Andy Stillman, founder of the Stillman Family Foundation…") | Andy Stillman is Director of the Foundation, which was formed in 2012, located in Woodland, MN.<br><br>https://www.causeiq.com/organizations/stillman-family-foundation,274027513/ | LL |
| Watson Jordan (Donor) | ¶¶ 335, 582 | Asheville, NC<br><br>https://www.linkedin.com/in/ten10resilience | MM |
| Laurie Styron | ¶ 374 ("executive director of Chicago-based CharityWatch") | Chicago, IL area<br><br>https://www.linkedin.com/in/lauriestyron | NN |
| Taylor Conroy, founder of ChangeHeroes | ¶ 205 n.10 | Los Angeles, CA<br><br>https://www.linkedin.com/in/taylorconroy333/ | OO |

4896-0588-9819v.8 0116066-000002

| Other | | | |
|---|---|---|---|
| **Name** | **Example of where they are cited in the Complaint** | **Additional source material indicating their likely area of residence or nationality** | **Exhibit No.** |
| Richard Branson | ¶ 392 | UK citizen, primarily lives in British Virgin Islands.<br><br>www.forbes.com/profile/richard-branson/?sh=abf27be6ff53 | PP |
| Rukshan de Silva (former student at Iroquois Ridge High School in Oakville, Ontario) | ¶ 350 | Canadian, resides in Sydney, Australia<br><br>https://au.linkedin.com/in/rukdesilva | QQ |
| Carol Moraa (Director WE Villages Projects, East Africa) | ¶ 31 | Kenya | |
| Craig Kreeger (former CEO of Virgin Atlantic) | ¶ 205 n.10 | London, UK<br><br>https://uk.linkedin.com/in/craig-kreeger-706422167 | RR |
| Thomas Lundgren, owner of The ONE | ¶ 205 n.10 | United Arab Emirates<br><br>https://www.esquireme.com/brief/business/26389-the-one-and-only-thomas-lundgren | SS |
| Samuel Tunai – Governor of Narok County, Kenya | ¶ 214 | Kenya | |
| John Njiru (journalist) | ¶¶ 245, 246 | Kenya | |
| Kim Campbell (Former PM of Canada) | ¶ 205 n.10 | Canadian, resides primarily in Florence, Italy<br><br>https://www.tvo.org/article/on-her-birthday-heres-to-canadas-first-female-pm | TT |

# EXHIBIT A





**Craig Kielburger** (He/Him)
Co-Founder of WE (ME to WE, WE Charity, WE Day)

ME to WE is a social enterprise focused upon leveraging private sector principles, and selling products and experiences which create an impact, to empower people to change the world through their choices as consumers. All ME to WE products carry the "Track Your Impact" technology that transparently geotags the impact for consumer engagement. Over the past five years, ME to WE has donated over 90% of proceeds to WE Charity (reinvesting the balance to grow the social enterprise), and contributed tens of millions of dollars towards charitable programs.

**Author & Syndicated Columnist**
Multiple Publishers & Newspapers
2010 - Present · 12 yrs 4 mos

A New York Times best-selling author who has written ten books, including most recently the international best-seller WEconomy: You Can Find Meaning, Make a Living, and Change the World. Author of h...see more

**Social Innovator in Residence**
KPMG
2018 - 2019 · 1 yr

KPMG's inaugural Social Innovator in Residence to assist with strategies and opportunities to achieve both profit and purpose

**Member Of The Board Of Advisors**
DocuSign
2014 - 2019 · 5 yrs

DocuSign Advisory Board member shaping DocuSign's mission, strategy, social impact, products and services.

**Board Member**
Collectively.org
2014 - 2017 · 3 yrs

Collectively was formed at the World Economic Forum by a collection of leading multinational organizations and corporations to launch a media company focused on advancing content that educates, inspir ...see more

## Education

**Northwestern University - Kellogg School of Management**
Executive Master of Business Administration
2006 - 2009

Youngest-ever graduate from the program, and recipient of the Schulich Non-Profit Scholarship.

**University of Toronto**
Bachelor of Arts (B.A.), Peace Studies and Conflict Resolution
2002 - 2006

**Institute of Corporate Directors**
ICD-Rotman Directors Education Program

## Licenses & certifications

**ICD.D**
Institute of Corporate Directors

## Volunteering

**Member**
Business Council of Canada
Jan 2019 - Present · 3 yrs 4 mos

The Business Council of Canada's 150 Member CEOs and entrepreneurs employ 1.5M+ Canadians, account for over half the value of the Toronto Stock Exchange, and contribute the largest share of Canadian corporate philanthropy and private-sector R&D.

**Board Member**
TELUS Friendly Future Foundation
Jan 2018 - Present · 4 yrs 4 mos

The TELUS Friendly Future Foundation is a $120 million endowment to help youth succeed in our digital society through better access to critical health and educational opportunities.

**Member Of The Board Of Advisors**
Federal Leaders Debates Commission
Jan 2019 - Jan 2020 · 1 yr

The Leaders' Debates Commission was an independent commission to organize Canada's 2019 federal election leaders' debates and report to Parliament.

Show all 12 volunteer experiences →

## Publications

Promoted

SHRM-Aligned HR Degree
WGU
Earn an HR degree that employer respect. 100% online and affordable.
Learn more

Attorney Needed ASAP
Crucial need for a local attorney in your area. View new cases today.
Learn more



 

  

Home    My Network    Jobs



## Marc Kielburger · 3rd

Co-Founder, WE

-     WE CHARITY
-     Harvard University

Canada · **Contact info**

489 connections

🔒 **Message**    More

## About

A Canadian human rights activist and social entrepreneur, Marc Kielburger has been working to empower young people around the world for his entire life.

Marc Kielburger and his brother Craig co-founded Free the Children when they were just teenagers. That organization became WE Charity, an international development charity and youth empowerment organization that the two brothers managed for 25 years.

Marc always wanted to inspire a generation of socially empowered young people. At the age of 13, he volunteered at a local hospice for teenage mothers and a home for elderly homeless people suffering from leprosy in Jamaica. This experience had a profound impact on Marc and his life's work.

As a public speaker, Marc has brought his message of youth empowerment to more than one million people at conferences and live stadium events.

As a New York Times bestselling author, Marc Kielburger has published eight books about global change, activism and social entrepreneurship. He received the Order of

 

Home    My Network    Jobs

He has received 10 honorary degrees and doctorates for his work in education and human rights. He earned a degree in Government from Harvard University, graduating magna cum laude. He was also awarded a Rhodes Scholarship and earned his law degree from Oxford University.

## Activity

709 followers

 + Follow

**Marc hasn't posted lately**
Marc's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Co-Founder**
WE CHARITY
1995 - Present · 27 yrs 5 mos

**Co-Founder**
ME to WE
2005 - Present · 17 yrs 5 mos
Toronto

 **Co-Founder**
WE
1995 - Present · 27 yrs 5 mos

## Education

 **Harvard University**
Bachelor's degree, International Relations and Affairs

 **University of Oxford**
Bachelor of Laws (LLB)

 

Everyone's Birthday: A Kid's Adventure in Thailand

Global Voices

Me to We: Finding Meaning In A Material World

Show all 9 publications →

## Honors & awards

**Alumnus of the Year Award Toronto Catholic District School Board**
Jan 2005

  Associated with WE

**250 Young Global Leaders World Economic Forum**

**Canada's Top 40 Leaders Under 40**

  Associated with WE

Show all 12 honors & awards →

## Interests

**Companies**    Schools

 **National Museum and Center for Service**
72 followers



 **Free The Children**
16,268 followers



Show all 13 companies →

 

Home    My Network    Jobs

Arts and Culture • Children • Civil Rights and Social Action • Disaster and Humanitarian Relief • Economic Empowerment • Education • Environment • Health • Human Rights • Social Services • Poverty Alleviation

Promoted    •••



Join An Advisory Board
Companies are looking for experts just like you.



Trust the domain leader.
GoDaddy's industry-leading domain brokers help get you the domain you want.

Learn more                    Learn more

**People you may know**

  **Chava Brandriss**
Partner at Davis Wright Tremaine LLP

Connect

  **Rob Driscoll**
Partner at Davis Wright Tremaine LLP

Connect

  **Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect

**Rachel R. Brown**
Director of Pro Bono & Social Impact at Davis Wright Tremaine LLP

Connect

  **Diana Palacios**
Partner at Davis Wright Tremaine LLP

Connect



1

Home    My Network    Jobs

questions

 Where do you see yourself in 5 years?

 Tell me about a time you surpassed people's expectations.

 Do you have any questions for me?

See all questions

Promoted                                                      ⋯

Join An Advisory Board
Companies are looking for experts just        ❯
like you.

ABA    Environmental Justice
Learn about environmental justice.            ❯

Growth the right way
Create optimal conditions for true            ❯
innovation and growth - the Kellogg
Way

**Linked**in

About              Accessibility       Talent Solutions         ❓ Questions?          Select Language
                                                                  Visit our Help Center.
Community          Careers             Marketing Solutions                               English (English)
Guidelines
                   Ad Choices          Advertising              ⚙ Manage your account
Privacy & Terms ⌄                                                  and privacy
                   Mobile                                         Go to your Settings.
Sales Solutions                        Advertising

Safety Center                          Small Business

LinkedIn Corporation © 2022

# EXHIBIT B



Bill Morneau
7,004 Tweets

Search Twitter

Follow

**Bill Morneau**
@Bill_Morneau

Former Minister of Finance 🇨🇦(2015-2020); Former Executive, Chairman & CEO (1997-2015).

Toronto, Ontario Joined October 2013

**853** Following **77.7K** Followers

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**Bill Morneau** @Bill_Morneau · May 13, 2021
My statement on the Ethics Commissioners report // Ma déclaration sur le rapport du Commissaire à l'éthique

62 73 128

**Bill Morneau** @Bill_Morneau · Jan 26, 2021
My statement on the OECD campaign // Ma déclaration sur ma campagne pour devenir secrétaire général de l'OCDE.

**You might like**

**CoinEx Global** @coinexcom Follow
Promoted

**Mélanie Joly** @melaniejoly Follow
Canada government official

**Harjit Sajjan** @HarjitSajjan Follow

Show more

**What's happening**

US national news

# EXHIBIT C





**Director**
Warranty Life
2012 – Present · 10 yrs 4 mos
Burnaby

**Chair**
Grizzly Bear Foundation
Apr 2018 – Present · 4 yrs 1 mo
Vancouver, Canada Area

Show all 10 experiences →

## Education

Huron University College, University of Western Ontario
BA, Economics, Philosophy
1978 – 1981

University of Windsor
Special Bachelor of Commerce
1981 – 1982

## Volunteering

**Chairperson**
Grizzly Bear Foundation
Jan 2016 – Present · 6 yrs 4 mos
Environment

## Skills

**Tourism** · 29
Endorsed by Peter Armstrong and 1 other who is highly skilled at this
Endorsed by 3 colleagues at Grouse Mountain

**Hospitality** · 27
Endorsed by 3 colleagues at Grouse Mountain

**Event Management** · 13
Endorsed by KELLEY Glazer who is highly skilled at this
Endorsed by 2 colleagues at Grouse Mountain

Show all 38 skills →

## Recommendations

Received   Given

**Nothing to see for now**
Recommendations that Stuart receives will appear here.

## Interests

Companies   Schools

Enchant
1,365 followers

Music Royalties Inc.
991 followers

Show all 10 companies →

### Sidebar

Connect

Pete Johnson
Seattle Partner-in-Charge at Davis Wright Tremaine LLP
Connect

Kelli Kohout
Chief Administrative Officer at Davis Wright Tremaine
Connect

Monica Thomson
—
Connect

Brent Droze
Real Estate and Land Use Attorney...
Connect

Show more ˅

**LinkedIn LEARNING**
Add new skills with these courses, free for 24 hours

Excel: Power Pivot for Beginners
176,030 viewers

Excel: Avoiding Common Mistakes (Office 365/Excel...
307,405 viewers

PLC Program Flow and Control Instructions
17,139 viewers

Show more on LinkedIn Learning

Promoted

Attorney Needed ASAP
Crucial need for a local attorney in your area. View new cases today.

Get up to $184k* Back
Trade in your Old Storage and Get up to $184k* Value in Offerings with HFE

Applying for a Job?
Grammarly ensures everything you write is clear and mistake-free. Try now.

**Linked in**

About
Community Guidelines
Privacy & Terms ˅
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging 🔴7

# EXHIBIT D



nicolawealth.com          Real Estate          Login

NICOLA

What are you searching for..?                                    ✕

Our Approach



## About Us

We provide comprehensive advice to affluent families, counsellors and institutions across Canada.

Nicola Wealth Gives Back

Women's LEAD

Careers
## Overview

Contact Us

Client Login

Meet With Us

firm dedicated to serving the complex needs of high net worth families, entrepreneurs, and professionals. Not satisfied with the existing approach and believing a more sophisticated level of planning was necessary, Nicola Wealth has made innovation a foundational cornerstone and continues to find ways to improve client returns and their experience.

## Growth

Starting out with seven staff and $80-million in assets under management, Nicola Wealth refined and developed its integrated approach to wealth management, including investments, risk management, tax planning, estate planning, and more.

Today, the firm manages $11-billion in assets, operates with nearly 400 staff, and has five offices (Vancouver, Kelowna, Richmond, Toronto and Vaughan), advising institutions and high net worth families of all professions and backgrounds.

## Innovation & Integration

At the time the firm opened its doors, there was a severe lack of sophistication in the nascent wealth management industry. Business owners were sold insurance and told to invest in stocks, bonds and mutual funds, but it was nothing more than a slightly enhanced version of what an average investor would do.

With a keen understanding of the financial industry, its many vehicles, and the elaborate rules and regulations involved, the firm now challenges conventional wisdom, implementing a specialized planning approach.

• Build assets outside of your business that are not correlated to your company's future performance.

• Reassess your compensation structure; in most cases, taking a salary and buying RRSPs is a less than ideal approach for incorporated professionals and business owners to maximize family income.

• Ensure your investment portfolio generates cash flow that is likely to be at least 50% of its long-term potential return.

• Design your life insurance to be an asset class, and more than just a risk management tool.

• Ensure your structure is tax efficient both now and with respect to your ultimate estate.

Instead of simply marketing various investments and insurance products, Nicola Wealth's team of advisors considers all parts of a client's financial situation. Investments, insurance, compensation, taxes, estate planning, and charitable giving were all measured together to create a comprehensive financial plan that takes full advantage of a client's unique circumstances.

The firm invites clients' accountants, lawyers and other advisors to meetings and makes a point of committing to constant communication and coordination with our clients' professional team – ensuring that all parties are on the same page and that all strategies were being implemented in the client's best interest.

From being one of the first Canadian firms to embrace a fee-based structure, to creating unique access to institutional-class investments for its clients, this focus on innovation and building offerings "from our client's perspective out" has been a guiding principle for the firm's continued growth and a hallmark of its success.

MEET OUR TEAM

LEARN HOW NICOLA WEALTH GIVES BACK


## Awards & Recognition

---

### 2022



BC's Top Employer 2022

**Winner**

READ MORE

## 2021



Canada's Most Admired Corporate Cultures

**Winner**

READ MORE



Best Managed Companies

**Winner - Gold Requalified**

READ MORE



BC's Top Employer 2021

**Winner**

READ MORE



Wealth Professional Awards 2021 - Employer of Choice

**2021 Finalist**

READ MORE



Wealth Professional Awards 2021 - Excellence in Philanthropy and Community Service

## 2021 Finalist

**READ MORE**



Canada's Top 100 Small & Medium Employers - Growth & Small Cap

## 2021 Winner

**READ MORE**

## 2020



Canada's 50 Best Managed Companies (Gold Standard)

## Winner

**READ MORE**



Canada's Top 100 Small & Medium Employers - Growth & Small Cap

## Winner

READ MORE



BC's Top Employer 2020

**Winner**

READ MORE

---

## 2019



Canada's 50 Best Managed Companies (Gold Standard)

**Winner**



BC's Top Employer 2019

**Winner**



Canada's Top 100 Small & Medium Employers - Growth & Small Cap

**Winner**

---

## 2018



Canada's 50 Best Managed Companies

**Winner**



Canada's 10 Most Admired Corporate Cultures

**Winner**



Canada's Top 100 Small & Medium Employers - Growth & Small Cap

**Winner**



Wealth Professional - Outstanding Philanthropy and Community Service Award

**Winner**

---

## 2017



Canada's 50 Best Managed Companies

**Winner**

READ MORE



Canada's Top 100 Small & Medium Employers

**Winner**



Canada's Most Admired CEO

**Winner - Growth & Small Cap**

READ MORE

---

## 2016



2016 Private Business Growth Award

**Top 10 Finalist**

READ MORE



Canada's Top 100 Small & Medium Employers

**Winner**

READ MORE



Canada's 50 Best Managed Companies

**Winner**

READ MORE



Private Asset Management Awards

Case 1:22-cv-00340-RDM   Document 16-41   Filed 05/04/22   Page 33 of 155

**Finalist**

READ MORE

---

## 2015



2015 Private Business Growth Awards

**Finalist**

READ MORE



Canada's 10 Most Admired Corporate Cultures - Growth & Small Cap

**Winner**

READ MORE



2015 BC CEO of the Year

**Winner - John Nicola**

READ MORE



Canada's Best Managed Companies

**Winner**

READ MORE

Subscribe

Sign up to receive Nicola Wealth's insights on wealth planning and investing



Home

Investing

Planning

News

About Us

Our Team

Nicola Wealth Gives Back

Client Stories

Meet With Us

Careers

Contact Us

©Copyright 2022 Nicola Wealth.    LEGAL



 

 Home    My Network    Jobs





# John Nicola · 3rd

Wealth Manager and CEO, CFP, CLU, CHFC

-  Nicola Wealth

Vancouver, British Columbia, Canada · **Contact info**

500+ connections

**🔒 Message**   **More**

## About

A veteran of the financial services industry since 1974, John provides strategic leadership to Nicola Wealth using his passion for providing innovative solutions to clients' complex problems.

...see more

## Featured

Link



**Nicola Wealth Mangeme**
YouTube
A short clip of John discu

 

Home    My Network    Jobs

1

## Activity
1,772 followers


+ Follow

**John Nicola** commented on a post • 1w

Denise my last message was garbled by inability to type. No one is more deserving of this than you. Your commitment to Canuck Place is extraordinary .
I am very happy for you                                                          ...show more

 275                                                          112 comments

---

**John Nicola** commented on a post • 1mo

Congrats Claire . This role is perfect for you. Well done

John

 90                                                          80 comments

---

Show all activity →

## Experience


**Chairman & CEO**
Nicola Wealth
Jan 1994 - Present · 28 yrs 5 mos
Vancouver, Canada Area

At Nicola Wealth, we specialize in private wealth management, insurance, tax efficiency, estate and retirement planning for high net worth individuals

## Volunteering


**Chairman**
Canuck Place Children's Hospice
Mar 2013 - Present · 9 yrs 3 mos
Children

As founder, Chairman, and CEO of Nicola Wealth, John Nicola provides strategic leadership to the firm, exercising his passion for providing

 

Home     My Network     Jobs

 51 endorsements

### Wealth

 45 endorsements

### Estate Planning

 Endorsed by Peter J. Merrick and 3 others who are highly skilled at this

 Endorsed by 2 colleagues at Nicola Wealth

 31 endorsements

Show all 14 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that John receives will appear here.

## Honors & awards

**Canada's Most Admired CEO**
Issued by Waterstone Human Capital · Dec 2016

 Associated with Nicola Wealth

**2015 Business in Vancouver BC CEO of the Year Award (small-medium private company)**
Jun 2015

 Associated with Nicola Wealth

Business in Vancouver and MacKay CEO Forums present the 2015 BC CEO Awards November 3rd, 2015. Winning CEOs will be profiled in Business in Vancouver on

**Earnst & Young Entrepreneur of the Year (Financial and Professional Services in the Pacific Region)**

 

Home    My Network    Jobs

"The future of entrepreneurship in Canada — and here in British Columbia — is brighter than ever," says Lui Petrollini, EY's Pacific Entrepreneur Of The Year program

## Interests

**Influencers**    Companies    Groups    Schools



**Ray Dalio**  · 3rd
Founder, Co-Chief Investment Officer, and Member of the Bridgewater Board
2,380,348 followers

➕ Follow

---

Promoted    •••



**Search Best Lawyers**
Search the 2022 Best Lawyers Workers' Compensation Law Claimants honorees.

**Join An Advisory Board**
Companies are looking for experts just like you.

Learn more              Learn more

---

## People also viewed



**David Sung, CIM, CFP, CLU, CHS** · 3rd
President | Client Relationship Manager at Nicola Wealth

Message



**Wayman Crosby**
· 3rd
Executive Director, Real Estate, Nicola Wealth Management

Message





 Wealth Planning Associate | Client Relationship Manager

**Danielle Skipp**
• 3rd

Managing Director, Ontario and CLO at Nicola Wealth

Message

 **Mark Eccleton, CPA, CA**
• 3rd

Finance and Accounting Professional

Message

Show more ⌄

## People you may know

 **Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

Connect

 **Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz

Connect

 **Adam Caldwell**
Partner at Davis Wright Tremaine

Connect

 **Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect

 **Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

Connect

Show more ⌄

 

Home        My Network        Jobs

# EXHIBIT E



Document title: (99+) Robert McFarlane | LinkedIn
Capture URL: https://www.linkedin.com/in/robert-mcfarlane-194aba166/?originalSubdomain=ca
Capture timestamp (UTC): Wed, 27 Apr 2022 15:44:50 GMT

# EXHIBIT F

# Content Creator, Motivational Speaker & Author

ᔓ **[spencer2thewest.com](spencer2thewest.com)**



<u>About Me</u>

<u>Speaking</u>

<u>Collaborations</u>

---

<u>Let's Do Something Meaningful Together</u>

---

**spencerwest.corp@gmail.com**

**68 Abell St.**
**8EKG-99NJ-Penguin Pick-Up**
**Toronto, ON M6J 3S8**

# EXHIBIT G







**Dalal Al-Waheidi** (She/Her)
Executive Partner with a mission for growth, driving results and social impact | Canada's Top 100 Women Awards Future Leader Category | Co...

More | Message | Connect

Promoted

Legal Leads For Attorneys
Color and Easy Way to Get Quality
Legal Leads, Apply for Membership
Now...

Get up to $184 off Back
Trade in your Cell Money and Get up to
$184 Telco or Military Smart Go...

Rallying for a Job?
Discover why recruiters say you
write a post that moves five. Try now...

Notable Accomplishments:
- Led program development and implementation in full coordination with selected local community organizations in the Gaza Strip and Tunisia.
- Supported media engagement in coordination with local organizations in targeted areas to raise awareness about the program.
- More than 200 girls participated in this program and 15 were awarded scholarships to participate in Volunteer Experiential Trip to Kenya.

### WE.org
8 yrs 6 mos

**Executive Director, WE Charity**
Dec 2009 – Nov 2011 · 2 yrs 2 mos

Executive Director of $26 million organization impacting more than one million young people in 45 countries. Accountable for staff of more than 250 full-time employees in 10 countries through 17 senior direct reports. Provided fiscal, strategic and operational leadership to expand organization's reach to new markets and sustain its operations through diversified funding streams. Worked directly with WE Charity's U.S. and Canadian Board of Directors on governance and budgeting.

Notable Accomplishments:
- Maintained an approximate 25% growth rate despite the global economic challenges of 2009 through revamping internal procedures, rigorous financial controls and reporting, and securing new funding streams for the organization (i.e. engaging high net worth families).
- Managed high performing team to successfully develop and implement WE Charity's annual event, "WE Day" (www.we.org/we-day) which at the time, took place in cities across Canada exclusively. Roughly 32,000 student leaders attended the event each year.
- Secured funding ($400,000) to support WE Charity's first pilot leadership program which provides essential services to inner-city youth and immigrants in Toronto.
- Helped to secure multi-year and multi-million dollar partnership with key corporate funders (i.e. RBC, TELUS, KPMG, Blackberry, etc.) to support WE Day event sponsorship.
- Developed Employee Engagement Programs for select partners to support desired growth rate and generate revenue (cash and in-kind).
- Led organization's growth strategy in the UK through partnership with Virgin Atlantic.
- Hired and trained senior management team in WE Charity's offices in Canada, the U.S., UK, Kenya, China, Ecuador and India.

**Chief Operations Director, WE Charity**
Jan 2006 – Sep 2009 · 3 yrs 9 mos

Managed 20 million dollar budget and over 135 WE Charity full-time staff members through 9 direct senior reports. Managed global operations at the international headquarters in Toronto while overseeing and building the capacity of regional offices in Canada, the U.S., Ecuador, Sri Lanka, China, Kenya and Sierra Leone. Oversaw the development of annual budgets, and disbursement of local and international program funding.

Notable Accomplishments:
- Conceptualized and managed the "O Ambassadors" Program a joint $7 million program with Oprah & Angel Network. The school-based program connected 1 million North American youth with their peers in developing countries based on the UN Millennium Development Goals. Highlights of the program's impact include:
  o WE Charity and the "O Ambassadors" Program was profiled on the Oprah Winfrey show (one-hour special that was aired multiple times). This has contributed to the generation of greater interest in WE Charity and attracted a new funder base especially in the U.S.
  o 2000 school groups were established in 32 states across the U.S.
  o Through on-going mentorship and facilitation of the O Ambassadors groups, more than 1.3 million dollars were raised to support development projects for marginalized children in Kenya, Sri Lanka, Ecuador, Ghana, India and Sierra Leone.
  o Motivational speaking tour impacting 175,000 youth.
- Led organizational design based on strategic priorities and funding growth.
- Directly hired approximately 90 new and replacement staff members in Toronto, as well as in WE's Vancouver and Montreal regional offices.
- Managed corporate partnerships and sponsorships in the Middle East (Kuwait and UAE) which resulted in securing more than $1.2 million to support development projects in Kenya, India, Sri Lanka and Sierra Leone.
- Maintained second admin rate for the charity which is approximately 10% through strong financial rigor and securing major in-kind partnerships.

**International Projects Director, WE Charity**
Jan 2002 – Dec 2005 · 4 yrs 1 mos

Responsible for managing WE Charity's holistic development programming Adopt a Village in Asia, Africa and Latin America. The model supports potable water projects, health clinics, alternative income cooperatives and primary schools in 21 developing countries. WE Charity has constructed more than 1,000 primary schools in developing countries, providing daily education to more than 55,000 children every day. WE Charity has provided 1 million people with access to clean drinking water, health care and improved sanitation facilities thanks to our projects. Additionally, 30,000 women have been equipped to become economically self-sufficient through the Adopt a Village model.

Notable Accomplishments:
- Hired as the International Projects Coordinator in 2002 and was quickly promoted to a director in 2003.
- Developed monitoring, evaluation and reporting systems focusing on sustainable livelihoods, civil society capacity-building and result-based management tools.
- Established protocols for then-burgeoning projects including strategies, training materials, and action plans to build-capacity of local offices and promote education among youth in vulnerable areas of the developing world.
- Created the original templates for donor reports on funding allocation which resulted in deeper engagement and growth in funding for projects.
- Liaised with external stakeholders (local and regional government officials, UN agencies and NGOs) to improve the planning and coordination of WE Charity's in-country projects.

### Education

**Trent University**
B.A. Hons., Bachelor of Arts in Political Science and International Development
1996 – 2000



**Dalal Al-Waheidi** (She/Her)
Executive leader with a passion for growth, driving results and social impact | Canada's Top 100 Women Award: Future Leader Category | Gr...

More · Message · Connect

Trent University
B.A. Hons. Bachelor of Arts in Political Science and International Development
1999 - 2002

• Awarded full scholarship from Trent International Program based on academic excellence and community service.
• Selected by International Development Department to participate in the Trent-in-Ecuador Development program.

UWC Red Cross Nordic
International Baccalaureate: International Baccalaureate
Sep. 1996 - May 1998

• First Palestinian to be accepted to Red Cross Nordic United World College.
• Awarded Full scholarship to attend 2 years I.B. program

Promoted

Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.

Get up to $184k* Back
Trade in your Old Storage and Get up to $184k* Value in Offerings with HPE

Applying for a Job?
Grammarly Assures everything you write is clear and mistake-free. Try now.

## Licenses & certifications

CCDI Foundations Certificate Program
Canadian Centre for Diversity and Inclusion (CCDI)
Issued May 2021 · No Expiration Date

## Volunteering

Vice Chair Board Of Directors
Canadian Arab Institute
Feb 2019 - Present · 3 yrs 3 mos

Founded in 2011, the Canadian Arab Institute (CAI) is a charitable policy and community development think-and-do-tank.

## Skills

**Fundraising** 86
Endorsed by Erin Barton and 7 others who are highly skilled at this
Endorsed by 23 colleagues at WE.org

**Leadership** 44
Endorsed by Gerry Connelly who is highly skilled at this
Endorsed by 15 colleagues at WE.org

**International Development** 30
Endorsed by 10 colleagues at WE.org

Show all 33 skills →

## Recommendations

Received    Given

Gerry Connelly
Special Advisor Education, The Learning Partnership
April 26, 2022, Gerry worked with Dalal on the same team

Dalal is an exemplary courageous and impactful leader. Her leadership exemplifies her commitment to results in the context of social justice,equity and collegiality.

Marianne Woods
Talk About Speakers Inc.
April 18, 2017, Dalal was senior to Marianne but didn't manage Marianne directly

Dalal is an engaging speaker who has the incredible ability to captivate audience members with her expressive and powerful speaking style. A master at customizing her presentations, her facts and authenticity fascinates audiences of all genres.

Rann Sharma, MA
People and Culture Director, Canadian Mental Health Association - Toronto Branch, Transformational HR Leader in provincial healthcare, Action Canada Fellow '14
January 2, 2013, Rann worked with Dalal on the same team

Dalal is a results driven leader with the ability to get things done. She is a hard-working and determined leader. Having worked with Dalal for the past 7 years, I have seen her lead Free The Children through unprecedented growth in operations, staffing and program management. She is a trusted colleague and after serving as Executive Director of Free The Children and leading Free The Children programming in ...see more

## Publications

One Women's Journey to A New World of Opportunity
Canadian Living

Messaging



Dalal Al-Waheidi (She/Her)
Executive leader with a passion for growth, driving results and social impact | Canada's Top 100 Women Award: Future Leader Category | Gr...

More    Message    Connect

## Publications

**One Women's Journey to A New World of Opportunity**
Canadian Living

Show publication ⧉

**The Experience of Motherhood Differs – But Motherhood Itself is Universal**
Canadian Living

Show publication ⧉

**Why Multiculturalism Makes Me Proud to Be Canadian**
Canadian Living

Show publication ⧉

Canada's multiculturalism sets us apart as a nation, and it's a value we need to protect.

Show all 4 publications →

## Projects

**O Ambassadors**
Mar 2006 – Jun 2010

Associated with WE.org

Show project ⧉

O Ambassadors was a joint project of Oprah's Angel Network and Free The Children, which inspired young people to become active, compassionate and knowledgeable global citizens to create lasting change in the world. By ...see more

Other creators

## Honors & awards

**Jack Matthews Fellowship**
Issued by Trent University · Jan 2016

The Jack Matthews Fellowship honours the founding leadership contributions of the late Mr. Jack Matthews to Trent University, Lakefield College School, and The Canadian Canoe Museum. The fellowship is awarded to outsta ...see more

**Top 25 Canadian Immigrant Award - 2014**
Issued by Canadian Immigrant & RBC · Jan 2014

This coveted national award recognizes the achievements and accomplishments of Canadian immigrants. It seeks to uncover and celebrate their stories and success. If you know of an immigrant who has made a positive imp...see more

**Trent Distinguished Alumni Award: Young Leader Category**
Issued by Trent University · May 2007

• Awarded by Trent University Alumni Association and Trent University Distinguished Alumni Awards for demonstrating top leadership and accomplishment early in career.                                              see more

Show all 5 honors & awards →

## Languages

**Arabic**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

**Spanish**
Elementary proficiency

## Interests

Influencers    Companies    Groups    Schools

**Dave McKay** 🔗
President & CEO at RBC
+40,637 followers

**Satya Nadella** 🔗
Chairman and CEO at Microsoft
8,785,129 followers

Show all 19 influencers →

## Causes

Promoted ···

Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now. ⟩

Get up to $184k* Back
Trade in your Old Storage and Get up to $184k* Value in Offerings with EB. ⟩

Applying for a Job?
Grammarly ensures everything you write is clear and mistake-free. Try now. ⟩

Messaging 7



Canada's multiculturalism sets us apart as a nation, and it's a value we need to protect.

Show all 4 publications →

## Projects

**O Ambassadors**
Mar 2006 - Jun 2010

Associated with WE.org

Show project

O Ambassadors was a joint project of Oprah's Angel Network and Free The Children, which inspired young people to become active, compassionate and knowledgeable global citizens to create lasting change in the world. By ...see more

**Other creators**

## Honors & awards

**Jack Matthews Fellowship**
Issued by Trent University · Jan 2016

The Jack Matthews Fellowship honours the founding leadership contributions of the late Mr. Jack Matthews to Trent University, Lakefield College School, and The Canadian Canoe Museum. The fellowship is awarded to outsta ...see more

**Top 25 Canadian Immigrant Award · 2014**
Issued by Canadian Immigrant & RBC · Jan 2014

This coveted national award recognizes the achievements and accomplishments of Canadian immigrants. It seeks to uncover and celebrate their stories and success. If you know of an immigrant who has made a positive imp...see more

**Trent Distinguished Alumni Award: Young Leader Category**
Issued by Trent University · May 2007

• Awarded by Trent University Alumni Association and Trent University Distinguished Alumni Awards for demonstrating top leadership and accomplishment early in career. ...see more

Show all 5 honors & awards →

## Languages

**Arabic**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

**Spanish**
Elementary proficiency

## Interests

Influencers    Companies    Groups    Schools

**Dave McKay**
President & CEO at RBC
140,657 followers

**Satya Nadella**
Chairman and CEO at Microsoft
9,186,129 followers

Show all 19 influencers →

## Causes

Children • Civil Rights and Social Action • Economic Empowerment • Education • Human Rights • Politics • Poverty Alleviation • Social Services

Promoted

Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.

Get up to $184k* Back
Trade in your Old Storage and Get up to $184K* Value in Offerings with HPE

Applying for a Job?
Grammarly assures everything you write is clear and mistake-free. Try now.

# EXHIBIT H



**Donald Morrison**
Chief Executive Officer at BAI Communications Canada

[More] [Message] [Connect]



**Donald Morrison**
Chief Executive Officer at BAI Communications Canada

More   Message   Connect



University of Toronto
Bachelor of Arts - Philosophy
1975

University of Virginia Darden School of Business
Executive Program
1988

Show all 4 education →

Promoted   ...

Legal Leads For Attorneys
Quick and Easy Way to Get Quality
Legal Leads, Apply for Membership
Now.

Applying for a Job?
Grammarly ensures everything you
write is clear and mistake-free. Try now.

Get up to $164k* Back
Trade in your Old Storage and Get up to
$164k* Value in Offerings with HPE

## Volunteering

**Asthma Research & Child Study**
SickKids Foundation

**Medical College – Narok County, Kenya**
Free The Children

**50-Year Anniversary of Cuban Missile Crisis**
CIGI

Show all 5 volunteer experiences →

## Skills

Strategic Planning · 3

Analytics · 5

Management · 5

Show all 7 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Donald receives will appear here.

## Honors & awards

**Human Relations Award**
Issued by Canadian Centre for Diversity & Inclusion · Jan 2011

**National Top in Sales Award**
Issued by Canadian Business · Jan 2005
Associated with BlackBerry

**Arbor Award**
Issued by University of Toronto · Jan 2001

Show all 4 honors & awards →

## Interests

**Influencers**   Companies   Groups   Schools

**Matthieu Ricard** in
Author. Beyond the Self. Happiness. Altruism.
Plea for the Animals. Founder and President,
Karuna-Shechen
77,986 followers

**Jeffrey Walker** in
Chairman, New Profit
102,985 followers

**Linked** in

About                  Accessibility        Talent Solutions      Questions?              Select Language
Community Guidelines   Careers              Marketing Solutions   Visit our Help Center.
Privacy & Terms ⌄      Ad Choices           Advertising           Manage your account and privacy   English (English)
Sales Solutions        Mobile               Small Business        Go to your Settings.
Safety Center

LinkedIn Corporation © 2022

Messaging  7   ...

# EXHIBIT I

# Chairman and Chief Financial Officer

**datanyze.com**/people/John-Peller/842839790

10 free leads on us

## Use our Chrome Extension & instantly connect with prospects

Download Free



# John Peller

ANDREW PELLER

Andrew Peller Limited

Get Free Access to John's Contact Info

## Connect with John Peller, Now

Reveal the information hidden below for free




Phone (Direct)

+1 905 ✳✳✳ ✳✳✳✳ ext. ✳✳✳✳


Phone (Mobile)

+1 905 ✳✳✳ ✳✳✳✳


Phone (HQ)

(905) 643-4131


Email

✳✳✳✳✳@andrewpeller.com


Office Address (HQ)

697 South Service Rd, Grimsby, Ontario, L3M 4E8, Canada

Reveal for Free

## Work Biography for John Peller, Andrew Peller Limited

John Peller works as a Chairman and Chief Financial Officer at Andrew Peller Limited, which is a Food & Beverage company with an estimated 1,623 employees; and founded in 1961. They are part of the Finance Executive team within the C-Suite Department and their management level is C-Level. John graduated from Western University and is currently based in Grimsby, Canada.

Pro tip before reaching out: Read up on Grimsby's current events to ❄

## Previous Work Experience

1984 - 2020

<u>Snack Works</u>
Development Manager, Corporate Planning

## Education

LLB

Dalhousie University

Ancaster High School

honorary bachelor of applied studies degree

Western University

## John's Workplace

Andrew Peller Limited

Andrew Peller Limited is a producer and marketer of quality wines and craft spirits. The company's Vintners' Quality Alliance (VQA) brands include Peller Estates, Trius, Thirty Bench, Wayne Gretzky, Sandhill, Red Rooster, Black Hills Estate, Tinhorn Creek, Gray Monk Estates, Raven Conspiracy, and Co...Read More
697 South Service Rd, Grimsby, Ontario, L3M 4E8, Canada

1,623

$300.6 M

Food & Beverage, Manufacturing

Get Full Profile Access

Ice Breakers

Warm up a cold prospect with Datanyze ice breakers

John's company in the news


Andrew Peller (TSE:ADW.A) Will Pay A Larger Dividend Than Last Year At CA$0.061

March 28, 2022


Andrew Peller Limited Reports Results for Third Quarter Fiscal 2022

February 9, 2022


Andrew Peller Ltd. Announces Timing of Third Quarter Fiscal 2022 Results & Conference Call

<u>January 26, 2022</u>

See more

Insights to Break the Ice

In your first interaction

 John is located in Canada

 John has been Chairman and Chief Financial Officer in Andrew Peller Limited for 34 years

Recommended Leads

Based on John Peller's profile and your recent activity, these leads picked for you

| Name & Title | Contact Info | |
| --- | --- | --- |
| <u>Steve Attridge</u><br>Chief Financial Officer & Executive VP, Information Technology | ✉ *****@andrewpeller.com<br>📞 +1 905 *** **** | Visit Profile |
| <u>Sara Presutto</u><br>Executive VP, Human Resources | ✉ *****@andrewpeller.com<br>📞 +1 905 *** **** ext. **** | Visit Profile |
| <u>Brendan Wall</u><br>Executive VP, Operations | ✉ *****@andrewpeller.com<br>📞 +1 905 *** **** ext. **** | Visit Profile |
| <u>James Cole</u><br>Division Vice President, Estate Wineries & Retail | ✉ *****@andrewpeller.com<br>📞 +1 905 *** **** ext. **** | Visit Profile |

| Name & Title | Contact Info | |
|---|---|---|
|  Shawn MacLeod<br>Executive VP, Marketing | ✉ *****@andrewpeller.com<br><br>📞 +1 905 *** **** ext. **** | Visit Profile |
| Patrick OBrien<br>Executive VP, Sales | ✉ *****@andrewpeller.com | Visit Profile |
| Susan Annis<br>Corporate Controller | ✉ *****@andrewpeller.com<br><br>📞 +1 905 *** **** | Visit Profile |
| Patrick Brien<br>Executive VP, Sales | | Visit Profile |

# Frequently Asked Questions about John Peller

Get Free Access to John's Contact Info



## What company does John Peller work for?

John Peller works for Andrew Peller Limited

## What is John Peller's title in Andrew Peller Limited?

John Peller's title in Andrew Peller Limited is Chairman and Chief Financial Officer

## Where is John Peller located?

John's company headquarters are in Grimsby, Ontario

## What is John Peller's headquarters phone number?

John Peller's headquarters phone number is (905) 643-4131

## Where did John Peller go to college?

John's most recent academic degree is LLB, from Dalhousie University

6/6

# The Peller Family | Peller Family Vineyards

🛡 **peller.com**/pellerfamilyvineyards/our-family



## Five Dollars and a dream

In March 1927, twenty-four-year-old Andrew Peller sailed into Halifax with five dollars in his pocket. While he had plenty of time to think about his future during the long journey from Hungary aboard the R.M.S. Ausonia, finding his definitive calling in a land of such great opportunity would take time. It wasn't until years later, when he planted his first vineyards in British Columbia's Okanagan Valley, that his ultimate dream would take root; he would create a culture across the country where Canadians, much like Europeans, would appreciate and share quality wine with family and friends.



## Family Matters

At the age of 58, thirty-four years after arriving in Canada, Andrew Peller's modest Okanagan vineyard inspired a vision for the entire family and he opened wineries in British Columbia, Ontario and Nova Scotia. As the business flourished, in 1966, Andrew's son Joe, then Chief of Medicine for Hamilton Civic Hospitals, left behind his successful career in medicine to join his father in the family business.



## The dream inspires a new generation

In 1989, Andrew's grandson, John, became the third generation to continue the family's legacy of creating truly world-class wines and winery experiences for Canadians to enjoy with family and friends. An ever-growing collection of national and international wine awards and over 280,000 visitors to the winery each year are a testament to the power of a timeless vision, an unfaltering commitment to family and a country that allows the dreams of newcomers to take flight.

Peller Estates
All rights reserved © 2022

# EXHIBIT J







Document title: (99+) Dave Richardson | LinkedIn
Capture URL: https://www.linkedin.com/in/dave-richardson-34218513/?originalSubdomain=ca
Capture timestamp (UTC): Wed, 27 Apr 2022 15:49:40 GMT

# EXHIBIT K

# Jennifer Tory

**BCE** bce.ca/about-bce/leadership-team/board-members/jennifer-tory

Ontario,
Canada

Download
photo
Jennifer Tory
is a corporate
director who
was, until her
retirement in



December 2019, the Chief Administrative Officer of RBC (a chartered bank), where she held
responsibility for Brand, Marketing, Citizenship & Communications, Procurement and Real
Estate functions globally. Prior to this role, she was Group Head, Personal & Commercial
Banking, leading RBC's retail and commercial customer businesses and operations in Canada
and the Caribbean from 2014-2017.

Throughout her 42-year career, Ms. Tory held a number of key senior operating positions
across retail distribution and operations, including overseeing digital & cost transformation
of the business. An acknowledged community leader and fundraiser, she currently sits on the

board of the Sunnybrook Hospital Foundation Board and recently completed her term on the board of the Toronto International Film Festival, the past 5 years as Chair.  A champion of diversity, Ms. Tory is the recipient of numerous awards recognizing her work related to the advancement of women and advocacy for BIPOC and LGBTQ+ communities.

Ms. Tory is a director of BCE and Bell Canada board since April 2021.

Committees :

Member of the Audit committee
Member of the Management resources and compensation committee



**The Governor General of Canada**
**Her Excellency the Right Honourable Mary Simon**

## Ms. Jennifer Tory

- Toronto, Ontario, Canada

## Order of Canada

- **Member of the Order of Canada**
  - Awarded on: November 22, 2019

# EXHIBIT L

 

 Home   My Network   Jobs



# Jonathan Levy (He/Him) · 3rd

Co-Founder of Mastermind Toys

-  Spin Master

Toronto, Ontario, Canada · **Contact info**

280 connections

🔒 **Message**   More

---

## Activity

317 followers

+ Follow

Jonathan Levy commented on a post • 1mo

Congratulations

 143                74 comments · 1 share

Jonathan Levy commented on a post • 1mo

Awesome

 132                9 comments · 1 share

Show all activity →

---

## Experience

 Spin Master

 

**Vice President, Strategic Transactions, Head of Venture (Toys)**
Permanent Full-time
Feb 2022 - Present · 4 mos
Canada

**Vice President Corporate Development**
May 2021 - Mar 2022 · 11 mos
Toronto, Ontario, Canada

 **Mastermind Toys**
38 yrs 1 mo
Toronto, Ontario, Canada

**Co-Founder & Director**
Jan 2020 - Present · 2 yrs 5 mos

**Co-Founder and CEO**
May 1984 - Jan 2020 · 35 yrs 9 mos

Mastermind Toys is a Canadian chain of toy stores specializing in high quality children's toys and books, with an emphasis on educational

## Skills

**Business Development**

 2 endorsements

## Interests

**Influencers**    Companies    Groups

 **Satya Nadella**  · 3rd
Chairman and CEO at Microsoft
9,794,318 followers

+ Follow

 **Niels B. Christiansen**  · 3rd
CEO of the LEGO Group

 

Home    My Network    Jobs

Show all 7 influencers →

Ad  •••

 

Nathan, explore jobs at **Spin Master** that
match your skills

See jobs

## People also viewed

 **Anton Rabie**
• 3rd
Co-Founder at Spin Master

+ Follow

 **Kieran Shanahan**
• 3rd
VP, Digital and Customer Experience @ Mastermind Toys

Message

 **Susan Anderson**
• 3rd
Vice President, Marketing & Brand at Mastermind Toys

Message

 **Olivia Mactavish** • 3rd+ 
Shift Lead at Mastermind Toys | Aspiring Marketing Professional

Message

 **Ryan Gunnigle**
• 3rd
CEO and Owner of Kids2

+ Follow

 

Home    My Network    Jobs

## People you may know

 **Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

Connect

 **Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz

Connect

 **Adam Caldwell**
Partner at Davis Wright Tremaine

Connect

 **Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect

 **Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

Connect

Show more ⌄

in    🔍                Home    My Network    Jobs

# About Us

mastermindtoys.com/pages/about-us







Mastermind began in 1984 as a 300-square-foot shop in Toronto that sold educational software for home computers. Since then, "Mastermind Toys" has grown into Canada's Authority on Play: the nation's biggest specialty toy and children's book retailer with 69 locations coast-to-coast including our wonder-filled website. It is a place where curiosity guides kids – and kids-at-heart – to new discoveries around every corner.


Our History
Close

**By the numbers:**

- We operate 68 stores across Canada.
- Every year our team of play experts travels more than 250,000 km across three continents to discover the best and most fun toys in the world. That's like traveling the entire Trans Canada Highway more than 30 times.
- Our largest-ever toy is an enormous Hansa elephant: he stands six feet tall and measures more than 10 feet long.
- We sell an estimated 150 million LEGO® bricks every year: that's four for every Canadian to step on (and about 10,000 left over to get sucked up in the vacuum).
- We love celebrating birthdays. We fill more than 250,000 loot bags every year: that's a lot of Silly Putty and Mini-Slinkies!
- Each year we give over 45,000 birthday gifts to our Perks Birthday Kids.

**The 1980s**

Brothers Andy and Jon Levy open **Mastermind: The Educational Computer Store** in Toronto in 1984. It's a 300-square foot shop offering educational software to families excited about their new home computers. A second shop, **Mastermind Educational** is opened in

1985 with an expanded assortment of the very best toys, games and books. As Mastermind Educational quickly becomes the destination for birthday gifts, **complimentary in-store gift-wrapping** with our signature wrap, designed in house in Canada, is launched!

### The 1990s

Over the next decade, Mastermind Educational grows to a total of 10 locations across the greater Toronto area. Its reputation as a "smart little toy store" is built on two things: the Levy brothers' **insatiable curiosity and unfailing attention to feedback**. Then and now, customer suggestions, requests and questions help to refine Mastermind Toys' unparalleled selection.

In 1997 Mastermind Educational launches their first website - **mastermindtoys.com** - and welcomes customers from across Canada and the United States.

### The 2000s

In 2005 Mastermind Educational reinvents their name – Mastermind Toys – and store locations with a fresh logo and colour scheme. The eleventh store is in the Greater Toronto Area is opened in 2007.

### The 2010s

Mastermind Toys **celebrates 25 years in business—and is ready to grow again.** In **partnership with Birch Hill Private Equity Partners, they will** bring their top-quality selection and exceptional customer service to toy-lovers across Canada. Co-founder Andy Levy retires; Jon Levy stays on as CEO and CTB—that's Chief Toy Buyer, of course. Over the next decade 57 new stores open across Canada and most importantly, Mastermind Toys continues to be proudly Canadian owned and operated.

In 2017, in its thirty-third year, Mastermind Toys celebrates with **a brand-new website** followed in 2018 by the ultra-convenient **Reserve online, pick up in-store service and Mastermind Toys Perks,** the company's first-ever loyalty program. Members enjoy a wide range of benefits, from exclusive sales and promotions to personalized recommendations and a free birthday toys for kids.

In 2019, Jon Levy retires as CEO and CTB after an astounding 35 years and national expansion.

### The 2020s

Sarah Jordan joins as CEO and sets a vision to amplify the brand as Canada's Authority on Play, to be the leader in customer and employee experience, and to embark on a digital reinvention. A new way of online shopping is launched – Pick Up In-Store, allowing customers to place their purchase on our website and then either pick up in-store, or have their package delivered to their car at curbside. On the first Tuesday of each month,

Mastermind Toys starts celebrating Grandparents with a special discount. The new Inspiring Educators program is also launched to recognize all the teachers, early childhood educators and daycare providers in Canada.

Mastermind Toys strengthens its partnerships with other leading Canadian brands including: the first branded pop-up digital store on Loblaw Marketplace; a partnership with the RBC Rewards program; and a surprise & delight program with MadeGood healthy snacks at curbside and in stores.

# EXHIBIT M

Case 1:22-cv-00340-RDM Document 16-41 Filed 05/04/22 Page 85 of 155



Matthew Corrin



Adam Corrin



Daniel Haroun



Paul Hughes



## Matthew Corrin

Matthew founded Freshii in 2005 and has served as our Chief Executive Officer and as our Chairman since December 2012. We bel
founder and his intimate knowledge of our operations and culture qualifies him to serve as Chairman of our Board. Matthew is a rec
Entrepreneur of the Year award, Canada's Top 40 under 40, Inc. Magazine's Top 30 under 30, and Canadian Association of Foodserv
the Year. Matthew holds a B.A. from the University of Western Ontario.

### Favourite Freshii Item

I like to eat something different every day of the week. I consider myself the ultimate quality control tester for the brand.

### Favourite workout

Run. Fast.

### Interesting career related factoid

I held the door open for David Letterman as he ran from the dressing room to the stage for 12-weeks in a row one summer.

### Quote to live by

"Never peak." ~Matthew Corrin

## Email Alerts

Enter your Email

Submit

Press Release

SEDAR Filing

Presentation

Event

End of Day Stock Quote

## Investor Contact

 1.866.337.4265

 ir@freshii.com

# Matthew Corrin

 nsb.com/speakers/matthew-corrin



## Speaker Books

## Speaker Biography

Matthew offers audiences insight on business success and what it takes to grow a successful global brand. He inspires audiences interested in growth, leadership, company culture, and embracing opportunity. A self-described 'American-attitude CEO,' Matthew's direct speaking style will motivate audiences rethink their approach to business, risk and opportunity.

At the same time, he talks about the need for businesses to have a positive effect on the world. Matthew's beliefs in the power of the triple bottom line: people, profit and the planet, will inspire audiences to achieve success by strategically tapping into this new consumer mindset.

While working in New York City for fashion designer Oscar de la Renta, Matthew noted the many fresh food 'mom and pop' delis and was determined to successfully brand one. At 23 years old he set out to add magic to the fresh food business by creating a restaurant brand that helps people all over the world live healthier and longer lives.

The mission was clear: to eliminate the excuse that people don't eat well because there's nothing convenient or affordable. Enter Freshii. Matthew credits the popularity of Freshii to its focus on the millennial generation. With over two-thirds of Freshii franchisees (and Matthew himself) falling within the millennial age range, the brand has an authentic appeal to this prized consumer market. In 2013, Matthew launched Fresh Startups, a technology accelerator to invest in young tech companies. In 2017, Matthew's Freshii launched their $124 million IPO with 'healthy returns for investors.'

Freshii has also partnered with Free the Children to build school kitchens and vegetable gardens in developing communities worldwide. Matthew is a member of the Young Presidents Organization (YPO) and a board member of Invest Toronto, a public board chaired by the Mayor that promotes Toronto development.

**We are not able to provide contact information or messages related to Freshii stores, feedback or franchising.  Please use the general inquiry link: https://www.freshii.com/ca/sites/contact**

## Fast growth Founder & CEO of Freshii

Matthew Corrin is well on his way to building a billion dollar business. At 23 years old, Matthew set out to create a restaurant brand that would help people all over the world live healthier and longer lives with fast food that is convenient and affordable. Enter Freshii: a brand which is now growing at a faster pace than Subway, Starbucks and many brands they admire. Today, Freshii has over 350 locations in 18 countries around the world.

# EXHIBIT N







**Chip Wilson**
Serial entrepreneur. Founder of Westbeach Snowboard, Low Tide Properties, lululemon athletica and the Wilson 5 Foundation.

More    Connect

### Co-Founder
imagine1day
2006 - 2017 · 11 yrs
Vancouver, Canada Area

### Founder
lululemon athletica
1998 - 2015 · 17 yrs
Vancouver, Canada Area

Show all 6 experiences →

Promoted

Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.
Learn more

Get up to $184k* Back
Trade in your Old Storage and Get up to $184k* Value in Offerings with HPE
Learn more

## Education

**University of Calgary**
Bachelor of Arts (B.A.), Economics
1976 - 1979

## Volunteering

volunteer/director
imagine one day
Jan 2006 - Jan 2017 · 11 yrs 1 mo

## Skills

**Leadership** · 91
Endorsed by Cormac Brown and 3 others who are highly skilled at this
Endorsed by 27 colleagues at lululemon

**Management** · 49
Endorsed by Stefan Sillher who is highly skilled at this
Endorsed by 8 colleagues at lululemon

**Training** · 40
Endorsed by 8 colleagues at lululemon

Show all 10 skills →

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Chip receives will appear here.

## Interests

Influencers    Companies    Groups    Schools

**Oprah Winfrey**
CEO, Producer, Publisher, Actress and Innovator
1,073,745 followers

**James Caan CBE**
Serial Entrepreneur. Building and Selling businesses for 25+ years. Recruitment Expert.
3,402,920 followers

Show all 19 influencers →

## Causes

Arts and Culture • Children • Education • Health • Science and Technology

**Linked** in

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging

# EXHIBIT O

# About

 **lanemerrifield.com**/bio

The newest "dragon" to join CBC's hit show *Dragon's Den*, Lane Merrifield is one of Canada's leading tech entrepreneurs. He is the founder of Club Penguin, the largest children's online social network. At age 28, he sold it to Disney for $350 million, and, as their youngest executive vice president, turned it into a billion-dollar brand.

In 2012, Lane returned to his entrepreneurial roots and launched FreshGrade, a learning assessment tool that connects teachers, parents, and students to help personalize and improve learning. It's now used in 80% of districts across Canada. Lane is also the founder of Wheelhouse, an organization that invests in and supports early-stage tech companies and entrepreneurs through mentorship, access to capital, and connections to global business networks.

Under his leadership, Lane's teams have won dozens of awards including a Webby and the prestigious BAFTA (British Academy of Film and Television) award for Club Penguin. Lane is also the recipient of an Honorary Fellows Award, Business Leader of the Year, and was named as one of the "Top 35 Executives Under 35" by *The Hollywood Reporter*.

Lane currently sits on the TELUS Friendly Future Foundation board and is an advisor for Dreamscape Immersive and several other startups.



# EXHIBIT P

# Gail Asper, O.C., O.M., LL.D., President and Trustee

asperfoundation.com/gail-asper-3



Gail Asper was born in Winnipeg, Manitoba and obtained her B.A. and LL.B. from the University of Manitoba in 1981 and 1984 respectively. After receiving her call to the Bar of Nova Scotia, Gail practiced corporate and commercial law with Goldberg & Thompson in Halifax, Nova Scotia, before joining CanWest Global Communications Corp. in 1989, as Corporate Secretary and Legal Counsel.

In 2002 she became the Managing Director of The Asper Foundation and in 2003, following the death of her father, Israel Asper, she became the Foundation's President.  In addition to supporting many Jewish and Israeli and community projects, the focus of The Asper Foundation was to spearhead the creation of the Canadian Museum for Human Rights and Gail spent from 2003 to 2014 working to achieve this goal.

Ms. Asper was a member of the Board of Directors of Canwest Global Communications Corp. from 1991 to 2010 and from 1998 to 2008 was a member of the Board of Great-West Lifeco Inc., and its subsidiaries. She serves and has served on the Boards of numerous not-for-profit groups and co-Chaired the Royal Manitoba Theatre Centre Endowment Campaign, which followed a capital campaign also co-Chaired by Ms. Asper. She also served on the Board and as President of the Royal Manitoba Theatre Centre. She is a past Campaign Chair for the Winnipeg United Way Campaign and is a Past President of the Board of Directors for the United Way of Winnipeg.  In 2005, she joined the Board of the National Arts Centre Foundation and was its chair from 2013 to 2017.  She also chaired the Combined Jewish Appeal Campaign of Winnipeg for two years and served on the Board of Directors of the Jewish Federation for a number of years.

Ms. Asper serves on the Finance Committee of the National Arts Centre, the Executive of the Board of Governors of the Hebrew University of Jerusalem and the Boards of the Canadian Museum for Human Rights and the Friends of the Canadian Museum for Human Rights. She led the $150 million National Capital Campaign for the Museum's private sector campaign, which began in 2003 and ended in 2015.

Ms. Asper has received numerous awards for her community service and is this year's Jewish National Fund Negev Gala Honouree along with her husband, Michael.  She has also received the YMCA/YWCA Women of Distinction Award for Community Voluntarism, the Governor-General's Ramon John Hnatyshyn Award for Voluntarism in the Performing Arts, Canadian Bar Association's President's Award and the Business for the Arts Bovey Award. She has received the Outstanding Volunteer Fundraiser of the Year Award, the Outstanding Philanthropist Award from the Association of Fundraising Professionals, the Canadian Network for Arts and Learning's 2019 Visionary Leadership Award and in 2021 she received The Nellie McClung Foundation's Manitoba 150 Women Trailblazer Award. She has received Honorary Doctorates from the University of Manitoba, Hebrew University of Jerusalem, Carleton University and Mount Saint Vincent University.  She was also awarded the Queen's Golden and Diamond Jubilee Medal, has received the Order of Manitoba and has been inducted as an Officer of the Order of Canada.

She is married to Dr. Michael Paterson and has two sons, Stephen and Jonathan.

© 2022, All Rights Reserved - **Please note that The Asper Foundation does not accept applications for grants or any other type of funding.** - Website by Criterion Studios

# EXHIBIT Q





Greg Yuel
Owner, President & CEO at PIC Investment Group

Great shot.

Greg Yuel commented on a post • 1w

I LOVE how those spineless weasels dove under their desks today and said "we're not planning on taxing trucks. That was made up. We have now learned that is unpopular". (I am sorry for picking on weasels. They do clean up a lot of mice)

76 comments

Show all activity →

### Experience

**Owner, President & CEO**
PIC Investment Group

**Director, Lead Governor to the CFL**
Saskatchewan Roughrider Football Club Inc.
Jun 2019 - Present · 2 yrs 11 mos
Regina, Saskatchewan, Canada

**Capital Campaign Chair**
Friends of the Bowl and Gordie Howe Sports Complex
2012 - Present · 10 yrs 4 mos
Saskatchewan, Canada

**Board Member**
Rick Hansen Foundation
2011 - Present · 11 yrs 4 mos
British Columbia, Canada

**Member of Dean's Advisory Council**
Edwards School of Business, University of Saskatchewan
2008 - Present · 14 yrs 4 mos
Saskatchewan, Canada

Show all 9 experiences →

### Licenses & certifications

**ICD.D**
Institute of Corporate Directors

### Volunteering

**Mentor**
Raj Manek Mentorship Program
Jan 1999 - Present · 23 yrs 5 mos
Education

Protégé from 1999 - 2001, and a current Mentor.

**Coach**
Various Sports Teams
Jan 1994 - Jan 2013 · 19 yrs 1 mo

St. Joseph Collegiate senior team: 1994 - 1998
University of Alberta Golden Bears: 1999   ...see more

### Interests

**Influencers**   Companies

**Bill Gates** in
Co-chair, Bill & Melinda Gates Foundation
35,560,870 followers

**Arlene Dickinson** in
CEO at Venturepark
230,565 followers

**People you may know**

Sam Hulick
Secretary at Davis Wright Tremaine LLP
Connect

Pete Johnson
Seattle Partner-in-Charge at Davis Wright Tremaine LLP
Connect

Kelli Kohout
Chief Administrative Officer at Davis Wright Tremaine
Connect

Monica Thomson
—
Connect

Brent Droze
Real Estate and Land Use Attorney
Connect

Show more ∨

in LEARNING
Add new skills with these courses, free for 24 hours

Excel: Analytics Tips
37,178 viewers

Python: Decorators
10,848 viewers

Excel: Working Together with Power Query and...
17,478 viewers

Show more on LinkedIn Learning

Promoted
$5,000 Scholarship at WGU
Become a leader with WGU. Earn your business degree online for less. Apply!

Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.

Get up to $184K* Back
Trade in your Old Storage and Get up to $184K* Value in Offerings with HPE

**Linked** in

About                    Accessibility           Talent Solutions        Questions?              Select Language
Community Guidelines     Careers                 Marketing Solutions     Visit our Help Center.  English (English)
Privacy & Terms ∨        Ad Choices              Advertising             Manage your account and privacy
Sales Solutions          Mobile                  Small Business          Go to your Settings.
Safety Center

LinkedIn Corporation © 2022

Messaging

Document title: (99+) Greg Yuel | LinkedIn
Capture URL: https://www.linkedin.com/in/greg-yuel-180776184/?originalSubdomain=ca
Capture timestamp (UTC): Wed, 27 Apr 2022 15:54:58 GMT



*Instagram*

Log In  Sign Up

gregyuel   Follow   •••



**58** posts      **325** followers      **165** following

**Greg Yuel**
Personal blog
President & Owner of PIC Investment Group Inc.
Proud husband and father
Saskatoon, Saskatchewan
**www.picgroup.ca**



⊞ POSTS                    ⊠ TAGGED



g In to Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

# Instagram

Log In   **Sign Up**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

English ∨   © 2022 Instagram from Meta

g In to Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

# EXHIBIT R





# EXHIBIT S

# Contacts

🌐 **www3.sympatico.ca**/lori.adams2/page06.htm



Sudbury Minga For Maasai

Community Helping Community


FREE THE CHILDREN

## *Contacts*

Free The Children

Me to We
Dominika Milewska,
Engagement Manager, Corporate & Family Engagement
dominika@metowe.com

416-964-8942 ext. 537

| | |
|---|---|
| Sudbury Contact:<br><br>Lori Adams, Coordinator<br>Sudbury Minga for Maasai<br><br>lori.adams2@sympatico.ca<br><br>705-522-2018 | Renee Hodgkinson, Chief Operations Director, Leaders Today<br>director@metowe.com<br><br>416-964-8942 ext 117 |

**Navigation:**

Home

What's A Minga?

Sudbury Minga for Maasai

BE the Change!

Project Plan

Partners & Supporters

Donations & Fundraising

Sudbury & Pimbiniet

SMM Kenya Volunteer Trips

Contacts

Free The Children Contact:

Nadia Humayun, Manager,
Donor Relations and Events

nadia@freethechildren.com

416-925-5894 ext 175

Home | What's a Minga | Sudbury Minga for Maasai | BE the
Change! |
Project Plan | Partners & Supporters |Donations & Fundraising |
Sudbury & Pimbiniet | SMM Kenya Volunteer Trips | Contacts

# EXHIBIT T



**COLLEGE OF RESPIRATORY THERAPISTS OF ONTARIO**

**ORDRE DES THÉRAPEUTES RESPIRATOIRES DE L'ONTARIO**

**Optimizing Respiratory Therapy Services: A Continuum of Care from Hospital to Home.**

The College of Respiratory Therapists of Ontario (CRTO) has been provided with a one-year funding grant through the Ministry of Health and Long-Term Care's (MOHLTC) **HealthForceOntario Optimizing Use of Health Providers' Competencies** initiative.  The aim of our proposal is to develop a model of care for those patients who require long-term ventilation (LTV) and require skilled support in order to successfully transition from a hospital to a community setting.

The project will have both a hospital and a community arm to address the current gaps in care that often delay or prevent patients on LTV from moving into the most appropriate permanent residence.  Respiratory Therapists (RT) in both sectors will be provided with the tools necessary facilitate and support this transition, in collaboration with the patient and their family as well as numerous other healthcare professionals.  Some of the deliverables of the projects are as follows:

➢ Develop **identification** and **needs- assessments tools** in order to determine those at risk of becoming ventilator-dependant and for those who already require LTV and could successfully transition into the community.

➢ **Process flow mapping** will enable health care professionals within both sectors to navigate the system and avoid potential obstacles that may be encountered during transition.

➢ Develop the **educational tools** necessary to provide the appropriate information to the healthcare providers in both the hospital setting and the community.  Tools will also be required to meet the unique needs of the patient and his/ her family members.

➢ Institute the **communication capacity** between the acute care facility, as well as other external organizations, and the community placement in order to facilitate the flow of information necessary to meet the patient's needs.

➢ Develop **risk management guidelines** to be utilized in the community in order to prevent and alleviate those issues that arise that otherwise would have necessitated readmission to an acute care facility.

For the purpose of this project, the **primary** community catchment area is the Central Ontario LHIN.  Our ultimate goal is to develop a model of care that can be replicated throughout the province.  If you require further information, please do not hesitate to contact:

Rosanne Leddy RRT (Project Manager) – rosannerrt@yahoo.ca or;
Carole Hamp RRT (CRTO Professional Practice Advisor) – hamp@crto.on.ca
                                    416-591-7800 x 33 or 1-800-261-0528

# EXHIBIT U

## A team diverse in thought and experience

**forumequitypartners.com**/team/richard-abboud



**Richard Abboud**

Founder & Chief Executive Officer

- richarda@forumequitypartners.com

- LinkedIn ↗

As Forum's CEO, Richard provides strategic direction, leads the senior team, and oversees the Firm's balance sheet and investment decisions.

Richard is an accomplished entrepreneur with over 30 years of experience in the areas of real estate investment and development, infrastructure development, public private partnerships, power investments, and private equity. He founded Forum as a real estate brokerage company in 1996. Forum made its initial principal investments in 2002. The firm has since generated investment, development, divestiture, and fully committed financing of more than $3 billion, with principal investment activities having yielded a cumulative return on invested capital in the top 1% of alternative asset managers. Today Forum's enterprise value of assets under management is $1.3 billion. Richard lives in Toronto with his wife and two daughters. He enthusiastically supports the community with time and money, and has served in numerous not-for-profit board positions. He is an active member of the Young Presidents' Organization.

**Our Team**
Our dynamic, entrepreneurial team excels at identifying and navigating unique investment opportunities.

When you partner with Forum, you're working with high-performing investors, asset managers, developers, as well as finance and administrative professionals who are committed to making a positive impact.





See Career Opportunities With Forum

**Our People**

## Leadership

- **Richard Abboud** Founder & Chief Executive Officer

- **Aly Damji** Managing Partner, Real Estate

- **Duncan Ramage** Managing Partner, Private Equity

- **Colleen Teed** Senior Advisor - People & Culture

- **Rajeev Viswanathan** Managing Partner & Chief Financial Officer











## Team Members

- **<u>Dayna Gilbert</u>** <u>Vice President, Real Estate Development</u>

- **<u>Greg Spafford</u>** <u>Managing Director, Real Estate Asset Management & Portfolio</u>
  <u>Manager (REIIF)</u>

- **<u>Kazeem Jaffer</u>** <u>Vice President, Real Estate Finance</u>

- **<u>Rob Kaplan</u>** <u>Principal, Private Equity</u>

- 

**Tony Leone** Partner, Corporate

- 

**Anne Madden** Vice President, Legal

- **Azalea Calix** Senior Executive Assistant & Office Manager















# EXHIBIT V



Document title: (99+) Koren Kassirer | LinkedIn
Capture URL: https://www.linkedin.com/in/koren-kassirer-56223a1b4/?originalSubdomain=ca
Capture timestamp (UTC): Wed, 27 Apr 2022 15:57:33 GMT



# EXHIBIT W





**Mark Quattrocchi**
Motivational Speaker, Facilitator & Author

More · Message · Connect

Adventure Cyclist
Jul 2014 – Jul 2016 · 2 yrs 1 mo

A cycling adventure around the world from China back to Canada for education.

**Teacher**
The Canadian International School of Sanya
Aug 2012 – Jul 2014 · 2 yrs
Sanya, Hainan, China

Full-Time Educator,
Certified Ontario College of Teachers (OCT)

## Education

**Trent University**
Bachelor of Education (B.Ed.), Elementary Education and Teaching
2011 – 2012

Grade: K-6

Activities and societies: Frontier College Tutoring, Pen Pals and Squash Team

Elementary Education Certified Grades K-6

**Trent University**
Bachelor of Arts (B.A.), Ancient History & Anthropology
2006 – 2010

Ancient History, Anthropology, Archaeology, Education

## Licenses & certifications

**Worker Health & Safety Awareness**
Labour, Training and Skills Development | Travail, Formation et Développement des compétences
Issued Jun 2019 · No Expiration Date

**Teach Mental Health**
University of British Colombia
Issued Feb 2019 · No Expiration Date

Show credential 🗗

**Food Handlers Certification**
Safe Food Handlers Corporation
Issued Jul 2016 · No Expiration Date

Show all 7 licenses & certifications →

## Volunteering

**Member Board Of Directors**
Big Brothers Big Sisters of Canada
May 2021 – Present · 1 yr
Children

Volunteering time, experience and a voice to support youth to reach their full potential in the surrounding region.

**Tutor**
Peterborough Library
Sep 2009 – Apr 2010 · 8 mos

Helping local international students with their studies. Role model and friend.

## Skills

**Motivational Speaking** · 13

Endorsed by 2 colleagues at WE.org

**Writing** · 13

**Teaching** · 13

Endorsed by Marina Quattrocchi who is highly skilled at this

Endorsed by 2 colleagues at WE.org

Show all 45 skills →

## Recommendations

Received    Given

Promoted                                    ···

Get up to $184⁰⁰ Back          Applying for a Job?
Trade in your Old Storage      Grammarly ensures
and Get up to $184⁰⁰           everything you write is
Value in Offerings with        clear and mistake-free. Try
HPE                            now.

Learn more                     Learn more

Messaging 7    ···  🗗  ^



Mark Quattrocchi
Motivational Speaker, Facilitator & Author

More   Message   Connect

## Recommendations

**Received**   Given

**Arianne Liu** [in]
DEI Leader | Training Team at lululemon
February 15, 2022, Arianne was senior to Mark but didn't manage Mark directly

I had the pleasure of working with Mark during his time at lululemon. Mark brought a wealth of knowledge and experience that enhanced the learners in our room through his charismatic and inspiring facilitations. He also quickly learned our material and was able to deliver the content to 60+ virtual learners per class. Mark's colleagues expressed how much they enjoyed working with him. I appreciated that I could lean on ...see more

**PATRICK MCGLADE**
Independent Human Resources Professional
October 3, 2015, PATRICK and Mark studied together

Endless potential!!!

**Marina Quattrocchi**
DREAMSCAPES--
October 1, 2015, Marina worked with Mark on the same team

Mark's work for the charity Free the Children is truly inspirational. He has generously given up two years of his life to cycle around the world from China, back home to Rideau Ferry, Ontario to build 4-5 schools for children in impoverished countries who would not have this opportunity without his perseverance and winning spirit. He's a multi-talented motivational speaker, teacher, writer, and photographer, His b ...see more

## Projects

**TEDx Talk**
Oct 2019 - Present
[WE] Associated with WE

Show project ☑

Cycling Around the World and the Power of 'Hello'

## Honors & awards

**Paul Delaney Outstanding Youth Philanthropist Award**
Issued by Trent University Alumni Association · Feb 2018
[WE] Associated with WE

The Paul Delaney Outstanding Youth Philanthropist Awards recognizes a recent alumni whose work sowing seeds of friendship and spirit of philanthropy makes them an outstanding model for Trent students to emulate. This ...see more

## Languages

**Chinese**
Elementary proficiency

**English**
Native or bilingual proficiency

**French**
Elementary proficiency

Show all 4 languages →

## Interests

**Influencers**   Companies   Groups   Schools

**Brené Brown** [in]
University of Houston + University of Texas at Austin | Researcher. Storyteller. Courage-builder.
3,489,500 followers

**Tim Ferriss** [in]
Bestselling author, human guinea pig. Experiments: tim.blog
1.5 | | 309 followers

Show all 5 influencers →

## Causes

Children • Civil Rights and Social Action • Education • Environment • Health • Human Rights • Poverty Alleviation

**Linked** [in]

Promoted ···

Get up to $184K* Back
Trade-in your Old Storage and Get up to $184K* Value in Offerings with HPE

Applying for a Job?
Grammarly ensures everything you write is clear and mistake-free. Try now.

Learn more          Learn more

Messaging



# EXHIBIT X

 

 Home
 My Network
 Jobs



## Ross Hynes · 3rd

Retired public service executive and ambassador.

- Self-employed
-  Queen's University

Canada · **Contact info**

**204** connections

🔒 Message    More

## About

Thirty-five years of public service. Extensive experience as government executive and ambassador:

• Representing Canada at high levels in diverse, complex multilateral fora   ...see more

## Activity

204 followers

+ Follow

**Ross hasn't posted lately**
Ross' recent posts and comments will be displayed here.

Show all activity →



### Retired government executive and ambassador.
Self-employed
May 2012 - Present · 10 yrs 1 mo
Ottawa

### High Commissioner to Pakistan
Government of Ganada
Sep 2010 - May 2012 · 1 yr 9 mos
Islamabad, Pakistan

Represented Canada & led Government of Canada's operations in Pakistan.

### Government of Canada
8 yrs

### High Commissioner/Ambassador/Permanent Representative
Sep 2006 - Aug 2010 · 4 yrs
Nairobi, Kenya

Canadian High Commissioner/Ambassador to Burundi, Eritrea, Kenya, Rwanda, Somalia, Uganda, and to United Nations' African HQ, UI  ...see more

### Director General, Foreign Affairs Stabilization and Reconstruction Task Force (START)
Jan 2005 - Aug 2006 · 1 yr 8 mos
Ottawa

Led design, establishment & operations of new organization & $100M+ Fund to coordinate Canadian responses to international humanitarian &

### Canadian Ambassador for Mine Action
Sep 2002 - Aug 2006 · 4 yrs
Ottawa

HQ-based roving ambassador, leading Canada's international efforts to combat use & effects of landmines, and comparable weapon systems.

### Deputy Executive Director, Intelligence Assessment Secretariat, Privy Council Office
Government of Canada
Nov 2001 - Jul 2002 · 9 mos
Ottawa

Deputy head of five-division intelligence assessment unit, serving prime

 

25 yrs 1 mo

**Minister-Counsellor, Permanent Mission of Canada to the United Nations.**
Jul 1996 - Sep 2001 · 5 yrs 3 mos
New York

Canadian Representative to United Nations Economic and Social Council. Managed Canada's economic, environmental, development, humanitarian,

**Canadian Representative to United Nations Commission on Human Rights**
Jan 1997 - Dec 2000 · 4 yrs
Geneva

Ministerial appointee as ambassador-level Canadian representative to principal United Nations human rights forum (concurrent with above-noted

**Coordinator/Director of Human Rights, Women's Equality, Justice**
Jul 1992 - Jul 1996 · 4 yrs 1 mo
Ottawa

Managed Canadian government foreign policy and international operations on human rights, women's equality, aboriginal affairs, crime, drugs.

Show all 4 experiences →

## Education



**Queen's University**
Master of Public Administration (MPA)
1975 - 1976



**University of Toronto**
Bachelor of Laws (LLB)
1972 - 1975

## Volunteering



**Member Board Of Directors/Chair Programs Committee**

 

Advancing equality, social justice and respect for human dignity in Canada and around the world through education: Educate-Empower-Change

### Member Board Of Directors/Vice-President

Carleton Condominium Corporation 375

Oct 2015 - May 2019 · 3 yrs 8 mos



### Member Board Of Directors

Options Bytown

Jun 2017 - Sep 2018 · 1 yr 4 mos

Social Services

Combatting homelessness in the Nation's Capital.

Show all 5 volunteer experiences →

## Skills

### Government

 Endorsed by Gaston (Gastone) Barban and 2 others who are highly skilled at this

 12 endorsements

### Foreign Policy

 Endorsed by RUSSELL STUBBERT and 1 other who is highly skilled at this

 11 endorsements

### Policy Analysis

 Endorsed by RUSSELL STUBBERT and 1 other who is highly skilled at this

 9 endorsements

Show all 33 skills →

## Languages

### French

 

Home    My Network    Jobs

**Companies**    Groups    Schools



### Options Bytown
166 followers

+ Follow

### Equitas-International Centre for Human Rights Education
2,600 followers

+ Follow

Show all 4 companies →



Promoted    •••

**Search Best Lawyers**
Search the 2022 Best Lawyers Workers'
Compensation Law Claimants honorees.    ❭

**Join An Advisory Board**
Companies are looking for executives
just like you.    ❭

**AARP job resources + more**
Get instant access to resume builder
and career tools.    ❭

## People also viewed

**Abbie Dann**
• 3rd
Community Activist at ottawa

Message



**Stuart Hughes**
• 3rd
Ex-DFAIT; Former Editor, Bout de Papier, Canada's journal of diplomacy and the Foreign
Service.

Message



 

Independent Hospitality Professional



**David Collins**
• 3rd
International Affairs Consultant

[ Message ]

**Simon Williams**
• 3rd
Special Education Consultant at Simonwilliamsconsulting

[ Message ]

Show more ⌄

## People you may know



**Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

[ Connect ]



**Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz

[ Connect ]



**Adam Caldwell**
Partner at Davis Wright Tremaine

[ Connect ]



**Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

[ Connect ]



**Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

[ Connect ]

Show more ⌄

in LEARNING

 

Home    My Network    Jobs

10,920 viewers

**Excel VBA: Process Modeling**



24,773 viewers

**Graphic Design Tips & Tricks**

357,560 viewers

Show more on LinkedIn Learning

# EXHIBIT Y



Roxanne Joyal
CEO at ME to WE

More | Message | Connect

Show all activity →

## Experience

**CEO, ME to WE**
WE
2008 - Present · 14 yrs 4 mos
Toronto, Canada

Roxanne Joyal is CEO of ME to WE, an innovative social enterprise. ME to WE provides people with better
choices for a better world, including socially conscious and environmentally friendly clothes and a ...see more

## Education

**University of Oxford**
Bachelor of Laws (LL.B.)

**Collège Régional Gabrielle-Roy**

**Stanford University**
Bachelor of Arts (B.A.), International Relations

## Skills

**Social Entrepreneurship** · 30

Endorsed by Hilary Kilgour who is highly skilled at this

Endorsed by 8 colleagues at WE.org

**Fundraising** · 29

Endorsed by Kim Plewes who is highly skilled at this

Endorsed by 7 colleagues at WE.org

**International Development** · 28

Endorsed by Finbar Hefferon who is highly skilled at this

Endorsed by 8 colleagues at WE.org

Show all 23 skills →

## Recommendations

Received  Given

**Nothing to see for now**
Recommendations that Roxanne receives will appear here.

## Languages

French

## Interests

Companies  Schools

**University of Oxford**
920,659 followers

**WE.org**
55,094 followers

Show all 3 companies →

Kelli Kohout
Chief Administrative Officer at David Wright
Tremaine

Connect

Monica Thomson
--

Connect

Brent Droze
Real Estate and Land Use Attorney

Connect

Show more ∨

James, learn what hiring managers look
for in answers to top interview questions

Describe your most
challenging project.

What do you like to do outside
of work?

What are your salary
expectations?

See all questions

Promoted

Attend class day or
night
Work. Family. School.
Balance all three with
online classes always on

Get up to $184k* Back
Trade in your Old Storage
and Get up to $184k*
Value in Offerings with
HPE

Learn more       Learn more

**Linked**in

About
Community Guidelines
Privacy & Terms ∨
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging

# EXHIBIT Z

# Ken Froese

 **froeseforensic.com**/staff/ken-froese

Senior Managing Director

55 University Avenue, Suite 1000 Toronto, Ontario, M5J 2H7
CANADA

416.926.4212

<u>vCard</u>

<u>CV</u>



**Ken Froese** is a Fellow Chartered Professional Accountant
(FCPA – 2012), a specialist in investigative and forensic
accounting (FCA·IFA – 2000), the first Fellow of the
Association of Certified Forensic Investigators of Canada (CFI
– 2001, FCFI – 2008) and a Fellow Chartered Accountant (CA
– 1983, FCA – 2013).

Ken has provided investigative and forensic accounting services to police forces,
governments, public and private companies, and individuals across a broad range of
industries. He is especially suited to financial investigations and assignments requiring an
ability to creatively address complex litigation matters, identifying and addressing the
important issues and explaining them in layman terms. Ken's experience in quantifying
damages includes commercial disputes, shareholder disputes, family law matters and
personal injury. Ken also teams with accounting experts in relation to auditor performance
lawsuits.

Ken has assisted Receivers and Trustees in Bankruptcy in various matters related to
investigating the affairs of companies and individuals, including:

- Through interviews and forensic accounting procedures, identified improper
  transactions in the months prior to a Receivership that involved the sale of a subsidiary
  to a Swiss shell company, shipping inventory to the former subsidiary, and having the
  shipments invoiced to the former parent company;
- On behalf of a Receiver for an individual, identified a hidden ownership interest in a
  condominium development in the GTA and assisted in a settlement with the partners;

- Conducted an investigation on behalf of a financial institution with a $100 investment in loans (with a 50% equity interest) in several real estate development projects and identified several million paid for a fictitious invoice for environmental cleanup, several million paid for development of adjacent properties owned by the developer, and used Norwich Pharmacol Orders to trace funds to other investments by the developer's family.

Ken has appeared as an expert witness on civil and criminal matters in courts in Ontario and Quebec as well as advising Arbitrators on accounting matters in Ontario. Ken is the author and an instructor for two Institute of Chartered Accountants of Ontario courses: "Understanding Fraud Risk Factors" and "Fraud Happens! What to Do When You Suspect Fraud."

When Ken is not working or spending time with his family, he enjoys motorcycle trips on back roads across Canada and the U.S.  Ken has been involved for many years with his church and with Community Education Services (Canada), a charity that assists disadvantaged youth in attending high school in rural Kenya.



**Ken Froese**
Senior Managing Director at Froese Forensic Partners Ltd.

More | Message | Connect

Froese Forensic Partners Ltd.
2009 - Present · 13 yrs 4 mos
Toronto, Ontario, Canada.

Froese Forensic Partners Ltd., formed in 2009, focuses on investigative and forensic accounting, litigation services and digital forensics. With offices in Toronto and Calgary, it provides personalized expert services to public and private corporations, governments, lawyers, insurers, and individuals. As a boutique FFP is noted for the expertise of its personnel, its independence and its cost-effective services.

**Director**
LECG Canada
2004 - 2009 · 5 yrs

**Partner**
Grant Thornton LLP
1991 - 2004 · 13 yrs

## Education

Riverview Rural High School

The University of Winnipeg
Bachelor of Science (B.Sc.), Mathematics

## Volunteering

**Director**
Community Education Services (CES) Canada
Jan 2020 · 1 mo

A non-profit charity providing education and support to students in the Western Province of Kenya.

## Skills

**Forensic Accounting** · 55
Endorsed by Hazel de Burgh who is highly skilled at this
Endorsed by 5 colleagues at Froese Forensic Partners Ltd.

**Fraud** · 37
Endorsed by Sandy Boucher, BSc, CFE and 1 other who is highly skilled at this

**Litigation Support** · 35
Endorsed by 6 colleagues at Grant Thornton LLP (Canada)

Show all 33 skills →

## Recommendations

Received | Given

**Nothing to see for now**
Recommendations that Ken receives will appear here.

## Interests

Companies | Groups | Schools

Taylor Devices, Inc.
2,263 followers

The University of Winnipeg
41,316 followers

Show all 5 companies →

Pete Johnson
Seattle Partner—Charge at David Wright Tremaine LLP
Connect

Kelli Kohout
Chief Administrative Officer at David Wright Tremaine
Connect

Monica Thomson
Connect

Brent Droze
Real Estate and Land Use Attorney
Connect

Show more ∨

LEARNING
Add new skills with these courses, free for 24 hours

Python: Decorators
10,846 viewers

SQL Essential Training
560,023 viewers

Excel: Avoiding Common Mistakes (Office 365/Excel...
307,400 viewers

Show more on LinkedIn Learning

Promoted
$5,000 Scholarship at WGU
Become a leader with WGU. Earn your business degree online for less. Apply!

Get up to $184k* Back
Trade in your Oto Storage and Get up to $184K* Value in Offerings with HPE.

Applying for a Job?
Grammarly ensures everything you write is clear and mistake-free. Try now.

Linked**in**

About
Community Guidelines
Privacy & Terms ∨
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging