# EXHIBIT AA

# Michael Clemons

**emjmarketing.com**/michael-clemons

November 11, 2018



Michael "Pinball" Clemons was born January 15, 1965 in Dunedin, Florida. A William and Mary College economics graduate, he signed as a free agent with the Toronto Argonauts in June, 1989 after a brief stint with the Kansas City Chiefs of the NFL. In his first game as an Argo, he was named player-of-the-game with two kickoff returns for 62 yards and five punt returns for 46 yards.

His coach, Bob O'Billovich, started calling his dynamic running back and returner "Pinball" because of his knack for bouncing off would-be tacklers. In just his second year, Pinball set a single season record amassing 3,300 all-purpose yards. In 1997, Clemons surpassed his own mark when he recorded 3,840 all-purpose yards, a record that still stands today. He also holds the career record for combined yards with 25,438. Both are both pro-football records.

In 1999 he passed the 5,000 yard mark in four separate categories: rushing (5,341), receiving (7,015), kickoff returns (6,349), and punt returns (6,025) — the only person in pro-football to do this.

After a phenomenal career, Pinball retired in 2000 and immediately stepped into the head coaching position which he held until November, 2001. After a brief period as the club's President, Clemons again took over the head coaching job from 2002 to 2007. He now serves as the Chief Executive Officer of the Toronto Argonauts.

He has been recognized by many organizations for his work with charities, schools and other community groups. In 2005, he was an integral part of launching The Argos Foundation –- Stop the Violence. In February, 2006, Clemons was named Chair of the Youth Challenge Fund by Ontario Premier Dalton McGuinty. In 2007, he fulfilled a long-time ambition by launching the Michael "Pinball" Clemons Foundation which is dedicated to helping disadvantaged youth.

"American by birth but Canadian by choice", Clemons and his wife Diane, along with their daughters Rachel, Raven and Rylie, live in Oakville, Ontario.

Speaking topics All Heart, The importance of Team Work, Winning Against the Odds

bio courtesy of the CFLHOF

# Contact Us | Pinball Clemons Foundation

🌐 **pinballfoundation.ca**/contactus



## CONTACT US



## ADDRESS

**157 Lakeshore Road West**

**Mississauga, ON L5H 1G3**



## PHONE

**OFFICE: 416.735.4040**



## EMAIL

**info@pinballfoundation.ca**

Board

Team

Mentors

## Meet The Board







**Michael "Pinball Clemons**

**Co-Founder**

**Diane Clemons**

**Co-Founder**

---

**Selen Alpay**

**Chairman**

---







**Mike Hetherman**

---

**David Reale**

---

**Tony Rubino**

---





**Runa Dhar Whitaker**

**Richard Clarke**

**Chief Operating Officer**

**Meet The Team**



**Jennifer Branco**

**Executive Director**

**jennifer@pinballfoundation.ca**



**Jane Hilder**

**Manager of Finance and Administration**

**jane@pinballfoundation.ca**



**Kevin Mathiasz**

**Director of Partnerships kevin@pinballfoundation.ca**



**Bianca Bertagnolio**

**Director of Operations bianca@pinballfoundation.ca**



**Colin Hayes**

**Marketing and Creative Manager**

**colin@pinballfoundation.ca**



**Paul VanderGriendt**

**Event Management Coordinator**

**paul@pinballfoundation.ca**

**Meet The Mentors**







**Orlando Bowen**

**Jermaine Frazer**

**Sherri Sanjurjo**





**Skye Bowen**

**Roy Pogorzelski**





## Kevin Lawler

## Tori Radford

## YOU MAY ALSO BE INTERESTED IN...



## OUR EVENTS

Check out our upcoming events for your chance to get involved and make an impact.



## WAYS TO GIVE

Learn more about how you can help empower youth through education.



## DONOR SPOTLIGHT

Take a look at what our amazing supporters are doing to help empower youth.

## DONATE NOW TO MAKE A DIFFERENCE

Empower youth through education by bringing them from the margins to the mainstream.

DONATE



# EXHIBIT BB

Ad ···

Explore RFP software for automation, collaboration and efficiency.



Follow for the latest financial services RFP news.

Follow



## Kim Plewes 🔊 (She/Her)

Philanthropic Advisory Specialist at RBC Wealth Management Services

Toronto, Ontario, Canada · Contact info

500+ connections

Connect   🔒 Message   More

RBC Wealth Management

### About

Philanthropy is more than simply writing a check; it creates a unique opportunity to pair a family/family foundation/office's passion & values with the right organization. I make it my mission to act as this matchmaker, maximizing the impact that can come from available philanthropic dollars.

With 15+ years of experience in the non-profit and fundraising sectors, I thrive in creating bespoke stewardship opportunities that enable donors to understand and engage with the impact they've created.

Areas of expertise:
- A donor-centric and innovative relationship-builder, skilled at matching families, companies, and individuals with tailored donation opportunities

- Unique experience in reporting impact measurement to meet a donor's vision, including expertise in collecting first-hand accounts from individuals in rural communities around the world

- Significant experience in complex and dynamic project management and logistics

- Managed teams of various sizes, guiding them to successfully meet shared goals

- Natural storyteller who can tailor experiences and presentations to any audience or theme

### Featured



**Learning directly from program beneficiaries**
In my role as Head of Major Gifts of WE, I spent considerable time tailoring our reporting and stewardship experiences to each UHNW family we worked with. Pivotal to this work was hearing...



**Sharing my newest speech on women's empowerment with...**
I went on a 18-month personal discovery journey when creating my newest presentation: finding my unique perspective on the complex and dynamic space of women's empowerment. It's...



**Addressing 6,800+ youth & educators at WE Day Texas 2019**
Addressing students from across Texas and Oklahoma who worked so hard to earn their way to WE Day through local and global service is a highlight of my speaking career.

### Activity
1,414 followers

+ Follow

Kim Plewes posted this · 5d

Looking for a new role in fundraising with a really innovative organization working to support college grads overcome underemployment? Check out this new job posting at COOP .   ...show more



**Senior Manager of Development (Full-time)**
boards.greenhouse.io · 3 min read

Kim Plewes posted this · 3w

Started my morning by reading the annual  CanadaHelps  Giving Report. It's always a really helpful snapshot of what is happening with the charitable sector and trends in Canadian charitable giving. Unfortunately the data is s   ...show more



**Download The Giving Report 2022**
canadahelps.org · 1 min read

Kim Plewes posted this · 2mo

American friends, if you are looking for a fantastic opportunity to join an organization transforming the child welfare system through technology and innovation, please check out the  Think of Us  career page. If you are inte   ...show more

### People also viewed

**Julia Gorman** · 3rd+
Philanthropic Advisor to individuals and families, family foundations and donor...
Connect

**Mary DePaoli** · 3rd+
Executive Vice President Chief Marketing Officer RBC
Connect

**Patrick Tohill** · 3rd+
Senior Public Relations & Public Affairs Specialist · Offers 20+ years experience...
Connect

**Elektra Simms** · 3rd+
Coffee Maker, Small Business Owner, Freelance Strategic Project Manager
Connect

**Liz Bremner, CFRE** · 3rd+
Non-Profit Leader | Strategist | Fundraiser | Social Impact Enthusiast
Connect

Show more ˅

### People you may know

**Sam Hulick**
Secretary at Davis Wright Tremaine LLP
Connect

**Pete Johnson**
Seattle Partner-in-Charge at Davis Wright Tremaine LLP
Connect

**Kelli Kohout**
Chief Administrative Officer at Davis Wright Tremaine
Connect

**Monica Thomson**
...
Connect

**Brent Droze**
Real Estate and Land Use Attorney
Connect

Show more ˅

James, learn what hiring managers look for in answers to top interview questions


Tell me about a time you worked with a difficult person.


What is your greatest weakness?


Tell me about a time you showed leadership.


Messaging



Kim Plewes (She/Her)
Philanthropic Advisory Specialist at RBC Wealth Management Services
Kim Plewes posted this • 2 days

American friends, if you are looking for a fantastic opportunity to join an organization transforming the child welfare system through technology and innovation, please check out the **Think of Us** career page. If you are inte ...show more

careers
thinkof-us.org • 2 min read

🔵 7                                                                                          1 comment

Show all activity →

## Experience

**Philanthropic Advisory Specialist**
RBC Wealth Management • Permanent Full-time
Apr 2021 - Present · 1 yr 1 mo
Toronto, Ontario, Canada

I am working with high net worth and ultra-high net worth clients in Ontario, Quebec, and Atlantic Canada to identify strategies and solutions that merge a client's charitable giving intentions with their financial goals and objectives.

**WE.org**
16 yrs

**Head, Major Gifts**
Sep 2019 - Dec 2020 · 1 yr 4 mos
Toronto

I led an incredible team of fundraising professionals as we drove to reach ambitious, multi million dollar fundraising targets in order to expand, and sustain WE's domestic and international programming. This team worked to personalize each stakeholder's experience, including proposal development, reporting, and engagement with the organization's programming.

As part of WE Charity Canada's winddown, I also worked closely with top donors to assuage concerns, manage expectations, and provide timely updates on project & program timelines.

**Trips facilitator**
Jul 2005 - Dec 2020 · 15 yrs 6 mos
Toronto, Canada Area

- Hosted families on some of the organization's most elite trips to Kenya, India, Tanzania, and Ecuador, creating superb VIP experiences for leading Canadian and American families and celebrities.
- Hosted hundreds of young people and families on hundreds of international volunteer trips to Ecuador, Kenya, Ghana, India, Haiti, Tanzania, and the Arizona-Mexico border.
- Was responsible for the overall safety and experience of participants (including logistics, programming, running leadership modules, community interaction, and teambuilders)
- Was a primary resource on our annual YPO-WPO African Adventures Kenya trip

**Motivational Speaker**
2005 - 2020 · 15 yrs
Toronto, Canada Area

- Addressed tens of thousands of young people, educators and adult audiences throughout Canada and the United States, as well as international audiences in Sweden, China, Egypt and the United Kingdom
- Shared stories of my own travel and volunteer experiences, as well as other incredible young people including Free The Children's founder, Free The Children, to exemplify the message that "small decisions can have the greatest impact"
- Highlights include the 2013 Skoll World Forum on Social Entrepreneurship, the World Children's Prize national speaking tour, YPO/WPO audiences, Harvard University and Youth Speak, We Listen International Peace Conference

**Senior Advisor**
WE
Sep 2017 - Sep 2019 · 2 yrs 1 mo
Toronto

I've work closely with WE's co-founders, Marc and Craig Kielburger, in a variety of outreach, fundraising and engagement activities with our leading corporate partners, families and foundations.

**Free The Children**
3 yrs 1 mo
Toronto, Canada Area

**International Campaign Co-Director, the Power of Change: 20th Anniversary Challenge**
Dec 2015 - Sep 2017 · 1 yr 10 mos

I worked closely with Free The Children's co-founders and leading Canadian and American philanthropists to lead and shape our first ever formal capital and solicit the funds to reach a multimillion dollar funding goal. With these funds, our domestic and international teams will have the resources necessary to reach targets that will produce transformational educational change here at home and poverty reduction internationally.

**Director, Donor Engagement**
Sep 2014 - Dec 2015 · 1 yr 4 mos

I drove organizational strategy as it relates to the stewardship and retention of individual and family donors and oversee the team responsible for this work. I worked closely with many of the organization's biggest champions and was responsible for reaching multi million dollar fundraising targets.

**Free The Children**
4 yrs 11 mos

**Associate Director, Special Partnerships**
Oct 2011 - Apr 2013 · 1 yr 7 mos

Tell me about a time you showed leadership.

See all questions

Promoted

Level up your career
Use data and psychology to rock your organization. Applications due May 5.

Grow your skills
Unlock free access to 16,000+ expert-led courses for one month

Block 2B+ Bad Passwords
Specops AD software blocks the use of over 2 billion breached passwords

Messaging 7

Kim Plewes (She/Her)
Philanthropic Advisory Specialist at RBC Wealth Management Services

More    Message    Connect

4 yrs 11 mos

- **Associate Director, Special Partnerships**
  Oct 2011 - Apr 2013 · 1 yr 7 mos

  Created and implemented personalized engagement strategies for many of our most valued stakeholders from across the United States.

- **Family Engagement Manager**
  Sep 2009 - Oct 2011 · 2 yrs 2 mos
  Washington D.C. Metro Area

  Engaged new families from across the United States in our programming and helped to build Free The Children's name recognition in new markets.

- **Youth Programming Manager**
  Jun 2008 - Sep 2009 · 1 yr 4 mos
  Palo Alto, California

  Co-founded Free The Children's first US based office. Oversaw and implemented all strategies to engage 100+ schools and groups in our customized youth programming from across the state. Spoke at schools and mentored young people in developing the necessary leadership skills to fundraise and engage their school communities.

## Education

**University of Oxford**
senior study abroad year
2012 - 2013

Spent an incredible, challenging year immersed in the academics and life of the students of Oxford as I completed my university degree.

**American University**
Bachelor of Arts (B.A.), Development Economics and International Development
2009 - 2013

Focused my academics on development studies in Africa.

## Licenses & certifications

**Gift Planning Fundamentals**
Canadian Association of Gift Planners (CAGP)
Issued May 2021 · No Expiration Date

**Master Financial Advisor - Philanthropy (MFA-P)**
Knowledge Bureau
Issued Apr 2021 · No Expiration Date

**Finance for Non-Financial Managers**
LinkedIn
Issued Feb 2021 · No Expiration Date

Show credential ↗

Show all 9 licenses & certifications →

## Volunteering

**volunteer; fed kittens**
Toronto Humane Society
Sep 2007 - Jun 2008 · 10 mos
Animal Welfare

I had the wonderful joy of feeding kittens, cleaning cages and generally giving affection to kittens and cats of all ages each week for the last year I lived in Toronto. I greatly look forward to resuming this post when I return to Toronto.

## Skills

**Public Speaking** · 61
Endorsed by Vishal Vijay and 6 others who are highly skilled at this
Endorsed by 26 colleagues at WE.org

**Leadership** · 30
Endorsed by David Baum who is highly skilled at this
Endorsed by 10 colleagues at WE.org

**Nonprofits** · 27
Endorsed by Allison Sandmeyer-Graves and 4 others who are highly skilled at this

Promoted

**Level up your career**
Use data and psychology to rock your organization. Applications due May 5.

**Grow your skills**
Unlock free access to 16,000+ expert-led courses for one month

**Block 2B+ Bad Passwords**
Specops AD software blocks the use of over 2 billion breached passwords

Messaging



**Kim Plewes** (She/Her)
Philanthropic Advisory Specialist at RBC Wealth Management Services

More   🔒 Message   Connect

**Nonprofits** · 27

Endorsed by Allison Sandmeyer-Graves and 4 others who are highly skilled at this

Endorsed by 7 colleagues at WE.org

Show all 27 skills →

Promoted ···

**Level up your career**
Use data and psychology to rock your organization. Applications due May 5. ›

**Grow your skills**
Unlock free access to 16,000+ expert-led courses for one month ›

**Block 2B+ Bad Passwords**
Specops AD software blocks the use of over 2 billion breached passwords ›

## Recommendations

**Received**   Given

**David Baum**
Change/Strategy/Consulting/Speaking
January 13, 2021, Kim was David's client

Throughout my career as a change management consultant, I have worked with companies and organizations of all sizes. Some of the employees I see only once or twice, but in unique situations, I have the opportunity to work with someone throughout his/her career. Kim is one of those people.

I first met Kim when she was fresh out of high school. While her passion for creating positive change was palpable, she faced a huge learning curve to thrive in the workplace. With every meeting we had, she actively sought out feedback and coaching. Her desire to grow and hone her skills was unwavering. I've watched her battle her own demons of self-esteem, only to thrive whenever she was presented with a new opportunity to grow and contribute.

Throughout the past 15+ years, Kim has had multiple careers while at WE - as one of WE's seniormost fundraisers, as an incredibly skilled trips facilitator, as a sought-after project manager, and accomplished public speaker. Regardless of the role she's held, I have heard time and time again from employees at all levels throughout the organization that Kim embodies the values of collaboration, grit, perseverance, loyalty, and creativity. I've watched as her skill to form meaningful relationships with colleagues, donors, travellers - whoever she comes in touch with - has become the thing she's become best known for.

I can honestly say without a shadow of a doubt that you want Kim on your team. She will bring her best every day and quickly become invaluable in supporting your team in meeting, and exceeding, your goals.

**Donald Morrison**
Chief Executive Officer at BAI Communications Canada
January 11, 2021, Donald worked with Kim but they were at different companies

My wife and I have worked with several major gifts officers throughout my life. While they are typically strong ambassadors for the organization they work for, Kim has stood out for her unique approach and incredible ability to form meaningful and deeply personal relationships.

What's impressed me most about Kim has been her ability to deeply listen to our needs, concerns, and interests and respond with high-quality information in a timely manner. Whether we've had questions about a particular point of implementation on a project or big ideas for what we'd like to see and do on a trip to see these projects in person, Kim's ability to deliver has been constant.

As a result of the bespoke nature of this approach, my wife and I found ourselves regularly moved to engage more deeply with the organization and share its work with those in our network - a decision we didn't make lightly.

Should you, or your team, ever have the opportunity to work with Kim, I'm sure you'll quickly see the benefits that come from Kim's highly skilled approach to relationship management.

**Nancy Tudorache**
Regional Vice President, Canada at GBTA | Global Business Travel Association
January 7, 2021, Nancy worked with Kim but they were at different companies

We invited Kim to speak at our Global Business Travel Association's (GBTA) annual Canadian conference (pre COVID) in Toronto - an important gathering for thousands of members of our travel community. As we work each year to provide unique and compelling content to our membership, I was so excited when the opportunity was presented for Kim and a colleague from Kenya to come and speak on the Momentum of Women.

I found Kim a pleasure to work with in the lead-up to the conference. In briefing calls, she was eager to understand the audience and the goals we had for the session so she could tailor the content accordingly. And her presentation did not disappoint! She was FABULOUS!

Kim is a natural storyteller. The passion behind her words and confidence on stage was so compelling. And the ease with which she and her colleague spoke was both authentic and impressive. It was clear they had practised in order to offer a seamless delivery.

I would strongly recommend Kim for your upcoming events - we were so glad to have had her join us!

Show all 9 received →

## Languages

**Danish**
Elementary proficiency

**English**
Native or bilingual proficiency

**French**
Professional working proficiency

Show all 4 languages →

Document title: (99+) Kim Plewes | LinkedIn
Capture URL: https://www.linkedin.com/in/kim-plewes-14550769/
Capture timestamp (UTC): Wed, 27 Apr 2022 16:22:52 GMT

Kim Plewes (She/Her)
Philanthropic Advisory Specialist at RBC Wealth Management Services

More    Message    Connect

I can honestly say without a shadow of a doubt that you want Kim on your team. She will bring her best every day and quickly become invaluable in supporting your team in meeting, and exceeding, your goals.

**Donald Morrison**
Chief Executive Officer at BAI Communications Canada
January 11, 2021, Donald worked with Kim but they were at different companies

My wife and I have worked with several major gifts officers throughout my life. While they are typically strong ambassadors for the organization they work for, Kim has stood out for her unique approach and incredible ability to form meaningful and deeply personal relationships.

What's impressed me most about Kim has been her ability to deeply listen to our needs, concerns, and interests and respond with high-quality information in a timely manner. Whether we've had questions about a particular point of implementation on a project or big ideas for what we'd like to see and do on a trip to see these projects in person. Kim's ability to deliver has been constant.

As a result of the bespoke nature of this approach, my wife and I found ourselves regularly moved to engage more deeply with the organization and share its work with those in our network - a decision we didn't make lightly.

Should you, or your team, ever have the opportunity to work with Kim. I'm sure you'll quickly see the benefits that come from Kim's highly skilled approach to relationship management.

**Nancy Tudorache**
Regional Vice President, Canada at GBTA | Global Business Travel Association
January 7, 2021, Nancy worked with Kim but they were at different companies

We invited Kim to speak at our Global Business Travel Association's (GBTA) annual Canadian conference (pre COVID) in Toronto - an important gathering for thousands of members of our travel community. As we work each year to provide unique and compelling content to our membership. I was so excited when the opportunity was presented for Kim and a colleague from Kenya to come and speak on the Momentum of Women.

I found Kim a pleasure to work with in the lead-up to the conference. In briefing calls, she was eager to understand the audience and the goals we had for the session so she could tailor the content accordingly. And her presentation did not disappoint! She was FABULOUS!

Kim is a natural storyteller. The passion behind her words and confidence on stage was so compelling. And the ease with which she and her colleague spoke was both authentic and impressive. It was clear they had practised in order to offer a seamless delivery.

I would strongly recommend Kim for your upcoming events - we were so glad to have had her join us!

Show all 9 received →

## Languages

**Danish**
Elementary proficiency

**English**
Native or bilingual proficiency

**French**
Professional working proficiency

Show all 4 languages →

## Interests

**Influencers**    Companies    Groups    Schools

**Melinda French Gates**
Co-chair of the Bill & Melinda Gates Foundation. Founder of Pivotal Ventures, Author of The Moment of Lift.
7,098,074 followers

**Dave McKay**
President & CEO at RBC
140,641 followers

## Causes

Animal Welfare • Children • Civil Rights and Social Action • Economic Empowerment • Education • Environment • Human Rights • Disaster and Humanitarian Relief • Politics • Poverty Alleviation

**Promoted**
Level up your career
Use data and psychology to rock your organization. Applications due May 5.

Grow your skills
Unlock free access to 16,000+ expert-led courses for one month

Block 2B+ Bad Passwords
Specops AD software blocks the use of over 2 billion breached passwords

**Linked** in

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging

# EXHIBIT CC

             
Home          My Network          Jobs



## Laurel Hansen · 3rd

Sustainability Leader | Program Management | Strategic Partnerships |

-  EcoVadis
-  University of Toronto - University of St. Michael's College

Toronto, Ontario, Canada · Contact info

500+ connections

🔒 Message          More

---

## About

Experienced Sustainability professional specializing in strategy development and execution. I believe that an effective strategy acknowledges our current environmental, social, and economic context and considers a broader understanding of value creation. Built on this foundation, a strong strategy charts a realis  ...see more

---

## Activity
829 followers

+ Follow

**Laurel Hansen** commented on a post • 1mo

So exciting! Anyone is fortunate to have your expertise on their side. Can't wait to hear more about it!

 221                                          79 comments

 

Home     My Network     Jobs

328            82 comments

Show all activity →

## Experience



### EcoVadis
Permanent Full-time · 1 yr 2 mos
Toronto, Ontario, Canada

#### Customer Success Team Lead
Jan 2022 - Present · 5 mos

#### Customer Success Manager
Apr 2021 - Jan 2022 · 10 mos

EcoVadis is the world's most trusted provider of business sustainability ratings, intelligence and collaborative performance improvement tools for



### Program & Sustainability Consultant
University of Toronto - University of St. Michael's College · Contract Part-time
Sep 2020 - May 2021 · 9 mos
Toronto, Ontario, Canada

Member of a four-person leadership team launching a new project for the Graduate Diploma of Social Responsibility and Sustainability pro ...see more

 USMC and Umalia Collaborate on Brokering Multi-Stakeholder Partnerships



### WE.org
5 yrs

#### Director of Stewardship & Operations
Contract Full-time
Jun 2020 - Mar 2021 · 10 mos
Toronto, Ontario, Canada

- Directly manage strategic donor relationships with US foundations making multi-million-dollar charitable commitments     ...see more

#### Director of Strategic Operations and Sustainability

 

Home    My Network    Jobs

Working directly with our senior leadership team, I was responsible for leading transformation projects and sustainability strategy for M   ...see more

### Director of Client Experience
Permanent Full-time
May 2018 - Sep 2019 · 1 yr 5 mos
Toronto, Canada Area

Responsible for leading a team of 25 and partnering with regional offices globally to provide world class service to thousands of travelers every year.

Show all 4 experiences →



### Global Director of Business Development
TerraCycle Canada · Permanent Full-time
Aug 2015 - Mar 2016 · 8 mos
Toronto, Canada Area

Engaged with retailers and CPG companies, including Unilever, L'Oreal, Staples and Macy's, creating a dialogue about waste management risk



### Account Manager
Softchoice · Permanent Full-time
Sep 2014 - Jul 2015 · 11 mos
Toronto, Canada Area

Show all 11 experiences →

## Education



### University of Toronto - University of St. Michael's College
Graduate Diploma, Corporate Social Responsibility & Sustainability
2018 - 2019

" The longest standing and most respected program of its kind in Canada and recognized world-wide."



### University of Ottawa
Bachelor of Social Science, International Development and Globalization
2005 - 2009



### Linnaeus University
Peace and Development Studies

 

Home    My Network    Jobs

## Licenses & certifications


**FSA Credential Level II Candidate**
SASB Standards
Issued Mar 2021 · No Expiration Date

[ Show credential ⬈ ]

---


**Certified Travel Counsellor**
Travel Industry Council of Ontario (Ontario's Travel Regulator)
Issued Sep 2010 · No Expiration Date

[ Show credential ⬈ ]

---


**Psychological First Aid**
Canadian Red Cross
Issued Feb 2020 · Expires Feb 2030

[ Show credential ⬈ ]

## Volunteering


**Subject Matter Expert: Corporate Social Responsibility - WE Are Social Entrepreneurs program**
WE.org
Mar 2020 - Aug 2020 · 6 mos
Education

Deliver a workshops for young social entrepreneurs focused on how businesses are aligning with SDGs and using this common language to

---


**Board Member**
Cultivate Toronto
May 2014 - Jan 2016 · 1 yr 9 mos
Environment

---


**Board Member**
Adult Learning Centre - Literacy North Halton
Mar 2010 - Jun 2011 · 1 yr 4 mos
Education

 

Home    My Network    Jobs

## Skills

### Strategic Planning

 Endorsed by 9 colleagues at WE.org

👥 10 endorsements

---

### Project Management

 Endorsed by 6 colleagues at WE.org

👥 7 endorsements

---

### Sustainability

 Endorsed by 11 colleagues at WE.org

👥 12 endorsements

Show all 34 skills →

## Recommendations

**Received**    Given

 **Kathryn Cooper** · 3rd
Program Manager - Graduate Diploma in Social Responsibility &
Sustainability at USMC in the UofT, Professor, Conestoga College and Past
President Sustainability Learning Centre
May 24, 2021, Kathryn managed Laurel directly

I cannot recommend Laurel enough. She provided our Program with her
international experience on our Multi-Stakeholder Partnerships Project with
@Umalia in Benin, Africa. She also led our inquiry into Social Responsibility
and Sustainability Education Programs across North America and crafted our

 **Julie Creen** · 3rd
Strategic Operations Leader | 15+ years of leadership experience
September 18, 2020, Julie managed Laurel directly

Laurel is the leader you want on your team!
She is a strong strategic thinker, problem solver and excellent people
manager. She handles fast paced, high stress situations with care and ease.



 **Nora Griffiths** · 3rd
Venture Growth | Capacity Building | Business Strategy | Employee
Experience | Design Thinking
April 15, 2020, Nora managed Laurel directly

During her time with ME to WE Trips, Laurel served in two critical roles. First,
Laurel oversaw the ME to WE Trips' Client Experience department that was
responsible for providing world-class service and travel experiences to over
5,000 travellers annually.  She led a team of 20+ individuals and partnered

Show all 4 received →

## Interests

**Influencers**    Companies    Groups    Schools

 **Richard Branson** 
Founder at Virgin Group
19,735,105 followers

+ Follow

 **Paul Polman**  · 3rd
Business, campaigning, younger me nearly a priest. 'Net Positive: how
courageous companies thrive by giving more than they take'
1,034,026 followers

+ Follow

Show all 5 influencers →

## Causes

Children • Education • Environment • Disaster and Humanitarian Relief • Poverty
Alleviation

 🔍

Home    My Network    Jobs

Management.

 

Unlock new opportunities in risk management.

Learn More

## People also viewed

 **Lenora Hage, LL.M.**
• 3rd

Customer Advocacy | Mediation | Arbitration | Outstanding Communication skills | Stakeholder Management | Strategy & Execution | Legal Research | Cross-cultural &...

Message

 **Jordan Pinches**
• 3rd

Helping leaders embed Sustainability in Procurement | Manager - Customer Success (Americas) at EcoVadis

Message

 **Toby Simpson**
• 3rd

Customer Onboarding Director - Americas at EcoVadis

Message

 **Bera de la Rosa**
• 3rd

Customer Success, Sustainability | CSR | ESG

+ Follow

 **Marcela Vincenzo Marchi**
• 3rd

Customer Engagement Specialist

Message

Show more ⌄





### Lafayette Greenfield
Partner at Davis Wright Tremaine LLP

Connect



### Jeremy S. Goldman
Partner at Frankfurt Kurnit Klein & Selz

Connect



### Adam Caldwell
Partner at Davis Wright Tremaine

Connect



### Khali Jones
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect



### Andrew Lorentz
Partner, Davis Wright Tremaine LLP

Connect

Show more ⌄

 LEARNING

## Add new skills with these courses, free for 24 hours

 **Privacy in the New World of Work**
26,632 viewers

 **Python: Decorators**
10,920 viewers

 **Graphic Design Tips & Tricks**
357,560 viewers

Show more on LinkedIn Learning

 

Companies are looking for experts just like you.

❯



**AARP job resources + more**

Get instant access to resume builder and career tools.

❯



**Growth the right way**

Create optimal conditions for true innovation and growth - the Kellogg Way

❯

# EXHIBIT DD

 

  
Home    My Network    Jobs



# Alexas Derry · 3rd

Manager at Doctors Without Borders/Médecins Sans Frontières (MSF) Canada

-    Doctors Without Borders/Médecins Sans Frontières (MSF) Canada
-    Wilfrid Laurier University

Canada · **Contact info**

**500+** connections

🔒 **Message**    More

---

## Activity

545 followers

**+ Follow**

**Alexas hasn't posted lately**
Alexas' recent posts and comments will be displayed here.

Show all activity →

---

## Experience

    **Field Manager**
Doctors Without Borders/Médecins Sans Frontières (MSF) Canada
Jan 2020 - Present · 2 yrs 5 mos




Home    My Network    Jobs

**International Program Manager**
Jun 2017 - Jan 2020 · 2 yrs 8 mos

**Donor Engagement Manager**
May 2015 - Jul 2017 · 2 yrs 3 mos


**Public Outreach Fundraising**
3 yrs 1 mo
Waterloo, Ontario, Canada

**Fundraising Manager**
Mar 2014 - May 2015 · 1 yr 3 mos

**Supervisor/Charity Ambassador**
May 2012 - Apr 2015 · 3 yrs

## Education


**Wilfrid Laurier University**
Bachelor of Arts, Honours, International Development
2009 - 2014

## Licenses & certifications


**Certificate, Results-based Management**
University of Ottawa
Issued Jun 2019 · No Expiration Date


**Advanced Open Water Diver**
PADI
Issued Jan 2016 · No Expiration Date


**Standard First Aid CPR/AED Level**
Canadian Red Cross

## Volunteering

 

Home    My Network    Jobs

Jul 2009 - Aug 2009 · 2 mos



### Yoga Ambassador
Modo Yoga International
Jan 2019 - Jan 2020 · 1 yr 1 mo

## Skills

### Leadership
 Endorsed by 5 colleagues at WE.org

14 endorsements

### Community Outreach
 Endorsed by 4 colleagues at Public Outreach Fundraising

7 endorsements

### Public Speaking
 Endorsed by 4 colleagues at WE.org

12 endorsements

Show all 15 skills →

## Recommendations

**Received**    Given

### Nothing to see for now
Recommendations that Alexas receives will appear here.

## Courses

### Personal Legacy: Light Year Leadership Program
Associated with WE

 

Home    My Network    Jobs

## Organizations

Ontario Council for International Cooperation

---

## Interests

**Companies**    Schools

 **Human Rights Watch**
421,464 followers

 Follow

---

 **Public Outreach Fundraising**
3,571 followers

 Follow

---

Show all 17 companies →

---

Ad  •••

Earn your LL.M. with an emphasis in Risk Management.

 

Unlock new opportunities in risk management.

Learn More

---

## People you may know

 **Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

Connect

 **Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz



    Home    My Network    Jobs


**Adam Caldwell**
Partner at Davis Wright Tremaine

Connect


**Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect


**Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

Connect

---

 **L E A R N I N G**

## Add new skills with these courses, free for 24 hours

    **Create a Brand Strategy**
115,773 viewers

    **Data Ethics: Managing Your Private Customer Data**
14,957 viewers

    **Privacy in the New World of Work**
26,632 viewers

Show more on LinkedIn Learning

---

Promoted                                    • • •

    **Search Best Lawyers**
Search the 2022 Best Lawyers Workers'    ❯
Compensation Law Claimants honorees.

    **Join An Advisory Board**
Companies are looking for experts just    ❯
like you.

    **AARP job resources + more**
Get instant access to resume builder    ❯
and career tools.

 

Home    My Network    Jobs

# EXHIBIT EE

 

Home     My Network     Jobs



# Daniel Mulroy · 3rd
Summer Student at Bakerlaw

-  Lakehead University - Bora Laskin Faculty of Law
-  Lakehead University - Bora Laskin Faculty of Law

Aurora, Ontario, Canada · Contact info

500+ connections

🔒 Message    More

## Activity
668 followers

+ Follow

**Daniel hasn't posted lately**
Daniel's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **J.D Candidate**
Lakehead University - Bora Laskin Faculty of Law
Sep 2019 - Present · 2 yrs 9 mos

**Summer Student**

 

Home    My Network    Jobs

 **Vice President Finance**
Lakehead Law Students' Society
May 2020 - May 2021 · 1 yr 1 mo

---

 **Consumer Campaign Marketing**
Bell
May 2017 - Aug 2019 · 2 yrs 4 mos

• Grew Bell Mobility's consumer market share through the development of
quarterly strategic priorities                                    ...see more

---

 **Corporate Partnerships Manager**
WE
Aug 2015 - May 2017 · 1 yr 10 mos
Toronto, Canada Area

• Manage, maintain, and grow complex multi-year, multi-million dollar
partnerships with the organization's top tier sponsors          ...see more

---

Show all 6 experiences  →

## Education

 **Lakehead University**
Juris Doctor
2019 - 2022

---

 **McMaster University**
Bachelor of Arts (BA), Honours Political Sciene and History
2009 - 2013

## Skills

**Nonprofits**

 Endorsed by 5 colleagues at WE.org

👥 24 endorsements

---

**Community Outreach**

 Endorsed by 7 colleagues at WE.org

    🔍    Home    My Network    Jobs

### Leadership

 Endorsed by 6 colleagues at WE.org

👥 20 endorsements

Show all 20 skills →

### Recommendations

**Received**    Given

**Rachel Black** · 3rd
Marketing Programs Manager, Canada at Xero
April 13, 2016, Rachel worked with Daniel on the same team

I had the privilege of working closely with Daniel throughout my time at Free the Children. Daniel's friendly demeanor and strong work ethic make him a pleasure to work with and a great addition to any team. Daniel welcomes challenges and has no problem taking the initiative on new

### Interests

**Companies**    Schools

 **Muskoka Brewery**
6,225 followers


 **Bell**
234,555 followers


Show all 39 companies →

### Causes

 

Home     My Network     Jobs

Ad ···

Earn your LL.M. with an emphasis in Risk Management.

 

Unlock new opportunities in risk management.

**Learn More**

## People also viewed

**Carly T.**
• 3rd+
Customer Service Advisor at Tucows

Message

 **Steven Stap**
• 3rd+
OpenSRS Reseller Support Advisor at Tucows

Connect

**Janice Granholm**
• 3rd
Endowment & Trust Financial Officer

Connect

**Leslie Malcolm**
• 3rd
Coordinator, Learning Technologies and Innovation, Teaching Commons, Lakehead University

Message

**Stan Nemec**
• 3rd
Manager, Printing/Mail Services at Lakehead University

Message

 

## People you may know



**Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

Connect



**Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz

Connect



**Adam Caldwell**
Partner at Davis Wright Tremaine

Connect



**Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect



**Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

Connect

Show more ⌄

 **LEARNING**

## Add new skills with these courses, free for 24 hours

 **Excel: Analytics Tips**

87,465 viewers

 **Python: Decorators**

10,920 viewers

 **Privacy in the New World of Work**

26,632 viewers

Show more on LinkedIn Learning



# EXHIBIT FF

 

  

Home · My Network · Jobs

# Erica Conrad

Partnerships Manager, Canada Student Service Grant Program

 Royal Roads University

Toronto, Ontario, Canada · **Contact info**

**500+** connections

🔒 Message · More

## About

I am a hard-working, goal oriented individual. I am adaptable to most positions and I enjoy learning and practicing new skills, as well as participating in activities that have a positive impact on my communities. Currently, I am focused on developing my skills in fundraising and project management, while enjoying working in a  ...see more

## Activity

687 followers



**Erica hasn't posted lately**

Erica's recent posts and comments will be displayed here.

Show all activity →

## Experience

 

Home    My Network    Jobs

Canada Student Service Grant Program

Jun 2020 - Aug 2020 · 3 mos

Canada

Supporting post-secondary institutions and community groups to engage with the I Want To Help program and Canada Student Service Gr  ...see more

 **WE**

4 yrs

### Associate Director, Donor and Community Engagement

Mar 2019 - Jun 2020 · 1 yr 4 mos

Toronto, Canada Area

This role is based in both project and people management, and includes the following elements:                                              ...see more

### Manager, Fundraising Groups and Events

Feb 2018 - Mar 2019 · 1 yr 2 mos

Toronto, Canada Area

Working with various stakeholders at WE, including families, corporate groups, and individuals, who are looking to support the organiza  ...see more

### Regional Manager, Youth Travel Program

Jul 2016 - Feb 2018 · 1 yr 8 mos

Toronto, Ontario, Canada

Managing the North American and International markets of the Youth Engagement Team, consisting of 7 coordinators who specialize ir  ...see more

 ### VP Operations - Outgoing Exchange Programs

AIESEC Canada

May 2015 - Jul 2016 · 1 yr 3 mos

Management of AIESEC in Canada's Global Talent and Global Citizen programs, coordinating the Local Committee's membership acro  ...see more

 ### Administration

 

Mar 2014 - Apr 2015 · 1 yr 2 mos

Saskatoon

Administrative work as well as coordinating on projects with various staff members and ensuring the day to day operations run smoothly.

 **Local Committee President**

AIESEC Saskatoon

Jan 2014 - Jan 2015 · 1 yr 1 mo

Leading a team of VPs who are responsible for funtional activity within the Local Committee at Saskatoon, strategy development, promotion of the

Show all 13 experiences →

## Education

 **Royal Roads University**

MA Intercultural and International Communication, Communications, International Studies

2013 - 2015

A 2 year MA program focused on Intercultural and International Communications. This is the only program of its kind in Canada, and

 **University of Saskatchewan**

Honours B.A., Languages and Linguistics (English, Spanish, French)

2007 - 2012

Activities and societies: Le Cercle Francais,
Club Hispanico,

4 year Honours program in Languages and Linguistics, convocated top in my class from St. Thomas More (Arts&Science). I participated in a number of

## Volunteering

**Wish Grantor**

Make-A-Wish® Northern Alberta

May 2014 - Jun 2015 · 1 yr 2 mos

Children

 

Home    My Network    Jobs

 **Entity Control Board - Chair**
AIESEC Canada
Jan 2015 - Jun 2016 · 1 yr 6 mos

The Entity Control Board ensures that Standards and Satisfaction criteria are met within the Exchange Programs offered by AIESEC in Canada.

## Skills

### Public Speaking

 Endorsed by 6 colleagues at AIESEC Canada

 27 endorsements

---

### Teamwork

 Endorsed by Crystal Y. and 7 others who are highly skilled at this

 Endorsed by 7 colleagues at AIESEC Canada

 26 endorsements

---

### Project Planning

 Endorsed by 6 colleagues at AIESEC Canada

 21 endorsements

Show all 22 skills →

## Recommendations

**Received**    Given

 **Andrea Longlade** · 3rd
Development Officer, Foundations at Save the Children Canada
March 24, 2020, Andrea reported directly to Erica

I had the pleasure of working with Erica at WE Charity. Her ability to successfully manage a dynamic portfolio like Fundraising and Community Engagement drove increased revenue and a larger community of supporters in a short period of time for WE. Erica's self-motivation and confidence




Home    My Network    Jobs

October 25, 2019, Shellbie managed Erica directly

Erica is a highly organized, detail-oriented and committed leader on the Annual Giving & Community Engagement team! She shows incredible initiative, intention and care in her work and is exceptional at engaging, coaching and motivating fundraising groups to reach their goals. She is



**Cara Williams** · 3rd
Director Of Individual Giving at LOFT Community Services
October 2, 2019, Cara managed Erica directly

Erica is a thoughtful and resourceful colleague. I have enjoyed working with her since day 1 on the job together. Her ability to think about a program holistically was recently showcased in her production of a program plan outlined in detail for WE Charity's fundraising and community engagement

Show all 5 received →

## Languages

French

Spanish

## Interests

**Influencers**    Companies    Groups    Schools



**Elliot S. Weissbluth** · 3rd
Raconteur. Teacher. Strategist.
129,338 followers

+ Follow

## Causes

Animal Welfare • Arts and Culture • Education • Environment • Human Rights

 

Home    My Network    Jobs

 Search the 2022 Best Lawyers Workers' Compensation Law Claimants honorees. ❯

 **Join An Advisory Board**
Companies are looking for executives just like you. ❯

 **AARP job resources + more**
Get instant access to resume builder and career tools. ❯

## People also viewed

 **Victoria Gordiano**
• 3rd
Marketing & Communications l Strategic Partnerships l Donors and Fundraising l Social Impact Organizations l Non-profits l

Message

 **Lisa Buckley**
• 3rd
Operations Manager at Ascendion Law

Message

 **Joanna Koumarelas**
• 3rd+
Customer Service Representative of North American Distribution at CaseWare International Inc.

Message

**Adam Hanser**
• 3rd+
Interpersonal, passionate and extroverted business student eager to connect with fellow Bachelor of Business Administration graduates to explore diverse career paths in both...

Message

 **Hellenic Heritage Foundation**
• 3rd
Fundraiser at The Hellenic Heritage Foundation

Message

Show more ⌄



🔍        Home    My Network    Jobs



**Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

( Connect )



**Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz

( Connect )



**Adam Caldwell**
Partner at Davis Wright Tremaine

( Connect )



**Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

( Connect )



**Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

( Connect )

Show more ⌄

---

 **L E A R N I N G**

### Add new skills with these courses, free for 24 hours


**Migrating beyond Java 8**
2,526 viewers


**Create a Brand Strategy**
115,773 viewers


**Graphic Design Tips & Tricks**
357,560 viewers

Show more on LinkedIn Learning



# EXHIBIT GG

Darrin Reed Abplanalp-Cowan (@darrinreedcowan) • Instagram photos and videos



## Instagram

    



### darrinreedcowan    Follow   • • •

**10,964** posts        **248** followers        **142** following

**Darrin Reed Abplanalp-Cowan**

KPIX 5 Bay Area 3pm anchor, reporter & Executive Producer of Community Impact for CBS EPIC STORYTELLER INITIATIVE. ✍️📚🎥 Harvard MLA Candidate He/Him

**linktr.ee/DarrinReedCowan**

     

⊞ **POSTS**        ▷ **VIDEOS**        ⊡ **TAGGED**









# EXHIBIT HH





# EXHIBIT II





Andrea Farris
Vice President, Stores and Corporate Applications at Bed Bath & Beyond

Andrea Farris commented on a post • 3w                                          4 comments

Congrats Jung Lee and the Wing team! Great to see drone delivery continuing to expand.

😊👍😮 68                                                                       5 comments

Show all activity →

## Experience

**Vice President, Stores and Corporate Applications**
Bed Bath & Beyond · Full-time
May 2021 - Present · 1 yr
Lake Forest, Illinois, United States

**Walgreens**
9 yrs 8 mos
Deerfield, IL

**VP Digital, Product Management, Solution Planning and Partnerships**
Feb 2019 - May 2021 · 2 yrs 4 mos

Collaborate across Strategy, Finance, IT, Marketing, Supply Chain and Operations teams to develop the company digital transformation roadmap across Retail, Pharmacy and Healthcare.
Lead the Product Management and Solution Planning teams to define, prioritize and deliver key customer omnichannel solutions.
Develop a product vision, roadmap and incubate new digital products, hardware and collaboration capabilities in line with customer value propositions and team member experience.

**VP Special Projects, Customer Experience and Store Technology**
Jan 2018 - Feb 2019 · 1 yr 2 mos

Led Customer Experience team and enabled a new Operating Model with specific accountability for the Customer and Team Member portfolio of digital initiatives.
Explored new and emerging store technologies (i.e "smart store") and fostered new vendor partnerships to bring innovation into new store formats and other digital channels.
Launched voice-powered AI solution to all stores and enabled store team members to communicate more quickly and efficiently with each other, helping them to deliver a great experience for customers and patients.

**VP, Director Retail Systems and Operations**
Oct 2015 - Jan 2018 · 2 yrs 4 mos

Led Retail Systems and Operations team, in store technology and infrastructure strategy to provide simpler, better and faster tools for pharmacy and retail team members. Initiated large cross-functional change program focused on Retail and to Store Associate Mobility digital transformation. Managed staff of 10 plus 50+ contractors
Architected and led a $50M+ multi-year, multi-discipline program aimed at leveraging new mobile technologies to un-tether store associates from the office, drive operational efficiency and improve in-store customer experience.
Designed and developed Retail Technology Innovation Process and Vision Store to vet emerging retail technologies and successfully pilot and rollout to all stores
Led process improvement and managed day to day retail systems operations around Receiving, On-Shelf Availability, Order Management, Direct Store Delivery, Checkout and Back-Office functions

Show all 4 experiences →

**NextPoint | Innovating Technology for Retail - Member Of The Board Of Advisors**
Connecting Point Marketing Group
Oct 2019 - Apr 2021 · 1 yr 7 mos

NextPoint | Innovating Technology for Retail - The NextPoint Advisory Board is comprised of market leaders interested in lending their support and experience in shaping NextPoint for the benefit of the Retail Industry.

**Advisory Board Member**
EQITII
Oct 2018 - Dec 2019 · 1 yr 3 mos
Chicago, IL

The EQITII Marketplace is intended to be an open- source, zero-fee, completely secure network that provides a marketplace for data owners and data buyers to conduct private, traceable transactions for data rights. The Marketplace will be based on blockchain, flexible Smart Contracts leveraging common metadata and data formatting for the purpose of creating a catalog and secure data exchange.

**Board Member**
Aisle411 Inc.
Oct 2016 - Aug 2018 · 1 yr 11 mos
St Louis, Missouri, United States

Board Member - Aisle411 digitizes indoor spaces and optimizes store inventory and floor plans into Searchable Venue Maps.

Show all 9 experiences →

## Education

**Luiss Guido Carli University**
Bachelor's degree, Business Administration and Management, General
1992 - 1996

### Promoted

**SHRM-Aligned HR Degree**
Earn an HR degree that employers respect. 100% online and affordable.

**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases today.

**LLM Degrees at Drexel**
Become a specialist in cyber law or health care & pharma compliance online.

Messaging



**Andrea Farris**
Vice President, Stores and Corporate Applications at Bed Bath & Beyond

More   Message   Connect

Bachelor's degree, Business Administration and Management, General
1992 - 1996

Promoted

SHRM-Aligned HR Degree
Earn an HR degree that employers
respect. 100% online and affordable.

Attorney Needed ASAP
Crucial need for a local attorney in your
area. View new cases today.

LLM Degrees at Drexel
Become a specialist in cyber law or
health care & pharma compliance
online.

## Skills

**Retail** · 18

Endorsed by Jared E. Rhoads, PharmD and 5 others who are highly skilled at this

Endorsed by 5 colleagues at Walgreens

**Management Consulting** · 21

Endorsed by Michael Sivak and 5 others who are highly skilled at this

Endorsed by 5 colleagues at Walgreens

**Cross-functional Team Leadership** · 20

Endorsed by Daniela Hautzinger who is highly skilled at this

Endorsed by 4 colleagues at Walgreens

Show all 32 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Andrea receives will appear here.

## Patents

**Implementing Image Analyses for Weight and Volumetric calculations**
US 10628954 · Issued Apr 21, 2020

See patent

Facilitate mobile self-checkout in Retail with enhanced security measures, leveraging computer vision and AI.

**Other inventors**

## Languages

**English**
Native or bilingual proficiency

**German**
Elementary proficiency

**Italian**
Native or bilingual proficiency

Show all 4 languages →

## Interests

**Influencers**   Companies   Groups   Schools

**Corie Barry**
Chief Executive Officer at Best Buy
144,908 followers

**Satya Nadella**
Chairman and CEO at Microsoft
9,785,967 followers

Show all 3 influencers →

**Linked**in

About                  Accessibility        Talent Solutions        Questions?                        Select Language
Community Guidelines   Careers              Marketing Solutions      Visit our Help Center.
Privacy & Terms        Ad Choices           Advertising              Manage your account and privacy   English (English)
Sales Solutions        Mobile               Small Business           Go to your Settings.
Safety Center

LinkedIn Corporation © 2022

Messaging

Andrea Farris
Vice President, Stores and Corporate Applications at Bed Bath & Beyond

More   Message   Connect

Bachelor's degree, Business Administration and Management, General
1992 – 1996

Promoted

SHRM-Aligned HR Degree
Earn an HR degree that employers
respect. 100% online and affordable.

Attorney Needed ASAP
Crucial need for a local attorney in your
area. View new cases today.

LLM Degrees at Drexel
Become a specialist in cyber law or
health care & pharma compliance
online.

## Skills

Retail · 18

Endorsed by Jared E. Rhoads, PharmD and 5 others who are highly skilled at this

Endorsed by 5 colleagues at Walgreens

Management Consulting · 21

Endorsed by Michael Sivak and 5 others who are highly skilled at this

Endorsed by 5 colleagues at Walgreens

Cross-functional Team Leadership · 20

Endorsed by Daniela Hautzinger who is highly skilled at this

Endorsed by 4 colleagues at Walgreens

Show all 32 skills →

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Andrea receives will appear here.

## Patents

**Implementing Image Analyses for Weight and Volumetric calculations**
US 10628954 · Issued Apr 21, 2020

See patent

Facilitate mobile self-checkout in Retail with enhanced security measures, leveraging computer vision and AI.

Other inventors

## Languages

**English**
Native or bilingual proficiency

**German**
Elementary proficiency

**Italian**
Native or bilingual proficiency

Show all 4 languages →

## Interests

Influencers    Companies    Groups    Schools

**Corie Barry**
Chief Executive Officer at Best Buy
144,908 followers

**Satya Nadella**
Chairman and CEO at Microsoft
9,785,967 followers

Show all 3 influencers →

Linked in

About                    Accessibility          Talent Solutions        Questions?              Select Language
Community Guidelines     Careers                Marketing Solutions     Visit our Help Center.  English (English)
Privacy & Terms          Ad Choices             Advertising             Manage your account and privacy
Sales Solutions          Mobile                 Small Business          Go to your Settings.
Safety Center

LinkedIn Corporation © 2022

Messaging

# EXHIBIT JJ

# About Brett Tollman

bretttollman.com/about-brett-tollman



A tourism and hospitality professional with significant experience in the global travel & tourism industry, Brett Tollman continues to try and make an impact on the sector through his lifetime of commitment to the sustainable growth and development of travel.

With over 30 years of experience as a travel and hotel executive, Brett is CEO of The Travel Corporation (TTC.com), a privately held travel and hotel company operating on every continent across the globe. Well diversified and entrepreneurially run, The Travel Corporation serves almost two million travelers per year across its rich portfolio of over 25 brands including: specialists in guided holidays and escorted journeys (Trafalgar, Insight Vacations, Brendan Vacations, AAT Kings, Inspiring Journeys and Aussie Adventures); luxury river cruising (Uniworld Boutique River Cruise Collection); independent travel specialists (Adventure World, Brendan Vacations, African Travel, Lion World Travel and an affiliated company, Wilderness Safaris); youth travel specialists (Contiki Holidays, Busabout, Haggis Adventures, and Shamrocker Adventures); sightseeing specialists (Evan Evans Tours and AAT Kings). In addition, The Travel Corporation holds a majority shareholding in Cullinan Holdings, a South African-based travel, marine and financing company. The company also owns the award winning, luxury Red Carnation Collection of boutique hotels.

Importantly, Brett is also a founder and director of The Treadright Foundation (www.TreadRight.org), a not-for-profit organization which funds and supports projects around the world that foster sustainable travel and tourism. It also is a core sponsor of the World Travel & Tourism Council's "Tourism for Tomorrow" annual awards. The TreadRight Foundation has become an example for the travel and tourism industry through its ability to do things right by doing the right thing.

A tourism leader passionate about the exceptionally positive impact that tourism has on nations across the globe, socially and economically, Brett's commitment to travel and tourism is also extended through his position as Vice Chairman of the World Travel and Tourism Council (WTTC), and supported by his international academic qualifications that include a BS degree from Cornell University. He was also included in the recent publication of the book "I am Eco-Warrior" by Roger Moenks (www.IamEcoWarrior.com) – A collection of conversations with more than 53 global game-changers who address the environmental crisis in innovative and groundbreaking ways.

Brett has a passion for people, cooking, reading, yoga and family.
He lives with his family in Los Angeles, California.





# EXHIBIT KK

# About « The Baby Girl Project

🌐 **babygirlproject.org**/about

## About

Home / About

In 2004, Susan Hughes founded the Baby Girl Project – a non-profit located in Richmond, Virginia.  Susan currently serves as President on the Baby Girl Project's Board of Directors.

Each fall and spring, she produces one of the largest Psychic Festivals in central Virginia.  Over 50 readers and healers donate their time and services for a two-day fundraising event.  All net proceeds go to support school building efforts in the Masai Mara region of Kenya, Africa.

The goal of the Baby Girl Project is to provide an education for children, especially girls, who would otherwise not receive an education in this remote part of the world.  The Baby Girl Project is a Champion partner with WE (formally named Free the Children), an organization of children helping children based in Toronto, Canada.  Oprah's Angel Network, Adobe Foundation, MTV, Degrassi and many others also share in this very special partnership with Free the Children.

To date, the Baby Girl Project has raised over **$498,450** and has funded the building of **42 schools, 1 library and 1 clean water project.  The Baby Girl Project also contributed $8,000 to the 2011 famine relief efforts in the Masai Mara region of Kenya, Africa**.  In addition to building schools, the Baby Girl Project provides health kits, books, school supplies, uniforms, and teacher salaries to this region of Africa.

To learn more, check out this CBS interview with the BGP's founder and President, Susan Hughes.

## Leave a Reply

You must be logged in to post a comment.

1/1

# EXHIBIT LL

# Stillman Family Foundation

**causeiq.com**/organizations/stillman-family-foundation,274027513

EIN 27-4027513

IRS 501(c) type

501(c)(3)

Num. employees

Unknown

City

Woodland
State

Minnesota
Year formed

2012

Most recent tax filings

2019-12

NTEE code, primary

T21: Corporate foundations

Description

Stillman Family Foundation is a corporate foundation in Woodland, MN, which was founded in 2012 and most recently had $242,634 in revenue and no employees.

## Program areas at Stillman Family Foundation

Building and land was donated to jewish Family and children's service.

## Form 990s for Stillman Family Foundation

| Fiscal year ending | Date received by IRS | Form | PDF link |
|---|---|---|---|

| Fiscal year ending | Date received by IRS | Form | PDF link |
|---|---|---|---|
| 2019-12 | 2021-06-14 | 990PF | View PDF |
| 2018-12 | 2020-02-03 | 990PF | View PDF |
| 2017-12 | 2018-12-12 | 990PF | View PDF |
| 2016-12 | 2018-01-18 | 990PF | View PDF |
| 2015-12 | 2016-12-23 | 990PF | View PDF |

...and 3 more Form 990s

## Grants made by Stillman Family Foundation

| Grantee | Grant description | Grant year | Amount |
|---|---|---|---|
| Me To We Foundation | Charitable | 2019-12 | $85,000 |

## Financials for Stillman Family Foundation

- Revenues
- Expenses
- Assets
- Liabilities

| Revenues | FYE 12/2019 | FYE 12/2018 | % Change |
|---|---|---|---|
| Total grants, contributions, etc. | $188,626 | $1,248,667 | -84.9% |
| Investment income and dividends | $19,316 | $26,415 | -26.9% |
| Net rental income | $0 | $0 | - |
| Net gain from sale of non-inventory assets | $33,881 | $499,226 | -93.2% |
| Gross sales of inventory | $0 | $0 | - |
| Miscellaneous revenues | $811 | $87,531 | -99.1% |
| Total revenues | $242,634 | $1,861,839 | -87% |

## Personnel at Stillman Family Foundation

| Name | Title | Compensation | Date of data |
|---|---|---|---|

| Name | Title | Compensation | Date of data |
|------|-------|--------------|--------------|
| Andrew Stillman | Director | $0 | 2021-06-14 |

## Organizations like Stillman Family Foundation

| Organization | Type | Location | Revenue |
|--------------|------|----------|---------|
| The Tucker Gosnell Family Foundation | 501(c)(3) | Rochester, NY | $171,590 |
| Ben J Altheimer Charitable Foundation | 501(c)(3) | Little Rock, AR | $103,123 |
| WSFS Foundation | 501(c)(3) | Wilmington, DE | $126,711 |
| Kam Man Food Foundation | 501(c)(3) | Montclair, NJ | $200,525 |
| The Jo and Joe Ford Family Foundation | 501(c)(3) | Dallas, TX | $268,211 |
| Midway Foundation | 501(c)(3) | Houston, TX | $1,122,095 |
| James F Jackson Charitable Trust | 501(c)(3) | Grand Rapids, MI | $69,087 |
| Carlisle Jordan JR Charitable Trust | 501(c)(3) | Jeffersonville, IN | $81,684 |
| The Neuberger Berman Foundation | 501(c)(3) | New York, NY | $1,141,154 |
| Blum Shapiro Foundation | 501(c)(3) | West Hartford, CT | $86,003 |
| William A Schmidt and Teresa Elliott Schmidt Charitable Foundation | 501(c)(3) | Rancho Mirage, CA | $116,880 |
| Jane and Michael Hoffman Foundation | 501(c)(3) | New York, NY | $70,948 |
| Richard J and Victoria T Agnich Foundation | 501(c)(3) | Dallas, TX | $238,248 |
| Calpine Foundation | 501(c)(3) | Houston, TX | $295,294 |

| Organization | Type | Location | Revenue |
|---|---|---|---|
| Apgar Foundation | 501(c)(3) | Indianapolis, IN | $688,974 |
| Marjorie Cohen Stanzler Charitable Trust | 501(c)(3) | Boston, MA | $850,672 |
| The Henry S and Agnes M Truzack Foundation | 501(c)(3) | Westfield, NJ | $172,492 |
| Fairfield National Bank Community Foundation | 501(c)(3) | Fairfield, IL | $94,760 |
| Meredith Corporation Foundation | 501(c)(3) | Des Moines, IA | $250,000 |
| IDT Charitable Foundation | 501(c)(3) | Newark, NJ | $447,536 |
| Maximus Foundation | 501(c)(3) | Reston, VA | $365,521 |
| The John Marie and Joseph Whalen Foundation | 501(c)(3) | Latham, NY | $340,377 |
| Waffle House Foundation | 501(c)(3) | Norcross, GA | $340,623 |
| Gegax Family Foundation | 501(c)(3) | Detroit, MI | $511,099 |
| Virginia Lopez Foundation | 501(c)(3) | San Francisco, CA | $101,108 |

Nonprofit Types

Issues

No issues found

Characteristics

Key performance indicators

Total revenues

$242,634

2019

Yearly growth

-87%

% of revenues

n/a



$2m

$0

2018 2018 2018 2018 2016

Total expenses

$157,042

2019

Yearly growth

-98.5%

% of expenses

n/a

$10

$0

2018 2018 2018 2018 2016

Total assets

$731,750

2019

Yearly growth

13.2%

% of assets

n/a



$4m
$0

2012201320142016

Num. employees

n/a

General information

**Address**
18205 Breezy Point Road

Woodland, MN 55391

**Metro area**
Minneapolis-St. Paul-Bloomington, MN-WI

**Phone**
(612) 867-8238

IRS details

**EIN**
27-4027513

**Fiscal year end**
December

**Taxreturn type**
Form 990-PF

**Year formed**
2012

**Eligible to receive tax-deductible contributions (Pub 78)**
Yes

Categorization

**NTEE code, primary**
T21: Corporate foundations

**NAICS code, primary**
813211: Grantmaking Foundations

**Parent/child status**
Independent

# EXHIBIT MM



## Watson Jordan, Ed D. (He/Him)

I believe that success happens when we find a better way & are able to share it.

The Resilience Initiative
Wake Forest University School of Business

Asheville, North Carolina, United States · Contact info

500+ connections

**Connect**    Message    More

Providing services
Team Building, Life Coaching, Public Speaking, IT Consulting, Writing, and Change Management
See all details

## About

The Resilience Initiative promotes resilience around the world and I'm known for my awareness-raising headstand. I work with teams to drive superior insight, understanding, and production. Team events utilize the WHY Operating System. This algorithm guides identification of individual and group zones of genius and how to leverage them.

As an author, my work includes Mine, Ours, and Yours: A Father's Journey through the Life and Death of a Child, a book that explores tragic despair and unearths hopeful resilience. Published in 2021, my book Resilience: How the COVID-19 Pandemic Made Us Wiser and Stronger is a collection of essays from global leaders who provide thoughtful and powerful insight into how adverse conditions do indeed drive us to become wiser and stronger. The 5 3 1 resilience plan focuses on our inner circle, community involvement, and core belief is the cornerstone of my coaching.

As a lifelong educator, I have developed and lead programs in team-building, technology, and wellness. I engage with organizations of all types and I especially value working with schools and nonprofits.

Writing efforts in 2022 revolve around team resilience and success. My podcast #Resilience explores how knowing your WHY fortifies our resilience. My classes Ten 10 Finance and 5 3 1 Resilience extend my curriculum by using Udemy.

#Resilience is available on all major podcast platforms. Click here to listen

MDTMT https://mydaddytaughtmethat.org/ - Volunteer 2018 - present

TABS (The Association of Boarding Schools) - Corporate Liaison - 2009-2017

Asheville School, Asheville, North Carolina, 1996 - 2009
Assistant Head of School, 2002 - 2009
Director of Technology, Safety, Security, and Crisis Management, 2001
Director of Technology, 1996

Significant contributions to strategic plans, advancement, admission, marketing, trustee relations, and student life. Primary areas of responsibility are senior management, information technology, and campus safety, security, and crisis management. Highlights include helping found the school's honor code, leading the school's technology introduction and integration, and establishing an endowment building triathlon. Rich, whole-school perspective has been developed while constructing and utilizing the school-centered information management systems. The maintenance of these vibrant systems required meaningful collaborating within departments, senior management, trustees, and students.

Member of senior management team that identifies, discusses, and implements school initiatives, policies, and responses.

## Featured



Link
**WHY to WHY February 2022 - With Watson Jordan and...**
YouTube
WHY to WHY is a monthly show hosted by WHY Institute Chief Growth Officer Dan Dominguez. Every month we interview one of our WHY.os Certified Coaches or a friend of WHY Institute about...

Link
**WHY Not Wednesday with Watson Jordan - The Resilienc...**
YouTube
A series with the Chief Growth Officer of WHY Institute. This week our guest is Dr. Watson Jordan, Founder of the Resilience Initiative. Tune in to gain insight, learn, and laugh. WHY Not, right?

Link
**The Future Proof Masterclass with Dr. Watson Jordan:...**
YouTube
If we know what our WHY is, we can use it to understand ourselves and our motivations, articulate our vision to others and form better relationships. As part of Future Proof, Watson...

## Activity

2,137 followers

+ Follow

---

Ad ···
Advance your career with an affordable degree from WGU

**WGU**

$5,000 Scholarship Available for Business Degrees

Apply Free



### People also viewed

Indu Chugani Singh · 3rd+
Educational Consultant
Connect

Michael Buttelman · 3rd+
Student & Student-Athlete at Franklin & Marshall College
Connect

Emily Adler Boren · 3rd+
Former Director of Admissions, The Mountain School of Milton Academy
Connect

Steve LaRochelle · 3rd+
English Teacher and Head Baseball Coach at The Lawrenceville School
Connect

Tim Smith · 3rd+
[Servant] [Initiator] [Transformer] [Creative] [Seeker] [Storyteller] [Technologist]
Connect

Show more ⌄

### People you may know



Sam Hulick
Secretary at Davis Wright Tremaine LLP
Connect

Pete Johnson
Seattle Partner-in-Charge at Davis Wright Tremaine LLP
Connect

Kelli Kohout
Chief Administrative Officer at Davis Wright Tremaine
Connect

Monica Thomson
...
Connect

Brent Droze
Real Estate and Land Use Attorney
Connect

Show more ⌄

**LEARNING**
Add new skills with these courses, free for 24 hours



Excel: Avoiding Common Mistakes (Office 365/Excel...
307,400 viewers

Excel Essential Training (Office 365/Microsoft 365)
1,431,420 viewers

Excel: Tips and Tricks

Messaging





Watson Jordan, Ed D. (He/Him)
I believe that success happens when we find a better way & are able to share it.

More    Message    Connect

Endorsed by 2 colleagues at Asheville School

**Strategy** · 31

Endorsed by 2 colleagues at Asheville School

Show all 25 skills →

Promoted

Get up to $184k* Back
Trade in your Old Storage and Get up to $184K* Value in Offerings with HPE

Polish Your Writing
Grammarly helps you write your best on every job application. It's free!

DATA Management Checklist
Manage Your Data PROPERLY using this EASY guide

## Recommendations

**Received**    Given

**Diana Wu David**
Work Futurist | Financial Times Faculty | Author | Keynote & TED Speaker | Board Director
March 13, 2022, Diana worked with Watson on the same team

Watson joined our Future Proof community and immediately become the most valuable member through his compassion for others, great listening skills and thoughtful questions. In growing the Resilience Initiative, I have been impressed by his daring to try new things. his enthusiasm to bring others along with him and his focus on finding a better way to do things and sharing this with his peers. He is a gem of a person and an amazing coach!

**Helen Lewis**
I help healthcare professionals pass the OET test
December 17, 2021, Helen was Watson's client

I've known Watson to be a fun and supportive cheerleader over the past ten years knowing him through an online fitness community.

More recently, I benefitted from his skills as a coach and advisor when we worked through the Why Institute's tool for understanding what drives me as an individual. Even though I have done a few similar tests over the years. I found the session with him particularly illuminating and empowering. Watson was very insightful. He gave his expertise with alacrity and humour. He's also a fantastic listener and helped me come to my own conclusions about how to apply the findings of the Why Institute diagnostic.
I recommend a session with him for any individual or team leader who wish to integrate what they offer with their why and how.

**Elizabeth Bridgers**
Senior Vice President, Director of Marketing at HomeTrust Bank
February 4, 2009, Elizabeth worked with Watson but on different teams

Watson is a talented strategic manager. He is able to look toward long-term goals and objectives while maintaining current systems and projects with expertise. As an added bonus, Watson is also a delight to work with on projects.

Show all 4 received →

## Publications

**Mine, Ours, and Yours: A Father's Journey through the Life and Death of a Child**
Amazon · Jun 2, 2019

Show publication ⬈

Mine, Ours, & Yours is a tender and honest account of a father's experience through the ever-shifting emotional landscape of the birth and death of his youngest child. Through thoughtful descriptions, Watson invites us to witness the many facets of his life: the familiar and unexpected, joys, heartbreaks, and the intergenerational connection that is both a wound and a salve. Watson shows us that to follow the path of healing, one must look within for answers, depend on the support of the community, and trust that loved ones will find their own unique way forward. Mine, Ours, & Yours fills a gap in the self-help literature by providing a father's perspective, navigating the complex grief associated with the death of a child.

Kimberly Ernst Ph.D.

## Interests

**Influencers**    Companies    Groups    Schools

**Deepak Chopra MD (official)**
Founder at Deepak Chopra LLC
5,807,273 followers

Linkedin

About                 Accessibility          Talent Solutions        Questions?            Select Language
Community Guidelines  Careers                Marketing Solutions      Visit our Help Center.   English (English)
Privacy & Terms       Ad Choices             Advertising              Manage your account and privacy
Sales Solutions       Mobile                 Small Business           Go to your Settings.
Safety Center

LinkedIn Corporation © 2022

Messaging

# EXHIBIT NN





**Laurie Styron** (She/Her)
Executive Director at CharityWatch - American Institute of Philanthropy

[More]  [🔒 Message]  [+ Follow]



Charity Ratings | America's Most Independent, Assertive Charity Watchdog | CharityWatch
CharityWatch, founded 25 years ago as the American Institute of Philanthropy (AIP), is America's most independent, assertive charity watchdog. CharityWatch's mission is to...

Promoted                                     ...

LegalMatch                                   cbts

Legal Leads For           Get up to $184K* Back
Attorneys                 Trade in your Old Storage
Quick and Easy Way to     and Get up to $184K*
Get Quality Legal Leads.  Value in Offerings with
Apply for Membership      HPE
Now.

Learn more                Learn more



**Accountant & Non-Profit Financial Analyst**
Styron Consulting, LLC
Jan 2013 - Feb 2020 · 7 yrs 2 mos
Chicago

Financial analyst & accounting consultant with nearly 20 years of experience in the non-profit sector. Dedicated to helping charities improve their governance, financial reporting, and public accountability, and to helping funders make better informed donating decisions.

Not-for-Profit Section member of the AICPA. Serves on the Not-for-Profit Organizations Committee and Ad Hoc Subcommittee of the Illinois CPA Society (April 2016-March 2020 terms). Extensive experience in IRS Form 990 tax form reporting, as a liaison between charities and external auditors for annual audit, knowledge of GAAP, and state-level reporting and regulatory requirements.

Worked with a wide range of media outlets on investigative pieces involving non-profits, conducting research and financial analysis and providing interviews for both television as well as print/online publications. Examples at: http://www.styronconsulting.com

Services:

Form 990 Reporting: Financial Statement Preparation; Accounting for Purpose & Time Restricted Contributions; Internal Controls; External Audit Process Liaison / GAAP; Payroll Processing; Financial Analysis; Budgeting & Forecasting; Account Reconciliations; Developing Allocation Bases; Functional Expense Allocations; Accruals; Amortization & Depreciation; A/P, A/R, & Cash Application; Billing & Invoicing; Grant Compliance; General Ledger & Journal Entries; Process Reengineering; Human Resources Management; Purchasing & Vendor Management; Persuasive Writing; Media/ Communications; Policy Writing; Monitoring; & Compliance; Multi-state Charity Solicitation Annual Filings; & more.

Other Services:

In-depth analyses of audits, tax forms, and other charity reporting documents to produce customized reports detailing governance practices, financial efficiency, and other information relevant to grant-making decisions for individual donors, foundations, corporations, and other funders.



Laurie Styron
Nonprofit financial analyst, accountant, nonprofit management consulting. Advice on charitable giving. News and insights on charities and the non-profit sector.



**Senior Financial Analyst**
CharityWatch
Oct 2003 - Dec 2012 · 9 yrs 3 mos
Chicago

CharityWatch (fka, American Institute of Philanthropy)

Analysis of audited financial statements, tax forms, state filings, contracts, and other financial documents to assess and report on charities' financial efficiency and governance practices.

Researching, writing and editing investigative, charity-related articles, and informational pieces on non-profit accounting regulation, sector transparency, and related topics.

Working with media on investigative pieces involving non-profits, including research & analysis, television appearances to provide commentary, and interviews for print and online publications.

Second in command at organization, with operational decision-making authority in president's absence, and shared responsibility for supervising staff. Reported directly to president.

Responsible for organization's annual financial statements; external audit process; annual tax filing; implementation and monitoring of internal control procedures and other accounting. Substantial participation in the strategic planning of the organization. Experience with process reengineering; rebranding; project management; and more.



Charity Ratings | America's Most Independent, Assertive Charity Watchdog | CharityWatch
CharityWatch, founded more than 20 years ago as the American Institute of Philanthropy (AIP), is America's most independent, assertive charity watchdog. CharityWatch does not...



**Grants Administrator**
Emerald Development & Economic Network (EDEN)
2001 - 2003 · 2 yrs
Cleveland/Akron, Ohio Area

Responsible for processing & reporting on emergency funding for multi-million dollar HUD, PRC, and other government grants to low income individuals with mental illness. Daily contact with landlords, clients, and caseworkers from over 25 state and county agencies. Strictly monitored client qualification & adherence to program & financial reporting guidelines. Maintained database, G/L check processing, reconciliations, etc. Reported directly to controller.



Emerald Development and Economic Network
EDEN, Inc. provides, operates, and advocates for safe, decent, affordable housing and support services for persons living with disabilities or special needs who have low income...



**Accounting Assistant**
Plantscaping, Inc.
2000 - 2001 · 1 yr
Cleveland/Akron, Ohio Area

A/P, A/R, cash application, inventory control, account reconciliation, collections, negotiating contracts for services and supplies, sales reports, etc.

Interior Landscaping, Plant Service & Wedding Flowers | Plantscaping, Cleveland, Ohio



**Laurie Styron** (She/Her)
Executive Director at CharityWatch – American Institute of Philanthropy

More    Message    + Follow

contracts for services and supplies, sales reports, etc.



Interior Landscaping, Plant Service & Wedding Flowers | Plantscaping, Cleveland, Ohio

Show all 7 experiences →

Promoted

**LegalMatch**
Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.
Learn more

**cbts**
Get up to $184k* Back
Trade in your Old Storage and Get up to $184k* Value in Offerings with HPE
Learn more

## Education

**Northeastern Illinois University**
Bachelor of Science (BS), Accounting

**Accounting Accreditation**
AACSB Accounting Accreditation is the most relevant, rigorous accreditation a university can pursue for its business programs.

**AICPA (American Institute of Certified Public Accountants)**
Continuing Education, Accounting
2016 - 2021
Grade: CPE

3/29/2018: Risk Management for Not-for-Profit Organizations. 2.0 CPE

12/19/2017: The New NFP Financial Reporting Standard: Get Ready For It!. 1.5 CPE Credits

9/13/2017: New NFP Financial Reporting Standard: Top 5 Things Your Board Should Know!. 2.0 CPE Credits

12/9/2016: Form 990: Learn from the Experts. 2.0 CPE Credits

9/28/2016: Applying FASB's New Not-for-Profit Financial Statement Standard. 2.0 CPE

6/6/2016: Optimizing Your Budgeting Process. 2.0 CPE

3/31/2016: Building, Sustaining and Maximizing Relationships between NFPs and CPAs. 2.0 CPE

**CPE Live Web Events for CPAs**
Get live and interactive CPE right at your desktop! Webcasts and webinars are web-based continuing professional education programs that showcase the profession's leading...

**ICPAS (Illinois CPA Society)**
Continuing Education, Accounting
2016 - 2021
Grade: CPE

11/20/2019: Fundraising Rules & Regulations 1/2 Day Conference. Presenter for Nonprofit Auctions & Fundraising topic

11/17/2018: Illinois CPA Society Not-for-Profit Conference. 9 CPE credits

6/12/2018: Not-for-Profit Advanced Accounting & Uniform Guidance Conference. 8 CPE credits

12/5/2017: Nonprofit Crisis Half-Day Workshop. 4 CPE credits

11/16/2017: Illinois CPA Society Not-for-Profit Conference. 8.5 CPE credits

11/3/2017: Illinois CPA Society Diversity Summit. 4 CPE credits

11/17/2016: Illinois CPA Society Not-for-Profit Conference. 9 CPE credits

6/15/2016: Illinois CPA Society Diversity Summit. 4 CPE credits

Show all 6 education →

## Volunteering

**Advisor**
Chicago South Asian Film Festival
Aug 2013 - Sep 2013 · 2 mos

**Member, Non-Profit Organizations Committee, Ad Hoc Subcommittee**
The Illinois CPA Society (ICPAS)
Apr 2016 - Present · 6 yrs 1 mo

## Skills

**Nonprofits** · 15
Endorsed by Meghan Davison who is highly skilled at this
Endorsed by 2 colleagues at Prestige Delivery Systems, Inc.

**Management** · 15

**Financial Analysis** · 6

Show all 50 skills →

Messaging



**Laurie Styron** (She/Her)
Executive Director at CharityWatch · American Institute of Philanthropy

More    🔒 Message    + Follow

Show all 50 skills →

## Recommendations

Received    Given


**Meghan Davison** 🔗
Senior Vice President at CCS Fundraising
August 14, 2015, Meghan reported directly to Laurie

Laurie Styron is one of the most dogged, detail-oriented and hardworking people you will ever met. She is thoughtful and thought-provoking, and I would recommend her to anyone interested in learning more about the inner workings of nonprofits.

## Publications

**How to avoid charitable scams - Episode 42**
Grow, Cook, Heal – a CBS produced podcast · Sep 21, 2016

Show publication ⧉

Jill asks charitable consult Laurie Styron how to avoid charity scams and give to organizations that really are making a difference.

Other authors

**CharityWatch.org**
CharityWatch (fka. American Institute of Philanthropy) · Oct 1, 2013

Show publication ⧉

Leadership Booted at Dinshonored Veterans Charity:
Ordered to Pay $2.5 Million Restitution

**Putting Charities to The Financial Test: Is an organization about to go bust? Before you give them money, you need to do some due diligence.**
The Wall Street Journal · Nov 28, 2011

Show publication ⧉

"Charities' financials are just as complicated as those of a corporation, if not more," says Laurie Styron, an analyst with the nonprofit watchdog service CharityWatch, based in Chicago. "Be careful as a layman of reading too much into these." It's important to do financial checks, Ms. Styron says, but when in doubt, she advises donating to a charity that has a good reputation.

Show all 10 publications →

## Projects

**CharityWatch Database, Web Site, & Application Redesign**
Jan 2012 - Feb 2015
 Associated with CharityWatch

Show project ⧉

Project manager, then consultant, on new web site applications & process reengineering for CharityWatch. Site launched in February 2015. Drafted original mockups for fields and functionality of new SQL database: multi-variable conditional formulas; testing; data integrity; worked closely with programmer on visual and technical site design and database integration. Maximized value to internal and external stakeholders through implementation of organization's differentiation strategy within the constraints of time, funding, and staff size limitations. Process reengineering of internal work flow processes and procedures related to developing and maintaining expanded content for new web site application to improve efficiencies and minimize redundancies and potential for errors. Drafted comprehensive user manual for database. Oversaw and edited new web site policies and terms of use.

Other creators


**CharityWatch Rebranding**
Jan 2011 – Present
 Associated with CharityWatch

Show project ⧉

Managed rebranding of American Institute of Philanthropy to dba CharityWatch.

Other creators



💬 Messaging 7  ···  ✎  ∧

Promoted  ···

LegalMatch
Legal Leads For Attorneys
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.
Learn more

cbts
Get up to $184k* Back
Trade in your Old Storage and Get up to $184k* Value in Offerings with HPE
Learn more

Laurie Styron (She/Her)
Executive Director at CharityWatch · American Institute of Philanthropy

More    Message    + Follow

Show all 10 publications →

## Projects

**CharityWatch Database, Web Site, & Application Redesign**
Jan 2012 - Feb 2015

Associated with CharityWatch

Show project ⬏

Project manager, then consultant, on new web site applications & process reengineering for CharityWatch. Site launched in February 2015. Drafted original mockups for fields and functionality of new SQL database; multi-variable conditional formulas; testing; data integrity; worked closely with programmer on visual and technical site design and database integration. Maximized value to internal and external stakeholders through implementation of organization's differentiation strategy within the constraints of time, funding, and staff size limitations. Process reengineering of internal work flow processes and procedures related to developing and maintaining expanded content for new web site application to improve efficiencies and minimize redundancies and potential for errors. Drafted comprehensive user manual for database. Oversaw and edited new web site policies and terms of use.

Other creators

**CharityWatch Rebranding**
Jan 2011 - Present

Associated with CharityWatch

Show project ⬏

Managed rebranding of American Institute of Philanthropy to dba CharityWatch.

Other creators

## Organizations

**Illinois CPA Society**
Not-For-Profit Organizations Committee Member · Apr 2016 - Present

**American Institute of Certified Public Accountants (AICPA)**
Not-For-Profit Section Member · Jan 2015 - Present

Associated with Styron Consulting, LLC

**Chicago South Asian Film Festival**
Independent Advisor to Board - Form 990 Tax Filing Requirements · Sep 2013 - Sep 2013

Associated with Styron Consulting, LLC

## Causes

Animal Welfare • Arts and Culture • Civil Rights and Social Action • Economic Empowerment • Education • Environment • Health • Human Rights • Disaster and Humanitarian Relief • Politics • Poverty Alleviation • Science and Technology • Social Services

## Interests

Influencers    Companies    Groups    Schools

**Justin Trudeau** 🔵
Prime Minister of Canada | Premier ministre du Canada
5,331,975 followers

**Ian Bremmer** 🔵
President at Eurasia Group
3,782,459 followers

Show all 27 influencers →

Promoted

**Legal Leads For Attorneys**
Quick and Easy Way to Get Quality Legal Leads. Apply for Membership Now.

Learn more

**Get up to $184k* Back**
Trade in your Old Storage and Get up to $184k* Value in Offerings with HPE

Learn more

**Linked**in

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022

Messaging 🔵

# EXHIBIT OO

 

Home    My Network     Jobs 



# Taylor Conroy · 3rd

Founder & CEO at The Idea Collective ✦ 4x TEDx Speaker ✦ Social Impact
Entrepreneur ✦ Change Leadership ✦ Visionary

Los Angeles County, California, United States · Contact info

## About

I'm the Founder and CEO of The Idea Collective, an idea incubator, talent and
networking hub for thought leaders, change makers and social influencers seeking to
create the greatest human impact possible. The Idea Collective is a culmination of a
life transforming experience I had after my first TEDx talk in 2011. As a res  ...see more

## Featured

| Link | Link | Link |
| --- | --- | --- |
| | | Talks at Google  |
| **Taylor Conroy | How to Scale Empathy, Change the World,...** | **Taylor Conroy | How to Scale Empathy, Change the World,...** | **Tay... with Pu...** |
| YouTube | YouTube | YouTube |
| New Leadership | How can you use your calling to have an impact and money at the same | New Leadership | How can you use your calling to have an impact and money at the same | Taylor C... social e... as Nort... |

 

Home        My Network        Jobs

## Activity

7,221 followers

( + Follow )

**Taylor hasn't posted lately**
Taylor's recent posts and comments will be displayed here.

Show all activity →

## Experience



**CEO, Founder**
The Idea Collective
Sep 2017 - Present · 4 yrs 9 mos
Greater San Diego Area

In 2017, I founded The Idea Collective, an idea incubator, talent hub and networking epicenter for thought leaders, change makers and social

 



**Head of Adventure**
Journey - Travel with Purpose
Jan 2016 - Dec 2017 · 2 yrs
Greater Los Angeles Area

Journey - Travel with a Purpose began as an experiment to take hundreds of people on transformative journeys with an aim to increase their empathy

  

**Co Founder & Chief Visionary Officer**
Change Heroes
Oct 2010 - Jan 2016 · 5 yrs 4 mos
Global

In 2010 while I still had a thriving real estate career, I took the whole year to travel around the world. My travel adventures brought me a new

 


### Founder
The Condo Group
May 2005 - Dec 2011 · 6 yrs 8 mos
British Columbia, Canada

In 2004 I took the real estate licensing course at UBC Sauder School of
Business and became a member of the National Association of Realtors. The

### Firefighter First Class
Esquimalt Fire Department
Jan 2003 - May 2006 · 3 yrs 5 mos
British Columbia, Canada

My first job was at the Esquimalt Fire Department as a professional
firefighter. At age 20, I was the youngest firefighter in the country and

## Education

 **UBC Sauder School of Business**
Real Estate
2004 - 2005

I took the salesperson licensing course and got certified. I became a
member of the National Association of Realtors.

 **Justice Institute of British Columbia**
NFPA 1001, Fire suppression, rescue, first aid, auto extrication, etc.
2002 - 2002

## Skills

### Entrepreneurship

 Endorsed by Ryan Selkis and 15 others who are highly skilled at this

 Endorsed by 2 colleagues at Island Realm Real Estate

 99+ endorsements

### Public Speaking

Endorsed by Brian Dodd, APA, DTM and 3 others who are highly skilled at this

 

Home     My Network     Jobs

**Fundraising**

 Endorsed by 7 people who know the skill

 61 endorsements

---

Show all 13 skills →

---

## Recommendations

**Received**     Given

---

**Nothing to see for now**
Recommendations that Taylor receives will appear here.

---

## Projects

**Change Heroes**
Apr 2011 - Present

Associated with Change Heroes

Show project ⬈

Online fundraising system that raises ridiculous amounts of money for incredible causes in less time than it take to get hungy after dinner.

**Other creators**



+6

---

## Interests

**Influencers**     Companies     Groups     Schools

---

**Geni Whitehouse** in · 3rd
Founder at The Impactful Advisor
146,901 followers





Home    My Network    Jobs



**Jason Calacanis** [in] · 3rd

Entrepreneur, Angel Investor, Author

638,601 followers

\+ Follow

Show all 42 influencers →

Promoted    ···

    **Search Best Lawyers**
Search the 2022 Best Lawyers Workers'
Compensation Law Claimants honorees. ⟩

    **Join An Advisory Board**
Companies are looking for experts just
like you. ⟩

    **Propel your business.**
Create a website or online store and sell
anything, anywhere. ⟩

## People also viewed

 **Jake Van Buschbach**
· 2nd

CEO & Founder at Umbrella IT Services

Connect

 **Kris Delgado**
· 3rd

Owner and Operator Rise Up To Love

Message

 **Ted Gast**
· 3rd

Managing Director

Message

 **Ted Shepherd**
· 3rd

Develop and execute high ROI advertising programs that drive increased revenues for
national, regional, and local retailers, home service, and home improvement businesses.

 

Home     My Network     Jobs

The Aware Show Host and Emmy-Nominated Casting Agent

Message

Show more ⌄

## People you may know

 **Lafayette Greenfield**
Partner at Davis Wright Tremaine LLP

Connect

 **Jeremy S. Goldman**
Partner at Frankfurt Kurnit Klein & Selz

Connect

 **Adam Caldwell**
Partner at Davis Wright Tremaine

Connect

 **Khali Jones**
Coordinator, Onboarding & Integration at Davis Wright Tremaine LLP

Connect

 **Andrew Lorentz**
Partner, Davis Wright Tremaine LLP

Connect

Show more ⌄

 



# EXHIBIT PP

# Richard Branson

**F** forbes.com/profile/richard-branson

ByJordi Lippe-McGrawContributor

© 2022 Forbes Media LLC. All Rights Reserved

**F** PROFILE

#601 - Billionaires (2022)

Richard Branson

$4.9B

$22M (0.44%)

## Real Time Net Worth

as of 5/3/22

#559 in the world today

Photo by AP

- Richard Branson owes his fortune to a conglomerate of businesses bearing the "Virgin" brand name, including Virgin Atlantic and Virgin Galactic.
- The son of a barrister and flight attendant, Branson got his start with a mail-order record business some 50 years ago.
- He primarily lives on a luxe British Virgin Islands retreat, Necker Island, which he bought for $180,000 in 1978.
- Alaska Air acquired his Virgin America airline in 2016, a move he opposed but didn't have the votes to stop.
- Branson is getting into the cruise business with Virgin Voyages, expected to take its first passengers in 2020.

Wealth History

HOVER TO REVEAL NET WORTH BY YEAR



## Forbes Lists

#601

Billionaires (2022)
Personal Stats

Age 71

Source of Wealth Virgin, Self Made

Residence Necker Island, British Virgin Islands

Citizenship United Kingdom

Marital Status Married

Children 2

Education Drop Out, High School

Did you know

When he sold Virgin Records for $1 billion in 1992, Branson ran down London's Ladbroke Grove crying, upset over parting with the business.

Branson suspended talks with Saudi Arabia over a proposed $1 billion investment into Virgin Galactic after the disappearance of journalist Jamal Khashoggi in 2018.

In Their Own Words

> My biggest weakness in life is that I can't say no.
>
> *Richard Branson*

Key Connections



Anne Wojcicki



Chamath Palihapitiya



United Kingdom

## More on Forbes

Apr 22, 2022

### Richard Branson's Virgin Limited Edition Is On A Sustainability Mission

Richard Branson has always been a man with big goals. After all, he's traveled into space. But the entrepreneur is focusing on another endeavor that hits a bit closer to home: making his Virgin Limited Edition brand more sustainable.

Apr 12, 2022

### The Cofounders Of Summit Want You To Make No Small Plans

The four cofounders of Summit — an event production company that has hosted over 250 global gatherings over the past 15 years including the likes of Richard Branson and Shonda Rhimes — have a new book, "Make No Small Plans," out today. Their chief motivation is to inspire others to dream big.

Feb 18, 2022

### 'SPAC King' Chamath Palihapitiya Abruptly Resigns As Virgin Galactic Chair Amid Stock Crash

Shares of the space exploration company founded by billionaire Richard Branson have tumbled about 80% from an all-time high last summer.

Oct 7, 2021

## Richard Branson On Why The Death Penalty Is The Latest Front For Business Activism

More than 100 business leaders have added their names to a declaration against the death penalty championed by British billionaire Richard Branson.

Sep 29, 2021

## FAA Allows Virgin Galactic To Return To Skies After Investigation Into Richard Branson's Flight

The FAA grounded Virgin Galactic's planes in early September, amid an investigation into why its mid-July test flight deviated from course.

Sep 27, 2021

## Take A First Look At The Newest Estates On Richard Branson's Private Moskito Island

The star-studded island has a neighbor that's just a couple miles away and also in the middle of the Caribbean: After 14 years in the making, Moskito Island, along with its privately owned villa estates, has made its debut.

Sep 27, 2021

## Two New Estates Just Became Available To Rent On Richard Branson's Private Moskito Island

The newest and most exclusive private island in the British Virgin Islands made two new luxury villa estates available to the public for exclusive buyouts starting in October.

Sep 20, 2021

## Sir Richard Branson Takes Luxury From Air To Sea

Sir Richard Branson's latest venture is a super-luxe cruise line, Virgin Voyages, with "The Scarlet Lady" about to sail from PortMiami to the Caribbean and offering super-posh amenities.

Aug 23, 2021

## Billionaire Richard Branson Is Taking Virgin Orbit Public At A $3 Billion Valuation

Branson's small satellite launcher will list on Nasdaq through a SPAC merger with NextGen Acquisition Corp. II by the end of the year.

Aug 10, 2021

## Will Sir Richard Branson Take Virgin Atlantic From Bankruptcy To IPO?

Rumors are flying that Sir Richard Branson's Virgin Atlantic Airways, hit hard by the pandemic, might go from bankruptcy to IPO later this year.

© 2022 Forbes Media LLC. All Rights Reserved.

# EXHIBIT QQ

# Director, Planning Delivery Unit

**au.linkedin.com**/in/rukdesilva





## Rukshan Henry de Silva

## Director at NSW Department of Planning, Industry and Environment

## Sydney, New South Wales, Australia500+ connections

Join to connect

## About

I am a Registered Planner (RPIA), Registered Professional Planner (RPP), Certified Economic Development Professional (EcD), and Graduate of the Australian Institute of Company Directors (GAICD), with a focus in strategic planning, public and stakeholder engagement, policy analysis, and economic development. I was also named 2019 Australian Young Planner of the Year and 2018 NSW Young Planner of the Year.

## Experience

- NSW Department of Planning, Industry and Environment
  **NSW Department of Planning, Industry and Environment**

  4 years 9 months

  - Nov 2020 - Present1 year 7 months

    Sydney, Australia

  - **Principal Planner, Snowy Mountains Special Activation Precinct**

    Jan 2019 - Nov 20201 year 11 months

    Sydney, Australia

  - **Executive Planner, Urban Renewal**

    May 2018 - Jan 20199 months

    Sydney, Australia

  - **Planned Precinct Manager, Urban Renewal**

    Dec 2017 - May 20186 months

  - **Senior Planner, Urban Renewal**

    Sep 2017 - Dec 20174 months

    Sydney, Australia

- Town of Halton Hills Graphic
  **Strategic Planner**

  **Town of Halton Hills**

  Feb 2015 - Sep 20172 years 8 months

  Halton Hills, Ontario, Canada

- HOK Graphic
  **Urban Designer**

  **HOK**

  Mar 2014 - Feb 20151 year

  Toronto, Ontario, Canada

- University of Waterloo Graphic
  **Urban Design Tutor**

  **University of Waterloo**

  Sep 2011 - Dec 2013 2 years 4 months

  Waterloo, Ontario

- HOK Graphic
  **Urban Design Intern**

  **HOK**

  Apr 2013 - Sep 2013 6 months

  Toronto, Ontario, Canada

- Town of Oakville Graphic
  **Strategic Planning Intern**

  **Town of Oakville**

  Jan 2012 - Dec 2012 1 year

  Oakville, Ontario, Canada

- HASSELL Graphic
  **Strategic Planning Intern**

  **HASSELL**

  Apr 2011 - Sep 2011 6 months

  Sydney, New South Wales, Australia

## Education

- University of Waterloo   University of Waterloo Graphic
  **University of Waterloo**

  **Master of Economic Development and Innovation (MEDI)Local Economic Development**

  2015 - 2017

- University of Waterloo   University of Waterloo Graphic
  **University of Waterloo**

  **Bachelor of Environmental Studies (BES)Honours Planning Co-op**

  2009 - 2014

## Volunteer Experience

- Vice President, Regional (NSW Division)  Planning Institute of Australia Graphic

  **Vice President, Regional (NSW Division)**

  **Planning Institute of Australia**

  Oct 2021

  Environment

- Lifesaver, Trainer, Assessor (Bronte Surf Life Saving Club)
  Surf Life Saving Australia Graphic

  **Lifesaver, Trainer, Assessor (Bronte Surf Life Saving Club)**

  **Surf Life Saving Australia**

  Feb 2018 - Present4 years 4 months

  Social Services

  Bronze Medallion; Bronze Medallion Trainer; Bronze Medallion Assessor; Silver Medallion (Beach Management); Inflatable Rescue Boat Crewman; Advanced Resuscitation; Advanced First Aid

- Planner (CISAL Program, Ancash, Peru)
  Federation of Canadian Municipalities Graphic

  **Planner (CISAL Program, Ancash, Peru)**

  **Federation of Canadian Municipalities**

  Feb 2017 - Jun 20192 years 5 months

  Poverty Alleviation

- National Settlement Strategy Committee Member
  Planning Institute of Australia Graphic

  **National Settlement Strategy Committee Member**

  **Planning Institute of Australia**

  Jan 2018 - Oct 201810 months

  Environment

- Centenary Committee Member  Canadian Institute of Planners Graphic

  **Centenary Committee Member**

  **Canadian Institute of Planners**

  Apr 2016 - Sep 20171 year 6 months

  Environment

- <u>Assistant Producer of Artistic Gymnastics</u>

  Toronto 2015 Pan/Parapan American Games Organizing Committee Graphic

  **Assistant Producer of Artistic Gymnastics**

  **Toronto 2015 Pan/Parapan American Games Organizing Committee**

  Jul 2015

  Arts and Culture

- <u>Vice Chair</u>  Oakville Santa Claus Parade Graphic

  **Vice Chair**

  **Oakville Santa Claus Parade**

  Sep 2014 - Sep 20173 years 1 month

  Arts and Culture

## Licenses & Certifications

- Graduate Member (GAICD) Graphic

  **Graduate Member (GAICD)**

  **Australian Institute of Company Directors**

  Issued Aug 2021

- Registered Planner (RPIA) Graphic

  **Registered Planner (RPIA)**

  **Planning Institute of Australia**

  Issued Dec 2017

- Certified Economic Development Professional (EcD) Graphic

  **Certified Economic Development Professional (EcD)**

  **Economic Developers Association of Canada (EDAC)**

  Issued Nov 2016

- Registered Professional Planner (RPP) Graphic

  **Registered Professional Planner (RPP)**

  **Canadian Institute of Planners**

  Issued Nov 2015

## Publications

- **Beyond Our Borders**

  **New Planner (NSW State Planning Journal) Mar 2019**

- **Planning Peru Forward**

  **PLAN Canada (Canadian National Planning Journal) Dec 2018**

  See publication

 External link

## Honors & Awards

- **Planning Excellence Award: Improving Planning Processes**

  **Planning Institute of Australia**

  Nov 2021

- **Australian Young Planner of the Year**

  **Planning Institute of Australia**

  May 2019

- **Bronte Surf Life Saving Club Rookie of the Year**

  **Surf Life Saving Australia**

  May 2019

- **NSW Young Planner of the Year**

  **Planning Institute of Australia**

  Nov 2018

- **Planning Excellence Award: Municipal Statutory Planning Studies**

  **Ontario Professional Planners Institute**

  Nov 2015

- **Planning Excellence Award: Urban and Community Design**

  **Ontario Professional Planners Institute**

  Nov 2015

- **Real Property Award for Best Practices: Comprehensive Planning**

  **Real Property Institute of Canada**

  Nov 2015

- **Planning Excellence Award of Merit: Urban Design**

  **Canadian Institute of Planners**

  May 2015

- **Green Good Design Award for Green Architecture**

  **The European Centre for Architecture Art Design and Urban Studies**

  Apr 2015

- **CAO Award for Teamwork (Nomination)**

  **Town of Oakville**

  May 2014

## View Rukshan Henry's full profile

- See who you know in common

- Get introduced

- Contact Rukshan Henry directly

Join to view full profile

# EXHIBIT RR





# EXHIBIT SS

# The one and only Thomas Lundgren

**esquireme.com**/brief/business/26389-the-one-and-only-thomas-lundgren

By Staff Writer                                                                                  February 9, 2018



Swedish retail tycoon Thomas Lundgren opened his first UAE store over 20 years ago. Since then, THE One has become a household name and a leader in the industry. THE One has since branched out to include the likes of Fusion, Junior and Basics – all spins on his original idea – and Lundgren's empire now boasts 31 stores (which he calls theatres and boutiques) in eight countries, and more than 800 staff.

### Let's start with the big question: Why have you succeeded where so many other entrepreneurs have failed?

It's hard to say, but what I do believe is that any business needs to make a gazillion mistakes if it wants to succeed. Just look at THE One as an example. I think we have made hundreds and hundreds of mistakes over the years, but we survived every one. We keep learning and we growing. That is the secret of our success.

I've always considered myself to be a bit of a misfit. I was a misfit when I was young, and I am a misfit still to this day. And I think that is important because it's what drives me to succeed. To always do more, be better and achieve bigger and better goals. I think the world needs more misfits.

### So why the furniture business?

I wouldn't say it was my calling, but I wanted to escape from Sweden. I had nothing there and I believed that my future was outside my home country. I saw a job listing for a decorator in <u>Saudi Arabia</u>, and let me tell you, in 1984 this was not the most desirable place to go! I didn't understand anything about the Middle East, but I decided to go anyway. Later I moved to Kuwait to work with Ikea, and then ended up in the UAE in 1993. Dubai was a very small place back then, and I thought it could do with a furniture company.

At the time, nobody else but me thought so.

I created a business plan for THE One, and if you go to my office, I have an entire wall with framed rejection letters that I received from potential partners and the banks who would not give me a loan to get started. It just goes to show that through sheer resilience and confidence in yourself and your business that you can succeed.

### How much of your business decisions are based on gut instincts, as opposed to number-crunching?

For me, my instincts were everything. I never really understood how a business was supposed to be run when I got started. Everything we built was based on a gut feeling, on how people would react, on what our customers would think. I believe that if I had built the business based on a spreadsheet, we would not be around today.

### Do you ever fear that those gut instincts will fail? That they may be the wrong decision at the time?

When I was young, I never thought like this. I had nothing to lose, so why would I be scared. But as you get older, those thoughts do start to creep in. Today, I am much more hesitant when it comes to taking risks because I know how far I have come – and how much work I would have to put in to get back to this place if something were to go wrong.

### What does winning the right way mean to you?

There is a tendency to credit a business' success to one person. The guy at the top. But I think – in THE One's case, anyway – that it comes down to the team. Ask anyone in the business, and they will say that we all work together and that the company is stronger for it. I think this is the key to winning. When everyone acknowledges that business is a team sport. One player doesn't win, we all do.

That, to me, is winning the right way.

_Esquire_ talked to Thomas Lundgren as part of The Good Bartenders series. The Chivas-run initiative asks local entreprenuers to become a bartender for one night, and to talk about how they raised the bar for good business. For more information please visit thegoodbartenders.com





# EXHIBIT TT

# On her birthday, here's to Canada's first female PM

tvo **tvo.org**/article/on-her-birthday-heres-to-canadas-first-female-pm

1. Politics

Kim Campbell takes stock of her life as she reaches the three-quarter-century mark



Written by Steve Paikin

Mar 10, 2022

Share



Former prime minister Kim Campbell, pictured in March 2013. (Andrew Vaughan/CP)

Kim Campbell is 75 years old today.

I can scarcely believe I've just typed that. I well remember, back on March 25, 1993, when Campbell, having just turned 46, gave a bravura performance announcing her intention to run for the federal Progressive Conservative party leadership to succeed Brian Mulroney.

In an era when too many politicians can't seem to give a speech without slavishly following a teleprompter, Campbell launched her campaign without a script, speaking extemporaneously and with humour. With the backing of more than half the caucus, she won the leadership less than three months later, becoming Canada's first female prime minister on June 25.

Today, Campbell lives outside Florence, Italy, and, as many people do on milestone birthdays, she's taking stock of her life and the world.

"I'm conscious of the fact that I'm heading for the 19th hole," she says. "I'm getting into that range where I'm too old to die young."

Yes, Campbell's sense of humour is still very much intact.



Female former first ministers at the No Second Chances conference in Ottawa in 2020: L-R: Alison Redford (Alberta), Kathleen Wynne (Ontario), Kim Campbell (PM), Kathy Dunderdale (Newfoundland and Labrador), Catherine Callbeck (Prince Edward Island). (Steve Paikin)

In a 70-minute Zoom call last week, Campbell took me through a panoply of issues, from life in Italy, to her marriage to the brilliant pianist/impresario Hershey Felder, to the state of the world today, and, yes, to Canadian politics, which she still follows.

"My personal life is fabulous," she says. "I can't tell you how happy I am. But the state of the world has me in the slough of despond when I think beyond that."

Campbell grew up in the shadow of World War II; having been born in 1947, she was deeply influenced by the Cold War — so much so, she's dedicated much of her life to helping the globe avoid a third world war. This is a woman who, as a teenager, wanted to be secretary-general of the United Nations.

She has numerous direct connections to war. Her father, George, was wounded in Italy during World War II while fighting as a member of the Seaforth Highlanders. Her father's best friend is buried in Ravenna, two hours' drive from Florence. Her first husband's cousin died in Ortona, about four hours away. Campbell herself once performed official duties by laying a wreath at the Commonwealth war cemetery near where she lives.

"There's a sweetness in being here, because Canadians paid the price so Italy could be what it is today — which is totally chaotic in many ways — but it made it possible for me to come and get to know a country that still has things to see that are inspiring," she says.

Having said that, Canada's first female defence minister (in 1993) is appalled by what she's seeing in Eastern Europe. It particularly hits home because, in 1970, Campbell did a doctorate in Soviet government at the London School of Economics. In 1972, she spent three months in the Soviet Union and three weeks in Ukraine. She chaired a foundation in Kyiv for five years.

"I know that part of the world well," she says, adding that part of the reason the world is so shocked by what Russian president Vladimir Putin has wrought is that "it's hard for good people to believe in evil. We're flabbergasted by it. If you're a rational person, if you're a good person, if you're somebody who doesn't harbour bad motivations, it's very hard for you to understand somebody like Putin — or Trump, for that matter. Naïveté is often the other side of the coin of decency. You can't see what you wouldn't do yourself."

Campbell says that Putin, ironically, has forgotten that, when the Soviet Union did exist, "the Ukrainians were the best soldiers," as he's currently discovering.

"If Russia were democratic, if it were a country that respected human rights, then its former satellites would cuddle up to it very happily and increase its relationships and feel pride in the association as they pursued their own independent ways," she says. "He actually achieves the opposite of what he wants." A reinvigorated NATO and European Union "is Putin's greatest nightmare," she adds.

Campbell talks about how, in many ways, her generation has failed the generations that have followed. That significantly animates her current agenda.

"What do we owe them?" she asks of those buried in cemeteries all over Europe. "They died so none of us had to be that brave. I've never had to be that brave. Yes, I faced the slings and arrows of outrageous journalists, the disappointment of defeat, and the experience of the reality of being a woman breaking through into an area where people didn't think you belonged. But I never feared for my life. Now there's an automatic 10-year sentence for Russians protesting. People in Ukraine are putting their lives on the line for something bigger than themselves. I never had to do that, because others did it."

So what animates Campbell these days?

"I'm thinking of how I can be a good ancestor" is how she puts it. "I want to use the lessons of my own increasingly longer life to perhaps be a tile in the mosaic of progress." To that end, she frequently speaks to student groups, including as a distinguished fellow at the Munk School for Global Affairs and Public Policy at the University of Toronto.

"Us old geezers, there are things we can share because of how we see history," she says. "Not to tell them what to do but to develop their own sense of what morality is and what citizenship means and where their loyalty lies and how they can be constructive members of society."

Campbell still follows Canadian politics, although her interest in partisan politics is long in the rear-view mirror.

"My old party doesn't exist, and I've never joined another one," she says of the former PC party, now subsumed into the Conservative Party of Canada. She expresses admiration for Deputy Prime Minister Chrystia Freeland and Defence Minister Anita Anand, who's just the second woman (after Campbell) to have that portfolio.

When Freeland was made finance minister in August 2020 and sustained numerous criticisms for her lack of formal business experience, "that brought me out of the bushes," Campbell says with exasperation. "I was so mad at the condescension and sheer ignorance and blatant misogyny of these journalists. Jim Flaherty was a personal-injury lawyer. Don Mazankowski was a used-car dealer," she says, referring to two successful Conservative finance ministers. "It doesn't mean they weren't good. But people allowed them to learn on the job. Chrystia Freeland came armed with deep and profound knowledge."

No one more than Campbell knows how tough politics can be, and when I remind her that the man she defeated for PC leader almost 30 years ago is poised to make a comeback to run for the CPC leadership, she says of Jean Charest: "Good for him" — although, in the next breath, she allows that "he said he'd run as a Conservative not a red Tory, and that's a

tragedy." Campbell regrets the fact that moderate conservatives have to pay lip service to being more conservative than they really are, lest they alienate the much more right-wing, populist base of the party.



Watch Video At: https://youtu.be/3xIypUT_uwM

*Steve Paikin in conversation with Kim Campbell in 2010*

One can't talk to Campbell without referring to the fact that almost three decades later, she remains the one and only female prime minister Canada has ever had. How come?

"It's harder than it looks," she says. "You have to have a woman who can win the leadership of a party that can form a government. If you're a party that can't form the government, then people are prepared to have woman toil in the vineyards, do all the work, and take all the disappointment. Once you have a party that can form a government, the elbows are out. A lot of people want that."

Campbell's prime ministership began well. She took over a party that was moribund in the polls and moved it into a competitive position. But the 1993 election campaign laid bare myriad problems for the PCs — Mulroney's unpopularity, Western alienation (which led to the rise of the Reform Party), Quebec nationalists who flocked to the Bloc Québécois, and Campbell's own mistakes. The PC party essentially blew up and was left with only two MPs.

While Campbell admits she gets her fair share of taunts — "You were only prime minister for 10 minutes" — she's more heartened by others who remind her of the significance of the accomplishment. One woman recently intercepted her at an airport, saying she'd been only six when Campbell became PM, prompting her father to say, "See? Girls can do anything!"

"These little nodes of encouragement," Campbell says, "I want people to know I survived it. It was tough. When you're breaking through, there are some human sacrifices when a non-prototypical person does the job."

This helps explain Campbell's commitment to a two-decade-old organization she helped found called the Club de Madrid (which helps promote democracy around the world) and the Council of Women World Leaders, made up of current and former women prime ministers and presidents.

One of Campbell's most appealing characteristics has always been her openness, particularly about her own life, which has been unlike any other Canadian prime minister's. Since 1997, she's been married to Felder, her third husband, who is 21 years her junior. Having said that, she points out her first husband was 21 years her senior. And her second husband was seven years older.

"So, on average, my husbands are two and a half years older than me," she says, displaying that sense of humor again. "I was 49 when I met Hershey. I remember thinking, Oh golly, I'm 21 years older than he is. But, somehow, we're happier than ever. Maybe his fondness for antiques may have something to do with that."

Campbell confesses she sent her husband, who was working in Venice during our Zoom call, a text the other day telling him she loved him.

"I love my husband so much, and I admire him and respect him so much," she adds, tearing up. "He's an absolute darling and treats me like a queen. We have a great life together."



The author's daughter, Giulia Paikin, in front of Kim Campbell's official portrait in Parliament in 2018. (Steve Paikin)

Felder has spent the pandemic live-streaming concerts in which he plays everything from Beethoven to Gershwin, providing employment for 300 people who otherwise might have been at loose ends. As Campbell and I spoke, Felder was filming two hours away in composer Giuseppe Verdi's house, "which is exactly as it was when Verdi lived in it," Campbell says.

She expects to spend her 75th birthday having a romantic evening at their 12th-century villa (once a castello/fortress that was occupied by the Nazis during World War II) because it affords such a magnificent view of Florence.

"For the first time in our time together, we have a normal life here," Campbell says. "He's not in the theatre six nights a week. I cherish my happiness."

Now if only the world could stop the war in Ukraine.

If only Canada would elect another female prime minister.

If only we could "embrace sharing our planet, our country, our societies with smart, good constructive people of all different sizes, shapes, and colors. That's the guarantee of the future. Golly, what a world!"

Energized and passionate, Kim Campbell still has plenty on her agenda as she celebrates three-quarters of a century of life.



Steve Paikin

Steve Paikin is the host of TVO's flagship current affairs program, The Agenda with Steve Paikin. He co-hosts the weekly provincial affairs #onpoli podcast and contributes columns to tvo.org. Paikin was born and raised in Hamilton, which explains his love of the Hamilton Tiger-Cats and the Toronto Maple Leafs. We're still trying to figure out his obsession for the Boston Red Sox.

@spaikin
TVO Journalistic Standards



## TVO inspires learning that changes lives

Help communities across Ontario break down barriers and meet the challenges of our rapidly changing world.

Make a donation

