# VIDEO FILE TO BE CONVENTIONALLY FILED

# EXHIBIT 40