IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WE CHARITY,

                    **Plaintiff**,

v.

**CANADIAN BROADCASTING
CORPORATION,**

                    **Defendant**.

Civil Action No. 1:22-cv-00340

**DECLARATION OF HARVEY CASHORE**

1.      My name is Harvey Cashore. I make this declaration in support of the CBC's Motion to Dismiss for *Forum Non Conveniens* and to Dismiss Counts II-IV of the Complaint for Lack of Subject Matter Jurisdiction. I make this declaration from personal knowledge and am competent to testify to the facts stated herein.

2.      I am an investigative journalist and senior story producer with the Canadian Broadcasting Corporation's ("CBC") weekly investigative documentary programme "The Fifth Estate".  I am a Canadian citizen and reside in Toronto, Canada.

3.      I began my career in 1987 in Ottawa as the research associate to the investigative journalist and author John Sawatsky.  In 1991 I joined the CBC's flagship investigative program, *The Fifth Estate*, tackling stories involving, for instance, political corruption, environmental issues, and the influence of lobbying on health policy in Canada.  In 2002, I joined the CBC's investigative newsmagazine *Disclosure* as senior editor before returning to *The Fifth Estate* in 2007, where I continue to work as an investigative journalist and producer today.  I have also authored two books.

4.      I have received awards for my work, including the Canadian Association of Journalists' Don McGillivray Award for Investigative Journalism; the Justicia Award, which recognizes outstanding broadcast and print stories that promote better public awareness of any aspect of Canada's justice system;

the Academy of Canadian Cinema & Television's Gemini award for best direction; and the Arthur Ellis Best True Crime book award. I was also named an Investigative Reporters and Editors ("IRE") award finalist in 2001, and my work contributed to *The Fifth Estate's* 2001 Michener Award, which is Canada's premier journalism award honoring, celebrating, and promoting excellence in Canadian public service journalism.  In 2018, a documentary I produced for The Fifth Estate, along with our colleagues at Radio-Canada's Enquete, won the CAJ documentary award for investigative journalism   In 2019 I produced a documentary about school bus safety that won the coveted Canadian Hillman award.

5.      I was the senior story producer of *The Fifth Estate* documentary that was broadcast on November 18, 2021 entitled "WE Charity's Donor Deception in Kenya: Finding School No. 4."

6.      Attached hereto as **Exhibit 1** is a true and correct copy of a document that I received via an e-mail from Robin Wiszowaty on November 17, 2021.

7.      The November 18, 2021 *The Fifth Estate* documentary included excerpts of an interview with Watson Jordan.  Attached as **Exhibits 2-13** are copies of email correspondence with WE Charity and/or its affiliates that Mr. Jordan provided to the CBC.

8.      Attached as **Exhibit 14** is a true and correct copy of a redacted version of WE Charity Canada's Non-Consolidated Financial Statements dated August 31, 2021, which I requested and received from the Media Relations department of the Canada Revenue Agency (CRA).  The document was sent to me by the CRA with the redactions.

9.      The Complaint in paragraphs 260-261 quotes from and characterizes email exchanges between myself and Robin Wiszowaty on September 10, 2021.  When I exchanged emails with Ms. Wiszowaty on that day, Mark Kelley and I were in Kenya.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed on May 4, 2022.

_____
Harvey Cashore

2

# EXHIBIT 1



November 17, 2021

*Private & Confidential*

William C. McDowell
Lenczner Slaght
Suite 2600, 130 Adelaide St W
Toronto, ON
M5H 3P5

Dear Mr. McDowell:

**Re: Forensic Accounting Review – WE Charity (Canada and USA)**

We were engaged on October 12, 2021 by Lenczner Slaght, counsel to WE Charity (Canada and USA), to conduct independent investigative and forensic accounting procedures primarily related to WE Charity Canada ("**WE Canada**"), as it received funds from WE Charity USA, (together "**WE Canada and USA**") that address the following questions:

1.  In your opinion, based on work performed to date, have contributions recorded in WE Canada's financial records as funds designated for projects in Kenya, including funds received from WE Charity USA, been used for projects in Kenya?

2.  What work have you performed to address whether contributions designated to Kenyan projects by donors were instead used for other purposes?

3.  You previously investigated personal benefits received by Craig and Marc Kielburger and their families from WE Canada and the Me to We Social Enterprises ("**M2WSE**") entities in the period from January 1, 2018 to July 31, 2020. What were your conclusions from that work?

The period addressed in questions 1 and 2 of this Preliminary Reporting Letter is from January 1, 2013 to December 31, 2020 ("**the period of review**") except where otherwise stated.

You requested that we provide a Preliminary Reporting Letter to provide our preliminary findings and to provide a project status report on outstanding procedures.

**Question 1**: *In your opinion, based on work performed to date, have contributions recorded in WE Canada's financial records as funds designated for projects in Kenya, including funds received from WE Charity USA, been used for projects in Kenya?*

We conclude that, over the period of review, WE Canada reported more funds spent on Kenya projects and related administrative costs than it received in contributions designated, including funds received from WE Charity USA. We have not completed our interview process or document review to conclude on the reasonableness of the use of funds designated for projects in Kenya.



We reviewed the overall funds designated to projects in Kenya over the period from April 1, 2012 to August 31, 2020 (to align with WE Canada fiscal periods). Designated donor funds, donations in kind, funds from WE Charity USA, and private and government grants totaled approximately $74.0 million. Costs recorded for projects in Kenya were $54.8 million and costs recorded in WE Canada, including payments to third party suppliers to support Kenyan operations and a share of administrative costs, were $29.0 million, for total costs of $83.8 million, or $9.8 million more than designated contributions.

WE Canada recorded three streams of expenditures related to WE Kenya (operating in Kenya as Free the Children and WE Education for Children Limited):

1. Wire transfers and funds advanced directly from WE Canada to WE Kenya;

2. Funds advanced by WE Canada to third parties for goods and services provided for the benefit of WE Kenya and donated goods and services contributed directly by third parties for the benefit of WE Kenya; and

3. Costs incurred in WE Canada for the benefit of WE Kenya.

We have substantially completed our examination of wire transfers and funds advanced directly from WE Canada to WE Kenya of US$5,000 or greater. We traced all wire transfers and funds advanced directly from WE Canada to WE Kenya funds from WE Canada's accounting records to its bank statements and to deposits in the USD bank statements of WE Kenya (net of wire transfer fees).

We are in the process of examining supporting documents for funds of US$5,000 or greater advanced by WE Canada to third parties for goods and services provided for the benefit of WE Kenya. We completed our examination of donated goods and services contributed directly by third parties for the benefit of WE Kenya, which were all appropriately recorded as contributions and costs in WE Canada. Contributed goods and services consisted primarily of medical supplies shipped to WE Baraka Hospital in Kenya from a non-profit supplier of medical products.

We are in the process of examining costs incurred in Kenya. Based on our review, WE Kenya received approximately US$31.9 million from WE Canada in the period of review. Over the period of review, approximately US$32.8 million was withdrawn from the two Kenyan USD bank accounts.[1]

We are in the process of examining costs incurred in Canada for the benefit of WE Kenya. These costs include consulting fees, a portion of salaries and employee benefits, and other costs associated with planning and developing WE Kenya projects, including WE Villages, the WE Baraka Hospital, the WE Farm, and WE College.

We performed preliminary procedures related to evaluating the reasonableness of expenditures in the three streams of expenditures recorded as attributed to Kenya but have not yet progressed sufficiently to provide preliminary findings in relation to this aspect of our engagement.

---

[1] Disbursements exceeded deposits as WE Kenya received some funds directly from sources other than WE Canada.



Outstanding procedures are outlined in a following section of this Preliminary Reporting Letter. We are continuing to work to complete these outstanding procedures.

**Question 2**: *What work have you performed to address whether contributions designated by donors to Kenya projects were instead used for other purposes?*

We obtained a sufficient understanding of the accounting processes to conclude that it is unlikely that contributions designated for Kenya were instead recorded for other purposes or recorded improperly as undesignated funds. However, we are in the process of testing a sample of undesignated and other contributions to determine whether the allocations in the accounting records were appropriate.[2]

Although some donor designations were very general (for example, for international projects), others were specific to a village, a project, a project within a village, or a category of expense (for example, purchase of beekeeping equipment for WE Farm and/or WE College in Kenya). For these types of projects, WE Canada maintained budgets and monitored direct expenditures, with some costs incurred in Canada and some in Kenya, depending on the project. Charitable Pledge Agreements, for example, typically included reporting requirements, in which case we will consider the donor reports in evaluating the use of designated funds and whether the donor was satisfied with the quantitative and qualitative outcomes.

To date we performed limited procedures to evaluate the processes used to monitor progress in relation to contributions to specific projects and to evaluate the monitoring of budgets and reporting to donors. Please see the outstanding procedures section of this letter.

**Question 3**: *You previously investigated personal benefits received by Craig and Marc Kielburger and their families from WE Canada and the Me to We Social Enterprises ("**M2WSE**") entities. What were your conclusions from that work?*

We were previously engaged by counsel to Marc and Craig Kielburger, in conjunction with WE Canada, to assess personal benefits received by Craig and Marc Kielburger and their families from their involvement with WE Canada, M2WSE and other WE Canada entities. That engagement covered the period from January 1, 2018 to July 31, 2020. Our conclusions in that engagement are summarized as follows:

1. In preparing our review we have been provided with unrestricted access to the financial records of WE Canada entities and the Kielburgers.

---

[2] For the period to 2017, WE Canada's accounting system captured sufficient information to record the deposit and identify donor information for charitable reporting purposes (date, amount, name, address, etc.) and, for designated funds, recorded the allocation to a country (recorded in a "Class" field) and comment on the project where specific (recorded in a "Memo" field). The accounting software was upgraded to Dynamics software after fiscal 2017.

FROESE **FORENSIC**
partners ltd.

This unrestricted access included, but was not limited to, copies of relevant financial statements, online access to general ledgers, supporting documents,[3] and corporate records. It included both bank records and real estate transactions for WE Canada, as well as the Kielburgers.

The review included imaging the full contents of [their] computers, cell phones, and digital transmission apps as well as reviewing [their] and [their] partners' corporate and personal credit cards and personal tax returns.[4] We also had access to the general ledger and bank records of Global Impact Fund Inc. (Canada) (formerly Kiel Projects Inc. / WE Education Inc.), investment accounts, lawyer's reporting letter for personal real estate transactions, and other financial records;

2.  We found no evidence of improper financial benefits to the Kielburgers from WE Canada, M2WSE or any WE Canada entity;[5]

3.  We found no evidence of improper transactions which benefited the Kielburgers personally; and

4.  Compensation paid to the Kielburgers from Canadian WE entities was not inconsistent with their positions or qualifications.

We noted that there is a mutually beneficial relationship amongst WE Canada, M2WSE and Craig and Marc Kielburger in their personal capacities that has advantages and drawbacks for WE Canada. From a financial perspective, the operations of M2WSE are dependent in part on the profile of WE Canada to create and/or increase the revenues and profits from trips, shops, consumables, and other business ventures.

WE Canada, in turn, benefits from M2WSE through donations it received from M2WSE. Craig and Marc Kielburger each receive salaries and benefits from M2WSE and through speaking engagements and other activities that they undertake personally but that cannot be divorced entirely from their role in founding and leading WE Canada and M2WSE.

Although we have not attempted to quantify the intangible financial benefits to the Kielburgers related to the symbiotic relationship, our review included examining significant interactions between WE Canada and M2WSE. The examination addressed real estate transactions, annual reconciliations and cost allocations between the entities, and payments between the entities. We did not identify any concerns in relation to interactions between WE Canada and M2WSE.

---

[3] We requested and obtained supporting documents for transactions, accounts or suppliers based on our review of detailed general ledgers, including credit card statements, invoices related to property related expenses, reconciliations, and similar documentation.

[4] We also imaged Victor Li's computer.

[5] These entities include WE 365 GP Inc., Wellbeing Foundation, We Charity Foundation, Imagine 1 Day International Organization, ME to WE Social Enterprises Inc., Me to We Asset Holdings Inc., Me to We Shop Inc., Me to We Trips Inc., Me to We Consumables Inc., Me to We Leadership Inc., 2569144 Ontario Inc., and Me to We Foundation.

**Outstanding Procedures**

Outstanding procedures related to Questions 1 and 2 include some or all of the following:

**For Question 1:**

1. Trace funds from the WE Kenya USD bank account to WE Kenya Kshs bank accounts and evaluate the reasonableness of expenditures in the WE Kenya USD and Kshs bank statements in the period of review;

2. Reconcile expenditures from the bank statements to reporting in the WE Kenya annual financial statements;

3. Conduct further interviews / discussions with WE Kenya's external auditor and WE Kenya management and employees related to categories of expenditures and specific projects. Plan and conduct further procedures based on information gathered from these interviews;

4. Complete the review of payments to third party suppliers of goods and services accounted for as expenditures for the benefit of WE Kenya;

5. Perform procedures related to the allocation of administrative and other costs to WE Kenya, including interviews, examining allocations for reasonableness, examining payroll records, and other procedures as considered appropriate in the circumstances;

**For Question 2:**

6. Select a sample of undesignated and other contributions from the detailed general ledger in the period of review and examine donor information to evaluate whether the allocations in the accounting records were appropriate;

7. Select a sample of designated contributions of varying amounts over the period of review and review supporting materials such as invoices and project management documents to verify expenditures; and

8. Conduct interviews of select donors and perform other procedures related to designated contributions, based on information obtained through the course of the investigative process.



*Private & Confidential*
*November 17, 2021*

**Restrictions and Limitations**

This Preliminary Reporting Letter was prepared at the request of counsel for WE Charity (Canada and USA) to address possible donor concerns related to the receipt, tracking, and use of designated donor funds by WE Charity (Canada and USA). The letter provides our preliminary findings related to questions 1 and 2 and summarizes outstanding procedures required in order to complete our engagement.

This Preliminary Reporting Letter is not to be used for any other purpose and we specifically disclaim any responsibility for losses or damages incurred through use of this Report for a purpose other than as described in this paragraph.  It should not be reproduced in whole or in part without our express written permission, other than as required in relation to this matter.

We reserve the right, but will be under no obligation, to review and/or revise the contents of this Preliminary Reporting Letter in light of information which becomes known to us after the date of this letter.

Yours truly,

**Ken Froese,** FCPA, FCA, FCFI, CFF
Senior Managing Director

EXHIBIT 2

From: **Laurel Hansen** laurel@metowe.com 
Subject: RE: peerTransfer and ME TO WE
Date: December 12, 2013 at 11:23 AM
To: Watson Watson@sprinklecaldwell.com

Hi Watson,

I hope you are well and looking forward to the holidays! I heard that you stopped by the Me to We booth at the TABS Conference to say hello. I hope it was a successful event.

I have spoken to my our Executive Director about peerTransfer and this won't be something that we are exploring now. We are just beginning to implement a new registration system which includes online payment and this will be rolling out for us over the next year.

Thanks so much for thinking of us and keeping us in the loop!

Laurel

**Laurel Hansen** | Manager, School Engagement | Me to We
t: 1.416.964.8942 x524 | m: 1.416.528.3906 | f: 1.416.964.2199 | **metowe.com** | TICO #: 50017614

**From:** Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** November-27-13 3:57 PM
**To:** Laurel Hansen
**Subject:** peerTransfer and ME TO WE

Laurel,

Greetings from Asheville.

I hope you have had a nice fall – it was fun seeing you as the WE DAY caravan drove across Canada.

Can you help me find the right person to talk with about international currency movement.

As I mentioned I also work with peerTasnfer – descriptive information below,

Watson



**Dr. H. Watson Jordan II**
828-479-5344

028-479-3544





peerTransfer is the leading developer of innovative global payment solutions for the education industry. The company enables thousands of international families at hundreds of schools from all over the world to save time and money when making international payments.

Compared to the cost to exchange money at a traditional bank, families receive discounted exchange rates with peerTransfer, enjoy a more convenient online experience and benefit from 24/7 customer support when dealing with the complexities of international payments.

However, it's not just your families that benefit. peerTransfer's free solution saves the school money on incoming wire fees and decreases the time it takes to reconcile and post payments to the student's account. If that isn't enough, the customer support team helps your families during the business hours in their home country, often while your office is closed.

I'd love to tell you more about it and introduce you to my colleague, Angela CostaRita, who heads up the boarding school market for peerTransfer.

If you like, you can also sign up for some more information at www.peerTransfer.com/tabs.

Watson

Join your fellow business managers and CFO's this year and take advantage of the peerTransfer Advantage.

**Current peerTransfer US Boarding Schools**

- Asheville School, North Carolina

- Ben Lippen School, South Carolina

- Bolles School, Florida

- Brandon Hall School, Georgia

- Brewster Academy, New Hampshire

- Buxton School, Massachusetts

- Cardigan Mountain School, New Hampshire

- Cate School, California

- Chapel Hill-Chauncy Hall School, Massachusetts

- Cincinnati Hills Christian Academy, Ohio

- Culver Academies, Indiana

- Forest Ridge School of The Sacred Heart, Washington

- Hawai'i Preparatory Academy, Hawaii

- High Mowing School, New Hampshire

- Hotchkiss School, Connecticut

- International Education Opportunities, Pennsylvania

- Island Pacific Academy, Hawaii

- King's Academy, Tennessee

- Lawrenceville, New Jersey

- Miller School of Albemarle, Virginia

- Oakwood Friends School, New York

- Oldfields School, Maryland

- Phillips Academy, Massachusetts

- Purnell School, New Jersey

- Roosevelt International Academy, Rhode Island

- Stony Brook School, New York

- Winchendon School, Massachusetts

[Sign up for a webinar](#) or call to learn more

H. Watson Jordan II Ed. D  828 479 5344

peerTransfer processes international  tuition payments.
We make life simpler and save boarding schools money.
We do it for thousands of families at the hundreds of schools across the globe, for FREE.
*What is peerTransfer? Watch a short video:* **PLAY**



---

**From:** Laurel Hansen [mailto:laurel@metowe.com]
**Sent:** Tuesday, July 09, 2013 9:48 AM
**To:** Watson
**Subject:** Re: TABS and ME TO WE

Hi Watson,

Thanks for the reminder! We registered yesterday and are looking forward to another TABS conference in Boston!

Best,

Laurel

---

**From:** Watson <Watson@sprinklecaldwell.com>
**Sent:** Monday, July 08, 2013 1:13:53 PM
**To:** Iris Pun; Laurel Hansen
**Subject:** TABS and ME TO WE

Iris and Laurel,

A quick reminder that the TABS early bird deadline is this Wednesday. Tables ore moving quickly.

Sponsorship information – www.tabs.org/sponsors

Looking forward to seeing you at the WE Days this fall

Watson



**Dr. H. Watson Jordan II**
**828-479-5344**


EXHIBIT 3



**From:** **Free The Children** info@freethechildren.com
**Subject:** Welcome to Change!
**Date:** December 18, 2013 at 12:06 PM
**To:** Watson Jordan watson@sprinklecaldwell.com



Hi Watson,

Thank you for registering for We Create Change! Your efforts will make a difference to some of the 57 million people around the world who are denied access to education. By committing to this campaign, you have joined thousands of youth who are standing up for all children, boys and girls, to have the right to go to school.

It starts with your change, which becomes change for the world as we open the doors of brand new schools, and allow children around the world to reach their fullest potential through education.   Every $20 equals one brick in support of Free The Children's *Year of Education* goal of building 200 schools in developing communities around the world.

Participating in the campaign is very simple:

1. Start collecting those coins!
2. Roll your coins, then head to your local bank to deposit them.
3. Send Free The Children a check for the amount you collected;

3. Send Free The Children a check for the amount you collected.

**Free The Children**
PO Box 417298
Boston, MA
02241-7298

Also, make sure to check out our [Financial Literacy resource](#) for great information you can share with the children in your life to help them develop early financial knowledge.

If you have any questions, please feel free to reach out to [orpah@freethechildren.com](mailto:orpah@freethechildren.com). Thank you again for being a part of this powerful movement to improve access to education around the world!

The Free The Children Team

Copyright © 2013 Free The Children
Our address is 233 Carlton Street, Toronto, Ontario, M5A 2L2, Canada

If you would like to unsubscribe to all emails from Me to We and Free The Children please click here
Click here If you would like to update your mailing preferences.



EXHIBIT 4

**From:** **Andrea Diamond** andrea.diamond@freethechildren.com  📎
**Subject:** RE: School Building - Watson Jordan
**Date:** January 23, 2014 at 4:21 PM
**To:** Watson  Watson@sprinklecaldwell.com

Hi Watson,

That's great news! Did you have any trouble setting this up? Where you able to add information about your WHY for fundraising for a school?

On the back end, our system is aware that you are registered as fundraising for a school. It would be great if you can send this page to your network of family and friends so they can give towards your goal. Can you send me the link as well? I would love to see the page.

All the best,
Andrea



**Andrea Diamond**
Manager, Donor Engagement
t: 1.416.925.5894 x190

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

---

**From:** Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** January-23-14 11:09 AM
**To:** Andrea Diamond
**Subject:** RE: School Building - Watson Jordan

Andrea – I have registered and made a page

Not sure how to confirm that the system knows I am building a school –

What is the best way to verify that I am correctly set up

Watson



**Dr. H. Watson Jordan II**
**828-479-5344**



---

**From:** Andrea Diamond [mailto:andrea.diamond@freethechildren.com]
**Sent:** Wednesday, December 18, 2013 11:28 AM
**To:** Watson

**To:** Watson
**Subject:** School Building

Hi Watson,

A pleasure speaking with you! We are so grateful to you and your family for taking on this amazing initiatives.

Please find attached some information about Free The Children's work which I believe will be helpful in sharing with your community. Likewise you can read more about our Year of Education campaign at this link.

One of our best resources is our personal fundraising pages. These allow you to connect with supporters virtually, making it easy for individuals to support your goal. Setting up your personal fundraising page couldn't be easier. Just follow this link and click Sign Up Now on the top left hand side of the page, and you're ready to go! Your fundraising page is a convenient hub where you can tell the story of why this initiative is so close to your family and your heart. You can add captivating photographs and some information about the Adopt of Village model – which I have included. You can use this page to call your community and network to join you in your fundraising efforts. And finally, you can track your progress and watch as you reach your goal.
Once you create this page, much appreciated if you can share the link with me as well.

Again, thank you very much for making this commitment. I very much look forward to making sure this process is an exceptional one going forward and something that the whole family can be involved with.

All the best,
Andrea



**Andrea Diamond**
Manager, Donor Engagement
t: 1.416.925.5894 x190

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

*Need holiday gift ideas that will make a difference? Visit Free The Children's "Wishes for the World" online catalogue to see how you can create a brighter future for someone this holiday season!*

---

**From:** Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** December-16-13 5:01 PM
**To:** Andrea Diamond
**Subject:** RE: Building a School!

Great

Call the number below

Watson



## Dr. H. Watson Jordan II
**828-479-5344**



---

**From:** Andrea Diamond [mailto:andrea.diamond@freethechildren.com]
**Sent:** Monday, December 16, 2013 4:29 PM
**To:** Watson
**Subject:** RE: Building a School!

Hi Watson,

I hope you were traveling somewhere warm!

Wednesday morning would be great. Can we say 10am EST?

Best,
Andrea



**Andrea Diamond**
Manager, Donor Engagement
t: 1.416.925.5894 x190

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

*Need holiday gift ideas that will make a difference? Visit Free The Children's "Wishes for the World"*
*online catalogue to see how you can create a brighter future for someone this holiday season!*

---

**From:** Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** December-16-13 4:14 PM
**To:** Andrea Diamond
**Subject:** RE: Building a School!

Andrea

Apologies for the delay – I was traveling last week and well…I was traveling last week

Lets talk soon

Do you have some time Wednesday morning?

Watson



## Dr. H. Watson Jordan II
## 828-479-5344



---

**From:** Andrea Diamond [mailto:andrea.diamond@freethechildren.com]
**Sent:** Thursday, December 12, 2013 12:48 PM
**To:** watson@sprinklecaldwell.com
**Cc:** Laurel Hansen
**Subject:** RE: Building a School!

Hi Watson,

Great to virtually meet you! Thank you for taking on this amazing initiative – this investment will not only change the lives of hundreds of children but be a positive change for a community as a whole.

I would love the opportunity to chat on the phone and learn more about how you became involved and how I can help make your experience with us an exceptional one going forward.

Would you be available to speak tomorrow during the day? Please let me know a time that works well and I am happy to coordinate.

All the best,
Andrea



**Andrea Diamond**
Manager, Donor Engagement
t: 1.416.925.5894 x190

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

*Need holiday gift ideas that will make a difference? Visit Free The Children's "Wishes for the World" online catalogue to see how you can create a brighter future for someone this holiday season!*

---

**From:** watson@sprinklecaldwell.com [mailto:watson@sprinklecaldwell.com]
**Sent:** December-12-13 12:42 PM
**To:** Laurel Hansen
**Cc:** Andrea Diamond
**Subject:** Re: Building a School!

Thank you laurel

Excited about moving forward

watson

Sent from my Verizon Wireless 4GLTE smartphone

----- Reply message -----
From: "Laurel Hansen" <laurel@metowe.com>
To: "Watson" <Watson@sprinklecaldwell.com>
Cc: "Andrea Diamond" <andrea.diamond@freethechildren.com>
Subject: Building a School!
Date: Thu, Dec 12, 2013 12:11 pm

Hi Watson,

We have spoken a few times about your interest in building a school with Free The Children with your family. I would love to connect you with one of my colleagues at Free The Children who will be able to walk you through the opportunities to donate. Andrea Diamond will be your point of contact at Free The Children, working out of our Toronto office. You can reach her at andrea.daimond@freethechildren.com.

I hope that this will be an exciting project for you and your family! Merry Christmas!

Laurel



**Laurel Hansen**
Manager, School Engagement
t: 1.416.964.8942 x524
m: 1.416.528.3906
f: 1.416.964.2199

225 Carlton St., Toronto, ON, M5A 2L2 • **metowe.com** • TICO #: 50017614

EXHIBIT 5

**From:** **Andrea Diamond** andrea.diamond@freethechildren.com 
**Subject:** Updates
**Date:** May 13, 2014 at 10:05 AM
**To:** watson@sprinklecaldwell.com

Dear Watson,

I hope all is well with you and that you enjoying the beautiful spring!

I wanted to reach out to see how your efforts are going towards building a school and check if you need any support. I would be happy to help with ideas and materials. Please let me know if you have sometime to chat.

All the best,
Andrea



**Andrea Diamond**
Manager, Donor Engagement
t: 1.416.925.5894 x190

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

Show your belief that all children have the right to go to school. **Sign up** to collect coins for We Create Change and support the Year of Education.

# EXHIBIT 6

**From:** Lisa Buckley  lisa.buckley@freethechildren.com  📎
**Subject:** RE: Building a School in Kenya - Jordans
**Date:** November 21, 2014 at 3:13 PM
**To:** Watson SC  Watson@sprinklecaldwell.com

LB

Hi Watson,

I'm out of the office next week supporting We Day in Halifax. I'd be happy to connect you with one of my colleagues who can give you a call if you let me know a time that works best.

Have a great weekend,
Lisa

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** November-21-14 1:35 PM
**To:** Lisa Buckley
**Subject:** RE: Building a School in Kenya - Jordans

Lisa,

My afternoon has gotten crowded –

Monday?

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Lisa Buckley [mailto:lisa.buckley@freethechildren.com]
**Sent:** Friday, November 21, 2014 11:15 AM
**To:** Watson SC
**Subject:** RE: Building a School in Kenya - Jordans

Hi Watson,

Can I give you a call around 3:00?

Thanks,
Lisa

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** November-20-14 10:41 AM
**To:** Lisa Buckley
**Subject:** RE: Building a School in Kenya - Jordans

**Subject:** RE: Building a School in Kenya - Jordans

Lisa,

Apologies for the delay.

Do you have time tomorrow (Friday)?

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



**From:** Lisa Buckley [mailto:lisa.buckley@freethechildren.com]
**Sent:** Monday, November 17, 2014 4:09 PM
**To:** Watson SC
**Subject:** Re: Building a School in Kenya - Jordans

Hi Watson,

I hope you had a lovely weekend. As a follow up to your last email, I wondered if you had time to connect this week - let me know your thoughts.

Take care,
Lisa

**Lisa Buckley** | Manager , Donor Engagement, l Free The Children
t: 1.416.925.5894 x 376 | **freethechildren.com**

**From:** Watson SC <Watson@sprinklecaldwell.com>
**Sent:** November-14-14 4:05 PM
**To:** Lisa Buckley
**Subject:** RE: Building a School in Kenya - Jordans

Lisa,

Looking to ramp up outreach next week – lets touch base Monday.

Watson

H. Watson Jordan II, Ed. D
828-479-5344





Bringing Together *Educational Non-profits, Corporate Partners, and Schools*



---

**From:** Lisa Buckley [mailto:lisa.buckley@freethechildren.com]
**Sent:** Tuesday, November 11, 2014 4:31 PM
**To:** Daniel Mulroy; Watson SC
**Subject:** Re: Building a School in Kenya - Jordans

Hi Watson,

It is a pleasure to meet you. We are so humbled you have chosen to support Free The Children's programming. Please let me know how I can support you moving forward. I'm really looking forward to working with you.

Take care,
Lisa

**Lisa Buckley** | Manager , Donor Engagement, | Free The Children
t: 1.416.925.5894 x 376 | **freethechildren.com**

---

**From:** Daniel Mulroy
**Sent:** November-11-14 12:52 PM
**To:** Watson SC
**Cc:** Lisa Buckley
**Subject:** RE: Building a School in Kenya - Jordans

Hi Watson,

Thank you so much for your email.

I am not familiar with the address you have listed below, but if you are more comfortable mailing within the US and not to Canada you can send cheques to our office in Minnesota:

**Free The Children Minnesota Office**
4301 Highway 7, Suite 120
Minneapolis, MN
55416
USA

The document you sent looks great, I would just clarify that Free The Children is the non-profit charity, while Me to We is a for profit social enterprise, otherwise it's fantastic.

We can definitely make it in William's name, I think that will be very fitting as the focus of the campaign. Now that you are taking the reigns of the campaign, I wanted to introduce you to my good friend and colleague Lisa Buckley. Lisa who I have CC'd in this email, will be your main contact here at the office.

Watson, it has been an absolute pleasure to work with you and Paul and I can't to hear about your success from Lisa.

All the best and if there is ever anything I can help you with please don't hesitate to contact me!

Dan



**Daniel Mulroy**

Youth Programming Coordinator- Campus Activation, Youth and Educational Programming

t: 1.416.925.5894 x141

facebook.com/Dan.FreetheChildren

233 Carlton St., Toronto, ON, M5A 2L2 • freethechildren.com

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** November-10-14 3:12 PM
**To:** Daniel Mulroy
**Cc:** Andrea Diamond
**Subject:** RE: Building a School in Kenya - Jordans

Dan,

Getting quite close to launching and wanted a little help

Can we mail checks to the address below instead of Canada?
> **Free The Children**
> PO Box 417298
> Boston, MA
> 02241-7298

Can we put the account in William's name (William Jordan)? So when people send a check is has his name on it?

Also – I am running the program now that Paul is back at school. Are you still the right person for us to work with?

Please take a look at the document – assistance appreciated.

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Non-profits, Corporate Partners, and Schools*



**From:** Daniel Mulroy [mailto:daniel@freethechildren.com]
**Sent:** Wednesday, October 15, 2014 12:42 PM
**To:** Watson SC
**Subject:** RE: Building a School in Kenya

Hi Watson,

If potential donors are interested in writing checks you can mail them to our office in Toronto, made payable to 'Free The Children' Here is our address:

233 Carlton Street
Toronto, Ontario
M5A 2L2
c/o Daniel Mulroy

In the package, please include a small note that says the donation is on behalf of Paul Jordan so I can be matched to his account.

All the best,
Dan



**Daniel Mulroy**
Youth Programming Coordinator- Campus Activation, Youth and Educational Programming
t: 1.416.925.5894 x141
facebook.com/Dan.FreetheChildren

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** October-13-14 9:54 AM
**To:** Daniel Mulroy
**Subject:** RE: Building a School in Kenya

Dan,

I am talking with a few people who will write checks – I only saw opportunities for credit cards

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Non-profits, Corporate Partners, and Schools*

Bringing Together *Educational Non-profits, Corporate Partners, and Schools*



---

**From:** Daniel Mulroy [mailto:daniel@freethechildren.com]
**Sent:** Thursday, October 9, 2014 4:12 PM
**To:** Watson SC
**Subject:** RE: Building a School in Kenya

Hi Watson,

I hope you are doing well.
I would love to help, what types of gifts are you looking for?

Look forward to hearing from you,

Dan



**Daniel Mulroy**
Youth Programming Coordinator- Campus Activation, Youth and Educational Programming
t: 1.416.925.5894 x141
facebook.com/Dan.FreetheChildren

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** October-08-14 12:21 PM
**To:** Daniel Mulroy
**Cc:** Andrea Diamond
**Subject:** RE: Building a School in Kenya

Daniel,

This is Watson Jordan – Paul's Dad – I need a little help setting this up for support / gifts

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Non-profits, Corporate Partners, and Schools*



---

**From:** Andrea Diamond [mailto:andrea.diamond@freethechildren.com]

**From:** Andrea Diamond [mailto:andrea.diamond@freethechildren.com]
**Sent:** Wednesday, June 11, 2014 12:19 PM
**To:** Paul@sprinklecaldwell.com
**Cc:** 'watson@sprinklecaldwell.com'; Daniel Mulroy
**Subject:** RE: Building a School in Kenya

Hi Paul,

That's sounds like a fantastic idea. It's lovely that you and your father are taking on this initiative together.

My colleague Daniel Mulroy, works exclusively with college and university students in helping create plans and help them reach their fundraising goals. I've cc'd him on this mail and I suggest that you two connect to get some ideas on how to best run this type of fundraising.

All the best,
Andrea



**Andrea Diamond**
Manager, Donor Engagement
t: 1.416.925.5894 x190

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

Show your belief that all children have the right to go to school. <u>Sign up</u> to collect coins for We Create Change and support the Year of Education.

---

**From:** Paul Jordan [mailto:paul@sprinklecaldwell.com]
**Sent:** June-09-14 3:50 PM
**To:** Andrea Diamond
**Subject:** Building a School in Kenya

Hello Andrea!

I was CC'd into a response my dad sent you and I thought it would be a good idea to formally introduce myself.

My name is Paul Jordan and I am a rising sophomore at Bates College. When my dad and I were discussing ways to fundraise  I had the idea to involve my college cross country team. My idea was to have each runner find companies or people to donate either per mile of their summer running (with the hopes that we would 'run' to Kenya and back as a collective. Or a more simple donation upfront. I have brought it up with my coach and captain and they are excited about it but they are running it by our NCAA compliance office to ensure no infractions happen that would disqualify us from competition.

Going forward, how would we be able to accept donations from all the different runners? I am fairly new to this but am excited for what will come of it!

Thanks,
Paul

 This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.

 This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.

 This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.

 This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.

 This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.

 This email is free from viruses and malware because <u>avast! Antivirus</u> protection is active.

EXHIBIT 7

**From:** **Alexas Derry** alexas@freethechildren.com 
**Subject:** RE: Free the Children - memory of Intent
**Date:** January 4, 2016 at 5:00 PM
**To:** SC Watson Watson@sprinklecaldwell.com

Let me know what you think about this –

We can put the message you wrote on a letter head type piece of paper signed from the Jordan Family and insert that inside a Free The Children card. The card can say something to the effect of "In honour of Margaret Jordan the gift of clean water has been given to a community in Kenya…" signed from Free The Children. This way it's more clear to the recipient?

Let me know!

Alexas

**Alexas Derry** | Manger, Donor Engagement | Free The Children
t: 1.416.925.5894 x833| **freethechildren.com**

**From:** SC Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** January-04-16 1:43 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Free the Children - memory of Intent

Alexas,

Fine to tweak the message – is it possible to use letterhead instead of a card?

You are correct that it is best for the notification to come from Free the Children – and certainly, we want people to know that the naming selections came from the Jordan family.

Let me know how it goes – this is exciting – I should put the final 2015 checks in the mail this week.

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Monday, January 4, 2016 12:04 PM
**To:** SC Watson
**Subject:** RE: Free the Children - memory of Intent

Hi Watson,

Thank you for providing me with this information!

Before moving forward with printing the cards I wanted to ask if it's okay for us to tweak the message slightly? The message exceeds 1000 characters so it won't fit in the allotted space. I'm happy to make a few small changes without altering your overall message.

To confirm, you want the cards to be signed from Free The Children or The Jordan Family? The cards will say "Be The Change" on the front with a return address to our head office in Toronto.

Alexas


**Alexas Derry** | Manger, Donor Engagement | Free The Children
t: 1.416.925.5894 x833| **freethechildren.com**

**From:** SC Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** December-31-15 8:26 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Cc:** watson@sprinklecaldwell.com
**Subject:** Free the Children - memory of Intent

Alexas

This is a start. Thank you for letting me take a look at the letter prior to sending them.

Please make certain that the letter includes and is clearly from "Free the Children" and that the comments from us are treated as such.

Thanks as well for making this year a remarkable one for me!

Yours,

Watson


H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

 This email has been sent from a virus-free computer protected by Avast.
www.avast.com

---

 This email has been sent from a virus-free computer protected by Avast.
www.avast.com

# EXHIBIT 8

From: **Alexas Derry** alexas@freethechildren.com
Subject: RE: Watson jordan update
Date: July 8, 2016 at 10:17 AM
To: Watson SC  Watson@sprinklecaldwell.com

AD

Hi Watson,

They are from Irkaat – my colleague captured those shots while she was on the ground in Kenya visiting Irkaat.

Otherwise, let me know if you need help accessing the page!

Alexas

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** July 8, 2016 9:01 AM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

Alexas,

Super, are those pictures from Irkaat?

Tentative trip to Africa – February

Thanks for the help

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Thursday, July 7, 2016 4:48 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

Hope you week is going well. I've been meaning to ask, are you leaving for your safari trip soon?

Attached you will find a few highlights of the impacts of your donation so far this year. Please let me know if you have any questions.

Also in regards to sending an update to all your donors we've temporarily opened your personal fundraising page. This way, you'll be granted access to everyone's email and contact information.

I've included the steps below on how to access the page (it's the same link).
1) Login using the username WPJtry and password ftc
2) On the left hand side of the page, click "fundraising"



1.   Under the Fundraising tab, select "Manage Sponsors" and click on the button on the page that reads "Thank Sponsors"



2.   Select the names of the donors that he wishes to update



## Thank Your Sponsors

### Send a thank you email to your donors!

Please select the sponsors that you wish to thank from the list below.

| All | Name | Donation Date | Donation | Thanked |
|-----|------|---------------|----------|---------|

3.   Scroll down to after the list of donor names to edit the email message that he wishes to send



4. Click "Send Email"

Once you've had the opportunity to share the update please let us know and we will close the page again! Otherwise, please do let me know if you have any other questions.

Hope all is well,
Alexas

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** July 5, 2016 10:36 AM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

wonderful – I want to send my update this week – thanks for the help and super excited about an update

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



**From:** Alexas Derry [mailto:alexas@freethechildren.com]

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Thursday, June 30, 2016 4:43 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

I actually just returned from a few weeks in Kenya, where I had the chance to host a family on a Me to We trip and see the incredible and transformative power of education in the communities we work with. It has been remarkable to see, not only the young students excited to attend school, but also the investment by parents and community members to ensure their children have access to an education and a brighter future.

I didn't have the opportunity to visit Irkaat but my colleague did and she'll be returning early next week with some amazing stories about her experiences first hand. That said, I'll be able to provide you with some exciting updates then!

Likewise, I just want to quickly touch base with our team here about access to email addresses so I can share a list or send on your behalf.

All my best,
Alexas

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** June 24, 2016 3:30 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

Alexas,

Greetings from Asheville.

I would like to send something out to update people.

2 things:

Do you have any news and / or pictures?

I am happy to send to our sponsors who mailed a check But I no longer have the list of email contributors – can you help me send to them?

Hope you are doing well,

Watson

H. Watson Jordan II, Ed. D
828-479-5344





Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Tuesday, April 12, 2016 3:21 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

Since the check was processed on November 6th, 2015 is was matched as the campaign was running during this time.

If you want to update your network of donors, your welcome to send the email updates I've shared with you because they'll be the most up to date and tailored to Irkkat. Otherwise, once a year I'll share a formal two page pdf. report that will be a detailed and quite extensive report on the communities progress over the past year. This report will be easy to distribute as an attachment.

As an alternative, I'd be happy to send out the below email if you prove a list of emails and provided your supporters are okay with that.

Once you decide let me know if I can be any help!

All my best,
Alexas



**Alexas Derry**
Manager, Donor Engagement
t: 1.416.925.5894 x833

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

WE wear our passion for changing the world. **Get your rafiki bracelet** and make a statement that WE are stronger together

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** April-08-16 3:24 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

Alexas,

That seems like the right number. Glad you found the check! Was it matched?

I would like to send an update to all our supporters. What is the best way to do that?

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Wednesday, April 6, 2016 3:48 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

I'm glad to hear you enjoyed the update! I'm looking forward to keeping you in the loop on developments in Irkaat.

I'm sorry, I thought I got back to you on the whereabouts of the check. Just for you to note, we did locate the check, it was being housed under a different name other than the Richard Kelly foundation (this is what caused the confusion).

The total that we have logged for your fundraising efforts is $17,301 including the check from the foundation. Could you let me know if this matches up with your records?

Otherwise, in terms of writing a letter, we don't have a head office in Irkaat as our main office is in Nairobi. Typically we ask people to send letters to our head office in Toronto and we'll have our staff take them to Kenya when they travel on a Me to We trip. Let me know your thoughts on that!

Alexas



**Alexas Derry**
Manager, Donor Engagement
t: 1.416.925.5894 x833

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

WE wear our passion for changing the world. **Get your rafiki bracelet** and make a statement that WE are stronger together

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** April-04-16 6:54 PM
**To:** Alexas Derry <alexas@freethechildren.com>

**Subject:** RE: Watson jordan update

Alexas,

This is super exciting! June photos – perfect.

Interested in the lost check for $1,000 and to get a final accounting of the project!

Is there a mailing address in Irkaat and a local contact person? I am a letter writer.

Lets talk soon.

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Wednesday, March 30, 2016 1:07 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

I hope this note finds you and your family in good health and high spirits.

Last week, we received updates from the team on the ground in Kenya about what has been going on in Irkaat! The team has informed us that we've completed construction of three classrooms but have not broken ground on the fourth classroom just yet. I've asked them to provide a tentative date of construction and will get back to you with that information soon! In the meantime, I want to share some really great updates with you about the school farm in Irkaat.

Thanks to the tireless efforts of your family, friends, and extended network, the school has been able to expand the agriculture and food security pillar. A school garden is almost complete and expected to be finished by the end of May! Many families throughout the community are very excited by the reliable, nutritious meals that will be provided to their children. Irkaat's School Management Committee has been working hard to implement sustainable solutions to support the school lunch program, so it can continue to successfully run for years to come. The school garden will ensure that communities are able to own and

support the program in the long-term for the benefit of their children.
There are three primary goals of this garden:
- · Supplementing the school lunch program with additional fruits and vegetables.
- · Helping the students learn farming techniques that they can use at home and on their own farms in the future.
- · As a teaching facility for parents to come and learn new farming techniques and about new foods they can grow at home.

Asante sane (thank you) for the part you, your family, and friends have played in helping make Irkaat a stronger community. I'll be excited to share some photos with you in mid-April and want you to know that this is only the beginning of some of the amazing progress you can except to see in Irkaat over the next few years.

I'll be in touch soon, but if you have any questions please don't hesitate to reach out in the meantime!

Alexas



**Alexas Derry**
Manager, Donor Engagement
t: 1.416.925.5894 x833

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

WE wear our passion for changing the world. **Get your rafiki bracelet** and make a statement that WE are stronger together

---

**From:** Alexas Derry
**Sent:** March-22-16 4:49 PM
**To:** Watson SC <Watson@sprinklecaldwell.com>
**Subject:** Re: Watson jordan update

Greetings from Ecuador!

Sorry for the delayed response, I've been in the Amazon for the past few weeks and have had no access to email or phone at this time.

I'm flying out tomorrow and will be able to start working on an update to share with you early next week. Would that be okay?

With great thanks,
Alexas

---

**From:** Watson SC <Watson@sprinklecaldwell.com>
**Sent:** Thursday, March 17, 2016 12:46 PM
**To:** Alexas Derry
**Subject:** Watson jordan update

Alexas

Can I get an update next week?

Watson

This email is safe. www.avast.com

Virus-free. www.avast.com

Virus-free. www.avast.com

Virus-free. www.avast.com

Virus-free. www.avast.com

Virus-free. www.avast.com

# EXHIBIT 9

**From: Alexas Derry** alexas@freethechildren.com 
**Subject:** RE: Watson jordan update
**Date:** July 11, 2016 at 5:50 PM
**To:** Watson SC  Watson@sprinklecaldwell.com

Wonderful- I'm happy to hear it all worked out!

Hope you had a wonderful weekend!
Alexas

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** July 11, 2016 1:36 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

All done – that was great

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Thursday, July 7, 2016 4:48 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

Hope you week is going well. I've been meaning to ask, are you leaving for your safari trip soon?

Attached you will find a few highlights of the impacts of your donation so far this year. Please let me know if you have any questions.

Also in regards to sending an update to all your donors we've temporarily opened your personal fundraising page. This way, you'll be granted access to everyone's email and contact information.

I've included the steps below on how to access the page (it's the same link).
1) Login using the username WPJtry and password ftc
2) On the left hand side of the page, click "fundraising"





1.  Under the Fundraising tab, select "Manage Sponsors" and click on the button on the page that reads "Thank Sponsors"



2.  Select the names of the donors that he wishes to update

## Thank Your Sponsors

### Send a thank you email to your donors!

Please select the sponsors that you wish to thank from the list below.



| All | Name | Donation Date | Donation | Thanked |
|-----|------|---------------|----------|---------|

3.  Scroll down to after the list of donor names to edit the email message that he wishes to send



Thanks for sponsoring me in Fundraise for Free The Children USD 2014.

Email Message:

If you would like more information about Fundraise for Free The Children USD 2014, or would like to join me at this event, please click on the link below.

https://secure.e2rm.com/registrant/startup.aspx?eventid=145320&langpref=en-CA

Thanks again for your support.

My Fundraising Progress                                      I've raised 101% of my goal!

My Fundraising Progress                                    I've raised 101% of my goal!



Raised: $16,226                    97 Sponsors                    Goal: $16,000

If you are having trouble viewing the above web address, copy & paste the entire URL into the address bar of your browser.

IS THIS EMAIL GOING TO YOUR JUNK/BULK FOLDER?
Add message@e2rm.com to your address book to ensure that you receive all future emails in your Inbox.

4.    Click "Send Email"

Once you've had the opportunity to share the update please let us know and we will close the page again! Otherwise, please do let me know if you have any other questions.

Hope all is well,
Alexas

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** July 5, 2016 10:36 AM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

wonderful – I want to send my update this week – thanks for the help and super excited about an update

Watson

H. Watson Jordan II, Ed. D
828-479-5344

 SPRINKLE CALDWELL

Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Thursday, June 30, 2016 4:43 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

I actually just returned from a few weeks in Kenya, where I had the chance to host a family on a Me to We trip and see the incredible and transformative power of education in the communities we work with. It has been remarkable to see, not only the young students excited to attend school, but also the investment by parents and community members to

ensure their children have access to an education and a brighter future.

I didn't have the opportunity to visit Irkaat but my colleague did and she'll be returning early next week with some amazing stories about her experiences first hand. That said, I'll be able to provide you with some exciting updates then!

Likewise, I just want to quickly touch base with our team here about access to email addresses so I can share a list or send on your behalf.

All my best,
Alexas

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** June 24, 2016 3:30 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

Alexas,

Greetings from Asheville.

I would like to send something out to update people.

2 things:

Do you have any news and / or pictures?

I am happy to send to our sponsors who mailed a check But I no longer have the list of email contributors – can you help me send to them?

Hope you are doing well,

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Tuesday, April 12, 2016 3:21 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

Since the check was processed on November 6th , 2015 is was matched as the campaign was running during this time.

If you want to update your network of donors, your welcome to send the email updates I've shared with you because they'll be the most up to date and tailored to Irkkat. Otherwise, once a year I'll share a formal two page pdf. report that will be a detailed and quite extensive report on the communities progress over the past year. This report will be easy to distribute as an attachment.

As an alternative, I'd be happy to send out the below email if you prove a list of emails and provided your supporters are okay with that.

Once you decide let me know if I can be any help!

All my best,
Alexas



**Alexas Derry**
Manager, Donor Engagement
t: 1.416.925.5894 x833

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

WE wear our passion for changing the world. **Get your rafiki bracelet** and make a statement that WE are stronger together

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** April-08-16 3:24 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

Alexas,

That seems like the right number. Glad you found the check! Was it matched?

I would like to send an update to all our supporters. What is the best way to do that?

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Wednesday, April 6, 2016 3:48 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

I'm glad to hear you enjoyed the update! I'm looking forward to keeping you in the loop on developments in Irkaat.

I'm sorry, I thought I got back to you on the whereabouts of the check. Just for you to note, we did locate the check, it was being housed under a different name other than the Richard Kelly foundation (this is what caused the confusion).

The total that we have logged for your fundraising efforts is $17,301 including the check from the foundation. Could you let me know if this matches up with your records?

Otherwise, in terms of writing a letter, we don't have a head office in Irkaat as our main office is in Nairobi. Typically we ask people to send letters to our head office in Toronto and we'll have our staff take them to Kenya when they travel on a Me to We trip. Let me know your thoughts on that!

Alexas




**Alexas Derry**
Manager, Donor Engagement
t: 1.416.925.5894 x833

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

WE wear our passion for changing the world. **Get your rafiki bracelet** and make a statement that WE are stronger together

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** April-04-16 6:54 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Watson jordan update

Alexas,

This is super exciting! June photos – perfect.

Interested in the lost check for $1,000 and to get a final accounting of the project!

Is there a mailing address in Irkaat and a local contact person? I am a letter writer.

Lets talk soon.

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Wednesday, March 30, 2016 1:07 PM
**To:** Watson SC
**Subject:** RE: Watson jordan update

Hi Watson,

I hope this note finds you and your family in good health and high spirits.

Last week, we received updates from the team on the ground in Kenya about what has been going on in Irkaat! The team has informed us that we've completed construction of three classrooms but have not broken ground on the fourth classroom just yet. I've asked them to provide a tentative date of construction and will get back to you with that information soon! In the meantime, I want to share some really great updates with you about the school farm in Irkaat.

Thanks to the tireless efforts of your family, friends, and extended network, the school has been able to expand the agriculture and food security pillar. A school garden is almost complete and expected to be finished by the end of May! Many families throughout the community are very excited by the reliable, nutritious meals that will be provided to their children. Irkaat's School Management Committee has been working hard to implement sustainable solutions to support the school lunch program, so it can continue to successfully run for years to come. The school garden will ensure that communities are able to own and support the program in the long-term for the benefit of their children.
There are three primary goals of this garden:
 · Supplementing the school lunch program with additional fruits and vegetables.
 · Helping the students learn farming techniques that they can use at home and on their own farms in the future.
 · As a teaching facility for parents to come and learn new farming techniques and about new foods they can grow at home.

Asante sane (thank you) for the part you, your family, and friends have played in helping make Irkaat a stronger community. I'll be excited to share some photos with you in mid-April and want you to know that this is only the beginning of some of the amazing progress you

can except to see in Irkaat over the next few years.

I'll be in touch soon, but if you have any questions please don't hesitate to reach out in the meantime!

Alexas

 **Alexas Derry**
Manager, Donor Engagement
t: 1.416.925.5894 x833

233 Carlton St., Toronto, ON, M5A 2L2 • **freethechildren.com**

WE wear our passion for changing the world. **Get your rafiki bracelet** and make a statement that WE are stronger together

**From:** Alexas Derry
**Sent:** March-22-16 4:49 PM
**To:** Watson SC <Watson@sprinklecaldwell.com>
**Subject:** Re: Watson jordan update

Greetings from Ecuador!

Sorry for the delayed response, I've been in the Amazon for the past few weeks and have had no access to email or phone at this time.

I'm flying out tomorrow and will be able to start working on an update to share with you early next week. Would that be okay?

With great thanks,
Alexas

**From:** Watson SC <Watson@sprinklecaldwell.com>
**Sent:** Thursday, March 17, 2016 12:46 PM
**To:** Alexas Derry
**Subject:** Watson jordan update

Alexas

Can I get an update next week?

Watson

This email is safe. www.avast.com

Virus-free. [www.avast.com](www.avast.com)

Virus-free. [www.avast.com](www.avast.com)

Virus-free. [www.avast.com](www.avast.com)

Virus-free. [www.avast.com](www.avast.com)

Virus-free. [www.avast.com](www.avast.com)

EXHIBIT 10

 CBC Radio-Canada

**BRONWYN OATLEY <bronwyn.oatley@cbc.ca>**

## FW: Free the Children - memory of Intent

**Watson** <Watson@sprinklecaldwell.com>
To: BRONWYN OATLEY <bronwyn.oatley@cbc.ca>

Tue, Jul 13, 2021 at 12:45 PM

Feb 2017


H. Watson Jordan II, Ed. D

828-479-5344



The Resilience Initiative



*I will stand on my head to Raise Resilience Awareness*



---

**From:** Alexas Derry [mailto:alexas.derry@we.org]
**Sent:** Thursday, February 23, 2017 2:08 PM
**To:** Watson SC
**Subject:** RE: Free the Children - memory of Intent

Hi Watson,

It's been a while!! Thank you for your email and for taking the time to connect today!

If you have someone who would like to give to your specific project, the easiest ways to make a donation are either online, by mail, or by phone.

**Online:** Visit us at www.we.org/donate, click on enter a donation amount and the page will prompt you for your information from there. Please include a note that the donation is being given in honor of you and your son to Irkaat.

**By Mail:** Please make your check payable to **<u>WE Charity</u>** and mail to:

WE Charity

Attn: Donor Engagement

233 Carlton St

Toronto, ON  M5A 2L2

**By Phone/credit card:** Call (416) 925-5894 ext 833.

Regardless of their donation method, they will of course receive a tax receipt for the donation.

I will send you a comprehensive report from Irkaat by the end of March. For now, I've attached our most recent update highlighting all the work being done in Kenya.

Last but certainly not least, if you or any of your supporters are interested in attending WE Day this spring I've included a list of dates below.

**<u>Full WE Day 2016/2017 schedule for your calendar:</u>**

 **Unis Pour L'Action,** February 23rd, Theatre St-Denis

**WE Day Montreal,** February 24th, Theatre St-Denis

**WE Day Illinois**, March 1st, Allstate Arena

**WE Day Saskatchewan,** March 15th, Sasktel Centre

**WE Day United Kingdom**, March 22nd, SSE Arena

**WE Day New York**, April 6th, Radio City Music Hall

**WE Day Seattle**, April 21st, KeyArena

**WE Day California,** April 27th, The Forum

We would love be thrilled to have you there!!

Please don't hesitate to let us know if you have any additional questions or if I can help in any way.

---

**From:** Watson Jordan [mailto:Watson@sprinklecaldwell.com]
**Sent:** February 23, 2017 12:52 PM
**To:** Alexas Derry <alexas.derry@we.org>
**Subject:** RE: Free the Children - memory of Intent

Alexas,

Greetings from Asheville.

WE have been contacted about additional giving to the school? How do we do that

And

Do you have an update on the progress in Irkaat

Best,

Watson


H. Watson Jordan II, Ed. D

828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Monday, January 4, 2016 5:00 PM
**To:** SC Watson
**Subject:** RE: Free the Children - memory of Intent


Let me know what you think about this –


We can put the message you wrote on a letter head type piece of paper signed from the Jordan Family and insert that inside a Free The Children card. The card can say something to the effect of  "In honour of Margaret Jordan the gift of clean water has been given to a community in Kenya…" signed from Free The Children. This way it's more clear to the recipient?

Let me know!

Alexas

**Alexas Derry** | Manger, Donor Engagement | Free The Children
t: 1.416.925.5894 x833| **freethechildren.com**

---

**From:** SC Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** January-04-16 1:43 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Free the Children - memory of Intent

Alexas,

Fine to tweak the message – is it possible to use letterhead instead of a card?

You are correct that it is best for the notification to come from Free the Children – and certainly, we want people to know that the naming selections came from the Jordan family.

Let me know how it goes – this is exciting – I should put the final 2015 checks in the mail this week.

Watson

H. Watson Jordan II, Ed. D

828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Monday, January 4, 2016 12:04 PM
**To:** SC Watson
**Subject:** RE: Free the Children - memory of Intent

Hi Watson,

Thank you for providing me with this information!


Before moving forward with printing the cards I wanted to ask if it's okay for us to tweak the message slightly? The message exceeds 1000 characters so it won't fit in the allotted space. I'm happy to make a few small changes without altering your overall message.


To confirm, you want the cards to be signed from Free The Children or The Jordan Family? The cards will say "Be The Change" on the front with a return address to our head office in Toronto.


Alexas


**Alexas Derry** | Manger, Donor Engagement | Free The Children
t: 1.416.925.5894 x833| **freethechildren.com**

**From:** SC Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** December-31-15 8:26 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Cc:** watson@sprinklecaldwell.com
**Subject:** Free the Children - memory of Intent

Alexas

This is a start. Thank you for letting me take a look at the letter prior to sending them.

Please make certain that the letter includes and is clearly from "Free the Children" and that the comments from us are treated as such.

Thanks as well for making this year a remarkable one for me!

Yours,

Watson

H. Watson Jordan II, Ed. D

828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*





https://ipmcdn.avast.com/images/logo-avast-v1.png   This email has been sent from a virus-free computer protected by Avast.
www.avast.com

https://ipmcdn.avast.com/images/logo-avast-v1.png   This email has been sent from a virus-free computer protected by Avast.
www.avast.com

Virus-free. www.avast.com

**Q3_Kenya_Report.PDF**
5116K

EXHIBIT 11

**From:** **Alexas Derry** alexas.derry@we.org ✏️
**Subject:** RE: Free the Children - memory of Intent
**Date:** April 21, 2017 at 11:12 AM
**To:** Watson SC Watson@sprinklecaldwell.com



Hi Watson,

I've reached out to our team to see if they can open the page. I do believe we opened the fundraising page so you could do this last time. Does that work? If not, we can certainly try to pull a list of their email addresses so we can send it out.

I'll get back to you as soon as I hear back. Just for you to note, I am currently in Ecuador gearing up to facilitate a WE trip and visit our projects in the Amazon until May 3. I hope to hear back tomorrow. If I don't please feel free to reach out to my colleague Tara Garic at Tara.Garic@we.org and she can make sure the list is available.

I hope you are all doing well!

Alexas

**Alexas Derry** | Manager, Donor Engagement | WE
t: 1.416.925.5894 x833 | **WE.org**

---

**From:** Watson SC [mailto:Watson@sprinklecaldwell.com]
**Sent:** April 13, 2017 4:45 PM
**To:** Alexas Derry <alexas.derry@we.org>
**Subject:** RE: Free the Children - memory of Intent

Thank you

Is there a way to share this with our donors?

Perhaps open the site for a few weeks for additional gifts?

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



You can easily see my real-time availability and schedule time with me at

https://calendly.com/watson-jordan

---

**From:** Alexas Derry [mailto:alexas.derry@we.org]
**Sent:** Wednesday, April 12, 2017 12:32 PM
**To:** 'Watson SC'
**Subject:** RE: Free the Children - memory of Intent

Hi Watson,

I hope you are well!

As promised, attached to this email is comprehensive report from Irkaat which highlights some of the amazing work happening in the community thanks to you, your friends and family. If you'd like to receive further information or have any additional questions please do give me a call or send me an email.

Thank you so much for everything you've done. We are so grateful!!

Take care,
Alexas

**Alexas Derry** | Manager, Donor Engagement | WE
t: 1.416.925.5894 x833 | **WE.org**

---

**From:** Alexas Derry
**Sent:** February 23, 2017 2:08 PM
**To:** Watson SC <Watson@sprinklecaldwell.com>
**Subject:** RE: Free the Children - memory of Intent

Hi Watson,

It's been a while!! Thank you for your email and for taking the time to connect today!

If you have someone who would like to give to your specific project, the easiest ways to make a donation are either online, by mail, or by phone.

**Online:** Visit us at www.we.org/donate, click on enter a donation amount and the page will prompt you for your information from there. Please include a note that the donation is being given in honor of you and your son to Irkaat.

**By Mail:** Please make your check payable to **WE Charity** and mail to:
>    WE Charity
>    Attn: Donor Engagement
>    233 Carlton St
>    Toronto, ON  M5A 2L2

**By Phone/credit card:** Call (416) 925-5894 ext 833.

Regardless of their donation method, they will of course receive a tax receipt for the donation.

I will send you a comprehensive report from Irkaat by the end of March. For now, I've attached our most recent update highlighting all the work being done in Kenya.

Last but certainly not least, if you or any of your supporters are interested in attending WE Day this spring I've included a list of dates below.

**Full WE Day 2016/2017 schedule for your calendar:**

 **Unis Pour L'Action,** February 23rd, Theatre St-Denis
**WE Day Montreal,** February 24th, Theatre St-Denis
**WE Day Illinois**, March 1st, Allstate Arena
**WE Day Saskatchewan,** March 15th, Sasktel Centre
**WE Day United Kingdom**, March 22nd, SSE Arena
**WE Day New York**, April 6th, Radio City Music Hall
**WE Day Seattle**, April 21st, KeyArena
**WE Day California,** April 27th, The Forum

We would love be thrilled to have you there!!

Please don't hesitate to let us know if you have any additional questions or if I can help in any way.

---

**From:** Watson Jordan [mailto:Watson@sprinklecaldwell.com]
**Sent:** February 23, 2017 12:52 PM
**To:** Alexas Derry <alexas.derry@we.org>
**Subject:** RE: Free the Children - memory of Intent

Alexas,

Greetings from Asheville.

WE have been contacted about additional giving to the school? How do we do that

And

Do you have an update on the progress in Irkaat

Best,

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



---

**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Monday, January 4, 2016 5:00 PM
**To:** SC Watson
**Subject:** RE: Free the Children - memory of Intent

Let me know what you think about this –

We can put the message you wrote on a letter head type piece of paper signed from the Jordan Family and insert that inside a Free The Children card. The card can say something to the effect of "In honour of Margaret Jordan the gift of clean water has been given to a community in Kenya…" signed from Free The Children. This way it's more clear to the recipient?

Let me know!

Alexas

**Alexas Derry** l Manger, Donor Engagement l Free The Children
t: 1.416.925.5894 x833l **freethechildren.com**

---

**From:** SC Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** January-04-16 1:43 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Subject:** RE: Free the Children - memory of Intent

Alexas,

Fine to tweak the message – is it possible to use letterhead instead of a card?

You are correct that it is best for the notification to come from Free the Children – and certainly, we want people to know that the naming selections came from the Jordan family.

Let me know how it goes – this is exciting – I should put the final 2015 checks in the mail this week.

Watson

H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



**From:** Alexas Derry [mailto:alexas@freethechildren.com]
**Sent:** Monday, January 4, 2016 12:04 PM
**To:** SC Watson
**Subject:** RE: Free the Children - memory of Intent

Hi Watson,

Thank you for providing me with this information!

Before moving forward with printing the cards I wanted to ask if it's okay for us to tweak the message slightly? The message exceeds 1000 characters so it won't fit in the allotted space. I'm happy to make a few small changes without altering your overall message.

To confirm, you want the cards to be signed from Free The Children or The Jordan Family? The cards will say "Be The Change" on the front with a return address to our head office in Toronto.

Alexas

**Alexas Derry** | Manger, Donor Engagement | Free The Children
t: 1.416.925.5894 x833| **freethechildren.com**

**From:** SC Watson [mailto:Watson@sprinklecaldwell.com]
**Sent:** December-31-15 8:26 PM
**To:** Alexas Derry <alexas@freethechildren.com>
**Cc:** watson@sprinklecaldwell.com
**Subject:** Free the Children - memory of Intent

Alexas

This is a start. Thank you for letting me take a look at the letter prior to sending them.

Please make certain that the letter includes and is clearly from "Free the Children" and that the comments from us are treated as such.

Thanks as well for making this year a remarkable one for me!

Yours,

Watson


H. Watson Jordan II, Ed. D
828-479-5344



Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*





This email has been sent from a virus-free computer protected by Avast.
www.avast.com

This email has been sent from a virus-free computer protected by Avast.
www.avast.com

Virus-free. www.avast.com

Virus-free. www.avast.com

# EXHIBIT 12

From: **Erica Conrad** erica.conrad@we.org 
Subject: RE: WE Charity - Checking in
Date: November 12, 2018 at 3:38 PM
To: Watson SC Watson@sprinklecaldwell.com

Hi Watson!

Thank you for reaching out – I can look into some updates that you can add to your website for sure. That is a beautiful page!

In terms of visiting Irkaat in 2020, ME to WE does run a series of trips to Eastern Africa, including Kenya and Tanzania. If you would like to spend time in the community of Irkaat and meet community members from across the WE Villages in Kenya, I would definitely recommend a trip there. It is a phenomenal way to see the growth in the various communities as they engage with our sustainable development model and pitch in on a building project alongside the community members. You also have the opportunity to meet some local Maasai guides and experience some traditional tourism activities such as safari and learning about traditional aspects of the Maasai people.

If you are planning for 2020, I can introduce you to a trip coordinator to talk through some of the details and talk about specific dates. Even if you will only be in Kenya for a couple days, we can plan an experience that will fit with your schedule.

I'll loop back once I check in with our team about what some of the updates are from Irkaat, and let me know what you're thinking about a trip!

Talk soon,
Erica

**Erica Conrad** | Manager, Donor Engagement | WE Charity
t: 1.416.925.5894 x1538 | m: 1.416.889.8541 | **WE.org**

**From:** Watson SC <Watson@sprinklecaldwell.com>
**Sent:** November 12, 2018 3:08 PM
**To:** Erica Conrad <erica.conrad@we.org>
**Subject:** RE: WE Charity - Checking in

Thanks Erica,

Any news on our village at Irkaat

http://www.sprinklecaldwell.com/irkaat-kenya-school/

I hope to visit one day 2020? An advice or is there a way Me to We can help me visit in a supportive way?

Watson

H. Watson Jordan II, Ed. D
828-479-5344





Bringing Together *Educational Nonprofits, Corporate Partners, and Schools*



You can easily see my real-time availability and schedule time
[Schedule time with me today](#)

---

**From:** Erica Conrad [[mailto:erica.conrad@we.org](mailto:erica.conrad@we.org)]
**Sent:** Thursday, October 11, 2018 1:26 PM
**To:** [watson@sprinklecaldwell.com](mailto:watson@sprinklecaldwell.com)
**Subject:** WE Charity - Checking in

Hello Watson!

I hope you are doing well. My name is Erica and I work at WE within our fundraising and events team, and I wanted to reach out to connect with you about your involvement with WE in the past few years.

First of all, thank you so much for the beautiful campaign you ran in memory of your son. I was just looking through your fundraising page online and I saw the touching story about giving opportunity to children, and I thought it was so wonderful that you able to create such an impact in his honour. I had the fortune of visiting the Irkaat community this past August and it is a lovely and welcoming place. I had the chance to visit the school (they now have 8 full classrooms!) and play some soccer with the children there, as well as dance with some of the Mamas. There is a wonderful story written about one of the community champions, Jane Kikwai, that I thought you might enjoy – you can read it [here](#).

Second, I wanted to touch base on your fundraising page – from a quick chat with Alexas, it sounded like it had been opened to accommodate a few more donations back in the fall of 2017. To let you know, we will now be closing it again, as there hasn't been activity in the past 12 months. If you would like it to remain open, please let me know, or alternatively, we can create a new page on our updated platform.

My role within the organization is to support you in both your fundraising and in our journey with WE! I would love to have a conversation with you about your family's experience so far and see if there is anything I can do to support you. Please let me know when would be a good time to connect!

In the meantime, check out our [WE Families](#) initiative if you haven't already – the newsletter is full of great ideas and stories of social justice.

I look forward to connecting with you! Thank you again for everything you have done in support of WE projects!

Best,
Erica



**Erica Conrad**
Manager of Fundraising Groups and Events,
Donor Engagement
t: 1.416.925.5894 x1538

m: 1.416.889.8541

339 Queen St E, Toronto, ON M5A 1S9 • **WE.org**

WE makes doing good, doable. WE Charity empowers people to change the world.

Join the WE movement: **@WEmovement** or **WE.org**

Canadian Charitable Number 88657 8095 / US Charitable Number 501(c) (3)-16-1533544 / UK Charitable Number 1138645

EXHIBIT 13



**CBC ◉ Radio-Canada**                                              **Harvey Cashore <harvey.cashore@cbc.ca>**

---

### FW: WE Charity Update
1 message

---

**Watson** <Watson@sprinklecaldwell.com>                          11 October 2021 at 14:13
To: harvey.cashore@cbc.ca

Letter from WE


H. Watson Jordan II, Ed. D

828-479-5344





# The Resilience Initiative




*I will stand on my head to Raise Resilience Awareness*



**From:** Robin Wiszowaty [mailto:robin.wiszowaty@we.org]
**Sent:** Wednesday, September 1, 2021 3:01 PM
**To:** Watson SC
**Subject:** RE: WE Charity Update

Hi Watson and the Jordan Family,

I hope you're enjoying some of the final summer days!

I just wanted to follow up and offer to check in on any questions on the update below. There is no rush, just an offer. A lot of amazing work has been happening in Kenya and we are proud to share about it. I'm certain it is source of inspiration and pride for your family as well.

Sending great energy from Kenya!

Take care,

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Robin Wiszowaty
**Sent:** Monday, August 30, 2021 9:38 AM
**To:** Watson SC <Watson@sprinklecaldwell.com>
**Subject:** WE Charity Update

Hi Jordan Family,

I hope you are well and having a wonderful and restful summer.

I wanted to personally reach out and share an update on the future of WE Charity Canada.

We have been working harder than ever to safeguard the children and youth in the communities we serve. Through the sale of our headquarters, we will be able to complete development projects in villages around the world and fund an endowment that will ensure the sustainability of the projects for years to come.

In fact 2020 marked 25 years of WE Charity serving children. Unfortunately, due to COVID and politics, we faced fundraising challenges for the organization in Canada.

We chose to prioritize the projects by selling the WE Global Learning Centre and the neighboring space acquired through the 20th and 25th anniversary campaigns. The proceeds from the sale allows us to protect children during these difficult times (please allow me to once again reiterate that the funds raised to purchase and out fit the buildings in Canada were done so through targeted individual donations. Youth and School fundraising were never used for the purposes of real estate in Canada.)

**The first use of funds from the sale will be dedicated to completing the five pillars (education, water, healthcare, food security, and alternative income) in every village around the world.** As you're aware, it takes, on average, 5-7 years on average for a village to reach sustainability, and there are a number of recent villages where we are fast-tracking programs to bring those projects to full sustainability.

WE Charity Canada will evolve into more focused entities. The WE Charity Foundation (WCF) and the WE Well-Being Foundation (WWB).

The WE Charity Foundation (WCF) will have a fund that will continue to sustain key projects in Kenya that are beyond the core pillars of village development and require on-going funding support: Baraka Hospital, Kisaruni Boarding Secondary Schools, The Women's Empowerment Centre, and more. Moreover, the large scale farm will continue, allowing for additional revenue to financially support the other humanitarian projects. We had plans for our 25th anniversary to launch an endowment to sustain these key programs, although we wish that it were under different circumstances. We feel that the future of the WCF is in secure hands with a diverse board comprised of accomplished individuals from Kenya and Canada who have expertise in managing legal and financial matters, day-to-day operations and other functions that are core to the running of a foundation.

**Please check out this 2min video which highlights the mission of WE Charity Foundation moving forward**. You may also want to visit our new the website (www.wecharity.org) which celebrates the impact in Kenya, including an overviews of development programs in each village and hundreds of photos for donors to transparently see their impact.

Below is a quick overview of key pages:

- Overview of Kenya programs: https://www.wecharity.org/kenya
- Profiles of each village: https://www.wecharity.org/explore-our-regions
- Baraka Hospital: https://www.wecharity.org/baraka-hospital
- Women's Empowerment Centre: https://www.wecharity.org/womens-empowerment-centre
- Kisaruni Secondary: https://www.wecharity.org/kisaruni-group-of-schools
- Olelewsha Farm: https://www.wecharity.org/oleleshwa-farm
- WE College: https://www.wecharity.org/we-college
- Governance: https://www.wecharity.org/financials-and-governance

Our holistic model starts with education, which in Kenya has included **building or repairing over 850 school rooms, including classrooms, libraries, kitchens, teachers' accommodations and school offices.** We also wanted to share that 275 girls and boys now attend our Kisaruni Boarding Secondary Schools, with a new group of students beginning their first year this month. The team in Kenya has also been busy with COVID response efforts, delivering 1.5 million

Gmail - ...

meals to 100 communities, reaching over 139,400 community members with resources necessary to ensure their safety and food security.

The WE Well-being Foundation will continue in Canada as an operating charity. It will **keep all of our WE Schools resources online,** especially resources in the well-being and social entrepreneurship space. The team is committed to completing a multi-year development of a national K-12 mental well-being curriculum and support program for students and educators. They are also developing resources to assist young people become social entrepreneurs to solve challenges in their communities.

As you may have seen, there has been some misinformation shared by the media about the organization over the past 12+ months.

Please reach out if you have any thoughts, questions, or words of guidance, as I would be more than happy to get on a call and walk you through the structure and what it means for our projects going forward.

Thank you for your continued support and sending you my best to a wonderful new school year.

All the best,

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

EXHIBIT 14

# WE CHARITY

## NON-CONSOLIDATED FINANCIAL STATEMENTS

### AUGUST 31, 2021

# WE CHARITY

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Independent Auditor's Report | 1 - 2 |
| Non-Consolidated Statement of Financial Position | 3 - 4 |
| Non-Consolidated Statement of Changes in Net Assets | 5 |
| Non-Consolidated Statement of Operations | 6 |
| Non-Consolidated Statement of Cash Flows | 7 |
| Notes to Non-Consolidated Financial Statements | 8 - 18 |
| Non-Consolidated Schedule of Program Expenditures (Schedule 1) | 19 |
| Non-Consolidated Schedule of Support Expenditures (Schedule 2) | 20 |

███████████

## INDEPENDENT AUDITOR'S REPORT

To the Members of WE Charity:

*Opinion*

We have audited the non-consolidated financial statements of WE Charity (the organization), which comprise the non-consolidated statement of financial position as at August 31, 2021, and the non-consolidated statements of changes in net assets, operations, and cash flows for the year then ended, and notes to the non-consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying non-consolidated financial statements present fairly, in all material respects, the non-consolidated financial position of the organization as at August 31, 2021, and the non-consolidated results of its operations and non-consolidated cash flows for the year then ended in accordance with Canadian accounting standards for not-for-profit organizations (ASNPO).

*Emphasis of Matter*

Without qualifying our conclusion, we draw attention to Note 2 in the non-consolidated financial statements, which indicates that the organization is winding down its operations in Canada. The organization will be dissolved in the near future. As a result, these non-consolidated financial statements are prepared on a liquidation basis.

*Basis for Opinion*

We conducted our audit in accordance with Canadian generally accepted auditing standards. Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Non-consolidated Financial Statements* section of our report. We are independent of the organization in accordance with the ethical requirements that are relevant to our audit of the non-consolidated financial statements in Canada, and we have fulfilled our other ethical responsibilities in accordance with these requirements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Responsibilities of Management and Those Charged with Governance for the Non-consolidated Financial Statements*

Management is responsible for the preparation and fair presentation of the non-consolidated financial statements in accordance with Canadian accounting standards for not-for-profit organizations, and for such internal control as management determines is necessary to enable the preparation of non-consolidated financial statements that are free from material misstatement, whether due to fraud or error.

███████████

1

In preparing the non-consolidated financial statements, management is responsible for assessing the organization's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the organization or to cease operations, or has no realistic alternative but to do so. Those charged with governance are responsible for overseeing the organization's financial reporting process.

*Auditor's Responsibilities for the Audit of the Non-consolidated Financial Statements*

Our objectives are to obtain reasonable assurance about whether the non-consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with Canadian generally accepted auditing standards will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these non-consolidated financial statements.  As part of an audit in accordance with Canadian generally accepted auditing standards, we exercise professional judgement and maintain professional skepticism throughout the audit.  We also:

- Identify and assess the risks of material misstatement of the non-consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the organization's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management.

- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the non-consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

Chartered Professional Accountants
Licensed Public Accountants

Richmond Hill, Ontario

2

# WE CHARITY
## NON-CONSOLIDATED STATEMENT OF FINANCIAL POSITION
### AS AT AUGUST 31, 2021

|  | 2021 | 2020 (Restated) |
|---|---:|---:|
| **ASSETS** | | |
| **Current assets** | | |
| Cash | $ 1,600,905 | $ 4,673,863 |
| Short-term investments | 5,370 | 4,919,832 |
| Accounts receivable *(Notes 5, 12)* | 968,211 | 6,304,674 |
| Sales tax rebate receivable | 651,445 | 567,585 |
| Government assistance receivable *(Note 14)* | 407,737 | 1,197,226 |
| Prepaid expenses | 135,429 | 229,561 |
| Due from related entities | - | 27,924 |
| Tangible capital assets *(Note 6)* | 4,870,368 | - |
| | 8,639,465 | 17,920,665 |
| **Tangible capital assets** *(Note 6)* | - | 40,925,278 |
| **Intangible assets** *(Note 7)* | - | 548,498 |
| **Investments in We365** *(Note 8)* | - | 3 |
| | $ 8,639,465 | $59,394,444 |

**WE CHARITY**
**NON-CONSOLIDATED STATEMENT OF FINANCIAL POSITION**
**AS AT AUGUST 31, 2021**

| | 2021 | 2020 (Restated) |
|---|---|---|
| **LIABILITIES** | | |
| **Current liabilities** | | |
| Bank indebtedness | $          - | $  1,115,000 |
| Accounts payable and accrued liabilities *(Notes 4, 11)* | **1,933,608** | 6,627,488 |
| Due to related entities | - | 1,742,902 |
| Deferred contributions *(Note 9)* | - | 3,778,321 |
| Current portion of bank loans | - | 10,853,241 |
| Current portion of obligations under capital lease | - | 2,033,587 |
| | **1,933,608** | 26,150,539 |
| **Deferred capital contributions** *(Note 10)* | - | 15,946,894 |
| **Obligation for investments in WE365** *(Note 8)* | - | 8,796 |
| | **1,933,608** | 42,106,229 |
| **NET ASSETS** | | |
| **Unrestricted** *(Note 4)* | **1,835,489** | 4,648,162 |
| **Invested in capital assets** | **4,870,368** | 12,640,053 |
| | **6,705,857** | 17,288,215 |
| | **$  8,639,465** | $59,394,444 |

Approved on behalf of the Board:

_____ Director

*The accompanying notes are an integral part of these financial statements*

4

WE CHARITY
NON-CONSOLIDATED STATEMENT OF CHANGES IN NET ASSETS
FOR THE YEAR ENDED AUGUST 31, 2021

| | Unrestricted | Invested in capital assets | 2021 | 2020 (Restated) |
|---|---|---|---|---|
| **NET ASSETS, BEGINNING OF YEAR** | | | | |
| As previously reported | $ 4,824,407 | $ 12,640,053 | $ 17,464,460 | $ 18,089,152 |
| Correction of errors *(Note 4)* | (176,245) | - | (176,245) | - |
| As restated | 4,648,162 | 12,640,053 | 17,288,215 | 18,089,152 |
| Excess (deficiency) of revenue over expenditures | (18,911,018) | 8,328,660 | (10,582,358) | (650,937) |
| Investment in capital assets | 16,098,345 | (16,098,345) | - | - |
| Endowments adjusted during the year | - | - | - | (150,000) |
| **NET ASSETS, END OF YEAR** | $ 1,835,489 | $ 4,870,368 | $ 6,705,857 | $ 17,288,215 |

**WE CHARITY**
**NON-CONSOLIDATED STATEMENT OF OPERATIONS**
**FOR THE YEAR ENDED AUGUST 31, 2021**

| | 2021 | 2020 (Restated) |
|---|---|---|
| **REVENUE** | | |
| Donations and sponsorships *(Notes 11, 12)* | $ 15,605,035 | $ 37,517,492 |
| Contributions in kind *(Note 11)* | 8,485,767 | 5,193,519 |
| Government grants | 276,580 | 1,745,521 |
| Private grants | 9,143,052 | 15,498,969 |
| Other income | - | 20,030 |
| | 33,510,434 | 59,975,531 |
| **EXPENDITURES** | | |
| Program *(Schedule 1)* | 23,415,470 | 52,606,828 |
| Support *(Schedule 2)* | 2,070,412 | 2,496,474 |
| Gift to WE Charity Foundation *(Note 12)* | 10,000,000 | - |
| Gift to WE Charity UK *(Note 12)* | 170,000 | - |
| Amortization | 2,342,379 | 3,236,388 |
| | 37,998,261 | 58,339,690 |
| **(DEFICIENCY) EXCESS OF REVENUE OVER EXPENDITURES FROM OPERATIONS** | (4,487,827) | 1,635,841 |
| **OTHER INCOME AND EXPENDITURES** | | |
| Dividend and interest income | 52,986 | 215,579 |
| Loss on foreign exchange | (266,463) | (87,855) |
| Interest on long-term debts | (463,685) | (602,248) |
| Loss (income) from We365 group *(Note 8)* | (99,872) | 78,879 |
| Realized loss on marketable securities | (41,643) | (811,338) |
| Unrealized gain on marketable securities | - | 448,990 |
| Loss on disposal of tangible capital assets *(Note 15)* | (5,275,854) | (1,528,785) |
| | (6,094,531) | (2,286,778) |
| **DEFICIENCY OF REVENUE OVER EXPENDITURES FOR THE YEAR** | $ (10,582,358) | $ (650,937) |

*The accompanying notes are an integral part of these financial statements*                    6

**WE CHARITY**
**NON-CONSOLIDATED STATEMENT OF CASH FLOWS**
**FOR THE YEAR ENDED AUGUST 31, 2021**

|  | 2021 | 2020 (Restated) |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| Deficiency of revenue over expenditures for the year | $ (10,582,358) | $ (650,937) |
| Items not affecting cash | | |
| Amortization | 2,342,379 | 3,236,388 |
| Loss on disposal of tangible capital assets | 5,275,854 | 1,528,785 |
| Marketable securities received in kind | (3,844) | (720,913) |
| Realized loss on marketable securities | 41,643 | 811,338 |
| Unrealized (gain) loss on marketable securities | - | (448,990) |
| Share of earnings from We365 group | (8,797) | (78,879) |
|  | (2,935,123) | 3,676,792 |
| Changes in non-cash working capital (Note 17) | (18,282,866) | (7,367,866) |
| Net cash used by operations | (21,217,989) | (3,691,074) |
| | | |
| **INVESTING ACTIVITIES** | | |
| Proceeds from sale of marketable securities | 4,876,663 | 4,717,456 |
| Due from related entities | 27,924 | 3,095,076 |
| Purchase of tangible capital assets | (208,250) | (161,390) |
| Proceeds on disposal of tangible capital assets | 29,193,424 | - |
| Purchase of intangible assets | - | (1,064,220) |
| Due to related entities | (1,742,902) | 1,742,902 |
| Endowment contribution | - | (150,000) |
| Net cash provided by investing activities | 32,146,859 | 8,179,824 |
| | | |
| **FINANCING ACTIVITIES** | | |
| Repayment of bank indebtedness | (1,115,000) | (1,280,000) |
| Repayment of bank loans | (10,853,241) | (436,984) |
| Proceeds from (repayment of) obligations under capital lease | (2,033,587) | 577,714 |
| Net cash used by financing activities | (14,001,828) | (1,139,270) |
| | | |
| Net increase (decrease) in cash | (3,072,958) | 3,349,480 |
| Cash - beginning of the year | 4,673,863 | 1,324,383 |
| Cash - end of the year | $ 1,600,905 | $ 4,673,863 |

*The accompanying notes are an integral part of these financial statements*

**1    NATURE OF OPERATIONS**

WE Charity (the "organization") is committed to creating a network of children helping children through representation, leadership and action and is dedicated to reducing poverty and exploitation of children around the world.

The organization is incorporated under the provision of Part II of the Canada Corporations Act as a non-profit corporation without share capital. It is a registered charity under the Income Tax Act, and as a result, the organization is exempt from income taxation under Section 149 of the Income Tax Act.

**2    GOING CONCERN**

On September 9, 2020, the organization and its Board of Directors announced they were winding down the organization's operations in Canada. The organization sold its assets before August 31, 2021 except for one building, which has been transferred to WEllbeing Foundation in October 2021. ███████████████████████████████

Therefore, the going concern assumption was not appropriate for the non-consolidated financial statements. As a result, these non-consolidated financial statements are prepared on a liquidation basis.

**3    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The assets and liabilities in the non-consolidated statement of financial position are prepared at their net realizable value which is the most appropriate basis in the circumstances.

**Revenue recognition**

The organization historically followed the deferral method of accounting for the following sources of revenue:

- Donations and sponsorships consist of cash resources received from corporate partners and the general public. Certain sponsorship arrangements with corporate partners provide both parties with non-exclusive, non-transferable, royalty-free license to use, reproduce and exhibit certain trademarks in accordance with the specifications of the arrangements. Due to the difficulty in determining the value of benefits from the use of such trademarks, the organization has not allocated or recognized any of the sponsorship funds as proceeds from licensing .

- Contributions in kind include goods and services that are used by the organization in the normal course of operations. Contributed materials and services are expensed when received and contributed assets providing future benefits are capitalized at fair value on the date of contribution.

- Grants include funding received from government and other not-for-profit organizations.

Restricted contributions for specific programs are deferred when received and recognized as revenue in the year in which the related expenditures are incurred. Restricted contributions for capital expenditures are deferred when received and recognized as revenue on the same basis as the amortization of the acquired capital asset. The organization has completed most of the projects as of August 31, 2021. Most of the international programs including incomplete projects have been transferred to WE Charity Foundation and WE Charity U.S.. Most of the domestic programs including incomplete projects have been transferred to WEllbeing Foundation. Those foundations are responsible for the on-going costs related to the projects.

Unrestricted contributions are recognized as revenue when received or receivable, if the amount to be received can be reasonably determined and collection is reasonably assured.

Investment and other income that are not otherwise restricted are recognized as revenue when earned.

**Contributed assets and services**

The organization benefits from volunteer services and rent-free use of office space within facilities owned or leased by related entities, due to the difficulty in determining their fair value, the value of such services and arrangements have not been reflected in these non-consolidated financial statements.

**Net assets**

- Net assets invested in capital assets are comprised of the unamortized amount thereof net of liabilities and deferred capital contributions incurred to acquire the capital assets.

- Unrestricted net assets are comprised of the excess of revenue over expenditures accumulated by the organization, net of transfers, available for use in general operations.

**Program expenditures**

Program expenditures are incurred on international and domestic programs, leadership education and public awareness initiatives. International program expenditures are recognized as expenditures when the funds are disbursed by the organization. All other program expenditures are recognized as expenditures when incurred.

**Allocation of expenditures**

The organization incurs costs for international and domestic programming, fundraising and administrative activities. The cost of each function includes the cost of personnel and other expenditures directly related to the function. The organization incurs administrative costs common to the administration of the organization and its programs. Accordingly, certain payroll and operating costs are allocated to administration, fundraising and program expenditures based on resources dedicated to each function.

**Leases**

Leases are classified as either capital or operating leases. At the time the organization enters into a capital lease, an asset is recorded along with its related obligation to reflect the acquisition and financing. Rental payments under operating leases are expensed as incurred.

**Short-term investments**

Short-term investments are valued at net realizable value.

**Tangible capital assets**

Tangible capital assets had historically been stated at cost less accumulated amortization and were amortized over their estimated useful lives at the following rates and methods:

| | | |
|---|---|---|
| Buildings | 4% | declining balance method |
| Computer and equipment | 2 Years | straight line method |
| Furniture and fixtures | 20% | declining balance method |
| Furniture and fixtures under capital lease | 20 % | declining balance method |

As a result of the decision to wind down the operation and sell the properties, tangible capital assets were valued at their liquidation value as at August 31, 2021. The tangible capital assets were reclassified as current at August 31, 2021 since the assets were transferred to WEllbeing Foundation in October 2021.

**Controlled entities**

The organization accounts for its investments in business entities using the equity method. Accordingly, the investments are recorded at acquisition cost and are increased for the organization's proportionate share of post-acquisition earnings and decreased by post-acquisition losses and distributions received. During the year, the controlled entities have been dissolved. As of August 31, 2021, there were no controlled entities for the organization.

**Use of estimates**

When preparing financial statements in conformity with Canadian accounting principles for Non-for-Profit organizations, management is required to make certain estimates and assumptions relating to the:

- Reported amounts of revenue and expenses for the year;
- Reported amounts of assets and liabilities; and
- Disclosure of contingent assets and liabilities at the report date

Assumptions are based on a number of factors, including historical experience, current events and actions that the organization may undertake in future, and other assumptions believed reasonable under the circumstances. These estimates are periodically reviewed and, accordingly, adjustments made to these estimates are taken into income in the year in which it is determined. These estimates are subject to measurement uncertainty, and actual results may therefore differ from those estimates. Estimates are used when accounting for certain items, such as uncollectible accounts receivables, useful life of tangible capital assets and the determination of impairment losses, accrued liabilities and allocation of expenditures. Any adjustments necessary are reported in the current period operations in which they become known. Significant estimates include the determination of impairment losses.

**Foreign currency translation**

Monetary assets and liabilities are translated at the rate in effect at the balance sheet date. Non-monetary assets and liabilities are translated using historical rates. Revenue and expenditures are translated at the monthly average rates throughout the year. Realized and unrealized gains and losses are included in operations for the year in which they occur.

**Financial instruments**

The orgnization's financial instruments consist of cash, accounts receivable and accounts payable and accrued liabilities. Management has determined that the realizable value of these financial instruments approximates their fair values due to their immediate or short-term maturity.

**4**     **CORRECTION OF ERRORS**

During the year, management identified that the operating expenses were under accrued by $176,245 in 2020. Accordingly, the comparative figures have been restated to include following adjustments. In 2020, accounts payable and accrued liabilities increased by $176,245. Office expense for domestic programs increased by $55,571. Professional fees for administration increased by $120,674. The net assets - unresticted decreased by $176,245.

WE CHARITY
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
AUGUST 31, 2021

**5   ACCOUNTS RECEIVABLE**

|  | 2021 | 2020 |
|---|---|---|
| Donations receivable | $ 71,984 | $ - |
| Receivable from related parties *(Note 12)* | 748,881 | 6,063,897 |
| Other receivable | 147,346 | 240,777 |
|  | $ 968,211 | $ 6,304,674 |

**6   TANGIBLE CAPITAL ASSETS**

|  | 2021 | | | 2020 |
|---|---|---|---|---|
|  | Cost | Accumulated Amortization | Net | Net |
| Land | $ 525,000 | $ - | $ 525,000 | $ 6,588,542 |
| Buildings | 4,483,883 | 624,910 | 3,858,973 | 31,621,186 |
| Computer and equipment | - | - | - | 32,074 |
| Furniture and fixtures | 486,395 | - | 486,395 | 1,435,476 |
|  | $ 5,495,278 | $ 624,910 | $ 4,870,368 | $ 39,677,278 |
| Furniture and fixtures under capital lease | - | - | - | 1,248,000 |
|  | $ 5,495,278 | $ 624,910 | $ 4,870,368 | $ 40,925,278 |

Total amortization expenses of tangible capital assets in the year are $1,793,881 (2020 - $2,393,967). It includes $241,550 amortization expenses related to furniture and fixtures under capital lease (2020 - $312,000). All of the tangible capital assets have been transferred to WEllbeing Foundation after the year end. Therefore, the balance of $4,870,368 in tangible capital assets is reclassified as current assets as of August 31, 2021.

**7   INTANGIBLE ASSETS**

The intangible assets have been fully amortized in the year. Total amortization expenses of intangible assets in the year are $548,498 (2020 - $842,421).

8   **WE365**

On August 8, 2014, the organization and We365 Holdings Inc. ("Holdings") each acquired a 49.995% interest in We365 LP ("LP") and a 50% interest in We365 GP Inc. ("GP"), two profit-oriented entities, collectively "We365". Effective January 1, 2016, the organization acquired Holdings' 49.995% interest in LP and 50% interest in GP. Effective January 1, 2018, the organization acquired a 100% interest in Holdings. During the year, We365 Holding Inc., We365 LP and We365 GP Inc. have been dissolved.

During the year, Holdings charged the organization programming support costs of $6,998 (2020 - $1,224,236). In addition, $108,668 loans from Holdings has been forgiven and recognized as investment loss. The amount charged to operations is calculated as follows:

|  | 2021 | 2020 |
|---|---|---|
| Share of income | $ 8,796 | $ 78,879 |
| Loss from loan forgiveness | (108,668) | - |
|  | $ (99,872) | $ 78,879 |

9   **DEFERRED CONTRIBUTIONS**

|  | 2021 | 2020 |
|---|---|---|
| Balance - beginning of year | $ 3,778,321 | $ 8,528,251 |
| Restricted contributions received | 11,693,805 | 47,801,328 |
|  | 15,472,126 | 56,329,579 |
| Less: amount recognized as revenue | (15,472,126) | (52,551,258) |
|  | $ - | $ 3,778,321 |

10  **DEFERRED CAPITAL CONTRIBUTIONS**

|  | 2021 | 2020 |
|---|---|---|
| Balance - beginning of year | $ 15,946,894 | $ 16,611,348 |
| Less: amount recognized as revenue | (15,946,894) | (664,454) |
|  | $ - | $ 15,946,894 |

13

WE CHARITY
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
AUGUST 31, 2021

**11    ME TO WE**

The co-founders of the organization have a controlling interest in Me to We Social Enterprises Inc. and its subsidiaries (collectively, "Me to We") through a holding company. The purpose of Me to We is to help support the operations of the organization. The organization historically purchased books, educational material, promotional items, travel and leadership training services from Me to We at, or below, wholesale prices.

The following is a summary of the organization's transactions with Me to We:

|                                                          | 2021           | 2020           |
|----------------------------------------------------------|----------------|----------------|
| Contributions received including in-kind contributions   | $   **57,500** | $   1,932,959  |
| Purchase of promotional goods                            | $        **-** | $     292,495  |

As of August 31, 2021, there were no accounts payable to Me to We (2020 - $199,577).

These transactions are in the normal course of operations and are measured at the exchange amount, which is the amount of consideration established and agreed to by the related entities.

**12    ECONOMIC INTERESTS**

The organization provides funding to a number of not-for-profit organizations outside of Canada to achieve its international program initiatives, known as "WE Villages". The initiatives operate in nine countries around the world using a holistic economic and humanitarian development model. The organization has a regional director who works closely with each local not-for-profit organization to monitor their use of the organization's funding and provides the organization with regular progress updates for ongoing initiatives.

Funding provided to these not-for-profit organizations for the year amounted to $3,160,258 (2020 - $9,425,648).

14

The organization also works closely with charities in the United States and United Kingdom and foundations in Canada that share the same mission and vision as the organization. Below are the contributions received from or paid to those charities and foundations:

| | 2021 | 2020 |
|---|---|---|
| Contributions received from charities in US | $ 6,007,215 | $ 26,451,790 |
| Contributions received from charity in UK | $ 730,811 | $ 1,082,517 |
| Contributions received from foundations in Canada | $ 342,000 | $ 1,394,708 |
| Gifts to WE Charity Foundation | $ 10,000,000 | $ - |
| Gifts to WE Charity UK | $ 170,000 | $ - |

There are some balances in accounts receivable for those charities and foundations. They are summarized as follows:

| | 2021 | 2020 |
|---|---|---|
| Accounts receivable from charities in US | $ 645,412 | $ 4,711,896 |
| Accounts receivable from charity in UK | 75,436 | 230,838 |
| Accounts receivable from foundations in Canada | 28,033 | 1,121,163 |
| | $ 748,881 | $ 6,063,897 |

13   **ALLOCATION OF EXPENDITURES**

Administrative costs totaling $3,014,038 (2020 - $4,134,402) have been allocated as follows:

| | 2021 | 2020 |
|---|---|---|
| **Payroll** | | |
| Allocated to: | | |
| International | $ 537,004 | $ 1,347,950 |
| Domestic | 537,004 | 1,347,950 |
| Fundraising | 276,638 | 694,398 |
| | $ 1,350,646 | $ 3,390,298 |
| **Other operating costs** | | |
| Allocated to: | | |
| International | $ 669,803 | $ 328,022 |
| Domestic | 669,803 | 328,022 |
| Fundraising | 323,786 | 88,060 |
| | $ 1,663,392 | $ 744,104 |

WE CHARITY
NOTES TO NON-CONSOLIDATED FINANCIAL STATEMENTS
AUGUST 31, 2021

**14     GOVERNMENT ASSISTANCE**

Government assistance and support programs are designed to support employers whose revenue dropped due to COVID-19. The wage subsidies enable Canadian employers to maintain and re-hire workers, helping to prevent further job losses. During the year, the company received $2,783,893 in wage subsidies (2020 - $4,931,148). There is an amount of $407,737 receivable as of August 31, 2021 (2020 - $1,197,226). The amount received has been allocated directly to the payroll expense related accounts as follows:

|  | 2021 | 2020 |
|---|---|---|
| International programs | $ 981,670 | $ 1,340,369 |
| Domestic programs | 1,595,949 | 3,292,089 |
| Administration and fundraising | 206,274 | 298,690 |
|  | $ 2,783,893 | $ 4,931,148 |

**15     LOSS ON DISPOSAL OF TANGIBLE CAPITAL ASSETS**

The value of the organization's properties included both cash paid for the properties themselves, associated renovation costs, technology upgrades and other fixtures. The organization's corporate partners had provided in-kind support for technology and outfitting of its properties, especially the WE Global Learning Center. Much of this technology was customized for the organization and generally not transferable to another user. This in-kind support is included when calculating the loss of the disposal of the tangible capital assets. The organization and its Board engaged a leading real estate service company to perform an independent valuation and assessment for the sale of the organization's properties. The properties were sold at a higher value than the assessments.

**16     FINANCIAL INSTRUMENTS**

The organization is exposed to various risks through its financial instruments and has a comprehensive risk management framework to monitor, evaluate and manage these risks. The following analysis provides information about the organization's risk exposure and concentration as of August 31, 2021:

### Credit risk

Credit risk is the risk that one party to a financial instrument will cause a financial loss for the other party by failing to discharge an obligation. The organization is exposed to credit risk from contributions receivable from donors and amounts due from related entities. In order to reduce its credit risk, the organization recognizes contributions receivable only when there is reasonable expectation of collection and regularly reviews the related entities' credit worthiness. The organization has historically not had any significant issues with collection. An allowance for doubtful accounts is established based upon factors surrounding the credit risk of specific amounts, historical trends and other information.

### Currency risk

Currency risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in foreign exchange rates. The organization is exposed to currency risk on cash, short-term investments, accounts receivable and accounts payable denominated in foreign currencies as follows:

|  | 2021 | 2020 |
|---|---|---|
| **U.S. Dollars (USD):** | | |
| Cash | $ 30,966 | $ 1,390,792 |
| Short-term investments | $ 3,933 | $ 964,422 |
| Accounts receivable | $ 497,937 | $ 3,608,000 |
| Accounts payable | $ 258,695 | $ 183,671 |
| **Pound Sterling (GBP):** | | |
| Cash | $ 698 | $ 645 |
| Accounts receivable | $ 43,339 | $ 135,787 |
| Accounts payable | $ - | $ 4,033 |

The organization does not use derivative instruments to reduce its exposure to currency risk.

**17    CHANGES IN NON-CASH WORKING CAPITAL**

|  | 2021 | 2020 (Restated) |
|---|---|---|
| Accounts receivable | $ 5,336,463 | $ (4,580,950) |
| Sales tax rebate receivable | (83,860) | 302,738 |
| Government assistance receivable | 789,489 | (1,197,226) |
| Prepaid expenses | 94,132 | 966,878 |
| Accounts payable and accrued liabilities | (4,693,875) | 2,555,078 |
| Deferred contributions | (3,778,321) | (4,749,930) |
| Deferred capital contributions | (15,946,894) | (664,454) |
|  | $ (18,282,866) | $ (7,367,866) |

**18    SUBSEQUENT EVENT**

Subsequent to the year, all the tangible capital assets have been transferred to WEllbeing Foundation at an agreed amount of $4,870,368.

**19    CONTINGENCY**

Due to the winding down of the operation, the organization has to lay off its employees. During the year, the organization has laid off most of the employees and paid $ 1,344,254 severance pay. The organization estimated that an additional $ 725,803 severance pay would be incurred upon its dissolution.

**20    COMPARATIVE FIGURES**

Certain prior year's figures have been reclassified for comparative purposes to conform with current year presentation. The non-consolidated financial statements for the comparative year ended August 31, 2020 have been prepared on a going concern basis.

18

**WE CHARITY**
**NON-CONSOLIDATED SCHEDULE OF PROGRAM EXPENDITURES**
**SCHEDULE 1**
**FOR THE YEAR ENDED AUGUST 31, 2021**

|  | **2021** | 2020 (Restated) |
|---|---|---|
| **International programs** (Note 14) |  |  |
| Asia | $ **315,506** | $ 1,050,394 |
| Africa | **12,034,697** | 16,765,132 |
| Latin America | **829,756** | 4,713,516 |
|  | **13,179,959** | 22,529,042 |
| **Domestic programs** |  |  |
| Direct costs | **41,621** | 10,214,934 |
| Office (Note 4) | **7,541,704** | 9,071,684 |
| Payroll (Note 14) | **2,602,207** | 10,029,235 |
| Travel | **49,979** | 761,933 |
|  | **10,235,511** | 30,077,786 |
|  | **$23,415,470** | $52,606,828 |

International program expenditures consist of initiative costs, travel, payroll and office expenditures directly attributed to the specific regions.

Domestic program expenditures consist of costs toward various projects under the WE Schools, WE Social Entrepreneurs and WE Teachers which are delivered primarily in Canada, United States and United Kingdom.

**WE CHARITY**
**NON-CONSOLIDATED SCHEDULE OF SUPPORT EXPENDITURES**
**SCHEDULE 2**
**FOR THE YEAR ENDED AUGUST 31, 2021**

|  | 2021 | 2020 (Restated) |
|---|---|---|
| **Fundraising** | | |
| Events | $ 8,598 | $ 26,509 |
| Office | 356,482 | 106,921 |
| Payroll *(Note 14)* | 173,502 | 558,524 |
|  | $ 538,582 | $ 691,954 |
| **Administration** | | |
| Office | $ 309,244 | $ 527,127 |
| Payroll *(Note 14)* | 163,644 | 651,165 |
| Professional fees *(Note 4)* | 1,058,724 | 625,741 |
| Travel | 218 | 487 |
|  | $ 1,531,830 | $ 1,804,520 |
|  | $ 2,070,412 | $ 2,496,474 |