**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WE CHARITY,** | |
| **Plaintiff**, | Civil Action No. 1:22-cv-00340 |
| **v.** | |
| **CANADIAN BROADCASTING CORPORATION,** | |
| **Defendant**. | |

**<u>DECLARATION OF CATHERINE PERRY</u>**

I, **CATHERINE PERRY**, declare as follows:

1.      My name is Catherine Perry.  I am the Executive Director, Current Affairs and Investigative, English Services at the Canadian Broadcasting Corporation ("CBC").  I make this Declaration from personal knowledge and am competent to testify to the facts stated herein.  I submit this declaration in support of the CBC's motion to dismiss the Complaint for *forum non conveniens* and to dismiss Counts II-IV of the Complaint for lack of subject-matter jurisdiction.

2.      In my role at the CBC, I am responsible for investigative programming and content produced by The Fifth Estate, our consumer affairs program, Marketplace, and daily investigative news content from the Investigative Unit. I am also responsible for current affairs programming on CBC Radio One, the CBC's national radio network. In this role I manage the strategic direction, audience objectives and overall staffing and resources.

3.      The CBC is headquartered in Ottawa, Ontario, with Toronto as one of CBC's main places of business, and CBC is amenable to service of process in Ontario.

4.      The Complaint identifies Mark Kelley (correspondent), Harvey Cashore (senior

producer), Kate McKenna (associate producer), Matthew Pierce (associate producer), and Diana Swain (executive producer) as members of *The Fifth Estate* team of journalists who worked on the November 2021 documentary at issue in this lawsuit.  Given my knowledge of staffing and resources, all but Kate McKenna reside in Ontario.  Ms. McKenna resides in Montreal, Quebec. The *Fifth Estate* team is based in Toronto and multiple other CBC journalists assisted in the investigation and production of both of *The Fifth Estate* documentaries from there.

5.      The Complaint also identifies CBC executives Catherine Tait (CBC President and CEO);  Brodie Fenlon (Editor In Chief, Executive Director of Daily News, English Services); Barbara Williams (Executive Vice-President, English Services), and Jack Nagler, who is the CBC Ombudsman, English Services.  Given my knowledge of the management team, all of those individuals reside in Ontario.

6.      One of the broadcasts at issue in the Complaint is an episode of the CBC radio program *The Current*.  The program is produced and broadcast out of Toronto, and its host Matt Galloway, resides in Ontario. The same is true for the podcast identified in the Complaint, the episode of which was hosted by Angela Sterritt who resides in Vancouver, British Columbia. The regular host resides in Toronto, Ontario.

7.      The Complaint also takes issues with a number of promos, teasers and social media communications related to the November 18 2021 *The Fifth Estate* documentary.  The CBC staff who help prepare and disseminate that material is based in Toronto.

8.      *Enquête*, which is the CBC's French-language investigative news program, has a separate news staff, including its anchor Marie-Maude Denis, which is based in Montreal, Quebec.  The *Enquête* staff typically communicates in French, so most of the documents related to the production of the *Enquête* program at issue are in French.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of May, 2022.

_____

**CATHERINE PERRY**

4866-5667-4334v.1 0116066-000002