IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>    6500 Main Street, Suite Five<br>    Williamsville, NY 14221<br><br>                          *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING<br>CORPORATION,<br><br>    205 Wellington Street West<br>    Toronto, Ontario M5W 1E6<br>    Canada<br><br>                          *Defendant.* | Civil Action No. 22-00340-RDM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiff WE Charity moves for the admission and appearance of attorney Sabina Mariella in the above-entitled action. This motion is supported by the Declaration of Sabina Mariella, filed herewith. As set forth in Ms. Mariella's declaration, she is admitted and is an active member in good standing with the Bars of the State of New York, the State of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Sixth

Circuit. This motion is supported by the undersigned, who is an active and sponsoring member of the Bar of this Court.

May 31, 2022

By: /s/ *Amy L. Neuhardt*
BOIES SCHILLER FLEXNER LLP

Amy L. Neuhardt (Bar No. 996791)
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 274-1137
aneuhardt@bsfllp.com

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on May 31, 2022, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant CANADIAN BROADCASTING CORPORATION.

Dated: May 31, 2022

By: /s/ *Amy L. Neuhardt*
BOIES SCHILLER FLEXNER LLP

Amy L. Neuhardt (Bar No. 996791)
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 274-1137
aneuhardt@bsfllp.com