IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>6500 Main Street, Suite Five<br>Williamsville, NY 14221<br><br>*Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>205 Wellington Street West<br>Toronto, Ontario M5W 1E6<br>Canada<br><br>*Defendant.* | Civil Action No. 22-00340-RDM |

**DECLARATION OF SABINA MARIELLA IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Sabina Mariella, hereby declare:

1. My full name is Sabina Mariella.

2. My current office address and telephone number are:

   Boies Schiller Flexner LLP
   55 Hudson Yards, 20th Floor
   New York, NY 10001
   Tel: (212) 754-4541

3. I am admitted to the Bar of the State of New York (admitted 2017, Bar No. 5530670), the State of New Jersey (admitted 2017, Bar No. 207262017), the

United States District Court for the Southern District of New York (admitted 2018, Bar No. SM0926), United States District Court for the Eastern District of New York (admitted 2017, Bar No. SM0009), the United States District Court for the District of New Jersey (admitted 2019, Bar No. 207262017), and the United States Court of Appeals for the Sixth Circuit (admitted 2019).

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I have not engaged in the practice of law from an office located within the District of Columbia.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on May 31, 2022

/s/ 
Sabina Mariella (New York Bar No. 5530670)
BOIES SCHILLER FLEXNER LLP