## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>    6500 Main Street, Suite Five<br>    Williamsville, NY 14221<br><br>                    *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>    205 Wellington Street West<br>    Toronto, Ontario M5W 1E6<br>    Canada<br><br>                    *Defendant.* | Civil Action No. 22-00340-RDM |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff WE Charity for Admission of Sabina Mariella *pro hac vice*, it is hereby:

ORDERED that the Motion for Admission of Sabina Mariella *pro hac vice* is granted.

Dated: _____ , 2022

                                        SO ORDERED:

                                        _____

                                        The Honorable Judge Randolph D. Moss