IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>                  **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>                  **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RACHEL STROM

Pursuant to Local Civil Rule 83.2(d), Defendant Canadian Broadcasting Corporation ("Defendant"), by and through counsel, hereby move for the admission and appearance of attorney Rachel Strom *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Rachel Strom, filed herewith. Pursuant to Local Civil Rule 7(m), Defendant's counsel conferred with counsel for Plaintiff to determine if Plaintiff opposes this Motion; Plaintiff's counsel indicated that they do not oppose the Motion.

As set forth in Ms. Strom's declaration, she is admitted and a member in good standing in the following bars and Courts of the United States: New York, the United States District Courts for the Southern District of New York, Eastern District of New York, and Northern District of New York, the United States Courts of Appeals for the Second Circuit, Fourth Circuit, and Eleventh Circuit, the State of Massachusetts, the United States District of Massachusetts, and the United States District Court for the Northern District of Illinois.

2

This motion is supported and signed by Nathan Siegel, an active and sponsoring member of the bar of this Court.

Dated:  June 1, 2022

          Respectfully submitted,

          /s/ Nathan Siegel

          Nathan Siegel (Bar No. 446253)
          DAVIS WRIGHT TREMAINE LLP
          1301 K Street NW, Suite 500
          Washington, DC  20005
          Tel: (202) 973-4237
          nathansiegel@dwt.com

          *Attorney for Defendant*
          *Canadian Broadcasting Corporation*

4871-7745-3596v.1 0116066-000002

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2022, I caused a true and correct copy of the foregoing to be served on all counsel of record via CM/ECF.

/s/ Nathan Siegel

Nathan Siegel