IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>     **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>     **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## DECLARATION OF RACHEL STROM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Rachel Strom, hereby declare as follows:

1. My name, office address, and telephone number are as follows:

Rachel Strom
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 402-4069

2.  I am a member in good standing of the bars of the State of New York (admitted in 2007), the United States District Courts for the Southern District of New York (admitted in 2007), Eastern District of New York (admitted in 2007), Northern District of New York (admitted in 2014), the United States Courts of Appeals for the Second Circuit (admitted in 2008), Fourth Circuit (admitted in 2016), Eleventh Circuit (admitted in 2018), State of Massachusetts (admitted in 2007), the United States District of Massachusetts (admitted in 2016); and the United States District Court Northern District of Illinois (admitted in 2017).

3. I certify that I have never been disciplined or sanctioned by any bar. I shall submit to the jurisdiction and rules of this Court governing professional conduct.

4. I have not been admitted *pro hac vice* in this Court in the last two years.

5. I do not engage in the practice of law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York this 1st day of June, 2022.

Respectfully submitted,

/s/ Rachel F. Strom

Rachel F. Strom
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
rachelstrom@dwt.com