IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>          **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>          **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

**[PROPOSED] ORDER**

Upon consideration of the motion for admission of attorney Rachel Strom *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.  Upon consideration of that motion, the Court grants attorney Rachel Strom *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Randolph D. Moss, U.S.D.J.