AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| WE CHARITY | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-00340-RDM |
| CANADIAN BROADCASTING CORPORATION | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WE CHARITY.

Date: 06/06/2022

/s/ *Sabina Mariella*
*Attorney's signature*

Sabina Mariella
*Printed name and bar number*
Boies Schiller Flexner LLP
55 Hudson Yards, 20th Floor
New York, NY 10001

*Address*

smariella@bsfllp.com
*E-mail address*

(212) 754-4541
*Telephone number*

(212) 446-2350
*FAX number*