AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WE Charity ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00340-RDM |
| Canadian Broadcasting Corporation ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Canadian Broadcasting Corporation.

Date: 06/10/2022

/s/ Rachel Strom
*Attorney's signature*

Rachel Strom (NY 4507703)
*Printed name and bar number*

Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020
*Address*

rachelstrom@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*