UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>     *Plaintiff,*<br><br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>     *Defendant.* | Civil Action No. 1:22-cv-00340; RDM |

### DECLARATION OF SCOTT BAKER

SCOTT BAKER, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am the Executive Director of WE Charity.[1] I submit this declaration in support of WE Charity's opposition to Canadian Broadcasting Corporation's motion to dismiss for forum non conveniens and to dismiss Counts II-IV for lack of subject-matter jurisdiction.

2. I have served in various roles for WE Charity since 2008. When I joined WE Charity, I initially served as the Director of Leadership Programming, helping to inspire and motivate thousands of young people to take action in their local communities. In 2007, I moved to Ecuador to set up WE's operations in country and worked to empower indigenous peoples in rural communities using the WE Villages model. In 2010, I returned to North America, where I became Executive Director of WE Charity. In 2019, I moved into the role of Chief Operations Director,

---

[1] In this Declaration, when I refer to "WE Charity" I am referring to the U.S. entity of that name. I will refer to the entity in Canada as "WE Canada."

where I oversaw WE Charity's international work. Prior to joining WE Charity, I worked for an affiliated WE entity called Leaders Today from 2004 to 2007.

3. Recently, I have transitioned back to the role of Executive Director. As Executive Director of WE Charity, my role is to oversee WE Charity's important programs both domestically in the United States and abroad. I work closely with the WE Charity Board of Directors to develop WE Charity's strategic mission, plan fundraising initiatives, and lead WE Charity's incredible group of employees, volunteers, and affiliates.

4. I currently reside full-time in Quito, Ecuador, where I live with my family. I lived in Ecuador from September 2007 to September 2010. In September 2010, I moved back to Toronto, Canada until June 2019. In July 2019, I moved back to Ecuador permanently. From April 2020 through August 2021, I temporarily returned to Toronto due to the COVID-19 virus, but have been back in Ecuador since August 2021.

5. While I live in Ecuador, most of my work is not specific to Ecuador.

I. **WE Charity and its Operations**

6. WE Charity is a U.S. charity that raises money exclusively in the United States and operates charitable activities and initiatives in the United States and internationally, including domestic programming through "WE Schools" and "WE Teachers," and international programs through "WE Villages."

7. WE Charity does not raise funds or run charitable programming in Canada.

A. **Formation and Registration**

8. WE Charity is incorporated in New York and is registered with the IRS as a 501(c)(3) not-for-profit corporation.

9. WE Charity has been registered and operated in the United States since 1997. WE Charity was originally called Free the Children International when it was formed, but changed its

name to WE Charity in 2016. A true and correct copy of WE Charity's 501(c)(3) registration, filed in 1996, and other corporate documents are attached hereto as **Exhibit A**.

10. WE Charity issues no shares and has no corporate affiliates, parents, or subsidiaries.

11. WE Charity is currently registered in 37 states and the District of Columbia. A list of states in which WE Charity is registered is attached hereto as **Exhibit B**.

12. WE Charity retains the services of New York-based auditors to prepare its audited financials.

13. WE Charity also engages the services of multiple U.S. law firms to ensure its compliance with all laws and regulations governing U.S. charities.

14. Over the course of its decades of existence, WE Charity has filed many American regulatory filings in the jurisdictions in which it operates. Like many charities, WE Charity employs third-party vendors to assist with these filings in the United States and other countries.

15. I understand that the CBC has identified a few filings over the years in which WE Canada's address appeared. These are not reflective of most filings and are an error.

16. This lawsuit is the first and only legal action WE Charity has taken against the CBC (or any other media defendant).

### B. Leadership and Employees

17. WE Charity is led by its Board of Directors, who are all volunteers. WE Charity's Board of Directors are highly involved in WE Charity's strategic planning and governance.

18. As Executive Director, I work closely with the Board of Directors. All of WE Charity's Executive Directors over the years, including myself, have reported directly to the Board and communicated regularly with the Board.

19. WE Charity's Board meets at least several times per year. This includes two to three regularly scheduled Board meetings, one annual general meeting, and other ad hoc meetings called by the Chair. To my knowledge, the Board of Directors has met 40 times since January 2019.

20. Some of the key responsibilities of WE Charity's Board of Directors include reviewing and approving the annual budget, overseeing and approving the independent audits and approving the audited financial statements, reviewing WE Charity's financial plan and program expenditures, selecting and appointing/terminating the Executive Director and other officers, nominating new Board Members, and providing ongoing strategic guidance concerning WE Charity's domestic and international programs.

21. The current WE Charity Board Members include Chairman Kannan Arasaratnam (resides in Old Bridge, NJ), Miranda Tollman (resides in Pacific Palisades, CA), Stanley Hainsworth (resides in Seattle, WA), Andrea Farris (resides in Lake Forest, IL), Maria Del Carmen Cevallos (resides in Quito, Ecuador); and Greg Rogers (resides in Canada).

22. WE Charity has held part time, full time, and/or contract staff in Arizona, Baltimore, California, Illinois, India, Kentucky, Massachusetts, Minnesota, Missouri, New Jersey, New York, Texas, and Washington, to support its operations and programs. From 2016 through 2021, WE Charity had between 3 and 47 staff across the United States. Staff in the United States has included senior management roles and functions such as operations, educational programming, fundraising for domestic and international programs, WE Schools programming, and overall program and strategy development. WE Charity has also had physical offices in Arizona, California, Chicago, New York, Minnesota, and Washington.

23. WE Charity decreased staff and office space due to COVID-19, but expected this reduction to be temporary. During the height of COVID-19, WE Charity chose to preserve resources by cutting back on staff and offices that supported in-person events until they could be resumed. At present, WE Charity has staff members working from their homes in the U.S.

### C. United States Operations and Presence

24. WE Charity has had significant operations in the United States for as long as I have worked with WE Charity.

25. Historically, WE Charity led an initiative with Oprah Winfrey's Angel Network called the O Ambassadors Program. Currently, WE Charity operates several wide-reaching programs in the United States including WE Schools, AP with WE Service, and service in Washington state and Texas as a Clock Hour Provider. Additionally, WE Charity offers a series of award and grant opportunities to teachers and students nationwide.

    i.    O Ambassadors Program

26. WE Charity led an initiative with Oprah Winfrey's Angel Network called the O Ambassadors Program, which sought to inspire young people to become active, compassionate, and knowledgeable global citizens.

27. In the United States, nearly 2000 school-based clubs were established, over half of which were in Title 1 designated schools. In addition to its support and programming designed to empower, engage, and reward participating students, the O Ambassadors Program invited students to apply for special programs such as international volunteer trips to East Africa.

    ii.    WE Schools Programs

28. WE Schools is a series of free service-learning programs rooted in social and emotional learning, trauma-informed practice, well-being and positive youth development that

empower teachers and youth with resources and tools to be compassionate citizens and the next generation of change makers and social entrepreneurs.

29. In 2019, WE Schools supported over 7,000 US primary and secondary schools, and over 275,000 US students participated in WE Schools groups and volunteered over 3.5 million hours of service to their communities. From 2020-2022, WE Schools adapted to a remote learning environment due to COVID 19, but has maintained connected with participating schools and continued its highly impactful work.

30. Hundreds of thousands of American students participate in WE Schools programming each year.

31. WE Charity has worked with over 100 school districts in the United States. Currently, WE Charity provides WE Schools programming to:

- Chicago Public Schools (Illinois)
- Los Angeles Unified School District (California)
- Montgomery County Public Schools (Maryland)
- San Diego Unified School District (California)
- North Orange County Regional Occupation Program (California)
- Federal Way Public Schools (Washington)
- Educational Service District 105 (Washington)

32. The AP with WE Service program is part of WE Charity's WE Schools offerings. The AP with WE Service program began in 2016 and is an exclusive partnership between WE Charity and the College Board. AP with WE Service combines college-level learning from the Advanced Placement Program with the WE's service learning model to create an opportunity for AP students to apply their classroom work to the real world.

33. AP with WE Service is accessible to students throughout the United States. Through this program, students engage in service-learning activities to strengthen their understanding of AP course content and skills, using what they are learning to tackle real-life social issues. Students who complete the AP with WE Service program, receive a service-learning designation on their high school transcript. AP with WE Service is available for all 38 AP courses. College admissions officers see the designation on the Scholar Award section of students' AP score reports.

34. In 2019, over 700 teachers participated in AP with WE Service in over 400 United States high schools, across all 50 states.

      iii.    <u>WE Teachers</u>

35. WE Teachers is a no-cost program for teachers, through which WE Charity provides free resources and training to support U.S.-based teachers in addressing critical social issues with their students.

36. Teachers from all 50 states participate in the WE Teachers program, as depicted in the below graphic showing the number of teachers in each state participating in the program. WE Charity updates the below graphic every few months.



37.     We Charity also provides continuing education programs for educators. Beginning in the 2021–2022 school year, WE Charity became an official Clock Hour Provider, or a provider of continuing education for educators, in Washington state. WE Charity is also a Continuing Professional Education provider in Texas.

        iv.     WE Charity's U.S.-Based Engagement

38.     WE Charity also has a large, intentional media presence in the United States. WE Charity has over 4 million followers across all United States- based social media channels, which include Facebook, Instagram, and Twitter. Various US-based celebrities, including Selena Gomez, Dr. Phil, Charlize Theron, Natalie Portman, and Henry Winkler have posted to social media promoting WE Charity. For example, as excerpted below, Selena Gomez posted a promotion of WE Charity's Los Angeles WE Day, described more fully below, and her post received millions of "likes."[2]

---

2       https://www.instagram.com/p/BTfibzZATrG/?hl=en



39. WE Charity has received in-kind donations from reputable media agencies in the United States worth millions of dollars to promote, advertise, and market its brand across the United States.

40. From 2011 to 2016, WE Charity engaged Interpublic Group of Companies ("IPG") Mediabrands to promote WE Charity in the United States. IPG Mediabrands launched a campaign across television, out-of-home, radio, and print media. In 2012 alone IPG deployed 27,903 television spots, 25,151 radio spots, 127,457 out-of-home opportunities, 389 print insertions, and also received 763,481,650 internet impressions.

41. In 2018, the number of media impressions[3] that WE received grew to over 7 billion. WE Charity received media coverage in a number of U.S.-based media publications including: People Magazine, Good Morning America, US Weekly, ABC, Access Hollywood, 60 Minutes, TIME, National Geographic, Forbes, and CNN.

---

[3] A "media impression" means that content that was delivered to someone, whether they engaged with it or not. For example, if an advertisement appears on a Facebook user's news feed, that is an impression.

42. In October 2020, WE Charity hired Ipsos to conduct a comprehensive brand survey in the United States, which is attached hereto as **Exhibit C**. Ipsos surveyed a sample of 1,005 Americans regarding their view of the WE Charity brand. They found that Americans held positive views of WE Charity. They also found that Americans were generally not aware of the Trudeau scandal and those who were aware said it did not lower their opinion of WE Charity.

v. <u>WE Day</u>

43. WE Charity has produced WE Day events that were televised nationally in the United States. Pre-COVID-19, WE Day was a large scale in-person youth empowerment event, attended by tens of thousands of students across the United States.

44. Below are true and correct photographs depicting WE Day events in different U.S. cities.



WE Day Minnesota 2013



WE Day California 2016

45. WE Days have been held in the following cities and arenas in the US:

- New York City (Radio Music Hall) – 6,000 attendees

- Brooklyn, New York (Barclays Center) – 19,000 attendees

- Chicago, Illinois (Allstate Arena) 18,000

- Minneapolis, Minnesota (Xcel Energy Center) - 18,000 attendees

- Seattle, Washington (Key Arena & Tacoma Dome) – between 15,000 and 16,000 attendees

- Inglewood, California (The Forum) – 16,000 attendees

- Garland, Texas (Curtis Culwell Center) - 8,000 attendees

- Baltimore, Maryland (Baltimore Hippodrome) - 2,000 attendees

- Louisville, Kentucky (Kentucky Center for the Arts) – 2,400 attendees

- St Louis, Missouri (Stifel Theatre) – 2,500 attendees

11

- San Jose, California (SAP Center) – 16,000 attendees

- Oakland, California (Oracle Arena) – 15,000 attendees

46. WE Day has also been attended by numerous U.S.-based celebrities, and has been covered by U.S. media publications such as People Magazine,[4] Good Morning America,[5] US Weekly,[6] ABC,[7] Access Hollywood,[8] the Seattle Times,[9] Daily Californian,[10] the Chicago Tribune,[11] and the Minnesota Star Tribune.[12]  Further, in both 2016 and 2017, WE Charity promoted WE Day in Times Square in New York City.  Images of one of those promotions are excerpted below.



---

[4] https://people.com/royals/princess-beatrice-we-day-speech-red-dress-princess-eugenie-praises-charity-work/
[5] https://www.facebook.com/WEmovement/videos/today-on-good-morning-america-we-premiered-our-weday-broadcast-trailer-we-day-ce/1120831314654034/
[6] https://www.usmagazine.com/celebrity-news/news/corinne-olympios-what-kind-of-guy-im-looking-for/
[7] https://abc.com/news/insider/watch-the-we-day-special-2019-on-abc-and-the-abc-app
[8] https://www.accessonline.com/articles/jennifer-aniston-selena-gomez-join-we-day-2018
[9] https://www.seattletimes.com/sports/seahawks/seattle-sports-stars-help-to-make-we-day-a-hit-for-16000-youngsters/
[10] https://www.dailycal.org/2014/03/29/day-celebrates-service-among-children-celebrities-musicians/
[11] https://sections.chicagotribune.com/we-day/2019/05/#?article=3264613
[12] https://video.startribune.com/plenty-of-firing-up-at-we-day/227084441/

47. From 2015 through 2019, WE Day was broadcast across the United States on national television networks. Each of those years, ABC or CBS broadcasted WE Day to over 3 million viewers.

48. WE Day has been sponsored by various American companies, including Unilever, Walgreens, Microsoft, and Allstate.

49. WE Charity has institutional partnerships with several additional major American charitable organizations and companies such as Mental Health America, NCCE, American Federation for Teachers, Share my Lesson, Dow, Hershey, Microsoft Innovative Educator Experts, and College Board.

      vi.    <u>Fundraising Operations</u>

50. WE Charity fundraises exclusively in the United States from US-based donors.

51. WE Charity receives funding from corporations, foundations, and private individuals.

52. Thousands of individuals across the country donate to WE Charity each year.

**D. WE Charity in Kenya**

53. In Kenya, the WE Villages school and education projects fall into two operational categories: (1) projects supported by WE Charity in partnership with the Kenyan government; and (2) projects directly carried out by WE Charity's Kenyan affiliates.

54. Projects funded by WE Charity in partnership with the Kenyan government are generally primary and secondary schools. After they are constructed or restored, the schools are owned and run by the local government and local community. WE Charity nonetheless assists with the operation for a period of 5-7 years after construction by providing school supplies, maintenance and student support programs. Moreover, although the schoolteachers are employed by and are

generally funded by the Kenyan Ministry of Education, WE Charity funds additional teacher training, teacher incentive programs, teacher exchange programs, educational resources, and other assistance for hundreds of government teachers. WE Charity also has supported community teachers for nursery school educators at select government schools.

55. More than 12,000 students attend WE-funded schools in Kenya.

56. One of WE Charity's Kenyan affiliates is Free The Children Kenya. Carolyn Moraa, the Director of WE Villages Projects in East Africa, lives in Kenya and works for Free The Children Kenya.

57. Robin Wiszowaty, a US-based employee of WE Charity, is WE Charity's leader of International Programming in Kenya and oversees all projects in Kenya. Ms. Wiszowaty has worked for WE Charity for approximately 20 years.

58. Free the Children Kenya has more than one hundred employees in Kenya. No employee of Free The Children Kenya lives in Canada.

59. Funds approved by the WE Charity Board for use in Kenya were historically first transferred to WE Canada before they were transferred to Free The Children Kenya to implement projects and programming in Kenya.

60. When WE Charity transfers donor funds to WE Canada that have been given for a restricted purpose, such as funds restricted for use in Kenya, WE Canada does not change how such funds are used. The funds are transferred to WE Canada as a best practice to ensure efficient and effective controls over transfers to entities in developing countries. By centralizing donor funds in one location before distributing them to donee organizations such as Free The Children Kenya, WE Charity is able to maintain proper controls most effectively over the flow of funds.

61. Ms. Wiszowaty and I make the final determination as to the timing of when schools are built in Kenya.

## II. WE Canada's Wind Down and WE Charity Foundation

62. WE Charity has a separate legal existence from WE Canada. WE Charity is not, and has never been, a corporate subsidiary or affiliate of WE Canada.

63. WE Charity and WE Canada have separate Boards of Directors.

64. WE Charity's books and records have been digitized for many years and are equally accessible in the United States as Canada.

65. In September 2020, WE Canada announced it would be closing operations in Canada, and is currently awaiting governmental approval to dissolve the entity.

66. WE Canada ceased proactively fundraising and ended all of its corporate donor relationships and all of its school district partnerships by September 2020. In contrast, WE Charity in the U.S. continues fundraising and still maintains corporate donor relationships and school district partnerships to this day.

67. WE Charity Foundation ("WCF") is an endowment for managing WE Canada's remaining assets. WE Charity in the United States has not provided funds to WCF.

68. WCF does not fundraise and does not run any programming. It uses its funds to provide additional financial support for projects in Kenya.

69. WCF is managed by a Board of Directors including Dr. Steve Omenge Johnson Mainda (Kenya), Gerry Connelly (Canada), Josh Kahiga Mwangi (Kenya), Marion Stewart (Canada), Paul Hughes (Canada), Shelmis Wangui Wamweya (Kenya), Tony Hauser (Canada).

70. WCF has two officers, Robin Wiszowaty (based in the U.S.) and Justus Mwendwa (based in Kenya), both of whom serve as unpaid volunteers for the foundation.

71.     Less than one percent of the staff previously employed by WE Canada now works for WCF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:   June 10, 2022
            Quito, Ecuador

                                                    _____
                                                              Scott Baker