# Exhibit A

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on February 21, 2017.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

F961               000442

Intercounty - 18

# CERTIFICATE OF INCORPORATION

## OF

### FREE THE CHILDREN INTERNATIONAL

**(Under Section 402 of the Not-for-Profit Corporation Law)**

The undersigned, for the purpose of forming a corporation pursuant to Section 402 of the Not-for-Profit Corporation Law of New York, hereby certifies:

FIRST:  The name of the Corporation is:

FREE THE CHILDREN INTERNATIONAL

SECOND:  The Corporation is a corporation as defined in subparagraph (a)(5) of Section 102 of the Not-for-Profit Corporation Law.  The Corporation is not formed for pecuniary profit or financial gain.

THIRD:  The purposes for which this Corporation is formed are as follows:

(a)  To collect, accept, hold, invest, reinvest and administer any gifts, bequests, grants, contributions, benefits of trusts (but not to act as trustee of any trust) and property of any sort, without limitation as to amount or value.

(b)  To expend, contribute, disburse, and otherwise dispose of its money, income and other property by making grants and contributions to, and cooperating with and otherwise voluntarily financially assisting any other corporation,

**BILLED**

foundation, agency, organization, institution, fund, trust or community chest, whether now existing or hereafter established, organized and operated exclusively for charitable, educational, literary or scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

(c)   To engage in all lawful activities, including those which are not otherwise stated in this Certificate of Incorporation, which are incidental or conducive to the accomplishment of any of the above-stated purposes.

Nothing contained in this Certificate of Incorporation shall authorize the Corporation to undertake or engage in any of the activities specified in subdivisions (a) through (v) of Section 404 of the Not-For-Profit Corporation Law or Section 460-a of the Social Services Law.

Notwithstanding any other provision of this Certificate of Incorporation, the Corporation is organized exclusively for charitable, educational, literary and scientific purposes as specified in Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law) and shall not carry on any activities not permitted to be carried on by a corporation exempt from Federal income tax under such Section.

FOURTH:   Concerning the regulation of the internal

- 2 -

affairs of the Corporation:

(a)  No part of the net earnings of the Corporation shall inure in whole or in part to the benefit of its directors, officers or other private persons except that the Corporation shall be empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in this Certificate of Incorporation.

(b)  No substantial part of the Corporation's activities shall be attempting to influence legislation by propaganda or otherwise, except as otherwise provided in Section 501(h) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).  The Corporation shall not directly or indirectly participate in, or intervene in (including the publishing or distributing of statements) any political campaign on behalf of or in opposition to any candidate for public office.

(c)  Upon the dissolution of the Corporation, the Board of Directors shall, after paying or making provision for the payment of all of the liabilities of the Corporation, dispose of all of the assets of the Corporation exclusively for the purposes of the Corporation in such manner, or to such organization or organizations organized and operated exclusively for charitable, educational, literary and scientific purposes as shall at the time qualify as an exempt organization or exempt organizations under Section 501(c)(3) of the Internal Revenue Code of 1986 (or

the corresponding provision of any future United States Internal Revenue Law), as the Board of Directors shall determine.  Any of such assets not so disposed of shall be disposed of by the Supreme Court of the county in which the principal office of the Corporation is then located, exclusively for such purposes or to such exempt organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

FIFTH:  The Corporation shall be a Type B corporation under Section 201 of the Not-for-Profit Corporation Law.

SIXTH:  The office of the Corporation shall be located in the County of Erie, State of New York.

SEVENTH:  The names and addresses of the persons constituting the initial Board of Directors of the Corporation are:

| Name | Address |
| --- | --- |
| Paul A. Battaglia | 8 Valley View Drive<br>Orchard Park, New York   14127 |
| Marissa K. Briggs | 105 Huntington Avenue<br>Buffalo, New York   14214 |
| Teresa Kielburger | 16 Thornbank Road<br>Thornhill, Ontario, Canada  L4J 2A2 |

EIGHTH:  The Secretary of State of the State of New York is designated the agent of the Corporation upon whom process against the Corporation may be served.  The post office address within this state to which the Secretary of State shall mail a

- 4 -

4

copy of any process against the Corporation served upon him is:

> c/o Paul A. Battaglia, Esq.
> 800 Fleet Bank Building
> 12 Fountain Plaza
> Buffalo, New York  14202

NINTH:  The subscriber is of the age of eighteen or over.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Incorporation this 19th day of December, 1996, and affirms that the statements contained herein are true under penalties of perjury.

Paul A. Battaglia, Incorporator
800 Fleet Bank Building
12 Fountain Plaza
Buffalo, New York   14202

- 5 -

961220000442

Intercounty - 18

RECEIVED
DEC 20 12 08 PM '96

CERTIFICATE OF INCORPORATION

OF

FREE THE CHILDREN INTERNATIONAL

Under Section 402 of the
Not-for-Profit Corporation Law

JAECKLE FLEISCHMANN & MUGEL, LLP
ATTORNEYS AT LAW

FLEET BANK BUILDING  TWELVE FOUNTAIN PLAZA
BUFFALO, NEW YORK 14202-2292

FILED
Dec 20 12 07 PM '96

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   DEC 20 1996
TAX $
BY

**BILLED**

6 Erie

961220000465

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on February 21, 2017.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

JAECKLE FLEISCHMANN     Fax:716-856-0432          Dec  5 2001  15:36    P.02

011206000705

## CERTIFICATE OF AMENDMENT

### OF THE

## CERTIFICATE OF INCORPORATION

### OF

## FREE THE CHILDREN INTERNATIONAL

### Under Section 803 of the Not-for-Profit Corporation Law

The undersigned, being the President of FREE THE CHILDREN INTERNATIONAL, hereby certifies as follows:

1. The name of the Corporation is FREE THE CHILDREN INTERNATIONAL.

2. The Certificate of Incorporation of the Corporation was filed by the Department of State on December 20, 1996 under the Not-for-Profit Corporation Law.

3. The Corporation is a corporation as defined in subparagraph (a)(5) of Section 102 of the Not-for-Profit Corporation Law. The Corporation is a Type B corporation under Section 201 of the Not-for-Profit Corporation Law.

4. The Certificate of Incorporation now in full force and effect is hereby amended to change the name of the Corporation. To accomplish this, Article FIRST of the Certificate of Incorporation is amended to read in its entirety, as follows:

Intercounty - 18
DRAWDOWN

"FIRST:     The name of the Corporation is KIDS CAN FREE THE CHILDREN."

5.   This amendment of the Certificate of Incorporation was authorized by the affirmative vote of a majority of the entire Board of Directors.  There are no members of the Corporation.

6.   The Secretary of State of the State of New York is designated the agent of the Corporation upon whom process against the Corporation may be served.  The post office address within the State of New York to which the Secretary of State shall mail a copy of any process against the Corporation served upon him is: c/o Paul A. Battaglia, Esq., 800 Fleet Bank Building, 12 Fountain Plaza, Buffalo, New York 14202.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment and affirms that the statements made herein are true under penalty of perjury this 30th day of November, 2001.

Eva Haller, President

2

f 011206000 705

FILED

2001 DEC -6

CERTIFICATE OF AMENDMENT

OF THE

CERTIFICATE OF INCORPORATION

OF

FREE THE CHILDREN INTERNATIONAL

Under Section 803 of the
Not-For-Profit Corporation Law

JAECKLE FLEISCHMANN & MUGEL, LLP
ATTORNEYS AT LAW

FLEET BANK BUILDING  TWELVE FOUNTAIN PLAZA
BUFFALO, NEW YORK 14202-2292

STATE OF NEW YORK
DEPARTMENT OF STATE

DEC 0 6 2001

BY:

3

011206000 7??

DRAWDOWN
Intercounty-16

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on February 21, 2017.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

143

110207000

CERTIFICATE OF AMENDMENT

OF THE

CERTIFICATE OF INCORPORATION

OF

KIDS CAN FREE THE CHILDREN

Under Section 803 of the Not-for-Profit Corporation Law


The undersigned, being a director of KIDS CAN FREE THE CHILDREN (f/k/a Free the Children International), hereby certifies as follows:

1.      The name of the Corporation is KIDS CAN FREE THE CHILDREN. The Corporation was formed under the name FREE THE CHILDREN INTERNATIONAL.

2.      The Certificate of Incorporation was filed by the Department of State on December 20, 1996 under the Not-for-Profit Corporation Law. A Certificate of Amendment of the Certificate of Incorporation was filed by the Department of State on December 6, 2001.

3.      The Corporation is a corporation as defined in subparagraph (a)(5) of Section 102 of the Not-for-Profit Corporation Law. The Corporation is a Type B corporation under Section 201 of the Not-for-Profit Corporation Law.

4.      The Certificate of Incorporation, as amended, now in full force and effect is hereby further amended to provide for members of the Corporation. To accomplish this, Article FIFTH of the Certificate of Incorporation is amended to read in its entirety as follows:

"FIFTH: The Corporation shall be a Type B corporation under Section 201 of the Not-for-Profit Corporation Law. The Corporation shall have members, and the Board of Directors shall have the authority to designate the initial members."

5.      This amendment of the Certificate of Incorporation was authorized by the affirmative vote of a majority of the entire Board of Directors. Prior to giving effect to this amendment of the Certificate of Incorporation, the Corporation has no members.

6.      The Secretary of State of the State of New York is designated the agent of the Corporation upon whom process against the Corporation may be served. The post office address within the State of New York to which the Secretary of State shall mail a copy of any process against the Corporation served upon him is: c/o Paul A. Battaglia, Esq., 800 Fleet Bank Building, 12 Fountain Plaza, Buffalo, New York 14202.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment and affirms that the statements made herein are true under penalty of perjury this 20th day of December, 2010.

Name: Victor Li, CGA
Title: CFO

*143*

*l l 0 2 0 7 0 0 0*

# Certificate of Amendment

## Of

# Certificate of Incorporation

## Of

Kids Can Free the Children

*(List Entity Name)*

Under Section 803 of the Not-For-Profit Corporation Law

**STATE OF NEW YORK
DEPARTMENT OF STATE
FILED**

**FEB -7 2011**

TAX $_____

BY:_____

*E R i G*

Filed by:       Torys LLP, Attention: Heding Yang
               *(Name)*

               237 Park Avenue
               *(Mailing address)*

               New York, New York 10017
               *(City, State and Zip Code)*

*l S b*

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on February 21, 2017.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

121003000881

## CERTIFICATE OF AMENDMENT

### of

## CERTIFICATE OF INCORPORATION

### of

### KIDS CAN FREE THE CHILDREN

Under Section 803 of the
Not-For-Profit Corporation Law

1.  The name of the corporation is KIDS CAN FREE THE CHILDREN.

2.  The Certificate of Incorporation of the corporation was filed by the Department of State on December 20, 1996 under the name Free the Children International.

3.      The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit Corporation Law and is a Type B corporation as defined in Section 201 of the Not-for-Profit Corporation Law.

4.  Article FIRST of the Certificate of Incoparation, which sets forth the corporation's name, is hereby amended to read as follows:

    FIRST:  The name of the Corporation is FREE THE  CHILDREN.

5. Article EIGHTH of the Certificate of Incorporation, which sets forth the address to which the Secretary of State shall mail process against the corporation, is hereby amended to read as follows:

    EIGHTH:  The Secretary of State of the State of New York is designated as the agent of the corporation upon whom process against the corporation may be served.  The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is: 6500 Main Street, Suite Five, Williamsville, New York  14221.

121003000881

6. Pursuant to Section 802 of the Not-for-Profit Corporation Law, the foregoing amendments of the Certificate of Incorporation were authorized by the unanimous written consent of the Board of Directors. There are no members of the corporation entitled to vote.

7. The Secretary of State of the State of New York is designated as the agent of the corporation upon whom process against the corporation may be served.  The post office address to which the Secretary of State shall  mail a copy of any process against the corporation served upon him or her is: 6500 Main Street, Suite Five, Williamsville, New York  14221.

Dated: September 30, 2012                           /s/ Eva Haller
                                                    Eva Haller, President

121003000 881

CERTIFICATE OF AMENDMENT

of

CERTIFICATE OF INCORPORATION

of

KIDS CAN FREE THE CHILDREN

Under Section 803 of the
Not-For-Profit Corporation Law

2012 OCT -3 PM 1:43

RECEIVED
2012 OCT -3 AM 10:14

*LCS*
*DRAWDOWN - #AL*

lcc
STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   OCT 03 2012
TAX $ _____
BY: ___ Lwc ___
Eric

Susan J. Facer, Esq.
William C. Moran & Associates, P.C.
6500 Main Street, Suite 5
Williamsville, New York 14221
716-633-6500
Fax 716-633-3370

Customer Ref.# 43546

935

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on February 21, 2017.

Brendan Fitzgerald
Executive Deputy Secretary of State

Rev. 09/16

160722000

302

## CERTIFICATE OF AMENDMENT

### OF

## CERTIFICATE OF INCORPORATION

### OF

## FREE THE CHILDREN

Under Section 803 of the
Not-For-Profit Corporation Law

1.  The name of the corporation is FREE THE CHILDREN. The name under which the corporation was formed is FREE THE CHILDREN INTERNATIONAL.

2.  The Certificate of Incorporation of the corporation was filed by the Department of State of the State of New York on December 20, 1996.  The corporation was formed under the Not-for-Profit Corporations Law of the State of New York.

3.  The corporation is a corporation as defined in subparagraph (a)(5) of Section 102 of the Not-for-Profit Corporation Law and is a charitable corporation under Section 201 of such law.

4.  Article FIRST, which sets forth the name of the corporation, is hereby amended to read in its entirety as follows:

    FIRST: The name of the corporation is WE Charity.

5.  The foregoing amendment of the Certificate of Incorporation was duly authorized by the board of directors of the corporation, there being no members of the corporation.

6.  The Secretary of State of the State of New York is designated as the agent of the corporation upon whom process against the corporation may be served.  The post office address

160722000302

to which the Secretary of State shall mail a copy of any process against the corporation served

upon him or her is 6500 Main Street, Suite Five, Williamsville, New York 14221.

Dated: July 19. , 2016.

Scott Baker, Executive Director

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

CERTIFICATE OF RESERVATION
=========================================================================
ENTITY NAME: WE CHARITY

DOCUMENT TYPE: RESERVATION FOR CHANGE OF NAME (DOM NFP

=========================================================================
FILED:07/06/2016 DURATION:09/06/2016 CASH#:160706000586 FILM #:160706000565


    FILER:
    ------
    FREE THE CHILDREN
    6500 MAIN STREET

    WILLIAMSVILLE, NY 14221

    ADDRESS FOR PROCESS:
    --------------------



    REGISTERED AGENT:
    -----------------




    ** SUBMIT RECEIPT WHEN FILING CERTIFICATE **
    APPLICANT NAME  : FREE THE CHILDREN
=========================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **              SERVICE CODE: 00

FEES         10.00                        PAYMENTS      10.00
             --------                                   --------
FILING       10.00                        CASH           0.00
TAX           0.00                        CHECK         10.00
CERT          0.00                        CHARGE         0.00
COPIES        0.00                        DRAWDOWN       0.00
HANDLING      0.00                        OPAL           0.00
                                          REFUND         0.00
=========================================================================
                                          DOS-1025 (04/2007)

302

# CERTIFICATE OF INCORPORATION

## OF

## FREE THE CHILDREN

Under Section 402 of the
Not-for-Profit Corporation Law

RECEIVED
2016 JUL 21  PM 2:03

*LCS*
*DRAWDOWN - #AL*

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED    JUL 2 2 2016
TAX $_____ 0
BY: _____

Filer:
Michael A. de Freitas
William C. Moran & Associates, P.C.
Attorneys at law
6500 Main Street, Suite 5
Williamsville NY 14221

*Customer Ref.#* 66394

322