# Exhibit B



Labyrinth, Inc.
CHARITY STATE REGISTRATION EXPERTS

Logout

Main Menu

**WE Charity**

## State Registration Numbers and Due Dates

## Menu

| States | Registration Number | Due Dates |
|---|---|---|
| Alabama | AL17-614 | 05/29/2021 |
| Alaska |  | 9/1/2021 |
| Arkansas |  | 08/29/2021 |
| California | CT0160874 | 01/15/2022 |
| Colorado | 20173035377 | 07/15/2021 |
| Connecticut | CHR.0061027 | 01/31/2022 |
| Florida | CH53124 | 12/05/2021 |
| Georgia | CH013026 | 9/25/2021 |
| Hawaii |  | 10/15/2021 |
| Illinois | 01-068,097 | 07/15/2021 |
| Kansas | 514-210-4 | 05/28/2021 |
| Kentucky |  | 10/15/2021 |
| Maine | CO12521 | 11/30/2021 |
| Maryland | 38143 | 09/15/2021 |
| Massachusetts | 061608 | 07/15/2021 |
| Michigan | MICS 58033 | 08/31/2021 |
| Minnesota |  | 07/15/2021 |
| Mississippi | 100026547 | 07/15/2021 |
| Nevada | E0463172017-1 | 8/31/2021 |
| New Hampshire | 31412 | 07/15/2021 |
| New Jersey | 40182-00 | 08/27/2021 |
| New Mexico |  | 08/15/2021 |
| New York | 06-46-09 | 01/07/2022 |
| North Carolina | SL011186 | 04/13/2021 |
| North Dakota | 0004016497 | 12/01/2021 |
| Ohio |  | 10/15/2021 |
| Oklahoma | 4312695198 | 12/08/2021 |
| Oregon | 52908 | 07/15/2021 |
| Pennsylvania | 111579 | 01/11/2022 |
| Rhode Island | CO.9901725 | 9/21/2021 |
| South Carolina | P40304 | 1/15/2021 |
| Tennessee | CO29954 | 07/29/2021 |
| Utah | 10552597-CHAR | 1/1/2021 |
| Virginia |  | 07/15/2021 |
| Washington | 1134202 | 01/30/2022 |
| West Virginia | 21633 | 01/23/2021 |
| Wisconsin | 17600 | 8/31/2021 |
| Washington, DC | 400218000784 | 7/31/2022 |

- ▶ Registration Information
- **Registration Status**
- **States Registered**
- **Registration Numbers**
- **Copies of Forms**
- **Corporate Registrations**
- ▶ Verify Info On File
- ▶ Options
- ▶ Our Other Services
- ▶ Accounting Information
- ▶ Frequently Asked Questions
- ▶ Contact Info