# Exhibit C




# WE IN THE USA

**OCTOBER 13, 2020**

© 2020 Ipsos. All rights reserved. Contains Ipsos' Confidential and Proprietary information and may not be disclosed or reproduced without the prior written consent of Ipsos.



# METHODOLOGY

- These are findings of an Ipsos poll conducted on behalf of **WE**.

- For the research, a **sample of 1,005** Americans aged 18 years and over were interviewed on the Ipsos I-Say Panel between October 2 and 5, 2020.

- Weighting was employed to ensure that the sample's composition reflects the overall population according to latest census information.

- The precision of online polls is measured using a credibility interval. The results are considered accurate to within **+/- 3.5 percentage points, 19 times out of 20**, of what the results would have been had all Americans been polled. Credibility intervals are wider among subsets of the population.

- Letters denote when results among subsets of the population are statistically significant.

2

# SUMMARY



- Americans believe that WE and the activities that it performs are important, particularly as they relate to helping students develop skills for the workforce. While awareness (31%) and familiarity (11%) with WE is moderate compared to other charities, those who know WE like WE – with 47% expressing favourable views of WE compared to 8% who express unfavourable views.
- A majority of those familiar with WE believe it executes its activities well. Supporters outnumber detractors by a margin of at least 5 to 1.
- Among those aware of WE, 44% have heard recent news about WE. But on the key issues of office closures in Canada and the UK (10%), and the recent contract issue in Canada (5%), relatively few know about these issues – representing <3% of the American population.  Among those who have heard various news stories about WE, the impact on favourability towards WE is net positive, even among those who heard about these two news stories specifically.
- Moreover, among those aware of WE and who have heard of recent news stories about WE, 57% are more favourable towards sponsors and supporters of WE while just 24% are less favourable – indicating a net positive impact of recent news developments. In short, news is being received and interpreted as a whole, and one or two negative developments abroad have **not** undermined the position of WE in the USA.

# IMPORTANCE OF CHARITABLE ACTIVITIES

Americans see all of these activities as being important for charities in the USA, but chief among them is to help students develop skills for the future, including workplace readiness and academic engagement, with 61% believing it is **very** important.



| Activity | Very important | Somewhat important | Top 2 Box |
|---|---|---|---|
| Help students develop skills for the future - workplace readiness, academic engagement | 61% | 30% | **91%** |
| Support teachers with teacher training, educational materials, grants for their classrooms | 54% | 35% | **89%** |
| Support teacher and student well-being and social emotional learning | 49% | 39% | **88%** |
| Educate students about social issues and important causes so that they can learn how to take action i.e. volunteering, community service, raising awareness and funds | 47% | 38% | **85%** |

Q1. How important do you believe it is for charities in the United States to do the following?
Base: All respondents (n=1005)



# FAMILIARITY WITH WE – BY THE DEMOS

Men (19%) are considerably more likely than women (3%) to express a fair amount of familiarity with WE, as are those under the age of 55 than those 55+. The cohort that expresses the most familiarity with WE is parents of children, with 24% saying they know at least a fair amount about WE, and nearly half (47%) at least recognizing the name.

|  | TOTAL | Gender | | Age | | | Region | | | | Children in Household | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Male | Female | 18-34 | 35-54 | 55+ | Northeast | Midwest | South | West | Yes | No |
| **WE. T2B familiar** | | A | B | C | D | E | I | J | K | L | A | B |
|  | 1005 | 467 | 538 | 237 | 383 | 385 | 213 | 239 | 389 | 164 | 258 | 747 |
| **Top 2 Box (Net)** | 11% | **19% B** | 3% | **14% E** | **16% E** | 4% | 12% | 8% | 10% | 15% | **24% B** | 6% |
| Know very well | 4% | 8% B | 1% | 6% E | 7% E | - | 4% | 3% | 5% | 5% | 10% B | 2% |
| Know a fair amount | 7% | 11% B | 2% | 8% | 9% E | 3% | 7% | 5% | 5% | 9% | 13% B | 4% |
| Know just a little | 8% | 12% B | 5% | 11% E | 8% | 6% | 9% | 4% | 11% J | 6% | 9% | 8% |
| Heard of, but know nothing about | 12% | 14% | 10% | 14% | 12% | 10% | 16% K | 11% | 9% | 13% | 14% | 11% |
| Never heard of | 69% | 55% | 82% A | 60% | 64% | 81% CD | 63% | 77% I | 70% | 67% | 53% | 75% A |

Q2. Please indicate how well you feel you know each of the following organizations
Base: All respondents (n=1005)

© 2020 Ipsos



6

# ASSESSMENT OF WE'S ACTIVITIES

Among those aware of WE, assessments of its performance in each of these areas is quite strong, with only 1 in 10 Americans believing that each of these objectives is not well achieved, and 60% to 68% believing WE does these activities well. While one quarter don't know enough about WE to assess it, positive assessments outweigh negative assessments by between 5-7 positive assessments for every 1 negative assessment, depending on the metric.



**Top 2 Box**

| Activity | Very well | Fairly well | Not very well | Not well at all | Don't know | Top 2 Box |
|---|---|---|---|---|---|---|
| Educate students about social issues and important causes so that they can learn how to take action i.e. volunteering, community service, raising awareness… | 29% | 38% | 6% | 4% | 23% | **68%** |
| Support teacher and student well-being and social emotional learning | 30% | 34% | 9% | 3% | 25% | **64%** |
| Help students develop skills for the future, workplace readiness, academic engagement | 29% | 35% | 11% | 1% | 25% | **63%** |
| Support teachers with teacher training, educational materials, grants for their classrooms | 26% | 34% | 12% | 1% | 27% | **60%** |

■ Very well     ■ Fairly well     ■ Not very well     ■ Not well at all     ■ Don't know

Q4. Thinking specifically about WE (Including WE CHARITY | WE Day | WE Schools | WE Teachers | Me to WE), how well do you believe it does the following
Base: Respondents Aware of WE (n=294)

© 2020 Ipsos



8

## AWARENESS OF RECENT WE NEWS

Among those aware of WE, just 10% are aware of the shutting down of Canadian and UK offices of WE, while even fewer (5%) are aware of the recent Canadian government grant contract and the PM's involvement with WE. This translates to just 3% of all Americans who are aware of the closing of offices, and 1.5% who are aware of the Canadian contract situation.



Any (Net) 44%
Gender Male: 50%
Age 18-34 54%, 35-54 53%
Kids in HH: 58%

COVID-19 At Home Learning 22% Age 18-34 29%

Operating WE Teachers Program to give teachers grants,… 14% Age 18-34 24%

Cancellation of WE Day Events due to COVID-19 12% Age 18-34 17%, 35-54 14%

Launching WE Well-Being, mental health and well-being… 12%
Gender Male: 15%
Kids in HH: 18%

News coverage or interviews about WE 10%
Gender Male: 13%
Age 35-54 16%
Kids in HH: 17%

Shutting down of Canadian and UK offices 10%
Gender Male: 14%
Kids in HH: 16%

Canadian government grant contract and Prime Minister… 5% Kids in HH: 9%

None of the above 56%
Gender Female: 70%
Age 55+ 88%
No kids in HH: 65%

Q6. Have you heard about any of the following in relation to WE (Including WE CHARITY | WE Day | WE Schools | WE Teachers | Me to WE)?
Base: Respondents Aware of WE (n=294)

© 2020 Ipsos



10

# IMPACT OF RECENT NEWS ON WE'S FAVOURABILITY

Among those aware of any of the news items tested, the impact is net positive: 61% say they have become more favourable towards WE and its ongoing work in the US, while just 17% have become less favourable – a net spread of positive 44 percentage points.



| | Much more favourable | Somewhat more favourable | No impact either way | Somewhat less favourable | Much less favourable | Net score |
|---|---|---|---|---|---|---|
| More or less favourable of WE | 30% | 31% | 22% | 8% | 9% | 44% |

Q7. Does knowing this/these things make you more or less favourable of WE and its ongoing work in the US?
Base: Respondents Aware of WE and Recent News (n=123)

© 2020 Ipsos



11

# IMPACT OF SPECIFIC NEWS ITEMS ON FAVOURABILITY

When looking at net impact on favourability based on awareness of each individual news item (although sample sizes are small), the impact on favourability is still net positive – meaning that awareness of the office closures and the contract issue in Canada has been received in the broader context of WE's activities and news, and Americans are still more favourable of WE, overall, as a result of recent news.



**Net score (Positive Subtract Negative)**

| News Item | Net score |
|---|---|
| Cancellation of WE Day Events due to COVID-19 | 71% |
| News coverage or interviews about WE | 71% |
| Launching WE Well-Being, mental health and well-being programming for students | 57% |
| Shutting down of Canadian and UK offices | 53% |
| Operating WE Teachers Program to give teachers grants, educational tools and training | 52% |
| COVID-19 At Home Learning | 49% |
| Canadian government grant contract and Prime Minister Trudeau's involvement with WE | 30% |

Q7. Does knowing this/these things make you more or less favourable of WE and its ongoing work in the US?
Base: Respondents Aware of WE and Recent News (n=123)

© 2020 Ipsos

12

# IMPACT OF RECENT NEWS ON FAVOURABILITY TOWARDS WE'S SPONSORS

Just as the net impact of recent news on WE is favourable, the net impact of recent news on WE's sponsors is also positive: 57% of those aware of recent news items say they're more favourable towards organizations who are sponsors and supporters of WE, while just 24% say they are now less favourable – representing a net impact of positive 34 points.



More or less favourable towards organizations: 27% | 30% | 18% | 14% | 10% — **Net score** **34%**

- Much more favourable
- Somewhat more favourable
- No impact either way
- Somewhat less favourable
- Much less favourable

Q8. And does knowing this/these things make you more or less favourable towards organizations who are sponsors and supporters of WE?
Base: Respondents Aware of WE and Recent News (n=123)



© 2020 Ipsos

13

## IMPACT OF SPECIFIC NEWS ON VIEWS OF SPONSORS

When looking at net impact on favourability of WE's sponsors and supporters based on awareness of each individual news item (although sample sizes are small), the impact on favourability is still net positive, once again meaning that Americans are viewing the news in its totality and not as isolated news stories. Recent events have caused Americans to be more positive, on balance, of WE's sponsors and supporters in the USA.



**Net score (Positive Subtract Negative)**

| | |
|---|---|
| Canadian government grant contract and Prime Minister Trudeau's involvement with WE | 40% |
| COVID-19 At Home Learning | 39% |
| News coverage or interviews about WE | 36% |
| Launching WE Well-Being, mental health and well-being programming for students | 33% |
| Operating WE Teachers Program to give teachers grants, educational tools and training | 30% |
| Cancellation of WE Day Events due to COVID-19 | 24% |
| Shutting down of Canadian and UK offices | 20% |

Q8. And does knowing this/these things make you more or less favourable towards organizations who are sponsors and supporters of WE?
Base: All respondents (n=123)

© 2020 Ipsos



14

# Contact Information



**Sean Simpson**
Vice President, Public Affairs

✉ sean.simpson@ipsos.com
📞 (416) 324-2002

© 2019 Ipsos

15

## ABOUT IPSOS

Ipsos ranks third in the global research industry. With a strong presence in 89 countries, Ipsos employs more than 16,000 people and has the ability to conduct research programs in more than 100 countries. Founded in France in 1975, Ipsos is controlled and managed by research professionals. They have built a solid Group around a multi-specialist positioning – Media and advertising research; Marketing research; Client and employee relationship management; Opinion & social research; Mobile, Online, Offline data collection and delivery.

Ipsos is listed on Eurolist – NYSE – Euronext. The company is part of the SBF 120 and the Mid-60 index and is eligible for the Deferred Settlement Service (SRD).

ISIN code FR0000073298, Reuters ISOS.PA, Bloomberg IPS:FP

www.ipsos.com

## GAME CHANGERS

At Ipsos we are passionately curious about people, markets, brands and society. We deliver information and analysis that makes our complex world easier and faster to navigate and inspires our clients to make smarter decisions.

We believe that our work is important. Security, simplicity, speed and substance applies to everything we do.

Through specialisation, we offer our clients a unique depth of knowledge and expertise. Learning from different experiences gives us perspective and inspires us to boldly call things into question, to be creative.

By nurturing a culture of collaboration and curiosity, we attract the highest calibre of people who have the ability and desire to influence and shape the future.

"GAME CHANGERS" – our tagline – summarises our ambition.