UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WE CHARITY,

        *Plaintiff,*

vs.

CANADIAN BROADCASTING CORPORATION,

        *Defendant.*

Civil Action No. 1:22-cv-00340; RDM

## DECLARATION OF JOSEPH F. KROETSCH

I, JOSEPH F. KROETSCH, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am a partner at the law firm Boies Schiller Flexner LLP, and I represent the Plaintiff, WE Charity, in this matter. I submit this declaration in support of WE Charity's opposition to Canadian Broadcasting Corporation's motion to dismiss for forum non conveniens and to dismiss Counts II-IV for lack of subject-matter jurisdiction.

2. Attached hereto as **Exhibit A** is a true and correct copy of a chapter authored by Brian MacLeod Rogers from the Third Edition of *International Libel & Privacy Handbook*, edited by Charles J. Glasser.

3. Attached hereto as **Exhibit B** is a list of flight options from Expedia from Toronto, Canada, to Washington, D.C. as of June 8, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of a brief that the CBC submitted in support of a motion to dismiss in *Bryks v. Canadian Broadcasting Corp*., No. 95 Civ. 1219 (MBM), 1995 WL 17770982 (S.D.N.Y. June 8, 1995).

5. Attached hereto as **Exhibit D** is a true and correct copy of an email chain between Robin Wiszowaty, Harvey Cashore, and Mark Kelley.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 10, 2022

/s/ Joseph F. Kroetsch<br>Joseph F. Kroetsch