# Exhibit B



More travel ⌄ | 🌐 English | List your property | Support | Trips | Notifications

# Toronto to Washington
Oct 3 - Oct 5

**Filters**

**Choose departing flight** › Choose returning flight › Review your trip

**Flexible dates**
Compare prices for nearby days ⌄

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.

**Sign in for airline credits**
If you have an airline credit, sign in to use it. If you don't have an account, create one using the same email address you used when you purchased your original flight.

Sign in

**6:20am - 7:47am**
Toronto (YYZ) - Washin... (IAD)
1h 27m (Nonstop)
United • United 3835 operated by Air Wisconsin DBA United Express

**$325**
Roundtrip per traveler

**2:45pm - 4:12pm**
Toronto (YYZ) - Washin... (IAD)
1h 27m (Nonstop)
United • United 3921 operated by Air Wisconsin DBA United Express

**$325**
Roundtrip per traveler

**6:06am - 7:50am**
Toronto (YYZ) - Washin... (DCA)
1h 44m (Nonstop)
American Airlines • American Airlines 5668 operated by Psa Airlines As American Eagle

1 left at

**$325**
Roundtrip per traveler

**Unlock trip savings up to $362 when you book a flight + hotel**
Add a hotel to your trip and save.

Shop flight + hotel ›

**12:04pm - 1:48pm**  
Toronto (YYZ) - Washin... (DCA)  
1h 44m (Nonstop)  
American Airlines • American Airlines 5665 operated by Psa Airlines As American Eagle

**$325**  
Roundtrip per traveler

**2:45pm - 4:08pm**  
Toronto (YYZ) - Baltimore (BWI)  
1h 23m (Nonstop)  
United • United 8128 operated by Air Canada Express - Jazz

**$338**  
Roundtrip per traveler

**7:28pm - 11:07pm**  
Toronto (YYZ) - Washin... (DCA)  
3h 39m (1 stop)  
56m in New York (LGA)  
American Airlines • American Airlines 4824 operated by Republic Airways As American Eagle

**$339**  
Roundtrip per traveler

**7:40pm - 11:20pm**  
Toronto (YYZ) - Washin... (IAD)  
3h 40m (1 stop)  
47m in Newark (EWR)  
United • United 3542 operated by Republic Airways DBA United Express

**$339**  
Roundtrip per traveler

**1:50pm - 5:51pm**  
Toronto (YYZ) - Washin... (DCA)  
4h 1m (1 stop)  
1h 3m in Newark (EWR)  
United • United 3487 and 3441 operated by Republic Airways DBA United Express

**$339**  
Roundtrip per traveler

**6:59am - 11:06am**  
Toronto (YYZ) - Washin... (DCA)  
4h 7m (1 stop)  
53m in Boston (BOS)  
American Airlines • American Airlines 4559 operated by Republic Airways As American Eagle

**$339**  
Roundtrip per traveler

**12:54pm - 5:13pm**  
Toronto (YYZ) - Washin... (DCA)  
4h 19m (1 stop)  
1h 30m in New York (LGA)  
American Airlines • American Airlines 4820 operated by Republic Airways As American Eagle

**$339**  
Roundtrip per traveler

**6:50am - 11:10am**     **$339**
Toronto (YYZ) - Washin... (DCA)     Roundtrip per traveler
4h 20m (1 stop)
1h 33m in New York (LGA)
American Airlines • American Airlines 4827 operated by Republic Airways As American Eagle

**6:36pm - 11:20pm**     **$339**
Toronto (YYZ) - Washin... (IAD)     Roundtrip per traveler
4h 44m (1 stop)
1h 36m in Newark (EWR)
United • United 3685 operated by Republic Airways DBA United Express

**8:20pm - 9:44pm**     **$343**
Toronto (YYZ) - Washin... (IAD)     Roundtrip per traveler
1h 24m (Nonstop)
United • United 8028 operated by Air Canada Express - Jazz

**8:20pm - 9:44pm**     **$343**
Toronto (YYZ) - Washin... (IAD)     Roundtrip per traveler
1h 24m (Nonstop)
Air Canada • Air Canada 8620 operated by Air Canada Express - Jazz

**6:20am - 7:47am**     **$343**
Toronto (YYZ) - Washin... (IAD)     Roundtrip per traveler
1h 27m (Nonstop)
Air Canada • Air Canada 3892 operated by Air Wisconsin/United Express

**4:00pm - 5:27pm**     **$343**
Toronto (YYZ) - Washin... (IAD)     Roundtrip per traveler
1h 27m (Nonstop)
United • United 8016 operated by Air Canada

**4:00pm - 5:27pm**     **$343**
Toronto (YYZ) - Washin... (IAD)     Roundtrip per traveler
1h 27m (Nonstop)
Air Canada

**7:15am - 8:43am**     **$343**
Toronto (YYZ) - Washin... (DCA)     Roundtrip per traveler
1h 28m (Nonstop)
United • United 8552 operated by Air Canada Express - Jazz

| Flight | Price | |
|---|---|---|
| **7:15am - 8:43am**<br>Toronto (YYZ) - Washin... (DCA)<br>1h 28m (Nonstop)<br>Air Canada • Air Canada 8780 operated by Air Canada Express - Jazz | **$343**<br>Roundtrip per traveler | |
| **4:40pm - 6:08pm**<br>Toronto (YYZ) - Washin... (DCA)<br>1h 28m (Nonstop)<br>United • United 8548 operated by Air Canada Express - Jazz | **$343**<br>Roundtrip per traveler | |
| **4:40pm - 6:08pm**<br>Toronto (YYZ) - Washin... (DCA)<br>1h 28m (Nonstop)<br>Air Canada • Air Canada 8784 operated by Air Canada Express - Jazz | 3 left at<br>**$343**<br>Roundtrip per traveler | |
| **8:45pm - 10:13pm**<br>Toronto (YYZ) - Washin... (DCA)<br>1h 28m (Nonstop)<br>United • United 8556 operated by Air Canada Express - Jazz | **$343**<br>Roundtrip per traveler | |
| **2:45pm - 4:08pm**<br>Toronto (YYZ) - Baltimore (BWI)<br>1h 23m (Nonstop)<br>Air Canada • Air Canada 8682 operated by Air Canada Express - Jazz | 1 left at<br>**$347**<br>Roundtrip per traveler | |
| **11:00am - 3:07pm**<br>Toronto (YYZ) - Washin... (IAD)<br>4h 7m (1 stop)<br>1h 4m in Montreal (YUL)<br>Air Canada • Air Canada 8723 operated by Air Canada Express - Jazz | 5 left at<br>**$347**<br>Roundtrip per traveler | |
| **10:57am - 3:20pm**<br>Toronto (YYZ) - Washin... (DCA)<br>4h 23m (1 stop)<br>1h 29m in New York (LGA)<br>American Airlines • American Airlines 4822 and 4591 operated by Republic Airways As American Eagle | 3 left at<br>**$357**<br>Roundtrip per traveler | |
| **8:25am - 9:48am**<br>Toronto (YYZ) - Baltimore (BWI) | **$358**<br>Roundtrip per traveler | |

1h 23m (Nonstop)
United • United 8124 operated by Air Canada Express – Jazz

Roundtrip per traveler

**2:45pm - 4:12pm**
Toronto (YYZ) – Washin... (IAD)
1h 27m (Nonstop)
Air Canada • Air Canada 3910 operated by Air Wisconsin/United Express

**$361**
Roundtrip per traveler

**8:45pm - 10:13pm**
Toronto (YYZ) – Washin... (DCA)
1h 28m (Nonstop)
Air Canada • Air Canada 8786 operated by Air Canada Express – Jazz

3 left at
**$361**
Roundtrip per traveler

**10:25am - 11:50am**
Toronto (YYZ) – Washin... (IAD)
1h 25m (Nonstop)
United • United 3471 operated by Republic Airways DBA United Express

**$362**
Roundtrip per traveler

**10:00am - 2:18pm**
Toronto (YYZ) – Washin... (DCA)
4h 18m (1 stop)
1h 23m in Newark (EWR)
United • United 3546 operated by Republic Airways DBA United Express, United 4499 operated by Gojet Airlines DBA United Express

**$366**
Roundtrip per traveler

**1:50pm - 6:14pm**
Toronto (YYZ) – Washin... (IAD)
4h 24m (1 stop)
1h 32m in Newark (EWR)
United • United 3487 operated by Republic Airways DBA United Express

**$366**
Roundtrip per traveler

**8:17am - 12:43pm**
Toronto (YYZ) – Washin... (DCA)
4h 26m (1 stop)
1h 35m in Newark (EWR)
United • United 3647 operated by Republic Airways DBA United Express, United 4191 operated by Gojet Airlines DBA United Express

**$366**
Roundtrip per traveler

**4:02pm - 8:31pm**
Toronto (YYZ) – Washin... (IAD)
4h 29m (1 stop)
1h 31m in Newark (EWR)
United • United 3577 operated by Republic Airways DBA United Express

**$366**
Roundtrip per traveler

**12:58pm - 5:36pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (DCA)　　　　　　　　　　　　　　　　Roundtrip per traveler
4h 38m (1 stop)
1h 17m in Newark (EWR)
United • United 3680 operated by Republic Airways DBA United Express, United 4602 operated by Gojet Airlines DBA United Express

**1:50pm - 6:30pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (DCA)　　　　　　　　　　　　　　　　Roundtrip per traveler
4h 40m (1 stop)
1h 33m in Newark (EWR)
United • United 3487 operated by Republic Airways DBA United Express, United 4485 operated by Gojet Airlines DBA United Express

**12:58pm - 5:51pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (DCA)　　　　　　　　　　　　　　　　Roundtrip per traveler
4h 53m (1 stop)
1h 47m in Newark (EWR)
United • United 3680 and 3441 operated by Republic Airways DBA United Express

**8:17am - 1:19pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (DCA)　　　　　　　　　　　　　　　　Roundtrip per traveler
5h 2m (1 stop)
2h 6m in Newark (EWR)
United • United 3647 operated by Republic Airways DBA United Express, United 4431 operated by Gojet Airlines DBA United Express

**6:59am - 12:07pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (DCA)　　　　　　　　　　　　　　　　Roundtrip per traveler
5h 8m (1 stop)
1h 53m in Boston (BOS)
American Airlines • American Airlines 4559 operated by Republic Airways As American Eagle

**12:58pm - 6:14pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (IAD)　　　　　　　　　　　　　　　　Roundtrip per traveler
5h 16m (1 stop)
2h 16m in Newark (EWR)
United • United 3680 operated by Republic Airways DBA United Express

**10:00am - 3:17pm**　　　　　　　　　　　　　　　　　　　　　　　　**$366**
Toronto (YYZ) - Washin... (DCA)　　　　　　　　　　　　　　　　Roundtrip per traveler
5h 17m (1 stop)

2h 22m in Newark (EWR)
United • United 3546 operated by Republic Airways DBA United Express, United 4433 operated by Gojet Airlines DBA United Express

**12:58pm - 6:30pm**
Toronto (YYZ) - Washin... (DCA)
5h 32m (1 stop)
2h 17m in Newark (EWR)
United • United 3680 operated by Republic Airways DBA United Express, United 4485 operated by Gojet Airlines DBA United Express

**$366**
Roundtrip per traveler

**10:00am - 3:47pm**
Toronto (YYZ) - Washin... (DCA)
5h 47m (1 stop)
2h 53m in Newark (EWR)
United • United 3546 operated by Republic Airways DBA United Express, United 4193 operated by Gojet Airlines DBA United Express

**$366**
Roundtrip per traveler

**12:54pm - 7:07pm**
Toronto (YYZ) - Washin... (DCA)
6h 13m (1 stop)
3h 30m in New York (LGA)
American Airlines • American Airlines 4820 operated by Republic Airways As American Eagle

3 left at
**$366**
Roundtrip per traveler

**10:00am - 3:07pm**
Toronto (YYZ) - Washin... (IAD)
5h 7m (1 stop)
2h 4m in Montreal (YUL)
Air Canada • Air Canada 8723 operated by Air Canada Express - Jazz

4 left at
**$374**
Roundtrip per traveler

**2:00pm - 7:47pm**
Toronto (YYZ) - Washin... (IAD)
5h 47m (1 stop)
2h 44m in Montreal (YUL)
Air Canada • Air Canada 8725 operated by Air Canada Express - Jazz

**$374**
Roundtrip per traveler

**7:45am - 5:00pm**
Toronto (YYZ) - Baltimore (BWI)
9h 15m (1 stop)
5h 12m in Atlanta (ATL)
Delta

**$380**
Roundtrip per traveler

**10:45am - 12:13pm**

**$380**

Toronto (YYZ) - Washin... (DCA)
1h 28m (Nonstop)
Air Canada • Air Canada 8782 operated by Air Canada Express - Jazz

Roundtrip per traveler

---

**9:00am - 10:24am**
Toronto (YYZ) - Washin... (IAD)
1h 24m (Nonstop)
United • United 8266 operated by Air Canada Express - Jazz

1 left at
**$384**
Roundtrip per traveler

---

**10:26am - 4:06pm**
Toronto (YYZ) - Washin... (DCA)
5h 40m (1 stop)
2h 26m in Boston (BOS)
American Airlines • American Airlines 4552 operated by Republic Airways As American Eagle

1 left at
**$384**
Roundtrip per traveler

---

**11:02am - 4:46pm**
Toronto (YYZ) - Washin... (DCA)
5h 44m (1 stop)
2h 52m in Philadelphia (PHL)
American Airlines • American Airlines 6110 operated by Piedmont Airlines As American Eagle, American Airlines 4910 operated by Republic Airways As American Eagle

2 left at
**$384**
Roundtrip per traveler

---

**4:55pm - 9:59pm**
Toronto (YYZ) - Washin... (DCA)
5h 4m (1 stop)
1h 54m in New York (LGA)
Delta • Delta 5222 operated by Endeavor Air DBA Delta Connection, Delta 5792 operated by Republic Airways-dl Connection-dl Shut

**$393**
Roundtrip per traveler

---

**4:55pm - 11:18pm**
Toronto (YYZ) - Washin... (DCA)
6h 23m (1 stop)
3h 24m in New York (LGA)
Delta • Delta 5222 operated by Endeavor Air DBA Delta Connection, Delta 5738 operated by Republic Airways-dl Connection-dl Shut

**$393**
Roundtrip per traveler

---

**4:30pm - 8:25pm**
Toronto (YYZ) - Washin... (DCA)
3h 55m (1 stop)
1h in New York (LGA)
Delta • Delta 7142 operated by WestJet, Delta 5821 operated by Republic Airways-dl Connection-dl Shut

5 left at
**$398**
Roundtrip per traveler

---

**9:35am - 2:24pm**

**$398**

Toronto (YYZ) - Washin... (DCA)
4h 49m (1 stop)
1h 56m in New York (LGA)
▲ Delta • Delta 7138 operated by WestJet, Delta 5735 operated by Republic Airways-dl Connection-dl Shut

Roundtrip per traveler

**4:30pm - 9:59pm**
Toronto (YYZ) - Washin... (DCA)
5h 29m (1 stop)
2h 30m in New York (LGA)
▲ Delta • Delta 7142 operated by WestJet, Delta 5792 operated by Republic Airways-dl Connection-dl Shut

**$398**
Roundtrip per traveler

**7:32pm - 12:50am** +1
Toronto (YYZ) - Baltimore (BWI)
5h 18m (1 stop)
1h 8m in Atlanta (ATL)
▲ Delta

**$400**
Roundtrip per traveler

**10:25am - 11:50am**
Toronto (YYZ) - Washin... (IAD)
1h 25m (Nonstop)
🍁 Air Canada • Air Canada 3937 operated by Republic Airlines/United Express

**$402**
Roundtrip per traveler

**7:00am - 11:22am**
Toronto (YYZ) - Washin... (IAD)
4h 22m (1 stop)
1h 43m in Ottawa (YOW)
🍁 Air Canada • Air Canada 4696 operated by Air Wisconsin/United Express

**$413**
Roundtrip per traveler

**7:00am - 10:58am**
Toronto (YYZ) - Washin... (DCA)
3h 58m (1 stop)

42m in New York (LGA)
▲ Delta • Delta 4716 operated by Endeavor Air DBA Delta Connection, Delta 5677 operated by Republic Airways-dl Connection-dl Shut

**$415**
Roundtrip per traveler

**6:48pm - 11:18pm**
Toronto (YYZ) - Washin... (DCA)
4h 30m (1 stop)
1h 24m in New York (LGA)
▲ Delta • Delta 5203 operated by Endeavor Air DBA Delta Connection, Delta 5738 operated by Republic Airways-dl Connection-dl Shut

**$415**
Roundtrip per traveler

**6:00am - 10:40am**

2 left at

Toronto (YYZ) - Washin... (IAD)  **$415**
4h 40m (1 stop)  Roundtrip per traveler
1h 32m in New York (JFK)
Delta • Delta 4731 operated by Endeavor Air DBA Delta Connection, Delta 5859 operated by Republic Airways Delta Connection

**7:00am - 12:59pm**  **$425**
Toronto (YYZ) - Washin... (DCA)  Roundtrip per traveler
5h 59m (1 stop)
2h 47m in New York (LGA)
Delta • Delta 4716 operated by Endeavor Air DBA Delta Connection, Delta 5676 operated by Republic Airways-dl Connection-dl Shut

**6:15am - 11:59am**  2 left at
Toronto (YYZ) - Baltimore (BWI)  **$433**
5h 44m (1 stop)  Roundtrip per traveler
2h 40m in Detroit (DTW)
Delta • Delta 3606 operated by Skywest DBA Delta Connection

**5:40pm - 10:57pm**  **$440**
Toronto (YYZ) - Baltimore (BWI)  Roundtrip per traveler
5h 17m (1 stop)
1h 22m in Chicago (ORD)
United

**9:00am - 10:24am**  1 left at
Toronto (YYZ) - Washin... (IAD)  **$453**
1h 24m (Nonstop)  Roundtrip per traveler
Air Canada • Air Canada 8616 operated by Air Canada Express - Jazz

**11:38am - 4:39pm**  3 left at
Toronto (YYZ) - Washin... (DCA)  **$462**
5h 1m (1 stop)  Roundtrip per traveler
1h 55m in New York (LGA)
Delta • Delta 4722 operated by Endeavor Air DBA Delta Connection, Delta 5620 operated by Republic Airways-dl Connection-dl Shut

**6:15am - 11:34am**  2 left at
Toronto (YYZ) - Washin... (IAD)  **$462**
5h 19m (1 stop)  Roundtrip per traveler
2h 15m in Detroit (DTW)
Delta • Delta 3606 and 3584 operated by Skywest DBA Delta Connection

**6:00am - 11:24am**

Toronto (YYZ) - Baltimore (BWI)

5h 24m (1 stop)

2h 23m in New York (JFK)

◢ Delta • Delta 4731 and 5199 operated by Endeavor Air DBA Delta Connection

3 left at

**$462**

Roundtrip per traveler

---

**8:25am - 9:48am**

Toronto (YYZ) - Baltimore (BWI)

1h 23m (Nonstop)

🍁 Air Canada • Air Canada 8684 operated by Air Canada Express - Jazz

**$474**

Roundtrip per traveler

---

**2:48pm - 6:44pm**

Toronto (YYZ) - Washin... (DCA)

3h 56m (1 stop)

50m in New York (LGA)

◢ Delta • Delta 5124 operated by Endeavor Air DBA Delta Connection, Delta 5817 operated by Republic Airways-dl Connection-dl Shut

**$480**

Roundtrip per traveler

---

**12:08pm - 5:36pm**

Toronto (YYZ) - Washin... (IAD)

5h 28m (1 stop)

2h 53m in Detroit (DTW)

◢ Delta • Delta 3650 and 4011 operated by Skywest DBA Delta Connection

2 left at

**$480**

Roundtrip per traveler

---

**3:57pm - 8:00pm**

Toronto (YYZ) - Washin... (DCA)

4h 3m (1 stop)

1h 17m in Philadelphia (PHL)

✈ American Airlines • American Airlines 6112 operated by Piedmont Airlines As American Eagle, American Airlines 5559 operated by Psa Airlines As American Eagle

2 left at

**$497**

Roundtrip per traveler

---

**12:08pm - 4:26pm**

Toronto (YYZ) - Baltimore (BWI)

4h 18m (1 stop)

1h 45m in Detroit (DTW)

◢ Delta • Delta 3650 operated by Skywest DBA Delta Connection

5 left at

**$525**

Roundtrip per traveler

---

**5:44pm - 11:24pm**

Toronto (YYZ) - Baltimore (BWI)

5h 40m (1 stop)

2h 41m in Detroit (DTW)

◢ Delta • Delta 3614 operated by Skywest DBA Delta Connection

2 left at

**$525**

Roundtrip per traveler

**5:40pm - 10:42pm**
Toronto (YYZ) - Washin... (DCA)
5h 2m (1 stop)
1h 4m in Chicago (ORD)
United • United 5679 operated by Skywest DBA United Express

**$536**
Roundtrip per traveler

**6:55pm - 11:59pm**
Toronto (YYZ) - Washin... (DCA)
5h 4m (1 stop)
1h 15m in Chicago (ORD)
United • United 3551 operated by Republic Airways DBA United Express

**$536**
Roundtrip per traveler

**12:08pm - 4:30pm**
Toronto (YYZ) - Washin... (DCA)
4h 22m (1 stop)
1h 49m in Detroit (DTW)
Delta • Delta 3650 operated by Skywest DBA Delta Connection

**$551**
Roundtrip per traveler

**3:30pm - 7:55pm**
Toronto (YYZ) - Baltimore (BWI)
4h 25m (1 stop)
36m in Chicago (ORD)
American Airlines • American Airlines 6139 operated by Piedmont Airlines As American Eagle

**$594**
Roundtrip per traveler

**5:44pm - 10:49pm**
Toronto (YYZ) - Washin... (IAD)
5h 5m (1 stop)
2h in Detroit (DTW)
Delta • Delta 3614 and 3858 operated by Skywest DBA Delta Connection

**$615**
Roundtrip per traveler

**4:30pm - 8:25pm**
Toronto (YYZ) - Washin... (DCA)
3h 55m (1 stop)
1h in New York (LGA)
Multiple airlines • Delta 5821 operated by Republic Airways-dl Connection-dl Shut

**$622**
Roundtrip per traveler

Tell us how we can improve our site

Share feedback