# Exhibit D

**From:** Robin Wiszowaty
**Sent:** Sunday, September 12, 2021 9:52 AM
**To:** Harvey Cashore <harvey.cashore@cbc.ca>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** RE: Visit to Kenya

Hi Harvey,

We have been receiving calls from the Governor, from Head Teachers and senior members of the communities who are deeply upset and concerned by your team's behaviour. I am reaching out to provide you context from what we have been hearing.

As we told you many times, you need permission from the Ministry of Education to enter government school property. I find it difficult to understand how you did not prepare for this and how instead you think it is ok to arrive in the community and disregard the rules and the people who are trying to enforce them (I am sure you understand that they are the ones who will perhaps face repercussions).

We have been told that you are arriving places and you and/or someone from your team is suggesting you are there with the Governor's permission, you are with WE, you are donors, or you are government representatives from the Ministry of Education. That is dishonest and disrespectful and the community is extremely troubled by it. That is not the way people conduct themselves here.

We understand you have also been flying drones (which, from our understanding, is against the law in Kenya).

I want to say again that we wanted you to come to Kenya. I wanted you to meet the wonderful people. I wanted you to have an opportunity to see and understand what we do here. I wanted you to engage with the place and gain an appreciation and hopefully some understanding.

I struggle to understand how racing in and out of communities against their wishes to take exterior pictures of buildings for a few minutes can possibly accomplish any kind of editorial understanding or fairness.

Please re-evaluate your actions until you have the permissions. And once you do have them, please take the time to see really what is there.

The community is extremely upset.

With thanks,
Robin


**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Saturday, September 11, 2021 7:14 AM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>

**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya

Hi Robin,

Thanks for this.

Yes whatever you can do to help even get access to the school grounds would also be appreciated.  This will help us with our on the ground research.

Thanks again,

Harvey

On Sat, Sep 11, 2021 at 2:50 AM Robin Wiszowaty <robin.wiszowaty@we.org> wrote:
Harvey,

I hope you'll consider seriously my points below.  Our offer to try to help you get government permission to access the primary schools remains open if you wish to take us up on it.

I am attaching a collection of maps our team prepared of all the WE Villages communities that are on our updated website. They show all the educational structures (Totals are at the bottom right-hand corner, plus latrines which are not included in any school counts.). I hope they are helpful. As always, if you have any questions, don't hesitate to ask.

With thanks,
Robin




**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**



**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Friday, September 10, 2021 1:42 PM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya

Hi Robin,

We look forward to arranging something on Monday for the WE facilities.

In the meantime we'll do our best to get access to the school exteriors.

Thanks for supporting this.

Harvey

On Fri, Sep 10, 2021 at 8:27 PM Robin Wiszowaty <robin.wiszowaty@we.org> wrote:

Thanks, Harvey, I am happy to hear you had no reason to think WE interfered.

We will certainly do everything in our power to help, but we are now all in a very unfortunate situation given it is Friday evening and the Ministry as well as the government employees (teachers, headmasters…) have processes and protocols that they are required to follow which explains your experience today. One thing that would be immensely helpful is if you can please share asap the permission that you said you initially received. I assume it was in writing. With that in hand we can do our best to clarify the situation.

I realize it is too late now, but I so wish you had asked for our assistance with this when you were planning your visit. I assumed you would have known that gaining access to school property always requires official permissions.

Also of great concern to me is that you only seem interested in filming exteriors. WE Charity and our donors have worked so hard to make a meaningful impact on communities – to suggest that the exterior of a building tells that story is wrong. When people work to create change they are focused on lives, not buildings. If you only wanted to show your viewers exterior shots of buildings, you could have done that from Canada. Our sincere hope was that you were interested in seeing the programming and meeting

the children and the community leaders that our donors have all been focused on helping. You are missing the most important part of the story here – the people whose lives have been impacted.

I'll check regarding timing of visits and get back to you ASAP. In the case of the WE owned properties (WE College, Baraka…) you can of course have access to the inside of the facilities. In the meantime, however, please send me the info I need to help you.

With thanks,

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Friday, September 10, 2021 11:46 AM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya

Hi Robin,

Speaking of broken telephone, there was no accusation made or insinuated in my email.

We wanted you to know what happened and are hoping you can help.

Initially we were told we could film the exteriors of the schools, which was confirmed again today when we arrived. That permission was then reversed shortly after someone else arrived in a vehicle and stopped the process.

We don't know who he was, but respected his decision and left.

It sounds like something is getting broken down in the process, but those details aside, we're simply trying to find a way to get permission to film the exteriors of the schools.

We'll keep on trying.

As for filming inside a school, while it might something worth considering, we do understand that it may not be ideal in terms of Covid restrictions.

Could we film around Baraka and WE College sometime Monday before our interview with Carol?

Hope this helps.

Harvey

On Fri, Sep 10, 2021 at 6:10 PM Robin Wiszowaty <robin.wiszowaty@we.org> wrote:

Harvey,

It sounds like you are suggesting that WE caused the permissions you received from the Ministry of Education to be revoked. Nothing could be further from the truth and your accusation is not well taken.

WE has been imploring the CBC to visit our projects for months; what possible reason would we have for interfering in you doing precisely what we asked you to do? In fact, we devoted significant resources to preparing maps of every community to help assist you with your visits, which we will be sending in a couple hours.

**Please send me the permission you obtained a week ago so that we can immediately raise this issue with the ministry.** We cannot help address the purported reversal of a government approval without

being able to demonstrate to the government that the position they took in denying you access was, in fact, a reversal.

I'm concerned too that you only obtained permission to film the exterior of the schools.   Did you try to get permission to film the interiors?

I understand that your crew was turned away at Motony because they did not produce any evidence of having the required government permission to be there.  If you have evidence to the contrary, I ask that you share it with us immediately.  We have been told as well that the CBC's crews told the school employees that they were with WE. There may be some broken telephone here, but we hope that your crews are being forthright as to their identity.

As for access to WE-owned facilities such as Baraka, WE College and Oleleshwa, just let me know when you want to go and we will ensure that you have access.  We will get back to you regarding interview times for Carol but would like to expeditiously resolve your access issues first.


With thanks,

Robin



**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**



**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Friday, September 10, 2021 9:55 AM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya


Hi Robin,


Meeting Carol at Kisaruni works for us.  Please let us know what time?  (And yes we understand that Carol would not be the person to ask about financials as you point out.  We are looking forward to hearing from you on this when you are available.)

How would we go about arranging permission to do some filming at the locations you mention? (Eg Baraka, Oleleshwa)

As it turns out, after getting permission a week ago to film the exterior of school rooms at Motony, we were told "calls were made" and the permission was retracted.

Wondering if Carol or you could help reverse that decision?

Of course we would like to film inside a classroom with permission as you suggested, but we weren't even allowed to film the outside of these Motony schools, after receiving permission last week.

Can you help us out with this?

Thanks Robin.

On Fri, Sep 10, 2021 at 4:07 AM Robin Wiszowaty <robin.wiszowaty@we.org> wrote:

Hi Harvey,

I am glad to hear that you have everything you need to ensure you are able to visit the schools, communities, and projects while you are in Kenya. I sincerely hope you are planning to visit the various primary schools and high schools when school is in session (ie not on the weekend) so that you can experience an accurate representation of our work and see the children and the facilities in a meaningful way.

Carol is available for 30 minutes on Monday afternoon if that works for you. I suggest we do the interview at Kisaruni High School. Please let us know what you will require for set up.

Before we confirm next steps, can you please be more specific about what in particular you would like to ask Carol about so that she can be best prepared? You have mentioned that you have research – it seems only fair, at this point, that you would share it with us ahead of time so that Carol is in a position to properly respond. In the spirit of transparency can you confirm that you will share it with us?

In her role Carol is best positioned to talk about the projects, the community, the needs assessments, her interaction with students and their families, her interaction with donors, and the impact of the development model. If you have questions specifically related to our budgets, our decision-making process, or our allocation of funding you should reserve those questions for when you interview me.

Please also let us know if you would like to film at Baraka Hospital, WE College, or Oleleshwa Farm so that we can make the necessary arrangements for you.

With thanks,

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Thursday, September 9, 2021 1:27 PM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya

Hi Robin,

Thanks for all this, much appreciated.  We are working with a local colleague in Nairobi who has been reaching out and coordinating our schedule and making the appropriate arrangements.

In terms of Carol Moraa's proposed interview, if we could set up an interview with her on Monday morning that would be great, at either of the locations you suggest. And if we do get permission to film inside a classroom on Monday morning as well that would be very welcome, but as you say we shall wait until we hear more about that possibility.

Thanks again Robin.

Harvey

On Thu, 9 Sept 2021 at 18:42, Robin Wiszowaty <robin.wiszowaty@we.org> wrote:

Hi Harvey,

I wanted to send you a quick note following your message this morning.

You're asking about visiting a primary school on Monday. I want to reiterate yesterday's message about government regulations. I assume that you have pre-planned your trip to get government permission to visit and film at government schools. WE Village partner communities are government-run, as you know. Schools require specific permissions from the Ministry of Education in order for journalists to enter school grounds. It's similar to Canada, where a journalist cannot simply enter and film at a school without permission.

Please confirm you have coordinated with the Ministry of Education and/or that you'll have your team make the arrangements. We've received outreach from the regional government about your visit (apparently you've been in touch with Governor Tunai), and that likely means that other government departments are aware and, based on past experience, would be likely reminding subordinates of protocols. This could make this situation more complicated. We are really hoping you are properly organized. Can you please confirm?

We're proud of our work. We've been encouraging you to come to Kenya for months and we want to ensure that you can see the projects and show them to Canadians. We've helped other journalists

arrange permission, but it typically takes weeks and your trip is a surprise to us. Depending on your reply, we can certainly do our best to help, but there's only one business day until you want to film.

Of course, we're able to welcome you to WE Charity owned and operated programs, such as Baraka Hospital or Oleleshwa Farm. If you can let us know when you would like to go that would be much appreciated. I also want to remind you that it takes time to travel between some of these places.

Please let me know if you'd like to discuss if we can do anything to help.

With thanks,

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Thursday, September 9, 2021 5:14 AM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya

Hi Robin,

Thanks for all this.   We arrived in Kenya early this morning.

Yes, would it work for us to meet and interview Carol on camera on Monday morning and visit the projects you mention? It would also be great if we could visit a primary school with Carol on Monday.  Any assistance with  this would be much appreciated.

We would want to interview you as country director as well.  Let's try to arrange a time that is convenient for you at a later date?

Thanks again Robin.

Harvey

(PS I read your book a couple of weeks ago.  Really interesting and very well written too.)

On Thu, 9 Sept 2021 at 04:41, Robin Wiszowaty <robin.wiszowaty@we.org> wrote:

Hi Harvey,

Can you please confirm the following?

1.  When are you planning to be in Kenya?

2.  Do you plan to visit the projects including Baraka, WE College, Kisaruni, Oleleshwa farm, (in addition to the primary and secondary schools)? This would be very important for you to understand the scope of the projects and how the individual villages are part of the larger development ecosystem. It is also relevant to your question of funding allocations from donors, including that of donors who support specific regions within the WE Villages development model.

3.  I am not sure if you are aware, but there are strict rules set out by the Ministry of Education around journalists visiting the primary and secondary schools. The rules have been further tightened as a result of COVID 19. It would be important to follow proper process. Please let me know if you would like any assistance in this regard.

    4.    When you say a "visit with Carol Moraa" I assume you mean on camera interview?

    5.    As the country director, I assume you will be still interviewing me at a later date and in a different format?

With thanks,

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Wednesday, September 8, 2021 4:21 AM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Re: Visit to Kenya

Hi Robin,

Thanks for this, much appreciated.

We are in the process of arranging a time for an interview with Governor Tunai, which could be this Friday.  Can we be in touch once that interview is confirmed, and then arrange a visit with Carol Moraa sometime after that perhaps?

We continue to be interested in looking at donations in Canada, the U.S. and elsewhere to WE Charity, particularly WE Villages, including a comparative analysis with the projects in Kenya.

As you say, there is much to consider.  We look forward to meeting with Carol, at a time that works for all.

Thanks again Robin.

Harvey

On Mon, 6 Sept 2021 at 21:29, Robin Wiszowaty <robin.wiszowaty@we.org> wrote:

Harvey and Mark,

Thank you for your email.

How long are you planning to be in Kenya?

I am presently in the United States so an interview on the ground in Kenya this week is not possible, but I am open to speaking to with you.

However, I feel strongly that besides hearing from me, you must also take the time to interview Carol Moraa.  As Director of WE Villages, she has an important and relevant perspective on WE's work in Kenya, the various aspects of our development model, as well our work and partnerships with the communities.

Would you be able to give me a better idea of the focus of your story and also what you are planning to see while you are in Kenya? We would be very happy to facilitate access to Baraka Hospital, WE College, the Kisaruni group of schools, the Women's Empowerment Centre, Oleleshwa farm, as well as the primary schools and high schools in the region.

I sincerely hope that you are coming with an open mind and will truly take the time to consider and understand how our development model works, hear from the people whose lives have been directly affected by the changes in their communities, and appreciate that while you seem to be focused on counting buildings, the sustainable change that is at the heart of what we do is about a lot more than structures.

Thank you.

Robin

**Robin Wiszowaty** | Kenya Country Director | WE
t: 254 725 870819 | **WE.org**

**From:** Harvey Cashore <harvey.cashore@cbc.ca>
**Sent:** Friday, September 3, 2021 11:43 AM
**To:** Robin Wiszowaty <robin.wiszowaty@we.org>
**Cc:** Mark Kelley <mark.kelley@cbc.ca>
**Subject:** Visit to Kenya

Hi Robin,

We wanted to get in touch to let you know that we have made plans to travel to Kenya next week -- taking up your suggestion, and so many others, that we should visit and see first-hand WE Charity's projects there.

Governor Tunai's office kindly offered an invitation to us in August, and we are in the process of lining up a specific time for that interview as well.

We plan to be in Kenya by the end of next week and are hoping we can arrange an interview with you at a time that works for you.

Could you let us know what would work best at your end?

Best regards,

Harvey and Mark

--

Harvey Cashore
Producer, The Fifth Estate

Bus: 416-205-6575

Cell: 416-526-4704

[PGP key](#)