UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>*Plaintiff,*<br><br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>*Defendant.* | Civil Action No. 1:22-cv-00340; RDM |

## DECLARATION OF KANNAN ARASARATNAM

KANNAN ARASARATNAM, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am the Chairman of WE Charity's[1] U.S. Board of Directors. I submit this declaration in support of WE Charity's opposition to Canadian Broadcasting Corporation's motion to dismiss for forum non conveniens and to dismiss Counts II-IV for lack of subject-matter jurisdiction.

2. I received a Master's Degree in Business Administration from the Kellogg School of Management at Northwestern University in Chicago. I currently work at Forvis LLP (formerly known as BKD LLP) in New York, where I provide mergers and acquisitions due diligence services. I have previously worked in similar roles at Deloitte, Avanon Consulting (self-employed), FTI Consulting, and Riveron Consulting.

3. I currently reside full-time in Old Bridge, New Jersey. I have lived in the U.S. for

---

[1] In this Declaration, when I refer to "WE Charity" I am referring to the U.S. entity of that name. I will refer to the entity in Canada as "WE Canada."

approximately 10 years. My U.S. citizenship application has been approved and I am pending the oath ceremony.

4. I have served on WE Charity's U.S. Board since approximately 2018, and I have served as Chairman since 2020. I previously served on WE Canada's Board, but have not updated my LinkedIn profile to reflect that I now exclusively serve on WE Charity's U.S. Board.

5. Some of the key responsibilities of WE Charity's Board of Directors include reviewing and approving the annual budget, approving the audited financial statements, reviewing WE Charity's financial budget and program expenditures, approving officers and new Board Members, and providing ongoing strategic guidance concerning WE Charity's domestic and international programs.

6. In my experience, WE Charity in the United States has always had a separate Board of Directors from that of WE Canada.

7. WE Charity's U.S. Board always votes separately from WE Canada's Board on decisions requiring Board approval.

8. WE Charity's Board in the U.S. and WE Canada's Board have a practice of appointing officers who are common to both organizations because we believe that it is efficient and strategically advantageous to do so. However, each entity's Board of Directors votes separately on all appointments of officers and executives.

9. WE Charity's Board meets either in person or virtually several times per year. This includes two to three formally scheduled Board meetings and other ad hoc meetings when pressing matters arise. Between January 2019 and the present, WE Charity held 40 Board meetings.

10. Due to my finance background, I am deeply involved in overseeing management's presentation of financial information to WE Charity's Board and the Board's oversight of the

charity's finances. In the weeks leading up to Board calls around financials, I provide guidance and requests to WE Charity's management about what financial information they should present at the Board meeting. This typically involves significant engagement with management.

11. When WE Charity transfers donor funds to WE Canada that have been given for a restricted purpose, such as funds restricted for use in Kenya, WE Canada does not change how such funds are used. The funds are transferred to WE Canada as a best practice to ensure efficient and effective controls over transfers to entities in developing countries. By centralizing donor funds in one location before distributing them to donee organizations such as Free the Children Kenya, WE Charity is able to maintain proper controls most effectively over the flow of funds.

12. To my knowledge, WE Charity's donors are U.S. donors. WE Charity's Board oversees the use of donations as part of its general oversight role. In the event there is any issue with a particular donor, the Board requests information about the issue and discusses it with management.

13. In my role as Chair, I engage with outside auditors and sign off on outside audits of WE Charity's financials.

14. One element of the external audit process is the testing of WE Charity's controls for restricted donations. Such systems are designed to ensure that donations given for a particular purpose, such as international development in Kenya, are tracked and used only for their restricted purpose. The Board's oversight of the external audit is one way in which the Board oversees the use of donations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 10, 2022
Old Bridge, New Jersey

_____
Kannan Arasaratnam