UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING<br>CORPORATION,<br><br>                *Defendant.* | Civil Action No. 1:22-cv-00340; RDM |

## DECLARATION OF KENNETH FROESE

KENNETH FROESE, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am the Senior Managing Director of Froese Forensic Partners Ltd ("Froese Forensic"), a Toronto based financial investigation firm.

2. I reside in Ontario, Canada.

3. If requested, I plan to travel to Washington D.C. to provide live testimony in this case.

4. Additionally, as Senior Managing Director of Froese Forensic, I have the authority to direct other Froese Forensic employees to provide live testimony at trial and will do so if asked.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:    June 9, 2022
                   Toronto, Ontario, Canada

                                                                                                      Ken Froese