## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>       **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>       **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## [PROPOSED] ORDER

Upon consideration of the motion filed by Defendant Canadian Broadcasting Corporation ("Defendant") to dismiss Plaintiff WE Charity's ("Plaintiff") Complaint, Plaintiff's opposition, and any reply briefing and oral argument, and for good cause shown, **IT IS HEREBY ORDERED** that the motion is **DENIED** in all respects.

Dated this _____ day of _____ 2022

_____

The Hon. Randolph D. Moss (U.S.D.J.)