IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>             **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>             **Defendant**. | Civil Action No. 1:22-cv-00340<br><br>**DECLARATION OF NATHAN SIEGEL** |

1. My name is Nathan Siegel. I am a partner with the law firm of Davis Wright Tremaine LLP, and I make this declaration in support of the CBC's Reply in Support of its Motion to Dismiss for *Forum Non Conveniens* and to Dismiss Counts II-IV of the Complaint for Lack of Subject Matter Jurisdiction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Victor Li's April 9, 2021 response to the Standing Committee on Access to Information, Privacy, and Ethics' March 23, 2021 request for further information.

3. Attached as **Exhibit 2** is a true and correct copy of former Governor Scott McCallum's October 19, 2019 report, which was downloaded from https://staticsb.we.org/f/52095/x/3826242f95/governor-mccallum_we-charity-letter.pdf (last accessed June 23, 2022).

4. Attached as **Exhibit 3** is a true and correct copy of a December 2, 2020 article written by Scott Baker in a Canadian journal, *Foundation: The Business and Spirit of Philanthropy in Canada*, which was downloaded from https://foundationmag.ca/we-answered-the-call/ (last accessed June 23, 2022).

5. Attached as **Exhibit 4** is a true and correct copy of a statement by Scott Baker, which was downloaded from https://staticsb.we.org/f/52095/x/0ad1330b68/scott-baker_faqs-about-we.pdf (last accessed June 23, 2022).

6. Attached as **Exhibit 5** is a true and correct copy of a statement on Plaintiff's website, which was downloaded from https://www.we.org/en-US/about-we/we-charity/governance/financial-faq (last accessed June 23, 2022).

7. Attached as **Exhibit 6** is a true and correct copy of a December 2018 human resources study of the "WE Organization" authored by Dr. David Baum, which was downloaded from https://cdn.we.org/wp-content/uploads/2019/04/Dr-David-Baum-Case-Study.pdf (last accessed June 23, 2022).

8. Attached as **Exhibit 7** is a true and correct copy of a statement on Plaintiff's website, which was downloaded from https://www.we.org/en-US/about-we/we-charity/our-team (last accessed June 23, 2022).

9. Attached as **Exhibit 8** is a true and correct copy of a statement on Plaintiff's website.

10. Attached as **Exhibit 9** is a true and correct copy of a statement on Plaintiff's website, which was downloaded from https://staticsb.we.org/f/52095/x/e65d09c63e/backgrounder-july21.pdf (last accessed June 23, 2022).

11. Attached as **Exhibit 10** is a true and correct copy of an October 2020 report by former Ontario Deputy Solicitor General Matthew A. Torigian, which was downloaded from https://staticsb.we.org/f/52095/x/ee39895aa0/mt_independent-review-we-charity-canada-cssg-final-report.pdf (last accessed June 23, 2022).

12. Attached as **Exhibit 11** is a true and correct copy of a December 2, 2020 essay written by Robin Wiszowaty in the Canadian journal *Foundation:  The Business and Spirit of Philanthropy in Canada*, which was downloaded from https://foundationmag.ca/a-personal-view-we-charity-on-the-front-lines-in-africa/ (last accessed June 23, 2022).

13. Attached as **Exhibit 12** is a true and correct copy of a 2011 interview with Robin Wiszowaty published on a website displacednation.com, which was downloaded from

https://thedisplacednation.com/2011/12/05/an-interview-with-robin-wiszowaty-kenya-program-director-for-free-the-children/ (last accessed June 23, 2022).

14. Attached as **Exhibit 13** is a true and correct copy of a transcript of the Standing Committee on Finance's August 13, 2020 hearing, which was downloaded from https://www.ourcommons.ca/Committees/en/FINA/Meetings?parl=43&session=1 (last accessed June 23, 2022).

15. Attached as **Exhibit 14** is a chart reflecting best efforts to identify non-party sources (both individuals and organizations) shown in the *Fifth Estate* broadcast, be it through video footage, documents, or interviews.

16. Attached as **Exhibit 15** is a true and correct copy of a transcript of the Standing Committee on Access to Information, Privacy, and Ethics' March 15, 2021 hearing, which was downloaded from https://www.ourcommons.ca/Committees/en/ETHI/Meetings?parl=43&session=2 (last accessed June 23, 2022).

17. Attached as **Exhibit 16** is a true and correct copy of a "Me to We" speaker biography for Robin Wiszowaty that was previously on the website of Me to We, which was downloaded from http://web.archive.org/web/20130718161719/http://www.metowe.com:80/speakers-bureau/view-all-speakers/robin-wiszowaty/ (last accessed June 24, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed on this 24th day of June, 2022.

*/s/ Nathan Siegel*
NATHAN SIEGEL