# EXHIBIT 5



GOVERNANCE   FINANCIALS   ME TO WE   FAQ   REAL ESTATE

# Financial FAQ

Below are frequently asked questions about WE Charity's financials. WE Charity's work, programs and impacts are regularly reviewed and assessed by accredited and independent 3rd party agencies and individuals. To learn more about these reviews, please visit our <u>Evaluation and Transparency</u> section.

## What is WE Charity?

WE Charity is an international charity and educational partner. Our organization is unique among Canadian charities in that it operates collaborative programs both domestically and internationally. In Canada, the U.S. and the UK, WE Day and WE Schools are initiatives of WE Charity that educate and empower young people to make a difference. WE Schools is a year-long educational program that nurtures compassion in students and gives them the tools to create transformative social change. WE Day is a series of stadium-sized events that celebrate youth making a difference in their local and global communities.

In Africa, Asia and Latin America, we partner with communities to implement WE Villages, a holistic five-pi

 

GOVERNANCE   FINANCIALS   ME TO WE   FAQ   REAL ESTATE

• WE Schools is a year-long experiential service-learning program that empowers youth to make positive impacts in local and global communities. With over 16,000 schools engaged globally, WE Schools aims to revitalize the fundamental purpose of education: instill a love of learning in students, move them to develop life skills to better the world and empower them to forge their own personal paths to success. Educators are given the tools to engage their classes, allowing students to further their core-curricular learning while gaining an understanding of the root causes of the pressing issues around them.

• WE Day is a day-long educational and inspirational event that celebrates the power of young people to make a positive difference in the world. As part of the WE Schools program, students earn their way to WE Day, WE Charity's signature youth empowerment event. While the event is free for schools and youth to attend, participants must earn their tickets through a commitment to one local and one global action of their choice through the WE Schools program.

• WE Villages is an adaptive, effective five-pillar model built on 20 years of experience collaborating with dedicated community members and international development experts to find solutions that work. Our model is designed to address the root causes of poverty and remove the barriers to education to break the cycle of poverty. It is not a handout or single solution, but a combination of key interventions that empower a community to help themselves through our five Pillars of Impact: Education, Water, Health, Food and Opportunity. At the heart of the asset-based community development approach lies the belief that the community's own assets and resources, including the people, institutions, skills and capabilities, are the most critical resources for development. In essence, it is an approach that seeks to build sustainable livelihoods and to break the cycle of long-term dependency to promote self-sufficiency. We currently work in nine countries overseas: Kenya, Tanzania, Ecuador, Nicaragua, India, Rural China, Sierra Leone, Haiti and Ethiopia.

## Where can I find information on your sources of income and expenditures? ⌄

## How much does WE Charity spend on administration? ⌄

## How much does WE Charity spend on fundraising? ⌄

## How are you able to keep your administrative costs low?





GOVERNANCE    FINANCIALS    ME TO WE    FAQ    REAL ESTATE

**Has the structure between the two organizations been reviewed by a third party?** 

**What is the nature of ME to WE's in-kind support for WE Charity?** 

**How does ME to WE, the innovative social enterprise, help WE Charity keep its administrative rate low?** 

**How do corporate partnerships help WE Charity keep administrative costs low?** 

**How does WE Charity allocate donated funds for programs?** 

**What does it cost to deliver program impacts in WE Villages communities?** 

**How is WE Charity governed?** 

**Have WE Charity's financials and operations been independently evaluated?** 

**What is the WE Global Learning Center?** 

**What is the WE Social Enterprise Centre?** 

 
GOVERNANCE    FINANCIALS    ME TO WE    FAQ    REAL ESTATE

**When a Gift of Impact is purchased online from our donation catalog, where does the money go?** 

**Is WE a registered charity?** 

**Is ME to WE a part of WE Charity?** 

**Am I eligible for a tax receipt?** 

**How can I see the impact of my contributions?** 

**Does WE Charity accept donations of supplies like clothing or school materials for its international projects?** 



ABOUT WE 

WE CHARITY 

ME TO WE 

GET IN TOUCH 



GOVERNANCE    FINANCIALS    ME TO WE    FAQ    REAL ESTATE

© WE Charity, 2021. All Rights Reserved.

US (EN)

Legal & Privacy Policy  |  Notice to children under 13