# EXHIBIT 7



# The WE Charity Team

From our tireless staff and volunteers to our incredible donors, Board of Directors and celebrity ambassadors, our team lives by a shared set of values that keep us connected. Fueled by shameless idealism, we empower youth to change the world through "WE" thinking and "WE" acting.

**BOARD OF DIRECTORS**    EXECUTIVE TEAM

## Board of Directors

We are fortunate to have a dedicated and experienced Board of Directors to help in our mission to 'make doing good, doable'. Through their expertise in the non-profit sector, academia, education, legal, finance, government, private enterprise, brand and social enterprise, the Board of Directors provides legal, financial and social impact oversight to WE Charity's projects and activities. Board composition is determined through a skills matrix system that takes into consideration a range of diversity factors.

WE Charity is incorporated in Canada, US, and UK and must according to local regulation have a Board of Directors in each country. However, as a global organization with global operations, the Boards of Directors work together to provide global governance. WE Charity is governed by a talented group of diverse and future-oriented

leaders, including the Chair of the US Board of Directors and the Chair of the UK Board of Directors filled by persons of colour.

**WE Charity announces Board of Directors appointments and transitions.**



# Greg Rogers

Chair, Board of Directors - Canada

LEARN MORE



# Kannan Arasaratnam

Chair, Board of Directors - USA

 

LEARN MORE

## North American Board of Directors

**Kannan Arasaratnam** (Chair of US Board)
NYC Transaction Services Market Leader at Riveron, MBA, CA, CPA, CSC
*Area of Expertise: Finance, Accounting, Corporate strategy, Consulting*

**Miranda Tollman** (Member of US Board)
West Luxury Magazine, Author and Art & Philanthropy Editor
*Area of Expertise: Media, Communications, and Fundraising*

**Andrea Farris** (Member of US & Canadian Boards)
Vice President, Stores and Corporate Applications at Bed Bath & Beyond
*Area of Expertise: Strategy, Operations, Digital Innovation, Business & Culture Transformation*

**Stanley Hainsworth** (Member of US Board)
Tether, Founder and Chief Creative Officer
*Area of Expertise: Global Brand Development, Advertising, Creative Strategy*

**Greg Rogers** (Chair of Canadian Board)
York University Faculty Member and Former Staff member of the Toronto Catholic District School Board's Staff Leadership & Staff Development Team
*Area of Expertise: Education, Curriculum development, Schools Boards releationshop management, K-12 education, Post-secondary education*

**Gerry Connelly** (Member of Canadian Board)
Former Director of the Toronto District School Board
*Area of Expertise: Education, Curriculum Development School Board Relationship Management, Finance, Operations, Human Resources*

**Dr. Steve Omenge Johnson Mainda** (Member of Canadian Board)
Chairman of Mediheal Hospital & Fertility Centre.
*Area of Expertise: health care, governance, insurance, risk mitigation, finance, development programming*

## UK Board of Directors

**Lord Rumi Verjee (Chair of UK Board of Directors)**
Founder, The Rumi Foundation
*Area of Expertise: Business, Governance*



**Craig Burkinshaw**

Founder, Audley Travel

Area of Expertise: Marketing, Business, Social Enterprise, Sales

**Carlos Pinto**

Independent Consultant

Area of Expertise: Strategy, Finance

**Neil Roskilly**



ABOUT WE

WE CHARITY

ME TO WE

GET IN TOUCH

© WE Charity, 2021. All Rights Reserved.



Legal & Privacy Policy  |  Notice to children under 13