# EXHIBIT 10

# Independent Review
(Executive Summary Version)

WE Charity Canada
and
Free The Children Kenya

Response to allegations of staff malfeasance

Matthew A Torigian
October 2020

**Executive Summary**

This report is an independent review of WE Charity Canada's response during a three year period (2017-2020) of identifying and investigating misdeeds by two senior directors in Kenya. This is a summary of my review and my findings about WE Charity's and its senior leaders' conduct in this situation.

1. **Engagement and Conclusions**

You have asked me to provide an opinion on five questions. The questions and my conclusions are as follows:

(1) Did WE Charity Canada engage qualified third-party agencies to help conduct the investigation and processes? **Yes**

(2) Is it evident that WE Charity Canada engaged in a collaborative process with local authorities, including providing materials to the Kenyan police? **Yes**

(3) Is Mr. Peter Ruhui a credible source of information? **No**

(4) Is Mr. Santai Kimakeke a credible source of information? **No**

(5) Did WE Charity Canada, and its leadership, and specifically Marc Kielburger, address this matter in a manner that was reasonable and responsible, and was the matter addressed within reasonable Canadian standards? **Yes**

2. **Summary of Conclusions**

This report is an independent review of WE Charity Canada's response upon learning of alleged fraudulent activity by a senior director at Free The Children Kenya, an independent affiliate of WE Charity Canada. As can often be the situation when detecting criminal wrongdoing, victimization frequently stretches beyond the substantive matter under investigation, placing people and property at unforeseen risks. The situation under review in this report is no exception.

The following are the key findings of my review:

- In 2017, WE Charity's oversight mechanisms alerted the organization to financial irregularities and possible fraudulent activity occurring at Free The Children Kenya, an independent affiliate of WE Charity Canada. The Director of Free The Children Kenya, Mr. Peter Ruhui, was identified as the person likely responsible.

- A well thought out plan was undertaken.  WE Charity's plan included steps to safeguard its projects, many of which impact the education and healthcare for thousands of children.

- WE Charity Canada sought legal advice and was advised that more work was required to prove fraud. The recommendation was that a full investigation be performed by a third-party agency.  WE Charity Canada notified the Board of Directors and retained the services of a qualified and respected independent investigative agency, with qualified legal and financial teams supporting.

- The forensic investigation revealed Mr. Ruhui was misappropriating funds and in violation of the charity's conflict of interest policies.

- Concerns about personal safety and protection of material evidence demanded a thorough and professionally managed plan offered by the investigative agency.  WE Charity Canada's lead worked closely with the investigative team and local police.  Mr. Ruhui was confronted with the allegations, confessed, was fired, and made restitution.

- In 2018 criminal charges were laid against Mr. Ruhui.

- In January 2020, another employee of Free The Children Kenya, Mr. Santai Kimakeke, was arrested and charged with extortion and forgery.

- Mr. Kimakeke signed a confession admitting to wrongdoing and sharing false information about the Charity and Marc Kielburger.

- At the time of this review, the criminal proceedings against Mr. Ruhui and Mr. Kimakeke remain active and before the courts in Kenya.

- Most victims of similar crimes wish to move quickly, especially when dismissing the alleged perpetrator seems a simple task.  WE Charity executives were wisely cautious.

- Early in the investigation WE Charity became aware of threats to the domestic safety of Mr. Ruhiu's wife (now ex-wife) and children. WE Charity worked diligently with Canada's High Commission in Kenya to facilitate the safe and secure passage of Mr. Ruhiu's wife and children back to Canada, and made their safety and security the top priority. The overall timeline of the investigation was driven by the need to prioritize the family's safety.

- WE Charity provided ongoing cooperation to, and coordinated with, the third-party investigative team and local police. WE Charity leadership including Mr. Marc Kielburger provided evidence that assisted the investigation and will be integral to the prosecution. Throughout the investigation Mr. Marc Kielburger worked collaboratively with the investigative agency and local police, and provided all material evidence required for criminal proceedings against Mr. Ruhui.

- The investigation demonstrated that Mr. Ruhui was an untrustworthy and non-credible source of information. The investigation into Mr. Kimakeke revealed him to be an untrustworthy and non-credible source of information

- By investigating the alleged wrongdoing, WE Charity Canada uncovered irregularities, proved the underlying criminality, identified those responsible, and exposed a serious risk of harm that facilitated the Mr. Ruhui's wife and children being moved to a safer environment. WE Charity's engagement of a qualified and skilled third-party investigative agency, which provided advice that safeguarded people, property, and purpose, led to the result that is now before the courts in Kenya. This strategy also assisted WE Charity Canada in further protecting its assets and reputation. The advice of the third-party investigative team to proceed with caution, citing concern about the wellbeing of innocent individuals was sage. Mr. Marc Kielburger and WE Charity senior leaders were professional and reasonable in their approach to the situation and in the actions they took in response. This is particularly true with respect to Mr. Kimakeke.

- In keeping with Canadian standards, WE Charity and in particular Mr. Marc Kielburger addressed these matters appropriately by keeping the Board and local authorities apprised. They took every reasonable step consistent with expectations in Canada and most developing countries.

- Importantly, the delicate balance of protecting the mission of the charity, the welfare of innocent victims and witnesses, and the integrity of the criminal justice system is an accomplishment not often realized in environments such as Kenya yet was certainly accomplished in this case.

## 3. Methodology

In conducting this review, I applied my experience in the policing and justice system, including my expertise in investigative procedures, to the facts of the situation and the relevant evidence. WE Charity responded candidly and fully to all the questions I asked, and provide clarification and additional information where requested.

## 4. Qualifications

Given the nature and complexities of the matters discussed in this report, a brief overview of my experience and qualifications is warranted. My diverse lens of assessment includes over 35 years in policing and the justice system, with an extensive and informed background on investigative procedures.

My relevant experience is as follows:

- Worked in policing for 29 years, which included amongst other assignments, conducting undercover, homicide, and criminal investigations
- Served as Chief of Police for the Waterloo Regional Police Service from 2007 to 2014
- Appointed Deputy Solicitor General for the province of Ontario, overseeing policing, the provincial police, private investigators, the police college, provincial security, the death investigation system including forensic pathology, and correctional services. In this role I was assigned as executive steward for rewriting the *Police Act*, including the establishment of Ontario's first Serious Fraud Office and the first Inspector General for policing
- Currently engaged as a Distinguished Fellow in the Global Justice Lab at the Munk School of Global Affairs and Public Policy working on police and justice reform with police services and governments in Europe, Africa, North and South America, and the Caribbean; designated as a policing expert by the International Association of Chiefs of Police; strategic advisor for a global police technology company; and as an independent advisor for reviews such as this
- Graduate of the FBI National Academy and the FBI National Executive Institute
- Invested as an Officer of the Order of Merit of Police Forces by Canada's Governor General