# EXHIBIT 14

**NON-PARTY SOURCES IN *FIFTH ESTATE* BROADCAST**

| CANADIAN SOURCES | |
|---|---|
| **Name** | **Time Code(s)** |
| Craig Kielburger | 31:06-31:47; 35:50-36:10; 38:50-39:20 |
| Marc Kielburger | 4:19-4:32; 38:50-39:20; 40:39-40:42 |
| Avery Scog | 3:48-4:17; 21:10-21:30; 21:30-21:38 |
| Leo Baeck Day School | 4:35-4:36 |
| Davidson High School | 4:19-4:32 |
| Pickering College | 4:36-4:37 |
| Meadowridge School | 4:38-4:39 |
| Westmount School Generosity Club | 4:39-4:40 |
| Prophix | 4:40-4:41 |
| St. Mary's | 4:42-4:43; 4:44-4:49 |
| Good Shepherd School | 4:43-4:44 |
| Iroquois Ridge High School | 5:22-5:24; 5:29-5:31 |
| Documents provided to Canadian Standing | 9:27-9:37 |

1

| | |
|---|---|
| Committee on Access to Information, Privacy, and Ethics | |
| St. Francis of Assisi Catholic School | 10:02-10:03 |
| Zac Whyte | 10:02-10:03 |
| Michelle Dunk | 10:02-10:03 |
| Jack Minor Senior Public School | 10:02-10:03 |
| Erin O'Toole | 10:02-10:03; 10:07-10:08 |
| Bill Howe | 10:02-10:03 |
| British Columbia School District | 10:06-10:07 |
| Tilssonburg News | 10:09-10:10 |
| Michael Pinball Clemons Foundation | 10:25-10:26; 10:43-10:49; 10:53-10:54; 10:56-10:57; 11:00-11:02; 11:03-11:04; 11:28-11:49; 16:38-16:42; 28:00-28:42; 35:34-35:37; 37:35-37:38; 40:43-40:48; 40:53-40:55 |
| H.O.P.E. Calgary | 10:48-10:49; 33:56-34:01 |
| Rotary Club of North Sidney | 10:54-10:55 |
| RBC Automotive | 10:57-10:58 |
| RBC | 11:07-11:16 |
| Margaret Jenkins Elementary School | 12:27-12:38 |
| Pat Finelli/Pizza Pizza | 16:38-16:42; 34:02-34:07 |
| We Charity Canada counsel | 18:04-18:30; 39:58-40:38 |
| Mattamy Homes | 20:18-20:19; 37:35-37:38 |

2

| | |
|---|---|
| Kim Campbell | 35:44-35:46 |
| Gilgan Family | 36:26-36:30; 37:35-37:38 |
| Caranci Family | 23:06-23:07 |
| Romano Family | 23:06-23:07 |
| Franca Family | 23:06-23:07 |
| Blackberry and Don Morrison, Blackberry COO | 35:28-35:31; 37:35-37:38 |
| Chip Wilson, founder of Lululemon | 35:32-35:34 |
| Royal Bank of Canada, former executive | 35:41-35:43 |
| YPO | 36:57-37:03; 37:35-37:38 |
| Freshii | 37:35-37:38 |
| RBC | 3:48-4:17; 11:07-11:16; 21:30-21:38 |
| Documents from WE Charity Canada HQ | 26:04-26:08; 36:25-36:30; 39:58-40:38 |
| Barry Meyerowitz | 37:35-37:38 |
| Marek Krol's School | 40:54-40:55 |
| Hugh MacDougall's school | 40:57-40:58 |
| Taylor Conroy/Change Heroes | 11:50-12:17; 12:18-12:26; 12:27-12:38; 12:39-12:42; 12:42-12:52; 35:37-35:40; 37:35-37:38; 40:59-41:04 |

4885-4481-1814v.1 0116066-000002

| AMERICAN SOURCES | |
|---|---|
| **Name** | **Time Code(s)** |
| Reed Cowan | 0:13-0:16; 6:24-6:45; 6:46-7:02; 7:03-7:07; 7:15-7:23; 7:24-7:33; 7:34-7:38; 38:36-38:44; 41:59-42:19; 42:22-42:33; 42:41-42:45 |
| Watson Jordan | 0:24-0:26; 2:58-3:12; 3:21-3:47; 13:23-13:48; 43:09-43:33 |
| Lori Styron | 0:34-0:38; 33:36-34:55; 37:30-38:33; 39:21-39:58; 41:22-41:55 |
| American Heritage School | 4:33-4:35 |
| Pledge to Humanity | 10:02-10:03; 36:26-36:30; 36:45-36:52; 37:13-37:24 |
| Unstoppable Foundation | 11:17-11:27; 20:16-20:17; 37:35-37:38 |
| Hopper-Dean Family | 23:03-23:04 |
| Beck Family | 23:05-23:06 |
| Valiant | 37:35-37:38 |
| Jeunesse Global | 36:26-36:30; 36:52-36:57; 37:35-37:38 |
| Premier Reality Advisor's School | 40:56-40:57 |

| OTHER | |
|---|---|
| **Name** | **Time Code(s)** |
| Governor Samuel Tunai | 15:17-17:06 |
| Virgin U.K. | 36:26-36:30; 37:08-37:12; 37:35-37:38 |
| Rukshan de Silva | 4:49-5:21; 10:23-10:24; 12:53-13:22; 26:47-27:02; 27:37-28:42 |
| SLO | 10:24-10:25; 11:00-11:02; 36:26-36:30; 37:35-37:38 |

4

| **OTHER** | |
|---|---|
| **Name** | **Time Code(s)** |
| Carol Moraa | 22:16-23:00; 23:08-25:52 |
| Kenyan Ministry of the Interior | 30:01-30:39 |

4885-4481-1814v.1 0116066-000002