# EXHIBIT 16

Me to We (http://web.archive.org/web/20130718161719/http://www.metowe.com/) » Speakers Bureau (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/) »

View all Speakers (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/) » Robin Wiszowaty

# Robin Wiszowaty

A community development worker and author, Robin serves as the Kenya Program Director with Free The Children. Robin spent a year living in a Maasai village. Since then, she has led hundreds of people on international volunteer trips each year. Using her fieldwork experiences, Robin shares stories about the lives of rural Maasai community members.

**Request speaker information**

## Ideal for:

| | |
|---|---|
| Women's/Girls' Groups | Non-Profit |
| Educators | Corporate |
| Student Leadership | Family |
| College/University Students | |

## Keynote Topics:

Book Robin Now! (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/book-a-speaker/?speaker=robin-wiszowaty)
**Call 1 647 259 3545**

1   **My Maasai Life**

2   **The Cutting Edge of Education in Rural Areas**

## Testimonials

*"We had Robin Wiszowaty speak to the entire school at our annual kick-off to our Peace Initiatives program. Her presence is all about energy and pure joy. 700 students were enraptured for an hour during Robin's presentation where you could hear a pin drop. She is gifted as a magical story teller and the story she told mirrored some of the adventures described in her amazing book, My Maasai Life. "*

*- Bruce Johnston, Principal Simon Fraser School Calgary, AB*

## Full Biography

**Robin Wiszowaty**

Born and raised in Schaumburg, Illinois, Robin Wiszowaty currently splits her time between Toronto, her adoptive home of Kenya and her work in Ghana. A motivational speaker, community development worker and author, Robin Wiszowaty has devoted her life to helping others.

Her curiosity about the disconnect between international development theory and fieldwork brought her to various villages, tribes and non-governmental organizations throughout Kenya and neighbouring countries.

Suddenly she found herself spending her days hauling water, evading giraffes and living in a tiny hut made of cow dung with her adoptive family in a Maasai village. Immersing herself in their culture and communicating solely in Swahili, she was forced to face issues she'd never considered: extreme poverty, drought, female circumcision, corruption—and discovering a love for a people in the most unexpected places.

Since then, Robin has made Kenya and Ghana her homes, serving as the Ghana and Kenya Program Director with Free The Children to implement long-term development projects in partnership with local communities. She also leads hundreds of people on international volunteer experiences each year. Drawing upon her fieldwork experience, Robin is able to share stories about the lives of rural community members.

**Recent News**

---

### Robin Wiszowaty



▶ Download bio (http://web.archive.org/web/20130718161719/http://cdn6.freethechildren.com/wp-content/blogs.dir/2/files/2013/04/Speakers-OnePager-Robin-v4.pdf)

--------------------------------------------------------------------------------

▶ Request this speaker (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/book-a-speaker/?speaker=robin-wiszowaty)

--------------------------------------------------------------------------------

▶ Follow on Facebook (http://web.archive.org/web/20130718161719/https://www.facebook.com/robinwiszowaty)

--------------------------------------------------------------------------------

▶ Follow on Twitter (http://web.archive.org/web/20130718161719/http://twitter.com/RobininKenya)

# Speakers Bureau

▶ Book a Speaker (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/book-a-speaker/)

▶ Browse by Speaking Topic (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/topics/)

▼ View all Speakers (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/)

   ▶ Craig Kielburger (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/craig-kielburger/)

   ▶ Marc Kielburger (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/marc-kielburger/)

   ▶ Spencer West (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/spencer-west/)

   ▶ Molly Burke (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/molly-burke/)

   ▼ Robin Wiszowaty (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/robin-wiszowaty/)

   ▶ Roxanne Joyal (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/roxanne-joyal/)

   ▶ Raymond Ablack (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/raymond-ablack/)

   ▶ Scott Hammell (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/view-all-speakers/scott-hammell/)

▶ Search for Speakers (http://web.archive.org/web/20130718161719/http://www.metowe.com/speakers-bureau/search-for-speakers/)

## Speaker Video Gallery

**Robin Wiszowaty and Selena talk about Me to We Artisans**

 (http://web.archive.org/web/20130718161719/http://www.youtube.com/watch?v=9ciVhRU6rZU&feature=plcp) (http://web.archive.org/web/20130718161719/http://www.youtube.com/watch?v=9ciVhRU6rZU&feature=plcp)Robin Wiszowaty talks with Selena, the chair lady of the women's group in Sikirar, Kenya, about Me to We Artisans.

**Robin Wiszowaty on her journey to Kenya**

 (http://web.archive.org/web/20130718161719/http://www.youtube.com/watch?v=p8iudLUCXAw&feature=plcp) (http://web.archive.org/web/20130718161719/http://www.youtube.com/watch?v=p8iudLUCXAw&feature=plcp)Robin speaks to 20,000 youth at We Day about what it is like to live in a mud hut in rural Africa.

**Robin Wiszowaty on the O'Regan Files**

 (http://web.archive.org/web/20130718161719/http://www.youtube.com/watch?v=nEx4VbglQdI&feature=plcp) (http://web.archive.org/web/20130718161719/http://www.youtube.com/watch?v=nEx4VbglQdI&feature=plcp)Robin's interview with Seamus O'Regan touches her life growing up in Chicago, moving to Kenya, and her thoughts for the prospects of development in her new home.

## Speaker Photo Gallery


(http://web.archive.org/web/20130718161719/http://cdn7.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/IMG_5642-copy.jpg)


(http://web.archive.org/web/20130718161719/http://cdn6.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/Robin-Wiszowaty-Credit-Photo-to-Me-to-We-003.jpg)


(http://web.archive.org/web/20130718161719/http://cdn5.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/robin-large-1-e1348615117877.jpeg)


(http://web.archive.org/web/20130718161719/http://cdn6.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/Robin_Wizsowaty_Speaking.jpg)


(http://web.archive.org/web/20130718161719/http://cdn7.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/David_Thai_We_Day_10197.jpg)


(http://web.archive.org/web/20130718161719/http://cdn6.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/robin-large-2.jpeg)




(http://web.archive.org/web/20130718161719/http://cdn7.freethechildren.com/wp-content/blogs.dir/2/files/2012/08/metowe_robin2.jpg)


(http://web.archive.org/web/20130718161719/http://cdn7.freethechildren.com/wp-content/blogs.dir/2/files/2012/09/IMG_5168-e1348618949891.jpg)

## Books



(http://web.archive.org/web/20130718161719/http://shop.metowe.com/products/mymaasailife)
(http://web.archive.org/web/20130718161719/http://shop.metowe.com/products/mymaasailifeachildsadventureinafrica)

Our award-winning and bestselling books share stories that transform your life and the world around you. Pick your guide to change the world.

See all



(http://web.archive.org/web/20130718161719/http://www.metowe.com/)

**Me to We is an innovative social enterprise that offers socially conscious and environmentally friendly products and life-changing experiences.**

Search the website...

---

Copyright 2013 - Me to We | Legal / Privacy (http://web.archive.org/web/20130718161719/http://www.metowe.com/donations/tos-privacy/) | Contact Us (http://web.archive.org/web/20130718161719/http://www.metowe.com/about-us/contact-us/)

