To Whom It May Concerns:

Our names are Chris Besse and Kannan Arasaratnam, and we have served as members for the WE Charity's Board of Directors for over a decade; working closely with WE Charity's executive director on financial reviews and governance. The Board of Directors is composed of leading experts on finance, governance, business, education and social justice, who oversee WE Charity across Canada. In addition to guiding the work of the charity, our board provides legal and financial oversight—including the review and approval of the annual budget, oversight and approval of independent audits, approval of real estate purchases, and the ongoing review of WE Charity's financial well-being.

Our cumulative experience in corporate and financial sectors allows us to offer informed and responsible guidance and oversight to the charity, ensuring the highest levels of integrity in their work. We both have served in various senior executive roles in the for-profit sector in Canada and the US, and thus have an important perspective of financial governance, analysis and decision-making.

We wish to state the following:

I.  **Alignment of Real Estate Strategy & WE Charity Mission**
    - WE Charity's primary purpose and mission is the empowerment of youth around the world to change the world locally and globally. The Board of Directors and Management focus on aligning all resources to support this mission.
    - The position of the Board of Directors regarding real estate has always been to ensure that the any property and real estate directly and/or indirectly support our mission, programs, staff and/or community.
    - Even though the charity started as an international development organization, more than half of our work is now domestic, largely focused in Canada, helping to engage students, educators and schools. Having a physical space where we can safely engage students, both in person and virtually is a core part of our mission.
    - WE Charity has been able to create spaces in its buildings for leadership development workshops, classroom-style presentations, 1:1 mentoring spaces, and spaces to welcome donors.
        - The same way a hospital, Universities or YMCA uses its space to fulfill its mission, the Board of WE Charity seeks to ensure our programming can be delivered in safe, accessible, and welcoming environments for children and youth.
    - The Charity now welcomes tens of thousands of students, teachers and parents a year to our physical location in Toronto. Our domestic program activities are comparable to how hospitals, children's camps or a YMCA uses their space to fulfill its mission.
    - The real estate strategy outlined above has helped enabled an industry leading 10% administration rate, ensuring donations go directly to programs that impact children and youth.
    - It is important to note that the organization previously had commercial and residential properties in the Cabbagetown area of Toronto. All these properties have now been sold and its operations are based out of Regent Park/ Moss Park region. This region was chosen, in part, due to the need in the local community, accessibility for schools and educators, staffing considerations as well as the opportunity to develop a future Center for Social Entrepreneurship. All current organizational properties are used for commercial activities, including programming and office space for staff. The Charity does not provide permanent or semi-permanent accommodations for its (younger) staff, as it did 5-10 years ago.

- All real estate transactions were primarily funded by targeted donations (i.e. the donor specifically requested the funds be used to support the charity's real estate strategy), supplemented with funds made from gains from disposed real estate over the years.
- The alignment of real estate to mission has been and continues to be part of the strategy since 2005.

## II. Professional Advice to WE Charity with respect to real estate

- WE Charity adopted an early philosophy of utilizing real estate as an organizational asset rather than expense whenever possible.
- Unlike many organizations of our size and scale, WE Charity does not have a formal endowment. Our strategy has, instead, been to invest and hold in functional real estate has allowed the organization to:
    a) Have a reasonable financial base for a growing global charity;
    b) Enable the organization to maintain an industry leading 10% administration rate, ensuring donations go directly to programs that impact children and youth; and
    c) Leveraging our real estate akin to a "reserve fund" for our operations. The Board made a conscious decision many years ago that it was a wise course of action to set aside some funds for unforeseen challenges. This approach is often considered a best-practice in our sector and supported by groups such as Charity Navigator. Having some reasonable amount of financial resources set aside is also something we need to certify and disclose when applying for select large-scale grants and donations. It is important to note that our real estate investments, which is used as a functional reserve fund, represents less than one year of our operational budget.
- Scott Baker, WE Charity Executive Director from Dec 2010 to Jan 2019; worked directly with a series of expert advisors in evaluating the overall strategy, specific details with respect to each transaction.  Advisors included real estate, law firms, banks and financing experts, and financial analysts.
- This strategy allowed WE Charity to avoid substantial leasing or rental costs and enabled us to spend our funds on projects rather than administrative costs at leading industry standards of 10%.

## III. Governance and Oversight of all transactions

- The board was engaged fully in the defining of the strategy to leverage real estate as an asset rather than an expense and provided full approve to management to move in this direction.
- All real estate transactions by the charity, including the sale and purchase of properties required a detailed, thorough evaluation and approval first both of us, and then from the full Board of Directors itself.  The process included:
    - Independent assessments from realtors on the value of all properties to ensure fair and reasonable market prices were used in all transactions;
    - A clear and specific reason for the purchase of additional office space based on the needs and growth of WE Charity;
    - A complete understanding of the financing and funding for the purchase of any property;

- - A complete understanding of how the proceeds from the sale of any property would be applied;
    - A board resolution noted in the board meeting minutes with copies provided to the auditors of WE Charity;
    - Governance and oversight with respect to all details of the transactions including who owned properties being purchased and to whom properties were being sold; and
    - Complying with approved policy that management does not use any project-designated funds and/or any funds from schools or children to finance these purchases of real estate.
  - Through this strategy, WE Charity has maintained an 10% or lower administration rate for the last 15 years, something unique in the industry and valued by our supporters.
  - The organization has received tens of millions of dollars of donations specifically targeted to its infrastructure and future stability. This is largely from high net worth individuals, family foundations and targeted bequests. The WE Global Learning Center is a prime example of this generosity of a handful of key supporters. As a matter of policy, we have never used any project-designated funds and/or any funds from schools or children to finance these purchases of real estate.
  - We are extremely proud of the innovative and wise approach WE Charity's management has taken to leveraging real estate to ensure a strong financial base and that funds are spent on programs and not leases.

IV. **Charitable Industry Standards**
  - The Charitable Sector has a series of independent third-party organization which evaluate charities based on the best practices in the industry.
  - WE Charity has been independently evaluated annual by Money Sense, Charity Intelligence and Charity Navigator, and has received top scores for the oversight and management of WE Charity.
  - It is often recommended by the 3rd party independent evaluators and sector experts that well run and strong organizations should maintain 10-18 months of operational cost in the form of assets.
  - The Board of Directors of WE Charity has requested that management that it maintains a reasonable reserve fund to ensure the financial stability of the organization and has agreed that real estate is a very wise way to hold those assets.

V. **WE Charity Senior Management team:**
  - We have known the leadership team and the co-founders for over a decade now, and we have immense trust in their decision-making process, integrity and transparency.
  - Our board is proud of WE Charity's on-going commitment to financial transparency and accountability which resulted in the organization growing in compliance with CRA and IRS regulations as well as meeting gold standards of independent third agencies. This includes:
    - Independent third-party audit and accounting firms conduct audits of WE Charity every year in Canada and US; Kestenberg . Rabinowicz . Partners LLP and Swiantek, King & Pasieka, LLP respectively. The organization has

- - received "unqualified audit rating", which is the highest possible rating for such a report;
  - WE Charity has received a four-star score and rating on Charity Navigator, with a total score of 94.74 (out of 100), scoring 97.5 on financials and 93 on accountability and transparency;
  - MoneySense magazine's 2018 Charity 100 gave WE Charity an A grade including A+ grades for governance, fundraising efficiency and overall efficiency; and
  - WE Charity has been subject to over a dozen independent evaluations on various matters of its operations and governance, and such reviews are posted on its web site.
- WE Charity CFO, Mr. Victor Li, is a long-standing team member and joined the organization in September 1999. He holds a bachelor's degree in Accounting and post-graduate in Finance. In addition, he is a CPA and CGA in Canada since 2003, is a certified accountant in the US since 2004 and is also a certified accountant in China since 1995. Mr. Li has gained the trust and respect of WE Charity's board of directors, advisors and senior leadership based on his extensive work experience, strong work ethics and integrity.

Signed:

Chris Besse
Board Member, WE Charity

Kannan Arasaratnam, CPA, MBA
Board Member, WE Charity