# EXHIBIT 4

My name is Robin Wiszowaty, and I have worked with WE for the last 16 years. Throughout this time, I have played several different roles. I began as a youth empowerment facilitator and motivational speaker at schools and events throughout Canada and the United States, and would facilitate international volunteer trips for high school students and families. Most notably, I have served as the Country Director for several of our international locations, including Ghana, the Dominican Republic, and Ecuador. I am currently the Regional Head of East Africa for WE, directly overseeing our work in Kenya.

My role includes holding the responsibility and accountability for our financial integrity, the quality of our development work, the legal structures for our standing in Kenya, and leading the team on the ground toward our vision. I have received your questions to seek clarifications, and I would like to make the following statements:

1) The WE Villages Model of Development transforms Communities
    a) As a development professional with over 15 years of experience in the field, I can unequivocally state that the WE Villages model delivered by Free The Children in Kenya is innpactful, transformation, and efficient.
    b) I have personally met with community leaders and consistently hear how important the partnership with Free The Children Kenya is for the region. We have partnerships with all level of governments in the area, and they are committed to our relationships for the beneficial impact to their constituents.
    c) In our model, we work with communities for 5 to 7 years with the goal of transitioning all projects to community ownership. This is sustainability. Our team has successfully transitioned out of 12 communities which now have access to quality education, access to clean water and health, improved agriculture and food security practices, and are generating improved incomes on a household level.

2) Community Led Development versus Donor Led Development
    a) A core principal of our work in Kenya is that we seek to have the people and communities, with which we partner, define the projects. This is one of the best practices of successful and sustainable community development.
    b) WE Charity Canada supported this approach by associating donors to pillars much more so than specific projects.
    c) It is clear and our team is aware that WE Charity Canada has taken this approach to help allow for Free The Children Kenya and the local communities to best define the projects and programs on the ground.
    d) The integrity of our community development work is exemplary. We pride ourselves on investing stakeholder contributions to high impact initiatives. I began a career in humanitarianism after living with a Maasai family in their traditional village for a year, fetching firewood and water, learning their language of Swahili. The commitment and love I developed for the family which adopted me expanded to the people of the region and country. It became my life work to partner with community members, identify and implement empowering capacity-building opportunities for their sustainable and holistic development.
    e) Within Free The Children Kenya, I saw an organization doing authentic, transparent, impactful development work being lead by community leaders. Throughout the last two decades, I have been proud to stand in the purpose and honour of community transformation with the collaborative creation of the regional Baraka Hospital, Kisaruni Milimani Girls High School,

      Kisaruni Ngulot Boys High School, WE College, Oleleshwa Farm, and 30 partner communities across Narok and Bomet.

    f) I take the responsibility of ensuring each dollar and shilling is properly spent, and I conduct a review and approve budgets in accordance to the vision. Before COVID-19 predicated a family move back to the US, I personally would go to Narok to see the progress of our projects, meet with community members and leaders to understand their voice on the impact of our work.

3) There is an allegation that a story was created to present to visiting potential donors in order to better position the need for a school within the community of Enoosoito. There is no level of truth to this. Here are the facts of why Enoosoito requires a school within its community:

    a) The average income per household in Enoosoito is $1 USD per day. There are over 600 school aged children within Enoosoito.

    b) There are two seasonal rivers which flow around Enoosoito, and are between the homes and the nearest schools. The rivers flood 3-4 months of the year during the rainy season, and therefore the pathway to the nearest schools becomes impassable.

    c) The community had approached the government, asking for approval for Enoosoito to have its own primary school. In 2018, the government approved Enoosoito to become a full primary school. The missing piece in this was the funds to construct the classrooms.

    d) Free The Children Kenya partners with mobilized communities who require educational infrastructure, which is then built in partnership with the local government office of education in their continued management of the school.

    e) Free The Children Kenya, Enoosoito community, and the local government office of education agreed on a partnership to build the school together.

    f) Volunteers and potential donors are welcomed to visit communities to understand the community development model. Some of these potential donors had visited Enoosoito, at which point we introduced them to the school administration and students.

    g) There was no inflation of the truth in order to seek funds for the community of Enoosoito. Facts were shared with visiting potential donors, who came on site to the community in the year 2018.

4) Me to We Trips to Kenya are extremely impactful:

    a) I can in full confidence share that the impact of Me to We trips on our work in Kenya is extremely positive and often transformative for our work in Kenya.

    b) The community members with which we partner have shared they have a very positive experience in welcoming guests to visit them. Students at the schools appreciate the opportunity to engage and meet with students from Canada and the US and learn about their lives. It provides an opportunity for learning and sharing that has resulted in increased awareness and empowerment for students in Kenya.

    c) The impact has been transformational when donors or potential donors have visited our projects and made commitments to support future projects. I have personally hosted many donors who have made such commitments to projects such as:
        i) Kisaruni Group of High Schools
        ii) WE College
        iii) Baraka Hospital

      iv) Support for full communities and the delivery of all WE Villages project and programs over 5 years.

    d) We have regularly been able to host Board Members of the WE Charity Canada Board of Directors, providing them the opportunity to meet the communities with which we partner and see the projects funded by WE Charity Canada.

5) There is a claim coming forward through CBC is that Baraka Hospital would invite community members who were not ill to be on site at the hospital during volunteer tours in order to have the hospital to appear to be busy. This is not true.
   a) During certain times that guests would be scheduled to visit Baraka Hospital to tour the facility and learn about healthcare in the region, the Baraka team would align scheduling of regularly offered services such as post natal clinics, trainings, or immunization days.
   b) The purpose of this collaborative scheduling was to enable guests to see the range of services offered on any given day, and for community members to get the chance to see guests visiting their health facility. This was a meaningful exchange in both directions, as guests were always quite interested to see services in action as it deepened their understanding and prompted additional learning. This was meaningful for community members, as they repeatedly shared with us the level of encouragement and support they feel when getting the opportunity to interact with guests.

6) Direct Oversight & Diligence of Free The Children Kenya is Strong
   a) In my role as Country Director, I oversee all aspects of Free The Children Kenya work including its finances and accounting functions.
   b) We have built an organizational structure to ensure proper oversight of the Accounting and Finance functions. A strict set of protocols has been created to ensure financial integrity, which is executed under my leadership. These include:
      i) Governance and financial control systems are in place, and fully complied with, to ensure funds are spent appropriately and on projects that have an impact
      ii) Reviewing a monthly reconciliation of the expenditures against the budget to
         (1) Stay on budget
         (2) Understand in/efficiencies
         (3) Track and highlight variances from the budget, unexpected expenses, and irregularities
         (4) Identify areas of savings
      iii) Significant controls to ensure all funds are tracked in detail
      iv) Clear lines of accountability with WE Charity Canada, and ensure the governance expectations of WE Charity Canada, as Free The Children's primary funder, were met. This includes regular financial reporting and compliance with local regulations.

7) Free The Children has strong Independent Financial Management:
   a) We have strong financial records and oversight. Within this effort, I work together with WE Charity Canada's Chief Operations Officer, the Group Chief Accountant, and Directors who oversee a budget.
   b) In 2017, the decision was made with the full knowledge and consent of the WE Charity Canada Board of Directors to outsource the management of our accounts and financials to an independent third party. In Kenya, WE partnered with Alexanna Limited. Each are a financial management and oversight firm who reviews and is accountable for our control methods, accounts, management reports, and audits.

DocuSign Envelope ID: C7F33673-8F4F-46C9-9643-C71C72861B85

8) We have built an organizational structure to ensure proper oversight of the Accounting and Finance functions. A strict set of protocols has been created to ensure financial integrity, which is executed under my leadership. These include:
    a) Governance and financial control systems are in place, and fully complied with, to ensure funds are spent appropriately and on projects that have an impact
    b) Reviewing a monthly reconciliation of the expenditures against the budget to
        i) Stay on budget
        ii) Understand in/efficiencies
        iii) Track and highlight variances from the budget, unexpected expenses, and irregularities
        iv) Identify areas of savings
    c) Significant controls to ensure all funds are tracked in detail
    d) Clear lines of accountability with WE Charity Canada, and ensure the governance expectations of WE Charity Canada, as Free The Children's primary funder, were met. This includes regular financial reporting and compliance with local regulations.
    e) In summary, I oversee the financials of WE related entities in Kenya, and I work with the Group Chief Accountant and specific Directors to manage all budgets. I also work directly with WE Charity Canada's Chief Operations Officer in all areas related to finance, financial tracking, control systems, and governance.

9) The allegation that we double match donors to the same water project at Kipsongol is not correct, nor in line with how we match funds to the development work. Our donor stakeholders are matched to a pillar of impact opposed to specific structures or projects. This is true within each of our pillars, and this is true within the water pillar at Kipsongol. We have had several independent evaluations on our matching process, including mostly recently forensic investigative accountant Dr. Al Rosen, who has shown our integrity of this process.
    a) To bring sustainable clean water to a community is a much more in-depth and lengthy process than to drill a borehole. There are programmatic elements to engage the community in the process months in advance before a borehole is drilled.
    b) Our field team mobilizes, forms, and trains the community to elect a Water Management Conrinnitttee which will be responsible and accountable for the water project. This is modelled after the successful approach within education that a School Management Committee is responsible for a primary school.
    c) There is an accompanying curriculum on topics varying from basic concepts of group formation, conflict resolution, election of officials to the technical and specific aspects of maintenance of equipment and financial management of the project.
    d) There is ongoing sensitization with the community on their commitment to pay for water in order for the water management committee to be able to financially sustain the project over the long-term.
    e) After the hydrological survey, environmental assessments, drilling of the borehole, construction of the storage tank, construction of the access points at 'water kiosks', laying the connection piping, and celebration of its opening begins some very significant work: the sustainability and on-going support of the Water Management Committee through a series of predictable issues which arise in borehole and well projects across the world.
    f) Bringing sustainable clean water to a community is a multi-year ongoing efforts which has infrastructure, program, and staffing costs associated with it. Its success comes together through a community of support. To this effect, donors are not matched to a project, but to the pillar as a whole to meet the ultimate objective of safe, clean drinking water for generations to come.

10) An allegation was made that a kitchen at a women empowerment center was disassembled when donors left. This is a small piece of a larger situation, and it appears as though your source had only partial information and improper context.
   a) The Women's Empowerment Centre is designed to be responsive to the requests of the women. Prior to launch the women voice that they would like an area that could function as a basic kitchen to prepare tea and lunch. When the WEC launched, that room had a table, benches and chairs for women to sit, an outdoor sink, kitchen supplies, and two jikos outside (outdoor small open charcoal stoves). The adjoining room was much larger, and although originally devised as a classroom, it quickly became a favorite sitting area for the women.
   b) The women asked for a sewing area, and the former lunch room became a sewing room.
   c) At the Women's Empowerment Center, the women continue to have access to the sink, jikos, and basic supplies for food prep and tea prep. They also have access to the more substantial kitchen space and supplies across the street at Kisaruni.
   d) To be clear, the women did not lose anything in the process, and everything they had at the launch and more continues to be available to them.
   e) Like any new space, rapid changes were made once women started using the space. The space belongs to the women, and we believe that they can change their minds as often as they want.
   f) In fact, since that opening a number of rooms in the Women's Empowerment Center have been repositioned as the women express what they want. The sewing machines have been used over the last several months by women making masks for their communities. We are proud of the work, process, and impact of the Women Empowerment Center and the leadership role the women take in the decision making of its purpose.

I am confident in our work, our integrity, and in the model of sustainable impact of our projects. I am proud to be a part of a team and movement which has played a part in a transformation which has occurred within Narok over the last 20 years.

Genuinely,



DocuSigned by:

aliswettli
4417230A97384C6

Robin Wiszowaty
Regional Head of East Africa for WE
1/7/2021