# EXHIBIT 5

To the CBC

My name is John Mwai Karega. T am a Certified Professional Accountant with over 13 years of experience, a holder of Bachelor of Commerce degree in Accounting from the University of Nairobi, and a member of the Institute of Certified Public Accounts of Kenya. I have extensive experience in the non-profit and charitable sectors in Kenya. I have also worked at one of the Big 4 Auditing firms.

I am employed as the Group Chief Accountant at Alexanna Limited, a financial management and oversight firm with clients from several large companies within Kenya. Our firm and I manage the financial and accounting activities of Free The Children Kenya I have significant knowledge of the country, operations, governance and financials for Free The Children Kenya.

With this as context, I would like to make the following statements:.

1. WE Villages is a strong and impactful development program
    a. As a Kenyan, I am proud to work with an organization that provides meaningful and impactful programs in my country in areas of great need.
    b. Free the Children team in Kenya is made of a diverse group of development, financial and legal professionals who set a very high standard for development work in the region

2. Free The Children Kenya delivers on the donors' intentions and projects
    a. There is a clear quarterly project and milestone review between Free The Children Kenya and WE Charity Canada, which includes a review of donations received in Canada and those donations' intentions.
    b. We have in place significant controls to ensure that all funds are tracked in detail.
    c. There is a clear, strong approval system for all transactions to ensure funds are spent on intended projects and programs
    d. It is clear to the staff of Free The Children in Kenya and the guests who visit the projects that donors are matched to a "pillar" (water, education, health, food, economic empowerment), that the components of the projects and programs in each pillar are required for the desired outcomes of the pillar work.
        1. Donors are associated to a community and pillar in recognition of the inter-related nature of the WE Villages 5 pillar model.
        2. If you plan to make any statements in your documentary about donor matching, it is imperative to understand (i) the process and (ii) the process has undergone third-party forensic accountant reviews to confirm that the system is sound and donors are appropriately matched
        3. There is no "double matching" in any manner which would be inappropriate or would deceive donors.

5th Floor, Piluthalga Shopping Centre,<br>
Limuru Road, P.O. Box 0284-00619<br>
Nairobi, Kenya<br>
Tel: -I-254 727 335 800

3. WE Charity Canada funds Free The Children Kenya to deliver the WE Villages program
    a. WE Charity Kenya provides Free The Children Kenya with funds to pay for all costs associated to the delivery of the programming.
    b. These funds are sent to Kenya with the understanding of the donor intentions, and Free The Children Kenya delivers on the programs and projects that donors from Canada have supported.
    c. All funds are being spent properly spent and any counter assertion to this is completely false.
    d. Free The Children Kenya works with local vendors to ensure the delivery of all funded projects on time and on budget
    e. On an annual basis we do a vendor review to ensure we have the right quality vendors in place for the organization '

4. I would like to reaffirm that all project designated funds have been spent on the projects and programs serving the communities we work in here in Kenya.
    a. There exists a clear quarterly project and milestone review between Free The Children Kenya and WE Charity Canada, which includes a review of donations received in Canada, the USA and the intentions of those donations.

5. The organization has established accountability to WE Charity Canada
    a. There are quarterly financial reviews with WE Charity Senior staff
    b. An annual detailed review of financials with WE Charity Canada senior staff includes reviewing bank statements, audits, projects, and control systems.
    c. Quarterly site visits from WE Charity Canada COO and other senior team members to review projects, controls, and all financial files.

6. Free The Children Kenya has a clear line of independence in reporting
    a. As I am employed by Alexanna, which is a 3rd party and independent of the Free The Children Kenya team, we provide an additional level of oversight and accountability for all aspects of the finances.
    b. There are strong control systems in place to ensure only approved, and verified expenditures are paid for by Free The Children Kenya.
    c. Any insinuation that donor dollars are being misdirected in any manner is false. I am troubled by the false characterization and misinfomiation of your sources. The organization has bene subject to multiple audits in Kenya and elsewhere. This includes an extensive audit from a well-respected forensic auditor in Canada, Dr. Al Rosen.
    d. I would be pleased to be interviewed by your agency to share the facts and how the contribution of donors are being managed in communities Free The Children serves.

As a CPA and financial professional, I take my role and responsibility very seriously. I am proud of the system of controls and oversight we have in place and can confidently say that there is and has been a proper accounting of all funds spent and projects implemented within Kenya.

Sincerely,

John Mwrad, CPA
C/O    exanna Limited

ADVOCATE AND COMMISSIONER FO