# EXHIBIT 6

To Mr. Harvey and CBC,

My name is Justus Mwendwa, and for the last 10+ years, I have worked with Free The Children Kenya.

In my role as the Senior Director of Free The Children in Kenya, I get the opportunity to directly oversee our development programming within each pillar (education, health, water etc.), engage and mobilize communities and be part of many planning meetings with community members and our talented, diverse group of staff. I want to share the following statements.

- I have been part of literally hundreds of senior planning meetings with our teams from Canada and Kenya, including with Marc and Craig Kielburger, in preparation to showcase visiting donors and potential funders our work and the daily services we offer. I confirm that at no point have we ever asked community members to show up a Baraka hospital, even when they are not sick, to be used as "props" to mislead donors to show the hospital is full. It is certainly not part of any "checklist" for trips.

- Our model of development and engagement of donors does not exploit community members as we work in partnership with them. Any suggestion that we ask community members to "pose" at our projects is misleading and not accurate.

- Your sources failed to share the true purpose that the team at Baraka Hospital would often schedule needed post-natal or immunization clinics, give health talks on various topics, offer free medical examinations of vitals throughout the year, and coordinate with the Ministry of Health. These activities are planned and executed regardless of donors' visits. As part of our community mobilization team's role is to raise awareness on these services and talks to community members and invite them to attend, which can often coincide with donor visits. This is when community members who might not be sick are invited to go to the hospital as part of health awareness and education activities.

- I would like to offer another on the record interview with the Fifth Estate to ensure you have the correct facts about the above matter, so there is no misinformation or characterization of any events based on your sources.

Regards,

Justus Mwendwa
Senior Director, WE Villages Kenya