IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>    **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>    **Defendant**. | Civil Action No. 1:22-cv-00340<br><br>ORAL HEARING REQUESTED |

**ERRATA TO REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR *FORUM NON CONVENIENS* AND TO DISMISS COUNTS II -IV OF THE COMPLAINT FOR LACK OF SUBJECT-MATTR JURISIDCTION**

  In ECF No. 22, filed June 24, 2022, Attachment #18, the Declaration of Harvey Cashore, erroneously consists of two blank pages.  By this errata Defendant Canadian Broadcasting Corporation is filing the Declaration of Harvey Cashore and linking it to ECF No. 22.  Defendant apologizes for the error.

Dated: June 27, 2022    Respectfully submitted,

                /s/ Nathan Siegel
                _____
                Nathan Siegel (DC Bar No. 446253)
                Rachel Strom (admitted *pro hac vice*)
                Courtney DeThomas (DC Bar No. 888304075)

                DAVIS WRIGHT TREMAINE LLP
                1301 K Street N.W., Suite 500 East
                Washington, DC  20005
                (202) 973-4200
                (202) 973-4499 (fax)
                nathansiegel@dwt.com
                rachelstrom@dwt.com
                courtneydethomas@dwt.com

                *Attorneys for Defendant*
                *Canadian Broadcasting Corporation*