IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>               **Plaintiff**,<br><br>v.<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>               **Defendant**. | Civil Action No. 1:22-cv-00340 |

**DECLARATION OF HARVEY CASHORE**

1. My name is Harvey Cashore. I make this reply declaration in support of the CBC's Reply in Support of its Motion to Dismiss for *Forum Non Conveniens* and to Dismiss Counts II-IV of the Complaint for Lack of Subject Matter Jurisdiction. I make this declaration from personal knowledge and am competent to testify to the facts stated herein.

2. Attached hereto are true and correct copies of documents I received from WE Charity, including:

   a. **Exhibit 1** is a true and correct copy of a document WE's management provided entitled "Statement in Response to Testimony by Charity Intelligence before the Standing Committee on Finance."

   b. **Exhibit 2** is a true and correct copy of a document that I received from WE Charity's management in Toronto that was co-authored by Kannan Arasaratnam.

   c. **Exhibit 3** is a true and correct copy of an email I received from Dalal Al-Waheidi.

   d. **Exhibit 4** is a true and correct copy of a letter from Robin Wiszowaty regarding WE Charity's Kenyan operations.

   e. **Exhibit 5** is a true and correct copy of a letter from We Charity's Kenyan accountant, John Mwai Karega.

2

      f.   **Exhibit 6** is a true and correct copy of a letter from WE Charity's Kenyan director, Justus Mwendwa.

      g.   **Exhibit 7** is a true and correct copy of a statement by a Kenyan private investigator named Joseph M. Kamau.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Executed on June <u>23</u>, 2022 s

_____
Harvey Cashore