IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY, <br><br> *Plaintiff,* <br><br> vs. <br><br> CANADIAN BROADCASTING CORPORATION, <br><br> *Defendant.* | Civil Action No. 22-00340-RDM |

**DECLARATION OF RODNEY A. SMOLLA IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Rodney A. Smolla, hereby declare:

1. My full name is Rodney A. Smolla.

2. My current office address and telephone number are:

    164 Chelsea Street,
    South Royalton, VT. 05068
    Tel: (802) 831-1251

3. I am admitted to the Bars of the State of Delaware (admitted 2016, Bar No. 6327) Virginia, (admitted 1996, Bar No. 32768), and Illinois (admitted 1979, Bar No. 3125192), as well as the United States District Courts for the District of Delaware, the Northern District of Illinois, the Eastern District of Virginia, the District of Colorado, the United States Courts of Appeals for the District of Columbia, Second, Third, Fourth, Seventh, and Ninth Circuits, and the Supreme Court of the United States.

4. I have never been disciplined by any bar.

1

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I have not engaged in the practice of law from an office located within the District of Columbia.

Dated: July 28, 2022

Rodney A. Smolla