IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>    6500 Main Street, Suite Five<br>    Williamsville, NY 14221<br><br>                      *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>    205 Wellington Street West<br>    Toronto, Ontario M5W 1E6<br>    Canada<br><br>                      *Defendant.* | Civil Action No. 22-00340-RDM |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the motion by Plaintiff WE Charity for admission of attorney Rodney A. Smolla *pro hac vice*, it is hereby ORDERED that the Motion for Admission of Rodney A. Smolla *pro hac vice* is GRANTED.

SO ORDERED:

Dated: _____, 2022

                                                          The Honorable Randolph D. Moss, U.S.D.J.