**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WE CHARITY,

*Plaintiff,*

vs.

CANADIAN BROADCASTING
CORPORATION,

*Defendant.*

Civil Action No. 22-00340-RDM

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2, Plaintiff WE Charity moves for the admission and appearance of attorney Rodney A. Smolla in the above-entitled action. This motion is supported by the Declaration of Rodney A. Smolla, filed herewith. Pursuant to Local Civil Rule 7(m), I conferred with counsel for Defendant to determine if Defendant opposes this motion; Defendant's counsel indicated that they consent to the motion.

As set forth in Mr. Smolla's declaration, he is admitted and is an active member in good standing with the Bars of the States of Delaware, Illinois, and Virginia, the United States District Courts for the District of Delaware, Northern District of Illinois, the Eastern District of Virginia, and the District of Colorado, the United States Courts of Appeals for the District of Columbia, Second, Third, Fourth, Seventh, and Ninth Circuits, and the Supreme Court of the United States. A certificate of good standing for Mr. Smolla from the Supreme Court of the State of Delaware dated July 22, 2022 is attached as Exhibit A to this motion.

This motion is supported by the undersigned, who is an active and sponsoring member of the Bar of this Court.

By: /s/ *Amy L. Neuhardt*
BOIES SCHILLER FLEXNER LLP
Amy L. Neuhardt (Bar No. 996791)
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 237-2727
aneuhardt@bsfllp.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 28, 2022, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant CANADIAN BROADCASTING CORPORATION.

Dated: July 28, 2022

By: /s/ Amy L. Neuhardt
BOIES SCHILLER FLEXNER LLP
Amy L. Neuhardt (Bar No. 996791)
1401 New York Avenue, N.W.
Washington, DC 20005
aneuhardt@bsfllp.com