# Exhibit A

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Rodney A. Smolla** was admitted to practice as an attorney in the Courts of this State on **December 14, 2016** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 15th day of July, 2022.

Lisa A. Dolph
Clerk of the Supreme Court