## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WE CHARITY,

      6500 Main Street, Suite Five
      Williamsville, NY 14221


                *Plaintiff,*

vs.

CANADIAN BROADCASTING
CORPORATION,

      205 Wellington Street West
      Toronto, Ontario M5W 1E6
      Canada

                *Defendant.*

Civil Action No. 22-00340-RDM


### [PROPOSED] ORDER

UPON CONSIDERATION of the motion by Plaintiff WE Charity for admission of attorney Rodney A. Smolla *pro hac vice*, it is hereby ORDERED that the Motion for Admission of Rodney A. Smolla *pro hac vice* is GRANTED.


SO ORDERED:

Dated: _____, 2022


_____
The Honorable Randolph D. Moss, U.S.D.J.