AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WE CHARITY, *Plaintiff* ) ) | |
| v. ) | Case No. 22-00340-RDM |
| CANADIAN BROADCASTING CORPORATION, *Defendant* ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WE CHARITY.

Date: 07/29/2022

/s/ Rodney A. Smolla
*Attorney's signature*

Rodney Smolla
*Printed name and bar number*

164 Chelsea Street,
South Royalton, VT, 05068

*Address*

rodsmolla@gmail.com
*E-mail address*

(802) 831-1251
*Telephone number*

*FAX number*