## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 2, 2022 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant CANADIAN BROADCASTING CORPORATION.

Dated: August 2, 2022

                                                   By: /s/ *Rodney A. Smolla*
                                                   Rodney A. Smolla
                                                   164 Chelsea Street
                                                   South Royalton, VT 05068
                                                   Tel: (802) 831-1251