

Leave to file GRANTED
_____
RANDOLPH D. MOSS       DATE  12/20/22
United States District Judge

December 16, 2022

The Honorable Randolph D. Moss
United State District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave. N.W.
Washington, DC 20001

Re: WE Charity v. Canadian Broadcasting Corporation, No. 1:22-cv-00340

Dear Judge Moss:

We represent plaintiff WE Charity in this matter.

I write to correct an error in the argument held in this matter on Tuesday, December 13, 2022. Near the end of the argument, I read a section of a brief into the record as follows: "As part of its commercial activity in Canada, CBC was to perform its portion of the contract in Michigan and did broadcast to the U.S. without benefit of the content of Ms. Wiszowaty's interview." Through a miscommunication with co-counsel, I mistakenly represented the quote as being from Defendant CBC's opening brief on its motion to dismiss. In fact, it was from Plaintiff WE Charity's opposition to that brief, ECF 21 at 51-52.

The specific paragraph references to the Complaint I provided to the Court to rebut the assertion that WE Charity had asserted a new argument regarding the scope of the agreement between CBC and WE Charity regarding Ms. Wiszowaty and the US broadcast remain valid. *See* ECF 1 at ¶¶ 21, 259, 262, 266, 268, 269. In addition, my representation that both parties briefed the argument also remains valid. *See* ECF 21 at 51-52; ECF 22 at 29-30, n16.

Respectfully,

Amy Neuhardt

cc: Nathan Siegel
    Rachel Strom

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com