UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                    *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>                    *Defendant.* | Civil Action No. 1:22-cv-00340; RDM |

## DECLARATION OF JOSEPH F. KROETSCH

I, JOSEPH F. KROETSCH, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am a partner at the law firm Boies Schiller Flexner LLP, and I represent the Plaintiff, WE Charity, in this matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between myself and counsel for CBC.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter I sent to CBC's counsel on January 26, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter CBC's counsel sent me on February 10, 2023.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Court of Appeal for Ontario's decision in *Park Lawn Corporation v. Kahu Capital Partners Ltd*., dated February 23, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of a statement to the CBC that Mike Hetherman, a Pinball Clemons Foundation ("PCF") donor, provided to Andy Stillman, a longtime WE Charity donor who lives in Minnesota and California. WE Charity provided me with PCF's statement on March 5, 2023.

7. Attached hereto as **Exhibit F** are screenshots of text messages between Harvey Cashore and Tania McPhee, a teacher at Craig Kielburger Secondary School, and other staff at the Halton District School Board, concerning the district's donations to WE Charity to support education in Africa. WE Charity provided me with these screenshots on March 8, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email chain sent to me by WE Charity co-founder Marc Kielburger, forwarding an email originally from CBC reporter Harvey Cashore to former WE Charity in-house counsel Nicole Davidson. I have redacted the body text of the top email to protect privileged attorney-client communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 7, 2023

/s/ Joseph F. Kroetsch
Joseph F. Kroetsch