# Exhibit E



# STATEMENT FROM THE PINBALL CLEMONS FOUNDATION
# TO THE CBC'S FIFTH ESTATE

**March 2, 2023**

**Toronto, ON -** For decades, Michael "Pinball" Clemons has been a champion for Toronto. His career as an athlete and coach will forever be known by his outreach and efforts to communities across Toronto, as well as his achievements on the football field.

Together with his wife Diane, Mr. Clemons started the Pinball Clemons Foundation (PCF) to create opportunities for young people. The Foundation provides marginalized youth with resources and options through mentorship, education, and youth development.

Over time, in addition to the local educational programs the Foundation supported, there was an opportunity to partner with WE Charity. Like individuals and Foundations across the country, PCF raised donations for WE Charity's school construction efforts in developing countries. The logistics of the distribution and allocation of those funds were entirely at the discretion of WE Charity.

Beginning in 2017, PCF returned the focus of its fundraising efforts to local community initiatives, in keeping with its mandate and the work that Mr. Clemons and his wife have done for decades.  PCF ended its working relationship with WE Charity in 2020 after they had exceeded their commitment to fund the construction of 231 schools.

Donors' names remained on the web site as part of the ongoing stewardship to recognize their valuable contributions and the fact that schools were still being built from contributions, they had made it the past.

When news reports in 2021 suggested there were irregularities with how donations were being allocated by WE Charity, the leadership of PCF was as surprised as anyone.

PCF was diligent in ensuring that donations for school construction were being used properly. This included tracking the start and end dates for construction, and several trips by the Foundations' leadership and individual donors to see the schools for themselves.  PCF's leadership team never had any indications of the issues raised in the CBC's reporting.

–30–