# Exhibit F



... and school in Asemkow, Ghana [External] [Inbox]

**Harvey Cashore** Feb 21
to me ⌄

Hi Tania,

I am a producer at The Fifth Estate and am doing some research for a documentary relating to Free the Children/WE Charity.

I was hoping to speak with you in general about our research -- and to hear your perspective -- but specifically would like to learn more about the school in Asemkow Ghana that CKSS funded through Free the Children/WE Charity.

Perhaps I can better explain our interest in a phone call? I can be reached at 416-526-4704.

I look forward to hearing from you and to getting your help with the research.

Harvey

--
Harvey Cashore
Producer, The Fifth Estate
Pronouns: he and him

Cell: 416-526-4704

5:02   .ıl 5G

Photo ⌄               Done

Hi Heather and Jason,

Thanks for getting back to me.

I am researching a documentary relating to WE Charity and Free the Children.

I have a few questions about Craig Kielburger Secondary School and its involvement with Free the Children and WE Charity over the years but, for now, I am specifically interested in learning about the school's donation to fund a classroom in Asemkow Ghana in 2015.

There are several references to this donation online, including this tweet from 2015:

https://twitter.com/CKSSYIA/status/642412705337462784

I have reached out to Tania McPhee but have not heard back. Ms. McPhee has been involved with the CKSS Free the Children club for several years. Could you ask her what she remembers about this donation and if she could provide photos of the classroom in Asemkow, as well as any other emails or correspondence she had relating to this donation? Are there any yearbooks or any other information in the school's archives that would document the funding of the school and, if so, could you provide these materials to me?

I look forward to hearing back from you on this.

Best regards,

Harvey