# Exhibit G

**Subject:** Fwd: WE Charity research
**Date:** Tuesday, December 13, 2022 at 9:32:19 AM Eastern Standard Time
**From:** Marc Kielburger
**To:** Scott Baker, Joseph Kroetsch, Craig Kielburger

Get Outlook for iOS

---

**From:** Jackie Pilon <jackie.pilon@we.org>
**Sent:** Tuesday, December 13, 2022 8:49:16 AM
**To:** Marc Kielburger <marc@we.org>
**Subject:** Fwd: WE Charity research


Get Outlook for Android

---

**From:** Nicole Davidson <nicole.davidson@wattpad.com>
**Sent:** Tuesday, December 13, 2022 9:47:41 AM
**To:** Jackie Pilon <jackie.pilon@we.org>
**Subject:** Fwd: WE Charity research

> You don't often get email from nicole.davidson@wattpad.com. Learn why this is important

Hi Jackie,

Hope you're doing well.

Just wanted to let you know that I just received the below email. I will obviously ignore.

All the best,

--

**PRIVILEGED AND CONFIDENTIAL**

**Nicole Davidson**
Senior Legal Counsel

nicole.davidson@wattpad.com

Where Stories Live.

This e-mail message (including attachments and related e-mails, if any) may contain information that is confidential, privileged or protected from disclosure under applicable law. If you are not an intended recipient of this message please notify me by return email and delete this message from your system. Any unauthorized use or disclosure of this message is prohibited.

---------- Forwarded message ---------
From: **Harvey Cashore** <harvey.cashore@cbc.ca>
Date: Mon, Dec 12, 2022 at 4:53 PM

Subject: WE Charity research
To: <nicole.davidson@wattpad.com>

Hi Nicole,

You may recall we spoke back in April relating to WE Charity.

At that time you stated you could not respond to my questions.  I am wondering whether circumstances might have changed.

I would very much like to get your help with some of the aspects of the research that we discussed in our previous phone call.

Best regards,

Harvey


Harvey Cashore
Producer, CBC The Fifth Estate
Cell: 416-526-4704


CONFIDENTIAL: This email (including any attachments) is private, confidential and meant only for the addressee(s). Unauthorized use or disclosure of this message is not permitted. If you gained access to this message in error or without WE's authorization, please permanently delete the message and notify us right away. Thank you.