# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>                *Defendant.* | Civil Action No. 1:22-cv-00340; RDM |

## DECLARATION OF NATHAN SIEGEL

I, NATHAN SIEGEL, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am a partner at the law firm Davis Wright Tremaine LLP, and I represent the Defendant, Canadian Broadcasting Corporation ("CBC"), in this matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between myself and counsel for Plaintiff, WE Charity ("WE"). The top-most email on this chain is dated March 16, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between myself and counsel for WE. The top-most email on this chain is dated April 6, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2023

                                                                                          */s/ Nathan Siegel*
                                                                                          Nathan Siegel