| | |
|---|---|
| **From:** | Joseph Kroetsch <jkroetsch@BSFLLP.com> |
| **Sent:** | Wednesday, March 16, 2022 5:41 PM |
| **To:** | Siegel, Nathan |
| **Cc:** | Strom, Rachel; Jonathan Sherman; Amy Neuhardt |
| **Subject:** | Re: We Charity v. CBC |

[EXTERNAL]

Nathan,

      Per our discussion today, I understand from the WE Charity folks that reporters on the Fifth Estate team continue to reach out to potential sources for new research on WE Charity.  Please ensure that the CBC continues to preserve all documents and communications relating to such outreach and reporting, including but not limited to recordings it makes of its calls.

      Thanks.

**Joseph F. Kroetsch**
Partner

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
(t) +1 914 749 8388
(m) +1 914 772 6184
jkroetsch@bsfllp.com
www.bsfllp.com

---

**From:** "Siegel, Nathan" <NathanSiegel@dwt.com>
**Date:** Thursday, February 17, 2022 at 11:02 AM
**To:** Joseph Kroetsch <jkroetsch@BSFLLP.com>
**Cc:** "Strom, Rachel" <RachelStrom@dwt.com>, Jonathan Sherman <jsherman@bsfllp.com>, Amy Neuhardt <aneuhardt@bsfllp.com>
**Subject:** We Charity v. CBC

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Joseph, this is to confirm that we will accept service on behalf of CBC in this lawsuit, reserving all rights.

I am also by way of this email introducing my partner Rachel Strom, and re-connecting with Jonathan and Amy.

Thanks,

Nathan

**Nathan Siegel** | Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East | Washington, D.C. 20005
Tel: (202) 973-4237 | Fax: (202) 973-4437

Email: nathansiegel@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]