| | |
|---|---|
| **From:** | Joseph Kroetsch <jkroetsch@BSFLLP.com> |
| **Sent:** | Wednesday, April 6, 2022 9:50 PM |
| **To:** | Siegel, Nathan |
| **Cc:** | Strom, Rachel; jsherman@bsfllp.com; aneuhardt@bsfllp.com |
| **Subject:** | We Charity v. CBC |

**[EXTERNAL]**

Nathan,

Thank you for your response below.

We agree: You and I can—and should—address any differences professionally. I don't read your April 1 email to suggest that either of us has acted toward or communicated with the other in any way other than professionally. I look forward to continuing working together on that basis.

I do disagree, however, with your claim that my client is "interested in using the lawsuit as a means to try to influence or chill the CBCs investigative journalism on a going-forward basis." Nothing I have written constitutes an attempt to hinder or limit your client's rights to gather news or to publish.

They are, on their face, reminders of your client's discovery/document preservation obligations. And, as your April 1 email makes clear, we disagree about the scope of those obligations—whether or not Mr. Cashore's ongoing reporting about my clients is, or is not, "the subject" of this action.

By necessary implication, then, your April 1 email justifies the very concerns it attempts to dismiss. Setting forth our position on your clients' discovery obligations is hardly censorious. Characterizing it as such is nonresponsive. But having exchanged our respective positions, there is no need for us to reach agreement about discovery obligations, only to preserve the status quo.

-Joseph


**Joseph F. Kroetsch**
Partner

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
(t) +1 914 749 8388
(m) +1 914 772 6184
jkroetsch@bsfllp.com
www.bsfllp.com

---

**From:** "Siegel, Nathan" <NathanSiegel@dwt.com>
**Date:** Friday, April 1, 2022 at 11:23 AM
**To:** Joseph Kroetsch <jkroetsch@BSFLLP.com>
**Cc:** "Strom, Rachel" <RachelStrom@dwt.com>, Jonathan Sherman <jsherman@bsfllp.com>, Amy Neuhardt <aneuhardt@bsfllp.com>
**Subject:** RE: We Charity v. CBC

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Joseph,

Over the past couple of weeks you have now twice expressed to me your client's displeasure that "the Fifth Estate team continue[s] to reach out to potential new sources for new research on WE Charity", coupled with vague insinuations should CBC journalists continue to do so, including a demand that CBC journalists preserve all documents and communications.

I am responding to let you know that while I believe you may be misinformed and/or drawing mistaken assumptions, I am not going to engage in discussion about the specifics (if any) of CBC's on-going newsgathering, as it is not the subject of this lawsuit.  It appears that your client may be interested in using the lawsuit as a means to try to influence or chill the CBC's investigative journalism on a going-forward basis.  If so I respectfully suggest that would not be appropriate.

That being said, I certainly do not mean to suggest that when differences arise in this case you should hesitate to reach out to me (and vice versa), and am confident that we will able to continue to address any differences professionally.

Regards,

Nathan

**From:** Joseph Kroetsch <jkroetsch@BSFLLP.com>
**Sent:** Tuesday, March 29, 2022 9:36 PM
**To:** Siegel, Nathan <NathanSiegel@dwt.com>
**Cc:** Strom, Rachel <RachelStrom@dwt.com>; Jonathan Sherman <jsherman@bsfllp.com>; Amy Neuhardt <aneuhardt@bsfllp.com>
**Subject:** Re: We Charity v. CBC

[EXTERNAL]

Nathan,

I am following up on my email below requesting that the CBC preserve all documents regarding its ongoing reporting on WE Charity.  Yesterday, Mr. Cashore called Marc and Craig Kielburger's physician, Dr. Elaine Chin.  Quite apart from the potential invasion of medical privacy, CBC journalists are no strangers to legal principles and related rules protecting doctor-patient confidentiality.  Given the facts set forth in the complaint, we respectfully reserve all rights and remind the CBC of its attendant preservation obligations.

**Joseph F. Kroetsch**
Partner

BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(t) +1 914 749 8388
(m) +1 914 772 6184
jkroetsch@bsfllp.com
www.bsfllp.com

**From:** Joseph Kroetsch <jkroetsch@BSFLLP.com>
**Date:** Wednesday, March 16, 2022 at 5:40 PM
**To:** "Siegel, Nathan" <NathanSiegel@dwt.com>

**Cc:** "Strom, Rachel" <RachelStrom@dwt.com>, Jonathan Sherman <jsherman@bsfllp.com>, Amy Neuhardt <aneuhardt@bsfllp.com>
**Subject:** Re: We Charity v. CBC

Nathan,

Per our discussion today, I understand from the WE Charity folks that reporters on the Fifth Estate team continue to reach out to potential sources for new research on WE Charity.  Please ensure that the CBC continues to preserve all documents and communications relating to such outreach and reporting, including but not limited to recordings it makes of its calls.

Thanks.

**Joseph F. Kroetsch**
Partner

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
(t) +1 914 749 8388
(m) +1 914 772 6184
jkroetsch@bsfllp.com
www.bsfllp.com

---

**From:** "Siegel, Nathan" <NathanSiegel@dwt.com>
**Date:** Thursday, February 17, 2022 at 11:02 AM
**To:** Joseph Kroetsch <jkroetsch@BSFLLP.com>
**Cc:** "Strom, Rachel" <RachelStrom@dwt.com>, Jonathan Sherman <jsherman@bsfllp.com>, Amy Neuhardt <aneuhardt@bsfllp.com>
**Subject:** We Charity v. CBC

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Joseph, this is to confirm that we will accept service on behalf of CBC in this lawsuit, reserving all rights.

I am also by way of this email introducing my partner Rachel Strom, and re-connecting with Jonathan and Amy.

Thanks,

Nathan

**Nathan Siegel** | Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East | Washington, D.C. 20005
Tel: (202) 973-4237 | Fax: (202) 973-4437
Email: nathansiegel@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]