# Exhibit A

**MAIL**

| | |
|---|---|
| From: | lproctor@sosnc.gov |
| To: | Tim Crowley, Gail Eluwa |
| CC: | William Toole |
| Subject: | Re: Report call |
| Date: | 22-Dec-2022 13:46 |
| Attachments: | TEXT.htm [Save] [Open] |
| | IMAGE.jpeg [Save] [Open] |
| Creation Date: | 22-Dec-2022 13:46 |
| Store Date: | 22-Dec-2022 17:58 |
| Status: | opened,read |
| Box Type: | received |
| Folder: | Timothy Crowley > Mailbox |
| Message Id: | 63A4A60C.domain.PO.200.20000BA.1.F6EDD.1 |

Spoke to Cashore and he is going to be emailing the document he referenced in his call to Gail and me a little later this afternoon. He's specifically interested in what the Department's response would generally be if assertions made on a notarized charitable solicitation license application are found to not be accurate.

Cashore has reached out to other state charity regulators with the same inquiry. He says the CBC isn't planning to run its story for another week or two.

A bit of background re coverage of the organization and Li:

https://www.cbc.ca/news/canada/we-charity-misled-donors-records-show-1.6251985

https://www.westernstandard.news/news/we-charity-cfo-threatened-with-jail-if-he-doesn-t-show-up-for-questioning/article_d11f5914-12fa-543c-88ad-f2d8292eedba.html


Liz Proctor
Public Information Officer
NC Dept. of the Secretary of State
(919) 814-5341
lproctor@sosnc.gov



>>> Tim Crowley 12/22/2022 12:59 PM >>>
Liz is going to call and try to figure this out for us a bit--why he is calling us.
>>> Gail Eluwa 12/22/2022 11:11 AM >>>
Tim,

FYI: Document Examiner transferred a call to me from CBC Canada

Call transferred by Sam from Harvey.Cashore@cbc.ca, 416-526-4704 questioning the Canadian Notarized signature of Mr. Victor Li. He stated that he has a document dated March 2021 that Victor Li for health reason could not make any

**MAIL**

| | |
|---|---|
| From: | harvey.cashore@cbc.ca |
| To: | Samantha Williams |
| Subject: | [Caution: External Mail] Canadian Broadcasting Corporation inquiry |
| Date: | 13-Dec-2022 14:21 |
| Attachments: | TEXT.htm [Save] [Open] |
| | headers.822 [Save] [Open] |
| | Mime.822   *(excluded from export)* |
| Creation Date: | 13-Dec-2022 14:21 |
| Store Date: | 13-Dec-2022 18:53 |
| Status: | forwarded,opened,read |
| Box Type: | received |
| Folder: | Samantha Williams > Mailbox |
| Message Id: | 6398D0BB.domain.GWIA.200.20000F9.1.838C24.1 |

Dear Samantha Williams,

I am a journalist with the Canadian Broadcasting Corporation in Toronto.

I am preparing research related to the Canadian-based charity, WE Charity.;

I am hoping to get your help understanding some documents and correspondence that have been filed publicly by WE Charity in North Carolina. Would there be a good time to talk on the phone? Could I explain more about my interest when we talk?

I can be reached at 416-526-4704.

I look forward to hearing from you.

Best regards,

Harvey Cashore
Producer, CBC - The Fifth Estate

## Gail Eluwa - Report call

| | |
|---|---|
| **From:** | Gail Eluwa |
| **To:** | Crowley, Tim |
| **Date:** | 12/22/2022 11:11 AM |
| **Subject:** | Report call |
| **Cc:** | proctor, liz;  Toole, William |

Tim,

FYI: Document Examiner transferred a call to me from CBC Canada

Call transferred by Sam from Harvey.Cashore@cbc.ca, 416-526-4704 questioning the Canadian Notarized signature of Mr. Victor Li. He stated that he has a document dated March 2021 that Victor Li for health reason could not make any decision regarding the charity. I requested that he send me a copy of the document and I would discuss the issue with the Deputy Secretary and that I may not be the person responding to his inquiry, but the Director of Communications. I also informed him that we have no way of knowing who signed the document, but require that it is signed in front of a Notary Public.



*Gail L. Eluwa, MBA*
**Director Charitable Solicitation Licensing**

**NC Department of the Secretary of State**

Post Office Box 29622
Raleigh, NC  27626
www.sosnc.gov
geluwa@sosnc.gov
https://www.facebook.com/NCSecState/
@NCSecState
Tel: (919) 814-5281
Fax: (919) 807-2220

William Toole

Entity is We Charity.  The canadian notary is Yvonne Mazurak, who is identified on LinkedIn as a first year trust, wills and estates lawye processing agents.
(51) Yvonne Mazurak | LinkedIn