# Exhibit C

**MAIL**

| | |
|---|---|
| From: | geluwa@sosnc.gov |
| To: | Gail Eluwa, liz proctor |
| CC: | William Toole, Tim Crowley |
| Subject: | Re: see my comments to you - Harvey Cashore |
| Date: | 19-Jan-2023 16:40 |
| Attachments: | TEXT.htm [Save] [Open] |
| | IMAGE_4.jpeg [Save] [Open] |
| | IMAGE_2.jpeg [Save] [Open] |
| Creation Date: | 19-Jan-2023 16:40 |
| Store Date: | 19-Jan-2023 18:44 |
| Status: | opened,read |
| Box Type: | received |
| Folder: | Gail Eluwa Home > Management > Mailbox |
| Message Id: | 63C9B6D2.domain.PO.200.2000041.1.A2657.1 |

Liz,

CSL has not received a response yet.

Post Office Box 29622Raleigh, NC 27626www.sosnc.govgeluwa@sosnc.govhttps://www.facebook.com/NCSecState/@NCSecState ( https://twitter.com/NCSecState )Tel: (919) 814-5281Fax: (919) 807-2220

>>> Gail Eluwa 1/18/2023 8:50 AM >>>
CSL does not rescind a charitable license nor ask them to cease and desist solicitation activities based upon an allegation. WE Charity is still under review to determine if a violation of the statue has occurred.

Gail

*************************************************************************

Hi Liz,

Today I noticed that there are two new documents filed with the North Carolina Secretary of State relating to WE Charity.

On January 13, 2023, WE Charity filed form 8868 and stated that the books of WE Charity are "in the care of" Victor Li.

This morning, on January 17, 2023, lead document examiner Demian Silvers wrote to Victor Li, granting him permission to extend WE Charity's federal tax filing extension until April 15, 2023.

Has the North Carolina Secretary of State determined that Victor Li is now acting as the CFO of WE Charity and that he has custody of the books of WE Charity?