THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                *Plaintiff,*<br>v.<br><br>THE CANADIAN BROADCASTING CORPORATION,<br><br>                *Defendant.* | Civil Action No. 22-00340-RDM |

### DECLARATION OF NATHAN SIEGEL

I, NATHAN SIEGEL, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am a partner at the law firm Davis Wright Tremaine LLP, and I represent the Defendant, Canadian Broadcasting Corporation ("CBC"), in this matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the first of three PDFs that were e-mailed to me by Plaintiff's counsel, Joseph Kroetsch. Mr. Kroetsch wrote to me that these PDFs were the three files produced to his firm by North Carolina, in the form originally provided to his firm. Because this document (and the documents in Exhibits 2 and 3, below) does not contain page numbers, all pin-cites included in CBC's Notice Responding to Plaintiff's Notice of Supplemental Information are to the PDF page numbers.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the second of three PDFs e-mailed to me by Mr. Kroetsch.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the third of three PDFs e-mailed to me by Mr. Kroetsch.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter dated October 13, 2022 from the State of North Carolina Department of the Secretary of State to Victor Li that I downloaded from the website of the Office of Secretary of State of North Carolina, at https://www.sosnc.gov/divisions/charities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 10, 2023

_____
Nathan Siegel