# EXHIBIT 4

## State of North Carolina
## Department of the Secretary of State

ELAINE F. MARSHALL  
SECRETARY OF STATE

GAIL L. ELUWA, DIRECTOR  
CHARITABLE SOLICITATION LICENSING

Victor Li, CFO  
WE Charity (SL011186)  
6500 Main St  
Williamsville, NY 14221

October 13, 2022  
Document Id: L202226500004

Dear Victor Li:

The Charitable Solicitation Licensing Division (CSL) has received and reviewed your license application for licensure as a charitable organization or sponsor. For the reason(s) listed below, your application is incomplete and will be placed in a "Holding" status until CSL receives all pertinent documents.

Question 33 (Notary Page)

- The Treasurer or Chief Financial Officer of the charitable organization or sponsor to sign the Notary Page under oath as required by law. (3RD REQUEST - PLEASE HAVE THE PAGE NOTARIZED SHOWING NOTARY STAMP/SEAL - SEAL/STAMP IS STILL NOT SHOWING. IF YOU HAVE A RAISED SEAL, PLEASE SHADE OVER IT LIGHTLY WITH A PENCIL)

You may file your required amendments online by visiting www.sosnc.gov/divisions/charities. Scroll down and click on "Amend an existing Filing". You will be prompted to sign into your account. Once you are logged in, you will use the Doc ID listed at the top of this letter. Click on "Lookup" and it will take you to the filing associated with this amendment. Attach the amendment document(s) and then click "Submit Attachments".

An applicant who fails to provide any required information or submit the proper fees shall not be licensed. The organization or sponsor may file amending documents that correct the items listed in this letter on or before October 26, 2022. Failure to file amending documents by the deadline will result in your application being denied. If your application is denied, you will be required to start the application process over; this includes paying licensing fees again.

The Department appreciates your efforts to comply with North Carolina's licensing requirements. Please feel free to contact me directly should you have any questions regarding this letter.

Sincerely,

*Samantha Williams*

Document Examiner  
(919) 814-5289  
swilliams@sosnc.gov

---

POST OFFICE BOX 29622, RALEIGH, NC 27626-0622  
PHONE: (919) 814-5400 - FAX: 919.807.2220  
CSL@SOSNC.GOV - https://www.sosnc.gov