IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>　　　　　　*Plaintiff,*<br>vs.<br><br>THE CANADIAN BROADCASTING CORPORATION,<br><br>　　　　　　*Defendant.* | Civil Action No.  22-00340-RDM |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT MOTION FOR PROTECTIVE ORDER**

　　Pursuant to Fed. R. Civ. P. 6(b), Defendant Canadian Broadcasting Corporation ("CBC"), hereby moves for a one week extension of the deadline to file the parties' Joint Motion for Protective Order, to September 22, 2023.  Plaintiff WE Charity does not oppose the motion.  In support thereof, the parties state as follows:

　　1. Good cause exists for the requested extension.

　　2. Pursuant to the Court's August 29, 2023 Minute Order, the current deadline for the parties' proposed protective orders to be filed is September 15, 2023.

　　3. Because the parties have a difference of opinion on two terms of the proposed protective order, on September 6, 2023, the parties agreed that they would submit a joint submission to the Court detailing their respective positions.  WE Charity agreed to provide its position for the joint submission to CBC by the end of the day on September 11, 2023, and the CBC agreed to provide its response by 10:00 am ET on September 14, 2023.

4. WE Charity provided its position to CBC on September 11, 2023, which revised a provision in their proposed protective order in a way that WE Charity does not consider material. CBC would like more time to address WE Charity's revision before submitting the proposal to the Court.

5. Pursuant to LCvR 7(m), the parties conferred as to this issue on September 12, 2023, and WE Charity stated that it would not oppose CBC's request for additional time.

6. Therefore, the parties agree that CBC will provide WE Charity with its position with respect to the protective order by September 20, 2023.  The parties will then submit a Joint Motion for Protective Order on September 22, 2023.

WHEREFORE, for the foregoing reasons, CBC respectfully requests that the Court grant the parties' request to extend the time to file the parties' Joint Motion for Protective Order, to September 22, 2023.

DATED: September 12, 2023.

Respectfully Submitted,

/s/ *Nathan E. Siegel*

Nathan E. Siegel (Bar No. 446253)
Rachel F. Strom (*pro hac vice*)
Courtney DeThomas (Bar No. 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, NW
Suite 500 East
Washington, D.C. 20005
Tel: (202) 973-4237
Fax: (202) 973-4499
nathansiegel@dwt.com
rachelstrom@dwt.com
courtneydethomas@dwt.com

*Attorneys for Defendant Canadian Broadcasting Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I caused the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT MOTION FOR PROTECTIVE ORDER** to be served on all parties who have made an appearance via this Court's ECF system.

<u>/s/ <em>Nathan E. Siegel</em></u>