IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WE CHARITY,**<br><br>      **Plaintiff**,<br><br>**v.**<br><br>**CANADIAN BROADCASTING CORPORATION,**<br><br>      **Defendant**. | Civil Action No. 1:22-cv-00340-RDM |

## JOINT NOTICE REGARDING REVISED DOCUMENT PRODUCTION SCHEDULE

At the August 29, 2023 Scheduling Conference in the above-referenced matter, counsel for Defendant Canadian Broadcasting Corporation ("Defendant"), with the agreement of counsel for Plaintiff WE Charity ("Plaintiff"), asked the Court if the parties would be permitted to jointly revise internal discovery deadlines (meaning revisions to deadlines that would have no impact on any larger case deadlines) without the need for motion practice. The parties understand the Court to have given its assent on the condition that the parties file a notice informing the Court of their decision. While document production has begun and continues in earnest, the parties believe and have agreed that extending the document production deadline is warranted. Therefore, the parties, by and through undersigned counsel, respectfully notify the Court of their agreement to revise the document production schedule, as follows:

1. Defendant will substantially complete its production of all English-language documents by March 1, 2024.

2. Defendant will substantially complete its production of all French-language documents by April 1, 2024.

3. Plaintiff will substantially complete its production of all documents by April 1, 2024.

No other dates set forth in the Court's August 29, 2023 Scheduling Order will be affected by this agreement.

There are currently at least two depositions tentatively scheduled to occur by March 1, 2024, and the parties are endeavoring to produce in a timely manner all documents relevant to those depositions. However, should the parties have any dispute regarding those productions, each party reserves the right to contact the Court.

The parties also to wish to clarify one issue with respect to the document production deadlines. During the course of document production, disagreements have arisen over the appropriate scope of document discovery in this case. The parties are have been regularly meeting and conferring in an effort to resolve or narrow such disputes. The parties also agree that in many instances it may be prudent to defer resolution of some disputes until documents have actually been produced and each party has had the opportunity to review the other's production.

As a result, it is the parties' understanding that these document production deadlines were not intended to be deadlines by which the parties would need to potentially involve the Court to resolve any disputes over document production. Indeed, the parties affirmatively believe that it would be preferable for the parties to reserve the right to do so after April 1, 2024, since having the opportunity to review documents actually produced may facilitate resolving or narrowing any discovery disputes that might require the Court's intervention. If the parties misunderstand the

effect of the document production deadlines, they would appreciate the opportunity to discuss this matter with the Court.

Dated:  January 12, 2024                                Respectfully submitted,

/s/ Nathan Siegel

Nathan Siegel (Bar No. 446253)
Rachel Strom (*pro hac vice*)
Courtney DeThomas (Bar No. 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
Tel: (202) 973-4237
nathansiegel@dwt.com
courtneydethomas@dwt.com
rachelstrom@dwt.com

*Attorneys for Defendant
Canadian Broadcasting Corporation*

/s/ Joseph F. Kroetsch
Joseph F. Kroetsch (*pro hac vice*)
Brooke A. Alexander (*pro hac vice*)
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
jkroetsch@bsfllp.com
balexander@bsfllp.com

Jonathan H. Sherman (Bar No. 468539)
Amy L. Neuhardt (Bar No. 996791)
BOIES, SCHILLER & FLEXNER, LLP
1401 New York Avenue, NW
11th Floor
Washington, DC 20005
Tel: (202) 274-1137
Fax: (202) 237-6131
jsherman@bsfllp.com
aneuhardt@bsfllp.com

>Rodney A. Smolla (Bar No. 6327)
>164 Chelsea St
>South Royalton, VT 05068
>Tel: (864)-373-3882
>rodsmolla@gmail.com
>
>Sabina Mariella (*pro hac vice*)
>BOIES SCHILLER FLEXNER LLP
>55 Hudson Yards New York, NY 10001
>Tel: (212) 754-4541
>smariella@bsfllp.com
>
>*Attorneys for Plaintiff WE Charity*