November 8, 2024

**VIA ECF**

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re:    ***WE Charity v. Canadian Broadcasting Corporation*,
                Case No. 1:22-cv-00340**

Dear Judge Moss:

    Pursuant to the Court's order dated October 23, 2024, and following the parties' discovery conference with the Court on the same date, the parties to the above-captioned action submit the following Joint Status Report regarding discovery.

    During the discovery conference, the parties raised various issues that have arisen in discovery in this case. Based on the Court's guidance, the parties have conferred and have been able to resolve certain of those issues and are working towards resolution of others. Some issues, however, still require resolution by the Court. Pursuant to the Court's suggestion at the conference, the parties request that the Court refer these discovery disputes to a magistrate judge for resolution consistent with the magistrate judge's individual rules.

    We thank you for your attention to this matter.

    Respectfully submitted,

    /s/ Joseph F. Kroetsch

    Joseph F. Kroetsch (*pro hac vice*)
    BOIES SCHILLER FLEXNER LLP
    333 Main Street
    Armonk, NY 10504
    Tel: (914) 749-8200
    Fax: (914) 749-8300
    jkroetsch@bsfllp.com

    *Attorneys for Plaintiff WE Charity*

/s/ Nathan E. Siegel

Nathan E. Siegel (Bar No. 446253)
DAVIS WRIGHT TREMAINE, LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
Tel: (202) 973-4237
Fax: (202) 973-4499
nathansiegel@dwt.com

*Attorneys for Defendant Canadian Broadcasting Corporation*