# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                               *Plaintiff*,<br><br>   v.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>                               *Defendant*. | Case no. 22-cv-340-RDM |

## JOINT STATUS REPORT

Pursuant to the Court's order dated October 23, 2024, and following the parties' discovery conference with the Court on the same date, the parties to the above-captioned action submit the following Joint Status Report regarding discovery.

During the discovery conference, the parties raised various issues that have arisen in discovery in this case. Based on the Court's guidance, the parties have conferred and have been able to resolve certain of those issues and are working towards resolution of others. Some issues, however, still require resolution by the Court. Pursuant to the Court's suggestion at the conference, the parties request that the Court refer these discovery disputes to a magistrate judge for resolution consistent with the magistrate judge's individual rules.

We thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                    /s/ Joseph F. Kroetsch

                                                    Joseph F. Kroetsch (pro hac vice)

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
jkroetsch@bsfllp.com
Attorneys for Plaintiff WE Charity


/s/ Nathan E. Siegel

Nathan E. Siegel (Bar No. 446253)
**DAVIS WRIGHT TREMAINE, LLP**
1301 K Street, NW
Suite 500 East
Washington, DC 20005
Tel: (202) 973-4237
Fax: (202) 973-4499
nathansiegel@dwt.com
Attorneys for Defendant Canadian Broadcasting Corporation