IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY, | Civil Action No. 22-00340-RDM |
| *Plaintiff,* | |
| vs. | |
| CANADIAN BROADCASTING CORPORATION, | |
| *Defendant.* | |

## JOINT MOTION FOR ENTRY OF THE PROPOSED ORDER REGARDING RULE 502(D) AND PRIVILEGED MATERIALS

Plaintiff and Defendant in the above-captioned litigation (the "Parties") jointly move for entry of the attached Stipulated Rule 502(D) and Privileged Materials Order. The Parties respectfully request that this court enter the attached proposed Order.

Dated: December 17, 2024

Respectfully submitted,

/s/ Joseph F. Kroetsch

Joseph F. Kroetsch (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
jkroetsch@bsfllp.com

Amy L. Neuhardt (Bar No. 996791)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW 11th Floor
Washington, DC 20005
Tel: (202) 274-1137

Fax: (202) 237-6131
aneuhardt@bsfllp.com

Rodney A. Smolla (Bar No. 6327)
164 Chelsea St
South Royalton, VT 05068
Tel: (864)-373-3882
rodsmolla@gmail.com

John F. LaSalle (*pro hac vice*)
Sabina Mariella (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 754-4541
jlasalle@bsfllp.com
smariella@bsfllp.com

*Attorneys for Plaintiff WE Charity*


 /s/ Nathan E. Siegel_____

Nathan E. Siegel (Bar No. 446253)
Rachel F. Strom (pro hac vice)
Courtney DeThomas (Bar. No 888304075)
DAVIS WRIGHT TREMAINE, LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
Tel: (202) 973-4237
Fax: (202) 973-4499
nathansiegel@dwt.com
rachelstrom@dwt.com
courtneydethomas@dwt.com

*Attorneys for Defendant Canadian Broadcasting Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that December 17, 2024, I caused a true and correct copy of the foregoing document to be transmitted via electronic mail to all counsel of record in the above-referenced matter.

                                                 /s/ Alexander Law
                                                 Alexander Law