# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>    *Plaintiff,*<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>    *Defendant.* | Civil Action No. 22-00340-RDM<br><br>**RULE 502(d) ORDER** |

1. The production of (1) Ken Froese's Microsoft Excel work papers and (2) Ken Froese's March 8, 2022 final report is not a waiver of the privilege or protection from discovery for any other privileged or work-product protected documents or communications in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by the Federal Rule of Evidence 502(d).

  SO ORDERED.

Dated:

                   _____
                   RANDOLPH D. MOSS
                   United States District Judge