## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WE CHARITY,

          *Plaintiff,*

vs.

CANADIAN BROADCASTING CORPORATION,

          *Defendant.*

Case No. 1:22-cv-00340-RDM-MJS

## DECLARATION OF JOSEPH F. KROETSCH

I, JOSEPH F. KROETSCH, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1. I am a partner at the law firm Boies Schiller Flexner LLP, and I represent the Plaintiff, WE Charity, in this matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Canadian Broadcasting Corporation's Responses to Second Set of Requests for Production of Documents Propounded by Plaintiff WE Charity, dated January 4, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the December 19, 2024 discovery hearing before Magistrate Judge Sharbaugh.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email chain between WE Charity's counsel and CBC's counsel between November 7, 2024 and January 23, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendant Canadian Broadcasting Corporation's Objections and Responses to Plaintiff WE Charity's Fourth Set of Interrogatories, dated March 1, 2024.

6. Attached hereto as **Exhibit E** is a true and correct copy of a chart created by WE Charity that includes the Dynamic Linked Documents.

7. Attached hereto as **Exhibit F** is a true and correct copy of CBC000411.

8. Attached hereto as **Exhibit G** is a true and correct copy of CBC000425.

9. Attached hereto as **Exhibit H** is a true and correct copy of CBC000431.

10. Attached hereto as **Exhibit I** is a true and correct copy of CBC000435.

11. Attached hereto as **Exhibit J** is a true and correct copy of CBC000552.

12. Attached hereto as **Exhibit K** is a true and correct copy of CBC000490.

13. Attached hereto as **Exhibit L** is a true and correct copy of a chart created by WE Charity containing the Unidentifiable Linked Documents.

14. Attached hereto as **Exhibit M** is a true and correct copy of a report by Damon Goduto, Partner at Lineal, a forensic data firm.

15. Attached hereto as **Exhibit N** is a true and correct copy of the 1514 Linking Emails, identified by bates number.

16. Attached hereto as **Exhibit O** is a true and correct copy of an email I received from CBC's counsel on January 12, 2024.

17. Attached hereto as **Exhibit P** is a true and correct copy of an email I sent to CBC's counsel on January 30, 2024.

18. Attached hereto as **Exhibit Q** is a true and correct copy of CBC021194.

19. Attached hereto as **Exhibit R** is a true and correct copy of WE Charity's First Set of Requests for Production of Documents to Defendant Canadian Broadcasting Corporation, dated August 2, 2023.

20. Attached hereto as **Exhibit S** is a true and correct copy of Defendant Canadian Broadcasting Corporation's Production Letter Accompanying Production CBC002.

21. Attached hereto as **Exhibit T** is a true and correct copy of Defendant Canadian Broadcasting Corporation's First Requests for Production of Documents.

22. Attached hereto as **Exhibit U** is a true and correct copy of CBC000112.

23. Attached hereto as **Exhibit V** is a true and correct copy of CBC001087.

24. Attached hereto as **Exhibit W** is a true and correct copy of CBC003039.

25. Attached hereto as **Exhibit X** is a true and correct copy of CBC039511.

26. Attached hereto as **Exhibit Y** is a true and correct copy of CBC000283.

27. Attached hereto as **Exhibit Z** is a true and correct copy of CBC002298.

28. Attached hereto as **Exhibit AA** is a true and correct copy of CBC000106.

29. Attached hereto as **Exhibit AB** is a true and correct copy of CBC000111.

30. Attached hereto as **Exhibit AC** is a true and correct copy of CBC000275.

31. Attached hereto as **Exhibit AD** is a true and correct copy of CBC000036.

32. Attached hereto as **Exhibit AE** is a true and correct copy of CBC000100.

33. Attached hereto as **Exhibit AF** is a true and correct copy of CBC002793.

34. Attached hereto as **Exhibit AG** is a true and correct copy of CBC003443.

35. Attached hereto as **Exhibit AH** is a true and correct copy of CBC042868.

36. Attached hereto as **Exhibit AI** is a true and correct copy of CBC002136.

37. Attached hereto as **Exhibit AJ** is a true and correct copy of CBC002323.

38. Attached hereto as **Exhibit AK** is a true and correct copy of CBC003442.

39. Attached hereto as **Exhibit AL** is a true and correct copy of CBC002784.

40. Attached hereto as **Exhibit AM** is a true and correct copy of CBC002180.

41. Attached hereto as **Exhibit AN** is a true and correct copy of CBC002836.

42. Attached hereto as **Exhibit AO** is a true and correct copy of CBC002962.

43. Attached hereto as **Exhibit AP** is a true and correct copy of CBC001442.

44. Attached hereto as **Exhibit AQ** is a true and correct copy of CBC001743.

45. Attached hereto as **Exhibit AR** is a true and correct copy of CBC090361.

46. Attached hereto as **Exhibit AS** is a true and correct copy of CBC041809.

47. Attached hereto as **Exhibit AT** is a true and correct copy of CBC002973.

48. Attached hereto as **Exhibit AU** is a true and correct copy of CBC003033.

49. Attached hereto as **Exhibit AV** is a true and correct copy of CBC003106.

50. Attached hereto as **Exhibit AW** is a true and correct copy of CBC002705.

51. Attached hereto as **Exhibit AX** is a true and correct copy of CBC092095.

52. Attached hereto as **Exhibit AY** is a true and correct copy of CBC042771.

53. Attached hereto as **Exhibit AZ** is a true and correct copy of CBC002775.

54. Attached hereto as **Exhibit BA** is a true and correct copy of CBC039491.

55. Attached hereto as **Exhibit BB** is a true and correct copy of CBC003642.

56. Attached hereto as **Exhibit BC** is a true and correct copy of CBC042339.

57. Attached hereto as **Exhibit BD** is a true and correct copy of CBC042340.

58. Attached hereto as **Exhibit BE** is a true and correct copy of CBC092037.

59. Attached hereto as **Exhibit BF** is a true and correct copy of CBC000509.

60. Attached hereto as **Exhibit BG** is a true and correct copy of Canadian Broadcasting Corporation's Responses to First Set of Requests for Production of Documents Propounded by Plaintiff WE Charity, dated September 8, 2023.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: January 27, 2025

/s/ __*Joseph F. Kroetsch*___

BOIES SCHILLER FLEXNER LLP

Joseph F. Kroetsch (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

jkroetsch@bsfllp.com