# EXHIBIT N

| | | |
|---|---|---|
| CBC000011 | CBC000201 | CBC000315 |
| CBC000036 | CBC000205 | CBC000316 |
| CBC000037 | CBC000253 | CBC000317 |
| CBC000038 | CBC000255 | CBC000318 |
| CBC000040 | CBC000263 | CBC000319 |
| CBC000041 | CBC000267 | CBC000320 |
| CBC000042 | CBC000268 | CBC000327 |
| CBC000043 | CBC000269 | CBC000329 |
| CBC000044 | CBC000275 | CBC000330 |
| CBC000059 | CBC000276 | CBC000340 |
| CBC000091 | CBC000278 | CBC000342 |
| CBC000099 | CBC000279 | CBC000343 |
| CBC000100 | CBC000280 | CBC000344 |
| CBC000103 | CBC000281 | CBC000346 |
| CBC000106 | CBC000282 | CBC000348 |
| CBC000109 | CBC000283 | CBC000349 |
| CBC000111 | CBC000284 | CBC000350 |
| CBC000112 | CBC000285 | CBC000351 |
| CBC000115 | CBC000291 | CBC000352 |
| CBC000120 | CBC000292 | CBC000353 |
| CBC000121 | CBC000293 | CBC000354 |
| CBC000125 | CBC000294 | CBC000359 |
| CBC000127 | CBC000295 | CBC000360 |
| CBC000128 | CBC000296 | CBC000361 |
| CBC000139 | CBC000300 | CBC000363 |
| CBC000158 | CBC000302 | CBC000369 |
| CBC000172 | CBC000307 | CBC000372 |
| CBC000191 | CBC000312 | CBC000376 |
| CBC000197 | CBC000313 | CBC000377 |

| | | |
|---|---|---|
| CBC000384 | CBC000430 | CBC000509 |
| CBC000386 | CBC000431 | CBC000515 |
| CBC000387 | CBC000432 | CBC000519 |
| CBC000388 | CBC000435 | CBC000521 |
| CBC000394 | CBC000442 | CBC000528 |
| CBC000395 | CBC000448 | CBC000534 |
| CBC000398 | CBC000449 | CBC000535 |
| CBC000399 | CBC000451 | CBC000547 |
| CBC000400 | CBC000452 | CBC000548 |
| CBC000401 | CBC000460 | CBC000549 |
| CBC000402 | CBC000461 | CBC000550 |
| CBC000403 | CBC000462 | CBC000551 |
| CBC000408 | CBC000470 | CBC000552 |
| CBC000409 | CBC000471 | CBC000554 |
| CBC000410 | CBC000474 | CBC000555 |
| CBC000411 | CBC000475 | CBC000556 |
| CBC000412 | CBC000477 | CBC000557 |
| CBC000413 | CBC000478 | CBC000558 |
| CBC000417 | CBC000479 | CBC000559 |
| CBC000418 | CBC000484 | CBC000560 |
| CBC000419 | CBC000485 | CBC000562 |
| CBC000420 | CBC000489 | CBC000563 |
| CBC000421 | CBC000490 | CBC000564 |
| CBC000422 | CBC000492 | CBC000565 |
| CBC000423 | CBC000494 | CBC000570 |
| CBC000424 | CBC000496 | CBC000571 |
| CBC000425 | CBC000497 | CBC000575 |
| CBC000426 | CBC000502 | CBC000576 |
| CBC000428 | CBC000507 | CBC000578 |

| | | |
|---|---|---|
| CBC000580 | CBC000628 | CBC000713 |
| CBC000582 | CBC000630 | CBC000719 |
| CBC000584 | CBC000631 | CBC000723 |
| CBC000585 | CBC000632 | CBC000724 |
| CBC000586 | CBC000633 | CBC000726 |
| CBC000588 | CBC000638 | CBC000728 |
| CBC000593 | CBC000642 | CBC000729 |
| CBC000594 | CBC000643 | CBC000731 |
| CBC000596 | CBC000644 | CBC000733 |
| CBC000597 | CBC000648 | CBC000734 |
| CBC000598 | CBC000666 | CBC000736 |
| CBC000599 | CBC000669 | CBC000737 |
| CBC000601 | CBC000670 | CBC000738 |
| CBC000602 | CBC000673 | CBC000739 |
| CBC000603 | CBC000678 | CBC000740 |
| CBC000604 | CBC000680 | CBC000741 |
| CBC000605 | CBC000685 | CBC000743 |
| CBC000606 | CBC000686 | CBC000752 |
| CBC000607 | CBC000687 | CBC000753 |
| CBC000608 | CBC000688 | CBC000754 |
| CBC000611 | CBC000690 | CBC000755 |
| CBC000612 | CBC000692 | CBC000756 |
| CBC000613 | CBC000694 | CBC000757 |
| CBC000617 | CBC000695 | CBC000758 |
| CBC000619 | CBC000696 | CBC000759 |
| CBC000620 | CBC000700 | CBC000760 |
| CBC000622 | CBC000707 | CBC000761 |
| CBC000623 | CBC000708 | CBC000762 |
| CBC000624 | CBC000710 | CBC000768 |

| | | |
|---|---|---|
| CBC000769 | CBC000835 | CBC001086 |
| CBC000770 | CBC000836 | CBC001087 |
| CBC000776 | CBC000837 | CBC001088 |
| CBC000778 | CBC000839 | CBC001089 |
| CBC000779 | CBC000842 | CBC001090 |
| CBC000780 | CBC000843 | CBC001092 |
| CBC000781 | CBC000846 | CBC001093 |
| CBC000782 | CBC000848 | CBC001094 |
| CBC000783 | CBC000850 | CBC001095 |
| CBC000784 | CBC000851 | CBC001097 |
| CBC000785 | CBC000852 | CBC001098 |
| CBC000786 | CBC000854 | CBC001100 |
| CBC000788 | CBC000855 | CBC001104 |
| CBC000789 | CBC000857 | CBC001106 |
| CBC000790 | CBC000860 | CBC001107 |
| CBC000791 | CBC000861 | CBC001108 |
| CBC000792 | CBC000881 | CBC001109 |
| CBC000793 | CBC000900 | CBC001110 |
| CBC000795 | CBC000924 | CBC001129 |
| CBC000800 | CBC000945 | CBC001130 |
| CBC000802 | CBC000963 | CBC001135 |
| CBC000803 | CBC000981 | CBC001136 |
| CBC000804 | CBC000996 | CBC001137 |
| CBC000820 | CBC001011 | CBC001146 |
| CBC000821 | CBC001025 | CBC001155 |
| CBC000824 | CBC001039 | CBC001156 |
| CBC000826 | CBC001053 | CBC001158 |
| CBC000827 | CBC001078 | CBC001160 |
| CBC000832 | CBC001081 | CBC001161 |

| | | |
|---|---|---|
| CBC001167 | CBC001527 | CBC001752 |
| CBC001196 | CBC001528 | CBC001753 |
| CBC001199 | CBC001531 | CBC001755 |
| CBC001206 | CBC001677 | CBC001756 |
| CBC001211 | CBC001685 | CBC001757 |
| CBC001212 | CBC001686 | CBC001758 |
| CBC001213 | CBC001687 | CBC001759 |
| CBC001214 | CBC001689 | CBC001760 |
| CBC001215 | CBC001690 | CBC001764 |
| CBC001216 | CBC001691 | CBC001765 |
| CBC001219 | CBC001692 | CBC001766 |
| CBC001220 | CBC001694 | CBC001773 |
| CBC001223 | CBC001695 | CBC001898 |
| CBC001225 | CBC001696 | CBC001927 |
| CBC001226 | CBC001720 | CBC001932 |
| CBC001228 | CBC001721 | CBC001973 |
| CBC001230 | CBC001723 | CBC001997 |
| CBC001231 | CBC001724 | CBC001998 |
| CBC001249 | CBC001725 | CBC001999 |
| CBC001345 | CBC001726 | CBC002003 |
| CBC001348 | CBC001737 | CBC002136 |
| CBC001356 | CBC001738 | CBC002146 |
| CBC001358 | CBC001740 | CBC002167 |
| CBC001360 | CBC001741 | CBC002170 |
| CBC001396 | CBC001742 | CBC002173 |
| CBC001442 | CBC001743 | CBC002176 |
| CBC001464 | CBC001745 | CBC002180 |
| CBC001525 | CBC001746 | CBC002181 |
| CBC001526 | CBC001747 | CBC002182 |

| | | |
|---|---|---|
| CBC002283 | CBC002775 | CBC002914 |
| CBC002286 | CBC002779 | CBC002915 |
| CBC002287 | CBC002784 | CBC002917 |
| CBC002292 | CBC002785 | CBC002918 |
| CBC002297 | CBC002786 | CBC002919 |
| CBC002298 | CBC002787 | CBC002920 |
| CBC002300 | CBC002788 | CBC002923 |
| CBC002301 | CBC002789 | CBC002924 |
| CBC002323 | CBC002790 | CBC002927 |
| CBC002325 | CBC002791 | CBC002928 |
| CBC002328 | CBC002792 | CBC002929 |
| CBC002548 | CBC002793 | CBC002931 |
| CBC002550 | CBC002822 | CBC002932 |
| CBC002617 | CBC002836 | CBC002933 |
| CBC002703 | CBC002839 | CBC002935 |
| CBC002704 | CBC002840 | CBC002936 |
| CBC002705 | CBC002841 | CBC002939 |
| CBC002707 | CBC002843 | CBC002940 |
| CBC002708 | CBC002845 | CBC002942 |
| CBC002711 | CBC002847 | CBC002943 |
| CBC002712 | CBC002850 | CBC002945 |
| CBC002741 | CBC002852 | CBC002946 |
| CBC002743 | CBC002874 | CBC002948 |
| CBC002745 | CBC002889 | CBC002949 |
| CBC002749 | CBC002894 | CBC002953 |
| CBC002753 | CBC002895 | CBC002956 |
| CBC002756 | CBC002908 | CBC002957 |
| CBC002759 | CBC002910 | CBC002958 |
| CBC002766 | CBC002911 | CBC002960 |

| | | |
|---|---|---|
| CBC002961 | CBC003152 | CBC003311 |
| CBC002962 | CBC003153 | CBC003312 |
| CBC002973 | CBC003154 | CBC003313 |
| CBC002975 | CBC003157 | CBC003315 |
| CBC002977 | CBC003159 | CBC003317 |
| CBC002999 | CBC003172 | CBC003328 |
| CBC003016 | CBC003176 | CBC003329 |
| CBC003032 | CBC003178 | CBC003343 |
| CBC003033 | CBC003191 | CBC003344 |
| CBC003039 | CBC003196 | CBC003347 |
| CBC003063 | CBC003200 | CBC003352 |
| CBC003065 | CBC003201 | CBC003353 |
| CBC003072 | CBC003212 | CBC003354 |
| CBC003076 | CBC003214 | CBC003355 |
| CBC003080 | CBC003216 | CBC003356 |
| CBC003084 | CBC003218 | CBC003357 |
| CBC003105 | CBC003219 | CBC003359 |
| CBC003106 | CBC003299 | CBC003360 |
| CBC003107 | CBC003300 | CBC003361 |
| CBC003111 | CBC003301 | CBC003362 |
| CBC003116 | CBC003302 | CBC003364 |
| CBC003122 | CBC003303 | CBC003365 |
| CBC003128 | CBC003304 | CBC003366 |
| CBC003134 | CBC003305 | CBC003369 |
| CBC003139 | CBC003306 | CBC003370 |
| CBC003140 | CBC003307 | CBC003371 |
| CBC003148 | CBC003308 | CBC003372 |
| CBC003150 | CBC003309 | CBC003379 |
| CBC003151 | CBC003310 | CBC003401 |

| | | |
|---|---|---|
| CBC003402 | CBC003567 | CBC003627 |
| CBC003421 | CBC003568 | CBC003628 |
| CBC003422 | CBC003569 | CBC003629 |
| CBC003423 | CBC003570 | CBC003630 |
| CBC003424 | CBC003573 | CBC003632 |
| CBC003425 | CBC003574 | CBC003633 |
| CBC003426 | CBC003575 | CBC003640 |
| CBC003427 | CBC003576 | CBC003641 |
| CBC003428 | CBC003583 | CBC003642 |
| CBC003433 | CBC003587 | CBC003644 |
| CBC003441 | CBC003597 | CBC003646 |
| CBC003442 | CBC003598 | CBC003647 |
| CBC003443 | CBC003599 | CBC003648 |
| CBC003444 | CBC003600 | CBC003649 |
| CBC003455 | CBC003601 | CBC003650 |
| CBC003506 | CBC003602 | CBC003651 |
| CBC003508 | CBC003605 | CBC003666 |
| CBC003522 | CBC003607 | CBC003668 |
| CBC003524 | CBC003608 | CBC003673 |
| CBC003525 | CBC003609 | CBC003677 |
| CBC003526 | CBC003610 | CBC003679 |
| CBC003527 | CBC003613 | CBC003680 |
| CBC003539 | CBC003614 | CBC003683 |
| CBC003541 | CBC003615 | CBC003686 |
| CBC003543 | CBC003621 | CBC003688 |
| CBC003544 | CBC003622 | CBC003689 |
| CBC003557 | CBC003624 | CBC003691 |
| CBC003560 | CBC003625 | CBC003692 |
| CBC003566 | CBC003626 | CBC003701 |

| | | |
|---|---|---|
| CBC003702 | CBC003775 | CBC003919 |
| CBC003703 | CBC003780 | CBC003921 |
| CBC003706 | CBC003788 | CBC003932 |
| CBC003707 | CBC003796 | CBC003933 |
| CBC003709 | CBC003800 | CBC003934 |
| CBC003713 | CBC003806 | CBC003937 |
| CBC003714 | CBC003807 | CBC003971 |
| CBC003716 | CBC003808 | CBC003972 |
| CBC003732 | CBC003809 | CBC004545 |
| CBC003733 | CBC003810 | CBC004546 |
| CBC003734 | CBC003815 | CBC009733 |
| CBC003735 | CBC003816 | CBC010219 |
| CBC003736 | CBC003817 | CBC015736 |
| CBC003737 | CBC003818 | CBC015823 |
| CBC003738 | CBC003819 | CBC015988 |
| CBC003739 | CBC003823 | CBC018181 |
| CBC003741 | CBC003827 | CBC019026 |
| CBC003750 | CBC003834 | CBC020196 |
| CBC003751 | CBC003835 | CBC022496 |
| CBC003752 | CBC003859 | CBC024404 |
| CBC003753 | CBC003861 | CBC024561 |
| CBC003754 | CBC003867 | CBC026361 |
| CBC003755 | CBC003869 | CBC028848 |
| CBC003756 | CBC003870 | CBC029335 |
| CBC003759 | CBC003872 | CBC030310 |
| CBC003760 | CBC003885 | CBC031261 |
| CBC003762 | CBC003892 | CBC031767 |
| CBC003766 | CBC003898 | CBC032663 |
| CBC003773 | CBC003904 | CBC033597 |

| | | |
|---|---|---|
| CBC033931 | CBC038774 | CBC039141 |
| CBC035698 | CBC038775 | CBC039144 |
| CBC035780 | CBC038776 | CBC039200 |
| CBC036409 | CBC038777 | CBC039202 |
| CBC036446 | CBC038779 | CBC039203 |
| CBC036480 | CBC038781 | CBC039237 |
| CBC037381 | CBC038783 | CBC039250 |
| CBC037932 | CBC038784 | CBC039251 |
| CBC038199 | CBC038785 | CBC039261 |
| CBC038650 | CBC038786 | CBC039264 |
| CBC038652 | CBC038788 | CBC039267 |
| CBC038653 | CBC038789 | CBC039270 |
| CBC038654 | CBC038793 | CBC039272 |
| CBC038655 | CBC038794 | CBC039284 |
| CBC038661 | CBC038795 | CBC039292 |
| CBC038662 | CBC038796 | CBC039298 |
| CBC038741 | CBC038797 | CBC039327 |
| CBC038742 | CBC038798 | CBC039328 |
| CBC038745 | CBC038800 | CBC039374 |
| CBC038748 | CBC038839 | CBC039377 |
| CBC038751 | CBC038841 | CBC039393 |
| CBC038754 | CBC039067 | CBC039396 |
| CBC038760 | CBC039073 | CBC039411 |
| CBC038762 | CBC039079 | CBC039413 |
| CBC038763 | CBC039085 | CBC039462 |
| CBC038767 | CBC039091 | CBC039465 |
| CBC038769 | CBC039096 | CBC039471 |
| CBC038770 | CBC039102 | CBC039473 |
| CBC038772 | CBC039139 | CBC039474 |

| | | |
|---|---|---|
| CBC039475 | CBC039567 | CBC039718 |
| CBC039476 | CBC039611 | CBC039720 |
| CBC039477 | CBC039625 | CBC039726 |
| CBC039478 | CBC039626 | CBC039727 |
| CBC039479 | CBC039627 | CBC039728 |
| CBC039480 | CBC039628 | CBC039729 |
| CBC039481 | CBC039629 | CBC039730 |
| CBC039483 | CBC039630 | CBC039732 |
| CBC039484 | CBC039631 | CBC039828 |
| CBC039485 | CBC039632 | CBC039834 |
| CBC039488 | CBC039633 | CBC039835 |
| CBC039491 | CBC039634 | CBC039836 |
| CBC039496 | CBC039637 | CBC039850 |
| CBC039498 | CBC039651 | CBC039852 |
| CBC039500 | CBC039652 | CBC039972 |
| CBC039511 | CBC039653 | CBC039977 |
| CBC039512 | CBC039655 | CBC039982 |
| CBC039521 | CBC039656 | CBC039986 |
| CBC039522 | CBC039657 | CBC039990 |
| CBC039524 | CBC039668 | CBC039994 |
| CBC039525 | CBC039675 | CBC039998 |
| CBC039534 | CBC039676 | CBC040002 |
| CBC039557 | CBC039677 | CBC040005 |
| CBC039559 | CBC039693 | CBC040009 |
| CBC039560 | CBC039694 | CBC040012 |
| CBC039562 | CBC039696 | CBC040019 |
| CBC039563 | CBC039714 | CBC040022 |
| CBC039565 | CBC039716 | CBC040025 |
| CBC039566 | CBC039717 | CBC040030 |

| | | |
|---|---|---|
| CBC040040 | CBC041183 | CBC042123 |
| CBC040043 | CBC041186 | CBC042163 |
| CBC040046 | CBC041188 | CBC042167 |
| CBC040081 | CBC041190 | CBC042169 |
| CBC040091 | CBC041219 | CBC042171 |
| CBC040098 | CBC041238 | CBC042174 |
| CBC040101 | CBC041474 | CBC042222 |
| CBC040113 | CBC041658 | CBC042223 |
| CBC040114 | CBC041784 | CBC042249 |
| CBC040246 | CBC041800 | CBC042252 |
| CBC040272 | CBC041809 | CBC042254 |
| CBC040274 | CBC041817 | CBC042322 |
| CBC040275 | CBC041819 | CBC042337 |
| CBC040289 | CBC041821 | CBC042338 |
| CBC040338 | CBC041822 | CBC042339 |
| CBC040342 | CBC041825 | CBC042340 |
| CBC040374 | CBC041865 | CBC042348 |
| CBC040375 | CBC041899 | CBC042382 |
| CBC040636 | CBC041901 | CBC042428 |
| CBC040713 | CBC042014 | CBC042431 |
| CBC040721 | CBC042056 | CBC042433 |
| CBC040748 | CBC042078 | CBC042435 |
| CBC040933 | CBC042084 | CBC042437 |
| CBC040938 | CBC042110 | CBC042438 |
| CBC040983 | CBC042111 | CBC042439 |
| CBC041120 | CBC042113 | CBC042440 |
| CBC041174 | CBC042114 | CBC042441 |
| CBC041177 | CBC042115 | CBC042442 |
| CBC041180 | CBC042117 | CBC042444 |

| | | |
|---|---|---|
| CBC042445 | CBC042554 | CBC042885 |
| CBC042446 | CBC042555 | CBC042891 |
| CBC042447 | CBC042558 | CBC042892 |
| CBC042448 | CBC042561 | CBC042897 |
| CBC042449 | CBC042563 | CBC042898 |
| CBC042451 | CBC042564 | CBC042906 |
| CBC042452 | CBC042639 | CBC042911 |
| CBC042454 | CBC042645 | CBC042912 |
| CBC042456 | CBC042771 | CBC042914 |
| CBC042457 | CBC042841 | CBC042917 |
| CBC042459 | CBC042842 | CBC042918 |
| CBC042460 | CBC042846 | CBC042964 |
| CBC042461 | CBC042847 | CBC042965 |
| CBC042462 | CBC042848 | CBC042966 |
| CBC042463 | CBC042850 | CBC042967 |
| CBC042464 | CBC042852 | CBC043000 |
| CBC042466 | CBC042854 | CBC043007 |
| CBC042467 | CBC042856 | CBC043008 |
| CBC042468 | CBC042858 | CBC043028 |
| CBC042469 | CBC042859 | CBC043032 |
| CBC042471 | CBC042861 | CBC043035 |
| CBC042504 | CBC042863 | CBC043040 |
| CBC042506 | CBC042868 | CBC043042 |
| CBC042507 | CBC042870 | CBC043043 |
| CBC042508 | CBC042877 | CBC043045 |
| CBC042509 | CBC042878 | CBC043047 |
| CBC042510 | CBC042880 | CBC043053 |
| CBC042523 | CBC042881 | CBC043054 |
| CBC042527 | CBC042884 | CBC043055 |

| | | |
|---|---|---|
| CBC043056 | CBC090386 | CBC092258 |
| CBC043057 | CBC090393 | CBC092325 |
| CBC043058 | CBC090400 | CBC092330 |
| CBC043059 | CBC090406 | CBC092334 |
| CBC043060 | CBC090410 | CBC092362 |
| CBC043061 | CBC090413 | CBC092363 |
| CBC043062 | CBC090418 | CBC092364 |
| CBC043064 | CBC090422 | CBC092366 |
| CBC043080 | CBC090484 | CBC092368 |
| CBC043621 | CBC090731 | CBC092371 |
| CBC089475 | CBC091081 | CBC092376 |
| CBC089518 | CBC091314 | CBC092377 |
| CBC089519 | CBC091317 | CBC092379 |
| CBC089677 | CBC091319 | CBC092420 |
| CBC089703 | CBC091321 | CBC092421 |
| CBC089726 | CBC091323 | CBC092422 |
| CBC089734 | CBC091325 | CBC092423 |
| CBC089739 | CBC091329 | CBC092424 |
| CBC089922 | CBC091990 | CBC092426 |
| CBC090157 | CBC092033 | CBC092427 |
| CBC090169 | CBC092037 | CBC092429 |
| CBC090176 | CBC092040 | CBC092431 |
| CBC090193 | CBC092056 | CBC092432 |
| CBC090202 | CBC092057 | CBC092488 |
| CBC090211 | CBC092095 | CBC092489 |
| CBC090240 | CBC092112 | CBC092490 |
| CBC090250 | CBC092213 | CBC092501 |
| CBC090345 | CBC092246 | CBC092502 |
| CBC090361 | CBC092247 | CBC092504 |

| | | |
|---|---|---|
| CBC092513 | CBC092567 | CBC092854 |
| CBC092515 | CBC092568 | CBC092868 |
| CBC092516 | CBC092569 | CBC092873 |
| CBC092517 | CBC092570 | CBC092882 |
| CBC092518 | CBC092573 | CBC092883 |
| CBC092519 | CBC092575 | CBC092884 |
| CBC092520 | CBC092576 | CBC092885 |
| CBC092525 | CBC092577 | CBC092886 |
| CBC092527 | CBC092579 | CBC092916 |
| CBC092529 | CBC092581 | CBC092919 |
| CBC092531 | CBC092583 | CBC092929 |
| CBC092533 | CBC092585 | CBC092931 |
| CBC092536 | CBC092587 | CBC092933 |
| CBC092537 | CBC092588 | CBC092936 |
| CBC092538 | CBC092590 | CBC092937 |
| CBC092539 | CBC092592 | CBC092944 |
| CBC092540 | CBC092594 | CBC092952 |
| CBC092541 | CBC092596 | CBC092994 |
| CBC092543 | CBC092598 | CBC092995 |
| CBC092545 | CBC092600 | CBC093007 |
| CBC092547 | CBC092603 | CBC093008 |
| CBC092549 | CBC092604 | CBC093010 |
| CBC092551 | CBC092609 | CBC093012 |
| CBC092552 | CBC092732 | CBC093016 |
| CBC092554 | CBC092816 | CBC093021 |
| CBC092555 | CBC092822 | CBC093023 |
| CBC092559 | CBC092831 | CBC093025 |
| CBC092563 | CBC092842 | CBC093027 |
| CBC092565 | CBC092848 | CBC093029 |

| | | |
|---|---|---|
| CBC093031 | CBC097571 | CBC098382 |
| CBC093033 | CBC097900 | CBC098384 |
| CBC093035 | CBC098012 | CBC098386 |
| CBC093079 | CBC098017 | CBC098387 |
| CBC093113 | CBC098021 | CBC098400 |
| CBC093116 | CBC098030 | CBC098407 |
| CBC093120 | CBC098044 | CBC098408 |
| CBC093143 | CBC098086 | CBC098409 |
| CBC093161 | CBC098160 | CBC098411 |
| CBC093184 | CBC098161 | CBC098412 |
| CBC093202 | CBC098166 | CBC098415 |
| CBC093222 | CBC098167 | CBC098417 |
| CBC093225 | CBC098168 | CBC098419 |
| CBC043234 | CBC098206 | CBC098421 |
| CBC043236 | CBC098209 | CBC098424 |
| CBC043237 | CBC098220 | CBC098426 |
| CBC043238 | CBC098257 | CBC098427 |
| CBC040095 | CBC098258 | CBC098429 |
| CBC043725 | CBC098259 | CBC098430 |
| CBC097222 | CBC098260 | CBC098445 |
| CBC097224 | CBC098261 | CBC098446 |
| CBC097226 | CBC098270 | CBC098448 |
| CBC097227 | CBC098274 | CBC098450 |
| CBC097354 | CBC098275 | CBC098452 |
| CBC097355 | CBC098370 | CBC098453 |
| CBC097417 | CBC098372 | CBC098454 |
| CBC097421 | CBC098375 | CBC098458 |
| CBC097439 | CBC098376 | CBC098460 |
| CBC097446 | CBC098381 | CBC098461 |

| | | |
|---|---|---|
| CBC098463 | CBC100935 | CBC105559 |
| CBC098465 | CBC100968 | CBC105562 |
| CBC098466 | CBC101009 | CBC105638 |
| CBC098477 | CBC101640 | CBC105685 |
| CBC098478 | CBC101641 | CBC105697 |
| CBC098479 | CBC101671 | CBC105726 |
| CBC098481 | CBC101720 | CBC105735 |
| CBC098482 | CBC103474 | CBC105737 |
| CBC098483 | CBC103475 | CBC105741 |
| CBC098485 | CBC103476 | CBC105748 |
| CBC098486 | CBC103477 | CBC105750 |
| CBC098496 | CBC103478 | CBC105757 |
| CBC098519 | CBC104111 | CBC105761 |
| CBC099419 | CBC104289 | CBC105770 |
| CBC099450 | CBC104296 | CBC105774 |
| CBC099789 | CBC105359 | CBC105782 |
| CBC100081 | CBC105370 | CBC105810 |
| CBC100459 | CBC105375 | CBC105839 |
| CBC100479 | CBC105408 | CBC105845 |
| CBC100545 | CBC105414 | CBC105851 |
| CBC100738 | CBC105418 | CBC105860 |
| CBC100739 | CBC105425 | CBC105887 |
| CBC100742 | CBC105427 | CBC105891 |
| CBC100747 | CBC105438 | CBC105936 |
| CBC100869 | CBC105442 | CBC106049 |
| CBC100891 | CBC105448 | CBC038196 |
| CBC100907 | CBC105452 | CBC106079 |
| CBC100908 | CBC105457 | CBC106137 |
| CBC100933 | CBC105523 | CBC106146 |

| | |
|---|---|
| CBC106159 | CBC106462 |
| CBC106194 | CBC106503 |
| CBC106227 | CBC106513 |
| CBC106233 | CBC106516 |
| CBC106239 | CBC106535 |
| CBC106248 | CBC039644 |
| CBC106252 | |
| CBC106256 | |
| CBC106261 | |
| CBC106267 | |
| CBC106273 | |
| CBC106281 | |
| CBC106287 | |
| CBC106302 | |
| CBC106314 | |
| CBC106317 | |
| CBC106332 | |
| CBC106336 | |
| CBC106380 | |
| CBC106394 | |
| CBC106405 | |
| CBC106412 | |
| CBC106418 | |
| CBC106427 | |
| CBC106431 | |
| CBC106436 | |
| CBC106442 | |
| CBC106448 | |
| CBC106456 | |