UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WE CHARITY,

       Plaintiff,

  v.

THE CANADIAN BROADCASTING CORPORATION,

       Defendant.

Case No. 22-cv-340-RDM-MJS

**ORDER**

For the reasons stated on the record during the discovery hearing on February 14, 2025, the Court hereby **ORDERS** as follows:

1. The Court **DENIES** WE Charity's request to compel responses to WE Charity's Request for Production Nos. 80, 81, and 90. Further, as explained on the record, the Court's ruling applies to potential deposition questioning of CBC witnesses on those same topics.

2. The Court **GRANTS IN PART** WE Charity's request to compel as to the approximately 1,500 hyperlinked documents embedded in emails produced by CBC. Specifically:

    a. CBC shall produce all versions and all drafts of the allegedly "Defamatory Publications" as defined in Paragraph 302 of the Complaint.

    b. Separately, WE Charity may select up to fifty (50) hyperlinked documents of its choosing from CBC's production; for those selections, CBC shall identify and produce to WE Charity the responsive document, limited to the specific version associated with the hyperlink in the email.

3. The Court **GRANTS** CBC's request to compel a further response to CBC's Request for Production 91 to encompass documents associated with the "thorough review of school infrastructure in Kenya" that reportedly led to WE Charity's counts in 2021. Counsel should consult the Court's comments on the record for additional specifics.

4. By no later than February 21, 2025, the Parties shall submit a joint status report and proposed order that suggests new deadlines for the completion of fact and expert discovery.

5. By no later than February 28, 2025, the Parties shall file supplemental submissions that provide a sufficient legal basis for the continued sealing of the documents associated with the pending motions to seal at ECF Nos. 72 and 73.

6. In the event of additional discovery disputes, counsel shall confer in good faith to attempt to resolve the dispute. If counsel are unable to resolve the dispute, they must first jointly submit, via email to Sharbaugh_Chambers@dcd.uscourts.gov, a short summary that contains: (i) a clear, concise description of the issue(s) in dispute; (ii) each party's position on the disputed issue(s); and (iii) the parties' joint availability for a conference. The Court will then respond as soon as practicable to schedule a virtual conference. Counsel shall not file any discovery-related motion without a prior conference with the Court and opposing counsel.

**SO ORDERED.**

Dated: February 14, 2025

                                                    MATTHEW J. SHARBAUGH
                                                    United States Magistrate Judge