IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY, <br><br> Plaintiff, <br><br> -against- <br><br> CANADIAN BROADCASTING CORPORATION, <br><br> Defendant. | Civil Action No. 1:22-cv-00340 <br><br> **NOTICE OF CHANGE OF FIRM ADDRESS** |

**PLEASE TAKE NOTICE** that the firm Davis Wright Tremaine LLP has moved to a new address. The new location is:

Davis Wright Tremaine LLP
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

**PLEASE TAKE FURTHER NOTICE**, that phone and fax numbers, as well as email addresses, will remain the same.

Dated: February 10, 2026

Yours, ETC.
Davis Wright Tremaine LLP


By: /s/Rachel F. Strom
1251 Avenue of Americas
42nd Floor
New York, NY 10020
Telephone: (212) 489-8230