IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CANADIAN BROADCASTING<br>CORPORATION,<br><br>                    Defendant. | Civil Action No. 1:22-cv-00340<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**PLEASE TAKE NOTICE** that the firm Davis Wright Tremaine LLP has moved to a new address. The new location is:

Davis Wright Tremaine LLP
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

**PLEASE TAKE FURTHER NOTICE**, that phone and fax numbers, as well as email addresses, will remain the same.

Dated: February 10, 2026

Yours, ETC.
Davis Wright Tremaine LLP

By: /s/Hilary Oran
1251 Avenue of Americas
42nd Floor
New York, NY 10020
Telephone: (212) 489-8230