# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WE CHARITY,<br><br>　　　　　　　*Plaintiff*,<br>vs.<br><br>CANADIAN BROADCASTING CORPORATION,<br><br>　　　　　　　*Defendant*. | Case No. 1:22-cv-00340-RDM-MJS |

**STIPULATION REGARDING CASE SCHEDULE AND [PROPOSED] ORDER**

WHEREAS, on October 30, 2025, the Parties to the above-captioned matter stipulated to an amended Case Schedule, which the Court entered on October 31, 2025 (ECF No. 106);

WHEREAS, the parties believe and have agreed that good cause exists to extend the deadlines relating to expert witnesses in this case to accommodate specific challenges in scheduling certain depositions;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The expert witness deadlines in the case schedule are amended as set forth below:

| | Current Deadline | New Deadline |
|---|---|---|
| Expert Reports Due | 4/10/26 | 5/15/26 |
| Expert Rebuttal Reports Due | 5/15/26 | 6/23/26 |
| End of Expert Discovery | 6/19/16 | 7/28/26 |

2. The following depositions may occur between March 31, 2026 (the close of fact discovery) and May 8, 2026: Brodie Fenlon, Kim Campbell, Martin Luther King Jr., III, and Andy Stillman.

3.      For any motion for letters rogatory granted by this Court prior to March 31, 2026, the deposition of the foreign witness may occur any time prior to two weeks before the deadline for summary judgment motions.

4.      Nothing in this Stipulation is intended to preclude any Party from seeking leave from the Court, upon a showing of good cause pursuant to Rule 16(b)(4) to (i) request any additional fact discovery, including a Rule 30(b)(6) deposition, after the close of fact discovery on March 31, 2026 or (ii) to raise any other discovery issue or dispute after the close of fact discovery on March 31, 2026. Nor does anything in this Stipulation preclude any such requested discovery from taking place should the Parties be able to reach agreement to do so.  Nothing in this Stipulation is intended to preclude any Party from objecting to any such discovery as untimely under the October 31, 2025 scheduling order, or on any other basis.  If the Parties cannot reach agreement, the Parties shall make a submission to Magistrate Judge Sharbaugh pursuant to the procedures outlined in Paragraph 6 of Magistrate Judge Sharbaugh's February 14, 2025 Order at ECF No. 78.

5.      Finally, nothing in this Stipulation is intended to preclude any Party from seeking any further extension of the deadlines in the case schedule.  Any further extension shall require Court approval upon a showing of good cause.

SO STIPULATED AND AGREED.

Executed:      February 20, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Nathan Siegel*_____ | */s/ Joseph Kroetsch*_____ |
| Nathan Siegel (Bar. No. 446253) | Joseph F. Kroetsch (admitted *pro hac vice*) |
| Rachel Strom (admitted *pro hac* vice) | John LaSalle (admitted *pro hac vice*) |
| Courtney DeThomas (Bar. No. 888304075) | Sabina Mariella (admitted *pro hac vice*) |

DAVIS WRIGHT TREMAINE LLP
1301 K Street N.W., Suite 500 East
Washington, DC 20005
nathansiegel@dwt.com
courtneydethomas@dwt.com

*Attorneys for Defendant*
*Canadian Broadcasting Corporation*

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
jkoetsch@bsfllp.com
jlasalle@bsfllp.com
smariella@bsfllp.com

Amy L. Neuhardt (Bar. No. 996791)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
aneuhardt@bsfllp.com

Rodney A. Smolla (Bar No. 6327)
164 Chelsea St
South Royalton, VT 05068
rodsmolla@gmail.com

*Attorneys for Plaintiff*
*WE Charity*

SO ORDERED

_____

Hon. RANDOLPH D. MOSS
United States District Judge

Date: