# EXHIBIT A

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WE CHARITY,<br><br>                    *Plaintiff,*<br>     v.<br><br>THE CANADIAN BROADCASTING<br>CORPORATION,<br><br>                    *Defendant.* | Civil Action No. 22-00340-RDM |

## DECLARATION OF CLAIRE ROSS DUNN

I, Claire Ross Dunn, pursuant to 28 U.S.C. § 1746, state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

**Free The Children and Don's Schoolhouse Project**

1.      I am a Toronto-based writer, story editor, and producer.  I work alongside my husband, Kirk, who is also a writer and an actor.  Kirk and I attend the Morningside-High Park Presbyterian Church ("MHP"). We have been actively involved in the MHP community for 27 years.

2.      On April 26, 2005, my friend, Don Jennison, passed away at the age of 77.  Don was a retired school principal with the Peel Board of Education.  Don had a passion for social justice, public education, and the rights of those most vulnerable.  I met Don through our active involvement at MHP, where he served on the Mission and Outreach Committee.  In the fall of 2005, that Committee conceived of a fundraiser to honor Don's life and legacy.  We decided to

sell fair trade coffee to the local community and use the funds to build a schoolhouse in Africa through Free The Children ("FTC").  I was a coordinator for this project.

3.     We first learned of FTC through newspaper articles in the early 2000s as we followed the efforts of young social justice entrepreneurs like Ryan Hreljac (founder of the Ryan's Well Foundation) and Craig Kielburger (one of the founders of FTC).  We were drawn to FTC's message that our church could fully fund the construction of a schoolhouse in Kenya, dedicated to Don, which would help provide an education to impoverished children.

4.     Once we started communicating with FTC, we understood that the construction of the schoolhouse for which we raised money would be exclusively funded by MHP.  Throughout all communications with FTC, the schoolhouse was consistently referred to as "Don's Schoolhouse."  *See, e.g.*, **Exhibit A** at pp. 4, 11; **Exhibit B** at pp. 1, 5-6; **Exhibit C** at pp. 18.

5.     At no point did FTC ever disclose to us that MHP's contribution would be pooled with other donor groups to construct the schoolhouse.  Nor did FTC indicate that our money would go only to a broader "education pillar" to be used for education, more generally, in Kenya.  While I believe the general education of children in Kenya is an incredibly worthy cause, I—and other members of the MHP community—attached sentimental value to the physical schoolhouse that we understood would be newly built in Don's memory.

6.     By 2006, MHP had raised enough for Don's Schoolhouse.

7.     After FTC received our money, we were told that Don's Schoolhouse would be built in the village of Enelerai, Kenya.  I understood that construction began on Don's Schoolhouse in 2006 and was completed by 2007.

8.     In February 2007, FTC sent us photographs of the completed schoolhouse.  A true and correct copy of that February 2007 email with photographs of Don's completed schoolhouse

is attached to this Declaration as **Exhibit A**.  Myself, Kirk and the MHP congregation were inspired to see the fruits of our efforts, and we continued to work towards supporting this schoolhouse and other projects.  To that end, we asked and FTC confirmed that we could donate towards the teacher's salary and feeding program for "this school," further underscoring our understanding that this was Don's Schoolhouse.  In fact, when I asked FTC to confirm that they received our $2,000 for that teacher's salary for "Don's schoolhouse," I was told in no uncertain terms that "Yes, we did . . . . " *Id*. at pp. 4-5.

9.      At this point, we raised the possibility of having a commemorative plaque mounted on the schoolhouse to honor Don and MHP's fundraising efforts.  *Id*.  A representative from FTC told us this would be possible and sent us template language for the plaque.  I assumed this plaque would be permanently placed on "Don's" school.  Neither this representative—nor anyone else at FTC—indicated that Don's plaque would only be temporary or would be replaced with plaques for other donors for the schoolhouse.  I never considered this could be a possibility since the plaque was going to be placed on Don's Schoolhouse, which FTC had constructed with our funding.

10.      Throughout 2007, I followed up with FTC repeatedly to get photos of the plaque on Don's Schoolhouse.  I wanted to share these photos with Don's widow and the rest of the MHP community.  In October 2007, I was informed by a FTC representative that our plaque had been sent to Kenya in a bag of school and health kits, but the Kenyan team had been unable to find that bag.  In November 2007, I was told that a new plaque would be made and brought to Kenya again.

11.      I did not receive photographs of Don's Schoolhouse with the plaque until March 4, 2008.  At that time, I was sent a few photographs from FTC showing a plaque, dedicated to Don, mounted on a shield on the exterior wall of our classroom.  A true and correct copy of the March 4, 2008 email, which included additional photographs of Don's Schoolhouse and a dedicated

plaque, is attached to this Declaration as **Exhibit B**. I thought it strange that it would take over a year to get photographs of this plaque on the school but was happy to see the tribute to Don and MHP. On or about April 27, 2008, near the anniversary of Don's passing, we presented framed versions of the photographs of Don's Schoolhouse and plaque to Don's widow.

12.     To be clear, throughout this time, I understood that when we earmarked funds for certain projects, our money would be used for these particular projects. My belief that we could—and did—fund specific projects, including the construction of Don's Schoolhouse, was reinforced through my repeated interactions with FTC. For example, when I asked whether we should direct our donations differently to better meet the school's needs, FTC confirmed that there was a need for the specific purpose we chose to fund.

13.     I also attended several WE Days between 2007 and 2011, where I heard speakers say that a certain amount of money would build a school in Africa. My eldest child, who is also passionate about social justice, was a member of the FTC club at their middle school, and that club raised money to build a school in Haiti. In addition, as a filmmaker, I had spoken to Craig Kielburger about potentially making a television series based on FTC. As part of those discussions, Craig and I discussed the various components of a village. Craig explained to me that, generally, ten schools band together to fund the specific components in a village, which consist of approximately eight classrooms, a water project, a school kitchen, teacher accommodations, an educational garden, a medical clinic/library, and an alternative income project. A true and correct copy of that email correspondence with Craig Kielburger is attached to this Declaration as **Exhibit C**.

14.     By the end of 2007, we had raised $15,470 for FTC, and had completed many of the fundraising projects on the list of fundraising opportunities associated with Don's Schoolhouse (including a teacher's salary, school supplies, latrine, fresh-water well, etc.).

## The Bloomberg Article

15.     In March 2021, Kirk and I were contacted by a Bloomberg journalist, Danielle Bochove, who was reporting on FTC.  Around this time, FTC was often in the news after it was announced the charity would be winding down its Canadian operations following a highly public scandal involving a grant from the Canadian government.

16.     Ms. Bochove asked us about our experiences donating to the charity.  Ultimately, they informed us they had evidence that, one month after it was put up, our plaque on Don's Schoolhouse was replaced with a different plaque in honor of different individuals whose family had also raised money for a schoolhouse in Kenya.

17.     I was horrified and shocked when I heard this news.  I understood that MHP had paid for the construction of Don's Schoolhouse in its entirety, and I could not understand why another donor would be told they built our schoolhouse.

18.     On March 5, 2021, Bloomberg published the article, "WE Charity's Actions Leave a Train of Enraged, Grieving Donors."  The article reported on allegations that FTC (now called WE Charity) swapped the plaques it placed on schoolhouses in Kenya, leading multiple donors to believe they fully funded the exact same schoolhouse.  The article explained how Don's plaque was replaced by a plaque in memory of Harvey and Scott Hymes.  The article reported that WE Charity acknowledged Don's plaque had been removed.  Kirk was quoted in the article explaining how the removal of Don's plaque "calls into question everything else" about WE Charity.  Don's widow, Joyce, was also quoted in the article questioning where Don's plaque had gone.  Joyce

5

herself was the single largest donor to the 'Don's Schoolhouse' project. In the weeks following Don's death, she told me and Kirk that she had priced headstones, which she said would cost her $5,000. She said, "what good is a headstone? But if we build a school in Don's name in Kenya with his name on it," she felt *that* would be a fitting monument.

## WE Charity's Subsequent Investigation

19.    On March 6, 2021, the day after the Bloomberg article was published, Craig Keilberger emailed me and Kirk to apologize for what he claimed were "the issues surrounding the plaque in Enelerai and the schoolhouse your family so generously had to honour your late friend Don." *See* **Ex. C** at pp. 26-27. In his apology, Craig reassured us that "the schoolhouse at Enelerai for so many years has been a refuge and safe haven for students" and that the "impact and legacy" of our gift "allowed for thousands of students to come through the doors of the Enelerai campus." To me, Craig was confirming that MHP had fully funded a schoolhouse for Don, but that there was just an issue about the plaque. Craig said that the Canadian Board of Directors would be conducting an independent investigation into the matter and asked us whether we would be interested in participating. After spending some time thinking about this, we told Craig that we would be interested in participating in the investigative process.

20.    On April 1, 2021, Craig connected us with Karin Doherty, a WE Charity employee, who we understood would be involved with the investigation. A few days later, we had a call with Karin, where we described our experience with WE Charity, including our understanding that MHP had fully funded the construction of Don's Schoolhouse in Enelerai. Karin described the next steps for WE Charity's investigation into the matter.

21.    On April 16, 2021, Karin emailed us with alternative options to honor Don in Kenya. She suggested planting a tree in Don's honor or placing a plaque in the administrative hall

at Kisaruni High School—a high school that WE Charity built and ran in Kenya.  A true and correct copy of the email correspondence with Karin Doherty is attached to this Declaration as **Exhibit D**.

22.     After receiving Karin's email, we discussed these options with the MHP community.  As a group, we felt that these suggestions—although generous—did not respond to the true issues here.  Most importantly, we wanted to know what happened with the over $15,000 MHP had contributed to the charity.  We were told these donations had paid for concrete projects and wanted to know whether that was actually the case.  We also wanted to understand whether a schoolhouse was actually newly built in Don's name.  We feared that if our plaque was replaced by another donor's one month after it was put up, it could have similarly replaced a plaque from yet another donor, who also believed they fully funded the construction of the same school.

23.     We communicated these concerns to Karin and asked that she: (1) provide documentation to show where MHP's funds went versus those from the Hymes family; and (2) provide documentation to make sure projects were not funded by more than one group.  We explained that if WE Charity could not get to the bottom of this, the only logical remedy would be to construct a new schoolhouse, at WE Charity's own expense, with a plaque in Don's name and send us annual reports showing that the school is still there with Don's plaque on it.

24.     Ultimately, WE Charity never provided us with proof of how MHP's funds were used or that projects were not funded by more than one group.  I found this deeply concerning.  These seemed like basic requests for a charity in the business of building schools with donor funds and that had spent years advertising how donors could build schools.  It was similarly concerning that WE Charity, an international fundraising organization, was unable to provide clear answers about what happened to our donations. Karin told us they could not send us this information

7

because the office was still paper-based and was in the process of transitioning to a computer-based system, but, to date, we have never been told where our money actually went.

25.     WE Charity told us they would build a new school in Don's honor with a new plaque on it in Enelerai.  *See* **Ex. D** at p. 6.  On June 22, 2021, WE Charity estimated that the new school "would take approximately 4-months to build" and said it could "begin construction in 4-weeks" pending MHP's approval.  Although we confirmed MHP's approval that same day, Karin later stated on June 28, 2021, that construction had already begun on June 18, 2021 "because they knew it was a high priority" and citing urgency due to COVID.  We received updates about the progress of that school, which we understood was completed in or about September 2021.

26.     While we understood that WE Charity could pool donations for other projects, that was not our understanding for MHP and Don's Schoolhouse project.  Based on my communications with WE Charity, I understood that MHP donors fully funded the construction of Don's Schoolhouse in Enelerai, Kenya, as a project dedicated to Don Jennison's memory, and I was never told our funds would be pooled with other donors' funds or used for a different purpose.  At all times, WE Charity repeatedly affirmed—and did not correct—our belief that Don's Schoolhouse in Enelerai, Kenya was funded solely by MHP donors.

27.    I understand that in this lawsuit WE Charity is making the claim that their donors understood that they could not, literally, fully fund schoolhouses in Kenya.  That, frankly, is offensive to me, Kirk, Joyce and the rest of us at MHP who were made to believe that we did, in fact, fully fund a schoolhouse in Kenya in Don's memory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March  3 , 2026

                                                        Claire Ross Dunn

# EXHIBIT A

EMAILS W DIANNA CHAN AND DUNNS, FTC
**From:** "Dianna Chan" <projects@freethechildren.com>
**Subject: Free The Children update**
**Date:** February 8, 2007 at 4:22:24 PM EST
**To:** <kirkdunn@rogers.com>, <clairedunn@rogers.com>
**Cc:** "'Theresa Karsner'" <youth@freethechildren.com>

Hi Kirk,

It was great speaking with you today!

As per our conversation, please find attached photos of the school completed and furnished, some photos of Enelerai students, and a profile of the school. I have also sent out a hard-copy of the attached documents in the mail which you should be receiving shortly.

If you have any further questions, please feel free to contact me any time.

Have a wonderful day!

Best wishes,
Dianna

**Dianna Chan**
International Projects Coordinator

Free The Children
*"children helping children through education"*
233 Carlton Street
Toronto, ON
M5A 2L2
Canada

Tel: 1 (416) 925-5894 ext. 156
Fax: 1 (416) 925-8242
Web: www.freethechildren.com

**A Great Read!  Me to We: Finding Meaning in a Material World**





ATTACHMENTS:
- Complete Enelerai Update – Jan 31.07.doc
- Enelerai Primary 2.doc

**From:** Claire Ross Dunn [mailto:clairedunn@rogers.com]
**Sent:** Friday, February 09, 2007 7:18 AM
**To:** Dianna Chan
**Cc:** Kirk Dunn
**Subject:** Re: Free The Children update

thanks for this, dianna.
can you confirm that we should still move forward with our current $2000 donation to put towards the teacher's salary and feeding programme of this school? or is there a different way to spend that $2000 on this school that would better serve its needs?

thanks
claire

**From:** "Dianna Chan" <projects@freethechildren.com>
**Subject:** [Bulk] RE: Free The Children update
**Date:** February 9, 2007 at 1:12:00 PM EST
**To:** "'Claire Ross Dunn'" <clairedunn@rogers.com>

Hi Claire,

Yes, there is still a need for teacher's' salary and a feeding program at this school right now.

Please let me know if there's anything else I can do for you!

Thank you so much for all your support.

Sincerely,
Dianna

**Dianna Chan**
International Projects Coordinator

Free The Children
*"children helping children through education"*
233 Carlton Street
Toronto, ON
M5A 2L2
Canada

Tel: 1 (416) 925-5894 ext. 156
Fax: 1 (416) 925-8242
Web: www.freethechildren.com

**A Great Read!  Me to We: Finding Meaning in a Material World**

From: Claire Ross Dunn [mailto:clairedunn@rogers.com]
Sent: Monday, March 12, 2007 10:41 AM
To: Dianna Chan
Cc: alan@freethechildren.com
Subject: a quick note

Hello Dianna,

I wanted to make sure you had received our cheque for $2000 for last
year's fundraising for Don's Schoolhouse.

I also wanted to just let you know that Kathryn Stockwood, a producer
on a show on which I am co-producer, has been in touch with your
office to have Craig on our show, The Smart Woman Survival Guide. I
head up the writing department, and it was with great excitement that
we concocted a story that would enable us to have Craig on, and
promote what a wonderful organization you have. As you know, I am a
big fan.

It suddenly occurred to me that you didn't know the connection I had
with this show - but it's funny - Alan Ashbaugh and I had a meeting
over a year ago now to discuss my connection to TV, and whether I

4

could ever be of service to FTC in facilitating TV projects. And here
we are!

If there is anything I can do with either project, pls let me know.

All the best,

Claire

**From:** "Dianna Chan" <projects@freethechildren.com>
**Subject: RE: a quick note**
**Date:** March 12, 2007 at 1:01:21 PM EDT
**To:** "'Claire Ross Dunn'" <clairedunn@rogers.com>

Hi Claire,

It's wonderful to hear from you.

Yes, we did receive your donation for $2,000.00 for teacher's wages and the
feeding program. I have sent a thank you note in the mail at the beginning of
March. Have you not received it yet? If you still don't receive it by the end
of this week, I'll be sure to re-send another one.

Also, I tried to connect with Kirk last week regarding your request of making
a plaque for the school in Kenya. It's a go-ahead, so all I need is the
wording to be placed on the plaque. Our plaques will usually have the message:

                    This school is built in memory of
                                   NAME
                       Through the generous donation of
                                   NAME
       Thank you for making a lasting difference in the lives of children in Kenya
                                   DATE

I will try to connect with Kirk again sometime today to speak about this.

Please let me know if there's anything else you need or if there's anything
else I can help you with.

Thank you so much Claire, for your continuous support and for all that you are
doing for FTC. We are all greatly appreciative for your generosity!

Have a wonderful day!

Cheers,
Dianna

Dianna Chan
International Projects Coordinator

Free The Children
"children helping children through education"
233 Carlton Street
Toronto, ON

```
M5A 2L2
Canada

Tel: 1 (416) 925-5894 ext. 156
Fax: 1 (416) 925-8242
Web: www.freethechildren.com
```

A Great Read!  Me to We: Finding Meaning in a Material World

**From:** Kirk Dunn [mailto:kirkdunn@rogers.com]
**Sent:** April 16, 2007 2:49 PM
**To:** Dianna Chan
**Subject:** Re: Free The Children update

Hi Dianna,

Kirk Dunn here.  Thank you so much for the pictures of the
schoolhouse Morningside-High Park Church helped build at Enerlerai.  Everyone associated with the
project has been inspired to see the fruits of their efforts, and we continue to work toward supporting
Free the Children on this and other ventures.

I sent along a copy of the document you had attached below to the folks at Alternative Grounds (the
purveyors of the fair trade coffee we've been selling to fund the project), and they were thrilled to
know that their product had been part of creating a healthy and sustainable community in Kenya.  In
fact, they would like to post a couple of the pictures on their website.  Would that be okay with you?
 To do so, they need JPG format copies of the photos — do you have those available?  Any help you
could provide would be greatly appreciated.

Hope you're doing well, and I look forward to hearing from you soon.

Cheers,

Kirk

**From:** "Dianna Chan" <projects@freethechildren.com>
**Subject: RE: Free The Children update**
**Date:** April 20, 2007 at 12:37:08 PM EDT
**To:** "'Kirk Dunn'" <kirkdunn@rogers.com>

Hi Kirk,

How are you doing?

I've attached two of the photos that were sent in the update. Due to the size of the files, I am unable to
send you all of them. Hope this is sufficient. If you need anything else, please let me know.

Have a wonderful weekend!
Dianna

**Dianna Chan**
International Projects Coordinator

Free The Children
*"children helping children through education"*
233 Carlton Street
Toronto, ON

M5A 2L2
Canada

Tel: 1 (416) 925-5894 ext. 156
Fax: 1 (416) 925-8242
Web: www.freethechildren.com

**Join us for an urban adventure: Sign up for the Take Action! Academy**

On 10-Oct-07, at 12:37 PM, Dianna Chan wrote:

Hi Claire,

I hope this email finds you doing well!

I would like to first apologize that you have not heard back from me. I realized, after receiving your voicemail this morning and the email you sent to Melissa, that I had made a mistake in the email address when I emailed you after receiving your voicemail. I am so sorry about that!

To continue supporting the Enelerai community, the Alternative Income program or Health program are in need at the present time.

If you have further questions, please feel free to contact me anytime.

Hope you have a wonderful day!

Best wishes,
Dianna
**Dianna Chan**
International Projects Coordinator

Free The Children
*"children helping children through education"*

233 Carlton Street,
Toronto, ON
Canada, M5A 2L2

Phone: 1.416.925.5894 ext. 156
Fax: 1.416.925.8242
Web: www.freethechildren.com

**From:** Claire Ross Dunn [mailto:clairedunn@rogers.com]
**Sent:** Friday, October 12, 2007 1:08 PM
**To:** Dianna Chan
**Subject:** Re: Free The Children

hi Dianna,

that's great, thanks. a couple of quick questions:
- does that mean that the well is already built? we have no problem with these other programmes
- they are great - and I'm just wondering about the well.
- also, can you let me know when or if it's possible to get a photo of the plaque which was
discussed earlier this year for the school? I promised Don Jennison's widow that I would
endeavour to get a copy for her, as well as for the group of people who raised the money for the
school and teacher's salary, and also to be passed to Don's supporters... any help you can give me
on this effort would be great.

thanks
claire

On 15-Oct-07, at 1:47 PM, Dianna Chan wrote:


Hi Claire,

There is a water project underway at the moment and as of right now, there is enough funding. However,
should any unforeseen circumstances arise causing insufficient funding, we can definitely let you know
and you would be able to direct your funding to the water project.

In terms of receiving photos of the school with the plaque, our Kenya Program Director recently returned
to Kenya whom I have asked to follow up. I believe that they have not yet come across the bag of school
and health kits that held your plaque. However, I have asked her to do a search for a bag so we can move
forward on this. I am so sorry that this has taken so a long time!

If you have further questions or if there's anything else that I can do to help, please do let me know.

Hope you had a wonderful weekend and have a wonderful day!

All the best,
Dianna

**Dianna Chan**
International Projects Coordinator

Free The Children
*"children helping children through education"*

233 Carlton Street,
Toronto, ON
Canada, M5A 2L2

Phone: 1.416.925.5894 ext. 156
Fax: 1.416.925.8242
Web: www.freethechildren.com

**From:** Claire Ross Dunn [mailto:clairedunn@rogers.com]
**Sent:** Thursday, October 18, 2007 8:01 AM
**To:** Dianna Chan
**Subject:** Re: Free The Children

this is all great.

We'll work toward the Alternative Programme funding for that community. I looked on the website, but didn't understand if it's a fixed financial goal, or if it's a flex thing - as much as you can raise. Can you tell me how much that might be?

I'll be in touch again when we have some news to report. Meanwhile, thanks for tracking down the photo of the school and plaque. I know Joyce, Don's widow, looks forward to seeing it.

Thanks
Claire

**From:** "Dianna Chan" <projects@freethechildren.com>
**Subject: RE: Free The Children**
**Date:** October 22, 2007 at 3:35:51 PM EDT
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>

Hi Claire,

Unlike our Brick by Brick program, there is no set financial commitment for the Alternative Income program. You and your group have the flexibility to set your own goal or just go with the flow and raise as much as you can. Many schools or Youth in Action Groups, however, have set a goal of $5000.00 for the Alternative Income Program in the past.

If you have other questions, let me know anytime ☺

Hope you have a wonderful day!

All the best,
Dianna
**Dianna Chan**
International Projects Coordinator

Free The Children
*"children helping children through education"*

233 Carlton Street,
Toronto, ON
Canada, M5A 2L2

Phone: 1.416.925.5894 ext. 156
Fax: 1.416.925.8242
Web: www.freethechildren.com

From: Claire Ross Dunn [mailto:clairedunn@rogers.com]
Sent: Monday, November 05, 2007 9:28 AM
To: Dianna Chan
Subject: hello

Hello Dianna -

Were you in that big room on Friday filled with FTC staff when Al and I were introduced by Craig? I wished I had had the time to meet you in person.

I appreciate all the help you've given me so far. Yesterday I announced our support of Alternative Income Projects and Health Initiatives in the Enelerai district where Don's Schoolhouse was built - and it was greeted with great excitement.

Here's what we're doing: we're creating $10 gift cards and offering them for sale before Christmas as teacher gifts or family gifts. We've said - for example, you can buy ten $10 gift cards, and that would buy the sports equipment for a school! You can buy 5, and buy a family a goat.

People are really engaged. Lots of people came to me afterward and said that they know their family doesn't need any more 'stuff' for Christmas, and this is the perfect thing. Awesome.

It occurred to me that it would be great to get one of those Adopt A Village posters for our project. We could already show the school and teacher's salary being covered. And you've told us that the well is underway. This will give people a real visual on what they're aiming for.

I don't live far from the FTC building. Perhaps I can come sometime this week and get one from your office? Just let me know when it would be convenient, and I'll drop by.

Thanks again for your help.

Claire
416-422-3232

**From:** "Dianna Chan" <projects@freethechildren.com>
**Subject: RE: hello**
**Date:** November 19, 2007 at 4:01:47 PM EST
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>

Hi Claire,

I hope you had an incredible time at the National Me to We Day. Unfortunately, I was not in the big room when Craig introduced Al and yourself. I would have loved to meet you in person as well!

It is super exciting to hear that people are really engaged in the upcoming projects and fundraising ideas. Thank you for all your time and incredible work!

You can definitely get a poster for your new fundraising campaign. We,

however, do not have one poster that covers all four components of Adopt a Village (I believe this is what you meant by being able to show the school and teacher's salary being covered). I can send you one for the Alternative Income Program however; please let me know if this is sufficient. If not, I can inquire with our Youth Programming Team as they are the experts on sending out posters and other resource materials - maybe we can also send along a Brick by Brick poster?

Again, I am so sorry that it has taken such a long time to get photos of the plaque on the school in Kenya. However, I have taken the liberty to have a new plaque made and brought over to Kenya again. I have just sent an email over to our Kenya Projects Director to ensure that photos are emailed back as soon as possible. We will have photos soon, I promise.

Please let me know if there's anything else I can do for you.

Hope you have a wonderful day!

Best wishes,
Dianna

Dianna Chan
International Projects Coordinator

Free The Children
"children helping children through education"

233 Carlton Street,
Toronto, ON
Canada, M5A 2L2

Phone: 1.416.925.5894 ext. 156
Fax: 1.416.925.8242
Web: www.freethechildren.com

Create a world of change - Adopt a Village today!



# Free The Children

www.freethechildren.com

**233 Carlton Street, Toronto, Ontario, M5A 2L2**
**Phone: 1.416.925.5894; Fax: 1.416.925.8242**
**E-mail: info@freethechildren.com**

<u>**Profile of Enelerai Primary School – Rift Valley Province, Narok South District, Kenya**</u>

| Name of School | Community | No. Of Students | No. of Teachers | Ratio of boys: girls | Age Range | Ratio of Teachers: Students | Attendance Rate % |
|---|---|---|---|---|---|---|---|
| Enelerai Primary School<br><br>No. of Classroom: 1 | This school is located in a Kipsigis community.<br><br>The main activities of the Kipsigis people consists of pastoral and small-scale farming, such as the growing of beans, millet, sweet potatoes, and maize. They also tend to goats, cows, and sheep. Kipsigis use their farming for personal consumption and the surplus is sold at local markets.<br><br>Kipsigis women, similar to the Maasai culture, are responsible for looking after their children, cooking, fetching water, etc. the men tend to the animals, and may have a small business. In more recent years, even the women in the Kipsigis culture are starting to open up their own small businesses.<br><br>● Population: Approximately 2000 people<br>● No. of families sending their children to school: 240 families<br>● Literacy Rate: approximately 1-2 out of 10 people will be literate<br>● Average annual income: less than 40 US cents per day (note: this is an approximation – the figure depends on the year and how well harvesting went)<br>● Main occupation or source of income: farming as well as cattle and goat rearing | 23 boys and 38 girls | 1 | 1:1.65 | 6-13 | 1:61 | 95% |

*children helping children through education*

**New School**



**New School**



**Unfurnished classroom**



**Furnished classroom**



**Student**



**Students in old school**



**Students in old school**



**Students in old school**



# EXHIBIT B

**From:** "Kasia Popowicz" <kasia@freethechildren.com>
**Subject: Enelerai Community Update**
**Date:** February 14, 2008 at 10:23:01 AM EST
**To:** <clairedunn@rogers.com>

Hi Claire,

I just wanted to follow up and see if you have received the Enelerai community update that was sent to you. If not, please let me know and I can re-send it again.

Our records show that the full amount donated towards Don's School House for the year 2007 is in the amount of $2100.00.

Please feel free to contact me any time if you have further questions!

Have a wonderful day!


**Kasia Popowicz**
Communications Coordinator

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON
M5A 2L2
Canada
Tel: 1.416.925.5894 ext. 194
Fax: 1.416.925.8242
Web: www.freethechildren.com

Create a world of change – Adopt a Village today!

**From:** "Kasia Popowicz" <kasia@freethechildren.com>
**Date:** March 4, 2008 at 1:35:13 PM EST
**To:** <clairedunn@rogers.com>

Hi Claire,

I hope you're well. Thank you so much for all of your patience. I am happy to report that this e-mail includes more pictures of the Don School House. There are also photographs of the plaque dedicated to Don Jennison.

If you have any questions at all, Claire, please don't hesitate to ask.

All the best,


**Kasia Popowicz**
Communications Coordinator

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON
M5A 2L2
Canada
Tel: 1.416.925.5894 ext. 194
Fax: 1.416.925.8242
Web: www.freethechildren.com

Create a world of change – Adopt a Village today!
Attachments: photos









**From:** "Kasia Popowicz" <kasia@freethechildren.com>
**Subject: Free The Children Community Report, Fall 2008**
**Date:** October 10, 2008 at 5:37:50 PM EDT
**To:** <clairedunn@rogers.com>

Dear Claire,

Hope all is well!

I'm very excited to share with you the latest updates on the Enelerai community.

Enclosed you will find a report with pictures and updates from Enelerai. To access your report, please click on the link below:

http://freethechildren.com/pdf/reports/2008/fall/Enelerai_General_Report.pdf

Once again, thank you and Don's School House Committee for your great generosity and support over the years.

Claire if you have any questions please don't hesitate to contact me directly at 416-925-5894 at ext. 194.

Best regards,
Kasia

**Kasia Popowicz**
**International Programming Manager**

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON
M5A 2L2
Canada
Tel: 1.416.925.5894 ext.194
Fax: 1.416.925.8242
Web: www.freethechildren.com

[I don't seem to have any email correspondence I sent to Kasia.]

**From:** Claire Ross Dunn <clairedunn@rogers.com>
**Subject: possible donation to enelerai**
**Date:** November 15, 2010 at 8:48:36 AM EST
**To:** faith@freethechildren.com

Hello Faith,

Claire Dunn here. We spoke last week about my friend Joyce Jennison, who was looking to make a donation of some kind to Don's Schoolhouse, which was the school which our church, Morningside High Park Presbyterian, raised money for through FTC, in the Enelerai District. Don Jennison, in whose honour we raised the money, was her late husband.

As i mentioned on the phone, Joyce is hoping to make a further donation to support Don's Schoolhouse in some way. She's not sure how much she can contribute, but she also has a few other friends who would like to make a donation in Don's name too. And so I'm just following up to see if you were able to pull together a paragraph on the girls' school which you mentioned was being built in the same community. I spoke to Joyce over the weekend, and she seemed interested in this project, but also hoped to see something in writing - something she could pass to the other friends who had inquired.

Anything you can send me would be helpful. Joyce is not on e-mail, so the moment I get it from you, I will send it to Joyce by mail. I really only see her in person on Sundays at church.

If you have any questions, please don't hesitate to call.

All the best,

Claire
h 422-3232
c 647-280-2527

**From:** "Faith Bachlow" <faith@freethechildren.com>
**Subject: RE: possible donation to enelerai**
**Date:** November 15, 2010 at 11:16:55 AM EST

**To:** <clairedunn@rogers.com>
**Cc:** "Lydia Zhu" <lydia@freethechildren.com>, "Iryna Dutko" <iryna@freethechildren.com>

Hello Claire,

Thank you so much for your email. We would be more than happy to send something to you in regards to the All Girls Secondary School in Kenya.

I wanted to introduce you to a colleague of mine, her name is Lydia Chu. Lydia will be able to provide you with all the information pertaining to the all girls school in Kenya. I think it's wonderful that both yourself and Joyce are continuing to supporting the communities as the girls continue their education, and honouring Don in such a special way.

In regards to you're 'a cup of Change' initiative, I wanted to connect you with Iryna Dutko, she is the youth program coordinator for Earl Grey Senior Public School. She will be able to provide you with all the resources and materials to ensure your campaign is a success!

Claire, I have to say thank you for being such an amazing Free The Children ambassador. Without individuals like yourself, we would not be able to do what we do, so thank you.

Warm regards,

Faith


Faith Bachlow  |  Donor Relations  |  Free The Children
T: 416-925-5894 ext.148  |  F: 416-925-8242  |  www.freethechildren.com

233 Carlton Street | Toronto, Ontario | M5A 2L2

Make We Day every day. For each "like" on We Day's Facebook page, sponsors will contribute $1 to Free The Children projects.

**From:** Claire Ross Dunn <clairedunn@rogers.com>
**Subject: Re: possible donation to enelerai**
**Date:** November 15, 2010 at 12:15:01 PM EST
**To:** Faith Bachlow <faith@freethechildren.com>
**Cc:** "Lydia Zhu" <lydia@freethechildren.com>, "Iryna Dutko" <iryna@freethechildren.com>

Hello Faith, Lydia and Iryna,

A big hello to you all. I will look forward to a bit of written info from Lydia about the All Girls school, which sounds like a great initiative and one Joyce and her friends will hopefully get behind. Thank you in advance for that.

Iryna, very nice to meet you - i am coordinating the Cup of Change project at Earl Grey, where my daughter Findley is in Grade 7. Jan-Marie Divok and Christina Mathura, who are the teachers who run the Free the Children club at Earl Grey, are my point people there. We kicked off this past week, and are working our way to raising money for a school by selling Fair Trade Coffee... the same way we raised money for the school in Enelerai.

I appreciate your thanks, Faith - but anything I can do doesn't begin to show how appreciative I am of all of you at Free the Children, showing such leadership and teaching all of us - not just my children, but we adults too - how to be the change.

Over and out for now. We will all be in touch very soon, I am sure - and I look forward to it.

Best,

Claire
h 422-3232
c 647-280-2527

# EXHIBIT C

**EMAILS BTWN CLAIRE AND KIRK DUNN AND CRAIG KIELBURGER, AND KARIN DOHERTY 2007-2021**

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: Me to We**
**Date:** September 5, 2007 at 10:56:16 PM EDT
**To:** <clairedunn@rogers.com>

Hujambo Claire,

Greetings from the spectacular Masai Mara, Kenya! We are hosting slightly more than a thousand youth volunteers this summer at our project sites in five countries in Asia, Africa and Latin America. It has been a whirlwind of travel visiting the various locations.

I'm writing to invite you to a unique celebration we are organizing on Oct 19th called National Me to We Day. We are bringing together 8,000 students from 350 schools across Canada. Every school committed curriculum hours to teach students about global issues, and each school will become involved in campaigns to help children in developing countries.

The day will feature inspirational speakers such as Lt. -General (ret) Romeo Dallaire, Olympic Gold Medallist Mark Tewksbury, author Irshad Manji, and social activist Justine Trudeau. Surprise musical talent will bring an awesome energy to the gathering, and celebrities will join to share brief messages. CTV and MTV are broadcasting the event; The Toronto Star is releasing a 10-page special section; Canadian Living will include a 'family action kit' in the magazine. We are seeking to challenge and inspire young Canadians to reach out globally!

Please see the attached invitation for more information. We would be thrilled if you are able to join us in the celebration!

All the best!

Be The Change,

Craig

**Craig Kielburger**
Founder and Chair

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON
M5A 2L2
Canada


Tel: 1.416.925.5894 ext. 160

Fax: 1.416.925.8242
Web: www.freethechildren.com



# IT'S TIME TO BE THE CHANGE!

## 1st Annual National Me to We Day Event

The Free The Children family cordially invites you to join us in celebration of youth and volunteerism at our first annual National Me to We Day. This special event will consist of a series of highly inspirational and motivational speeches from Canada's top leadership and social issues speakers and entertainers. National Me to We Day is the first step for Canadian youth to take action that will create ripples of positive change in the lives of their peers overseas.

### FRIDAY, OCTOBER 19, 2007
**HOLD THE DATE**

**PLACE:**    Ricoh Coliseum, Exhibition Place Toronto, 100 Princes' Blvd

**KEYNOTE:**    Attendees and key speakers will include Craig and Marc Kielburger, Justin Trudeau, Romeo Dallaire, Irshad Manji and Mark Tewksbury.

We thank you for your generosity, unwavering support and kind friendship over the years. It would be our honour to welcome you at this unique and dynamic life-changing event!



**>> Please RSVP by September 15 to Leen Latif, Me to We Project Coordinator, at leen@metowe.org**

For more information on National Me to We Day, please visit www.metowe.org/metoweday

3

**From:** Claire Ross Dunn [mailto:clairedunn@rogers.com]
**Sent:** September 6, 2007 5:50 AM
**To:** Craig Kielburger
**Subject:** Re: Me to We

Craig,

This sounds truly amazing. Wow - of course I'll come. Can you tell me what time the event is? I'd also like to tell Al Magee, who has come on board It Takes A Village as Exec Producer - which is wonderful news.

Look forward to catching up when you get back.... meanwhile I'll RSVP and ask Leen about times.

Best
Claire


**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: Me to We**
**Date:** September 7, 2007 at 3:30:01 PM EDT
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>
**Cc:** "Leen Latif" <leen@metowe.org>

Claire,

Terrific! And please feel free to invite Al Magee. It would be wonderful if she could join us.

Leen will be in touch with more information.

All the best!

Craig

**Craig Kielburger**
Founder and Chair

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON
M5A 2L2
Canada

From: Claire Ross Dunn <clairedunn@rogers.com>
To: Melissa Yaw
Sent: Tue Sep 18 09:05:35 2007
Subject: another tiny question

Are you bored of me yet? Do feel free - of course! - to pass me along to a project coordinator, if it's easier. Otherwise, you're helping me enormously finish this 5-pager.

If we could pick 12 projects to build a village, what would they be?

The ones I've thought of are:

A School

A Fresh-Water Well

A Medical Clinic

An orphanage

A Housing Complex

Farms and Gardens

Alternative Income Programmes

A Community Centre and Sports Complex

A Library

A Technology and Training Centre

An office for a Micro-Loan Centre

One more project.


I'm short one - and Alternative Income Programmes is more of a programme, and not a thing to be built. I need 12. Any thoughts?


Thanks!

**From:** "Craig Kielburger" <craig@freethechildren.com>

**Subject: RE: another tiny question**
**Date:** September 18, 2007 at 2:22:13 PM EDT

**To:** <clairedunn@rogers.com>
**Cc:** "Melissa Yaw" <melissa@freethechildren.com>

Hi Claire,

Greetings from Grinell, Iowa! (We have FTC groups in cities big and small...)

We are so thrilled that the Adopt a Village program is coming together! I spent the past month in Kenya. There are a number of communities that would be fantastic for the project.

Melissa and I were chatting about the development components for the show. The below-mentioned items may be a little ambitious. The various components would probably cost a little more than a million dollar in funding. If you think we can move forward on that scale, we would be more than happy to ask our Kenyan development team to put together a detailed overview of the 12 items.

Another option that might be more manageable would be the traditional "Adopt a Village" model undertaken by FTC school groups. We typically band together about 10 schools in North America to fundraise the costs to build the following components of a village:

-Approximately 8 classrooms
-water project
-school kitchen
-teacher accommodations
-Educational Garden (to teach improved farming practices)
-medical clinic / library
-and ideally an alternative income project (perhaps a physical training centre)

If you count each classroom as a physical object, we would have more than 12 components. The cost of this model typically works out towards 250,000. If helpful, we can arrange for a representative of our development team to put together information also on this option.

Again, we are so excited to see this idea come to reality! Please let us know if we can be helpful in any way!

Be The Change,

Warmest,

Craig


Craig Kielburger

Founder and Chair

Free The Children
"children helping children through education"

233 Carlton Street
Toronto, ON
M5A 2L2
Canada

Tel: 1.416.925.5894 ext. 160
Fax: 1.416.925.8242
Web: www.freethechildren.com


Claire

**From:** Claire Ross Dunn [mailto:clairedunn@rogers.com]
**Sent:** Tuesday, October 16, 2007 11:36 AM
**To:** Craig Kielburger; Melissa Yaw
**Cc:** Allan Magee
**Subject:** It Takes A Village document

Hello Craig and Melissa,

We are happy to send you the first pass at the **It Takes A VIllage** show pitch.

We know you have a huge week ahead - Al and I are very excited to be coming to the big Me to We event - and we wanted to get you this document before we all saw one another in person again.

After you have recovered from your FTC extravaganza, we'll get in touch to set up a meeting at your convenience to discuss the document. I am sure you will have great input - and we look forward to the exchange of ideas.

If you have any questions, please don't hesitate to call.

All the best,

Claire and Al


**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: It Takes A Village document**
**Date:** October 17, 2007 at 1:21:14 AM EDT
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>, "Allan Magee" <almagee@mageetv.com>
**Cc:** "Melissa Yaw" <melissa@freethechildren.com>

Dear Claire and Al,

I'm typing this note aboard a flight between Montreal and Los Angeles. I am so excited that I'm tempted to walk into every TV studio in LA with this document in hand!

After reading the pitch, I closed my eyes and could image the scenes unfolding. Your description was so vivid that I can picture a small community in Canada banding together for a creative and off-the-wall fundraiser, and the wide-eyes of the participants as they arrive among the Masai in rural Kenya, and the celebration of the local children as they see their new school being built. I love the idea of using television as an innovative format to connect Canada with the world. Just like "Survivor" spanned group parties among watchers, I can imagine It Takes a Village inspiring school groups and neighbors to follow the progress on-screen as they lead their own community along the same journey.

I would be more than happy to sit-down and further discuss the nitty-gritty details of logistics etc. Perhaps we can meet sometime after Me to We Day? I'm excited that you will be joining us for the celebration.

Be The Change,

Warmest,

Craig

**Craig Kielburger**
Founder and Chair

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON.
M5A 2L2
Canada

Phone: 1.416.925.5894 ext. 160
Fax: 1.416.925.8242
Web: www.freethechildren.com

From: Claire Ross Dunn <clairedunn@rogers.com>
To: Craig Kielburger; Melissa Yaw
Cc: Allan Magee <almagee@mageetv.com>
Sent: Fri Oct 19 15:23:29 2007
Subject: thanks for today

Craig and Melissa,

Al and I absolutely adored today. It was inspiring on every level.
What an amazing thing it is that you're doing, what an amazing crowd
of youth leaders you have, blazing new trails, what an incredible day
for your extraordinary team to have organized.

We are energized anew about our work with you. These are exciting times.

We'll call next week when you've had a well-deserved chance to
recover and set up a time to meet.

All the best - and bravo on today!

Claire

From: Melissa Yaw
Sent: Saturday, October 20, 2007 12:21 AM
To: 'clairedunn@rogers.com'; Craig Kielburger
Cc: 'almagee@mageetv.com'
Subject: Re: thanks for today

Hello Claire and Allan,
Just want to thank you both for taking the time to join us at National
Me to We day.

It is the support from individuals like your self helping us to share
our message that enables us to reach so many.

Today thousands of youth left feeling more empowered to go out in the
world and make a difference. Hopefully you found the event and speakers
as entertaining as inspirational.

Look forward to touching base with you next week.

All the best.

Melissa


**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: thanks for today**
**Date:** October 22, 2007 at 10:55:08 PM EDT
**To:** <clairedunn@rogers.com>, <almagee@mageetv.com>
**Cc:** "Melissa Yaw" <melissa@freethechildren.com>

Hello Claire and Allan,

I want to echo Melissa's words of appreciation. I'm thrilled that you
were able to join us at the celebration.

Next let's imagine a stadium of youth cheering with It Takes a Village
on a giant screen!

Be The Change,

Craig

Craig Kielburger
Founder and Chair

Free The Children
"children helping children through education"

233 Carlton Street
Toronto, ON.
M5A 2L2
Canada

Phone: 1.416.925.5894 ext. 160
Fax: 1.416.925.8242
Web: www.freethechildren.com

**From:** "Melissa Yaw" <melissa@freethechildren.com>
**Subject: RE: It Takes A Village document**
**Date:** October 24, 2007 at 1:31:26 PM EDT
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>

Hi Claire,
Hope all is well, myself and Craig would love to meet with you to discuss the next steps in the It Takes A Village TV show pitch. It's all really exciting, thank you again for your support. Craig will be away on travel for the next few weeks but we'd both be happy to meet with you soon. Is Nov 2nd too late, that day would be ideal as Craig would be here.

Please let me know what will work for you.

All the best.

Melissa.

**From:** Allan Magee <almagee@mageetv.com>
**Subject: It Takes A Village**
**Date:** November 6, 2007 at 5:58:26 AM EST
**To:** Craig Kielburger <craig@freethechildren.com>, Melissa Yaw <melissa@freethechildren.com>
**Cc:** Claire Ross Dunn <clairedunn@rogers.com>

Hello Craig and Melissa

Thank you both so much for the time and consideration on Friday afternoon.

It was a treat to spend that time with you both and have the chance to have such a deep conversation on the project and to hear the inspiring details of your work in Kenya. I left the meeting somewhat overwhelmed by all that you contributed, and very inspired by all that you accomplish and all that is possible thru the television series.

Looking forward to next steps.

Thank you

Al

**From:** Claire Ross Dunn <clairedunn@rogers.com>
**Subject: Hi there**
**Date:** November 7, 2008 at 8:53:53 PM EST
**To:** Craig Kielburger <craig@freethechildren.com>

Hi Craig,

Just got your message -- thanks. I'm on Amherst Island, near Kingston, but can collect e-mail here tonight and tomorrow morning.

Saturday into Sunday mid-day I am nearby but probably out of e-mail range. I will be able to collect e-mail Sunday night again.

Conversely, you can always reach me on my cell phone, which I will have with me: 647-280-2527.

Look forward to chatting, and until then, I hope you have recovered from the massive success of Me to We day.

Thanks,
Claire

**From:** Claire Ross Dunn <clairedunn@rogers.com>
**Subject: thank you.**
**Date:** November 10, 2008 at 2:54:01 PM EST
**To:** Craig Kielburger <craig@freethechildren.com>

Hi there Craig,

I just wanted to thank you for the lunch, and for taking the time to update Al and Shelley in person. Very gracious of you.

This is probably the end of It Takes a Village, at least for now... but not the end of my interest in you and FTC. From my involvement in the Don's Schoolhouse FTC project, to my desire to help match your organization's goals to the strange land of TV, it's all part of a greater goal to continue helping out.

So, in short, I'm still interested in working with FTC in some way. I don't know how just yet -- funny, I was e-mailing Kieran Bergmann (he is still our FTC contact for Don's Schoolhouse) the same thing in a little correspondence over the last few weeks.

But I leave you with that notion to store in the back of your mind for the future: if you think that there's some way I could be of assistance to you (perhaps as an in-house or contract person on whatever FTC TV projects come up, for example?), I'd be very interested in noodling possibilities. I have a broad range of skills, and continue to want to apply them in the world of social justice.

So over and out for now. And if  Al and I hear anything from CTV, we'll keep you in the loop.

All the best,

Claire
416-422-3232

cell 647-280-2527

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: Moving Forward**
**Date:** November 14, 2007 at 4:41:49 PM EST
**To:** "Allan Magee" <almagee@mageetv.com>, "Claire Ross Dunn" <clairedunn@rogers.com>

Dear Al and Clair,

Hello from 35,000 feet. Thank goodness for airplanes to catch-up on emails!

Thank you again for coming to the office to further brainstorm on It Takes A Village. We are very excited about the project, and think that it could be a fantastic vehicle to educate, inspire, and challenge Canadians to reach out globally.

Melissa sent me an email saying that you were inquiring about dates to meet with Susanne Boyce and the CTV team to pitch the show. I want to see this project come to life as quickly as you, but it would be ideal if we could wait a little prior to arranging the meeting.

We're happy with the general direction for the show, but feel that further discussions are necessary to hone the pitch. Our last conversation revealed many areas to be determined, including the amount of filming overseas vs. North America (at the start of our meeting the idea was 11 of the 12 episodes fully being filmed in Kenya, but at the end of the conversation the show seemed to include more filming in North America). We also were uncertain about the selection of the participants (youth or adult, pre-selection or selection via web voting to build grassroots interest etc.). Moreover, it would be very helpful to discuss the specific roles for our team to prepare the groundwork for filming in Kenya etc as we need to know this in advance.

I personally feel that we need many more brainstorming sessions and a discussion about specific logistics. My schedule is a little overwhelmed at the moment with international travel and project maintenance. On an immediate note, the Free The Children team needs to solidify our funding for the next Me to We Day – and that means renewing our broadcast commitment. Prior to pitching new projects to any network, we want to wrap-up our meetings and settle the Me to We Day broadcast for next year.

I'm on the verge of departing for the Middle East, and then to California – as we are setting-up our first US field office in San Francisco. Can we wait until December to bring together our key team members involved in Kenya operations and PR to hone the pitch idea and document?

Again, we are excited about the project. We want to ensure that we have the best possible product.

Looking forward to seeing you again!

Craig

**Craig Kielburger**
Founder and Chair

Free The Children
*"children helping children through education"*

233 Carlton Street
Toronto, ON.
M5A 2L2
Canada

Phone: 1.416.925.5894 ext. 160
Fax: 1.416.925.8242
Web: www.freethechildren.com

From: Claire Ross Dunn [mailto:clairedunn@rogers.com]
Sent: January-14-08 3:51 PM
To: Craig Kielburger
Cc: Allan Magee
Subject: update on It Takes A Village

Hello Craig,

And a very happy New Year to you. You have been much on our minds, what with the trouble in Kenya, and we're sending good good thoughts your way to hope that all your people are safe and sound during this somewhat tumultuous time. Let's hope it all grows calmer in the near future.

Meanwhile, we just wanted to send you a small update, to say that Al and Susanne have been working on a time to chat over coffee about It Takes a Village. By the time he reached her office in December, after you and I had traded e-mails and phone calls, it was too close to the holidays to meet, so they are now working on a time probably close to the end of January.

As soon as I hear anything from Al, I will send you an update. Until then,

all the best,

Claire

ps. by the way, thank you so much for the beautiful cards you sent
Findley and Emmett. Wow did they ever love that.

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: update on It Takes A Village**
**Date:** January 23, 2008 at 3:37:34 PM EST
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>
**Cc:** "Allan Magee" <almagee@mageetv.com>

Claire,

Many thanks for the update.

Our team is collectively holding a breath in hope that the situation
with soon improve in Kenya. It is a very new democracy - with only their
second free election. The country serves as the cornerstone of East
Africa.

Thankfully our team members, volunteers, and the communities in which we
work are untouched. The violence has been largely limited to urban areas
in the west and one of the slum areas in Nairobi. The communities in the
south where we work were not even aware of the situation. Now that Kofi
Annan has started mediation talks, we hope that the political situation
will result itself.

Wishing you all the best for 2008!

Be The Change,

Craig

Craig Kielburger
Founder and Chair

Free The Children
"children helping children through education"

233 Carlton St.
Toronto, ON.
M5A 2L2

Ph: 416.925.5894 ex 160
Fax: 416.925.8242
www.freethechildren.com


From: Claire Ross Dunn [mailto:clairedunn@rogers.com]
Sent: July-29-08 8:01 AM
To: Craig Kielburger
Cc: Melissa Yaw; Allan Magee

Subject: Re: It Takes a Village

Hello Craig,

It has been a long time since we've seen each other, and I hope
you've been well. Al and I have been busy working on the CBC's Little
Mosque on the Prairie, I as an exec story editor and writer, Al as a
Co-Executive Producer.

I wanted to report back on It Takes a Village. In the last month, CTV
and MTV have been meeting with us, and are very interested in the
project -- all of which is exciting. Al and I just met yesterday
again with them, and they have invited us to apply for development,
which is a very good sign.

We are hoping you could meet with us to touch base, so that we could
update you on the project -- and we could also hear about the no
doubt exciting things you are up to. The only glitch is that we are
both soon on holidays, Al as of this Friday, and I as of next Tuesday
Aug 5.

Is it even possible you're around this Thursday for a quick meeting?
We would come to you, wherever it's most convenient.

We do look forward to hearing about FTC's adventures, which are
always exciting and inspiring.

All the best,

Claire

Claire's cell 647-280-2527
Al's cell 416-402-3325

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: It Takes a Village**
**Date:** August 4, 2008 at 8:07:36 PM EDT
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>, "Allan Magee" <almagee@mageetv.com>
**Cc:** "Melissa Yaw" <melissa@freethechildren.com>

Hi Claire (and Al),

It is terrific to hear from you. I'm glad that you are doing well.

Apologies for the delay in my response. Email access has been a little
sporadic. Unfortunately, it would have been impossible to meet on

Thursday. I've been overseas almost the entire summer. I'll be in Kenya and Uganda until September.

It's wonderful news that CTV and MTV are interested in the project. Although I must confess that I don't quite understand what it means to apply for development, it sounds like a great step forward. Please do keep us updated. We would be very happy to connect in fall.

As a short update, it has been a whirlwind summer. Our sister organization, Me to We, hosts in excess of a thousand youth at our project sites around the world. Believe-it-or-not, this is our 'slow' season until the school year begins with Free The Children's activities.


Enjoy your vacation!

Be The Change,

Craig



Craig Kielburger
Founder and Chair

Free The Children
"children helping children through education"

233 Carlton St.
Toronto, ON.
M5A 2L2

Ph: 416.925.5894 ex 160
Fax: 416.925.8242
www.freethechildren.com


From: Claire Ross Dunn [mailto:clairedunn@rogers.com]
Sent: August-05-08 8:51 AM
To: Craig Kielburger
Cc: Allan Magee; Melissa Yaw
Subject: Re: It Takes a Village

Hello back Craig,

We suspected you'd be away... it was crazy to think you might be around, but we decided to try anyway.

Well we look forward to meeting with you after Sept 15 when you're back (I think that's what Melissa said) to tell you more about what a development period means. And we don't have the development period

yet -- we've just been invited to apply for it, from CTV and MTV.
Basically, it means that they're inviting us to apply for a modest
amount of money to have a development period over at Magee TV,
wherein we work in depth on the proposal, working on content, team,
budget, schedule, and logistics. All of that information gathering
would mean we could then submit a much more in-depth proposal to them
after the development period, so that they can really evaluate the
project and consider it for production.

It is indeed a great step forward.

Good luck with all the excellent things you are doing, and we look
forward to a rendezvous in the Fall.

Best,

Claire


**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: It Takes a Village**
**Date:** August 5, 2008 at 10:25:13 AM EDT
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>
**Cc:** "Allan Magee" <almagee@mageetv.com>, "Melissa Yaw" <melissa@freethechildren.com>

Dear Claire,

Terrific! Many thanks for the clarification. It sounds very exciting. I
look forward to hearing more in the fall.

Best wishes for a wonderful and relaxing vacation!

Be The Change,

Craig



Craig Kielburger
Founder and Chair

Free The Children
"children helping children through education"

233 Carlton St.
Toronto, ON.
M5A 2L2

Ph: 416.925.5894 ex 160
Fax: 416.925.8242
www.freethechildren.com

**From:** Claire Ross Dunn <clairedunn@rogers.com>
**Subject: thank you.**
**Date:** November 10, 2008 at 2:54:01 PM EST
**To:** Craig Kielburger <craig@freethechildren.com>

Hi there Craig,

I just wanted to thank you for the lunch, and for taking the time to update Al and Shelley in person. Very gracious of you.

This is probably the end of It Takes a Village, at least for now... but not the end of my interest in you and FTC. From my involvement in the Don's Schoolhouse FTC project, to my desire to help match your organization's goals to the strange land of TV, it's all part of a greater goal to continue helping out.

So, in short, I'm still interested in working with FTC in some way. I don't know how just yet -- funny, I was e-mailing Kieran Bergmann (he is still our FTC contact for Don's Schoolhouse) the same thing in a little correspondence over the last few weeks.

But I leave you with that notion to store in the back of your mind for the future: if you think that there's some way I could be of assistance to you (perhaps as an in-house or contract person on whatever FTC TV projects come up, for example?), I'd be very interested in noodling possibilities. I have a broad range of skills, and continue to want to apply them in the world of social justice.

So over and out for now. And if  Al and I hear anything from CTV, we'll keep you in the loop.

All the best,

Claire
416-422-3232
cell 647-280-2527

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: thank you.**
**Date:** November 10, 2008 at 7:07:00 PM EST
**To:** "Claire Ross Dunn" <clairedunn@rogers.com>

Hi Claire,

It was wonderful to see you again. Thank you for taking the time to
visit our office.

I appreciate all of the energy, time, passion and effort that you`ve
dedicated to working with Free The Children. It has been extremely kind
of you, and working with you has truly been a pleasure.

I look forward to our paths continuing to cross on many future
occasions.

All the best,

Craig

Craig Kielburger
Founder and Chair

Free The Children
"children helping children through education"

233 Carlton St.
Toronto, ON.
M5A 2L2

Ph: 416.925.5894 ex 160
Fax: 416.925.8242
www.freethechildren.com

**From:** "Craig Kielburger" <wedayinfo@freethechildren.com>
**Subject: Your We Day Invitation - Toronto & Vancouver 2009**
**Date:** July 8, 2009 at 10:03:19 PM EDT
**To:** clairedunn@rogers.com

If you cannot see an image below click here to view the email online

## Dear Claire Dunn,

**You are invited to We Day, Free The Children's annual signature event!** We are excited to host you at our one-of-a kind event featuring inspirational speeches and performances by leading activists and entertainers. We Day is a celebration of the power of young people to change the world. It's also the official kick-off to youth-led world-changing actions throughout the year.

This year, We Day events will take place in Toronto and, for the first time ever, Vancouver! We hope to see you in one or both of these cities!

233 Carlton Street, Toronto, Ontario, Canada M5A 2L2 | Phone: 416.925.5894 | info@freethechildren.com
Copyright © 2009 Free The Children. All rights reserved.
To ensure delivery, please add info@freethechildren.com to your list of safe senders

To unsubscribe click here.

**From:** "Craig Kielburger" <wedayinfo@freethechildren.com>
**Subject: Thank You!**
**Date:** October 8, 2009 at 6:45:09 PM EDT
**To:** clairedunn@rogers.com

Dear Friend,

Thank you for your support of We Day. Whether you attended We Day, watched the live broadcasts of the events, or saw the front page of the Vancouver Sun and the Toronto Star, we just wanted to say thank you for being part of the We Day Movement. Your energy and commitment to change embodies the leadership that this world needs.

With the support of our sponsors, especially title sponsor, National Bank Financial Group, we inspired thousands of youth to make a difference both in their own backyards and around the world. In Vancouver, the presence of His Holiness the Dalai Lama, musical performances by K'Naan and Sarah McLaughlin and speeches from Michel Chikwanine and Jane Goodall, were among the special moments of the day. In Toronto, Elie Wiesel and Robert Kennedy, Jr. delivered stimulating messages to the youth, and Justin Bieber and the Jonas Brothers energized the crowd with their music.

The youth attending We Day have committed to take tangible actions for a better world, both locally and internationally. They will spread the messages of the day to their schools and take action through Free The Children's campaigns to raise awareness and funds.

We invite you to watch the 2 hour CTV special highlighting We Day on October 10, 7pm (EST). For more details, visit: http://weday.ctv.ca/

To view some of the media articles, please visit our press room at:
http://www.freethechildren.com/weday/pressroom.php

We also ask you to be a part of Free The Children's 10 By 10 challenge, and help to create a better world. Join Free The Children in the challenge to raise funds to fully develop 10 communities overseas, and volunteer 1 million hours. To learn how you can give your ten visit:
http://www.freethechildren.com/getinvolved/10by10/

We look forward to seeing you next year in Toronto, Vancouver or Montreal!

Best Regards,

The Free The Children Family


To unsubscribe click here:
http://track.freethechildren.com/u/1/7eb6469bcf7821983ec49cc1e6daf24d6b7210346658c26c

**From:** "Craig Kielburger" <wedayinfo@freethechildren.com>
**Subject: A Day to remember: CTV show and local listings**
**Date:** October 8, 2009 at 10:30:20 PM EDT
**To:** clairedunn@rogers.com

Dear Friends,

As we approach the 2 hour CTV special, we wanted to share that the show will be re-played a number of times throughout the week.  We also wanted to provide you with this specific additional information below.

We have just returned from a staff party and shared many of the memories which made the two days possible. We shared so many thank you's in our gathering. Please allow us to take a moment to thank all of those who shared their remarkable talents, spoke on the day itself and made the day possible.

Thank you again to Vancouver Chair, Lorne Segal. Thank you to Toronto Co-Chairs W. Brett Wilson, Jeffrey Latimer, John Tory, and Andrew Black. Thank you, as well, to David Aisenstat for his support and generously opening his restaurants in Vancouver and Toronto.

Thank you to our Toronto speakers and performers who inspired us to action. Thank you to Jeff Skoll, Phil Fontaine, The Lieutenant Governor, The Honourable David Onley, The Right Honourable Paul Martin, The Jonas Brothers, Justin Bieber, Elie Wiesel, W. Brett Wilson, Nico Archambault, Hannah Endicott-Douglas, The Cast of Degrassi, Louise Kent, Robin Wiszowaty, Jessi Cruickshank, Mike "Pinball" Clemmons,  Spencer West, Robert Kennedy Jr., Britt Janyk, John Furlong and Hedley.

Thank you to our Vancouver speakers and performers who inspired us to action. Thank you to Her Excellency Michaelle Jean, Sarah McLachlan, Jason Mraz, the Canadian Tenors, Mia Farrow, Betty Williams, Dr. Jane Goodall, Jacob Hoggard, K'naan, Michel Chikwanine, Premier Campbell and Mayor Robertson . Thank you to the Dalai Lama Center for all the partnership and support and, especially, His Holiness, the Dalai Lama, for his special participation.

Thank you to the CTV family, especially Susanne Boyce & Ivan Fecan, Ben Mulroney, Tanya Kim, Jon Taylor, Marie Bourbonnais and Michelle Crespi.

A very special thank you to all of the tremendous sponsors who made the day possible. We could not have done it without your help, guidance and leadership! Thank you our Title sponsor National Bank Financial Group. Please visit our important sponsor list at http://www.freethechildren.com/weday/sponsor/. Thank you as well to our youth, educator partners, and school boards who now carry the message back to their schools and hundreds of thousands of additional youth.

CTV airing times include: (please confirm with local listings)

CTV:  Saturday Oct 10th at 7pm; Saturday Oct 17th 12pm
A Channel:  Sunday Oct 11th  at 2pm, Monday Oct 12th at 11am
Access:  Monday Oct 12th at 3pm
Much Music: Saturday Oct 10th at 9pm
MTV: Sunday Oct 11th at 7pm
Star! Monday Oct 12th at 8am and Sunday Oct 25th at 1pm.

Be the Change,
Craig


To unsubscribe click here:
http://track.freethechildren.com/u/1/7eb6469bcf782198840e4c14a6afb0016b7210346658c26c

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: Youth In Action Summit**
**Date:** January 18, 2010 at 6:47:13 PM EST
**To:** clairedunn@rogers.com

Dear Claire,

Free The Children would like to take this opportunity to invite youth in grades 7 through 12 to our annual youth empowerment event—the **Youth In Action Summit.**

This year, the Youth In Action Summit will be held in Toronto on **Saturday, February 20, 2010.** This all-day event will bring together youth leaders to participate in workshops and be challenged by keynote addresses. The theme of this year's conference is social movements—from the civil rights movement of the 1950s and 60s to the women's rights movement to the green revolution. Participation is free but registration is required.

**Event Details:**

- Saturday, February 20, 2010 in Toronto
- Registration: between 8:00am and 9:00am
- Workshops and presentations: 9:00am to 5:00pm

**Location:**

- Bishop Marrocco/Thomas Merton Catholic Secondary School
  1515 Bloor Street West, Toronto, Ontario M6P 1A3

Participants will experience a day full of inspiration, discussion and challenges, including

- key note addresses by Louise Kent and Michel Chikwanine.
- five separate workshops, specifically created by Free The Children facilitators.
- lunch time question and answer period with special friends of Free The Children.
- connecting with other youth leaders who believe they have the power to make a global impact through their actions.
- and other special guests.

Young people in grades 7 through 12, ready to join the Youth In Action Summit, can register online or by completing and returning the registration form. Registration deadline is **February 1, 2010.**

If you would like to register a youth or have other inquiries, please contact Paul Cescon, Corporate Engagement Coordinator, by email at paul@freethechildren.com or by phone at 416-925-5894 ext. 134. For questions about the Youth In Action Summit, please contact yiasummit@freethechildren.com.

Please share this invitation with your family, friends and colleagues.

We look forward to an exciting day with your youth!

Best wishes,
The Free The Children Team


Craig Kielburger                    Marc Kielburger
Founder                             Co-Founder and Chief Executive Director


233 Carlton Street, Toronto, Ontario, Canada M5A 2L2 | Phone: 416.925.5894 | info@freethechildren.com
Copyright © 2010 Free The Children. All rights reserved.
To ensure delivery, please add info@freethechildren.com to your address book and list of safe senders


To unsubscribe click here.


**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: We Day 2011**
**Date:** August 13, 2011 at 8:58:26 AM EDT
**To:** <clairedunn@rogers.com>
**Cc:** "Jackie Plessl" <jackie@freethechildren.com>

Dear Claire,

I hope that you're doing well.

I am typing this note from one of our project sites in East Africa. Our team is working to provide much-needed support for families during the drought. We're administering a feeding program for 6000 kids and hope to expand the program to reach 3500 pregnant women and new mothers. We are also arranging for food in Dadaab for Somali refugees fleeing the famine into Kenya.

We are grateful for outpouring of support and encouragement, much of which has come from youth and adult supporters of We Day. The event has created a forum for students to learn about global issues, and they are volunteering and raising funds creating ripples of hope in communities at home in Canada and around the world.

My reason for writing you today is to invite you to join us for We Day this coming Fall. You should have recently received a 'Save The Date' invitation, however, I wanted to follow up with a personal invitation for you and your family to attend. We are looking forward to sharing this day with you, because, without you and your support the work we do truly wouldn't be possible.

Taking place on September 27th, 2011, We Day Toronto will be our next opportunity to bring together 18,000 student leaders along with some of the world's most inspiring speakers and performers to celebrate the power of young people to create change in the world.

This fall we are thrilled to welcome to the stage **former heads of state, incredible humanitarians, a-list musical artists** and others to inspire youth and empower them to take action. With an exciting line-up of guests and speakers, We Day 2011 is certainly not one to be missed.

Since 2007 We Day events in Toronto, Vancouver and Montreal have inspired hundreds of thousands of youth across the country to take action in their local and global communities. **Over the past four years, students and their peer groups have volunteered over 2 million hours and donated $10,000,000 for over 500 charities as a result of We Day and We Schools in Action.** These large numbers are the accumulation of 128 car washes, 272 movie nights, 352 walks and runs and 912 penny drives. Year after year, students become more engaged in social issues, take more action, and become more dedicated to making our world a better place.

**To RSVP and register, please follow the link below.**

http://forms.freethechildren.com/?module=weday2011jack/hgreg&register_id=2635&code=TQfLL1AoeOWk&cmd=reset

You can also RSVP to myself or to Jackie Plessl, copied on this e-mail,
at **Jackie@freethechildren.com**. We would love to hear from you before **Aug 30th** to confirm your attendance.

Additional information regarding logistics and pre- and post-event details will be sent to all registered guests in the weeks leading up to the event.

Thank you once again for your continued support. I look forward to seeing you very soon, on September 27th at the Air Canada Centre, if not before.

Best wishes and big hugs,

Craig


**For your calendar, here are the key dates and information:

**We Day: Toronto**

**When:** September 27th, 2011.

**Where:** Air Canada Centre, 50 Bay St., Suite 500 Toronto, ON. M5J 2L2

**When:**  Registration at 8:30am, show starts at 9:00am

Further information will be sent your way in the coming weeks.

**Craig Kielburger** | Co-Founder | Free The Children
T: 416-925-5894 ex 160 | F: 416-433-8242 | www.freethechildren.com



233 Carlton Street | Toronto, Ontario | M5A 2L2

**From:** Claire Ross Dunn [mailto:clairedunn@rogers.com]
**Sent:** August-13-11 4:20 PM
**To:** Craig Kielburger
**Subject:** Re: We Day 2011

Dear Craig,

What a lovely e-mail to get.  Of course we are there at We Day, with bells on, as always.  I received your office's kind invite for 2 and I have signed up Findley, who is now 13 and big big big into the social justice movement.  I am so proud of her.  She was part of the FTC club at her middle school, Earl Grey, and helped me coordinate the 'Cup of Change' campaign we ran there last year to finance an FTC school in Haiti. Which, I gather from reports, is being built as we speak.  Too too exciting.

Things are well here.  I have recently been in contact with Taylor at your office, because I've been asked to present a talk at the upcoming International Microfinance Summit in September about my Cup of Change program and the work we've done in collaboration with FTC and Alternative Grounds.  Taylor will help me with any extra details I need for my presentation about FTC and the two schools we've helped build in Kenya and Haiti.  I feel like a small pea in a pod compared to the other fabulous speakers at this incredible event, but, heck, I know you would be the first one to say that every little bit helps to effect change in the world.  So, I boldly go.

Thank you for the work you are doing in East Africa - much needed in a distressing, critical situation. We donated a small amount through FTC, what we could afford at the moment, but hope it helps.

More power to you and your excellent work.  You are a huge inspiration to me and to my family.

All the best,

Claire

**From:** "Craig Kielburger" <craig@freethechildren.com>
**Subject: RE: We Day 2011**
**Date:** August 19, 2011 at 3:54:20 PM EDT

**To:** "Claire Ross Dunn" <clairedunn@rogers.com>

Hi Claire,

I hope all is well.

Thank you so much for your note and the very kind donation. We are so grateful for your continued support, especially during this difficult time in East Africa. I am so happy to hear that you and Findley will be able to come to We Day. I am so excited to have you both experience the day!

I am so proud of Findley and all of the projects she has taken on, and how much she has helped you out with the 'Cup of Change'. What a great family project! I am so glad that you are following up with the report to see the progress in Haiti. This is all so exciting! Soon enough you'll be seeing the framework starting to look more and more like a school.

I am so glad that Taylor has been helpful in getting you all of the information that you need for the Microfinance Summit this coming fall. I am glad that you are taking this opportunity - you are going to be amazing on stage, I just know it.

As always, thank you so much for your incredible support. We could not accomplish the things we do without all of you and your family's support.

I am looking forward to seeing you and Findley at We Day!

Best Wishes,

Craig

**Craig Kielburger** | Co-Founder | Free The Children
T: 416-925-5894 ex 160 | F: 416-433-8242 | www.freethechildren.com
                    233 Carlton Street | Toronto, Ontario | M5A 2L2

FREE THE CHILDREN
children helping children through education


**From:** Craig Kielburger <craig@we.org>
**Subject: Deepest Apology**
**Date:** March 6, 2021 at 9:51:07 PM EST
**To:** "clairedunn@rogers.com" <clairedunn@rogers.com>

Dear Claire and Kirk,

I hope that this finds you health and well during the days of COVID.

Please know there is certainly no need to respond, but Marc and I wanted to be in touch with our deepest heartfelt apologies regarding the plaque, and we are hoping that you would be willing to share these words with Joyce as well.

We learned of the issues surrounding the plaque in Enelerai and the schoolhouse your family so generously had to honour your late friend Don. Please know this has raised important questions internally and we are working to find answers. I know nothing we can do will take away from the pain it has already caused but please know we are committed to finding answers and doing our best to make things right for your family. We are aware our Canadian Board Chair Gerry Connelly has (or will) been in touch for a fuller independent investigation that is being done into the matter, should you wish to participate.

We are so sorry for the pain caused to you both, Joyce, their family and your community. I know this apology cannot begin to heal the pain caused but we are sincerely sorry and are committed to making this right.

In reading the story and learning more about Don sounds like an incredible man who was able to inspire and give back to others. We want you to know that until COVID, the schoolhouse at Enelerie for so many years has been a refuge and safe haven for students to learn and grow. The impact and legacy of your gift is still there and has allowed thousands of students to come through the doors of the Enelerai campus, it allowed for further expansions in the school campus with a farm, more schoolhouses, library and more.

Once COVID is all over we hope to welcome you or a loved one to come back to Kenya, to come see the immense change from what had started with schoolhouses and has grown to be so much more. The schoolhouse, you'll remember exactly what is standing there, but not just that. You'll see so much more. There's now a free college. There's a free high school. A hospital. These are all within literally walking distance of Enelerai and which started from this community's schoolhouses.

Once again there is no expectation of a response. Or, if you choose to reply, I respect if you want to first take some time. We simply wanted to apologize and say should you want to talk we will always be available for a phone call and would embrace the opportunity to speak.

Thank you very much for taking the time to read this message.

Warmly,
Craig and Marc



**Craig Kielburger**
Co-Founder
t: 1.416.925.5894

Lauren Martin | Executive Assistant to Craig Kielburger
M: 1.416.389.7739 | lauren.martin@we.org

CONFIDENTIAL: This email (including any attachments) is private, confidential and meant only for the addressee(s). Unauthorized use or disclosure of this message is not permitted. If you gained access to this message in error or without WE's authorization, please permanently delete the message and notify us right away. Thank you.

**From:** Claire Dunn <clairedunn@rogers.com>
**Sent:** March 10, 2021 12:06 PM
**To:** Craig Kielburger <craig@we.org>
**Subject:** Re: Deepest Apology

Hi back Craig,

Thank you for this, and I too hope you and your family are keeping safe and well during these COVID times.

I appreciate you reaching out, and the offer of inclusion in the independent investigation. Can you tell me a bit about what that would entail?

Meanwhile, I am taking some time to think about the others aspects of this situation, and will respond more fully soon. Thank you for giving me the time to do that.

All the best,

Claire


On Mar 22, 2021, at 12:59 PM, Craig Kielburger <craig@we.org> wrote:

Hello Claire,

I hope that you're doing well.


Thank you for acknowledging receipt of the email. Please take as much time as you would like to consider the matter. To handle the process respectfully with sufficient research searching historical records and multiple geographics, it will likely take substantial time to properly complete. We can take as much time as you would like regarding a decision whether to engage in the process. Please feel free to reach out at any time for any reason.

Thank you again for your thoughtful response.


Warmly,

Craig

**From:** Claire Dunn <clairedunn@rogers.com>
**Sent:** March 26, 2021 4:18 PM
**To:** Craig Kielburger <craig@we.org>

**Cc:** Kirk Dunn <kirkdunn@rogers.com>

**Subject:** Re: Deepest Apology

Dear Craig,

Thank you for your reply.

Yes, Kirk and I (and I'm looping in Kirk on this email — I forgot to cc him the last time I replied to you) would like to be involved in your inquiry process. We recognize that it will take some time on your end to research historical records, etc, but we aren't going anywhere, so we'll be here when you're ready.

Until then, have a great weekend.

All the best,

Claire and Kirk

On Mar 26, 2021, at 5:50 PM, Craig Kielburger <craig@we.org> wrote:


Hello Claire and Kirk,


Thank you very much for the gracious response and for your willingness to participate. It is very kind and appreciated.


I will share this information with the relevant individuals. Allow me to voice in advance our appreciation for your patience during this process. Although the process is being led by the Board Committee and relevant experts, please know that I am always available at any time to you if you have questions, concerns, or thoughts.


I hope that you enjoy a restful weekend.


Warmly,

Craig

**Craig Kielburger**

From:craig@we.org

To:Claire Dunn,Kirk Dunn

Thu, Apr 1, 2021 at 7:06 p.m.

Hello Claire and Kirk,

I hope you're doing well – and able to enjoy some time with loved ones this weekend, despite the restrictions of COVID.

Thank you again very much for your email from last week expressing your willingness to participate in the process. If you continue to be open to the idea, the next step would be a conversation with a member of our team who could brief you further on the process. Her name is Karin Doherty karin.doherty@we.org and she is assisting with the logistics of this matter.

Would it be alight for me to connect you with Karin via email? Of course, if you would prefer to first further discuss the matter with me, please know that I'm also available via phone.

Thank you again for your kind willingness to assist the charity to better understand what transpired, explore possible routes to help address this situation, and overall improve systems.

Warmly,
Craig

**Craig Kielburger**
Co-Founder
t: 1.416.925.5894

Lauren Martin | Executive Assistant to Craig Kielburger
M: 1.416.389.7739 | lauren.martin@we.org


**Claire Dunn**
From: clairedunn@rogers.com
To: Craig Kielburger
Cc: Kirk Dunn
Fri, Apr 2, 2021 at 11:30 a.m.
Hello back Craig,

Yes, please feel free to connect us with Karin.

Until then, have a lovely and hopefully restful long weekend. With everything shut down again, there isn't much to do but stay at home anyway.

All the best,

Claire (and Kirk)

**Craig Kielburger**

From:craig@we.org

To:Claire Dunn,Kirk Dunn

Cc:Karin Doherty

Fri, Apr 2, 2021 at 11:35 a.m.

Hello Claire (and Kirk),

Thank you for the warm wishes. I hope that you also enjoy a restful long weekend.

Allow me to introduce you to Karin Doherty. She is a dedicated and passionate team member who has extensive experience in international development and project management.

She is looking forward to speaking with you at your convenience. Thank you again very much for your kind involvement in this process. It is much appreciated.

Warmly,
Craig

**Craig Kielburger**
Co-Founder
t: 1.416.925.5894

Lauren Martin | Executive Assistant to Craig Kielburger
M: 1.416.389.7739 | lauren.martin@we.org

**Claire Dunn**
From:clairedunn@rogers.com
To:Craig Kielburger
Cc:Karin Doherty,Kirk Dunn
Fri, Apr 2, 2021 at 1:09 p.m.
Hi there Craig and Karin,

Thanks for connecting us, Craig. Hello, Karin.

Karin — please feel free to reach out whenever is convenient to you. I am cc'ing my husband, Kirk, who was part of our project.

All the best,

Claire

**Karin Doherty**
From:karin.doherty@we.org
To:Claire Dunn,Kirk Dunn
Cc:Craig Kielburger
Fri, Apr 2, 2021 at 6:14 p.m.
Hi, Claire and Kirk,

I hope you're having a lovely spring weekend.

Please let me know if this weekend would be convenient for a conversation. Perhaps on Saturday, or please suggest any day and time that would work best in your schedules. I could set up a Zoom call for us if you're up for it.

Thank you in advance for your consideration.

Best,
Karin

---

Show original message
CONFIDENTIAL: This email (including any attachments) is private, confidential and meant only for the addressee(s). Unauthorized use or disclosure of this message is not permitted. If you gained access to this message in error or without WE's authorization, please permanently delete the message and notify us right away. Thank you.

**Claire Dunn**
From:clairedunn@rogers.com
To:Karin Doherty
Cc:Craig Kielburger,Kirk Dunn
Fri, Apr 2, 2021 at 8:47 p.m.
Hello Karin,

Thank you for reaching out. Kirk and I unfortunately aren't available this weekend.

Next Mon-Wed, April 5, 6, or 7 after 1pm EST, work for us. Please let us know if any of these times works for you, and we can connect. Zoom would work for sure.

Thanks and have a great weekend,

Claire and Kirk

**Karin Doherty**
From:karin.doherty@we.org
To:Claire Dunn,Kirk Dunn
Cc:Craig Kielburger

Sat, Apr 3, 2021 at 5:02 p.m.

Hi, Claire and Kirk,

Please let me know if Monday or Tuesday at 3 pm EST would work and I'll send the meeting invitation.

Thank you and have a great weekend.

Best,
Karin

**Claire Dunn**
**From:**clairedunn@rogers.com
**To:**Karin Doherty
**Cc:**Craig Kielburger,Kirk Dunn
Mon, Apr 5, 2021 at 6:59 a.m.
Dear Karin,

3pm on Tues April 6 would work for us, thanks.

If you could let us know the agenda for the meeting today, that would be very helpful.

Best,

Claire

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn,Kirk Dunn
**Cc:**Craig Kielburger
Mon, Apr 5, 2021 at 5:58 p.m.
Hi, Claire and Kirk,

I hope you had a great long weekend.

Following is the proposed agenda for our conversation tomorrow.

- Introductions - Claire/Kirk/Karin
- Brief on the process and Karin's role - Karin

    o The Standing Committee on Donor Transparency led by Gerry Connolly (WE Charity Board member since 2011)
    o Kenya legal team and independent consultants
- Hearing from Claire and Kirk to understand their experience - Claire/Kirk
- Next steps

Please let me know if there are any items you would like to revise or add.

I'll send the meeting invitation shortly. Thank you again for making time to connect with me.

Best,
Karin

# EXHIBIT D

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn,Kirk Dunn
Fri, Apr 16, 2021 at 9:14 p.m.
Hi, Claire and Kirk,

It was nice to meet you both.

Thank you again for taking the time to speak to me. I appreciate you helping me understand your experience with the organization. Especially to hear the details of your interactions from April 2006 to April 2008 as we investigate the two plaques in that timeframe in Enelerai.

As promised, I wanted to follow up with answers to your questions about Enelerai and the communities we've worked in Kenya for more than twenty years.

We have over 13,000 learners in school each day in more than 300 classrooms in Kenya. This is, of course, outside of the recent global COVID-19 pandemic school closures. The government ordered school closures in mid-March 2020, and they reopened in mid-January 2021. The schools were ordered closed again at the end of March due to a resurgence in COVID-19 numbers. Schools are anticipated to reopen on May 10.

Despite the closures, the government permitted studies at the School of Nursing and School of Medicine at the WE College to continue. The medical students may be needed to serve Kenyans during the pandemic. Also, virtual education for the Schools of Tourism, Mechanics and Entrepreneurial Agriculture is ongoing. High school students are also allowed to continue studying to prepare for their upcoming exams.

Enelerai is one of more than thirty communities we've partnered with in Kenya. There are ten schoolrooms, a library, and a community centre at Enelerai, along with several blocks of latrines and three blocks of private accommodations for twelve teachers as part of the educational infrastructure. There is also a borehole and community kitchen serving the community.

Our international development model is based on what we call the five pillars of impact that contribute to a healthy community, including education, water, food, health, and opportunity. Typically, we exit the community in three to five years when it is sustainable. We turn it over to the community members to continue the programming that was designed to best suit their unique community needs.

The schoolroom you raised money for in Don's memory has continued to thrive to this day. As discussed, we would welcome the opportunity to honour Don's memory as we investigate the plaque. Following are a couple of ideas to take back to your church board for consideration.

- Plant a tree such as:

- o  Acacia tree – indigenous to Kenya and a strong symbol of Africa representing the values of hard work
- o  Avocado – represents sustenance and grows tall, providing shade and fruit
- o  Passion – represents sweetness and sustenance providing fruit for children
- Plaque in the administration hall at the Kisaruni high school campus


Please let me know your thoughts on what we could do right now to honour Don while we investigate the issue of the plaque.

Stay safe and have a wonderful weekend.

Best,
Karin
CONFIDENTIAL: This email (including any attachments) is private, confidential and meant only for the addressee(s). Unauthorized use or disclosure of this message is not permitted. If you gained access to this message in error or without WE's authorization, please permanently delete the message and notify us right away. Thank you.

---

**Claire Dunn**
From:clairedunn@rogers.com
To:Karin Doherty
Cc:Kirk Dunn
Mon, Apr 19, 2021 at 9:52 a.m.
Dear Karin,

Thanks for this — it was nice to meet you too.

And thank you for your suggestions below. Kirk will take this back to his Session meeting on April 28, and we'll reach out thereafter to let you know what was discussed during that meeting.

Until then, stay well and safe during these strange COVID times.

All the best,

Claire

**Claire Dunn**
From:clairedunn@rogers.com
To:Karin Doherty
Cc:Kirk Dunn
Thu, Apr 29, 2021 at 3:54 p.m.
Hello back Karin,

Thanks for your patience with our reply — Kirk met with Morningside-High Park Session last night, and so we have compiled our feedback from both us, and the Session team, here.

Overall, our feeling is, a tree planted in Don's name or a new plaque, while nice, does not address the real issues at hand, which are, we feel:

-    What happened to the over-15K we contributed? Did it truly go toward the things we thought we were paying for, or did it go elsewhere? If it went elsewhere, but we were told it went toward concrete things, what does that mean?

-    What we know, given the evidence the journalist Danielle Bochove and her colleagues at Bloomberg turned up, is that the plaque on what we thought was our schoolhouse was switched a month after our dedication. Our question is, how do we know that there wasn't another plaque on the schoolhouse before ours? How can we be sure a schoolhouse was newly built in Don's name, and not just a schoolhouse built with another donor's money?

So, after careful reflection, we would like to ask for the following:

-    Can FTC offer to provide any sort of documentation to show where the funds went from MHP versus the Hymes family?

-    Can FTC offer to provide any sort of documentation to make sure projects weren't funded by more than one group?

-    If you are digging for documents, can we see them? To provide clarity, we'd be interested to see if there is documentation that shows our funds were spent on different items than those of the Hymes family.

-    Ultimately, if we are unable to get the bottom of this, and we have not so far seen evidence that proves a new schoolhouse was built with MHP donated funds, likely the only remedy to this situation that truly makes sense, and is transparent, is for FTC to build a new schoolhouse at its own expense in Don Jennison and MHP's name, which we can track. Start from scratch, so the lineage of the schoolhouse is known to all. And for FTC thereafter to send us a report on that schoolhouse annually, with time-stamped photos proving that the school is still there, with Don's plaque on it.

Thanks for opening this conversation up to us, Karin. We look forward to discussing it further.

All the best,

Kirk and Claire

**Karin Doherty**
From:karin.doherty@we.org
To:Claire Dunn
Cc:Kirk Dunn
Thu, May 6, 2021 at 2:46 a.m.
Hi, Claire and Kirk,

Thank you both for your patience in my response as I had some computer/email issues, which thankfully were resolved today.

Claire, thank you for your thoughtful, detailed email. I would greatly appreciate your consideration for another conversation over Teams to discuss your points. Please let me know if you could suggest some times that would work best for you both.

Thank you in advance and for your willingness to continue the conversation.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

**Claire Dunn**
**From:**clairedunn@rogers.com
**To:**Karin Doherty
**Cc:**Kirk Dunn
Thu, May 6, 2021 at 4:38 p.m.
Hi back Karin,

Oh, computer issues are the worst. Thank goodness that's resolved.

Here are the times that work for us next week:

Wed May 12 - btwn 330 and 6pm
Thurs May 13 - btwn 2 and 6pm

Does either one of those times work for you?

Thanks,

Claire

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn
**Cc:**Kirk Dunn
Thu, May 6, 2021 at 8:34 p.m.
Hi, Claire,

Please let me know if we can confirm Thursday at 12:00 pm EST and I'll send a Teams invitation. Looking forward to continuing the conversation.

Best,
Karin

**Claire Dunn**
**From:**clairedunn@rogers.com
**To:**Karin Doherty
**Cc:**Kirk Dunn
Fri, May 7, 2021 at 9:00 a.m.
hi there karin,

thanks for this. unfortunately thurs at 12 EST doesn't work for us - the times we listed below do though -

Wed May 12 - btwn 330 and 6pm
Thurs May 13 - btwn 2 and 6pm

just let us know if you need some different time slots for your availability.

thanks
claire

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn
**Cc:**Kirk Dunn
Fri, May 7, 2021 at 3:42 p.m.
Hi, Claire,

My apologies! I meant Thursday at 3:00 pm EST which is 12:00 pm PST for me.

Have a great weekend ahead.

Best,
Karin

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn
**Cc:**Kirk Dunn
Thu, May 27, 2021 at 2:18 p.m.
Hi, Claire and Kirk,

Thank you both for your patience in my response as I had some computer/email issues, which thankfully were resolved today.

I would greatly appreciate your consideration for another conversation over Teams to discuss the points in your email. Please let me know if you could suggest some times that would work for you.

Thank you in advance and for your willingness to continue the conversation.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn

**Cc:**Kirk Dunn
Thu, May 27, 2021 at 2:20 p.m.
Hi, Claire and Kirk,

This email was in my drafts folder from when I was having computer issues and I just sent it to you accidentally. My apologies.

Looking forward to chatting with you at 3:15 pm.

Best,
Karin

**Claire Dunn**
**From:**clairedunn@rogers.com
**To:**Karin Doherty
**Cc:**Kirk Dunn
Thu, May 27, 2021 at 2:23 p.m.
no problem!
we look forward to speaking at 315 pm.
thanks
c

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Claire Dunn,Kirk Dunn
Tue, Jun 22, 2021 at 12:40 a.m.

Hi, Claire and Kirk,

I hope you're keeping well and safe.

I wanted to follow up with you from our last conversation with the programming update I shared for Enelerai and the timing for the new school.

As discussed, we would like to move forward with building a new school in honour of Don Jennison as you've suggested. My colleagues in Kenya had a conversation with the community, and there is a need for another school to accommodate the growing learner population. The Enelerai community is grateful for the opportunity.

We estimate it would take approximately 4-months to build, and we could begin construction in 4-weeks from when you give us the go-ahead after consultation with the Morningside-High Park Session.

Following is the programming update I shared in our conversation.

**Education**
WE entered into a partnership with the Enelerai community in 2006 and slowed down programming in the community in 2015. At the time, the school had 516 learners, including 280 boys and 236 girls. We built ten classrooms, one library, one kitchen, and accommodation blocks for 12 teachers during the period. We also built an empowerment centre for the community.

As of 2021, there are 571 learners, including 303 boys and 268 girls. This year, 73 learners comprised of 41 boys and 32 girls graduated. Since we scaled down programming in 2015, there have been a total of 296 learners, including 150 boys and 146 girls who have graduated.

There has been an increase in teachers from 9 when we exited in 2015 to 13 today.

**Water**
To improve sanitation facilities in the school, we helped build nine latrines with 18 cubicles currently in use.

The community has three water kiosks that provide water to the residents. In addition to the kiosks, the community has facilitated 46 individual connections since 2015.

**Food**
Following training we offered through the ten habits of a healthy home, the homesteads have established their own vegetable garden or are involved in large-scale farming to produce food for sustenance and commercial purposes.

**Opportunity Groups**
There are two men groups, two youth groups and six women groups. Four of the women groups were formed at the community empowerment centre and were involved in beading. The other two women groups are engaged in farming. The men and youth groups are involved in farming and livestock keeping.

**Health**
The community has four community health volunteers (CHV) who have been working in partnership with Baraka Hospital and the County government to promote quality health care in the community. The CHVs have been very vocal in educating the community about the benefits of accessing healthcare from an established facility and have been actively referring patients to Baraka Hospital.

**COVID-19**
The March 26 COVID-19 restrictions were eased at the beginning of May, including moving the 8:00 pm curfew to 10:00 pm through to 4:00 am. Prohibited travel in and out of the five regions resumed, and students returned to school on May 10.

Approximately one million vaccines have gone out to those over 58 years old, including teachers and medical professionals who qualify, of the population of 53 million people. The country has run out of vaccines, and we are looking forward to the government's announcement of more vaccines available.

Please let me know if you have any questions. I look forward to hearing from you.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**
**KIRK DUNN**
From: kirkdunn@rogers.com

**To:**Claire Dunn,Karin Doherty
Tue, Jun 22, 2021 at 7:37 a.m.

Hi Karin,

Thank you for reaching out with this update.

I consulted with the session of Morningside-High Park Presbyterian Church late last week and am happy to report that we have received the go-ahead to support the building of another school in the Enelerai community in the name of Don Jennison.

I understand from your email that construction will likely begin in four weeks time and will take approximately four months to complete.  We would love to see some photos of the process throughout its various stages -- would that be possible?

Looking forward to moving ahead,

Kirk and Claire

**Karin Doherty**
**From:**karin.doherty@we.org
**To:**Kirk Dunn,Claire Dunn
Mon, Jun 28, 2021 at 11:53 p.m.

Hi, Kirk and Claire,

I'm thrilled to hear the Morningside-High Park Presbyterian Church gave the go-ahead to support another school in the Enelerai community in Don Jennison's name.

I connected with my colleagues in Kenya after receiving your email to find out when the building could begin. They enthusiastically reported they started on June 18 because they knew it was a high priority. I know they were eager to get started when I spoke to them a couple of weeks ago, but they didn't realize I was waiting for confirmation from you first and regular construction photos. I understand a construction crew that finished another site early were available, and they redirected them to start building the school.

I apologize for the construction starting before you gave the go-ahead. The team started in the spirit of prioritizing the project. They are moving as quickly as possible because further COVID-19 restrictions may be coming and impact construction.

I've asked the team to provide a couple of photos each week to send to you to track the progress. I have the picture they sent me on Friday, June 25, through WhatsApp. I had a problem saving the image to email to you. It shows up as an image embedded in the email that is included in the email attached. I've attached a photo of the progress today. I will continue to share photos each day I receive them.

Following is a summary of the progress:

- 18-Jun-21     Concreted the trenches
- 19-Jun-21     Foundation walls

- 20-Jun-21      Backfilling
- 22-Jun-21      Filled the hard cores
- 23-Jun-21      Slabbing commenced
- 24-Jun-21      Slabbing ongoing
- 25-Jun-21      Photo attached (in email)
- 28-Jun-21      Photo attached (image)

There is a reasonable chance we will complete the school earlier as we're trying to accelerate construction while COVID-19 restrictions are eased. There are new Government containment measures as Bomet County, the bordering County, was included with several other western areas such as Kisumu (the third-largest city in Kenya) and Uganda as new hot spots for cases. I've attached the Government of Kenya Review of Containment Measures Blue Copy dated June 17, 2021, for reference.

Please let me know if it would be helpful to have a call to walk through the details and answer any questions you may have. I want to ensure you have everything you need as the construction progresses.

Thank you, and I look forward to hearing from you.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

[SEE ATTACHMENTS: Enelerai 5 June 28 [3];
GoK_Review_of_Containment_Measures_Blue_Copy_17_06_2021 [1]]



**Karin Doherty**
**From:** karin.doherty@we.org
**To:** Kirk Dunn, Claire Dunn
Wed, Jun 30, 2021 at 11:34 a.m.
Hi, Kirk and Claire,

Please find attached the photo I received this morning from the team.

I hope you have a restful holiday tomorrow.

Thank you.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

[SEE ATTACHMENT: Enelerai June 30_-Attachment to Karin Doherty email, June 30, 2021]



**Karin Doherty**
**From:** karin.doherty@we.org
**To:** Kirk Dunn, Claire Dunn
Tue, Jul 13, 2021 at 1:19 a.m.
Hi, Claire and Kirk,

I hope this finds you well and safe. I haven't heard back from you and wondering if you may be on vacation. If so, I apologize for flooding your inbox.

Please find attached the photos of the building progression from July 1, 2, 5 and 6 that I've received from the team.

I look forward to hearing from you at your earliest convenience. Thank you.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

[SEE ATTACHMENTS:

Enelerai July 5th
Enelerai July 6th
Enelerai, July 7th

PHOTO-2021-07-06-03-59-32_Attachment, Karin Doherty Email_July 13, 2025
PHOTO-2021-07-06-11-02-17_Attachment, Karin Doherty Email_July 13, 2025
PHOTO-2021-07-07-11-53-54_Attachment, Karin Doherty Email_July 13, 2025
Enelerai July 1[1]_Attachment, Karin Doherty Email_July 13, 2025
Enelerai July 2[1]_Attachment, Karin Doherty Email_July 13, 2025]









**KIRK DUNN**
**From:**kirkdunn@rogers.com
**To:**Karin Doherty
**Cc:**Claire Dunn
Tue, Jul 13, 2021 at 12:57 p.m.
Hi Karin,

Sorry for the delay in getting back to you.  We've been a bit slammed over the last little while, and then -- you guessed correctly -- we suddenly had a chance for a few days vacay, and jumped on it.  We hope you are keeping well, and getting some time to enjoy the summer.

Thanks so much for the construction schedule and the photos -- it is great to see things proceeding apace!  Fingers crossed that the COVID situation remains under control and hopefully continues to improve.

We would love to get together with you for a quick chat to catch up.  Do you have some time next week?  We are available after 3:30 PM on Mon Jul 19th, and after 4:30 PM on both Tues the 20th and Wed the 21st.

All the best,

Kirk and Claire

**Karin Doherty**

**From:** karin.doherty@we.org
**To:** KIRK DUNN
**Cc:** Claire Dunn
Wed, Jul 14, 2021 at 12:49 a.m.

Hi, Kirk and Claire,

It's great to hear from you. I'm happy to hear you had some downtime and were able to take a vacation.

I'll send you a Teams invitation for Monday at 3:30 pm EST for a catch up. In the meantime, attached is a photo of the progress received today.

I am looking forward to chatting soon, and I'll continue to send you photos of the progress as I receive it.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**


**Karin Doherty**
**From:** karin.doherty@we.org
**To:** KIRK DUNN
**Cc:** Claire Dunn
Fri, Jul 16, 2021 at 9:19 p.m.

Hi, Claire and Kirk,

Please find attached the photo from July 15.

Have a lovely weekend, and I look forward to speaking to you on Monday.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**


[SEE ATTACHMENT: Enelerai July 15[2]Attachment to Karin Doherty email, July 16, 2021



**Karin Doherty**
**From:**karin.doherty@we.org
**To:**KIRK DUNN
**Cc:**Claire Dunn
Mon, Jul 19, 2021 at 4:39 p.m.
Hi, Claire and Kirk,

Thank you for the conversation today.

Attached is the photo with the roof erected that I received overnight. As mentioned, there is an entire team on the project, and we are expecting the school to be finished in the next two weeks. It will take a couple of days to do the proper exterior details of framing and plastering the exterior of the windows and door frame and the base footing. That needs to dry for a few days before painting.

The school year is typically synonymous with the calendar year. The new academic year would usually begin in January and conclude in December with three one month breaks throughout the year. However, with COVID-19, the Ministry of Education closed in-person learning from mid-March 2020 to early January 2021. The curriculum was paused then re-started with the opening. The school calendar is therefore going to take a while to resume its typical calendar year. We recently closed the school year, which began in January 2020, and the new school year that should have started in January 2021 will be starting at the end of this month.

We will hand over the school to the Enelerai community leadership when it's completed. The community will decide when the students will start, and I'll keep you posted.

In other news, we are preparing to open the School of Entrepreneurship at the WE College in September and are accepting applications now.

Narok County continues to have very low numbers of reported COVID-19 cases. We are grateful for the large educational campaign we enacted with a whole team effort and hundreds of community volunteers to go from household to household visiting 300,000 plus community members educating them on VOCID-19 beginning last March 2020.

There have been about 1.4M vaccines given in Kenya, and we are looking forward to more vaccines rolling out. We're grateful that several of our front-line healthcare workers and education staff have been able to receive vaccines.

Would you please let me know what is decided for the plaque after your conversation with the session? I want to get that organized and documented.

Tomorrow is a holiday in Kenya, celebrating Eid al-Adha on Tuesday, July 20. I expect to have another update that I'll share with you later this week.

Please let me know if you have any questions. Thank you, and have a great rest of your week.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

[SEE PHOTO ATTACHMENT Enelerai July 16_Attachment to Karin Doherty email, July 19, 2021]



**Karin Doherty**
**From:** karin.doherty@we.org
**To:** KIRK DUNN
**Cc:** Claire Dunn
Fri, Jul 30, 2021 at 10:06 a.m.
Hi, Claire and Kirk,

Please find attached the photo from July 27. Have you had a chance to discuss with session what you would like on the plaque?

I hope you have a wonderful long weekend.

Best,
Karin

**Karin Doherty** | Head, Executive Office | WE
m: 1.416.802.4622 | **WE.org**

[PHOTO ATTACHMENT Enelerai July 27[2]_Attachment to Karin Doherty email, July 30, 2021]



**Karin Doherty**
From:karin.doherty@we.org
To:Claire Dunn,Kirk Dunn
Tue, Sep 7, 2021 at 11:00 a.m.
Hi, Kirk and Claire,

I hope you're doing well.

I wanted to follow-up and check in with you since we last spoke in July. Thank you, as always for your time.

Have you had the opportunity to discuss the plaque with the session at Morningside-High Park Presbyterian Church, and any thoughts on what you would like it to say? We would like to finalize.

I'm happy to let you know the exterior of the school house is complete. Please find attached the photo from July 27. The interior is being completed and then it will soon be furnished. I'll have more photos for you in the coming weeks before it's officially handed over to the community.

Thank you for your collective support of the education pillar of WE Charity.

Could we please have a call to touch base? I look forward to hearing from you.

Best,
Karin

**KIRK DUNN**
**From:** kirkdunn@rogers.com
**To:** Claire Dunn, Karin Doherty
Mon, Sep 27, 2021 at 8:45 a.m.
Hi Karin,

I hope this note finds you well.

The session for Morningside-High Park met this past week following our summer hiatus, and has decided to go forward with a plaque with the same inscription as the original, (with the exception of the date):

*This school has been built in memory of*

***Don Jennison***

*through the generous donation of*
*Morningside-High Park Presbyterian Church*
*Toronto, Canada*

*Thank you for making a lasting difference*
*in the lives of children in Kenya 2021*

We look forward to seeing photos of the completed project!

Thanks again for all your help with this, Karin, and please don't hesitate to reach out if you need anything further from us.

All the best.


Kirk and Claire

647-407-5475

**Karin Doherty**
**From:** karin.doherty@we.org

**To:**KIRK DUNN,Claire Dunn
Fri, Oct 1, 2021 at 1:39 a.m.
Hi, Kirk and Claire,

It's great to hear from you. Please let me know if you have time for an update over Zoom. Thank you in advance for your consideration.

Best,
Karin