# EXHIBIT B

| | |
|---|---|
| **From:** | Claire Dunn |
| **To:** | Sabina Mariella |
| **Subject:** | Re: WE Charity vs. CBC |
| **Date:** | Monday, March 9, 2026 1:44:44 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hello Ms. Mariella,

I feel that the declaration speaks for itself, and tells my story. I respectfully decline your request to speak or voluntarily testify.

Sincerely,

Claire Dunn

Claire Ross Dunn (she/her)
To join my newsletter, go to www.clairerossdunn.com
My new novel, Lost In France, is available now for pre-order from all your favourite bookstores. It comes out June 2026 via Alcove Press.
My 1st novel, At Last Count, is a Globe and Mail Best Book, and 2025 Rakuten Kobo Emerging Writer Prize Romance Finalist

On Monday, March 9, 2026 at 04:18:46 p.m. GMT+1, Sabina Mariella <smariella@bsfllp.com> wrote:

Ms. Dunn –

We represent WE Charity in its litigation against CBC.  CBC has provided us with a declaration that you executed on March 3, 2026, about your experiences with WE Charity.  Could you please let me know if you would be willing to discuss your declaration with us over the phone or to voluntarily testify at a deposition in the case?  The deposition could be over zoom.

Thank you,

**Sabina Mariella** (she/her)

Partner

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(t) +1 212 754 4541

(m) +1 973 634 7734

smariella@bsfllp.com

www.bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]