**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WE CHARITY,<br><br>         *Plaintiff,*<br><br>vs.<br><br>CANADIAN BROADCASTING<br>CORPORATION,<br><br>         *Defendant.* | Case No. 1:22-cv-00340-RDM-MJS |

## STIPULATION REGARDING CASE SCHEDULE AND [PROPOSED] ORDER

WHEREAS, on October 30, 2025, the Parties to the above-captioned matter stipulated to an amended Case Schedule, which the Court entered on October 31, 2025 (ECF No. 106);

WHEREAS, on February 20, 2026, the Parties stipulated to an amended Case Schedule for expert discovery, which the Court entered on February 26, 2026 (ECF No. 119);

WHEREAS, the parties believe and have agreed that good cause exists to extend the deadlines relating to expert witnesses in this case;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The expert witness deadlines in the case schedule are amended as set forth below:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Reports Due | 5/15/26 | 6/12/26 |
| Expert Rebuttal Reports Due | 6/23/26 | 7/28/26 |
| End of Expert Discovery | 7/28/26 | 9/9/26 |

2. Nothing in this Stipulation is intended to foreclose or expand any right preserved in the Stipulation so ordered on February 26, 2026 (ECF No. 119).

3.       Nothing in this Stipulation is intended to preclude any Party from seeking or opposing any further extension of the deadlines in the case schedule.  Any further extension shall require Court approval upon a showing of good cause.

SO STIPULATED AND AGREED.

Executed:       April 28, 2026

Respectfully submitted,


/s/ _Nathan Siegel_____ _____
Nathan Siegel (Bar. No. 446253)
Rachel Strom (admitted *pro hac* vice)
Courtney DeThomas (Bar. No. 888304075)

DAVIS WRIGHT TREMAINE LLP
1301 K Street N.W., Suite 500 East
Washington, DC 20005
nathansiegel@dwt.com
courtneydethomas@dwt.com


*Attorneys for Defendant*
*Canadian Broadcasting Corporation*

/s/ *Joseph F. Kroetsch*          _____
Joseph F. Kroetsch (admitted *pro hac vice*)
John LaSalle (admitted *pro hac vice*)
Sabina Mariella (admitted *pro hac vice*)

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
jkoetsch@bsfllp.com
jlasalle@bsfllp.com
smariella@bsfllp.com

Amy L. Neuhardt (Bar. No. 996791)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
aneuhardt@bsfllp.com

Rodney A. Smolla (Bar No. 6327)
164 Chelsea St
South Royalton, VT 05068
rodsmolla@gmail.com

*Attorneys for Plaintiff*
*WE Charity*


SO ORDERED


_____

Hon. RANDOLPH D. MOSS

2

United States District Judge

Date: