**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WE CHARITY,<br>Plaintiff,<br><br>v.<br><br>THE CANADIAN BROADCASTING CORPORATION,<br>Defendant. | Case: 22-00340-RDM |

**NOTICE OF FILING OF CBC'S PRE-SUMMARY JUDGMENT MOTION CONFERENCE REQUEST**

Following the Court's November 3, 2026 minute order on the motion to seal filed by Defendant The Canadian Broadcasting Corporation ("CBC"), the parties have conferred and have agreed that CBC's Pre-Summary Judgment Motion Conference Request (ECF No. 127-1) may be unsealed. CBC will re-file the Request on the public docket. Neither party waives its right to move to seal specific information and/or exhibits, in whole or in part, in future filings.

Dated: November 4, 2026

Respectfully submitted,

/s/ *Nathan Siegel*

Nathan Siegel (Bar No. 446253)
Courtney DeThomas (Bar No. 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC 20005
Tel: (202) 973-4200
nathansiegel@dwt.com
courtneydethomas@dwt.com

Rachel Strom (*pro hac vice*)
Amanda Levine (*pro hac vice*)
Hilary Oran (*pro hac vice*)

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Tel: (212) 489-8230
rachelstrom@dwt.com
amandalevine@dwt.com
hilaryoran@dwt.com

*Counsel for Defendant*
*Canadian Broadcasting Corporation*